IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW THOMAS, JR. : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| UNITED STATES MEDICAL : | |
| LICENSING EXAMINATION, : | NO. 2:13-cv-03946 |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS and EDUCATIONAL : | |
| COMMISSION FOR FOREIGN : | |
| MEDICAL GRADUATES : | |
| : | |
| Defendants : | |
| : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

   Please enter the appearance of Neil J. Hamburg and Maureen P. Holland, of Hamburg & Golden, as counsel on behalf of Defendant, National Board of Medical Examiners.

/s/ Neil J. Hamburg


/s/ Maureen P. Holland
NEIL J. HAMBURG
I.D. No. 32175
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
hamburgnj@hamburg-golden.com
hollandmp@hamburg-golden.com
(215) 255-8590

Attorney for Defendant
National Board of Medical
Examiners

**CERTIFICATE OF SERVICE**

I, Maureen Holland, hereby certify that the foregoing Entry of Appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing entry of appearance was served by regular mail on August 19, 2013, on the following:

    Mathew Thomas, Jr.
    31 Roosevelt Avenue
    Staten Island, NY  10314

    /s/ Maureen P. Holland
    MAUREEN P. HOLLAND