IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW THOMAS, JR.,<br>          *Plaintiff*<br><br>v.<br><br>ECFMG – EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, NBME – NATIONAL BOARD OF MEDICAL EXAMINERS, and UNITED STATES MEDICAL LICENSING EXAMINATION,<br>         *Defendants.* | Civil Action No. 13-3946 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance as counsel for Defendant Educational Commission for Foreign Medical Graduates in the above-captioned action.

              Respectfully submitted,

Dated: August 20, 2013    /s/ Elisa P. McEnroe

              Elisa P. McEnroe (PA Bar # 206143)
              MORGAN, LEWIS & BOCKIUS LLP
              1701 Market Street
              Philadelphia, PA  19103-2921
              Telephone:  215.963.5917
              emcenroe@morganlewis.com

              *Attorneys for Defendant Educational Commission*
              *for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 20th day of August, 2013 via electronic filing and first-class U.S. mail, postage prepaid upon the following:

>Mathew Thomas, Jr.
>31 Roosevelt Ave.
>Staten Island, NY 10314
>
>*Pro Se Plaintiff*
>
>- and -
>
>Neil J. Hamburg, Esq.
>Maureen Holland, Esq.
>Hamburg & Golden, P.C.
>1601 Market Street, Suite 3310
>Philadelphia, PA  19103
>
>*Attorneys for Defendant National*
>*Board of Medical Examiners*

Dated: August 20, 2013          /s/ Elisa P. McEnroe

>Elisa P. McEnroe
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA  19103-2921
>Telephone:  215.963.5917
>
>*Attorneys for Defendant Educational Commission*
>*for Foreign Medical Graduates*