IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW THOMAS, JR.,<br>         *Plaintiff*<br><br>v.<br><br>ECFMG – EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, NBME – NATIONAL BOARD OF MEDICAL EXAMINERS, and UNITED STATES MEDICAL LICENSING EXAMINATION,<br>         *Defendants.* | Civil Action No. 13-3946 |

## CORPORATE DISCLOSURE STATEMENT OF
## THE EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG"), by its attorneys, submits the following Corporate Disclosure Statement:

1. ECFMG has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of ECFMG.

Dated: September 9, 2013   /s/ Elisa P. McEnroe

              Brian W. Shaffer
              Elisa P. McEnroe
              MORGAN, LEWIS & BOCKIUS LLP
              1701 Market Street
              Philadelphia, PA  19103-2921
              Telephone:  215.963.5103
              bshaffer@morganlewis.com

              *Attorneys for Defendant Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant Educational Commission For Foreign Medical Graduates was served this 9th day of September, 2013 via electronic filing and first-class U.S. mail, postage prepaid upon the following:

>Mathew Thomas, Jr.
>31 Roosevelt Ave.
>Staten Island, NY 10314
>
>*Pro Se Plaintiff*
>
>- and -
>
>Neil J. Hamburg, Esq.
>Maureen Holland, Esq.
>Hamburg & Golden, P.C.
>1601 Market Street, Suite 3310
>Philadelphia, PA  19103
>
>*Attorneys for Defendant National*
>*Board of Medical Examiners*

Dated: September 9, 2013          Elisa P. McEnroe

>Brian W. Shaffer
>Elisa P. McEnroe
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA  19103-2921
>Telephone:  215.963.5103
>
>*Attorneys for Defendant Educational Commission*
>*for Foreign Medical Graduates*