IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MATHEW THOMAS, JR., | : |
| v. | : CIVIL ACTION |
|  | : NO. 13-3946 |
| UNITED STATES MEDICAL LICENSING EXAMINATION USMLE et al. | : |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant, the National Board of Medical Examiners, by their attorneys Hamburg & Golden, P.C., certifies that it has no parent corporation and that it has no shares and therefore a publicly held entity does not own ten percent or more of its shares.

/s/ Maureen P. Holland
NEIL J. HAMBURG
MAUREEN P. HOLLAND
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590

Attorneys for Defendant
the National Board of Medical Examiners

Dated: November 20, 2013

**CERTIFICATE OF SERVICE**

    I certify that the foregoing Rule 7.1 Disclosure Statement was filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that this disclosure is being served by regular mail on:

        Mathew Thomas, Jr.
        31 Roosevelt Avenue
        Staten Island, NY  10314

        *Pro se*


Dated: November 20, 2013        /s/ Maureen P. Holland
                                               MAUREEN P. HOLLAND