IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Mathew Thomas, Jr.,

             Plaintiff

                                      Civil Action No. 13-3946

V,

ECFMG, Educational Commission for Foreign Medical Graduates,
NBME-National Board of Medical Examiners,

             Defendants

---

Plaintiff, Mathew Thomas, Jr, Pro Se, for **Initial Discovery**, pursuant to Rule 16
Hearing of November 26, 2013 as follows:

1. Appeals submitted to USMLE/NBME and ECFMG in 2010 and 2012;
2. Waiver submitted to USMLE/NBME and ECFMG in 2012;
3. Correspondence from 2010 through 2013 from USMLE/NBME and ECFMG;
4. Score Reports from each exam
5. Complaint for Damages for NBME –v- Optima University case filed on 2/23/09
6. Literature with Optima University students statistical analysis

Dated: December 6, 2013

                                        Respectively submitted,
                                        Mathew Thomas, Jr. Pro Se
                                        31 Roosevelt Avenue
                                        Staten Island, New York 10304
                                        917-856-0368
                                        Dr.Mathew.Thomas.Jr@gmail.com

To: The Honorable Cynthia M. Rufe

United State District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street Suite 12614
Philadelphia, Pennsylvania 19106

Brian W. Schaffer, Esq. & Elisa P. McEnroe, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Defendant Attorney for ECFMG

Neil J. Hamburg, Esq. & Maureen P. Holland, Esq.
Hamburg and Golden
1601 Market Street
Philadelphia, Pennsylvania 19103
Defendant Attorney for NBME