IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW THOMAS, JR.<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES MEDICAL LICENSING<br>EXAMINATION, *et al.*<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 13-3946<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of December 2013, upon consideration of a letter from counsel for Defendant National Board of Medical Examiners dated December 26, 2013, it is hereby **ORDERED** that the parties' discovery dispute is **REFERRED** to Chief Magistrate Judge Carol Sandra Moore Wells for resolution.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**