# Metro Filing Services, Inc.
317 South 13th Street
PHILADELPHIA, PA 19107
(215) 981 FILE

Philadelphia Association of
Professional Process Servers



**AFFIDAVIT OF SERVICE**

| PLAINTIFF(S) | COURT TERM and NO. | COUNTY |
|---|---|---|
| Matthew Thomas, Jr. | 13-CV-3946 | Philadelphia |

| DEFENDANT(S) | DATE PREPARED | SERVED BY |
|---|---|---|
| NBME | Dec 23, 2013 | Clifford Richway, Jr. |

| SERVE AT | | |
|---|---|---|
| 3750 Market Street<br>Philadelphia, PA | ☐ Civil Action<br>☐ Summons<br>☐ Writ Of<br>COMPANY CONTROL NUMBER<br>094676 | ☐ Subpoena<br>☐ Notice of Real Estate Sale<br>☑ Other  Amended Complaint |

SPECIAL INSTRUCTIONS

---

Served and made known to  **NBME**
on the  **18**  day of  **December**,  **2013**, at  **01:50 PM**
at  **3750 Market Street**, County of  **Philadelphia**
Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☑ Agent or person in charge of Defendants's office or usual place of business.  **Trish Weaver**
☐ _____ an officer of said Defendant company.
☐ Other

Description  Age:  Height:  Weight:  Race:  Sex:

On the _____ day of _____, _____, at _____
Defendant not found because:  ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

---

**NAME OF SERVER**

Clifford Richway, Jr.  being duly sworn according to law, deposes and says that he/she is process server herein named; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sheriff                    Process Server/Competent Adult

Sworn to and subscribed before me this
6 day of JANUARY 20 14

*Caitlyn Witiw* (signature)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CAITLYN WITIW, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 15, 2017

| Law Firm | | ATTEST |
|---|---|---|
| Attorney's Name | Matthew Thomas, Jr. | PRO PROTHY |
| Address | 31 Roosevelt Avenue | |
|  | Staten Island, NY 10304 | |
| Telephone # | Client # | DATE |

1990 Philadelphia Assoc. of Professional ProcessServers Rev 98.1
Metro Filing Services, Inc, founding member.