# Metro Filing Services, Inc.

317 South 13th Street
PHILADELPHIA, PA 19107
(215) 981 FILE

Philadelphia Association of
Professional Process Servers



## AFFIDAVIT OF SERVICE

| PLAINTIFF(S) | COURT TERM and NO. | COUNTY |
|---|---|---|
| Matthew Thomas, Jr. | 13-CV-3946 | Philadelphia |

| DEFENDANT(S) | DATE PREPARED | SERVED BY |
|---|---|---|
| ECFMG | Dec 23, 2013 | Clifford Richway, Jr. |

| SERVE AT | | |
|---|---|---|
| 3624 Market Street<br>Philadelphia, PA | ☐ Civil Action<br>☐ Summons<br>☐ Writ Of | ☐ Subpoena<br>☐ Notice of Real Estate Sale<br>☑ Other  Amended Complaint |
| | COMPANY CONTROL NUMBER<br>094677 | |

SPECIAL INSTRUCTIONS

---

Served and made known to     ECFMG
on the   18  day of  December  , 2013  , at  01:35 PM
at  3624 Market Street                    , County of  Philadelphia
Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☑ Agent or person in charge of Defendants's office or usual place of business.  William Kelly
☐ _____ an officer of said Defendant company.
☐ Other

| Description | Age: | Height: | Weight: | Race: | Sex: |
|---|---|---|---|---|---|

On the _____ day of _____ , ____ , at _____
Defendant not found because:   ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant  ☐ Other

---

**NAME OF SERVER**

Clifford Richway, Jr.    being duly sworn according to law, deposes and says that he/she is process server herein named; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sheriff                    Process Server/Competent Adult

Sworn to and subscribed before me this
6 day of JANUARY, 20 14

*Caitlyn Witiw*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CAITLYN WITIW, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 15, 2017

| Law Firm | | ATTEST |
|---|---|---|
| Attorney's Name | Matthew Thomas, Jr.<br>31 Roosevelt Avenue | PRO PROTHY |
| Address | Staten Island, NY 10304 | |
| Telephone # | Client # | DATE |

1990 Philadelphia Assoc. of Professional ProcessServers Rev 98.1
Metro Filing Services, Inc, founding member.