IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW THOMAS, JR.<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES MEDICAL LICENSING<br>EXAMINATION, *et al.*<br>      Defendants. | CIVIL ACTION NO. 13-3946 |

## ORDER

**AND NOW**, this 6th day of January 2014, upon consideration of the parties' letter request for an extension of time [attached], the Court hereby amends the Scheduling Order of November 26, 2013 as follows:

    1. Fact discovery shall be completed on or before **February 17, 2014**. Plaintiffs' expert reports must be completed by **March 7, 2014**. Defendants' expert reports must be completed by **March 28, 2014**. Supplemental or Rebuttal reports must be completed by **March 28, 2014**.

    2. All motions for summary judgment and partial summary judgment shall be filed no later than **May 12, 2014**.

    3. The parties, through counsel, shall confirm to the Court no later than **February 21, 2014**, whether they wish to have a settlement conference before a magistrate judge, mediation, or some other form of alternative dispute resolution and, if so, the form of alternative dispute resolution and by what date they will be prepared to commence such proceedings.

    It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
**CYNTHIA M. RUFE, J.**

## HAMBURG & GOLDEN, P.C.
Attorneys

1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
Facsimile: (215) 255-8583
hollandmp@hamburg-golden.com

James P. Golden
Neil J. Hamburg
Michael E. Sacks
Jane C. Silver
Jodi S. Wilenzik
Maureen P. Holland

Writer's Direct Dial:
215-255-8584

January 6, 2014

**BY FAX TO 267-299-5077**

The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
601 Market Street, Suite 12614
Philadelphia, PA 19106-1797

> Re: Mathew Thomas, Jr. v. NBME and ECFMG
> U.S.D.C., E.D. of PA., Civil Action No. 13-3946

Dear Judge Rufe:

I am writing on behalf of all parties to respectfully request an extension of time. The parties were forced to postpone the plaintiff's deposition due to the plaintiff's family emergency and severe weather. That, in turn, necessitated the rescheduling of defendants' depositions.

All parties have conferred and are jointly requesting a thirty-day extension to all deadlines. The proposed deadlines are as follows:

| | |
|---|---|
| Fact discovery deadline: | February 17, 2014 |
| Initial expert reports by: | March 7, 2014 |
| Rebuttal expert reports by: | March 28, 2014 |
| Expert depositions by: | April 21, 2014 |
| Dispositive motion deadline: | May 12, 2014 |
| Trial pool assignment: | June 2, 2014 |

Respectfully,

MAUREEN P. HOLLAND

MPH:st

01/06/2014 15:50    2152558583                HAMBURG & GOLDEN                              PAGE  03/03

Judge Rufe
January 6, 2014
Page 2 of 2

cc: Mathew Thomas, Jr. (email to dr.mathew.thomas.jr@gmail.com)
    Elisa P. McEnroe, Esquire (email)
    Brian W. Shaffer, Esquire (email)
    Neil J. Hamburg, Esquire