IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MATHEW THOMAS, JR. | : | CIVIL ACTION NO. |
|---|---|---|
| vs. | : | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, et al | : | 13-3946 |

### ORDER

AND NOW, this 12th day of February, 2014, it is hereby ORDERED that a settlement conference in the above captioned matter has been scheduled for March 10, 2014 at 10:30 a.m. **All** parties necessary to settle the case or delegate(s) with **full** authority **must** attend this conference, unless excused by this court in advance.

CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE