IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATHEW THOMAS, JR. | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, et al | : | 13-3946 |

**O R D E R**

AND NOW, this 20th   day of February, 2014, it is hereby ORDERED that the settlement conference in the above captioned matter has been rescheduled to March 19, 2014 at 10:00 a.m.  **All** parties necessary to settle the case or delegate(s) with **full** authority **must** attend this conference, unless excused by this court in advance.

                                    /s/ Carol Sandra Moore Wells
                                    CAROL SANDRA MOORE WELLS
                                    CHIEF UNITED STATES MAGISTRATE JUDGE