IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW THOMAS, JR.<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 13-3946 |
| UNITED STATES MEDICAL LICENSING<br>EXAMINATION, *et al.*<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 21st day of March 2014, upon consideration of the attached letter request from Plaintiff seeking permission to enroll in the Electronic Case Filing system, it is hereby **ORDERED** that the request is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

**Mathew Thomas, Jr.**
**31 Roosevelt Avenue**
**Staten Island, New York**

February 25, 2014

Civil Case #: 13-3946

Dear Honorable Judge Rufe:

Please except this letter as a follow up to my request for the Electronic Case Filing system (ECF) enrollment.

On December 19, 2013, I spoke to Gayle Olsen about my concern of not receiving time sensitive documents by mail. .

Ms. Olsen, recommended that I request permission from you to enroll in the Electronic Case Filing system (ECF). Since my original request, I have not received any information on how to proceed with enrolling in ECF.

Your guidance in this request is greatly appreciated.

Thank you for your time and consideration in this matter.

Sincerely,