**EXHIBITS**

A. Transcript of Plaintiff's deposition

B. Joint Statement of Stipulated Material Facts

C. Plaintiff's written statement submitted to the CSV

D. Transcript of CSV meeting

E. Analysis of Plaintiff's December 31, 2007 Exam

F. September 15, 2009 letter

G. Transcript of Dr. Steven Haist's deposition

H. Letter from Dr. Steven Haist