**EXHIBIT A**

Confidential – Mathew Thomas, Jr., M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATHEW THOMAS, JR.,      : NO.
Plaintiff                : 2:13-CV-03946-CMR
                         :
        vs.              :
                         :
NATIONAL BOARD OF        :
MEDICAL EXAMINERS and    :
EDUCATIONAL              :
COMMISSION FOR           :
FOREIGN MEDICAL          :
GRADUATES,               :
Defendants               :

- - -

Friday, January 10, 2014

- - -

CONFIDENTIAL
        Deposition of MATHEW THOMAS, JR.,
M.D. taken in the Offices of Golkow
Technologies, One Liberty Place, 1650
Market Street, Suite 5150, Philadelphia,
Pennsylvania, on the above date,
commencing at 9:35 a.m. before Lauren A.
Moore, Registered Merit Reporter and
Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Mathew Thomas, Jr., M.D.

---

Page 2

```
 1   APPEARANCES:
 2        MATHEW THOMAS, JR.
          31 Roosevelt Avenue
 3        Staten Island, NY  10314
          dr.mathew.thomas.jr@gmail.com
 4        -- Pro Se
 5
 6
          HAMBURG & GOLDEN, P.C.
 7        By: MAUREEN P. HOLLAND, ESQUIRE
          1601 Market Street, Suite 3310
 8        Philadelphia, PA  19103
          215-255-8590
 9        hollandmp@hamburg-golden.com
10        -- For the Defendant
          National Board of
11        Medical Examiners
12
          MORGAN LEWIS & BOCKIUS, L.L.P.
13        By: ELISA P. McENROE, ESQUIRE
          1701 Market Street
14        Philadelphia, PA  19103
15        215-963-5917
16        emcenroe@morganlewis.com
17        -- For the Defendant
18        Educational Commission for
19        Foreign Medical Graduates
20
21
22
23
24
```

Page 3

```
 1             INDEX TO WITNESSES
 2
 3
      WITNESS               PAGE
 4    MATHEW THOMAS, JR., M.D.
        By Ms. Holland       11, 304
 5
 6      By Ms McEnroe        233
 7
 8             INDEX TO EXHIBITS
 9                            PAGE
      EXHIBIT     DESCRIPTION     REFERENCED
10
      EXHIBIT 1   Complaint         48
11
      EXHIBIT 2   Amended Complaint    48
12
      EXHIBIT 3   USLME Polices and Procedures
13        Regarding Indeterminate Scores
          Bates Stamp NBME 000401
14        through 000405      160
15    EXHIBIT 4   Amended Notice of Deposition  14
16    EXHIBIT 5   Order Granting Plaintiffs'
          Motion for Summary Judgment   148
17
      EXHIBIT 6   Mathew Thomas, Jr. Testing
18        History, Bates Stamp NBME 00388
          through NBME 00389    148
19
      EXHIBIT 7   E-mail from Susan Deitch to
20        Mathew Thomas, Jr.,
          Bates Stamp NBME 00167
21        7/27/09 Letter from USLME to
          Mathew Thomas, Jr Bates Stamp
22        NBME 00197 through NBME 00198 149
23
24
```

Page 4

```
 1             INDEX TO EXHIBITS
 2
                              PAGE
 3    EXHIBIT     DESCRIPTION     REFERENCED
 4    EXHIBIT 8   E-mail from Mathew Thomas, Jr
          to Susan Deitch, Bates Stamp
 5        NBME 00132 and NBME 00133    150
 6    EXHIBIT 9   E-mail from Mathew Thomas, Jr
          to Susan Deitch, Bates Stamp
 7        NBME 00134 and NBME 00135    157
 8    EXHIBIT 10  E-mail from Susan Deitch to
          Mathew Thomas, Jr.,
 9        Bates Stamp NBME 00159
          9/15/09 Letter from USLME to
10        Mathew Thomas, Jr. Bates Stamp
          NBME 00199 through NBME 00203  159
11
12    EXHIBIT 11  E-mail from Mathew Thomas, Jr.
          to Susan Deitch, Bates Stamp
13        NBME 00158         160
14    EXHIBIT 12  E-mail from Susan Deitch to
          Mathew Thomas, Jr.,
15        Bates Stamp NBME 00156     161
16    EXHIBIT 13  E-mail from Mathew Thomas, Jr.
          to Susan Deitch, Bates Stamp
17        NBME 00136 through NBME 00137 148
18    EXHIBIT 14  FedEx Shipment E-mail
          Confimation, Bates Stamp
19        NBME 00153         162
20    EXHIBIT 15  E-mail from Mathew Thomas, Jr.
          to Susan Deitch., Bates Stamp
21        NBME 00138 through NBME 00139 162
22    EXHIBIT 16  E-mail from Susan Deitch to
          Mathew Thomas, Jr.,
23        Bates Stamp NBME 00150 through
          NBME 00151         148
24
```

Page 5

```
 1             INDEX TO EXHIBITS
 2
                              PAGE
 3    EXHIBIT     DESCRIPTION     REFERENCED
 4    EXHIBIT 17  E-mail from Mathew Thomas, Jr
          to Susan Deitch, Bates Stamp
 5        NBME 00148 through NBME 00149  148
 6    EXHIBIT 18  E-mail from Janet Carson to
          Susan Deitch, Bates Stamp
 7        NBME 00140 through NBME 00141  148
 8    EXHIBIT 19  E-mail from Janet Carson to
          Mathew Thomas, Jr., Bates Stamp
 9        NBME 00142 through NBME 00144  166
10    EXHIBIT 20  E-mail from Emilie Babcox to
          Mathew Thomas, Jr., Bates Stamp
11        NBME 00145 and NBME 00147    167
12    EXHIBIT 21  12/16/09 Transcript of
          Mathew Thomas, Jr.     28
13
      EXHIBIT 22  E-mail from Susan Deitch to
14        Mathew Thomas, Jr.,
          Bates Stamp NBME 00130 through
15        NBME 00131         172
16    EXHIBIT 23  E-mail from Mathew Thomas, Jr.
          to Susan Deitch, Bates Stamp
17        NBME 00127 through NBME 00129  173
18    EXHIBIT 24  2/17/10 Letter from USMLE,
          Bates Stamp NBME 00204
19        through NBME 00207     174
20    EXHIBIT 25  E-mail from Mathew Thomas, Jr.
          to Susan Deitch, Bates Stamp
21        NBME 00126         178
22
23
24
```

2 (Pages 2 to 5)

Confidential - Mathew Thomas, Jr., M.D.

Page 6

INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION         PAGE REFERENCED
EXHIBIT 26  E-mail from Mathew Thomas, Jr.
            to Susan Deitch, Bates Stamp
            NBME 00390 through NBME 00392  178
EXHIBIT 27  E-mail from Emilie Babcox to
            Susan Deitch and Janet Carson,
            Bates Stamp NBME 00398 through
            NBME 00400          180
EXHIBIT 28  6/24/10 Appeal Letter,
            Bates Stamp NBME 00113
            through NMBE 00120     180
EXHIBIT 29  8/25/10 Letter from USMLE to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00121 through NBME 00125  181
EXHIBIT 30  Step 2 CK Scores,
            Bates Stamp NBME 00152     130
EXHIBIT 31  E-mail from Amy Buono to
            Janet Carston, Bates Stamp
            NBME 00111 through NBME 00112  183
EXHIBIT 32  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00108 through NBME 00110  185
EXHIBIT 33  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00104 through NBME 00107  148
EXHIBIT 34  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00100 through NBME 00103  186

Page 8

INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION         PAGE REFERENCED
EXHIBIT 44  E-mail from Mathew Thomas, Jr.
            to Amy Buono, Bates Stamp
            NBME 00040          148
EXHIBIT 45  E-mail from Mathew Thomas, Jr
            to Amy Buono, Bates Stamp
            NBME 00038 through NBME 00039  148
EXHIBIT 46  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00033          148
EXHIBIT 47  E-mail from Mathew Thomas, Jr
            to Amy Buono, Bates Stamp
            NBME 00035 through NBME 00037  148
EXHIBIT 48  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00031 through NBME 00032  148
EXHIBIT 49  Comparison of Step 2 Forms,
            Bates Stamp NBME 00030,
            NBME 00027, NBME 00013
            through NBME 00014     148
EXHIBIT 50  10/17/11 Letter from USMLE,
            Bates Stamp NBME 00026     148
EXHIBIT 51  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00015 through NBME 00020  148
EXHIBIT 52  12/19/12 Letter from
            Mathew Thomas, Jr., Bates Stamp
            NBME 00005 through NBME 00008  209

Page 7

INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION         PAGE REFERENCED
EXHIBIT 35  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00095 through NBME 00099  148
EXHIBIT 36  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00089 through NBME 00093  148
EXHIBIT 37  E-mail from Amy Buono to
            William Walsh, Bates Stamp
            NBME 00088          148
EXHIBIT 38  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00082 through NBME 00087  148
EXHIBIT 39  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00075 through NBME 00081  148
EXHIBIT 40  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00068 through NBME 00074  148
EXHIBIT 41  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00060 through NBME 00067  148
EXHIBIT 42  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00050 through NBME 00059  148
EXHIBIT 43  E-mail from Amy Buono to
            Mathew Thomas, Jr., Bates Stamp
            NBME 00041 through NBME 00049  148

Page 9

INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION         PAGE REFERENCED
EXHIBIT 53  E-mail from Amy Buono to
            Salvatrice Scerbo, Bates Stamp
            NBME 00009 through NBME 00012  210
EXHIBIT 54  E-mail from Amy Buono to
            Salvatrice Scerbo and
            Mathew Thomas, Jr.,
            Bates Stamp NBME 00004     148
EXHIBIT 55  E-mail from Mathew Thomas, Jr.
            to Amy Buono, Bates Stamp
            NBME 00003          148
EXHIBIT 56  E-mail from Amy Buono to
            Rebecca Robichaud, Bates Stamp
            NBME 00001 through NBME 00002  214

(Exhibits marked before commencement of
deposition.)

3 (Pages 6 to 9)

Confidential - Mathew Thomas, Jr., M.D.

---

## Page 10

INDEX TO EXHIBITS
                                    PAGE
EXHIBIT   DESCRIPTION          MARKED

EXHIBIT 57   Documents with regard to Request
             for Documents from Amended
             Notice of Deposition Numbers 1
             through 13        147

EXHIBIT 58   ECFMG Medical Education
             Credential Committee Meeting -
             Exception Requests, Bates Stamp
             ECFMG 000627 through
             ECFMG 000646        236

EXHIBIT 59   E-mail from Rebecca Robichaud to
             Bill Kelly, Bates Stamp ECFMG
             000607 through ECFMG 000609   247

EXHIBIT 60   Letter from ECFMG dated 5/1/13,
             Bates Stamp ECFMG 000613 through
             ECMFG 000614        252

EXHIBIT 61   Letter from ECFMG dated 4/25/13,
             Bates Stamp ECFMG 000615    254

EXHIBIT 62   USMLE and Appeals: The Hefty
             Burden Examinees Face in
             Appealing a USMLE Finding of
             Indeterminate Score or
             Irregular Behavior    293

---

## Page 11

1   MATHEW THOMAS, JR., M.D.,
2   after having been duly sworn, was
3   examined and testified as follows:
4   * * *
5   EXAMINATION
6   BY MS. HOLLAND:
7   Q.   Dr. Thomas, can you
8   introduce yourself for the record using
9   your first name and last name?
10   A.   My name is Mathew Thomas,
11   M-A-T-H-E-W, Thomas, T-H-O-M-A-S.
12   MS. HOLLAND:  And, for the
13   record, my name is Maureen
14   Holland, H-O-L-L-A-N-D, and I'm
15   here representing the National
16   Board of Medical Examiners.
17   MS. McENROE:  And I'm Elisa
18   McEnroe, M-C-E-N-R-O-E, here on
19   behalf of the Educational
20   Commission for Foreign Medical
21   Graduates.
22   BY MS. HOLLAND:
23   Q.   Now, Dr. Thomas, I
24   understand that you are not currently

---

## Page 12

1   represented by counsel.  Is that correct?
2   A.   That's correct.
3   Q.   And have you ever been
4   deposed before?
5   A.   Yes, I have.
6   Q.   About how long ago was that?
7   A.   I actually had a deposition
8   about a little over a month ago.
9   Q.   So I won't go through all
10   the rules in excruciating detail, but,
11   basically, at a deposition it's important
12   that one person speak at a time so that
13   the court reporter who is here can take
14   down everything everyone is saying.
15   It's also important to give
16   audible verbal responses to questions, so
17   instead of nodding, make sure to say the
18   word yes or instead of shaking your head,
19   make sure to say the word no.
20   A.   Okay.
21   Q.   If you have any questions
22   about any of the questions that are asked
23   to you, if any of the questions seem
24   unclear, just simply ask for

---

## Page 13

1   clarification on that question, and we'll
2   be happy to clarify the question for you.
3   A.   Okay.
4   Q.   And it's perfectly fine to
5   take breaks during the deposition.  Just
6   let us know if you'd like to take a break
7   before our next question.  In other
8   words, while a question is pending we
9   don't want to say, all right.  Let's take
10   a ten-minute break.
11   Do you understand everything
12   I said so far?
13   A.   I do.
14   Q.   And are you on any
15   medications that impair your memory,
16   speech or ability to concentrate today?
17   A.   No.
18   Q.   Is there any other reason
19   why you can't give truthful, accurate and
20   complete testimony today?
21   A.   I did have one trauma
22   Sunday, slip and fall, hit my head, but I
23   don't think it will affect.
24   Q.   Are you on any medications

---

Confidential - Mathew Thomas, Jr., M.D.

## Page 14

1  for the slip and fall?
2      A.   No.
3      Q.   And you do understand that
4  you are under oath currently?
5      A.   I do.
6      Q.   And you understand your
7  obligation to tell the truth --
8      A.   I do.
9      Q.   -- today in your deposition?
10     A.   I do.
11     Q.   So, Dr. Thomas, you are
12  appearing here today pursuant to a notice
13  of deposition that was sent to you.  Is
14  that right?
15     A.   That is correct.
16     Q.   And in your exhibit book
17  that you have in front of you, I'm going
18  to ask you to turn to Exhibit 4, and
19  you're looking at the amended notice of
20  deposition.  Is that right?
21     A.   That is correct.
22     Q.   And on Exhibit 4 do you see
23  a list of items?  There are 13 items
24  enumerating things that we had asked to

## Page 15

1  bring with you here today.  Is that
2  right?
3      A.   Yes.
4      Q.   Did you bring those items
5  with you?
6      A.   I did for most of them, and
7  I have a response to those that I do not
8  have.
9      Q.   Let's go through those in
10  turn then.  So starting with number one,
11  the score reports.  Did you bring those
12  with you today?
13     A.   I do have, I believe, more
14  of a list because I cannot access Oasis,
15  and I didn't keep all my score reports.
16  I have my score report from my 2000 -- my
17  Step 2, the pass.
18     Q.   Okay.
19     A.   I think I may have left that
20  in my car.  I had another binder with
21  other score reports in it.  I believe
22  that's in the car.  I'll have to bring
23  that back up to you.
24         MS. McENROE:  How about we

## Page 16

1  take a quick break?  Let's go off
2  the record.
3         (A discussion was held off
4  the record.)
5         (A short break was taken.)
6  BY MS. HOLLAND:
7      Q.   Dr. Thomas, we took a short
8  break so that you could go down to your
9  car and retrieve some items.  I do want
10  to remind you that you're still under
11  oath.
12     A.   I understand.
13     Q.   I just want to go back to a
14  few things.  You said that you were
15  deposed about a month ago.  What was that
16  in reference to?
17     A.   That was for a car accident.
18     Q.   And are you a plaintiff or a
19  defendant in that lawsuit?
20     A.   I'm the plaintiff in that.
21     Q.   And where did that car
22  accident take place?
23     A.   New York City.  Manhattan.
24     Q.   Do you know the date?

## Page 17

1      A.   November 12th, 2007, I
2  believe.
3      Q.   2007?
4      A.   I believe so.
5      Q.   Are you the plaintiff in any
6  other lawsuits?
7      A.   No.
8      Q.   Have you been in the past?
9      A.   Once in the past before
10  that.  It was another car accident.
11     Q.   And where was that one?
12     A.   That was in Queens, New
13  York.
14     Q.   And do you remember when
15  that was?
16     A.   It was in 2001, somewhere
17  around, first couple years in 2000.
18     Q.   And in what court did you
19  bring the first lawsuit, the one in
20  Queens?
21     A.   I believe it was through
22  Staten Island, but that case got
23  dismissed.
24     Q.   And did you sue in the name

Confidential - Mathew Thomas, Jr., M.D.

Page 18

1  Mathew Thomas, Jr.?
2      A.   Yeah.
3      Q.   And where did you bring the
4  second lawsuit that happened in New York
5  City?
6      A.   The second lawsuit started
7  out in New York City and then the lawyers
8  all changed the venue over to Staten
9  Island so, currently, it's pending there.
10      Q.   And did you have a lawyer
11  for -- that represented you in the
12  lawsuit connected to the Queens accident?
13      A.   Yes, I did.
14      Q.   Who was that lawyer?
15      A.   Matthew Santamauro.
16      Q.   And how about for the car
17  accident that happened in New York City?
18      A.   It was Louis Galgano.
19  Currently, it's John -- I have to check
20  my phone for the last name.  It's an
21  Irish name.
22      Q.   And how did you find those
23  lawyers for those lawsuits?
24      A.   The family lawyer is --

Page 19

1  Matthew Santamauro is a family lawyer,
2  and John I was referred, after I was
3  having issues with the other lawyer,
4  through co-workers.
5      Q.   When you say that Matthew
6  Santamauro was a family lawyer, what do
7  you mean by that?
8      A.   We've had other -- my uncle
9  is very good friends with him for all his
10  business needs so...
11      Q.   You also mentioned -- were
12  there any other lawsuits that you were a
13  party to?
14      A.   Not that I remember.
15      Q.   You also mentioned that on
16  Sunday, this past Sunday you were
17  involved in a slip and fall?
18      A.   Yes.
19      Q.   Where did that occur?
20      A.   In front of my house in
21  Staten Island.
22      Q.   And can you tell us whether
23  you sought any medical treatment?
24      A.   I did.  I went to the

Page 20

1  emergency room at Staten Island
2  University Hospital, had the cut managed
3  as well as a CT scan.
4      Q.   Have you gotten the results
5  of your CT scan back?
6      A.   Yes.  They were okay.
7      Q.   Did you experience any pain?
8      A.   Yes.
9      Q.   A lot of pain?
10      A.   Yeah.  Yes.
11      Q.   Are you prescribed anything
12  for that pain?
13      A.   No.  I declined.
14      Q.   Any follow-up treatment
15  other than the CT scan?
16      A.   No.  Just I haven't been at
17  work all week so it's just rest.
18      Q.   And do you plan to file a
19  lawsuit in that case --
20      A.   No.
21      Q.   -- in relation to the slip
22  and fall?
23      A.   No.
24      Q.   A few other preliminary

Page 21

1  questions that I want to ask you.  What
2  is your date of birth?
3      A.   November 28th, 1977.
4      Q.   And what's your home
5  address?
6      A.   31 Roosevelt Avenue, Staten
7  Island, New York, 10314.
8      Q.   Who do you live with?
9      A.   My spouse, my kids and my
10  parents.
11      Q.   How many kids do you have?
12      A.   I have a stepson and a son
13  and one on the way.
14      Q.   And what does your spouse
15  do?
16      A.   She's a housewife.
17      Q.   Is she the person that
18  attended the hearing?
19      A.   No.
20      Q.   Who was that person?
21      A.   That was a colleague of
22  mine.
23      Q.   A colleague from your
24  current work?

6 (Pages 18 to 21)

Confidential - Mathew Thomas, Jr., M.D.

Page 22

1    A.   Yes.
2    Q.   What is her name?
3    A.   Salvatrice Scerbo.
4    Q.   Where were you born?
5    A.   Staten Island, New York.
6    Q.   And so you're a United
7    States citizen?
8    A.   Yes, I am.
9    Q.   Are you a citizen of any
10   other country?
11   A.   I have an OCI card for
12   India. It's not really dual citizenship,
13   but it gives me the right to own property
14   in India if I want.
15   Q.   Do you own any property in
16   India?
17   A.   No, I don't. Currently, no.
18   Q.   Have you in the past?
19   A.   No. My father has some
20   property that may wind up coming down to
21   me as time goes on.
22   Q.   Have you ever been arrested?
23   A.   Yes, I have.
24   Q.   Tell me about the first time

Page 23

1    you were arrested, when was that?
2    A.   If I may ask, what's the
3    relevance to the case?
4    Q.   Because there may be some
5    reasons under the rules of evidence that
6    it becomes important for the Court to
7    hear about any prior criminal contacts
8    that you've had.
9        You're going to be a witness
10   in the case, and your credibility is an
11   issue in the case. Any person who is a
12   witness, credibility is an issue in the
13   case. Okay?
14   A.   Okay.
15   Q.   So tell me about the first
16   time that you were arrested. When was
17   that?
18   A.   I don't remember the exact
19   year. It was driving under the
20   influence.
21   Q.   How about the second time
22   you were arrested?
23   A.   Again, driving under the
24   influence.

Page 24

1    Q.   Third time?
2    A.   Driving under the influence.
3    Q.   Is there a fourth time?
4    A.   No.
5    Q.   Were you ever arrested for
6    anything other than driving under the
7    influence?
8    A.   No.
9    Q.   And did all of those occur
10   in New York?
11   A.   Yes. New York meaning Long
12   Island, New York, not New York City.
13   Q.   Right. Were you convicted
14   of driving under the influence?
15   A.   I had one misdemeanor, two
16   violations.
17   Q.   One misdemeanor. So two
18   misdemeanor convictions?
19   A.   No. One was considered a
20   misdemeanor. Two of them were considered
21   violations.
22   Q.   Did you lose your license?
23   A.   Yes, I did.
24   Q.   For how long?

Page 25

1    A.   I think six months and then
2    a year.
3    Q.   Did the DUIs occur while you
4    were in school?
5    A.   I don't believe so. I think
6    they were all post graduation.
7    Q.   Post graduation from medical
8    school?
9    A.   From medical school. I
10   think they were all after 2003.
11   Q.   You indicated that you don't
12   remember the exact year, but do you
13   remember the time when your license was
14   suspended?
15   A.   Well, I remember the last
16   one. The last one happened in 2009. The
17   two before that were well before that, so
18   I don't remember the exact dates.
19   Q.   So 2009 was the last one and
20   then the other two, were they --
21   A.   They were about five or so
22   years before that.
23   Q.   So maybe 2004?
24   A.   I think around three, four,

Confidential - Mathew Thomas, Jr., M.D.

Page 26

1 around, but I can't say with certainty.
2      Q.   Have you ever testified in
3 court before?
4      A.   Yes, I have.
5      Q.   And was that in reference to
6 the two cases that you told us about?
7      A.   That was in reference to the
8 last case, 2009.
9      Q.   Any other cases that you
10 testified in court before?
11      A.   No.
12      Q.   Have you ever filed for
13 bankruptcy?
14      A.   No.
15      Q.   And who, if anyone, have you
16 spoken to about your lawsuit in this
17 case?
18      A.   Nobody.  Only counsel.
19      Q.   When you say only counsel,
20 what do you mean?
21      A.   I have a lawyer.  I had a
22 lawyer, Rebecca -- I forget her last
23 name -- that I had hired out of the
24 Midwest and then another family lawyer

Page 27

1 that I sought advice.
2      Q.   But neither of those lawyers
3 are representing you?
4      A.   No.
5      Q.   Have you posted anything
6 online about the case?
7      A.   No.
8      Q.   Do you use Facebook?
9      A.   I do use Facebook.
10      Q.   Have you posted anything on
11 Facebook about the case?
12      A.   No.
13      Q.   How about any message
14 boards?
15      A.   No.
16      Q.   So in preparation for today
17 what did you do to prepare?
18      A.   Basically, went over just
19 the transcript from my hearing, went back
20 and forth with the letters that had been
21 written by Ms. Detich as well as my
22 appeal and, basically, that was it.
23      Q.   When you say you went over
24 the transcript, I'm going to ask you to

Page 28

1 look in your exhibit binder at Exhibit
2 21.  Do you recognize Exhibit 21?
3      A.   Yes, I do.
4      Q.   What is that?
5      A.   This is the transcript to
6 the hearing that I had December 16th of
7 2009.
8      Q.   And do you remember
9 testifying at this hearing?
10      A.   Very much.
11      Q.   Were you under oath at this
12 hearing?
13      A.   Yes, I was.
14      Q.   And did you give truthful
15 answers at the hearing?
16      A.   I did.
17      Q.   Did you give accurate
18 answers at the hearing?
19      A.   I did.
20      Q.   As you read over the
21 transcript in preparation for today, did
22 you notice any mistakes in the
23 transcript, any typographical errors?
24      A.   There are some typographical

Page 29

1 errors.  I did notice some.
2      Q.   Did any of the typographical
3 errors that you noticed change the
4 meaning of any of your answers?
5      A.   No.
6      Q.   Did any of the typographical
7 errors change the meaning of any of the
8 questions?
9      A.   No.
10      Q.   Is it fair to say that all
11 of the -- all of the answers that you
12 gave to the questions in this transcript
13 are true?
14      A.   Yes.
15      Q.   Did you meet with an
16 attorney in preparation for today?
17      A.   For today?  No.
18      Q.   What do your parents do?
19      A.   Both retired.
20      Q.   And what did they retire
21 from?
22      A.   Dad was an electrician.
23 Mother was an LPN.
24      Q.   Do you have siblings?

8 (Pages 26 to 29)

Confidential - Mathew Thomas, Jr., M.D.

Page 30

1    A.   Yes, I do.  Two sisters.
2    Q.   What do they do?
3    A.   One is a social worker.  One
4  is in marketing.
5    Q.   Are you working now?
6    A.   Yes, I am.
7    Q.   Where do you work?
8    A.   I work for St. Barnabas
9  Hospital in the Bronx, but I work at
10  their off-site clinic, Southern Medical
11  Group.
12    Q.   It's called Southern Medical
13  Group?
14    A.   Yes.
15    Q.   What do you do there?
16    A.   I'm the site administrator.
17    Q.   What are the duties of the
18  site administrator?
19    A.   I run the whole center.
20    Q.   When you say you run the
21  whole center, what does the center do?
22    A.   I manage the center.  We see
23  patients in different specialties, so I
24  take care of both the registration, daily

Page 31

1  operations, billing, everything that's
2  involved in running a facility.
3    Q.   How big a facility is it?
4    A.   It's -- in terms of size or
5  in terms of patient volume?
6    Q.   In terms of patient volume?
7    A.   I would say we see close to
8  a thousand patients a month.
9    Q.   And how many people do you
10  supervise?
11    A.   Including physicians,
12  approximately 18 to 20.
13    Q.   About how many of those 18
14  to 20 are physicians?
15    A.   About five.
16    Q.   And are those all the
17  physicians on staff at the Southern
18  Medical Group?
19    A.   No.  There are other
20  physicians who rent space who report to
21  me indirectly, but they don't report to
22  me.
23    Q.   Do you provide any patient
24  care?

Page 32

1    A.   No.
2    Q.   Who is your
3  supervisor -- your current supervisor?
4    A.   It's the senior VP at St.
5  Barnabas for ambulatory care, Pat Belair.
6    Q.   How do you spell Pat's last
7  name?
8    A.   Patricia Belair,
9  B-E-L-A-I-R.
10    Q.   And how long have you worked
11  there?
12    A.   September 2012, so a year
13  and four months now.
14    Q.   Do you work anywhere else
15  now?
16    A.   Yes, I do.
17    Q.   Where else do you work?
18    A.   I work at Technical Career
19  Institute as an instructor.  I work at
20  St. Paul's School of Nursing as an
21  instructor, and starting next week I'll
22  be teaching at Metropolitan College of
23  New York, MCNY, also as an instructor.
24    Q.   You're quite busy.

Page 33

1    A.   I have no choice.  I have a
2  housewife.
3    Q.   I'm sorry.  You said
4  Metropolitan?
5    A.   College of New York.  MCNY
6  is what they go by.
7    Q.   Let me take these in turn
8  then.  So you told us about your
9  responsibilities at the Southern Medical
10  Group.
11         What will you be teaching at
12  the Technical Career Institute?
13    A.   This semester will be
14  medical/legal issues as well as
15  healthcare systems.
16    Q.   Have you taught there
17  before?
18    A.   Yes.  I've been teaching
19  there since 2010, I believe.
20    Q.   Continuously?
21    A.   Continuously.
22    Q.   Medical and legal issues.
23  Do you prepare the syllabus for that
24  class?

9  (Pages 30 to 33)

Confidential - Mathew Thomas, Jr., M.D.

Page 34

1      A.   The syllabus has kind of
2  been given to us by the department.
3  Those are the classes that I had this
4  semester and last semester. Before that
5  I had different classes.
6      Q.   Do you have a supervisor at
7  TCI?
8      A.   Currently, no. The dean of
9  our department basically has been
10  promoted and so they have a vacant
11  position for that dean position.
12      Q.   Who's the person that you
13  would say you report to at TCI?
14      A.   Honestly, I haven't had -- I
15  haven't had to report to anyone. If I
16  had to talk to anyone, maybe the provost.
17      Q.   What's that person's name?
18      A.   It's Dean Dillon. C. Dillon
19  would be probably the provost.
20  D-I-L-L-O-N.
21      Q.   So what exactly are medical
22  and legal issues?
23      A.   It's just ethics. It's an
24  ethics class.

Page 35

1      Q.   And who takes the class?
2      A.   The students that register
3  for -- well, that's an HIT class so it's
4  healthcare and information technology so
5  students under that major.
6      Q.   Are they undergraduates?
7      A.   Yeah. This would be an
8  associate's program.
9      Q.   An associate's program. Do
10  you have any legal training?
11      A.   For...?
12      Q.   Just in general?
13      A.   Legal training, no.
14      Q.   You're not a lawyer or
15  anything?
16      A.   No.
17      Q.   Do you teach that course on
18  your own or do you co-teach it with
19  someone?
20      A.   On my own.
21      Q.   Moving onto St. Paul's
22  School of Nursing. You indicated you're
23  an instructor there. Can you tell us
24  what you teach?

Page 36

1      A.   I started last semester.
2  Just I'm a lab -- lab instructor for
3  anatomy and physiology I and II.
4      Q.   What kind of school is St.
5  Paul's School of Nursing? In other
6  words, is it an associate's program? A
7  graduate degree?                 associates
8      A.   I believe it's a bachelor's
9  in nursing. The students who graduate
10  from there are able to take the night
11  class for the LPN and RN.    NYCLEX
12      Q.   You said you started
13  teaching there in 2013?
14      A.   Yes. September.
15      Q.   Who's your supervisor?
16      A.   Anne Lubrano.
17      Q.   How do you spell Lubrano?
18      A.   L-U-B-R-A-N-O.
19      Q.   And then finally, MCNY, the
20  Metropolitan College of New York. Did
21  you say you're going to be an instructor
22  there?
23      A.   I'm going to be teaching
24  classes there.

Page 37

1      Q.   What class?
2      A.   I haven't got a finalized
3  schedule but, tentatively, it seems like
4  it's going to be medical terminology and
5  possibly anatomy and physiology.
6      Q.   Is that a bachelor's
7  program? Associate program?
8      A.   That's a bachelor's program.
9  It's a four-year college.
10      Q.   How many hours per week do
11  you currently work?
12      A.   Right now?
13      Q.   Yeah.
14      A.   Officially or including time
15  that we put, like -- you know, I'm salary
16  so, basically, I'm going to put in more
17  hours than my regular 9:00 to 5:00.
18      Q.   Well, just approximate the
19  number of hours that you work total.
20      A.   Probably 12 to 14 a day.
21      Q.   Five days a week?
22      A.   Well, with the MCNY I'll be
23  teaching Saturday, too, so it will be six
24  days.

10 (Pages 34 to 37)

Confidential - Mathew Thomas, Jr., M.D.

Page 38

1    Q.   You mentioned that you're on
2  a salary.  What is your current salary at
3  St. Barnabas Southern Medical Group?
4    A.   It's approximately 92,000
5  and change.
6    Q.   And what's your salary at
7  TCI?
8    A.   We make 65 an hour.
9    Q.   So that one is hourly?
10   A.   Hourly, yes.
11   Q.   And St. Paul's School of
12 Nursing?
13   A.   Is 32 an hour.
14   Q.   And MCNY?
15   A.   I believe it's going to be
16 approximately 60.
17   Q.   Did you bring copies of your
18 tax returns?
19   A.   No, I did not.
20   Q.   So in your current positions
21 are you using your medical training at
22 all?
23   A.   No, I'm not.  Well, I can't
24 say that.  If I'm teaching anatomy

Page 39

1  physiology it would be part of my medical
2  training, and medical terminology would
3  also be part of my medical training.
4    Q.   In addition to working, are
5  you currently in any study courses for
6  the USMLE?
7    A.   No, I'm not.
8    Q.   I know that you didn't bring
9  your tax returns with you, but can you
10 estimate for us what your total income
11 was for last year?
12   A.   Approximately, maybe 115.
13 Somewhere between 110 and 115, I believe.
14   Q.   How about the year before
15 that?
16   A.   It was much lower.  It was
17 under a hundred thousand, I believe, the
18 year before.
19   Q.   So you're not enrolled in
20 any study courses for the USMLE
21 currently?
22   A.   No.
23   Q.   What have you done, if
24 anything, to prepare for the USMLE since

Page 40

1  this litigation began?
2    A.   I have not because I'm not
3  able to.
4    Q.   What do you mean you're not
5  able to?
6    A.   I'm not able to take the
7  test currently.
8    Q.   In your -- you told us about
9  your employment at St. Barnabas,
10 Technical Career Institute, St. Paul's
11 School of Nursing, Metropolitan College
12 of New York.  Are there any other jobs
13 that you had since medical school?
14   A.   Yes.
15   Q.   Where else have you worked?
16   A.   I worked at Kaplan in New
17 Jersey.
18   Q.   What did you teach at
19 Kaplan?
20   A.   I was a CS instructor,
21 clinical skills instructor and patient
22 note grader.
23   Q.   And how long did you work at
24 Kaplan?

Page 41

1    A.   I started, I believe, 2006,
2  and at some point I kind of -- they took
3  me off of payroll around -- I think about
4  a year or two ago.
5    Q.   Which Kaplan in New Jersey
6  did you teach at?
7    A.   Newark.
8    Q.   Any other employment since
9  medical school?
10   A.   I worked at New York City
11 Health and Hospital Corporation, HHC.
12   Q.   And when did you work there?
13   A.   I started in 2009 all the
14 way 'til 2012.
15   Q.   What did you do?
16   A.   I was first an
17 administrative assistant and then I got
18 promoted to compliance officer.
19   Q.   Compliance officer?
20   A.   Yes.
21   Q.   Any other jobs?
22   A.   I worked partially for
23 Optima.
24   Q.   When did you work for

11  (Pages 38 to 41)

Confidential - Mathew Thomas, Jr., M.D.

Page 42

1  Optima?
2      A.   2008.  For a couple months
3  throughout 2008.
4      Q.   And what was your job at
5  Optima?
6      A.   I just assisted students
7  when they first came in.  Basically
8  setting them up with a station for them
9  to study at as well as showing them the
10 system that they were supposed to use,
11 how to turn the computer on, how to log
12 in and then tell them they have to do a
13 hundred questions a day.
14     Q.   I'm going to go back to
15 Kaplan.  What was your salary or wage
16 when you worked at Kaplan?
17     A.   I think when I was a trainer
18 it was 14 an hour and as a patient note
19 grader, 11 an hour.
20     Q.   How about at New York City
21 Health and Hospital Corp.?
22     A.   I was salary there as well.
23 I started off at 70,000 and got promoted
24 up to about 85,000.

Page 43

1      Q.   And at Optima what were you
2  paid?
3      A.   It varied.  Whatever he
4  wanted to give me since I wasn't really
5  set with the daily schedule or anything.
6      Q.   About how much did you make?
7      A.   I honestly don't remember.
8      Q.   Did you file a tax return?
9      A.   No, I did not.
10     Q.   When you say "he," whatever
11 he wanted to give you, who is he?
12     A.   Suliman.  Dr. Suliman who is
13 the owner of the program.
14     Q.   And was he the person that
15 you reported to?
16     A.   Yes.
17     Q.   Was he the only person you
18 reported to?
19     A.   Yes.  Well, he had a wife,
20 also, so if she needed anything in his
21 absence, but direct report was basically
22 to him.
23     Q.   Who else worked there with
24 you?

Page 44

1      A.   At the time?  He had some
2  other instructors that were there.
3      Q.   Anybody else that did the
4  same job that you did?
5      A.   No.  They were actually
6  professors.  They taught.  I didn't
7  teach.
8      Q.   Can you estimate for us how
9  much money you made working at Optima?
10     A.   Maybe a couple thousand.
11     Q.   Were you working at Optima
12 at the same time you were working at
13 Kaplan?
14     A.   I was on payroll at Kaplan.
15 I don't remember what hours I was getting
16 at the time.  Kaplan doesn't run the CS
17 course all the time, so it's really only
18 when they run the course that you can
19 work.
20     Q.   So you were teaching courses
21 at Kaplan, but for Optima you were just
22 working the front desk?
23     A.   That's correct.
24     Q.   And did you have an

Page 45

1  arrangement with either Kaplan or Optima
2  where you were receiving test prep
3  services as well as being an employee?
4      A.   At the time of my
5  employment, no.
6      Q.   When you were employed at
7  Optima, you were still in the process of
8  taking the USMLE exams.  Is that right?
9      A.   I completed 1, 2 and CS.  I
10 had Step 3 pending.
11     Q.   And Optima
12 University -- well, what is Optima?
13     A.   Optima University was a
14 USMLE test prep course.  It basically
15 covered, basically, Step 1 and Step 2.
16     Q.   And when you say Step 2, do
17 you just mean Step 2 CK?
18     A.   CK.
19     Q.   Now, did Optima exist solely
20 as a test prep company for the USMLE?
21     A.   That was my understanding.
22     Q.   Did they teach any other
23 tests or subjects?
24     A.   I don't believe so.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 46

1      Q.   Did the question bank have
2   questions from any other exams?
3      A.   Not that I know of.
4      Q.   And did the question bank
5   have -- were there separate question
6   banks for Step 1 and Step 2 CK?
7      A.   Yes, there were.
8      Q.   And when a person came to
9   Optima, did they bring with them their
10  own computer?
11     A.   No.
12     Q.   So they used an Optima
13  computer?
14     A.   Yes, they did.
15     Q.   Did Optima provide people
16  with any other study materials other than
17  the computer?
18     A.   Not that I -- I don't
19  believe so.
20     Q.   You mentioned that there
21  were people who taught classes.  What
22  were the classes that were taught?
23     A.   Honestly, I didn't get
24  involved in that.  If the students

Page 47

1   requested specific lectures on specific
2   topics, the instructors were told to make
3   a lecture based on those topics.  They
4   varied in subject matter.
5          Some days it may be -- there
6   was no real structure -- Kaplan has a
7   structured course.  There's a set lecture
8   set for every day of the week, set hours.
9   This was very basically ad hoc, as needed
10  or if the students had requested
11  something specific.
12     Q.   So the instructors that were
13  on staff were basically there to respond
14  to questions that arose from the
15  students?
16     A.   Yes.  The instructors
17  actually were added on in 2008.  Before
18  that when I was a student, Dr. Suliman
19  only did the lectures.  He was the only
20  one teaching.
21     Q.   And did you attend any of
22  those lectures?
23     A.   Yes, I did.
24     Q.   About how many?

Page 48

1      A.   I can't recall how many.
2      Q.   Dr. Suliman, was he a
3   practicing doctor?
4      A.   He was an M.D. is what he
5   told us.  I don't know if he practiced
6   prior, but while he was at the center,
7   no.
8      Q.   And do you know where he
9   went to medical school?
10     A.   Somewhere abroad.
11     Q.   I think what I'm going to
12  have you do is if you would, turn in your
13  exhibit book to Exhibit 1.  Do you see
14  Exhibit 1?
15     A.   Yes.
16     Q.   Do you recognize it?
17     A.   Yes, I do.
18     Q.   And that's the -- this is
19  the complaint that you initially filed?
20     A.   Yes.  The initial one.
21     Q.   And then turning to Exhibit
22  2?
23     A.   The amended complaint.
24     Q.   So I just wondered if you

Page 49

1   could walk us through your complaint and
2   amended complaint and tell us what it is
3   that you are asking for; what the
4   specific complaints are from a legal
5   standpoint that you're making against the
6   NBME and against the ECFMG?
7      A.   My specific complaint is
8   outlined in the amended complaint more
9   so, and I believe that the major issues
10  I'm having is that I believe I was
11  discriminated against based solely on the
12  fact that I was an employee at Optima;
13  that the evidence that was presented
14  before me was not complete.
15         There's more assumptions and
16  that word was basically -- even in the
17  hearing, was said to have been
18  observations, no real analysis,
19  statistical analysis.
20         I feel that it's more so
21  that my role post exam is why that I am
22  being told that my score is invalid with
23  actually no real proof or evidence
24  presented towards me of what they did and

Confidential - Mathew Thomas, Jr., M.D.

Page 50

1    didn't have at my time of the exam.
2        Q.   So discrimination, is that
3    the sole cause of action that you're
4    alleging?
5        A.   I believe I'm being falsely
6    accused, and I believe that
7    discrimination is a major portion of the
8    reasoning behind NBME's decisions against
9    me.
10       Q.   I just want to be sure that
11   we have everything, so discrimination and
12   false accusations?
13       A.   I believe there's a level of
14   defamation with that as well.
15       Q.   And tell me a little bit
16   more about the defamation claim.
17       A.   I believe that by going
18   forward and continuing to show that I was
19   involved in Optima and in the hearing as
20   well, Susan Detich went out of her way to
21   bring up my employment.
22            I think that they tried to
23   post a picture of me as being part of the
24   Optima University and, therefore,

Page 51

1    assumptions that I had access to
2    materials, whether I was a student or not
3    a student, that may have been copyright
4    infringement or stolen.
5            And I think by making me
6    look that way already, you put a
7    stereotype in a person's mind, including
8    the committee that day, because if it was
9    strictly regarding the score validity on
10   my exam, my employment never had to come
11   up.
12       Q.   Do you agree that you were
13   exposed to some of the test questions
14   that you saw on that December exam that
15   you passed?
16       A.   As I said in the past, I've
17   done all the question banks out there,
18   and maybe 20 questions seemed similar.  I
19   can't say if it was from Optima or USMLE
20   World and the Kaplan Qbank or the NBME
21   assessment tests, but outside of those
22   20, no.  I don't think that I saw
23   anything that was especially statistical
24   numbers that they gave referring to my

Page 52

1    exam.
2        Q.   And you did -- you said you
3    did all of the test banks out there.
4    Optima was not the only test prep company
5    that had a test bank.  Is that right?
6        A.   That is correct.
7        Q.   But Optima is one of the
8    test banks that you accessed?
9        A.   At the time I was a student
10   I did have access to the Optima bank.
11       Q.   So I just want to make sure
12   that we're clear.  So the defamation is
13   based on the statements that were made
14   about you in front of the committee on
15   score validity?
16       A.   I believe that's -- yes.
17       Q.   And is your claim for
18   defamation based on statements to anybody
19   else other than just with what happened
20   in that committee on score validity?
21       A.   Honestly, I cannot tell you
22   what NBME -- who they spoke to before
23   that committee, so I honestly can't say
24   if they spoke to anybody else, but I can

Page 53

1    go by what -- just like I said, at that
2    committee hearing, to have Ms. Detich
3    bring up my employment, going out of her
4    way to bring up my employment, it shows
5    she was trying to show and maneuver a
6    certain direction.
7        Q.   So we have discrimination
8    and we have defamation.  Are there any
9    other causes of action?
10       A.   I mean, I think with the
11   discrimination goes what I have written
12   here, basically that I'm falsely accused.
13   They tend to show a picture as if -- they
14   don't directly say.  They try to show me
15   as a picture of an accomplice to Dr.
16   Suliman.
17            And, basically, I do have
18   the right to be involved with anyone.  By
19   association, you're not guilty by about
20   what another person does, and I think all
21   that put together is basically where we
22   are today.
23            And I believe also there is
24   that one issue that I believe that if

14 (Pages 50 to 53)

Confidential - Mathew Thomas, Jr., M.D.

Page 54

1    NBME as well as -- or ECFMG at the point
2    had known about this course being suspect
3    or may have had certain questions from
4    the time they first found out, I believe
5    there was negligence on their part that
6    they did not let all students know that
7    either you shouldn't be going there or
8    that it was a questionable course.
9        They let students go there,
10   continue there for a long time and then
11   they came afterwards. So I think there's
12   a large level of negligence on NBME's
13   part.
14       Q.   So you think that the NBME
15   should have warned people that they may
16   be cheating on the exam?
17       A.   Yes.
18       Q.   When you used the question
19   bank at Optima, can you tell us what that
20   looked like? How you accessed it?
21       A.   You have a log-in. You're
22   basically given a log-in by him. You log
23   in and, basically, it lists down -- this
24   is basically an archaic-looking system.

Page 55

1    I think it was like a lightish blue
2    background, big, almost like -- what's
3    the word I'm looking for? Comic
4    lettering. It wasn't like Times Roman or
5    anything.
6        Q.   Like Comic Sans?
7        A.   Yeah. Kind of like, you
8    know, and, basically, it was a question
9    and you had the answer of choices. You
10   pick your choice, and the next page would
11   basically be the right answer and a
12   description of why that's the right
13   answer or why it would be wrong. Almost
14   like your USMLE World, similar thing, and
15   it was separated by subject matter.
16       Q.   When you use the word "he,"
17   you said when he would --
18       A.   Referring to Dr. Suliman.
19       Q.   And how many hours a day
20   would you say you spent at the question
21   bank?
22       A.   At the question bank or at
23   the centers? Two different things for
24   me.

Page 56

1        Q.   At the question bank?
2        A.   I did not spend as much time
3    at the question bank because I'm pretty
4    quick with questions so I just look at
5    them and I go. His question bank for
6    Step 2 at the time, I'd say anywhere
7    between 700 to a thousand questions, very
8    minimal. I spent a lot more time having
9    group conversations with people,
10   understanding material and then going to
11   lectures so that was basically that.
12       Q.   How many other students were
13   there at Optima when you were there?
14       A.   When I first started over
15   there, if I had to guess or take an
16   estimate, I would say there was less than
17   20 students, and of those, maybe six were
18   Step 2. The rest were all Step 1.
19       Q.   And did you review -- would
20   you say you reviewed all the 700 to a
21   thousand questions that were in the Step
22   2 CK bank?
23       A.   I did go through all the
24   questions at least once. Some sections

Page 57

1    more.
2        Q.   Did you review the questions
3    in the Step 1 bank, also?
4        A.   No. If you're in Step 2,
5    you don't get access to Step 1. If
6    you're in Step 1, you don't get access to
7    Step 2.
8        Q.   So just going back to the
9    causes of action. I just want to be
10   sure. We have discrimination, the breach
11   of the duty to warn, right, and then
12   defamation.
13       Are there any other causes
14   of action that you're alleging
15   against either the NBME --
16       A.   If you're looking for
17   something specific, I'd have to go
18   through each one again.
19       Q.   And I should add, and the
20   freedom to associate, right?
21       A.   Yeah.
22       Q.   So we're at four. We're at
23   four, and I'll just restate them, so
24   discrimination, duty to warn, freedom of

15 (Pages 54 to 57)

Confidential - Mathew Thomas, Jr., M.D.

Page 58

1    association and defamation?
2        A.   Falsely accused.
3        Q.   I thought that went with
4    defamation?
5        A.   That's what I'm saying.  I
6    don't know -- when you say it like that,
7    I don't know exactly how -- what you're
8    putting together.
9        Q.   I want you to tell me
10   because I want to make sure that I have
11   everything.
12       A.   Well, I believe, like I
13   said, that there is -- all the matters
14   were in my complaint, and it does go down
15   to the fact that I was falsely excused *accused*
16   I don't believe I did anything wrong.  I
17   took the test legitimately.
18       Accomplice because they go
19   out of their way to show that I worked
20   with him.
21       Discrimination based on the
22   fact that I did work with him, and I do
23   have the freedom of association.
24       I don't believe -- I don't

Page 59

1    think this is a legal thing, but I don't
2    think the analysis was done even though I
3    was told that an analysis was done.  I
4    think they changed the wording.  Ms.
5    Carson changed the wording multiple
6    times.
7        There was negligence on part
8    of the NBME not warning students, so
9    there was a duty there.
10       Copyright infringement, even
11   at the last hearing you guys said I'm not
12   being thought of as having violated that,
13   but I think through association I think
14   there is an indirect thing; that if I am
15   associated with him and he's guilty of
16   that, that I'm being said that I'm part
17   of that as well.  And then defamation as
18   well.
19       Q.   So I noticed that you were
20   sort of going through Exhibit 2, the
21   amended complaint, and reading the
22   italicized words.  Do I take that -- am I
23   correct in taking that to mean that those
24   are your headings for the different

Page 60

1    causes of action?
2        A.   Yes.  Those are my main
3    points given the fact that Judge Rufe
4    wanted me to amend it.
5        Q.   Anything else from the
6    original complaint?
7        A.   I'd have to look over that
8    again as well.  I didn't separate it as
9    well as I did with the second one.  So as
10   I said, I wouldn't think those are the
11   only ones.  There might be more.
12       Q.   I want to make sure because
13   now is the time to do that.  Take as much
14   time as you need to look through Exhibit
15   1 and let us know.
16       A.   Are you asking just for
17   legal complaints?
18       Q.   Yes, for the causes of
19   action.
20       A.   I believe those are the main
21   ones.
22       Q.   I know those are the main
23   ones, but I want to make sure that we
24   have them all.  Are make any others that

Page 61

1    you want to add?
2        A.   I mean, I don't know if
3    there's a legal term to be putting for
4    the fact that I believe that the appeal
5    was not taken seriously.  The waivers
6    that were requested were not -- I think
7    they go back to the background.  There's
8    a stereotype against me.
9        And the fact that I've asked
10   for certain waivers that I believe were
11   justified, such as me taking the exam
12   2007 and them not doing any validation
13   until almost the end of 2011 and them not
14   extending my seven-year period being an
15   issue which I believe was a legitimate
16   request.
17       So I don't know how legally
18   that just -- I think it all falls back to
19   the discrimination and all the other
20   things that I mentioned.
21       Q.   Anything else that you want
22   to mention before we move on from this
23   topic?
24       A.   No.

Confidential - Mathew Thomas, Jr., M.D.

Page 62

1    Q.   I do want to talk to you
2 about damages.  So in Exhibit 2, the
3 second to last page, paragraph 28, you
4 write: Plaintiff has suffered harm
5 through emotional distress, reputational
6 damages and pecuniary damages due to the
7 actions set forth by the defendants.
8        I want to take those in
9 turn.  What do you mean when you say
10 emotional distress?
11    A.   The emotional distress, the
12 drinking and all that other stuff was all
13 due to my -- situation I was in.
14    Q.   Did you seek any assistance
15 from a psychiatrist or psychologist?
16    A.   I didn't have insurance at
17 the time so, basically, anyone I did talk
18 to was basically friends to kind of --
19 who just encouraging me to keep at it and
20 let it go through.
21        The emotional distress
22 because I was at Optima University and
23 there was no warning.  When the FBI came,
24 I was deposed by them almost

Page 63

1 two-and-a-half, three hours, having to
2 deal with all the students and all the
3 fallout afterwards, after all this
4 happened.
5        And the fact that even now,
6 after all that's going on, I'm still not
7 able to keep my score valid even though I
8 passed everything 2007, so now we're six
9 years later and I'm not a doctor
10 practicing.
11    Q.   What type of medicine were
12 you planning to practice?
13    A.   I would have taken anything.
14 Family practice would probably be my
15 fallback even though my interests were
16 ortho and rehab or psych.
17    Q.   As a medical student did you
18 attempt to match in the residency
19 program?
20    A.   After I passed 2007 I tried
21 to scramble.  It was a very bad scramble.
22 First time trying I became very,
23 very -- what's the word I'm looking
24 for -- discouraged about how the match

Page 64

1 went knowing that Step 3 was probably my
2 only last chance to try to get in if I
3 had passed it the first time around.
4    Q.   So you participated in the
5 scramble, but how did you get to the
6 scramble?
7    A.   The scramble is always post
8 match.  You just have to apply.  Since I
9 had finished Step 2 at the end of 2007,
10 then I went into the scramble in 2008.
11    Q.   And all that was happening
12 before the Optima raid, right?
13    A.   That was all before, yeah.
14    Q.   So I want to talk a little
15 bit about that.  You were ECFMG
16 certified?
17    A.   As of 2007, yes.
18    Q.   Right.  And that gave you
19 the ability to participate in the
20 residency match?
21    A.   That's correct.
22    Q.   And when you attempted to
23 match, how many -- how many choices did
24 you make?

Page 65

1    A.   You mean when I scrambled?
2    Q.   No.  You have to attempt to
3 match before you can scramble.
4    A.   No.  You have to buy a
5 token, but you don't actually have to be
6 in the match to match in order for you to
7 be in the scramble.
8    Q.   You did not participate in
9 the match?
10    A.   I did not because most
11 interviews start September, and since I
12 had not passed Step 2 and I had just
13 recently failed in July, I didn't
14 participate.
15        I believe one time I did the
16 match; and I don't remember exactly, I
17 think prior, I spent a couple thousand
18 dollars and got nowhere.
19    Q.   So about how many times did
20 you participate in the actual match?
21    A.   Honestly, I don't remember
22 the exact thing with the match, but I
23 believe I had tried once, but I may be
24 mixing the match and scramble together,

17 (Pages 62 to 65)

Confidential - Mathew Thomas, Jr., M.D.

---

Page 66

1  but I did spend a certain amount of
2  money. I don't remember if it was you
3  have to pay to be in the scramble or not.
4      Q.   Did you scramble more than
5  once?
6      A.   No. Just the one time
7  because 2008 came around. By the time
8  scramble came around the next time, we
9  were in the middle of the whole Optima
10  situation.
11     Q.   So, again, you scrambled,
12  and did you have any interviews as a
13  result of that?
14     A.   ~~No.~~ *Yes, phone screening*
                    *interview in 2 programs*
15     Q.   So how did you lose out on a
16  bunch of money from scrambling?
17     A.   No. I'm saying I had spent
18  money -- I believe the one time I tried
19  to match. It's very expensive to apply,
20  and you just get a rejection letter
21  afterwards. It's like throwing money
22  away.
23     Q.   So you scrambled once and
24  matched -- tried to match once?

---

Page 67

1      A.   Yeah.
2      Q.   When you tried to match did
3  you have any interviews?
4      A.   No.
5      Q.   And what do you think the
6  reason was for you not having any
7  interviews when you tried to match?
8      A.   Multiple attempts.
9      Q.   At the exam?
10     A.   At the exam.
11     Q.   What do you think the reason
12  was when you attempted to scramble that
13  you didn't have any interviews?
14     A.   Well, the problem with
15  scramble is you can't get through to a
16  lot of people.
17     Q.   What do you mean?
18     A.   Everyone is calling. You
19  have thousands and thousands of students
20  trying to call all these programs that
21  have open vacancies so getting through is
22  hard enough. And then when you get
23  through to somebody, depending on what
24  they're looking for, if you get filtered

---

Page 68

1  out right away, you get filtered out
2  right away.
3      Q.   Other than your multiple
4  attempts at the exam, do you think there
5  were any other reasons why you didn't
6  match?
7      A.   My Step 1 score was not as
8  strong, was not that strong so that would
9  be another reason.
10     Q.   What do you mean when you
11  say multiple attempts?
12     A.   The amount of times I took
13  the step exam.
14     Q.   And all told, how many times
15  did you take Step 1?
16     A.   I passed Step 1 on the
17  seventh try. Even though I registered
18  seven times, I may not have sat for all
19  of them. Sometimes I sat just because I
20  paid. I figured why not just take it as
21  just a studying tool.
22     Q.   And with Step 2 CK, how many
23  times did you attempt?
24     A.   I passed it on the sixth

---

Page 69

1  time.
2      Q.   What's the reason that it
3  took you seven attempts to pass Step 1?
4      A.   I've never been a
5  standardized test taker.
6      Q.   Is that the same reason why
7  it took you six attempts to pass Step 2?
8      A.   That, also. Plus, the fact
9  that I never was studying the right way.
10  I was always doing multiple things at the
11  same time, so I was never really fully
12  focused just on the work.
13     Q.   Any other reasons why you
14  think you had a difficult time or were
15  unsuccessful in matching with a residency
16  program? *Yes, graduation date*
17     A.   ~~No.~~ I think it's just the
18  way the match is set up. If you're not
19  first attempt, high score, I think the
20  amount of applicants that apply for the
21  limited number of residency positions, it
22  winds up being a hard thing.
23     Q.   What makes you think that
24  the residency programs care about

---

18 (Pages 66 to 69)

Confidential - Mathew Thomas, Jr., M.D.

---

Page 70

1    multiple attempts?
2         A.   They've made it very clear.
3         Q.   How?
4         A.   Sometimes when you interview
5    with them, when you talk to people in
6    programs, the first thing they say is you
7    should make sure you pass first time,
8    high score.  You go to Kaplan, you go to
9    all these review courses, the professors
10   who teach tell you right away, don't take
11   the exam until you're ready.
12             Things have changed since I
13   first started med school to what it is
14   now.  Back then all you have to do is
15   pass.  The residency position is still
16   kind of available.  Now it's not the same
17   way.
18        Q.   I want to take you through
19   your educational history a bit.
20        A.   Sure.
21        Q.   Where did you go to high
22   school?
23             MS. HOLLAND:  This might be
24   a good place to take a little

---

Page 71

1    break.
2             MS. McENROE:  Let's go off
3    the record.
4             (A discussion was held off
5    the record.)
6             (A short break was taken.)
7    BY MS. HOLLAND:
8         Q.   So, Dr. Thomas, again, you
9    are still under oath.  You understand
10   that, correct?
11        A.   Yes, I do.
12        Q.   So where did you go to high
13   school?
14        A.   Monsignor Farrell High
15   School, Staten Island.
16        Q.   How do you spell Farrell?
17        A.   F-A-R-R-E-L-L.
18        Q.   Is it a Catholic school?
19        A.   Yes, it is.
20        Q.   What were your grades like?
21        A.   I was always above a hundred
22   average.  Cumulative average usually
23   ranged around 102 to 104 except towards
24   my senior year.

---

Page 72

1         Q.   What happened in your senior
2    year?
3         A.   They put me in Calculus BC
4    when I didn't want to be.
5         Q.   What's that mean?
6         A.   They put me in a high graded
7    AP course that I tried to get out of and
8    they refused, and that's the only class I
9    think that I did not do so well in.
10        Q.   When you say you had an
11   above a hundred average, how is that
12   possible?
13        A.   AP classes get weighted
14   higher because they are college level
15   courses to a point, so my GPA was always
16   very high.  So my cum going into my last
17   quarter I was ranked one.  I lost my rank
18   the very last semester of high school.
19        Q.   Your ranked one out of how
20   many students?
21        A.   Three-hundred and something.
22        Q.   Did you receive any honors
23   in high school?
24        A.   High honors all the way

---

Page 73

1    through.  Honor -- what's called Honor
2    Society last two years.
3         Q.   Any awards that you have?
4         A.   Honor Society stuff as well
5    as I was involved in a lot of
6    extracurricular activities, so I got an
7    award for that at graduation.
8         Q.   What kind of
9    extracurricular?
10        A.   You name it, I was in it.
11        Q.   Did you work during high
12   school?
13        A.   No.
14        Q.   Do you remember what you got
15   on the SAT?
16        A.   I took the SAT three times.
17   Ultimately, the last time I believe I
18   wound up with a 1270.
19        Q.   And that was out of 1600?
20        A.   Out of 1600.
21        Q.   What year did you take the
22   SAT?
23        A.   I graduated in '95, so it
24   had to be junior year so '94, '95, I

---

Confidential - Mathew Thomas, Jr., M.D.

---

Page 74

1    assume.
2         Q.   And tell me about applying
3    for college. Where did you apply?
4         A.   I applied to CUNY, SUNY,
5    Johns Hopkins, a couple schools. I don't
6    remember all of them. I didn't really
7    know too much. Since my parents are
8    first generation here, they really had no
9    idea how the college system works so,
10   basically, we just kind of went with what
11   we knew.
12        Q.   And where did you end up
13   going to college?
14        A.   I wound up getting a
15   scholarship to Johns Hopkins, refused it
16   and then wound up going to Europe for two
17   years.
18        Q.   What was the scholarship at
19   Johns Hopkins?
20        A.   It was for an electrical
21   engineering program, a five-year master's
22   program.
23        Q.   And when you went to Europe,
24   what made you decide to do that?

---

Page 75

1         A.   I had some friends that were
2    going there. Figured it was a different
3    experience. It was supposed to be for
4    premed.
5         Q.   What school did you study
6    at?
7         A.   It was called University of
8    Debrecen. D-E-B-R-E-C-E-N.
9         Q.   In what country?
10        A.   In Hungary.
11        Q.   And what did you study
12   there?
13        A.   It was premed.
14        Q.   Did you earn a degree from
15   the University of Debrecen?
16        A.   No. I came back two years
17   later.
18        Q.   And where did you go?
19        A.   I went to State University
20   of New York at Stony Brook.
21        Q.   And why did you decide on
22   Stony Brook?
23        A.   Why I decided on Stony Brook
24   or why I came back?

---

Page 76

1         Q.   Why did you come back?
2         A.   I came back -- the school
3    was doing some corrupt stuff where
4    students were buying their grades. I
5    wasn't a big fan of --
6         Q.   The University of Debrecen?
7         A.   Yes.
8         Q.   I'm sorry to interrupt you.
9    What do you mean students were buying
10   their grades?
11        A.   Back then, because it's
12   Europe and their system is different,
13   they do a lot more oral exams. It's oral
14   and written but more so oral and,
15   basically, we found out -- or we were
16   approached about paying our way through.
17        Q.   Who's "we"?
18        A.   Me and other students.
19        Q.   Are you in touch with any of
20   those other students?
21        A.   I know them -- I know some
22   of them that are still here, but I didn't
23   really keep in touch as much, just people
24   I knew before.

---

Page 77

1         Q.   Did they also leave the
2    University of Debrecen?
3         A.   At that time, me and my
4    friend left and then maybe a year or so
5    later there was a major exodus from
6    Hungary to Poland. A lot of students
7    that were in Hungary left over to Poland.
8    A lot of students stayed so it all
9    depended, I guess, what semester you were
10   in at the time.
11        Q.   What was the name of your
12   friend who you left the university with?
13        A.   That left there when I left?
14        Q.   Yeah.
15        A.   My friend Vinil.
16        Q.   V-I?
17        A.   V-I-N-I-L.
18        Q.   What's Vinil's last name?
19        A.   V-A-R-G-H-E-S-E. He left
20   because he just wasn't feeling medicine
21   anymore. He was my roommate at the time,
22   so he came back and did finance.
23        Q.   So you came back to the U.S.
24   did you withdraw from the University of

---

20 (Pages 74 to 77)

Confidential - Mathew Thomas, Jr., M.D.

## Page 78

1   Debrecen or did you transfer?
2       A.   I transferred over because
3   SUNY at Stony Brook gave me credits for a
4   lot of classes, so they kept me at a
5   status of junior.  So since I didn't lose
6   any time, I switched right over to Stony
7   Brook.
8       Q.   Is that why you selected
9   Stony Brook?
10      A.   Yes.
11      Q.   When you studied at Stony
12  Brook were you living at home?
13      A.   No.
14      Q.   You lived on your own?
15      A.   I lived on my own.
16      Q.   So at Stony Brook what year
17  did you graduate?
18      A.   '99.
19      Q.   And what was your grade
20  point average?
21      A.   I think it was somewhere
22  around 3.0, I believe, give or take.
23      Q.   Did that take into account
24  your grades from Debrecen?

## Page 79

1       A.   I don't remember how the cum
2   works.
3       Q.   Any awards or honors from
4   Stony Brook?
5       A.   I got on the Dean's List
6   once, I believe.
7       Q.   Is there a reason why your
8   grades were lower at Stony Brook than
9   they were in high school?
10      A.   I was working about four
11  jobs at the time.
12      Q.   Tell us where you were
13  working?
14      A.   I was working as security
15  for their parties.
16      Q.   Whose parties?
17      A.   For any Stony Brook parties
18  that were on campus.  I worked as an
19  overnight stocker at Edwards which is a
20  grocery store.  I worked at Options for
21  Community Living which was a community
22  residence, and I was working at the book
23  store at the campus.
24          And then towards the end I

## Page 80

1   was working at -- I believe that was
2   called ~~Waldron~~ Center for the Aging which     *Luthera*
3   is a nursing home as a dietary aide, and
4   I was taking 22 credits at the time.
5       Q.   Is there a reason why you
6   needed to work four different jobs?
7       A.   Paying for college.
8       Q.   So you didn't have student
9   loans?
10      A.   I did have some student
11  loans, but I wasn't taking anything from
12  my parents at the time so...
13      Q.   What did you major in at
14  Stony Brook?
15      A.   I started off with
16  electrical engineering.  Yeah.
17  Electrical engineering and then wound up
18  with psychology.
19      Q.   That's quite a dramatic
20  shift.  How did you settle on psychology?
21      A.   Just I wanted to graduate on
22  time, so I basically switched my major my
23  senior year, took all the classes I
24  needed and finished the degree off in a

## Page 81

1   year.
2       Q.   Since you started off as an
3   electrical engineering major, did you
4   explore the possibility of going back to
5   Johns Hopkins?
6       A.   I did.  I did think about
7   going back for biomed engineering, but
8   then I got word there was schools in the
9   Caribbean, so I decided to go back to
10  medicine.
11      Q.   Did you minor in anything at
12  Stony Brook?
13      A.   No.
14      Q.   And when you took the MCAT
15  in college, what score did you get?
16      A.   I don't remember exactly
17  what the score was.  I took it once.
18  That also because at that time my
19  girlfriend wanted to take it, and she
20  kind of forced me into it because I
21  didn't really want to take it.
22      Q.   You didn't really have an
23  interest in practicing medicine?
24      A.   No, because MCATs were not

21 (Pages 78 to 81)

Confidential - Mathew Thomas, Jr., M.D.

Page 82

1      required in the Caribbean at the time.
2      Now they're more so required, so she
3      asked me to take it to try to get into
4      med school in the U.S., but I knew
5      already it wasn't going to be fruitful.
6          Q.    Did she end up going to med
7      school in the U.S.?
8          A.    No.  She wound up going to
9      psych and went on with her life.
10         Q.    Is that girlfriend the
11     person who's now your wife?
12         A.    No.
13         Q.    So tell me what made you
14     decide to go to medical school?
15         A.    I think -- I've always had
16     an interest in medicine.  I did like my
17     time when I was in Hungary.  When the
18     Caribbean came up and some of the
19     students that were in Hungary were in the
20     Caribbean at Ross, they basically told me
21     the islands are nothing like they were
22     over there, so you may want to try it
23     again, so I said all right.  What do I
24     got to lose?

Page 83

1          Q.    So when you say the
2      Caribbean came up, who was it -- whose
3      idea was it for you to go to medical
4      school in the Caribbean?
5          A.    No.  That was -- friends of
6      mine had told me they had transferred
7      over, people that I knew from Hungary
8      before, but, ultimately, it was my
9      decision to go down and do med school.
10         Q.    And was there any reason why
11     you didn't try to go to a medical school
12     in the United States?
13         A.    I didn't have the GPA in my
14     background.  I didn't do premed and the
15     MCAT scores was not high enough, so I was
16     not going to try to apply, because if I
17     had to try again toward the end of that
18     year, I probably would have wasted
19     another year before I got in because all
20     the applications were much earlier in the
21     year.
22         Q.    How many medical schools did
23     you apply to?
24         A.    For the Caribbean?

Page 84

1          Q.    When you first applied to
2      medical school?
3          A.    I never applied to a medical
4      school in the U.S.
5          Q.    No.  I mean, when you first
6      applied to medical school, period?
7          A.    Ross University is all I
8      looked for.
9          Q.    Is that R-O-S-S?
10         A.    R-O-S-S in Dominica.
11         Q.    In West Indies?
12         A.    I don't know if you consider
13     that West Indies or not.  Caribbean.
14         Q.    So when did you start
15     medical school at Ross University?
16         A.    September '99.
17         Q.    So you didn't take any time
18     from after you graduated Stony Brook;
19     next semester you were starting medical
20     school?
21         A.    Just the summer.  That's it.
22         Q.    And for how long did you
23     attend Ross University?
24         A.    Ross University, I was there

Page 85

1      for a year.
2          Q.    One year.  Did you
3      eventually leave Ross?
4          A.    I did leave Ross.
5          Q.    Why?
6          A.    Ross is considered a weed
7      out school.
8          Q.    What do you mean by that?
9          A.    Meaning, they'll start their
10     first semester with approximately three
11     to 500 students, and they only have room
12     for maybe 125 by their first semester *fifth*
13     because of clinical rotations, so it
14     basically -- they basically figure a
15     cutoff and then they start having people
16     repeat.
17         Q.    So to get into Ross
18     University you didn't need an MCAT score?
19         A.    You did not need an MCAT
20     score.
21         Q.    And to get into that Ross
22     University medical school you did not
23     need to be a premed major?
24         A.    No.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 86

1    Q.   Were there any prerequisites
2  in terms of your course work?
3    A.   At that time, I don't
4  remember exactly what it was.  They did
5  accept me so whatever I was doing was
6  considered enough.
7    Q.   How much did it cost?  Do
8  you remember how much it cost to go to
9  Ross University medical school?
10    A.   I don't remember.
11    Q.   So were you one of the
12  people that were weeded out then?
13    A.   The first semester I did not
14  do too well.  I was borderline.  I wound
15  up having to repeat my first semester.  I
16  passed my first semester the second time
17  around.  I passed my second semester.  I
18  was going into my third semester when I
19  decided to transfer.
20    Q.   Why didn't you do well in
21  your first semester?
22    A.   I think it was just the
23  experience of just going down to the
24  Caribbean for the first time.  I was

Page 87

1  still young.  I was only like -- what was
2  it?  '99, so I was only 22 years old, not
3  even 22 yet and just, you know, I didn't
4  take things as seriously as I should
5  have.
6    Q.   Were you asked to transfer
7  or --
8    A.   No.  I was never asked to
9  ever leave the school.
10    Q.   But you knew that you were
11  going to have to repeat?
12    A.   No.  I repeated my first
13  semester.  I passed my second semester,
14  so I was actually in my third semester,
15  about five days in when I decided to
16  switch.
17    Q.   So if you were on track,
18  what was it that made you --
19    A.   Well, one of my close
20  friends and one of my friends that I had
21  studied a lot with, she transferred over.
22  I found out about the school.  People
23  were saying the school is very good, so
24  at that time I just made a decision to

Page 88

1  make the move.
2    Q.   Okay.
3    A.   Once you -- go ahead.
4    Q.   So this friend that
5  you -- what was her name?
6    A.   Neeru.
7    Q.   How do you spell that?
8    A.   N-E-E-R-U.
9    Q.   What school did Neeru
10  transfer to?
11    A.   To St. Matthew's.
12    Q.   And where was that school?
13    A.   At that time it was in
14  Belize.  It was in San Pedro.  It was a
15  small island on the outside of Belize.
16    Q.   Was she your girlfriend at
17  the time or just a friend?
18    A.   No.  Just a friend.
19    Q.   And so you decided to
20  transfer to the same school?
21    A.   Yes.
22    Q.   And so you attended -- I'm
23  sorry.  Give me the full name of the
24  school?

Page 89

1    A.   St. Matthew's School of
2  Medicine.  Currently, they're in the
3  Grand Caymans.
4    Q.   But it was in Belize when
5  you went there?
6    A.   Yes.
7    Q.   So when did you start there?
8    A.   I started there September
9  2000.
10    Q.   Through?
11    A.   I believe it was either
12  December 2001 or January 2002.
13    Q.   Did they accept your credits
14  from Ross University?
15    A.   Yes, they did.
16    Q.   And when you were -- was
17  that also a weed out school, would you
18  say?
19    A.   No.
20    Q.   But there was not a need to
21  have a premed background?
22    A.   By that time I'm a transfer,
23  so I don't know what their requisites are
24  for first year students -- first semester

Confidential - Mathew Thomas, Jr., M.D.

Page 90

1    students.
2        Q.   But they didn't require MCAT
3    scores?
4        A.   I don't know.  I didn't need
5    one because I was transferring.
6        Q.   So why did you end up
7    leaving St. Matthew's University?
8        A.   So St. Matthew's after
9    finishing San Pedro where there was a
10   hurricane, we wound up getting all
11   evacuated to Orlando.  Orlando we did one
12   semester and then my fourth and fifth
13   semester was up in Maine.
14       Q.   Why Maine?
15       A.   Maine is where their U.S.
16   campus was.  They would do -- people who
17   were part of the master's program were
18   able to do the med school as well as the
19   master's program at the same time up in
20   Maine.
21            So while I was up there I
22   finished my fourth and fifth semester.
23   Then you go to clinicals.  I went to
24   England, Manchester, England to do my

Page 91

1    clinicals.  I went there in, I think,
2    late August, early September and then we
3    had the attacks, World Trade on 9/11
4    here.
5        Q.   What made you go to
6    Manchester, England for your clinicals?
7        A.   They were able to let me
8    start right away.  I didn't need to
9    finish my Step 1 first.
10       Q.   So when September 11th
11   happened you were in Manchester?
12       A.   I was in Manchester at the
13   time.
14       Q.   Did you return back to the
15   United States?
16       A.   I couldn't return back for a
17   couple days, could not communicate with
18   anyone downtown, my parents in Staten
19   Island.  My family worked and lived and
20   went to school downtown.  So, obviously,
21   after that happened, all the news and
22   everything, talk about new attacks and
23   all the other issues and, actually, in
24   England as well there were attacks

Page 92

1    happening.
2            Late December I got a call
3    from St. Christopher University.  I
4    didn't find them.  They found me.
5    Basically said that if you want to
6    transfer over, you can go to New York to
7    do some of your clinicals or we'll get
8    you back into the U.S. to do your
9    clinicals for the rest of your way.
10       Q.   Do you know how they got
11   your name?
12       A.   No idea.
13       Q.   Had you heard of them
14   before?
15       A.   St. Christopher's, actually,
16   I never really heard of them.  The name
17   had been out there.  They were more of a
18   newer school.  So when Dr. Leone called
19   me, he explained to me their office was
20   in Scotch Plains, New Jersey which is
21   right outside of Staten Island.
22            So I listened to what he
23   said, and the fact that he was willing to
24   take me back into the U.S. right away, I

Page 93

1    said, you know what?  I might as well go.
2        Q.   Did other people that you
3    know transfer from St. Matthew's to St.
4    Christopher?
5        A.   Honestly, I don't remember.
6        Q.   And St. Christopher, is that
7    St. Christopher Iba Mar Diop?
8        A.   Yes, it is.  Actually, Neeru
9    did transfer a little later into St.
10   Christopher's as well.
11       Q.   And St. Christopher's is
12   based out of Senegal.  Is that right?
13       A.   Yeah.  The charter of
14   Senegal.
15       Q.   And did you ever -- but you
16   never went to school in Senegal.  Is that
17   correct?
18       A.   No.  Their campus was in
19   England, right outside of London, but
20   that's basically the basic sciences, so I
21   never had to attend over there.
22       Q.   And did St. Christopher
23   accept your transfer credits from St.
24   Matthew's and Ross University?

24 (Pages 90 to 93)

Confidential - Mathew Thomas, Jr., M.D.

## Page 94

1      A.   Yes, they did.
2      Q.   And when did you graduate
3  from St. Christopher?
4      A.   2003, June.
5      Q.   What were your grades like
6  in medical school?
7      A.   Well, basic sciences I did
8  very well towards my end.  I passed
9  pathophys., anatomy and physiology --
10  well, not anatomy.  Physiology,
11  psychology, pharmacology, all those I did
12  well.
13      Q.   What happened with anatomy?
14      A.   Just -- I just never really
15  got into it.  Now I teach it so it's kind
16  of ironic, but now I have a better grasp,
17  I guess.
18      Q.   Did you pass it in medical
19  school?
20      A.   I did pass it, yeah, my
21  second time.  That was one of the classes
22  I had messed up my first semester at
23  Ross.  That was mainly because of the
24  lab.

## Page 95

1      Q.   Do you know what your grade
2  point average was for medical school?
3      A.   I don't remember.  They do
4  it a little differently because once you
5  get to clinicals, it's just pass or fail,
6  so I don't know the cum average.
7      Q.   At what point in time -- did
8  you do clinical rotations then?
9      A.   I did.
10      Q.   And where did you do the
11  clinical rotations?
12      A.   So like I said, I had
13  originally started my medicine rotation
14  and some OB-GYN in Manchester.  I did
15  psych in Atlanta.  I did surgery in
16  Connecticut.  I did pediatrics in New
17  York.  What am I missing?  OB-GYN was in
18  New York, Flushing and then I did all
19  my -- basically all my electives in
20  Connecticut and Northport, the VA
21  hospital.
22      Q.   In Connecticut?
23      A.   No.  In New York.  My
24  electives were between Connecticut and

## Page 96

1  New York.
2      Q.   And where did you rotate in
3  Atlanta?  What was the name?
4      A.   Ridgeview Institute.
5      Q.   How about in Connecticut?
6      A.   Griffin Hospital in Derby as
7  well as Saint Raphael's in New Haven.
8      Q.   And how about in New York?
9      A.   Flushing Hospital was for
10  pediatrics and OB-GYN, and Northport VA
11  Hospital were some of my electives.
12      Q.   Did you have any jobs during
13  medical school?
14      A.   I was still working at the
15  nursing home as a dietary aide sometimes
16  while I was back in the country in
17  between semesters, so they left me on
18  payroll.
19      Q.   Any other employment?
20      A.   Not that I recall.
21      Q.   When did you begin studying
22  for the USMLE?
23      A.   It was throughout med
24  school.  I mean, I studied here and

## Page 97

1  there.  Because I went straight from
2  first semester into clinicals, I never
3  really took my time to sit down and just
4  study Step 1, so I kept trying to do it
5  along the way which was a big mistake.
6      Q.   What study methods did you
7  use for Step 1?
8      A.   Basically, First Aid which
9  is a Bible for --
10      Q.   What's it called?
11      A.   First Aid.
12      Q.   First Aid?
13      A.   First Aid.  They call it the
14  Bible for med students for Step 1.  Did
15  some, I think -- the Kaplan review course
16  was part of the fifth semester at St.
17  Matthew's, meaning they gave us some
18  Kaplan materials so it covered through
19  that, some question banks, assessment
20  tests.
21      Q.   So First Aid, Kaplan.
22  Anything else?
23      A.   Like I said, the USMLE
24  World.  I don't know when that started.

25 (Pages 94 to 97)

Confidential - Mathew Thomas, Jr., M.D.

Page 98

1    Q.   Is that online?
2    A.   It was online.  NBME
3 assessment tests, Kaplan Qbank and then
4 some other review courses that were out
5 there.
6    Q.   What other review courses?
7    A.   I did PASS program which is
8 located in Illinois.  I did Northwest
9 Medical Review.  At that time it was in
10 Michigan, right outside of Michigan State
11 University.  I also did the Kaplan and
12 then I believe that was it for Step 1.
13    Q.   When you say you did PASS
14 program in Illinois, did you actually go
15 to Illinois?
16    A.   Yes, I did.
17    Q.   Did you live there?
18    A.   I did.  You have to stay
19 there to take the course.
20    Q.   And you said Northwest
21 Medical Review in Michigan.  Did you
22 actually live there as well?
23    A.   Yes, I did.
24    Q.   Kaplan question bank or

Page 99

1 Kaplan Qbank, is that an online system?
2    A.   They have an online as well
3 as a Q book.
4    Q.   Which did you use?
5    A.   I did both.  I had access to
6 both.  I didn't really complete all of
7 them but I did here and there.
8    Q.   The NBME assessment tests,
9 did you use an online system to access
10 that?
11    A.   Yes, I did.
12    Q.   And USMLE World, we already
13 covered that's an online system, right?
14    A.   That's right.
15    Q.   Did you study with Optima
16 University at all for your first --
17    A.   For Step 1, no.
18    Q.   Why not?
19    A.   I didn't know about the
20 course, and I believe when I passed, he
21 wasn't even in existence yet.
22    Q.   When you say "he," you mean
23 Suliman?
24    A.   Optima University.  Dr.

Page 100

1 Suliman I believe started only in 2007.
2 I passed my Step 1 in 2006.
3    Q.   How did you learn about all
4 these other review courses that you took?
5    A.   You Google online.
6    Q.   What other -- were there any
7 available USMLE Step 1 prep courses that
8 you didn't take?
9    A.   Well, I don't know when
10 Falcon started.  I know that's one that's
11 out there right now.  Premier Review does
12 the Step 2, Step 3.  I don't know if they
13 do Step 1.  I guess that's it.  I don't
14 really know what else is out there.
15    Q.   And which exam -- or which
16 prep courses did your friends take?
17    A.   Most people took Kaplan.
18 That seemed to be the premier one that
19 most people liked to take.  As time went
20 on some people started with Falcon 'cause
21 Dr. Goljan who was with Kaplan left and
22 started on his own.
23    Q.   Do you still have any study
24 materials from any of those?

Page 101

1    A.   For which courses?
2    Q.   Any of those courses?
3    A.   I don't know.  Kaplan I, may
4 have some old books.  PASS program, I may
5 have my own notebook.
6    Q.   Among your peers that you
7 graduated with from St. Christopher, did
8 many of them pass the USMLE Step 1?
9    A.   I never really got close to
10 many people with my graduating class.  It
11 was a very small class.
12    Q.   How many were in it?
13    A.   Less than 25, I believe.
14    Q.   Do you know whether they --
15    A.   From what I've heard, I
16 mean, the one or two people I did know
17 were on the way to getting into residency
18 from what I understand.  I know Neeru,
19 she graduated.  She's finished residency
20 in Georgia so she's done, obviously, but
21 I don't know of anybody else.
22    Q.   Is she practicing medicine
23 now?
24    A.   She's kind of practicing

Confidential - Mathew Thomas, Jr., M.D.

Page 102

1    with her husband.  Her husband is an
2    orthopedic surgeon, so she's running his
3    clinic and having babies so...
4        Q.    Did you know anyone else who
5    had an indeterminate score on any Step of
6    the USMLE?
7        A.    Indeterminate meaning, like,
8    similar to mine where they had to
9    validate?
10       Q.    Right.
11       A.    Yes, I did.
12       Q.    Who?
13       A.    Any students who went to
14   Optima who got a letter kind of told me
15   their situation.
16       Q.    So did you become friends
17   with most of the other students at
18   Optima?
19       A.    I don't know if I was
20   friends.  I knew all the students because
21   they all had to come through me at some
22   point once I started working there.  A
23   lot of them wound up having to come to me
24   when the FBI came.

Page 103

1        Q.    What do you mean they had to
2    come to you?
3        A.    Well, Dr. Suliman was not in
4    the country at the time, so everyone who
5    was going through the situation, they
6    were asking what's going on.  So since I
7    was really the only one that was kind of
8    there, they all would come to me and ask.
9        Q.    During that time did Dr.
10   Suliman ask you to kind of take care of
11   things in the U.S. with the students?
12       A.    He didn't ask me.  In fact,
13   we didn't get communication with him for
14   a couple days after the FBI came.  A lot
15   of students left.  I didn't feel right
16   leaving other students behind, so I stuck
17   it out until he came back, basically.
18       Q.    What were your conversations
19   like with Dr. Suliman after the FBI
20   raided Optima?
21       A.    He basically told us that
22   there's nothing to worry about, that he's
23   done nothing wrong, that it's all a
24   racist thing because he's Muslim and not

Page 104

1    to worry about it; that everything will
2    get back to normal once he proved
3    himself, and he has his lawyers on it.
4        Q.    And did you believe him?
5        A.    I did actually believe him.
6        Q.    Even after you spent two to
7    three hours with the FBI?
8        A.    The FBI asked me the same
9    questions.  I told them everything I
10   know.  Basically, I took it for face
11   value.
12       Q.    Do you still believe Dr.
13   Suliman?
14       A.    Now that I've seen articles
15   and stuff; his wife is basically saying
16   she was doing it with him, then I have to
17   say that he was lying to all of us.
18       Q.    What do you mean his wife
19   said she was doing it?
20       A.    I'm sorry.  I think she
21   testified that she went in and videotaped
22   exams, at least this is what I've seen in
23   the articles.  I haven't talked to her
24   directly or seen direct transcripts from

Page 105

1    the case so I wouldn't know.
2        Q.    Did you know when you were
3    working there that people had videotaped
4    or photographed exams?
5        A.    No.  Never.
6        Q.    So how many other students
7    would you say you knew from Optima
8    University that had that indeterminate
9    designation on their USMLE record?
10       A.    I would say that well over
11   30 or so, but he had close to a hundred
12   students.
13       Q.    So 30 out of the hundred?
14       A.    Probably.  If we go back to
15   what you had said before in terms of
16   reputational damages and stuff, a lot of
17   students, once it got to that point in
18   Tennessee, stopped even contacting me,
19   and even when I reached out to them for
20   things that I needed, they refused to
21   take my call.  So, basically, the
22   association became me associated with
23   him.
24       Q.    And why would you have

27 (Pages 102 to 105)

Confidential - Mathew Thomas, Jr., M.D.

Page 106

1  reached out -- like for what sorts of
2  things were you reaching out to them?
3      A.   There were some students who
4  had lived in the apartment that I was
5  living in.
6      Q.   At Optima?
7      A.   At Optima. Other students
8  had left to Tennessee, and I would get
9  random calls about things and asking me,
10 do you know this? Do you know that? So
11 I'd reach out to other people who may
12 have been down there.
13         Plus, there are some that I
14 knew as friends. We would drink
15 together. We'd go out, hang out, have
16 dinner or whatever together and just
17 reaching out to reach out, birthdays and
18 stuff and just never got a reply back.
19     Q.   Did you feel that people
20 were angry with you?
21     A.   I don't think anyone was
22 angry with me because they all knew that
23 when he disappeared I was still there, so
24 I don't think anyone held me responsible

Page 107

1  for anything. But I think one went as
2  far as to say, you know, that when they
3  talked to NBME they were told that I
4  worked there and I worked with him, so
5  they felt they shouldn't talk to me
6  anymore.
7          So, to me, I mean, I think a
8  part of it was just by association. So
9  they were just -- they figured if they
10 talked to me then they didn't want to be
11 in that association as well, so they just
12 kept clear, which I can understand which
13 is why I don't really hold a grudge
14 against anyone.
15     Q.   Do you know of those 30
16 people that have the indeterminate -- or
17 about 30 people that have the
18 indeterminate designation, how many of
19 them took the validating exam?
20     A.   I've only heard of, I think,
21 three people that took the validation
22 exam.
23     Q.   What did the rest of them
24 do?

Page 108

1      A.   I don't remember. I know a
2  lot of them went for hearings. Some were
3  considered indeterminate or invalid. I
4  don't know what happened after that
5  because, like I said, they stopped
6  contacting me. And then there was a
7  bunch that were basically let go and
8  they're in residency and done now.
9      Q.   Are you in touch with any of
10 those people?
11     A.   Off and on. I'll see some
12 of them at weddings and stuff, but I
13 don't keep in touch with anybody, really.
14     Q.   Can you give me the names of
15 anybody that you know that was in the
16 same situation you were in with regard to
17 having to validate their indeterminate
18 score?
19     A.   My friend, Reeju Thomas.
20     Q.   How do you spell that?
21     A.   R-E-E-J-U, Thomas. Samuel
22 might be in there also as a middle name
23 or last name. He was found
24 indeterminate. I believe he was actually

Page 109

1  the first student that NBME contacted.
2  He went through a whole ordeal, finally
3  took the exam, validated one and then
4  based on that validation, they validated
5  the other one without him having to
6  retake it.
7      Q.   Anybody else?
8      A.   I don't remember who
9  actually validated and who got off.
10     Q.   Well, just give us the names
11 of anybody who had that indeterminate?
12     A.   Farhana Chowdhury I know had
13 similar numbers to me and she was
14 validated.
15     Q.   She was validated. Anybody
16 else?
17     A.   There's a bunch of people
18 that had to go in. I don't remember all
19 the names.
20     Q.   Tell us as many as you do
21 remember.
22     A.   I know Samir did. I don't
23 know his last name. His sister was
24 there.

28 (Pages 106 to 109)

Confidential - Mathew Thomas, Jr., M.D.

Page 110

1    Q.   His sister was where?
2    A.   Also called in.  She was
3  also at Optima.  Manjit.
4    Q.   Do you know Manjit's last
5  name?
6    A.   A lot of them I know by
7  first name because, like I said, I don't
8  keep in touch with them, so I don't
9  remember.  If you give me a list then
10 it'd be easier for me to say names.
11   Q.   Did any of those -- well, do
12 you know anyone else who has sued the
13 NBME or the ECFMG?
14   A.   No.  I'm the only one.
15 Sandeep Shukla.
16   Q.   How do you spell his last
17 name?
18   A.   S-H-U-K-L-A.  And he worked
19 for Suliman, also, but he was validated;
20 I don't know how, and he's done residency
21 now.
22   Q.   What did he do for Suliman?
23 What kind of work?
24   A.   He was an original from the

Page 111

1  beginning of time.  Before I was working
2  there he'd be the go-to.  He helped them,
3  hooked them up with people, supplies.
4    Q.   Did he have kind of the same
5  role at the organization?
6    A.   He was kind of an indirect
7  role before I came and then even after I
8  came, then he started actually doing some
9  lectures, I believe.
10   Q.   So you sort of took the
11 position that he used to have?
12   A.   Well, he wasn't really given
13 a position.  He just helped because him
14 and Suliman were close and then I think
15 he started teaching a little bit, and
16 what else did he do?  He was at first
17 Step 1 and Step 2.
18   Q.   How did you first learn
19 about Optima?
20   A.   At that time my girlfriend
21 had a friend who went to the ladies' gym
22 that's right next door, and in the
23 doorway there was a poster that talked
24 about a review course.

Page 112

1    Q.   What was compelling to you
2  about Optima?
3    A.   The words guaranteed passing
4  or your money back.
5    Q.   How much did you pay to go?
6    A.   $5,000.
7    Q.   Did you get your money back?
8    A.   I passed.
9    Q.   So no?
10   A.   No.
11   Q.   How did you enroll?
12   A.   You go in and you talk to
13 him and he sets you up.  Dr. Suliman sets
14 you up.
15   Q.   Did you know other people
16 who enrolled, too?
17   A.   People who were in the
18 course, yeah.  My girlfriend was there.
19   Q.   What was your girlfriend's
20 name?
21   A.   Simin, S-I-M-I-N.
22   Q.   Last name?
23   A.   Huda, H-U-D-A.
24   Q.   Did she take Optima?

Page 113

1    A.   She took the course.
2    Q.   Same time you did?
3    A.   She did.  She failed her
4  Step 1.
5    Q.   Did she get her money back?
6    A.   No.  He never really gave
7  anyone their money back.  He kind of
8  convinced them to stay back on the course
9  again and most people didn't.
10   Q.   So it was like you can
11 either have your money back or you can
12 take the course for free until you pass?
13   A.   Basically.
14   Q.   And where was Optima located
15 when you went?
16   A.   It was in the business
17 building in Totowa, New Jersey.  It was
18 like a shopping complex right off of
19 Route 46.
20   Q.   Where were the dormitories?
21   A.   There were no dormitories.
22   Q.   You didn't live there?
23   A.   No.  I did.  People found
24 their own apartments throughout Paterson

29 (Pages 110 to 113)

Confidential - Mathew Thomas, Jr., M.D.

| Page 114 |
| --- |

1  and Totowa.
2      Q.   Did you live with other
3  Optima students?
4      A.   When I first started I
5  didn't live there and then as time went
6  on I moved out to Paterson and lived with
7  some other students.
8      Q.   Who else did you live with?
9      A.   At that time it was Cecil
10 Cherian, Toby, I think Matthews is his
11 last name.  I don't even remember.  Reeju
12 was living there off and on and then
13 there was some girls that were living
14 downstairs and some other people in the
15 area.
16     Q.   Where did Dr. Suliman live?
17     A.   No idea.  I think it was
18 Elizabeth.
19     Q.   And how often did you see
20 him?
21     A.   When he was in the country
22 he was there every day.  That was his
23 pride and joy.
24     Q.   How often was he in the

| Page 115 |
| --- |

1  country?
2      A.   He would leave randomly.
3  The majority of the time he was in the
4  center.
5      Q.   So what are the dates that
6  you were a student at Optima?
7      A.   I went in around November
8  15th, give or take a couple days, and I
9  took the exam December 31st.
10     Q.   So about a month and a half?
11     A.   Yeah, but I was out with
12 gastritis in the middle, and I missed
13 some of the holidays.
14     Q.   And what was the range of
15 dates that you were an employee at
16 Optima?
17     A.   I think I started some time
18 February, and I think it was until around
19 August.
20     Q.   Of that next year?
21     A.   Of 2008, yeah.
22     Q.   So you were a student from
23 about November 15th, 2007 to December
24 31st, 2007, and you were an Optima

| Page 116 |
| --- |

1  employee from February 2008 to August
2  2008?
3      A.   Approximately, yeah.
4      Q.   When's the last time that
5  you saw Suliman?
6      A.   On the day before he left to
7  Tennessee.
8      Q.   Are you still in touch with
9  him at all?
10     A.   No.
11     Q.   How did you contact him
12 after that?
13     A.   After he was still in
14 Tennessee for a while so he still had his
15 phone and everything.  When the whole
16 situation came when he was raided and
17 people getting called in, I tried to
18 reach out to him.  He didn't get back to
19 me until days later.
20     Q.   And when did Dr. Suliman go
21 to Tennessee?
22     A.   I think it was August,
23 September.
24     Q.   So shortly after?

| Page 117 |
| --- |

1      A.   No.  I was basically there
2  until the day he left, so I don't know
3  exact dates so I can't say.  I know it
4  was at the end of summer, into September,
5  so either August or September, I believe,
6  is when he left.
7      Q.   So when Dr. Suliman came
8  back to Optima that's when you left?
9      A.   I'm sorry.  Say that again.
10     Q.   When Dr. Suliman came back
11 to Optima in Tennessee, that's when you
12 left?
13     A.   Came back from...
14     Q.   I'm sorry.  Scratch that.
15         He came -- he was overseas
16 when Optima was in New Jersey and was
17 raided?
18     A.   In May.  In May of 2008.
19     Q.   Right.
20     A.   He came back some time, I
21 think, June.
22     Q.   And moved...?
23     A.   No.  He put back a skeletal
24 system for the summer, June, July,

Confidential - Mathew Thomas, Jr., M.D.

Page 118

1 August. He had everything up and running
2 again and then at some point he decided
3 he's moving to Tennessee.
4 Q. Were you part of the move to
5 Tennessee?
6 A. No. I did not go to
7 Tennessee.
8 Q. Why not?
9 A. I was a New Yorker. No
10 reason to go to Tennessee. Plus, in 2008
11 I was doing some research as well, so at
12 that point my focus is to start studying
13 for Step 3.
14 Q. What kind of research were
15 you doing?
16 A. Health and Hospitals
17 Corporation had a research group. I was
18 working on dialysis research.
19 Q. And so when was Dr. Suliman
20 in Tennessee then?
21 A. I know he left, like I said,
22 somewhere towards the end of summer, fall
23 and then I don't know when he was
24 actually shut down over there. I heard

Page 119

1 from students he got raided twice, so I
2 don't know what really happened with all
3 that.
4 Q. Did you ever consider suing
5 Optima University or Dr. Suliman?
6 A. When?
7 Q. Ever?
8 A. No.
9 Q. Well, they -- you paid them
10 $5,000, right?
11 A. Yes.
12 Q. And now you know that they
13 gave you a question bank of stolen test
14 questions?
15 A. And he still is a fugitive
16 and who's going to pay that? So I don't
17 really see who I would be suing. The
18 wife is in jail from what I understand,
19 and he's a fugitive somewhere out East.
20 So unless there's someone who would be in
21 charge of all that or we can get it back
22 from the government, I don't know of any
23 legal way to sue him.
24 Q. Do you blame Optima at all?

Page 120

1 A. For...?
2 Q. Everything that's happened?
3 A. Did he steal the questions
4 based on what the evidence is? Yes. Do
5 I blame him for what I chose to do at
6 that time? No, because I don't really
7 know. He lied to everybody. I don't
8 know what we're blaming him for. The
9 situation everyone's in, I guess yeah.
10 Q. When you say he lied to
11 everyone, what do you mean?
12 A. Well, if you're telling me
13 that there's proof that he stole the
14 questions and he said he worked hard to
15 make the questions himself, then he was
16 lying.
17 Q. But you don't hold him
18 responsible for that?
19 A. For the situation I'm in
20 right now? The situation right now, I
21 went in thinking that I was doing the
22 right thing. The situation I am in right
23 now is NBME basically saying that they
24 have proof that I stole stuff I didn't

Page 121

1 steal.
2 Q. Right, but you're saying he
3 duped you?
4 A. He duped all of us. That's
5 fine, but, again, my situation right now
6 is not based on him duping me. My
7 situation right now is that NBME claims
8 that I had access to questions that he
9 may or may not have had when I was there.
10 And I have already said
11 multiple times he had updates in March of
12 2008, and I have been given no proof that
13 what they're comparing my exam to was
14 there when I was there, so that's my main
15 thing. And the statistical analysis I
16 keep asking for I have yet to receive it.
17 Q. What does the statistical
18 analysis look like to you?
19 A. I would actually like to see
20 the questions you compared against, and
21 if the questions are there in a data
22 file, you'll have the date that the files
23 were put into his system, and if you
24 compare those dates, I guarantee they're

31 (Pages 118 to 121)

Confidential - Mathew Thomas, Jr., M.D.

Page 122

1  not when I was there.
2      Q.  So let me just ask the
3  question in a different way.  When you
4  say statistical analysis, do you actually
5  mean that you want to see the questions?
6      A.  I actually do want to see.
7  That's part of my analysis of it, yes.
8      Q.  But let me just finish my
9  question before you answer.
10     A.  Sure.
11     Q.  When you say that you want
12 to see a statistical analysis, do I take
13 that to mean or do you mean by that that
14 you want to see the actual test questions
15 that were exposed test questions that
16 were stolen by Optima and that you
17 answered on the exam?
18     A.  Yes, I do.
19     Q.  In that statistical analysis
20 is that all that you're seeking?  Is that
21 the sum and substance of what you're
22 seeking?
23     A.  I'd also want to see the
24 date that it was added to his system and

Page 123

1  also the date that you guys ran the
2  analysis because if the analysis was run
3  two, three years later with his full bank
4  compared to my exam and nothing takes
5  into account when they were added into
6  his bank, then there's a faulty situation
7  right there.
8      Q.  So what you're saying is
9  that you want the NBME to tell you when
10 Dr. Suliman added those questions to his
11 question bank?
12     A.  I believe that's very
13 pertinent to my case and to my situation.
14     Q.  Do you realize that some of
15 those dates may not be available to the
16 NBME; in other words, the NBME may not
17 have knowledge of when Dr. Suliman added
18 questions or didn't add questions to his
19 question bank?
20     A.  If you have a data file and
21 it shows what's there, every added
22 document or every added thing should have
23 a date -- creation date.  So, in theory,
24 if you have what you say you have, then

Page 124

1  you should have it there.
2      Q.  And so is that what you mean
3  by the statistical analysis?
4      A.  That's the start of the
5  statistical analysis.
6      Q.  What's the rest of the
7  statistical analysis?
8      A.  The rest of it is comparing
9  it against my test to show that it does
10 match up and then seeing how many I got
11 right including the time stamps because
12 like I said in my hearing, at the end of
13 every block, if I wind up having ten
14 questions left with a minute left, I'm
15 not going to sit there reading them.  I
16 am going to click through.  That is going
17 to quicken my time, and if my exposed
18 versus unexposed are in that section, it
19 is going to affect my time.
20         Same way if a question winds
21 up being something difficult and I stare
22 at it for a long time, that's going to
23 wind up increasing my average time.  So
24 there is a big -- there is a lot to be

Page 125

1  said, not just, oh, well, this percent
2  was here and this is the time it took.
3         And as Carson said,
4  observation, not analysis.  She said it
5  multiple times to me.  So according to
6  the appeal and my rights according to the
7  bulletin, I'm due an analysis, and she
8  basically told me it was an observation,
9  not an analysis.  So already they went
10 against their own policies and procedures
11 which was part of my appeal process.
12     Q.  You had the opportunity to
13 take a validating exam?
14     A.  I did.
15     Q.  And you failed the
16 validating exam, correct?
17     A.  Yes.
18     Q.  There was also some time
19 that you could have signed up for and
20 taken Step 2 CK over again, correct?
21     A.  After the validation?
22     Q.  Right.
23     A.  Yes.
24     Q.  And you decided not to do

32 (Pages 122 to 125)

Confidential - Mathew Thomas, Jr., M.D.

Page 130

1    question is, when is it that the six-year
2    rule would have taken effect? I believe
3    it's January 1st of 2013, so I had three
4    months from the time I registered.
5        And I'm saying I didn't have
6    the time to study the way I wanted to
7    study so, therefore, taking the exam and
8    failing it would have gotten me -- that's
9    it. I'm done.
10       Q.   But you were in that
11   position anyway?
12       A.   Which is why I applied for
13   the waiver. I understood the whole
14   situation which is why I asked for the
15   waiver for the seven-year and the
16   six-attempt rule.
17       Q.   The real issue was that you
18   hadn't studied for it the way that you
19   wanted to study for it?
20       A.   Yeah, because at the time we
21   were fighting the whole situation.
22       Q.   Can you look in your exhibit
23   book to No. 30? You've seen this
24   document before, right?

Page 131

1        A.   Yes, I have.
2        Q.   And this is an analysis of
3    your Step 2 CK examination that you took
4    on December 31st, 2007 that you --
5        A.   This is what Janet Carson
6    called an observation.
7        Q.   She called that an
8    observation?
9        A.   Yes, she did, and I said
10   that in the hearing, and she did not
11   rebut me.
12       Q.   Let's take a look at it now.
13   This document records the percentage of
14   questions that were exposed and the
15   percentage of questions that you got
16   correct that were exposed, right? It
17   also records the number of answers that
18   you got correct from unexposed questions.
19       A.   Okay.
20       Q.   So of the exposed test
21   items, you got 84 percent correct. Of
22   the unexposed test items, you got 66
23   percent correct, and 32 percent of your
24   overall test had exposed items on it.

Page 132

1        A.   Allegedly. Remember, I, to
2    this day, do not accept that I had that
3    many questions when I was taking this
4    course.
5        Q.   But regardless of what you
6    accept, this document is an analysis of
7    your scores as it -- it compares the
8    percentage correct that were exposed
9    versus the percentage correct that were
10   unexposed --
11       A.   Okay.
12       Q.   -- right?
13       A.   That's what you're saying,
14   yes.
15       Q.   No. I'm asking you.
16       A.   Well, you're labeling it
17   that way, so I would have to assume yes.
18       Q.   I didn't create this
19   document. You understand that, right?
20       A.   I understand, but I didn't
21   create the document, either.
22       Q.   But your position has been
23   that you want someone to show you an
24   analysis?

Page 133

1        A.   My position is there's a lot
2    of variables that go into these numbers,
3    and none of them have been labeled out to
4    me.
5        Q.   What are the variables?
6        A.   Variables, one, how many
7    questions are we talking about?
8        Q.   Do you know how many
9    questions --
10       A.   I had to ask Janet Carson
11   later because the test is 300-some
12   questions, but they only count a certain
13   number of questions as part of the actual
14   exam.
15       Q.   So now you have the answer
16   to that.
17       A.   Fine. Then are these
18   questions considered at the beginning --
19   towards the beginning of a block or the
20   end of a block? What are the subject
21   matters in these questions because
22   everyone has a different expertise and
23   different subject matter.
24       I'm great in psych. I'm

Confidential - Mathew Thomas, Jr., M.D.

Page 126

1    that?
2       A.   I did.
3       Q.   Why?
4       A.   Because as you notice from
5    before, I work a lot, and I was not able
6    to put the time in, and I could not risk
7    failing it again.  Plus, they came up
8    with the six-attempt rule and the
9    seven-year rule.  All that put together
10   put me in a very weird and bad situation.
11      Q.   But before the existence of
12   the six-attempt rule and before the
13   existence of the seven-year rule, you had
14   time to take Step 2 CK again?
15      A.   When would that time be?
16   The validation exam was taken at the end
17   of 2011.
18      Q.   Right.
19      A.   And at that time I was
20   working multiple jobs, plus married with
21   a kid.  So the time to sit there and
22   study as I did when I passed would mean I
23   have to put everything aside and just
24   study.

Page 127

1       Q.   Well, you were already
2    studying for Step 3, right?
3       A.   I was studying for Step 3
4    until 2009 when they stopped me.  2011 --
5    from the time this whole ordeal started
6    with NBME to 2011 I wasn't studying for
7    Step 3 anymore.
8       Q.   I want to go back a little
9    bit to what we were talking about with
10   the statistical analysis and the
11   observation.
12           Can you define for me what
13   the difference is between an observation
14   and an analysis?
15      A.   An observation to me is
16   one's opinion of what they see and how
17   they determine what those numbers or
18   those words mean.  Statistical analysis
19   is based on fact and numbers and gives a
20   lot more detail as to what is there and
21   why it's there, what it means.
22      Q.   Didn't you register to take
23   Step 2 CK in September 2012?
24      A.   I did.

Page 128

1       Q.   And you canceled that
2    attempt?
3       A.   I canceled it because at the
4    time we were going through the
5    whole -- let me explain the situation.
6           September 2012 I registered
7    for Step 2.  At the time I was studying.
8    I was working.  I had a kid.  I was
9    working multiple jobs.  I did not get to
10   put the time in that I wanted.
11          If I had the opportunity to
12   continue taking the attempts, I probably
13   would have just not taken the exam at the
14   time and taken it at a later date.
15   However, with the seven-year rule, as
16   well as the six-attempt rule which is
17   relatively new, basically, if I fail it,
18   I'm done.  I wasn't about to risk that
19   again.
20          So I decided not to take it
21   because I had already six attempts, and
22   the six-year rule was going into effect,
23   I believe, January.  So had I taken the
24   exam and failed it, then I'm not even

Page 129

1    allowed to take another attempt.
2       Q.   But you were already at six
3    attempts?
4       A.   But I was allowed to
5    have -- that's why I was trying to
6    get -- because we had grandfathered in,
7    they were giving us an extension time
8    until whatever it was, January, which is
9    why I asked for the waiver to extend the
10   period given the fact that I had no time.
11   Two-and-a-half years is basically taken
12   away from me in the process of this whole
13   Optima situation.
14          So I had asked to extend my
15   seven-year period as well as extend my
16   validation time or waiver from the
17   six-attempt rule because of the time that
18   I had lost.  Had I been able to maybe
19   take those exams I may have passed.
20      Q.   But you did have time to
21   take those exams and you decided not to
22   take them?
23      A.   Between when and when?
24   Between 2011 -- well, first, I guess the

33 (Pages 126 to 129)

Confidential - Mathew Thomas, Jr., M.D.

Page 134

1    great with anything with numbers, so I
2    may be quick like this to get them done,
3    but at the same time, if all the exposed
4    are all infectious disease, micro, stuff
5    that's harder, regardless, I'd be taking
6    more time with them. So it all depends
7    on what type of questions which is
8    another thing I requested and never was
9    given to me.
10        So, to me, an analysis is
11   not just a bunch of numbers with
12   percents. It's entire background to how
13   the numbers come about. That's the full
14   analysis to me.
15        Q.   What you're saying, though,
16   is not that you weren't presented with
17   this information; it's just that you
18   don't accept it as an analysis?
19        A.   Again, when this was
20   presented to me and I brought it up,
21   Janet Carson made it very clear that this
22   is an observation, not a statistical
23   analysis.
24        Q.   Do the NBME and ECFMG's

Page 135

1    labels matter to you or does it matter to
2    you what it is that you're given?
3        A.   I believe both matter to me,
4    and what I'm given is not a full
5    analysis. This is more like a summary
6    page. If I gave a summary page to a
7    research person, they would not take it
8    as valid without seeing all the backup
9    data to it. Same exact way. If you're
10   going to give me this as my analysis,
11   then I'd like to see where you got to
12   this point.
13        Q.   So if I understand you
14   correctly, the thing that is missing from
15   this that would make it an analysis is an
16   explanation of the subject areas that the
17   questions were in and the timing of the
18   questions, in other words, were they
19   toward the front of the block, the middle
20   of the block or the end of the questions?
21        A.   That would be part of it.
22        Q.   Okay. What else?
23        A.   The exact questions
24   themselves.

Page 136

1        Q.   Why do you need to see the
2    exact questions?
3        A.   Some questions are two
4    liners. Some questions are a full page
5    you have to read. It makes a difference.
6        Q.   So it's the length of the
7    question?
8        A.   Length of the question as
9    well makes a big difference. The type of
10   question makes a difference.
11        Q.   What do you mean by type of
12   question?
13        A.   Media questions versus
14   straightforward questions. Questions
15   that are in series. Questions that have
16   four choices versus questions that have A
17   through K.
18        Q.   So the length of the
19   question, the type of question, where it
20   was in the block and the subject area?
21        A.   And the number of answer
22   choices.
23        Q.   Number of choices. Anything
24   else?

Page 137

1        A.   That would be the ones that
2    come to my head right now.
3        Q.   I want you to think about
4    it. Are there any other pieces that
5    would make this document a statistical
6    analysis in your mind?
7        A.   You wrote subject matter?
8        Q.   Yes.
9        A.   In subject matter are you
10   describing that as the topic itself or
11   the subject, because within the subject
12   there are topics that take longer.
13        Q.   I'm not sure what the
14   difference is.
15        A.   Psychiatry is a subject to
16   me and a topic within psychiatry, let's
17   say, depression versus PTSD or
18   pharmacology of psychiatry makes a
19   difference.
20        Q.   So subject and topic?
21        A.   Yes.
22        Q.   What else?
23        A.   Other than -- the main thing
24   is, also, like I went back to is when

35 (Pages 134 to 137)

Confidential - Mathew Thomas, Jr., M.D.

Page 138

1  they found it in the bank and whether
2  they can show that it was -- I had access
3  to it because that makes a big difference
4  of exposed.
5          If you can't prove to me
6  that I saw all those questions and I'm
7  telling you that I didn't, then
8  honestly -- if you wind up getting his
9  question bank in 2008 or if the FBI or
10  whoever gets his question bank when he's
11  in Tennessee and he's added all his
12  updates and now his bank is 2,000
13  questions, NBME does not change their
14  exam questions every month.  They don't
15  change them every week.  They change them
16  over a long period of time.
17      Q.  How do you know that?
18      A.  Because they usually shut
19  down in the first two months and they say
20  questions are updated, so they go to the
21  pool.  Then of the 300-some questions,
22  the whole point is they put in these, I
23  guess, research questions type of things
24  to see whether or not enough people get

Page 139

1  them right to add them into the regular
2  bank versus getting rid of them as
3  something that's not going to be a good
4  gauge.
5          So if you're not updating
6  your question bank regularly and you're
7  getting his set in 2008 and now you're
8  comparing me to 2007, not knowing what I
9  had access to, yeah, a lot more of my
10  questions may look like I was exposed,
11  but, in actuality, I never saw them
12  because when I was there I had less than
13  a thousand questions to work with.
14      Q.  So it's a coincidence that
15  you performed significantly better on
16  those questions?
17      A.  It could be, but the point
18  is the number of exposed may be very
19  much.  You have to also understand that
20  I'm not -- I don't want to say I'm not
21  stupid, but I also have been studying for
22  the exam, so there is going to be basic
23  knowledge.  Whether they were in his bank
24  or not, I would have known the answer to

Page 140

1  questions, so are you not giving credit
2  to any medical students who have taken
3  the exam?
4          I missed passing the exam by
5  one point, so it's not like I jumped from
6  where I had, like, a 60-something and I
7  jumped to an 80-something.  I jumped from
8  a 74 to an 85, so there are going to be a
9  good number of questions that you may
10  find exposed that is general knowledge,
11  so then how is that taken into account?
12  So the questions themselves do make a
13  very big difference.
14      Q.  And you see on this analysis
15  here, it says comparison group, N equals
16  1162?
17      A.  Yes, I do.
18      Q.  That was explained to you
19  that that was the number of other
20  examinees whose tests were analyzed and
21  compared with yours in terms of how many
22  percentage of exposed and how many
23  percentage of unexposed they got correct?
24      A.  Okay.

Page 141

1      Q.  That was explained to you
2  before, right?
3      A.  I don't know if it was
4  explained that exact way, but we did
5  touch upon the 1162.  I remember that
6  from the transcript.
7      Q.  You spent a lot of time
8  thinking about the fairness of this exam,
9  right?
10      A.  Yes.
11      Q.  And you know that among
12  1,162 other examinees, they got 75
13  percent of the exposed correct and 75
14  percent of the unexposed correct?
15      A.  And every single time
16  there's a comparison group, there are
17  outliers.  This is the average which
18  means you will have a bunch of people
19  well above 75/75, and you will have many
20  people well below 75/75.
21          So if you want to put me in
22  comparison of all 1,162 on a piece of
23  paper and show me, then I'll take that as
24  something that I can go with, but just

Confidential - Mathew Thomas, Jr., M.D.

Page 142

1  giving me an average doesn't say anything
2  to me because there may be many more
3  people below me who did much more percent
4  correct as my exposed and much less than
5  my unexposed, and I guarantee you they
6  weren't brought in for validity.
7        Q.   How can you guarantee?
8        A.   Well, I can say that because
9  what I was told at my hearing is the
10  reason I went to Optima is why I was
11  brought in.
12        Q.   You were told that at your
13  hearing?
14        A.   I was told that at the
15  hearing.
16        Q.   So, Dr. Thomas, from what I
17  hear what you're saying, you were
18  presented with this, this piece of paper
19  here, this analysis of your score as
20  compared with 1,162 other people, but you
21  do not accept this as a statistical
22  analysis --
23        A.   I do not.
24        Q.   -- right?

Page 143

1        A.   A complete statistical
2  analysis.
3        Q.   So you do accept it as a
4  statistical analysis, just not a complete
5  statistical analysis?
6        A.   Well, statistics meaning
7  you're taking a group of questions you
8  say was exposed, comparing it to my exam
9  so that's a percentage and then telling
10  me what I got right and wrong on those
11  questions.
12        So do I accept that as being
13  some kind of analysis, it's some kind
14  of -- it's numbers, but I can't
15  necessarily say that it takes all
16  variables into account to be a true
17  statistical analysis.
18        Q.   So from your viewpoint as a
19  statistical analysis, this is a
20  statistical analysis; it just doesn't
21  take into account all the possible
22  variables?
23        A.   I think this is math.
24        Q.   What's the difference?

Page 144

1        A.   I think, like I said,
2  statistical analysis will take in all
3  variables. Statistics in itself takes in
4  all variables. This is just percentages
5  given based on what you guys call a
6  denominator and enumerator.
7        Q.   What do you think the
8  purpose is of the USMLE?
9        A.   It's to gauge whether or not
10  students are -- have the right level to
11  be a doctor.
12        Q.   And who do you think it's to
13  determine -- strike that.
14        When a person sits for the
15  USMLE, whose job is it to verify that
16  they are -- that their score is an
17  accurate measure of their ability?
18        A.   I think the test itself. If
19  you pass the test you should
20  automatically -- it should be understood
21  that that means you're ready to take the
22  test -- you're ready to practice.
23        Q.   Doesn't that not account for
24  all the variables?

Page 145

1        A.   Well, then if you go by
2  that, I passed the test. You're taking
3  this analysis or these numbers to say
4  that it was not valid that I passed the
5  test. I passed the test on the day I
6  took it.
7        You're trying to claim or
8  NBME is trying to claim that because I
9  went to Optima I had access to certain
10  measures that they have yet to prove that
11  I had access to as a reason to take that
12  away from me.
13        Q.   Maybe you misunderstood my
14  question. I'll ask it again.
15        When you take the
16  examination, whose job is it to determine
17  whether or not that score is a valid
18  measure of your ability?
19        A.   I'm not sure. I would
20  assume whoever created the exam. That
21  was all done before the exam was created.
22        Q.   And if the person whose
23  responsibility it is to verify that your
24  score is a valid measure of your ability

Confidential - Mathew Thomas, Jr., M.D.

Page 146

1  does not believe for whatever reason that
2  that score is a valid measure of your
3  ability, then what is that person to do?
4      A.   If a person believes that I
5  did not pass that exam legitimately, that
6  person has the ownership without a shadow
7  of a doubt to show and prove that I did
8  not.  And at this point, nothing has been
9  shown without a shadow of a doubt because
10  I've clearly stated what I saw and what
11  you guys measured it against are not the
12  same.
13     Q.   So you believe that the job
14  is -- of the test is to presume that
15  somebody who passes is prepared to
16  practice medicine?
17     A.   I believe so, unless you
18  directly notice that they were cheating.
19     Q.   How about a person who fails
20  that examination six times?
21     A.   I believe if everyone -- if
22  they continue studying, especially if
23  they know the focus area, they can
24  eventually pass.

Page 147

1      Q.   So everyone eventually is
2  qualified to practice medicine?
3      A.   You do not need to go to med
4  school to pass a medical school exam.  If
5  you take out your Kaplan medical books
6  and study on your own, you can pass an
7  exam.  It's like any other civil service
8  exam.  The clinical aspect, that is
9  something you learn in the clinical
10  setting.  So do I believe that anybody
11  continuously studying, studying, studying
12  eventually will pass an exam, I believe
13  so.
14     Q.   And by your measure, in your
15  words, if someone passes the exam,
16  they're qualified to practice medicine?
17     A.   I believe so.
18     Q.   Okay.
19         MS. McENROE:  Let's go off
20  the record.
21         (A discussion was held off
22  the record.)
23         (A lunch break was taken.)
24         (Whereupon, a document was

Page 148

1  marked for identification as
2  Exhibit NO. 57.)
3         MS. HOLLAND:  So, Dr.
4  Thomas, I want to remind you that
5  you are still under oath, and I
6  just want to put on the record
7  that in front of each of us, in
8  front of Dr. Thomas, myself and
9  Ms. McEnroe as well as the
10  stenographer we have a binder of
11  exhibits that are tabbed and
12  numbered 1 through 56.
13         In addition to those
14  exhibits, Dr. Thomas has brought
15  some items with him that we have
16  collectively labeled Exhibit 57
17  and will be using those numbers
18  for reference throughout the
19  deposition and have been using
20  those numbers throughout the
21  deposition to refer to different
22  documents.
23         THE WITNESS:  Okay.
24  BY MS. HOLLAND:

Page 149

1      Q.   With that in mind, Dr.
2  Thomas, could you turn with me to Exhibit
3  7?
4      A.   (Witness complies with
5  request.)
6      Q.   Do you recognize Exhibit 7?
7      A.   Yes, I do.
8      Q.   What is it?
9      A.   It's an e-mail from Susan
10  Detich to myself.
11     Q.   And I see on the to line it
12  says manu.thomas.31@gmail.  Is that you?
13     A.   That is me.
14     Q.   Do you go by the name Manu?
15     A.   Yes, I do.
16     Q.   And this e-mail was sent by
17  Susan Detich to you on what date?
18     A.   July 27, 2009.
19     Q.   And turning to the next page
20  of Exhibit 7, do you recognize this part
21  of the document?
22     A.   Yes, I do.
23     Q.   What is it?
24     A.   This is a letter sent from

Confidential - Mathew Thomas, Jr., M.D.

Page 150

1    Susan Detich to myself.
2        Q.   On what date?
3        A.   July 27th, 2009.
4        Q.   And did you receive this
5    letter?
6        A.   Yes, I did.
7        Q.   Now, that was on -- that was
8    sent to you on July 27th, 2009.  At that
9    point you were registered to take Step 3.
10   Is that right?
11       A.   I had registered for Step 3.
12   My registration, I believe, was not
13   completed because I received this letter.
14       Q.   And this letter basically
15   informed you that your scores on the Step
16   2 CK exam from December 31st, 2007 were
17   under investigation?
18       A.   That is correct.
19       Q.   Turning with me to Exhibit
20   8, please.  Do you recognize this?
21       A.   This seems to be an e-mail
22   from me to Ms. Detich in August.
23       Q.   And in this e-mail you
24   acknowledge the receipt of the letter

Page 151

1    from July 27th, 2009, correct?
2        A.   That is correct.
3        Q.   And then you have some
4    questions regarding the allegations and
5    your own investigation of the activities
6    regarding NBME and Optima?
7        A.   Yes.
8        Q.   What was your own
9    investigation?
10       A.   I believe I'm referring to
11   the FBI, sitting with the FBI and then me
12   given the timeline from which I had taken
13   the exam at the appointed time where they
14   finally told me there was a question with
15   my examination.
16       Q.   So when you say my own
17   investigation, you mean what you perceive
18   to be an investigation into you and your
19   conduct?
20       A.   Yeah.  Investigation in the
21   terms of my timeline of the activities
22   that took place leading up to the letter
23   that came in.
24       Q.   You don't mean that you

Page 152

1    conducted an investigation?
2        A.   No.  No.  At no time did I
3    conduct an investigation.
4        Q.   And you ask in this letter
5    about halfway down in this e-mail:  At
6    this time I would like to know what the
7    specifics are of the root of your
8    investigation.
9        A.   That's correct.
10       Q.   And you also say that you
11   sat with the FBI for almost three hours
12   in May 2008 regarding Optima and its
13   business plan.  You were as cooperative
14   as you could be and you were already
15   ECFMG certified.
16       A.   That is correct.
17       Q.   During that three-hour
18   meeting with the FBI, what did they ask
19   you?
20       A.   They asked me everything
21   from the daily activities of the day,
22   what students did from the time they got
23   in 'til the time they left, what my
24   function was on a daily basis.  They

Page 153

1    asked regarding the server, access to the
2    server, where the IT specialist was who
3    was handling the server.  They asked me
4    questions regarding the bank.
5        Q.   The question bank, you mean?
6        A.   The question bank.  They
7    asked me some background about Suliman,
8    about how students came to know about the
9    place, just all basic stuff.  A lot of it
10   was focused on the server and the
11   questions.
12       Q.   Did they interview anyone
13   else while you were there?
14       A.   I was not there when the FBI
15   originally came.  I was actually out on
16   an interview in the city for a job.  I
17   got a call as I was leaving the interview
18   to come back to the center.
19       Q.   Who called you?
20       A.   My girlfriend at the time
21   called me.
22       Q.   So she was there as well?
23       A.   She was there at that time.
24       Q.   Was she an employee, too?

39 (Pages 150 to 153)

Confidential - Mathew Thomas, Jr., M.D.

Page 154

1    A.   No, she was not.
2    Q.   So you went back to the
3  center.  You answered the FBI's
4  questions.  Was anyone else being
5  questioned during that time?
6    A.   When I got there, anyone
7  they had questioned had already been
8  done.
9    Q.   And do you know who else
10  they questioned?
11    A.   I don't know if they
12  formally questioned anyone or if they
13  just randomly were talking to students,
14  so I can't really say to who or what
15  happened before I got there.
16    Q.   Is it fair to say that no
17  one else was subjected to the kind of
18  long-term extensive investigation or
19  questioning as much as you were?
20    A.   Again, I don't know.  I
21  couldn't confirm that.
22    Q.   How many FBI agents were
23  there involved in the raid?
24    A.   There was -- I don't know

Page 155

1  how many were there at the beginning.  I
2  heard there were more there before I got
3  there.  When I got there I believe it was
4  maybe less than five; one, maybe two
5  talking to me and then there was a couple
6  of IT FBI agents trying to get into the
7  server.
8    Q.   Did they ask for your
9  assistance in getting into the server?
10    A.   They asked me and I had
11  nothing to offer because I had nothing to
12  do with the server.
13    Q.   What about your IT person
14  who was there?
15    A.   He wasn't to be found.
16    Q.   So when the FBI arrived at
17  Optima, tell us what that was like.  What
18  happened?
19    A.   I wasn't there.
20    Q.   So when you did get there,
21  were there any doors broken down?
22    A.   Not visibly that I could
23  tell.  The center is not locked during
24  the day.  It's wide open, so if they were

Page 156

1  to come in, they would have just come in
2  through the front, I assume.  The only
3  locked door is really the one that goes
4  into his office from the office.
5    Q.   Suliman's office?
6    A.   Dr. Suliman's office.
7  Otherwise, it's an open entrance going
8  in.  So I don't -- I didn't see anything
9  broken, to tell you the truth.  The
10  server was out in the casing, and they
11  were trying to break into that.  That's
12  probably the only thing I saw that may
13  have been...
14    Q.   Can you tell me the name of
15  the IT person from Optima?
16    A.   I know him as Adrian.  He's
17  from abroad.
18    Q.   Abroad where?
19    A.   I believe it's Romania, if
20  I'm not mistaken.
21    Q.   Do you know his last name?
22    A.   I do not know his last name.
23    Q.   Did you have a cell phone
24  number for him?

Page 157

1    A.   Well, he was visiting in the
2  country at the time.  He's not from the
3  U.S.  He's actually from abroad, so at
4  that time I did have a local number that
5  he was using temporarily.
6    Q.   Did you call it to help the
7  FBI get him?
8    A.   I tried calling.  No answer.
9    Q.   Turn with me, if you will,
10  to Exhibit 9.  This is a series of
11  e-mails from August of 2009, and do you
12  recognize these e-mails?
13    A.   This is her response to my
14  response.
15    Q.   And do you see at the top
16  there, that first e-mail sent August
17  28th, 2009, 11:28 a.m.  Who wrote that
18  e-mail?
19    A.   That would be me.
20    Q.   And it says:  I appreciate
21  the quick reply and I look forward to
22  hearing the results of the USMLE
23  Committee on Score Validity and clearing
24  my name of any suspicious indeterminate

Confidential - Mathew Thomas, Jr., M.D.

Page 158

1    score or irregular behavior.  I want to
2    again state that I'm happy to prove that
3    I have no affiliation with Optima
4    University, its owner or its proprietary
5    information.
6             Do you see that?
7        A.   Uh-huh.
8        Q.   When you said that you had
9    no affiliation with Optima University,
10   you said that you were happy to prove
11   that.  What were you prepared to do to
12   prove that?
13       A.   That I would show my history
14   of not being there.  The only time I was
15   there was as a student as well as the
16   time -- the short time that I had worked
17   there.
18       Q.   And then later on that day
19   Susan Detich writes to you from the NBME:
20   Dr. Thomas, you will receive formal
21   notification within the next week or so,
22   and your performance on the December 2007
23   Step 2 CK has been referred to the USMLE
24   Committee on Score Validity.

Page 159

1             Turn with me, if you will,
2    to Exhibit 10.  Do you recognize the
3    first page of Exhibit 10?
4        A.   This is an e-mail from Susan
5    Detich to myself.
6        Q.   And how about the second
7    page and the rest of the exhibit?
8        A.   This is the official -- this
9    is the official letter that I received
10   from Susan Detich which broke down my
11   history with the exam as well as what
12   they said was the calculations about
13   exposed versus unexposed in my exam and
14   then giving me the options.  I believe
15   they gave me the options at the end.
16       Q.   And how many pages is the
17   letter that you were sent?
18       A.   This seems to be five.
19       Q.   Attached to this
20   letter -- let me find the paragraph here.
21   See at the bottom, it's a small number
22   NBME 201?
23       A.   Yes.
24       Q.   It says, as explained in the

Page 160

1    enclosed policies and procedures.  Is
2    that right?
3        A.   At the very bottom, yes.
4        Q.   And I want you to flip with
5    me to Exhibit 3 quickly.  Are these the
6    policies and procedures that were
7    attached to that letter?
8        A.   I believe so.
9        Q.   Let's turn now to Exhibit
10   11. Do you recognize this?
11       A.   Another e-mail from me to
12   Ms. Detich.
13       Q.   And I notice that you signed
14   your name Mathew Thomas, Jr., M.D., MHSA.
15   What is MHSA?
16       A.   That's a master's in health
17   service administration.
18       Q.   Where did you earn your
19   master's in health services?
20       A.   Saint Joseph's College of
21   Maine.  That's what I was doing, the
22   master's, when I was up in Maine for two
23   semesters.
24       Q.   So that was before you went

Page 161

1    to medical school or after?
2        A.   No.  That was concurrent
3    with St. Matthew's University.
4        Q.   Let's turn to Exhibit 12.
5    Again, do you recognize this?
6        A.   This is a letter from Susan
7    Detich to myself and Janet Carson carbon
8    copied on it.
9        Q.   And this is discussing your
10   inability to open the pdfs and they're
11   mailing them to you, right?
12       A.   That is correct.
13       Q.   Let's go to No. 13.  No. 13,
14   again, we have a series of e-mails.  Do
15   you recognize these e-mails?
16       A.   Yeah.  This is in response
17   to Susan Detich's e-mail regarding the
18   pdfs not being able to be opened.
19       Q.   And you indicate that she
20   can mail the -- FedEx the documents to
21   your parents' house?
22       A.   That's correct.
23       Q.   And that's the same address
24   that you live at now, right?

41 (Pages 158 to 161)

Confidential - Mathew Thomas, Jr., M.D.

Page 162

1     A.   That is correct.
2     Q.   Do your parents still live
3  there?
4     A.   Yes, they do.
5     Q.   So your parents and your
6  wife and kids live there?
7     A.   Now, yeah.
8     Q.   Let's turn to Exhibit 14.
9  And this is a FedEx tracking slip.  Do
10  you notice the recipient information
11  about halfway down?
12     A.   To myself.
13     Q.   Let's turn to 15.  Exhibit
14  15 is also a series of e-mails.  Do you
15  recognize them?
16     A.   Yes.  This is, again, my
17  response to Susan Detich after she said
18  she's going to mail me the -- Federal
19  Express the letter to me.
20     Q.   And you write to Susan
21  Detich:  I'm in receipt of the FedEx
22  package today with the accusations
23  against me and the validity of my Step 2
24  score.  It will be my pleasure to defend

Page 163

1  my stance on the validity of my score as
2  I still stand steadfast on my original
3  letter to you.
4     A.   That's correct.
5     Q.   In the second paragraph you
6  write:  Unfortunately, as I mentioned in
7  the previous e-mail, I am supposed to go
8  abroad, and I'm unsure if I can make the
9  October 14th date.
10          What were you going abroad
11  for?  Do you remember?
12     A.   2009, I do not remember, to
13  tell you the honest truth.
14     Q.   Let's turn to 16.  This is
15  an e-mail, an e-mail string.  You see the
16  first e-mail there --
17     A.   Yes.
18     Q.   -- from Susan Detich?
19          Is that an e-mail that you
20  received?
21     A.   Yes, it is.
22     Q.   So it says:  Dear Dr.
23  Thomas, I have rescheduled this matter
24  for review on December 16th, 2009.  The

Page 164

1  deadline for submission of written
2  materials and/or notification that you
3  wish to appear in person is November 6th,
4  2009.
5     A.   That is correct.
6     Q.   Let's go to 17, and this is
7  an e-mail in which you say:  Thank you.
8  I will notify you on a timely basis.
9          Is that right?
10     A.   That's correct.
11     Q.   Let's go to 18.  So for No.
12  18, reading it from the bottom to the
13  top, on October 12th, 2009, 9:32 p.m.,
14  you are writing with regard to the
15  analysis that was provided to you.  Is
16  that right?
17     A.   Yes.
18     Q.   And you say:  As per the
19  letter sent to me dated September 15th,
20  2009, it was stated that 32 percent of
21  test items that appeared on the Step 2 CK
22  form taken by me in December 2007 and
23  that was used in, quote -- I'm sorry,
24  that was, quote, used in scoring the

Page 165

1  form, end quote, may have been subject to
2  unauthorized reproduction and
3  dissemination through Optima prior to my
4  exam date.
5          Then you ask for the number
6  of total questions that were used in
7  grading the exam.  Is that right?
8     A.   That's correct.
9     Q.   And then at the top of -- at
10  the top of the e-mails Susan Detich
11  writes back to you:  Dear Dr. Thomas, my
12  sincere apologies for my delay in
13  responding to your earlier e-mail
14  inquiries.  288 of the items from the
15  exam that was taken by you were scored.
16          And then she says:  Because
17  I did not respond more promptly to your
18  requests, the deadline for your
19  submission of any written information
20  will be extended until December 4th,
21  2009?
22          Is that right?
23     A.   That's correct.
24     Q.   So at that point, November

42 (Pages 162 to 165)

Confidential – Mathew Thomas, Jr., M.D.

## Page 166

1  11th, 2009, you knew how many of the test
2  items were scored?
3       A.   That's correct.
4       Q.   Exhibit 19, this appears to
5  be an e-mail scheduling your review with
6  the Committee on Score Validity.  Is that
7  right?
8       A.   That's correct.
9       Q.   And it just states that the
10  date for your review will be December
11  16th, 2009?
12       A.   Excuse me?
13       Q.   December 16th, 2009 is the
14  date?
15       A.   That's correct.
16       Q.   About the middle of that
17  page there you write:  Ms. Carson, what
18  are the committee dates and times
19  available in December, and can I schedule
20  a phone conversation with you at some
21  point off the record, if possible?
22            What was your hope to
23  discuss off the record with Ms. Carson?
24       A.   I think I just wanted to

## Page 167

1  find out exactly what it is that they
2  were looking for, and I think part of me
3  wanted to know whether or not they were
4  trying to find out all the students who
5  went there, but she never brought it up
6  so I never brought it up.
7       Q.   So you were worried that
8  they were going to use your appearance
9  before the Committee on Score Validity to
10  find out more information about Optima?
11       A.   Well, I knew they'd probably
12  bring up Optima.  I was under the
13  impression that Optima questions would
14  come up.
15       Q.   Were you surprised when more
16  Optima questions didn't come up?
17       A.   No.  I wasn't surprised
18  either way.
19       Q.   Let's go to Exhibit 20.  So
20  this exhibit contains two e-mails that
21  appear to be the same e-mail from Ms.
22  Babcox, B-A-B-C-O-X?
23       A.   That's correct.
24       Q.   And that's just scheduling

## Page 168

1  your appearance before the USMLE's
2  Committee on Score Validity?
3       A.   Yes.
4       Q.   Around the time that the
5  Committee on Score Validity appearance
6  was being scheduled, do you remember
7  having a phone call with Ms. Carson?
8       A.   A phone call with Ms. Carson
9  regarding...?
10       Q.   Do you remember speaking to
11  Ms. Carson on the phone?
12       A.   I don't remember.  I've had
13  conversations on the phone with her.  I
14  don't remember if it was around the time
15  of the actual committee hearing.
16       Q.   Do you remember actually
17  calling Ms. Carson not only on the work
18  phone but also on her home phone?
19       A.   I called back the number she
20  had called me from.  I didn't know what
21  number that was.
22       Q.   So Exhibit 21, do you
23  recognize Exhibit 21?
24       A.   This is the transcript from

## Page 169

1  my hearing.
2       Q.   Dr. Thomas, you indicated a
3  few times earlier that throughout the
4  Committee on Score Validity meeting, Ms.
5  Carson referred to the analysis that was
6  provided to you as an observation as
7  opposed to an analysis?
8       A.   No.  I stated that she had
9  told me in prior conversations that it
10  was an observation, not an analysis.  She
11  did not say it within this hearing, but
12  she did not rebut.
13       Q.   She did not rebut what?
14       A.   That I claimed that she
15  called it an observation.
16       Q.   Can you show me in this
17  hearing where you said that it was an
18  observation -- where you say that she
19  said it was an observation?
20       A.   Sure.
21       Q.   Maybe if I can help, Dr.
22  Thomas, if you look at small page 16,
23  line 12?
24       A.   Yes.  That's exactly where

43 (Pages 166 to 169)

Confidential - Mathew Thomas, Jr., M.D.

Page 170

1    it is.
2        Q.   So you say -- I'm just going
3    to start at the top of that paragraph
4    with line 1. "Ms. Carson, if I could get
5    some kind of" -- this is your recalling a
6    prior conversation?
7        A.   Yes.
8        Q.   "Ms. Carson, if I could get
9    some kind of statistical analysis to show
10   what the question basis was. That was a
11   big major thing to me. For me, I'm here
12   at a hearing with the court reporter. I
13   was allowed to have counsel. I'm being
14   sworn under oath, and I said give me some
15   discovery as to the data against me so
16   that I can see what you're going by. And
17   she said to me, and quote if I'm wrong,
18   she said that this is not a statistical
19   analysis, this is an observation.
20           These are observations made
21   by individuals in the National Board. I
22   asked her for their qualifications. She
23   said, we don't check their CVs. I said,
24   let me get information for the board.

Page 171

1    I'll contact them to find out their
2    qualifications, and she says, we're not
3    going to give that information to you."
4           And then you later say:
5    "For me, if you had stratified and told
6    me, well, you know what, on the exposed
7    versus the unexposed, medicine, OB-GYN,
8    surgery, peds and psych, these are the
9    types of questions, and by far everything
10   is equal across-the-board --
11   across-the-board you -- you had scored
12   lower or higher, I could see."
13          Do you see that?
14       A.   Yes, I do.
15       Q.   So your recollection was
16   that you told the Committee on Score
17   Validity that Ms. Carson had told you
18   that it was an observation --
19       A.   Yes, it was.
20       Q.   -- right?
21          And your recollection is
22   correct because I just read that from the
23   transcript, right?
24       A.   Yes.

Page 172

1        Q.   Now, you're basing your
2    position that that was an observation on
3    the fact that Ms. Carson called it an
4    observation?
5        A.   She was very adamant that it
6    was an observation.
7        Q.   If she had said that it was
8    a statistical analysis, would it have
9    been a statistical analysis?
10       A.   No. Then I would have
11   expected her to tell me who did the
12   statistical analysis and move from there.
13       Q.   So the fact that she said
14   that it was an observation was not
15   important?
16       A.   It was important considering
17   she's a secretary speaking on behalf of
18   the NBME and anything she says basically
19   would be her speaking for them.
20       Q.   So moving onto Exhibit 22.
21   This is an e-mail from Susan Detich to
22   you. Is that right?
23       A.   That's correct.
24       Q.   And she says: The committee

Page 173

1    found it could not certify the validity
2    of your Step 2 CK scores and has deemed
3    them indeterminate unless and until you
4    pass a validating exam, right?
5        A.   That's correct.
6        Q.   And then she goes on to say:
7    Once you receive the committee's formal
8    decision letter, you will have six months
9    during which you may take the validating
10   exam. Is that right?
11       A.   That is correct.
12       Q.   Let's go to Exhibit 23. You
13   write: Please send all documents to the
14   PO Box. I will most likely appeal.
15   Please realize that I will be out of the
16   country possibly until February 10th.
17   Please schedule me for the next appeal
18   committee date.
19          Now, at that point -- what
20   was the appeal committee that you were
21   hoping to appear before?
22       A.   Well, I didn't realize at
23   that point that the appeal committee is
24   not an in-person committee. I was under

Confidential - Mathew Thomas, Jr., M.D.

Page 174

1   the impression it would be similar to the
2   other committee but possibly with other
3   people at a higher level.
4       Q.   I see. Okay.
5           So Exhibit 24, do you
6   recognize this exhibit?
7       A.   Yes. This is the -- I
8   believe the verdict that the Committee on
9   Score Validity came up with after my
10  hearing in December.
11      Q.   Well, this is actually a
12  letter, right?
13      A.   A letter, yes, stating their
14  stance.
15      Q.   And how many pages is this
16  letter?
17      A.   It says four.
18      Q.   Four pages, and about midway
19  through the first page it says: During
20  the course of its deliberations the
21  committee discussed the following.
22      A.   Yes.
23      Q.   There are, I think, one,
24  two, three, four, five, six, seven,

Page 175

1   eight -- eight bullet points of pieces of
2   information that the committee
3   considered?
4       A.   Yes.
5       Q.   And among those eight bullet
6   points, the letter discusses that 32
7   percent of the test items that appeared
8   on the Step 2 CK form taken by you in
9   December 2007 and that were used in
10  scoring that form may have been subject
11  to unauthorized reproduction and
12  dissemination through Optima.
13      A.   May have been.
14      Q.   Right. And the next part
15  says: Your percent score on those scored
16  items believed to have been exposed was
17  higher than your percent scored correct
18  on items for which there is no current
19  evidence of exposure, right?
20      A.   That's what's written.
21      Q.   And it says: The average
22  performance of a comparison group of
23  other examinees who took the same form
24  shows greater consistency in performance

Page 176

1   on those two sets of items. Is that
2   right?
3       A.   That's what's written here.
4       Q.   In the next bullet point it
5   talks about the fact that on items that
6   were believed to have been exposed, you
7   spent an average of 59 seconds whereas on
8   items that were not believed to have been
9   exposed, you spent an average of 73
10  seconds?
11      A.   That's what's written, yes.
12      Q.   And, again, it talks about
13  the comparison group which spent an
14  average of 73 seconds on exposed and 76
15  seconds on nonexposed items. Is that
16  right?
17      A.   Yeah. That's what's written
18  here.
19      Q.   The next bullet point
20  discusses the fact that the committee
21  took into account your personal
22  appearance and the things that you stated
23  and testified to in front of that
24  committee and that they took into

Page 177

1   account. Is that right?
2       A.   That's correct.
3       Q.   And then the last eight
4   paragraphs of the letter talk about the
5   committee's decision and their
6   consideration of all the information
7   available to them and their decision not
8   to certify the validity of your passing
9   result. Is that right?
10      A.   That's correct.
11      Q.   Now, also, in this letter,
12  the committee discusses the procedure of
13  taking a validating exam?
14      A.   Yes.
15      Q.   When did you take that
16  validating exam? Do you remember?
17      A.   I believe September 2011.
18      Q.   And what did you do to
19  prepare for the validating exam?
20      A.   Much the same, looked at
21  some question banks, some old notes,
22  books but nothing as intense as I had
23  what I was studying for in 2007.
24      Q.   Did you utilize the services

45 (Pages 174 to 177)

Confidential - Mathew Thomas, Jr., M.D.

Page 178

1  of Optima to study for the validating
2  exam?
3      A.   No, I did not.
4      Q.   Why not?
5      A.   It was closed.
6      Q.   Exhibit 25 is an e-mail
7  saying:  Please put me on the calendar
8  for the appeal.  Is that sent by you?
9      A.   Yes, it is.
10      Q.   Exhibit 26.  In Exhibit
11  26 -- this is a string of e-mails -- you
12  are asking Susan Detich if it's possible
13  to get an extension on the appeal
14  process.  You write:  I was distracted
15  with some issues and thought best to
16  inquire.
17          What was going on at that
18  point?
19      A.   I don't exactly remember.
20  Actually, that might have been around the
21  time from the arrest and everything
22  related to that.
23      Q.   And then Ms. Detich
24  writes -- or had written previous:

Page 179

1  Information on the appeal process.  The
2  appeal is a review of the written record
3  so your appeal would consist of the
4  following:  All of the materials reviewed
5  by the Committee on Score Validity, the
6  stenographic record of your personal
7  appearance, the committee's decision
8  letter and your own written appeal.
9      A.   That's correct.  May I just
10  ask why this says redacted and what that
11  means?
12      Q.   Redacted means that there's
13  information from this document that was
14  removed from it.
15      A.   For any specific reason?
16      Q.   In this case, the portion of
17  the information that was redacted was the
18  information that was forwarded to me.
19  Like, in other words, just the headers of
20  the e-mail.
21      A.   I understand.  Okay.
22      Q.   Just for ease of reading so
23  that everyone can tell when it was
24  originally sent.

Page 180

1      A.   Okay.
2      Q.   No. 27, Exhibit 27 is also a
3  series of e-mails, and in Exhibit 27 on
4  May 25th, 2010, this was an e-mail from
5  Emilie Babcox to Janet Carson and Susan
6  Detich, so you were not a party to this
7  e-mail, right?
8      A.   No.
9      Q.   But I am going to ask you
10  whether you remember leaving a voicemail
11  for Emilie Babcox that there was a death
12  in your family and that you'd like to
13  postpone your appeal?
14      A.   Most likely, I did.
15      Q.   And you also left a
16  different e-mail address to use than the
17  one that you had been using with the
18  committee before?
19      A.   That's correct.
20      Q.   Why did you change your
21  e-mail address at that point?
22      A.   I don't know.
23      Q.   Let's go to No. 28.  Do you
24  recognize Exhibit 28?

Page 181

1      A.   This was my appeal that I
2  submitted.
3      Q.   So you wrote this document?
4      A.   Yes, I did.
5      Q.   Go to the last page with me,
6  if you would?
7      A.   (Witness complies with
8  request.)
9      Q.   Do you see a date on this?
10      A.   June 24th, 2010.
11      Q.   Is that the date that you
12  submitted it?
13      A.   Yes.
14      Q.   And did you submit this as
15  part of your appeal?
16      A.   Yes.
17      Q.   That was your intention in
18  submitting this letter?
19      A.   This was number four on the
20  list that Susan Detich had said would go
21  towards the committee.
22      Q.   Let's go to 29.  So do you
23  recognize Exhibit 29?
24      A.   This is the letter that came

Confidential - Mathew Thomas, Jr., M.D.

Page 182

1   back after my appeal was submitted, their
2   decision not to overturn the original
3   decision against my exam validity.
4       Q.   And at the end of this
5   letter, on the page that's numbered NBME
6   124, it says at the bottom:  Upon full
7   consideration of all of the information
8   available, the Composite Committee found
9   that the Committee on Score Validity
10  acted in compliance with applicable USMLE
11  policies and procedures and did not make
12  a decision that was clearly contrary to
13  the weight of the evidence before it.
14              Therefore, the Composite
15  Committee concluded that the
16  determination of the Committee on Score
17  Validity will stand.  Your Step 2 CK
18  scores remain classified as
19  indeterminate.
20              That wasn't the final step,
21  though, in the process, was it?
22      A.   For who?
23      Q.   For you?
24      A.   No.

Page 183

1       Q.   The next paragraph says:
2   The Step 2 CK validating examination
3   further discussed in Ms. Detich's letter
4   to you of February 17th, 2010 must be
5   taken within six months of the date of
6   this letter; i.e., on or before February
7   25th, 2011.
8              You did have until February
9   25th, 2011 to take the validating exam,
10  right?
11      A.   Yes, I did.
12      Q.   We've been over Exhibit 30,
13  so I think we can go to 31.  In No. 31,
14  this is an e-mail from Amy Buono to you.
15  Is that correct?
16      A.   That's correct.
17      Q.   And she says:  Dear Dr.
18  Thomas, please let me know what
19  three-month eligibility period you would
20  like that would allow you to schedule
21  your exam prior to the February 25th,
22  2011 validating exam deadline.  I will
23  then request a scheduling permit be
24  generated and sent to you via e-mail.

Page 184

1       A.   That's correct.
2       Q.   Thirty-two, about midway
3   through the first page you write:  Ms.
4   Buono, I would like to know how to obtain
5   an extension to my February 25th, 2011
6   validating exam deadline.  I have had
7   many personal issues and will not be
8   prepared by then.  Other students have
9   gone well past the six-month period, and
10  I would like the same courtesy extended
11  to me.  Please advise.
12      A.   That is correct.
13      Q.   I have a few questions about
14  that.
15      A.   Sure.
16      Q.   What were the many personal
17  issues that you had?
18      A.   I don't remember exactly
19  what they were.
20      Q.   And when you said other
21  students have gone well past the
22  six-month period and you would like the
23  same courtesy extended to you, what other
24  students were you referring to?

Page 185

1       A.   I don't remember exact
2   names, but there were students that had
3   taken the exam well after the six months.
4       Q.   And in response to your
5   request for an extension, at the top of
6   this page, first page of Exhibit 32, Amy
7   Buono writes back:  Dear Dr. Thomas, the
8   USMLE Composite Committee has given
9   permission to allow you the option of
10  taking your validating exam up to one
11  full year after the date on the decision
12  letter.  That letter was dated August
13  25th, 2010.  Therefore, you have until
14  August 24th, 2011 to test.  And then
15  again she says:  Please let me know what
16  three-month eligibility period you would
17  like.
18      A.   That's correct.
19      Q.   Thirty-three.  In this
20  e-mail Amy Buono says:  Dear Mat, please
21  try to give plenty of notice of your
22  intended eligibility period as during
23  busy times it may take a while for the
24  permit to be generated.

47  (Pages 182 to 185)

Confidential - Mathew Thomas, Jr., M.D.

Page 186

1    A.   Correct.
2    Q.   Exhibit 34, Amy Buono
3  says -- I'm sorry, midway through the
4  page, June 27th, 2011 so about a month
5  and a half before your deadline for
6  validation you write: Amy, as I approach
7  my deadline I need to be registered for
8  an exam date. I am going through some
9  medical issues right now. What happens
10 if surgery or treatment doesn't allow me
11 to take the exam in time? Mat.
12        What were the medical issues
13 you were going through?
14    A.   Does that stay confidential?
15        MS. McENROE: Let's go off
16 the record.
17        (A discussion was held off
18 the record.)
19 BY MS. HOLLAND:
20    Q.   Just confirming, Dr. Thomas,
21 that your answer to the following
22 question will be kept confidential.
23        What were the medical issues
24 that you were going through at that time?

Page 187

1    A.
2
3
4        ( REDACTED )
5
6
7
8    Q.
9    A.
10       MS. McENROE: So those
11 previous two responses are the
12 only portion we've agreed to keep
13 confidential. Agreed?
14       THE WITNESS: Agreed.
15 BY MS. HOLLAND:
16    Q.   And then Amy Buono writes
17 back on July 6th: Dear Dr. Thomas, upon
18 careful consider of your request we
19 cannot grant you an additional extension.
20 She says: You must take the validating
21 examination on or before August 24th,
22 2011.
23       And then she says: If for
24 any reason you do not take your

Page 188

1  validating exam on or before August 24th,
2  2011 and wish to test after that date,
3  you may follow the standard registration
4  instructions for Step 2 CK as noted on
5  the ECFMG website.
6    A.   That's correct.
7    Q.   No. 35. You respond to that
8  e-mail on July 6th by saying: I
9  appreciate the response. Please start
10 the process so I can reserve a test date.
11       And she writes back: Dear
12 Dr. Thomas, please tell me which
13 three-month eligibility period you would
14 like so I may order your validating exam
15 scheduling permit.
16    A.   That's correct.
17    Q.   No. 36, you respond: Since
18 I have to take it by August 24th, 2011,
19 it has to be July, August, September.
20       And then Ms. Buono writes
21 back: I will place the order for your
22 permit. As soon as it's available I will
23 send it to you via e-mail.
24    A.   That's correct.

Page 189

1    Q.   No. 37 we can skip. No. 38
2  we can skip. No. 39, you wrote back and
3  said -- on July 19th, 2011 you wrote:
4  Amy, my final date to take the exam is
5  coming on one month. I need that permit
6  to get a spot on the last possible day.
7  Please advise on how long it will take.
8  And Amy Buono writes back: I will check
9  into it.
10       Then you write back to her:
11 Good afternoon, Amy. I am now under one
12 month from when I have to take my exam,
13 and I still don't have a testing permit.
14 Please advise.
15       And she indicates that she's
16 unsure what's causing the delay and will
17 check on it again for you.
18    A.   That's correct.
19    Q.   Now, what was your reason
20 for requesting a permit on the last
21 possible day?
22    A.   Well, given all the issues I
23 was going through medically, I knew that
24 I needed every last day which is why I

Confidential - Mathew Thomas, Jr., M.D.

Page 190

1   originally asked for an extension of any
2   kind.
3         Q.   Turning to No. 40.  On
4   August 2nd, 2011 Amy Buono says:  Your
5   Step 2 CK validating exam scheduling
6   permit is attached.  Again, my apologies
7   for the delay.  As you are aware,
8   although the permit doesn't expire until
9   September 30th, you must test on or
10  before August 24th, 2011.
11        And then you write back:
12  Amy, thanks.  What happens if I can't get
13  a date on the 24th?  Amy Buono writes:
14  If you have difficulty scheduling a test
15  date on or before the 24th, let me know
16  as soon as possible.  Also, let me know
17  what area/test centers you are trying to
18  test in.  Thanks, Amy.
19        A.   That's correct.
20        Q.   Forty-one, midway down the
21  page there you write:  Amy, I checked for
22  locations near my current ZIP code and my
23  parents' ZIP code.  None of the centers
24  have August 24th.  The only

Page 191

1   available -- the ones available are
2   either September or next week.  This is
3   why I wanted the permit earlier.  Please
4   advise.
5         She writes back:  Hi, Mat.
6   I requested information on the test dates
7   and centers near the ZIP code you listed.
8   I know you would prefer to test as close
9   to the 24th as possible, but Prometric
10  cannot always accommodate the exact test
11  date an examinee is hoping for.
12        I was able to find the
13  following test dates and locations that
14  are convenient to your ZIP code and lists
15  a few different, one, two -- five
16  different test options for you.
17        A.   Correct.
18        Q.   Forty-two, the bottom of the
19  first page, August 3rd you write that
20  there are medical issues that you're
21  dealing with.  There's no way that you
22  can cut down on the days allowed to the
23  dates that were offered.
24        You write:  That delay is

Page 192

1   causing me not to be able to get a date
2   on the last possible date.  If I move the
3   dates up, I feel I won't be ready and
4   given all the events that got me to this
5   point, I can't risk that.
6         And then you ask what it
7   means when the committee says the score
8   is indeterminate.  Will there be an
9   asterisk?  And Amy writes back that there
10  are dates that are available and that no
11  score is reported in the event of an
12  indeterminate score.
13        A.   That's correct.
14        Q.   Forty-three, on August 7th
15  you write to Amy Buono:  Amy, can you
16  please clarify something for me?  I took
17  my exam on December 31st, 2007.  If I'm
18  not mistaken, the passing score has
19  increased since then.  I need to pass to
20  validate my exam.  Does that mean I need
21  to get the pass score from December 31st,
22  2007 or the new standard?
23        And she writes back:  The
24  passing standard that existed at the time

Page 193

1   you sat in 2007 is the one that will be
2   applied to you toward your validating
3   exam.
4         A.   That's correct.
5         Q.   Forty-four, August 17th,
6   bottom of the page:  Amy, my aunt passed
7   yesterday, August 16th, 2011.  You wanted
8   to know if you can get a one-week
9   extension for your exam date.
10        At the top of the page you
11  write:  Amy, I e-mailed with an extension
12  due to -- extension request due to a
13  death in the family, but I have not heard
14  any response as of yet, and then you give
15  the name of your aunt and the funeral
16  home where the funeral was.
17        A.   That's correct.
18        Q.   Had Amy asked for that
19  information or was that just making --
20        A.   I think I just offered to
21  show that it wasn't me just making up
22  stuff.
23        Q.   No. 45, in the middle of the
24  page Amy writes back she was out sick the

49 (Pages 190 to 193)

Confidential - Mathew Thomas, Jr., M.D.

Page 194

1   past two days. She's sorry to hear about
2   your aunt, and she will grant you an
3   extension of one week.
4       A.   That's correct.
5       Q.   And then you write at the
6   top of the page: I will take it by
7   August 31st.
8       A.   That's correct.
9       Q.   No. 46, middle of the page:
10  Amy, is there a way to get exempt from
11  the Prometric change fee, $117?
12          And at the top of the page
13  Amy Buono says: Dear Mat, I'm sorry. I
14  cannot waive a Prometric fee. However, I
15  would encourage you to let them know that
16  you're changing your test date due to a
17  death in the family. Perhaps they will
18  make an exception. I do not know, but it
19  wouldn't hurt to ask.
20      A.   Correct.
21      Q.   Forty-seven, you write: I
22  appreciate the feedback. I'm up every
23  night looking for a date. I may have to
24  fly out west to get one so saving that

Page 195

1   fee is big.
2       A.   Yes.
3       Q.   No. 48, middle of the page
4   you write: Amy, I have a date available
5   to me on September 3rd. Can I get the
6   approval to book it? If not, I will try
7   every day for a date by the 31st.
8          So you were unable to find a
9   test date by August 31st?
10      A.   Yeah. Once you get that
11  close with Prometric, especially at the
12  end of the month people are ending their
13  eligibility period, everything gets
14  booked up.
15      Q.   And Amy Buono says: The 3rd
16  will be fine. If you are unable to find
17  anything else, book it immediately.
18          We'll skip No. 50.
19  Actually, No. 50, let's go to the third
20  page of No. 50. And at the bottom it has
21  a small number NBME 13.
22      A.   You mean of 49?
23      Q.   Of 49. I'm sorry.
24      A.   What page number at the

Page 196

1   bottom?
2       Q.   Thirteen. Do you recognize
3   this document?
4       A.   I saw it for the first time
5   when I was given the documentation in
6   discovery from NBME.
7       Q.   Have you read it?
8       A.   I have.
9       Q.   And this is a comparison of
10  your Step 2 CK validation versus your
11  Step 2 CK indeterminate test, right?
12      A.   That's correct.
13      Q.   And the conclusion is that
14  the examinations were substantially the
15  same. Is that right?
16      A.   That's his conclusion.
17      Q.   Do you accept that
18  conclusion?
19      A.   Not entirely.
20      Q.   Why not?
21      A.   One of the biggest issues
22  that I have is his media questions. I
23  think he specifically says on page NBME
24  00014, third paragraph down, number of

Page 197

1   items with pictures increased as well.
2   In 2007, 14 of the 288, 4.9 percent, had
3   associated pictures, CT exams, x-rays,
4   electrocardiograms. The 2011 examination
5   had 25 pictures, 8.9 percent. He writes
6   that one would expect the images to
7   increase on a medicine certifying
8   examination to keep pace with technology
9   and advances in assessment.
10          My issue is that when I was
11  told that I would take a validation, they
12  said it would be comparable to 2007. In
13  2007 we did not have as many media, and
14  they changed a lot of media type of
15  questions which for someone who is not
16  expecting it, that would affect the
17  amount of time I had with the questions
18  as well as the exam.
19      Q.   But you realize that the
20  overall purpose of the USMLE is to make
21  sure that you have all the knowledge and
22  information necessary to practice
23  medicine?
24      A.   I understand, but then I

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 198

1 would have -- when I asked them whether
2 I'm getting an exam comparable to 2007
3 which is part of their policies and
4 procedures, then it should be comparable
5 to 2007. They should have told me I
6 would have the most updated exam at the
7 time of the validation exam which is not
8 what they told me.
9     Q.   Didn't you actually ask
10 whether the score would be the same as
11 2007?
12     A.   I asked about the score, but
13 I also clarified by -- I believe I was
14 informed on the phone; I forget if it was
15 Detich or Amy, as to whether or not it's
16 comparable, but I took more of that from
17 the policies and procedures. I believe
18 it says the validation is comparable to
19 the exam that you took.
20     Q.   Okay.
21     A.   So that -- and especially
22 because the media which is what I
23 referred to earlier, media questions make
24 a big difference in terms of length of

Page 199

1 time.
2     Q.   So you don't believe that
3 you should have been required to
4 have -- to be tested on any of the items
5 that were after 2007?
6     A.   Yeah. I don't believe I
7 should have gotten any questions that
8 were added in over those four years. I
9 believe I should have got comparable or
10 they should have given me fair warning
11 that the exam has changed so much and
12 you'll get the most recent type of exam,
13 because my studying was based on stuff
14 that I had studied from the past, not all
15 the new stuff, including, as I wrote in
16 my e-mail to her, even the wording
17 changed in terms of the way they
18 described certain questions and answers.
19     Q.   Do you have some reason to
20 believe that if you had answered more
21 media questions correctly that you would
22 have passed the validating exam?
23     A.   I can't say either/or
24 because I don't think it's so much only

Page 200

1 about answering it correctly, I think
2 it's answering it correctly, including
3 having more time for other questions I
4 think all around. And since it's a
5 pass/fail and I get no kind of analysis
6 of where I did good or bad, I can't
7 really give a detailed response to that.
8     Q.   Now, the validating exam and
9 the exam, what the requirement is is that
10 they be comparable. Is that right?
11     A.   Comparable to the exam I
12 took is what --
13     Q.   Right. Comparable, not
14 exact?
15     A.   No. Not exact. I never
16 said exact.
17     Q.   Right. So you reject this
18 statistical analysis saying that they're
19 comparable?
20     A.   I believe that -- I have to
21 go through it one more time, but I cannot
22 say that it was as comparable as they
23 make it seem.
24     Q.   Well, specifically on page 1

Page 201

1 of this, in the last paragraph it says:
2 By content specifications, the 2007 to
3 2011 examination were essentially the
4 same, in parentheses, 93.8 percent of the
5 items in the 2007 examination were from
6 the same specified content category as
7 items in the 2011 examination, and there
8 was only one new category.
9     Then he goes on to write:
10 The 93.8 percent should actually be
11 higher since the number of items on the
12 examination decreased by eight. The
13 adjusted percentage of items that were
14 from the same content category is 96.4.
15     A.   Again, content category.
16 Very broad as to what he's talking about.
17 I can say content category. Again, I can
18 say it's depression and he can touch on
19 any portion. The exams and what is
20 focused on in terms of the review boards
21 and stuff focus on areas that they're
22 specific to. So if they change over the
23 years as to what their focus is or change
24 medications or change whatever it may be,

51 (Pages 198 to 201)

Confidential - Mathew Thomas, Jr., M.D.

Page 202

1   it does make a difference.
2        Q.   So 96.4 percent in your mind
3   is not comparable?
4        A.   Again, I think I need more
5   specific as to what content category he's
6   talking about.  Obviously, the subjects
7   do not change in terms of -- going back
8   to the score reports.  It's still
9   medicine and peds and OB-GYN and
10  psychiatry and all the -- so if that's
11  what he's considering content as a
12  general, then yeah.  That's not going to
13  change.  So like I said, I would need
14  clarification as to what specifically he
15  means by content category.
16       Q.   So, again, even though he's
17  applied -- this letter is nine paragraphs
18  long, correct?
19       A.   That's correct.
20       Q.   And in this letter he talks
21  about the exam in its entirety, including
22  in the third paragraph very specific
23  types of questions and the content areas
24  like pituitary and hypothalamic

Page 203

1   disorders, heat-related illness.  It's
2   really a detailed analysis of those
3   examinations, right?
4        A.   Okay.
5        Q.   Well, I'm asking you.
6        A.   Well, he has a lot of
7   details.  Again, like I said, I can only
8   say that he has details in here, so I
9   can't really compare based on what he's
10  comparing.
11       Q.   Well, what would allow you
12  to compare?
13       A.   Him sitting down here and
14  explaining to me line by line what he
15  means.
16       Q.   Let's go to No. 50.  Do you
17  recognize No. 50?
18       A.   This seems to be -- this was
19  a validation exam results letter.
20       Q.   And you received this?
21       A.   Yes, I did.
22       Q.   In the third paragraph it
23  says: After taking the validating
24  examination you expressed a concern about

Page 204

1   the comparability of the test form to the
2   test form that you originally took in
3   2007.  Please be assured that there were
4   only minor differences in the focus of
5   the content between these two
6   examinations, and the two test forms are
7   comparable.
8        Although the recent exam
9   included some relatively new testing
10  formats which required interpretation of
11  a small number of heart sounds,
12  pharmaceutical advertisements and medical
13  abstracts, your performance on these
14  formats did not have an impact on your
15  overall -- on your pass/fail outcome.
16       For your information, your
17  examination was scored using the
18  pass/fail standard that was in effect at
19  the time of your 2007 administration, not
20  the current higher standard.
21       So does that answer your
22  question as to the impact of those new
23  items?
24       A.   They, again, are saying

Page 205

1   there are items here that were not on my
2   exam which was my first complaint.  So if
3   I have never seen them and they show up
4   on my screen, they are going to hold me
5   back and hinder my moving forward.
6        Secondly, if you are going
7   to tell me that my original exam cannot
8   be validated because I had exposure and
9   therefore was quicker, then the opposite
10  should be true; that if I'm hit with this
11  many questions that are not something I
12  prepared for, they would hold me back and
13  prevent me from finishing in a timely
14  manner.
15       Q.   So they should have given
16  you extra time because you weren't
17  cheating?
18       A.   No.  They should have given
19  me an exam they told me I was going to
20  get which was the 2007 exam, not a 2011
21  exam.
22       Q.   So if they had given you a
23  2007 exam and scored it based on the 2007
24  standards, you're telling us that you

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 206

1  would have been satisfied with that?
2      A.  I would have been satisfied
3  with that.
4      Q.  Let's go to 51.  In this
5  string of e-mails you write with regard
6  to -- this is registering for -- after
7  you've not passed the validating exam,
8  registering for Step 2 CK over again,
9  right?
10      A.  That's correct.
11      Q.  And you say:  The only other
12  question I had is if the USMLE is offered
13  between January 1st and January 11th,
14  when do I have to apply to get a
15  December, January, February block, right?
16      A.  You jumped all the way to
17  the top.  Okay.
18      Q.  Yeah.  At the top.
19      A.  Okay.
20      Q.  Is that right?  You wanted
21  to get a December, January, February
22  block?
23      A.  I had to because if you go
24  further, the seven-year rule takes into

Page 207

1  effect basically because my CS was taken
2  January 5th, I believe, 2005 and going
3  into 2012 would have hit me at my seven
4  years and then I would have to wind up
5  taking the CS over again if I didn't take
6  the Step 2 before then.
7      Q.  Right.  So you wanted to get
8  the last possible Step 2 CK block that
9  would still allow you to use your Step 1
10  score?
11      A.  Yes.
12      Q.  On the bottom of the first
13  page, Amy Buono writes:  Dear Mat,
14  responses to your questions are in green.
15      These are questions that you
16  had asked after you learned that you
17  failed the validating exam --
18      A.  That's correct.
19      Q.  -- right?
20      Your first question was
21  could you get an actual score report of
22  the validation exam and the subject
23  breakdown to see my weak areas?
24      And the answer to that was

Page 208

1  that scores obtained on the validating
2  exam were not reported so no score report
3  or performance profile was available.  Is
4  that right?
5      A.  That's what's written.
6      Q.  Your second question is
7  about whether all of your attempts stay
8  on your transcript or whether you get a
9  fresh transcript with new attempts.  Is
10  that right?
11      A.  That's correct.
12      Q.  Your third question is if
13  you re-take the exam again, do you keep
14  the higher score or will it be treated
15  like a validating exam?
16      And Amy Buono writes back:
17  Yes.  If you test again it will not be a
18  validating exam so whatever score you
19  achieve is the one that will be part of
20  your record?
21      Fourth question:  Based on
22  the sixth attempt limit, does that mean I
23  get six new attempts for Step 2 starting
24  January 1st, 2013?

Page 209

1      And Amy Buono writes back:
2  No.  It means if you had six or more
3  failed attempts at a particular Step, you
4  will be not allowed to submit an
5  application after January 1st, 2013 to
6  take that Step.
7      A.  That's correct.
8      Q.  And the next one you write,
9  next question:  If I have to re-take Step
10  CS and Step 1 based on the seven-year
11  rule, is it a new set of six attempts or
12  do the old ones count against me?
13      And Amy Buono writes:  No.
14  You will not be allowed a new set of six
15  attempts.  See previous response.
16      A.  Correct.
17      Q.  Let's go to 52.  Do you
18  recognize Exhibit 52?
19      A.  This was me asking for -- to
20  relook into my case.
21      Q.  And when did you submit this
22  letter?
23      A.  At the end of December of
24  2012.

53 (Pages 206 to 209)

Confidential - Mathew Thomas, Jr., M.D.

## Page 210

1    Q.   It's a four-page letter.  Is
2  that right?
3    A.   That's correct.
4    Q.   Let's go to 53.  On page
5  53 -- or Exhibit 53 there's a string of
6  e-mails that are between Amy Buono and a
7  woman named Salvatrice Scerbo?
8    A.   That's correct.
9    Q.   Is Salvatrice Scerbo the
10  person that you told us about before that
11  you had consulted with about your case?
12    A.   Yes, it is.
13    Q.   Is she an attorney?
14    A.   Yes, she is.
15    Q.   Where does she work?
16    A.   She's not working as an
17  attorney.  She works as a compliance
18  officer.
19    Q.   At St. Barnabas?
20    A.   In the Bronx.
21    Q.   And is she also the person
22  that attended the Rule 16 scheduling
23  conference with you?
24    A.   She is.

## Page 211

1    Q.   And she also came with you
2  today, right?
3    A.   Yes.  She's somewhere around
4  here.
5    Q.   And in these e-mails, let's
6  go to the back first.  Actually, second
7  to the last page.  You write on December
8  13th, 2012: Hello, Amy.  Please take
9  this e-mail as an authorization for you
10  to speak with Salvatrice Scerbo, in
11  parentheses, Tricia, regarding all
12  matters related to my USMLE exams and
13  ECFMG certification.
14       You give your ID number and
15  then you write: This e-mail also
16  authorizes Tricia to speak to anyone at
17  NBME/USMLE regarding my information and
18  exam history as she sees fit for her to
19  assist me in trying to appeal my exam
20  status.
21       Is that right?
22    A.   That's correct.
23    Q.   On January 14th, 2013 Ms.
24  Scerbo writes -- and this is on the first

## Page 212

1  page -- to Amy Buono:  Good morning.  I
2  hope you had a wonderful weekend and all
3  is well.  Thank you again for reviewing
4  his file.  I had another request from
5  Mathew.  Is it possible for Mathew to
6  schedule a meeting with you and staff to
7  discuss his matter in person?
8       And then in response Amy
9  Buono writes back on January 14th:  Hi,
10  Tricia.  Staff does not customarily meet
11  in person with examinees.  Standard
12  practice is for communications to take
13  place by phone or in writing.  Also, I'm
14  unsure of what else there is to discuss
15  about Mathew's situation or how
16  discussing it in person would affect the
17  outcome.
18       I'm sorry, but if there's
19  new information Mathew would like to
20  present for consideration it should be
21  done in writing.  I regret I could not
22  respond positively to your request.  Best
23  regards, Amy.
24    A.   Correct.

## Page 213

1    Q.   Were those e-mails shared
2  with you?
3    A.   It was not shared with me.
4  I was just told.
5    Q.   Let's go to 54.  This is an
6  e-mail from Amy Buono to Ms. Scerbo and
7  to you.  Is that right?
8    A.   Yes.
9    Q.   And the last paragraph on
10  Amy Buono's e-mail says:  After a
11  thorough review of our records and your
12  appeal documentation dated December 19th,
13  2012, senior staff have determined that
14  there are insufficient grounds for a
15  reconsideration of your case.
16       Is that right?
17    A.   That's correct.
18    Q.   Let's go to 55.  February
19  8th, 2013.  The subject is legal
20  representation, and it's from you to Amy
21  Buono.  You write:  Amy, this e-mail is
22  to certify that Rebecca A. Robichaud --
23  and that's R-O-B-I-C-H-A-U-D -- is
24  authorized to speak on my behalf, and you