Confidential - Mathew Thomas, Jr., M.D.

Page 214

1  can release any information regarding my
2  case to Ms. Robichaud. Thank you for
3  your cooperation.
4      Now, you write here in your
5  signature line, Mathew Thomas, Jr., M.D.,
6  MHSA, CHC. What is CHC?
7      A.  Certified healthcare
8  compliance.
9      Q.  Exhibit 56. In Exhibit 56,
10 this is Ms. Robichaud to Ms. Buono at the
11 bottom of the first page. Ms. Buono,
12 thank you again for your time today. I
13 want to try to summarize our conversation
14 from today. She writes her understanding
15 is that the USMLE does not yet have a
16 formal waiver process in place for the
17 six-attempt limit.
18     She writes: The USMLE will
19 accept requests from state licensure
20 boards to waive the six-attempt limit for
21 individuals and to date has granted those
22 requests specifically from New York and
23 Florida.
24     Based on this, should the

Page 215

1  New York licensure board request such a
2  waiver for Dr. Thomas for Step 1 and/or
3  Step 2, USMLE would, based on this
4  precedent, grant the waiver.
5      Also, from our discussion
6  it's my understanding the only thing
7  limiting Dr. Thomas from retaking Step 1
8  and/or Step 2 from USMLE's perspective is
9  the six-attempt limit. The ECFMG has a
10 requirement that Step 1 and Step 2 be
11 taken within seven years of each other.
12     And then Amy Buono writes
13 back: I'd like to make a clarification.
14 I cannot represent the USMLE would grant
15 a waiver of the six-attempt limit should
16 the New York licensure board request it,
17 only that USMLE would consider granting
18 the request.
19     A.  Correct.
20     Q.  Did the New York board ever
21 request a waiver on your behalf?
22     A.  We never went full force
23 with that. We went instead with this
24 process.

Page 216

1      Q.  So did you contact anyone at
2  the New York board to see if they'd be
3  willing to advocate for you?
4      A.  I forget if Rebecca had
5  contacted anyone or not, to be honest.
6      Q.  Did you?
7      A.  There was one, I don't know
8  if it was an assemblyman or councilman,
9  that I sent a letter to, but I did not
10 get a response.
11     Q.  I want to talk a bit about
12 the future and what you envision for
13 yourself. First, with regard to this
14 lawsuit, what exactly is it that you hope
15 to accomplish in filing this lawsuit?
16     A.  I would like my exam
17 validated from 2007 and, therefore, be
18 completely ECFME certified and not having
19 to re-take Step 1 or Step 2 CS.
20     Q.  If your exam was validated
21 as you said you wished, you recognize
22 that you would still have to take Step 3?
23     A.  I'm very much aware of that.
24     Q.  What have you done in the

Page 217

1  intervening time to prepare for the Step
2  3 examination?
3      A.  I have not done anything.
4  Once this whole process started I had to
5  stop everything.
6      Q.  When did you envision taking
7  the Step 3 exam?
8      A.  As of right now, I can't
9  unless I take my Step 2 which I can't
10 take because of the six-year rule and the
11 seven-year limit, so, basically, if I
12 don't win this case, I'm done.
13     Q.  Let's pretend for a moment
14 that your 2007 score is validated and you
15 do not re-take Step 1 or Step 2
16 CS, and your Step 2 CK is validated.
17 When would you anticipate taking Step 3?
18     A.  If I were to get everything
19 validated, it's now, what? January. The
20 match and the scramble process would be
21 at the end of March or middle of March.
22 I would be eligible to be part of that
23 scramble, and dependent on that, I would
24 see where that happens.

Confidential - Mathew Thomas, Jr., M.D.

Page 218

1    If that does not happen I
2    would try to take my Step 3 before
3    September because September is when you
4    start applying for the next year, 2015
5    match.
6    Q.   You had noted before in our
7    discussion that you had difficulty
8    matching or scrambling because of your
9    multiple test attempts?
10   A.   That is correct.
11   Q.   How do you see that being
12   different now?
13   A.   I have many more connections
14   now.  People know me on an individual
15   basis as well as a work ethic, and they'd
16   probably take the gamble on me.
17   Q.   Which places do you think
18   you'd be likely to match at?
19   A.   I prefer not to say, to be
20   honest.
21   Q.   Is there a reason why not?
22   A.   Just prefer not to say.
23   Nothing is written in stone.  It's just
24   my assumptions, so I don't want to put

Page 219

1    any assumptions on the record.
2    Q.   Are those places in New
3    York?
4    A.   Yes.  There are some in New
5    York.
6    Q.   Are they all in New York?
7    A.   No.
8    Q.   Where are the other ones?
9    A.   There's some, one or two in
10   Texas.
11   Q.   So you would be willing to
12   move your family?
13   A.   For my career, I would move.
14   My family would probably stay behind.
15   Q.   Your wife and your children
16   would stay behind?
17   A.   We have a stepson custody
18   situation.  She's not going to leave him,
19   so I would make the trips.
20   Q.   How much money would you
21   make as a resident?
22   A.   As a resident?  Not too
23   much.
24   Q.   How much do you think?

Page 220

1    A.   I think the range goes
2    anywhere from 35,000 to, like, 70,000,
3    depending, I think.  I mean, the numbers
4    have changed over the years.  I mean,
5    getting 52,000 a year was a big deal back
6    four, five years ago.
7    Q.   And so that would be
8    substantially less than money than you're
9    making now?
10   A.   Yes, it was, but in the
11   long-run, three years down the road I
12   make 150, 200,000 so...
13   Q.   So if you were to go into
14   residency, how long would residency last?
15   A.   If I do family
16   practice/internal medicine, three years.
17   If I specialize afterwards, two more
18   years.  If I get lucky and get into rehab
19   or one of the more specialized, three to
20   five years.  All depends on fellowship,
21   et cetera.
22   Q.   And what are some of the
23   hurdles that you expect to face now in
24   your journey to become a doctor?

Page 221

1    A.   What hurdles?  Obviously,
2    one, getting through this case; second is
3    having someone accept me with a residency
4    position and, obviously, Step 3.
5    Q.   Are you at all concerned
6    about the fact that you have not been in
7    school or studying medicine in any
8    formalized setting?
9    A.   I am not concerned about not
10   being in school.  I'm more concerned
11   about the amount of time given the jobs
12   that I take, but come -- if I were to go
13   down the road and get everything settled,
14   come the end of the semester, I would
15   take a leave of absence from all three
16   jobs and just focus on studying like I
17   did in 2007.
18   Q.   Are you at all concerned
19   about the medical school that you
20   graduated from not being recognized as an
21   accredited medical school?
22   A.   My understanding was that it
23   was part of the WHO book.  There are
24   students who have graduated and are done

Confidential - Mathew Thomas, Jr., M.D.

Page 222

1    their residency today or have completed
2    residency, so I don't find it to be an
3    issue unless there's something I don't
4    know about. I haven't really followed
5    up.
6        Q.   Have you Googled your
7    medical school lately?
8        A.   No, I have not.
9        Q.   But you are aware that there
10   are some issues with regard to its
11   accreditation?
12       A.   I had no idea, to be honest.
13       Q.   You didn't have any idea?
14       A.   No.
15       Q.   Until I just said something?
16       A.   Until you just said
17   something.
18       Q.   So what did you understand
19   about the WHO book?
20       A.   That they've been in the --
21   WHO has the book and I've always seen it
22   in the book. I mean, when I graduated
23   and looked up the school it was in the
24   book, so if it's been taken out since, I

Page 223

1    have no knowledge of that.
2        Q.   So you are not aware that in
3    some states it's not a recognized medical
4    program?
5        A.   No. I guess that's a new
6    hurdle.
7        Q.   If you're not successful in
8    this case in convincing the Court that
9    you should have your Step 2 CK validated,
10   are you prepared to take that examination
11   again?
12       A.   I'd have to think it over
13   and talk to my family regarding that, to
14   be very honest.
15       Q.   And if Step 1 had to be
16   taken again, are you prepared to take
17   Step 1 again?
18       A.   With the new score being --
19   so, in other words, right now I have a
20   75, so if I did better I may be open to
21   it, but that basically means I'm doing
22   everything all over again. So I don't
23   know if I have the ability with the full
24   family and kid on the way to have all the

Page 224

1    time to do all that all over again, to be
2    very honest. It would be -- it would
3    have to be a discussion I take.
4        Q.   And do you have an alternate
5    plan?
6        A.   Well, right now, I'm
7    working. Continue doing what I'm doing.
8        Q.   I'll just take you through
9    the documents that we brought, and we'll
10   call these Exhibit 57.
11       A.   I don't know what order
12   they're in, to be honest.
13       Q.   All of ours should be in the
14   same order. The top is your response to
15   my notice of deposition?
16       A.   Correct.
17       Q.   So let's look at them
18   side-by-side. So Exhibit 4, I believe it
19   was, is the notice of dep?
20       A.   Yes.
21       Q.   And on the second page of
22   Exhibit 4, number one is score reports?
23       A.   Which I have. As I said
24   before, I don't know if all of them are

Page 225

1    here, but the majority of them should be
2    here for Step 1, Step 2 CK and Step 2 CS.
3        Q.   Number two, registration
4    materials that relate to exam steps, you
5    write: Plaintiff does not have paper
6    copies of his registration.
7        A.   I don't keep any of that
8    stuff. That's usually done online
9    anyway.
10       Q.   Number three, USMLE
11   transcript listing all Step attempts and
12   scores. You never had a transcript?
13       A.   I never ordered a
14   transcript. You have to order and pay
15   $50 for it. Never did.
16       Q.   Number four, written
17   correspondence, you say see enclosed
18   correspondence?
19       A.   Yeah. I put in the letters
20   in between us. A lot of the stuff that's
21   in your...
22       Q.   Number five, written
23   communications aside from writings to
24   your lawyer pertaining -- not that you

Confidential - Mathew Thomas, Jr., M.D.

Page 226

1   have a lawyer but anyone you've consulted
2   with as a lawyer.
3        A.   I haven't talked to anyone
4   else regarding these issues.
5        Q.   Number six, application and
6   course registration materials to study at
7   any prep course?
8        A.   I have nothing that I kept.
9        Q.   And number seven, any
10  documents illustrating that Mathew
11  Thomas, Jr. has been or currently is
12  employed by Optima University including,
13  but not limited to, pay stubs.
14           You wrote you're not
15  currently employed, but what about with
16  regard to your prior employment then?
17       A.   He wasn't giving us pay
18  stubs.  He was basically just paying
19  us -- paid me cash or personal checks so
20  there was no stub attached.
21       Q.   Did you find that odd?
22       A.   No, because at that point,
23  honestly, I was a med student, no job,
24  broke.  You take what you can get so --

Page 227

1   and I wasn't working as a regular job
2   every single day so...
3        Q.   Right, but you were working
4   at Kaplan, though, right?
5        A.   I wasn't getting the hours
6   at that point because it was only
7   Saturdays, and because they don't run the
8   course all the time, especially towards
9   the summer, I wasn't really...
10       Q.   Did you pay income taxes on
11  the money that you made as a result of
12  working at Optima?
13       A.   No.
14       Q.   Number eight was Optima
15  promotion or study materials, you wrote
16  that you don't have any of those?
17       A.   He never gave out any
18  materials.
19       Q.   It was just a question bank?
20       A.   It was just a question bank.
21       Q.   Number nine, curriculum
22  vitae you've enclosed?
23       A.   Yes.
24       Q.   Number ten, a list of places

Page 228

1   that you've worked?
2        A.   That's all on CV.
3        Q.   Good.  Number 11, any and
4   all employment applications, you
5   indicated you do not have those?
6        A.   No.
7        Q.   And number 12, a list of
8   places that you were ever enrolled as a
9   student?
10       A.   Yeah.  There was one typo,
11  the master's, which I noticed right
12  before I came here, so I had to fix that.
13       Q.   Well, tell us about that.
14  You did.  You fixed it?
15       A.   I fixed it.  Yeah.  I guess
16  I didn't read it over when I printed it
17  out.
18       Q.   You wrote the word Joseph
19  instead of Matthew's?
20       A.   Yeah.
21       Q.   And number 13, federal
22  income tax returns, you wrote not
23  applicable or relative to the time frame
24  of this matter?

Page 229

1        A.   Yes.
2        Q.   What's the reason that you
3   wrote that?
4        A.   I'm not understanding why,
5   what it has to do with me validating or
6   invalidating my exam.
7        Q.   But regardless of that, you
8   did not bring those items with you?
9        A.   I did not.
10       Q.   So let's go through -- okay.
11  It looks to be your resume here?
12       A.   Yeah.  My CV.  The two
13  missing on the CV right now are the
14  nursing school and the MCNY because I
15  didn't really update it with those.
16       Q.   Is Optima University on
17  here?
18       A.   No.
19       Q.   Why not?
20       A.   Because I never took that as
21  a thing.  Plus, it's a negative.  It's a
22  negative thing.  I'm not trying to not
23  get a job if I'm putting my resume out
24  there.

Confidential - Mathew Thomas, Jr., M.D.

Page 230

1    Q.   Right. Is there anything
2    else that's missing? Any other
3    negatives?
4        A.   No. I think all my
5    other -- I mean, like I said, like the
6    small jobs, like I said, when I was at
7    Edwards and doing the security job at
8    Stony Brook, those small jobs I haven't
9    put on here.
10       These are basically my
11   full-time regular jobs that have any kind
12   of experience that will give me a
13   possibility of employment, future
14   employment.
15       Q.   Have you ever had any
16   problems with discrimination in the
17   workplace?
18       A.   No. I'm actually a very
19   good worker. Most people like me.
20       Q.   But, I mean, you've never
21   had any grievances or anything like that
22   and complaints at work?
23       A.   The only grievance I had is
24   a union grievance at TCI basically

Page 231

1    because I wasn't given the amount of
2    hours I'm entitled to and seniority
3    issues with someone else who was given
4    classes before me even though I had
5    seniority. Other than that, I don't
6    remember having any HR issues or
7    grievance issues.
8        Q.   So the next items appear to
9    be -- this appears to be the September
10   15th, 2009 letter, right?
11       A.   I think these are just the
12   letters that go back and forth.
13       Q.   Policies and procedures? I
14   see that there's some handwritten notes
15   on here. Are those notes that you made?
16       A.   Yeah. Those are notes I
17   made as I was making my appeal.
18       Q.   Did anyone else make notes
19   on here or is it all your writing?
20       A.   No. I think this is all my
21   writing where I focused on in my appeal
22   and then it goes into the appeal.
23       Q.   Right. So you have on here
24   also the Federation of State Medical

Page 232

1    Boards?
2        A.   I believe that's the letter
3    that says -- yeah. My Step 3 exam was
4    canceled in July.
5        Q.   And the February 17th
6    letter, March 4th letter?
7        A.   That's also the letter that
8    I got from ECFMG.
9        Q.   Then your written appeal,
10   right?
11       A.   That's correct.
12       Q.   In the margins of the August
13   25th letter what does that say?
14       A.   August 25th included who?
15       Q.   Oh, I see. I think you
16   wrote may have. It says there is
17   evidence that 32 percent of the scored
18   items may have?
19       A.   May have, yeah.
20       Q.   We see your score report
21   from December 31st, 2007?
22       A.   That was this.
23       MS. HOLLAND: Let's take a
24   short break.

Page 233

1        (A short break was taken.)
2             * * *
3        EXAMINATION
4    BY MS. McENROE:
5        Q.   Dr. Thomas, we've met
6    before. Again, my name is Elisa McEnroe.
7    I represent the Educational Commission
8    for Foreign Medical Graduates also known
9    as ECFMG. You understand that, correct?
10       A.   That's correct.
11       Q.   I'm going to try and not
12   cover too much of the same ground as
13   we've covered today but want to ask a
14   couple of questions to clarify some
15   things and also in particular with ECFMG.
16   Understand?
17       A.   Okay.
18       Q.   As a brief overview of the
19   sequence of events with respect to your
20   indeterminate Step 2 CK exam score, would
21   it be fair to say that you were given an
22   opportunity to appear in person before
23   the USMLE committee?
24       A.   Yes.

Confidential - Mathew Thomas, Jr., M.D.

Page 234

```
 1        Q.   And it would be fair to say
 2   that you were given the opportunity to
 3   provide documentation to that committee?
 4        A.   Yes.
 5        Q.   Would it be fair to say you
 6   were given an opportunity to bring
 7   counsel to that appearance?
 8        A.   Yes.
 9        Q.   Following that appearance
10   you were informed that your score was
11   determined to be indeterminate.  Is that
12   correct?
13        A.   That's correct.
14        Q.   You were also then given an
15   opportunity to have a period initially of
16   six months in which to take a validating
17   exam.  Is that correct?
18        A.   I had the opportunity to
19   appeal before the validating exam.
20        Q.   And you did, in fact, appeal
21   the determination of the USMLE committee,
22   correct?
23        A.   Yes, I did.
24        Q.   And you were given the
```

Page 235

```
 1   result of that appeal, correct?
 2        A.   Yes.
 3        Q.   Following that appeal, you
 4   were then given six months to take the
 5   validating exam, correct?
 6        A.   That is correct.
 7        Q.   Ultimately, you were given
 8   over a year to take a validating exam,
 9   correct?
10        A.   Yes.
11        Q.   That validating exam was
12   given to you without an exam fee.  Is
13   that correct?
14        A.   That is correct.
15        Q.   You failed the validating
16   exam, correct?
17        A.   That's correct.
18        Q.   You did not request a formal
19   exception from the USMLE for the
20   six-attempt rule with respect to Step 2
21   CS.  Is that correct?  CK, rather.  Is
22   that correct?
23        A.   I'm sorry.  Say that again.
24        Q.   You did not request an
```

Page 236

```
 1   exception for the six-attempt rule from
 2   USMLE for the Step 2 CK.  Is that
 3   correct?
 4        A.   It was discussed.  I don't
 5   remember exactly if it was put that way.
 6   I think it was just a generic six-attempt
 7   and seven-year exception.
 8        Q.   You did give a request to
 9   ECFMG for an exception to the seven-year
10   rule.  Is that correct?
11        A.   That's correct.
12             (Whereupon, a document was
13        marked for identification as
14        Exhibit No. 58.)
15   BY MS. McENROE:
16        Q.   What I've just handed you
17   I've marked as Exhibit 58 for continuity
18   from what we marked as Exhibit 57.
19             You'll see it's a
20   document with a first -- we call Bates
21   stamp which is the little number on the
22   bottom.  That's ECFMG 000627 through 646
23   and it's double-sided.  Do you see that?
24        A.   Yes.
```

Page 237

```
 1        Q.   At the top it says ECFMG
 2   Medical Education Credentials Committee
 3   meeting exception request and then it
 4   says ECFMG Medical Education Credentials
 5   Committee, April 17th, 2013.  Do you see
 6   that?
 7        A.   Where exactly are you
 8   looking?
 9        Q.   At the very top.
10        A.   Okay.  Yes.
11        Q.   This document was provided
12   to you from ECFMG in discovery in this
13   matter.  Is that correct?  Do you recall
14   having seen this before?
15        A.   I believe so.  I've looked
16   at so many different things.  Yes.
17        Q.   Well, let's walk through it
18   together, if you would.  At the top it
19   says name and USMLE/ECFMG ID number.  It
20   says Mathew Thomas.  That's you, correct?
21        A.   That's correct.
22        Q.   Then underneath it, it says
23   Ross University, St. Matthew's University
24   and St. Christopher?
```

Confidential - Mathew Thomas, Jr., M.D.

| Page 238 |
| --- |

1      A.   That's correct.
2      Q.   Is that information
3  contained in that box with the years
4  accurate?
5      A.   That is correct.
6      Q.   Thereafter, there's a box
7  that says ECFMG certification status, and
8  it says ECFMG certificate issued January
9  24th, 2008.  Does that sound right to
10 you?
11     A.   That's correct.
12     Q.   And then it says ECFMG
13 certificate rendered invalid March 4th,
14 2010.  Does that sound correct to you?
15     A.   I'm not sure exactly when
16 they invalidated.
17     Q.   Let's flip to within the
18 documents you provided to us today which
19 is Exhibit 57.  There's a letter dated
20 March 4th, 2010 from ECFMG.  Let me know
21 when you've found it.
22     A.   Sure.  Got it.
23     Q.   And that letter is addressed
24 to you?

| Page 239 |
| --- |

1      A.   Yes.
2      Q.   Dated March 4th, 2010?
3      A.   That's correct.
4      Q.   And it's signed by Ms. Kara
5  Corrado from ECFMG, correct?
6      A.   That's correct.
7      Q.   And this letter provides
8  that the USMLE has determined that your
9  Step 2 CK score from December 31st, 2007
10 was indeterminate, therefore, making your
11 ECFMG certificate invalid.
12     A.   That's what's written on the
13 bottom.  Is that what you're focusing on?
14     Q.   I was paraphrasing.  That's
15 the general content of the letter?
16     A.   Yes.
17     Q.   Going back to Exhibit 58.
18 Then you see it says ECFMG certificate
19 rendered invalid March 4th, 2010.  Does
20 that appear to be correct having looked
21 at that letter?
22     A.   That's correct.
23     Q.   Then under that there's a
24 request for exception and it reads: Dr.

| Page 240 |
| --- |

1  Thomas is requesting an exception to the
2  ECFMG policy requirement that applicants
3  must pass those USMLE Steps and Step
4  components required for ECFMG
5  certification within a seven-year period.
6      Did I read that correctly?
7      A.   That is correct.
8      Q.   Is that consistent with what
9  you recall requesting an exception for?
10     A.   That was the first
11 exception, yes.
12     Q.   Have you had subsequent
13 exception requests?
14     A.   The intent was to also
15 request for the six-attempt as a second
16 waiver.
17     Q.   Do you understand that the
18 ECFMG has the seven-year rule, but NBME
19 has the six-attempt rule?
20     A.   Yes.
21     Q.   Have you made any additional
22 requests except for this present one
23 being discussed with respect to the
24 seven-year rule to ECFMG?

| Page 241 |
| --- |

1      A.   No.  This is the only one to
2  ECFMG.
3      Q.   A little further down you'll
4  see underneath those boxes on the first
5  page of the Exhibit 58 it says: Dr.
6  Thomas is requesting an exception to the
7  ECFMG policy requirement that applicants
8  must pass those USMLE Steps and Step
9  components required for ECFMG
10 certification within a seven-year period.
11     Did I read that correctly?
12     A.   That's correct.
13     Q.   There's then a discussion of
14 the ECFMG policy.  Do you see where that
15 is?
16     A.   Yes, I do.
17     Q.   Can you please read that
18 paragraph to yourself and then let me
19 know if that's consistent with your
20 understanding?
21     A.   That coincides with what I
22 know.
23     Q.   So to paraphrase, it would
24 be fair to say that in order to become

Confidential - Mathew Thomas, Jr., M.D.

Page 242

```
 1    ECFMG certified, an applicant needs to
 2    pass Step 1, Step 2 CK and Step 2 CS
 3    within a period of exactly seven years?
 4        A.   Yes.
 5        Q.   So within seven years of the
 6    first passing date?
 7        A.   Yes.
 8        Q.   And you understood that at
 9    the time when you were making this
10    request?
11        A.   Yes.
12        Q.   I'd like to direct your
13    attention ahead to the second page in
14    that exhibit where there's a chart of
15    your examination history?
16        A.   Yes.
17        Q.   Please take a look at that
18    chart and let me know if you see anything
19    that does not look accurate to you?
20        A.   That seems accurate.
21        Q.   So if I may summarize,
22    looking first at just Step 1?
23        A.   Yes.
24        Q.   You've taken Step 1 seven
```

Page 243

```
 1    times, correct?
 2        A.   Correct.
 3        Q.   The first time was in May
 4    2002 and the last time was in February
 5    2006?
 6        A.   Correct.
 7        Q.   You ultimately passed on
 8    February 14th, 2006, correct?
 9        A.   That's correct.
10        Q.   As of this coming February
11    that will have been eight years ago.  Is
12    that correct?
13        A.   The Step 1.
14        Q.   For Step 1?
15        A.   That is correct.
16        Q.   Looking at Step 2 CS, it
17    appears you've taken that exam one time,
18    January 12th, 2005, and you passed that
19    exam.  Is that correct?
20        A.   That's correct.
21        Q.   So as of this coming January
22    12th, which is just two days from now,
23    that will have been nine years ago.  Is
24    that correct?
```

Page 244

```
 1        A.   That's correct.
 2        Q.   Looking at Step 2 CK, you've
 3    taken that exam six times for what's
 4    recorded here.  Is that correct?
 5        A.   That's correct.
 6        Q.   Would it be fair to say you
 7    also took a validating exam?
 8        A.   Yes.
 9        Q.   So you've taken Step 2
10    CK -- you've sat for that exam seven
11    times?
12        A.   That's correct.
13        Q.   The only instance in which
14    you had a passing score reflected was on
15    the administration of Step 2 CK on
16    December 31st 2007.  Is that correct?
17        A.   That's correct.
18        Q.   And that's the score we've
19    been discussing today as having been
20    deemed indeterminate.  Is that correct?
21        A.   Yes.
22        Q.   And as of this past December
23    31st, that was just a couple weeks back,
24    that was about six years ago, correct?
```

Page 245

```
 1        A.   That is correct.
 2        Q.   And you have not yet taken
 3    Step 3?
 4        A.   No.
 5        Q.   You indicated some intention
 6    to practice medicine in New York --
 7        A.   Yes.
 8        Q.   -- in the future?
 9        A.   Yes.
10        Q.   Do you have an understanding
11    of what New York State's requirements are
12    in order to become licensed with respect
13    to the USMLE?
14        A.   I don't know what the
15    current regs are.
16        Q.   You mentioned some intention
17    to become licensed to practice medicine
18    potentially in Texas?
19        A.   Yes.
20        Q.   Do you have any
21    understanding of what the State of
22    Texas's requirements are with respect to
23    the USMLE?
24        A.   I have not looked into it
```

Confidential - Mathew Thomas, Jr., M.D.

Page 246

1  recently.
2      Q.   What steps have you taken to
3  prepare for trying to enter the practice
4  of medicine?
5      A.   Well, I did look into these
6  things years ago, but since the rules
7  change all the time, I haven't updated it
8  because everything has been pending since
9  2000 -- basically 2008, 2009.
10     Q.   Have you taken any steps to
11 keep your medical knowledge up to date?
12     A.   Yes.  I do teach courses at
13 the nursing school as well as other
14 schools.  I do tutoring on the side
15 sometimes.
16     Q.   Have you done work to
17 prepare to have the knowledge that you
18 would need to have from, for example,
19 Step 1 of the USMLE?
20     A.   Recently?
21     Q.   Yes.
22     A.   No.
23     Q.   What about with respect to
24 Step 2 CK?

Page 247

1      A.   I think Step 2 CK I have the
2  knowledge because it's clinical, and
3  because I am surrounded in the hospital
4  setting, I do hear about cases and
5  discuss things, so I have somewhat of a
6  knowledge of some of the changes.
7      Q.   What about Step 2 CS?
8      A.   I still do clinical skills,
9  tutoring on the side sometimes if anyone
10 needs help, so those skills have stayed
11 intact.
12     Q.   We discussed just a little
13 while ago your request for an exception
14 to ECFMG's seven-year rule?
15     A.   Yes.
16     Q.   I'd like to walk through
17 that chronology.  I'm going to hand you a
18 document that I will be marking as
19 Exhibit 59.
20         (Whereupon, a document was
21         marked for identification as
22         Exhibit No. 59.)
23 BY MS. McENROE:
24     Q.   This is an e-mail chain

Page 248

1  which I would like to start at the back
2  of it which should be at the beginning of
3  the e-mail chain, so on the page with the
4  Bates stamp ending in 609.  See that at
5  the bottom?
6      A.   Yes.
7      Q.   There's an e-mail to Kara
8  Corrado from manu.thomas.31@gmail.com
9  which I believe we confirmed is your
10 e-mail address?
11     A.   Yes.
12     Q.   And it's dated February 8th,
13 2013 and you're copying Rebecca
14 Robichaud?
15     A.   That's correct.
16     Q.   The subject matter is legal
17 representation, and you write:  Kara,
18 this e-mail is to certify that Rebecca A.
19 Robichaud is authorized to speak on my
20 behalf, and you can release any
21 information regarding my case to Ms.
22 Robichaud.  Thank you for your
23 cooperation.
24         Is that correct?

Page 249

1      A.   Correct.
2      Q.   Who is Kara Corrado?
3      A.   Kara?  Kara works under Bill
4  Kelly from what I understand works at
5  ECFMG.
6      Q.   And you understood when you
7  were e-mailing her that she works at
8  ECFMG?
9      A.   Yes.
10     Q.   And you mentioned Bill
11 Kelly.  You also understood he works at
12 ECFMG?
13     A.   Yes.
14     Q.   Flipping to the first page
15 in this e-mail chain is an e-mail from
16 Rebecca Robichaud to Bill Kelly sent on
17 February 8th, 2013.  Do you see that?
18     A.   Yes.
19     Q.   And she writes:  Bill, thank
20 you again for taking the time to talk to
21 me today regarding Dr. Thomas.  As we
22 discussed, the key issue is that because
23 of his appeal pending with USMLE, Dr.
24 Thomas was unable to re-take his Step 2

63 (Pages 246 to 249)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 250

1    examination and the appeal lasted over
2    four years.
3            This loss of time during the
4    appeals process has now affected Dr.
5    Thomas's ability to complete his Step 2
6    examination within seven years of passing
7    his Step 1 examination as required by
8    ECFMG.
9            It is my understanding from
10   our conversation that the only way to
11   obtain a waiver to the seven-year
12   requirement is by submitting a written
13   request to the credentialing committee of
14   ECFMG which does not meet again until
15   April 2013.
16           Did I read that correctly?
17       A.   That's correct.
18       Q.   And that's the request for
19   an exception to the seven-year rule we've
20   been discussing?
21       A.   That's correct.
22       Q.   And that was a request made
23   on your behalf, correct?
24       A.   Yes.

Page 251

1        Q.   Going back to what I had
2    given you as Exhibit No. 58 which is the
3    ECFMG document we were looking at?
4        A.   Yes.
5        Q.   Attached thereto is included
6    a letter dated March 27th, 2013.
7        A.   Yes.
8        Q.   Do you see that?
9            That begins on the page with
10   a Bates number ending in 630?
11       A.   That's correct.
12       Q.   And this is a letter from
13   you to the credentialing committee at
14   ECFMG.  Is that correct?
15       A.   That's correct.
16       Q.   And you included with that a
17   number of exhibits for attachments, if we
18   can take a look at the letter.  You'll
19   see you included a copy of your passing
20   Step 2 CK report, the letter from FSMB.
21       A.   Step 3.
22       Q.   The cover page from your
23   personal appearance at the USMLE
24   committee, the letter that you received

Page 252

1    dated February 17th, 2010 from USMLE, the
2    August 25th, 2000 letter from USMLE --
3        A.   Yes.
4        Q.   -- to you and, ultimately,
5    the October 17th, 2011 letter from the
6    USMLE indicating that you had not passed
7    the validating exam, correct?
8        A.   That's correct.
9        Q.   So your letter to the ECFMG
10   was dated March 27th, 2013, correct?
11       A.   I'm sorry.  Say that again,
12   please.
13       Q.   Your letter to the ECFMG
14   credentialing committee was dated March
15   27th, 2013, correct?
16       A.   That's correct.
17       Q.   I'm going to hand you what I
18   will mark as Exhibit 60.
19           (Whereupon, a document was
20           marked for identification as
21           Exhibit No. 60.)
22   BY MS. McENROE:
23       Q.   What I just handed you is an
24   April 1st, 2013 ECFMG letter to you,

Page 253

1    correct?
2        A.   Correct.
3        Q.   And it starts by saying:
4    Dear Dr. Thomas, this will acknowledge
5    receipt of your request for an exception
6    to the ECFMG policy requirements that
7    applicants must pass those USMLE Steps
8    and Step components required for ECFMG
9    certification within a seven-year period?
10       A.   That's correct.
11       Q.   And you received this
12   letter.  Is that correct?
13       A.   Yes, I did.
14       Q.   The letter goes on to say:
15   While you have not specified the length
16   of the additional time beyond seven years
17   you are requesting, it appears you is
18   asking for an additional two years and
19   three months, the amount of time you
20   write that you were prevented from taking
21   the USMLE exam due to an investigation by
22   the USMLE program surrounding the
23   validity of your score on the December
24   21st, 2007 Step 2 CK.

Confidential - Mathew Thomas, Jr., M.D.

Page 254

1        Did I read that correctly?
2        A.   That is correct.
3        Q.   Did you understand that to
4   pertain to your December 31st, 2007
5   score?
6        A.   Yes.
7        Q.   And is that indeed the
8   length of time you were requesting for an
9   exception?
10       A.   Approximately.
11       Q.   And do you have an
12  understanding that the ECFMG committee
13  did consider your request?
14       A.   Yes.
15       Q.   And what I have given you as
16  Exhibit 58 is information for the ECFMG
17  Medical Education Credentials Committee
18  regarding your request, correct?
19       A.   Yes.
20       Q.   And you will see that that
21  included your letter to ECFMG regarding
22  this matter dated March 27th, 2013?
23       A.   Yes.
24            (Whereupon, a document was

Page 255

1        marked for identification as
2        Exhibit No. 61.)
3   BY MS. McENROE:
4        Q.   I'm handing you what has
5   been marked as Exhibit 61. And this is
6   an April 25th, 2013 letter from ECFMG to
7   you with a Bates number of ECFMG 615,
8   informing you that the ECFMG Medical
9   Education Credentials Committee has
10  completed its review of your request for
11  an exception to the ECFMG policy
12  requirement that applicants must pass
13  those USMLE Steps and Step components
14  required for the ECFMG certification
15  within a seven-year period.
16            The ECFMG committee reviewed
17  this matter at its April 17th, 2013
18  meeting. Following careful review, the
19  ECFMG committee took action to deny your
20  request for an individual exception to
21  the ECFMG credential requirement that
22  applicants must pass those USMLE Steps
23  and Step components required for ECFMG
24  certification within a seven-year period.

Page 256

1        Did I read that accurately?
2        A.   Yes, you did.
3        Q.   Did you receive this letter?
4        A.   Yes, I did.
5        Q.   So it would be fair to
6   summarize that with respect to your
7   request to ECFMG for an exception to the
8   seven-year rule, you had counsel make
9   that request on your behalf?
10       A.   Yes.
11       Q.   You then wrote a letter
12  fully explaining your request and
13  attaching documentation?
14       A.   Yes.
15       Q.   That letter and
16  documentation and additional relevant
17  information including, for example, your
18  score exam history was provided to the
19  ECFMG Medical Education Credentials
20  Committee, correct?
21       A.   Yes.
22       Q.   The Medical Education
23  Credentials Committee then considered
24  your request, correct?

Page 257

1        A.   Yes.
2        Q.   And that exception was
3   denied?
4        A.   Yes.
5        Q.   I'd like to move briefly
6   through the claims you bring in this
7   case --
8        A.   Yes.
9        Q.   -- to make sure that I'm
10  clear on which claims you're bringing
11  with respect to ECFMG.
12            So earlier today we
13  discussed your complaint and your amended
14  complaint --
15       A.   Yes.
16       Q.   -- which are included in the
17  binder of documents in front of you at
18  tabs 1 and 2, and you articulated the
19  following claims. First, you said
20  discrimination, correct?
21       A.   Yes.
22       Q.   And you said that
23  discrimination was based on the fact that
24  you had been an Optima student, correct?

65 (Pages 254 to 257)

Confidential - Mathew Thomas, Jr., M.D.

Page 258

```
1          A.   Yes.
2          Q.   Are you saying that
3    discrimination is based on anything else?
4          A.   I think also it's based on
5    my test exam history, the amount of
6    attempts I've taken over the years.
7          Q.   Anything else?
8          A.   I guess to a point it may
9    also be the notion that I switched
10   schools so much, whether it's assumed
11   that it was because of reasons that they
12   kicked me out versus me choosing to
13   leave.
14         Q.   Anything else?
15         A.   No. I think that's about
16   it.
17         Q.   So your discrimination claim
18   is based on your allegations that you
19   were discriminated against based on being
20   an Optima student, on your attempt
21   history of examination history, on your
22   having switched medical schools?
23         A.   And working for him.
24         Q.   And working for him?
```

Page 259

```
1          A.   Not just being a student but
2    I think predominantly working for him
3    after my exam.
4          Q.   And who are you alleging has
5    discriminated against you on these bases?
6          A.   I believe that the NMBE
7    definitely has. The ECFMG may have to a
8    point given the request that was given
9    with all the attempts may have tainted
10   the opinion of the committee.
11         Q.   Would it be fair to describe
12   your discrimination complaint against
13   ECFMG as solely being related to the fact
14   that in connection with its consideration
15   of your request for an exception to the
16   seven-year rule, ECFMG was aware of your
17   exam history?
18         A.   You might have to rephrase
19   that.
20         Q.   Sure. I don't mind asking
21   it again.
22              Would it be fair to say that
23   your discrimination claim against ECFMG
24   solely relates to the fact that the ECFMG
```

Page 260

```
1    Medical Education Credentials Committee
2    was provided with your accurate exam
3    history when considering your exception
4    request?
5          A.   I think also the fact that
6    ECFMG was present, had a member present
7    at the score validity exam. All contents
8    that were said at that hearing including
9    my employment with Optima and me being a
10   student there may also have led
11   to -- because I'm unaware of who actually
12   sits on that committee, but I think Bill
13   Kelly may have even been at that initial
14   hearing.
15         Q.   Are you alleging that ECFMG
16   has done anything specifically to you to
17   discriminate against you?
18         A.   I think the decision was
19   made based on a discriminatory matter,
20   not personally to affect me, but the
21   decision they took in terms of extending
22   was based on the history, all the history
23   given.
24         Q.   Aside from the decision not
```

Page 261

```
1    to grant your exception request, are you
2    alleging that ECFMG discriminated against
3    you?
4          A.   No.
5          Q.   The next cause of action you
6    articulated earlier today was what you
7    described as false accusations?
8          A.   I believe that's more of
9    NBME.
10         Q.   The third cause of action
11   you articulated earlier today was
12   defamation. Does that pertain to ECFMG?
13         A.   I think that's mainly NBME
14   as well.
15         Q.   The fourth cause of action
16   you articulated earlier today was with
17   respect to the First Amendment. You
18   claimed a violation of your freedom of
19   association?
20         A.   I think there is a slight
21   stereotype based on that.
22         Q.   What do you mean by that?
23         A.   Meaning that if I was not an
24   Optima student nor had worked for Optima
```

Confidential - Mathew Thomas, Jr., M.D.

Page 262

1   and I had asked for a waiver based on the
2   fact that an appeal had taken, I think
3   ECFMG may have granted it.
4       Q.   Would it be fair to say that
5   your allegation against ECFMG with
6   respect to the alleged violation of your
7   First Amendment right to associate freely
8   pertains only to ECFMG's decision to deny
9   your exception request?
10      A.   Yes.
11      Q.   Anything else?
12      A.   No. I think that was
13  basically it.
14      Q.   Additional cause of action,
15  the fifth one you named earlier was
16  negligence for failing to warn about
17  Optima. Does that pertain to ECFMG?
18      A.   I think that was an NBME
19  issue as well.
20      Q.   The sixth you had mentioned
21  was what you described as guilt by
22  association?
23      A.   I think there's a slight,
24  again, in the decision-making. I think

Page 263

1   it comes up as a factor in their
2   decision.
3       Q.   What do you mean by that?
4       A.   Meaning that, again, had I
5   been an employee of just Kaplan
6   University asking, I don't think they
7   would have seen it as they saw it, me
8   being an employee at Optima.
9       Q.   Does that pertain -- strike
10  that.
11           Does your allegation against
12  ECFMG with respect to what you're
13  describing as guilt by association
14  pertain solely to ECFMG's decision not to
15  grant your exception request?
16      A.   Yes.
17      Q.   You mentioned earlier today
18  that you felt that your appeals were not
19  taken seriously. Is that true with
20  respect to ECFMG?
21      A.   I don't believe ECFMG was
22  involved in the appeal process from the
23  invalid score.
24      Q.   When you're saying appeal

Page 264

1   process, you're distinguishing that from
2   the exception request process. Is that
3   correct?
4       A.   That's correct. The
5   exception request all came to fruition
6   when the six-year rule came into effect,
7   and the dates kind of affected whether or
8   not I could retake the exam so that would
9   be late 2011.
10      Q.   As we just walked through
11  the chronology, you would agree that
12  ECFMG took your request for an exception
13  to the seven-year rule seriously?
14      A.   Yes, I do.
15      Q.   Besides what I've
16  articulated and that we've talked about
17  so far this afternoon, do you have any
18  other claims against ECFMG?
19      A.   No.
20      Q.   Are you seeking money
21  damages?
22      A.   I have yet to decide that.
23      Q.   Do you feel that you have a
24  monetary loss that you can quantify that

Page 265

1   you can tell me today how much money you
2   feel that you are owed?
3       A.   I feel if I had gone through
4   the process and gotten residency, I've
5   lost multiple years of salary and thus
6   residency thus and then into a
7   physician's career salary. To quantify,
8   I'm not really sure.
9       Q.   You would agree you've been
10  working consistently, correct?
11      A.   I have been working since
12  2009, yes.
13      Q.   Has there been a period of
14  unemployment during that time?
15      A.   No.
16      Q.   How long from now do you
17  anticipate entering the practice of
18  medicine?
19      A.   If everything was resolved?
20      Q.   Correct.
21      A.   Within two years. Possibly
22  within a year.
23      Q.   On what basis? What would
24  your plan be?

67 (Pages 262 to 265)

Confidential - Mathew Thomas, Jr., M.D.

Page 266

1    A.   My plan is to get in.  I
2  think my plan would be to reach out to
3  those people that I know in the business,
4  to reach out to the hospital which I'm
5  working for now and, basically, get my
6  foot in the door, start the process and
7  get whatever they say what I need to get
8  done, get it done.
9        So if they say we can help
10 you but you need Step 3 done, then focus
11 on Step 3.  If they say that's not a
12 problem; we can get you in, but within
13 the first year you have to get your Step
14 3 done, then take the position and then
15 get the Step 3 done in a timely manner.
16   Q.   You understand that even if
17 your December 31st, 2007 Step 2 CK score
18 were to be deemed valid by federal court,
19 your USMLE transcript would still reflect
20 your full examination history, correct?
21   A.   I understand.
22   Q.   You understand that would
23 include six attempts and fails of Step 1
24 before you passed on the seventh attempt?

Page 267

1    A.   Yes.
2    Q.   And that would include five
3  failures on the Step 2 CK?
4    A.   Yes.
5    Q.   Do you have connections with
6  any program directors for residency
7  programs?
8    A.   I know a lot of people.  I'd
9  have to reach out to see if anyone has
10 been promoted to that level.
11   Q.   Did you have any of those
12 connections back when you were ECFMG
13 certified?
14   A.   No.
15   Q.   How did you gain those
16 connections?
17   A.   Well, over the years we have
18 people -- obviously, 2007.  It's now been
19 six years.  Anyone who graduated from
20 there or got into residency is now done
21 with residency and practicing.
22        I've been working in HHC as
23 well as St. Barnabas so I meet people in
24 the hospital setting.  And then I have a

Page 268

1  lot more friends that are in residency or
2  finished, so they are willing to reach
3  out and talk on my behalf.  And sometimes
4  it's about who you know, not what you
5  know.
6    Q.   You would agree, however,
7  that you still need to have the requisite
8  knowledge to become a physician in the
9  United States, correct?
10   A.   I believe I have the
11 requisite knowledge to be a physician in
12 the United States.
13   Q.   But you'd have to pass Step
14 3?
15   A.   Yes.  That, I understand.
16   Q.   Do you anticipate that
17 entering a residency program in the
18 United States would be an easy thing to
19 do?
20   A.   Do you mean getting the
21 residency position or completing
22 residency?
23   Q.   Getting the position?
24   A.   I believe it's an uphill

Page 269

1  battle, but I think I would be able to
2  accomplish that given the opportunity.
3    Q.   On what basis do you think
4  you'd be able to accomplish that given
5  your exam history?
6    A.   As I said, more people have
7  seen me working in the work environment
8  outside of just a piece of paper that
9  says how I did on an exam, and so
10 knowledge is much different
11 from -- there's those who have clinical
12 knowledge and those who have book
13 knowledge, and I think based on that, a
14 lot more people recognize, when they see
15 you, work with you, exactly what you
16 have.
17   Q.   And you're not willing to
18 tell us who it is?
19   A.   No.
20   Q.   So we can't reach out to
21 those people and ask them?
22   A.   No.
23   Q.   So you're asking us to just
24 take your word for it?

Confidential - Mathew Thomas, Jr., M.D.

Page 270

1      A.   I think my validity,
2   validating the exam and me getting into
3   residency are two different avenues.
4      Q.   So you think that these
5   people would go out on a limb to give you
6   a residency program position that are
7   admittedly pretty competitive despite
8   your examination history, but you won't
9   tell us who those people are so we can
10  talk to them?
11     A.   Well, I've had conversations
12  with people over the last couple years,
13  people asking me when are you going to be
14  able to -- not trying to get into every
15  single detail regarding this case or what
16  I'm going through, so I haven't made it
17  public knowledge exactly what my status
18  is, so some have said they'll help.  Some
19  may not help.
20          I can't really take that
21  full force and try to see where -- what's
22  truth in the matter until all of this is
23  resolved.  So for that fact, yeah, I
24  can't say they will or won't, but I will

Page 271

1   take the assumption that they will try to
2   help if they said it in the past.
3      Q.   And you don't have anything
4   in writing committing anyone to help you?
5      A.   No.  I've never had anybody
6   commit anything to writing.
7      Q.   Have you ever had anyone
8   express an interest in assisting you in
9   overcoming administrative hurdles in this
10  action?
11     A.   Someone that would step
12  forward?  I've had some people when I was
13  in the city hospital say that, you know
14  what, first things first, get Step 3
15  done.  At that point, if you can do it
16  well, first attempt, high score, that
17  could be an avenue to look past all of
18  the attempts in 1 and 2.
19     Q.   And you won't tell us who
20  those people are?
21     A.   No.  Not at this point.
22     Q.   Do you plan to tell us at
23  all in this litigation?
24     A.   I don't think it's relevant

Page 272

1   to this litigation.  I think future is
2   irrelevant to whether or not this score
3   is going to be validated 2007.  If
4   they're not going to come through for me,
5   then even if I get a validated score, I'm
6   not going to be practicing medicine.
7      Q.   So you would want arguably
8   for the defendants in this case to be
9   financially responsible for your future,
10  whatever it may be, in terms of whatever
11  impact this might have, but you're not
12  willing to tell us how you think you can
13  get there?
14     A.   I think that if it comes
15  down to the point where financial
16  responsibility and who's responsible or
17  what is owed back to me becomes a
18  situation, then I would be at the point
19  of situation to release names; but until
20  we get to that point, I find no need to,
21  unless you guys are telling me that
22  financially ECFMG and NBME is going to
23  reimburse me for any losses I may have
24  incurred because of this.

Page 273

1      Q.   You should not take anything
2   we say today as any waiver of claims or
3   defenses we may have just for the
4   purposes of the record.
5      A.   No.  I understand.
6      Q.   In order to get into a
7   residency program you would agree that
8   you need letters of recommendation.  Is
9   that correct?
10     A.   That is correct.
11     Q.   Who would you anticipate
12  getting your letters of recommendation
13  from?
14     A.   I already have a clinical
15  letter of recommendation.  I can go out
16  on a limb now and possibly get letters of
17  recommendation from those supervisors
18  I've worked with over the last couple of
19  years.
20     Q.   Who's your clinical letter
21  of recommendation from?
22     A.   I had one from Dr. Gibson
23  who is an orthopedic physician.
24     Q.   At which hospital?

69 (Pages 270 to 273)

Confidential - Mathew Thomas, Jr., M.D.

Page 274

1    A.   He was working with me for
2  Center for Orthopaedics.  We worked out
3  of Saint Raphael's in Connecticut.
4    Q.   And what year is that letter
5  of recommendation?
6    A.   Those are all before.  That
7  was during my school times of 2002, 2003.
8    Q.   Any other letters of
9  recommendation you have?
10   A.   I think I had a letter of
11 recommendation from Carlo Hallak who was
12 the program director of Kaplan CS at the
13 time, so he was my direct supervisor in
14 terms of clinical skills and patient note
15 grading.
16   Q.   And he is your supervisor
17 from when you were working at the test
18 prep program at Kaplan?
19   A.   Yes.
20   Q.   He's not working with you in
21 a hospital setting?
22   A.   No.  He's not working with
23 me in a hospital setting.
24   Q.   And when was that letter of

Page 275

1  recommendation dated?
2    A.   It had to be after 2006
3  because I was working at Kaplan after
4  that so somewhere towards 2006 or 2007.
5  I may have used his letter as part of my
6  scramble application.
7    Q.   Any other letters of
8  recommendation?
9    A.   I do have another one.  I
10 forget who that is.
11   Q.   A clinical one?
12   A.   I do have a clinical one
13 from when I was in Manchester from Dr.
14 Doss, I believe it was.  He's a GI
15 hepatology doctor.
16   Q.   What year would you estimate
17 that letter was from?
18   A.   Well, I was there in 2001,
19 so it has to be from that time.
20   Q.   Any other letters of
21 recommendation you have?
22   A.   Currently, I don't recall
23 any other ones.
24   Q.   If you were to move into a

Page 276

1  residency program application process,
2  what, if anything, would you do with
3  respect to letters of recommendation?
4    A.   Well, letters of
5  recommendation, depending on what year
6  I'm doing it.  If it winds up being
7  something such as a scramble this year,
8  I'd probably get letters from my current
9  supervisors that I've worked with or my
10 former boss at HHC.
11        If it's something that's
12 going to be next year, I'd probably do an
13 externship or observership at the
14 hospitals to gain some newer letters of
15 recommendation.
16   Q.   So would it be fair to say
17 if you did the scramble this year, you
18 would not have any clinical letters of
19 recommendation updated?
20   A.   Updated clinical, no.  The
21 only one I could reach out to is I did an
22 externship over at Bayley Seton Hospital
23 in Staten Island with psychiatry, and I
24 could probably reach out over there to

Page 277

1  the director to get something.  That was,
2  I think, some time in the last -- it's on
3  the CV.  I forget what year it was.  It
4  was within the last couple years.
5    Q.   Let's take a look at your
6  CV.  That's within Exhibit 57.  Can you
7  point to your externships for me?
8    A.   Sure.  The one that I did
9  was in psych.  Let's see if it's listed
10 here.
11   Q.   On the last page you have
12 externship, New York Medical College,
13 Richmond listed?
14   A.   January 2009.
15   Q.   So that was from January
16 2009, so that's five years ago?
17   A.   That's still a couple --
18 yeah.  That's been about four, five years
19 ago.
20   Q.   Have you had any more recent
21 externships?
22   A.   No, because we were in the
23 middle of all of this, so at that point I
24 couldn't even really go into an

Confidential - Mathew Thomas, Jr., M.D.

Page 278

1  externship saying that I'm valid with the
2  exams.
3      Q.   When's the last time you've
4  seen a patient in a medical capacity?
5      A.   You mean --
6      Q.   As a medical student?
7      A.   -- actually treating?  It
8  would be 2009.
9      Q.   Do you have any plans to
10  apply for externships in the near future?
11      A.   If all this gets resolved,
12  then yes.  Basically, medicine would be
13  my main...
14      Q.   But in the last five years
15  you've not seen or treated any patients?
16      A.   I have not treated any
17  patients.  I know about cases because I
18  work in the facilities and cases may come
19  up that we discuss, but I have not been
20  the lead or even a participant in the
21  actual care of a patient.
22      Q.   You have not laid hands on a
23  patient?
24      A.   No.  I have not laid hands

Page 279

1  on any patients.
2      Q.   What would be involved in
3  getting prepared for taking Step 3?
4      A.   First things first would be
5  open up my entire schedule so I can do
6  Step 3 and only Step 3 and then it would
7  be basically putting in the time with all
8  the -- going through all the material in
9  terms of books, going through all the
10  question banks that are out there and
11  practicing for the clinical portion of
12  the Step 3.
13      Q.   How much time do you
14  anticipate you would give yourself to
15  prepare for Step 3?
16      A.   Since I haven't touched the
17  material, at minimum it would have to be
18  four months.  I'd say four to six months
19  probably give me okay.
20      Q.   Do you have plans to take
21  any prep courses for Step 3?
22      A.   Prep courses are offered at
23  different times.  I'd have to see the
24  schedule of the prep course and then go

Page 280

1  from there.
2      Q.   But is that yes, you would
3  plan to take a prep course?
4      A.   If it's something that I can
5  afford, if it's something that works into
6  my schedule, then yes.
7      Q.   Besides taking time off to
8  prepare and taking a prep course, what
9  else would you need to do to be ready for
10  Step 3?
11      A.   It has to be a lot of
12  questions, questions, questions,
13  questions.
14      Q.   So just practice?
15      A.   Just practice, yeah.
16      Q.   And you've mentioned today a
17  number of times your interest in passing
18  Step 3 on the first attempt.  Is that
19  correct?
20      A.   Yes.
21      Q.   Why do you think that's
22  important?
23      A.   I think that if you can pass
24  Step 3 on the first attempt and break 85,

Page 281

1  90, it can make up and give me enough of
2  a ground to justify the issues I have
3  with Step 1 and Step 2.  I'm more mature,
4  more knowledgeable, and, basically, I was
5  young back then taking it when I
6  shouldn't have taken it.
7          Half the times when I took
8  it just to see the test, if I had just no
9  score, it would have been better for me,
10  but things changed over the years.  It
11  evolved to everything counts.
12      Q.   Would you agree that it
13  would be detrimental to your attempt to
14  get a residency program if you failed
15  Step 3 the first time?
16      A.   Yes.
17      Q.   What do you think would be
18  involved in getting ready to take Step 2
19  CK again?
20      A.   I think the same exact steps
21  as Step 3.  Again, taking the time off,
22  studying, going through all the question
23  banks, doing all the NBME assessment
24  tests, just time, practice, practice,

Confidential - Mathew Thomas, Jr., M.D.

Page 282

1   practice.
2       Q.   Sitting here today, you
3   don't think you could take Step 2 CK and
4   pass it?
5       A.   I could probably take it.
6   It's a matter of whether or not I can get
7   the time to do it.
8       Q.   I meant if you took Step 2
9   CK right now, do you think you would pass
10  it?
11      A.   No.  Probably not.  I think
12  there's a lot more you got to refresh on.
13      Q.   Does that hold true for Step
14  1 as well?
15      A.   Step 1 is a whole different
16  piece altogether.
17      Q.   And can you explain why that
18  is?
19      A.   Because clinically you see a
20  lot more things and you relate to a lot
21  more things from a CK perspective.  It's
22  patient care.  Step 1 is a lot of basic
23  sciences, nitpicking, little details.
24  You have to really get into the small

Page 283

1   stuff.  It's not big picture and it's not
2   really treating.
3       So it's understanding a lot
4   more intricate details versus taking a
5   patient and working through what they
6   have, symptoms and so forth.
7       Q.   Could you describe just
8   briefly the content of the Step 1 exam?
9   That's the basic science exam, correct?
10      A.   Yes.  That is the basic
11  science exam.  You have your anatomy, your
12  physiology.  You have your pharmacology.
13  You have your pathology, immunology,
14  microbiology.  What else is on those?  I
15  think a little bit of psychiatry.  I
16  forget the other.
17      Q.   What would be involved in
18  getting ready to take Step 1 again?
19      A.   Everything.  It's like
20  learning -- you literally have to learn
21  five semesters of work all over again.
22      Q.   So how much time do you have
23  to take off?
24      A.   That, honestly, if I want to

Page 284

1   get a really good grade, it would take me
2   about a year.
3       Q.   If you had to, would that be
4   something you would be willing to do to
5   enter the practice of medicine?
6       A.   Honestly, if I'm going to
7   wind up trying to take my Step 1 and Step
8   2 and everything all over again, I would
9   need a guarantee of a residency at the
10  end of that rainbow.
11      Q.   So is that a no?
12      A.   It's not something I want to
13  do.  I mean, if that's the only way, then
14  the conversation would have to be had
15  because that basically means I have to
16  take myself out of working and out of
17  everything for a year for that and then
18  six months or so, and given my financial
19  state at home, it's not an option right
20  now.
21      Q.   Do you find your current job
22  fulfilling?
23      A.   It's very fulfilling in that
24  I'm in a healthcare organization.  It's

Page 285

1   very sad and depressing seeing patients
2   come in and out knowing that I should be
3   on the other side.  And the salary,
4   whatever the salary is, is really not as
5   great considering what I need to get done
6   because, trust me, I'd rather not be
7   working three jobs and spend time with my
8   little kids than be working all the time.
9       Q.   You're making over a
10  $115,000, correct?
11      A.   Well, I'm making 115 working
12  four jobs, and I'm still paying off
13  student loans, and I'm still paying off a
14  lot of the other debt that we had to
15  incur with other issues.
16      Q.   You testified early today
17  that you have not had contact with -- is
18  it Dr. Suliman?
19      A.   That's correct.
20      Q.   For quite some time?
21      A.   It's been years.
22      Q.   Have you had contact with
23  anybody else from Optima since 2009?
24      A.   In terms of students or

Confidential - Mathew Thomas, Jr., M.D.

Page 286

1    employees?
2        Q.   Anybody?
3        A.   Optima, students, if I see
4    them at wedding events, we don't talk
5    about Optima.  We talk about our regular
6    personal lives.  I did have a
7    conversation with the IT person who ran
8    his thing a couple weeks ago.
9        Q.   And who is that?
10       A.   Adrian.
11       Q.   How did you get in contact
12   with Adrian?
13       A.   I Facebooked him and had him
14   call me back.
15       Q.   Do you have Facebook on your
16   phone?
17       A.   No.
18       Q.   Does he have his last name
19   on Facebook?
20       A.   I don't know, to be honest.
21   I don't know if his name is there or if
22   he has -- a lot of people change their
23   names.
24       Q.   What was the nature of that

Page 287

1    contact you had a few weeks ago with
2    Adrian from Optima's IT?
3        A.   I basically wanted to know
4    whether or not he had any information
5    regarding when stuff was added to the
6    server, and he said he doesn't work for
7    Suliman anymore.  He hasn't been paid in
8    a long time.
9        So, basically, the server,
10   whatever he had, has been erased, but he
11   said he would look into it to see if
12   there was anything he could do to show
13   when it is that his bank was updated
14   versus when I took my exam.
15       Q.   Were these private messages
16   on Facebook?
17       A.   No.  He literally called me.
18       Q.   He called you.  You had a
19   telephone conversation?
20       A.   Yeah.  I sent him a message
21   saying I need to talk to you, so he got
22   back to me a couple days later.
23       Q.   How long did this telephone
24   conversation last?

Page 288

1        A.   Less than three minutes.
2    Three, four minutes.
3        Q.   And are you expecting him to
4    get back to you?
5        A.   He says he will.  I think
6    before I get that, I think I'm going to
7    have to reach out to him again.
8        Q.   Do you know where he's
9    physically located?
10       A.   I think he's in Romania.
11       Q.   Were you able to see the
12   return telephone number?
13       A.   No.  He called me at work.
14       Q.   On a landline?
15       A.   Landline.
16       Q.   How did he know to call you
17   at work?
18       A.   I told him to call me during
19   the day.
20       Q.   Did you just have one
21   Facebook message to him telling him to
22   call you?
23       A.   No.  I believe I tried to
24   reach out to him a couple weeks prior.

Page 289

1    He didn't get back to me and then at that
2    point -- actually, I think we might have
3    went back and forth a couple of times and
4    then I told him, I need to talk to you
5    regarding something.  Call me.
6        Q.   Did you, in the messages
7    going back and forth before you spoke on
8    the phone, say what you needed to speak
9    with him about?
10       A.   I basically said that I
11   got -- I had been invalidated, and I'm in
12   a situation where I'm about to try to get
13   myself fixed so I need to talk to you.
14       Q.   In the time between the 2009
15   time frame when things were going on and
16   just this last couple weeks when you
17   spoke with Adrian, have you had any other
18   contact with Adrian in between that?
19       A.   I don't believe so.  Unless
20   it was a hi, bye.  No conversations.
21       Q.   Do you know what Adrian is
22   doing?
23       A.   He's an IT person so
24   probably working doing something IT

73 (Pages 286 to 289)

Confidential - Mathew Thomas, Jr., M.D.

Page 290

1   related.
2       Q.   Have you reached out to
3   anybody else aside from Adrian for
4   information regarding this case?
5       A.   No.  I don't believe so.
6   One of my friends was at Optima, and I
7   spoke to him just briefly but nothing
8   regarding the case.
9       Q.   Who is that?
10      A.   Jijoe.
11      Q.   Can you spell that for me?
12      A.   J-I-J-O-E.
13      Q.   And what's his last name?
14      A.   Joseph.
15      Q.   And you said he was a friend
16  from Optima.  Was he an employee?
17      A.   He was a friend of mine
18  before Optima.
19      Q.   Did he attend Optima?
20      A.   He did not attend.
21      Q.   Did he work at Optima?
22      A.   He had done some lectures.
23      Q.   And when did you speak with
24  him?

Page 291

1       A.   Just we talk all the time
2   but not regarding this.  We're friends.
3       Q.   Did you speak with him
4   regarding your indeterminate score?
5       A.   Back then everyone spoke to
6   everyone about their indeterminate
7   scores, so there was no pinpointing him
8   over anyone else.
9       Q.   Have you discussed it with
10  him more recently?
11      A.   I told him that I've
12  gone -- I'm fighting it.  I didn't go
13  into any details of it.
14      Q.   When I was asking you about
15  anyone else you spoke with, you mentioned
16  Jijoe in particular.  Is there a reason
17  why?
18      A.   No, because you asked me and
19  I'm under oath.
20      Q.   Is there anybody else?
21      A.   I don't remember really
22  speaking about this case or anything to
23  anybody else.
24      Q.   Did you speak to anybody

Page 292

1   else in the last year, let's say, about
2   your indeterminate score, not necessarily
3   about this litigation in particular?
4       A.   Well, not this litigation.
5   As my process was going through, Reeju, I
6   had spoke to him because he had actually,
7   you know, taken the dip, done a
8   validation so I had mentioned to him.
9   Sometimes I vent.  He knows that I was
10  going to go, but he's moved out to Cali
11  since then so...
12      Q.   And this was Jijoe?
13      A.   No.  Reeju.  The name I had
14  given -- one of the names I gave before.
15      Q.   R-I?
16      A.   R-E-E-J-U.
17      Q.   And you said he moved to
18  California?
19      A.   He moved to California.
20      Q.   Do you speak with him by
21  phone?
22      A.   Sometimes phone.  Sometimes
23  text.
24      Q.   And do you speak with

Page 293

1   him -- have you spoken with him recently
2   regarding your indeterminate score?
3       A.   No.
4       Q.   When's the last time you
5   spoke with him about your indeterminate
6   score?
7       A.   I think the last time I told
8   him was when I finally got to see the
9   judge.  I told him that I did go before
10  the judge, so things are progressing
11  along and we'll see what happens.
12      Q.   But you've spoken to Reeju
13  about this case?
14      A.   He knows that -- again, he
15  knows that I'm fighting the case.  He was
16  actually from Pennsylvania, Philly, so in
17  my attempt to also try to find counsel, I
18  asked him does he know any lawyers.
19  That's kind of how the door opened, but,
20  again, we never got into any details
21  about what's going on or what approach
22  we're taking.
23          (Whereupon, a document was
24          marked for identification as

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 294

1      Exhibit No. 62.)
2  BY MS. McENROE:
3      Q.   Dr. Thomas, I'm handing you
4  what I've marked as Exhibit 62.  This is
5  a document headed "USMLE and Appeals:
6  The Hefty Burden Examiners Face in
7  Appealing a USMLE Finding of
8  Indeterminate Score or Irregular
9  Behavior."  Did I read that correctly?
10     A.   That's correct.
11     Q.   And this is written by
12 Sherri Katz and Bob Bennett?
13     A.   Yes.
14     Q.   And then there's a footnote
15 that says, The Bennett law firm would
16 like to acknowledge the contribution of
17 law clerk Whitney Campbell's research for
18 this article.
19         Do you see that?
20     A.   Yes.
21     Q.   I'd also like at the same
22 time to point your attention to your
23 amended complaint which is at tab 2.
24     A.   Yes.

Page 295

1      Q.   You'll see this is the
2  version of your amended complaint to
3  which NBME's counsel inserted paragraph
4  numbers, and I'd like to direct your
5  attention specifically at paragraph 16.
6      A.   Yes.
7      Q.   That is a quote and then
8  it's attributed to Bennett law firm.  Is
9  that correct?
10     A.   That's correct.
11     Q.   Is that the same Bennett law
12 firm as in Exhibit 62 I gave you?
13     A.   Yes, it is.
14     Q.   Do they represent you?
15     A.   No.
16     Q.   Are you personally
17 acquainted with anyone from the Bennett
18 law firm?
19     A.   No.  Bennett was known to be
20 the person who did a lot of hearings, and
21 I was actually going to consider taking
22 his representation, but his fee was way
23 too high during my initial hearing.
24     Q.   When you say your initial

Page 296

1  hearing, that's the USMLE score validity?
2      A.   Score validity, yes.
3      Q.   And in your amended
4  complaint you make references to a study
5  being conducted in paragraph 15?
6      A.   Yes.
7      Q.   And then in paragraph 16 you
8  cite to the Bennett law firm.  Is that
9  correct?
10     A.   Yes.
11     Q.   Is the study being conducted
12 the Bennett law firm document I'm looking
13 at as an exhibit?
14     A.   Yes, it is.
15     Q.   In particular, I'd like you
16 to flip to paragraph 19 of your amended
17 complaint, and you'll see you make
18 reference to a student F and a student G?
19     A.   Yes.
20     Q.   Simultaneously, please flip
21 ahead -- unfortunately, there aren't page
22 numbers on this, but you'll see that
23 there is a section that has information
24 for a student F and a student G that's

Page 297

1  single spaced in the Bennett law firm
2  Exhibit 62 I gave you?
3      A.   Yes.
4      Q.   For student F in Exhibit 62
5  it says percentage of exposed questions,
6  15 percent and that's what you have in
7  your amended complaint, correct?
8      A.   Yes.
9      Q.   Then for percent correct on
10 exposed questions for student F, both
11 documents have 83 percent; and percent
12 correct on unexposed questions, both have
13 67 percent; time spent on exposed
14 questions, both have 43 seconds; time
15 spent on unexposed questions, both have
16 74 seconds, correct?
17     A.   I'm sorry.  Are you looking
18 at the complaint?
19     Q.   I'm comparing the amended
20 complaint numbers to the numbers in
21 Exhibit 62.
22     A.   Okay.  So the percent
23 exposed, 15 to 16.
24     Q.   Yes.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 298

```
 1        A.   The...
 2        Q.   Percent correct on exposed
 3   questions.
 4        A.   Where are you looking at
 5   that on the other one?  Are you getting
 6   that from --
 7        Q.   Yes.  In this the pages are
 8   not numbered.
 9        A.   Maybe I'm on a different
10   page.
11        Q.   Yes.  You're on a different
12   page.
13        A.   What page are you looking
14   for?  The one that goes, on its face, a
15   good faith argument?
16        Q.   Yes.  We're in the same
17   place.
18        A.   All right.  These are the
19   exact students.
20        Q.   So student F from your
21   amended complaint is the same student F
22   as from the Bennett law firm document?
23        A.   That is correct.
24        Q.   And student G from your
```

Page 299

```
 1   amended complaint is the same student G
 2   from the Bennett law firm document?
 3        A.   That's correct.
 4        Q.   Have you ever discussed this
 5   Bennett law firm document with the
 6   Bennett law firm?
 7        A.   I have not.
 8        Q.   You mentioned that the
 9   Bennett law firm was known to be the guy?
10        A.   Yes.  That's what I was
11   told.
12        Q.   Amongst whom?
13        A.   Students who went to Optima
14   who had to go before the hearing.
15        Q.   Do you have particular names
16   of individuals?
17        A.   I do not.
18        Q.   How did you get this Bennett
19   law firm document?
20        A.   It was actually posted on
21   their website for a long time.
22        Q.   What steps have you taken to
23   validate the information in this Bennett
24   law firm document?
```

Page 300

```
 1        A.   I can't validate based on
 2   the fact that the law firm would not be
 3   able to give any information to specific
 4   students, so I have to assume that
 5   because they put it out there as their
 6   way of trying to get students aware that
 7   it's legitimate.
 8        Q.   Do you know who student G or
 9   F is?
10        A.   No.
11        Q.   You'll see some of the pages
12   have footnotes at the bottom?
13        A.   Yes.
14        Q.   Can you please flip to
15   footnote 7 in the Bennett law firm
16   document?
17        A.   (Witness complies with
18   request.
19        Q.   Footnote 7 reads:  Some
20   statistics have been altered to protect
21   the identity of any student/doctor
22   represented by the authors, correct?
23        A.   Yes.
24        Q.   Do you have any reason to
```

Page 301

```
 1   believe that's not true?
 2        A.   No.
 3        Q.   I'd like you to look ahead
 4   at footnote 13.  Footnote 13 reads:  Some
 5   percentage and statistics have been
 6   altered to protect the identity of any
 7   student.
 8        Did I read that correctly?
 9        A.   Yes.
10        Q.   Do you have any reason to
11   believe that's not true?
12        A.   No.
13        Q.   Yet you cite to those
14   numbers in your amended complaint.
15   That's correct, right?
16        A.   Yes.
17        Q.   You made a personal
18   appearance before the USMLE committee,
19   correct?
20        A.   Yes, I did.
21        Q.   You had the opportunity to
22   bring counsel.  Am I correct?
23        A.   Yes.
24        Q.   You had the opportunity to
```

Confidential - Mathew Thomas, Jr., M.D.

Page 302

1  bring the Bennett law firm if you had
2  wanted?
3      A.   Yes.
4      Q.   You chose not to do that,
5  correct?
6      A.   I chose not to do that.
7      Q.   Are you familiar with the
8  term "irregular behavior"?
9      A.   Yes.
10     Q.   You understand that ECFMG
11 and USMLE each have policies and
12 procedures with respect to irregular
13 behavior?
14     A.   Yes, I do.
15     Q.   Have you been -- strike
16 that.
17         You have not been accused of
18 irregular behavior by ECFMG, correct?
19     A.   No, I have not.
20     Q.   You have not been accused of
21 irregular behavior by USMLE, correct?
22     A.   No, I have not.
23     Q.   You have not been accused of
24 irregular behavior by NBME, correct?

Page 303

1      A.   No, I have not.
2      Q.   You have an understanding of
3  the what the word "indeterminate" means?
4      A.   Yes. I think so.
5      Q.   What is your understanding
6  of that word?
7      A.   That they can't determine.
8      Q.   Can't determine what?
9      A.   Well, according to this, if
10 we're talking about the value of the
11 validity of the exam, they're saying they
12 cannot determine whether the exam is
13 valid or not.
14         MS. McENROE:  Let's take a
15 quick break.
16         (A short break was taken.)
17 BY MS. McENROE:
18     Q.   Dr. Thomas, you understand
19 you've been testifying under oath today?
20     A.   Yes.
21     Q.   Have the answers you've
22 given us today been truthful?
23     A.   I believe so.
24     Q.   Do you wish to change any of

Page 304

1  the answers you've given?
2      A.   I don't think so.
3      Q.   You mentioned earlier today
4  that you had bumped your head this past
5  weekend?
6      A.   Yes.
7      Q.   Is that correct?
8          Did that impair your memory
9  in any way?
10     A.   I don't think so.
11     Q.   You were cleared having had
12 a CT scan by a doctor.  Is that correct?
13     A.   Yes.
14     Q.   Do you think that affected
15 your appearance today?
16     A.   I don't think so.
17     Q.   Do you have any reason to
18 believe it did?
19     A.   I just had some symptoms
20 yesterday, headache and everything, but
21 today I don't seem -- I seem fine today.
22             * * *
23         RE-EXAMINATION
24 BY MS. HOLLAND:

Page 305

1      Q.   Dr. Thomas, you used the
2  words "I don't think so," and I just want
3  to make sure that I'm distinguishing
4  between a figure of speech that you may
5  use and -- because these are important
6  questions.
7          Is everything that you've
8  told us here today the truth?
9      A.   I believe it is.
10     Q.   Okay.
11     A.   It is.
12     Q.   Is there a reason why you
13 qualify it by saying I believe it is?
14     A.   It is.  To my memory, it is.
15     Q.   And is there any reason why
16 your memory is incomplete or inaccurate
17 today?
18     A.   I don't believe so.
19         MS. McENROE:  So at this
20 point, we don't have any further
21 questions.  What we're going to do
22 is suspend the deposition, so
23 we're going to finish for today.
24         There are a couple of things

77 (Pages 302 to 305)

Confidential - Mathew Thomas, Jr., M.D.

Page 306

1  that we'd like to follow up with
2  you on and we'll do that in the
3  coming days with respect to, for
4  example, Adrian that you had
5  mentioned and so pending getting
6  more information on that that we
7  would need to re-open your
8  deposition, we don't have any
9  further questions today.  Do you
10  understand?
11         THE WITNESS:  I understand.
12         (Deposition was concluded at
13  3:39 p.m.)
14
15
16
17
18
19
20
21
22
23
24

Page 308

1         INSTRUCTIONS TO WITNESS
2             Please read your deposition
3  over carefully and make any
   necessary corrections.  You should
4  state the reason in the
   appropriate space on the errata
5  sheet for any corrections that are
   made.
6             After doing so, please sign
   the errata sheet and date it.  You
7  are signing same subject to the
   changes you have noted on the
8  errata sheet, which will be
   attached to your deposition.
9             It is imperative that you
   return the original errata sheet
10 to the deposing attorney within
   thirty (30) days of receipt of the
11 deposition transcript by you.  If
   you fail to do so, the deposition
12 transcript may be deemed to be
   accurate and may be used in court.
13
14
15
16
17
18
19
20
21
22
23
24

Page 307

1         C E R T I F I C A T E
2
          I do hereby certify that I
3  am a Notary Public in good
   standing, that the aforesaid
4  testimony was taken before me,
   pursuant to notice, at the time
5  and place indicated; that said
   deponent was by me duly sworn to
6  tell the truth, the whole truth,
   and nothing but the truth, that
7  the testimony of said deponent was
   correctly recorded in machine
8  shorthand by me and thereafter
   transcribed under my supervision
9  with computer-aided transcription,
   that the deposition is a true and
10 correct record of the testimony
   given by the witness; and that I
11 am neither of counsel nor kin to
   any party in said action, nor
12 interested in the outcome thereof.
13
14
          WITNESS my hand and official seal
15 this 15th day of January, 2014
16
17
18
          _____
19        Lauren A. Moore
          Notary Public
20
21
22
23
24

Page 309

1           - - - - -
          E R R A T A
2           - - - - -
3
4  PAGE LINE CHANGE
5
6    REASON: _____
7
8    REASON: _____
9
10   REASON: _____
11
12   REASON: _____
13
14   REASON: _____
15
16   REASON: _____
17
18   REASON: _____
19
20   REASON: _____
21
22   REASON: _____
23
24   REASON: _____

Confidential - Mathew Thomas, Jr., M.D.

Page 310

1
2      ACKNOWLEDGMENT OF DEPONENT
3
4           I,_____, do
5      hereby certify that I have read the
6      foregoing pages, and that the same is
7      a correct transcription of the answers
8      given by me to the questions therein
9      propounded, except for the corrections or
10     changes in form or substance, if any,
11     noted in the attached Errata Sheet.
12
13
14     _____
15     MATHEW THOMAS, JR., M.D.        DATE
16
17
18     Subscribed and sworn
       to before me this
19     _____ day of _____, 20_____.
20     My commission expires:_____
21
       _____
22     Notary Public
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

## A

**ability** 13:16 64:19
144:17 145:18,24
146:3 223:23
250:5
**able** 36:10 40:3,5,6
63:7 90:18 91:7
126:5 129:18
161:18 191:12
192:1 269:1,4
270:14 288:11
300:3
**abnormal** 187:2,9
**abroad** 48:10
156:17,18 157:3
163:8,10
**absence** 43:21
221:15
**abstracts** 204:13
**accept** 86:5 89:13
93:23 132:2,6
134:18 142:21
143:3,12 196:17
214:19 221:3
**access** 15:14 51:1
52:10 57:5,6 99:5
99:9 121:8 138:2
139:9 145:9,11
153:1
**accessed** 52:8 54:20
**accident** 16:17,22
17:10 18:12,17
**accommodate**
191:10
**accomplice** 53:15
58:18
**accomplish** 216:15
269:2,4
**account** 78:23
123:5 140:11
143:16,21 144:23
176:21 177:1
**accreditation**
222:11
**accredited** 221:21
**accurate** 13:19

28:17 144:17
238:4 242:19,20
260:2 308:12
**accurately** 256:1
**accusations** 50:12
162:22 261:7
**accused** 60:6 53:12
58:2 302:17,20,23
**achieve** 208:19
**acknowledge**
150:24 253:4
294:16
**acknowledgment**
310:2
**acquainted** 295:17
**acrosstheboard**
171:10,11
**acted** 182:10
**action** 50:3 53:9
57:9,14 60:1,19
255:19 261:5,10
261:15 262:14
271:10 307:11
**actions** 62:7
**activities** 73:6
151:5,21 152:21
**actual** 65:20 122:14
133:13 168:15
207:21 278:21
**actuality** 139:11
**ad** 47:9
**adamant** 172:5
**add** 57:19 61:1
123:18 139:1
**added** 47:17 122:24
123:5,10,17,21,22
138:11 199:8
287:5
**addition** 39:4
148:13
**additional** 187:19
240:21 253:16,18
256:16 262:14
**address** 21:5
161:23 180:16,21
248:10

**addressed** 238:23
**adjusted** 201:13
**administration**
160:17 204:19
244:15
**administrative**
41:17 271:9
**administrator**
30:16,18
**admittedly** 270:7
**adrian** 156:16
286:10,12 287:2
289:17,18,21
290:3 306:4
**advances** 197:9
**advertisements**
204:12
**advice** 27:1
**advise** 184:11
189:7,14 191:4
**advocate** 216:3
**affect** 13:23 124:19
197:16 212:16
260:20
**affiliation** 158:3,9
**afford** 280:5
**aforesaid** 307:3
**afternoon** 189:11
264:17
**agents** 154:22
155:6
**aging** 80:2
**ago** 12:6,8 16:15
41:4 220:6 243:11
243:23 244:24
246:6 247:13
277:16,19 286:8
287:1
**agree** 51:12 264:11
265:9 268:6 273:7
281:12
**agreed** 187:12,13
187:14
**ahead** 88:3 242:13
296:21 301:3
**aid** 97:8,11,12,13

97:21
**aide** 80:3 96:15
**allegation** 262:5
263:11
**allegations** 151:4
258:18
**alleged** 262:6
**allegedly** 132:1
**alleging** 50:4 57:14
259:4 260:15
261:2
**allow** 183:20 185:9
186:10 203:11
207:9
**allowed** 129:1,4
170:13 191:22
209:4,14
**altered** 300:20
301:6
**alternate** 224:4
**altogether** 282:16
**ambulatory** 32:5
**amend** 60:4
**amended** 3:11,15
10:4 14:19 48:23
49:2,8 59:21
257:13 294:23
295:2 296:3,16
297:7,19 298:21
299:1 301:14
**amendment** 261:17
262:7
**amount** 66:1 68:12
69:20 197:17
221:11 231:1
253:19 258:5
**amy** 6:14,16,18,20
7:4,6,8,10,12,14
7:16,18,20 8:4,6,8
8:10,12,18 9:4,6,9
9:10 183:14 185:6
185:20 186:2,6
187:16 189:4,8,11
190:4,12,13,18,21
192:9,15,15 193:6
193:11,18,24

194:10,13 195:4
195:15 198:15
207:13 208:16
209:1,13 210:6
211:8 212:1,8,23
213:6,10,20,21
215:12
**analysis** 49:18,19
59:2,3 121:15,18
122:4,7,12,19
123:2,2 124:3,5,7
125:4,7,9 127:10
127:14,18 131:2
132:6,24 134:10
134:14,18,23
135:5,10,15 137:6
140:14 142:19,22
143:2,4,5,13,17
143:19,20 144:2
145:3 164:15
169:5,7,10 170:9
170:19 172:8,9,12
200:5,18 203:2
**analyzed** 140:20
**anatomy** 36:3 37:5
38:24 94:9,10,13
283:11
**angry** 106:20,22
**anne** 36:16
**answer** 55:9,11,13
122:9 133:15
136:21 139:24
157:8 186:21
204:21 207:24
**answered** 122:17
154:3 199:20
**answering** 200:1,2
**answers** 28:15,18
29:4,11 131:17
199:18 303:21
304:1 310:7
**anticipate** 217:17
265:17 268:16
273:11 279:14
**anybody** 44:3
52:18,24 101:21

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

Page 312

108:13,15 109:7
109:11,15 147:10
271:5 285:23
286:2 290:3
291:20,23,24
**anymore** 77:21
107:6 127:7 287:7
**anyway** 130:11
225:9
**ap** 72:7,13
**apartment** 106:4
**apartments** 113:24
**apologies** 165:12
190:6
**appeal** 6:8 27:22
61:4 125:6,11
173:14,17,20,23
178:8,13 179:1,2
179:3,8 180:13
181:1,15 182:1
211:19 213:12
231:17,21,22
232:9 234:19,20
235:1,3 249:23
250:1 262:2
263:22,24
**appealing** 10:16
294:7
**appeals** 10:15
250:4 263:18
294:5
**appear** 164:3
167:21 173:21
231:8 233:22
239:20
**appearance** 167:8
168:1,5 176:22
179:7 234:7,9
251:23 301:18
304:15
**appearances** 2:1
**appeared** 164:21
175:7
**appearing** 14:12
**appears** 166:4
231:9 243:17

253:17
**applicable** 182:10
228:23
**applicant** 242:1
**applicants** 69:20
240:2 241:7 253:7
255:12,22
**application** 209:5
226:5 275:6 276:1
**applications** 83:20
228:4
**applied** 74:4 84:1,3
84:6 130:12 193:2
202:17
**apply** 64:8 66:19
69:20 74:3 83:16
83:23 206:14
278:10
**applying** 74:2
218:4
**appointed** 151:13
**appreciate** 157:20
188:9 194:22
**approach** 186:6
293:21
**approached** 76:16
**appropriate** 308:4
**approval** 195:6
**approximate** 37:18
**approximately**
31:12 38:4,16
39:12 85:10 116:3
254:10
**april** 237:5 250:15
252:24 255:6,17
**archaiclooking**
54:24
**area** 114:15 136:20
146:23 190:17
**areas** 135:16
201:21 202:23
207:23
**arent** 296:21
**arguably** 272:7
**argument** 298:15
**arose** 47:14

**arrangement** 45:1
**arrest** 178:21
**arrested** 22:22 23:1
23:16,22 24:5
**arrived** 155:16
**article** 294:18
**articles** 104:14,23
**articulated** 257:18
261:6,11,16
264:16
**aside** 126:23
225:23 260:24
290:3
**asked** 12:22 14:24
61:9 82:3 87:6,8
104:8 129:9,14
130:14 152:20
153:1,3,7 155:10
170:22 190:1
193:18 198:1,12
207:16 262:1
291:18 293:18
**asking** 49:3 60:16
103:6 106:9
121:16 132:15
178:12 203:5
209:19 253:18
259:20 263:6
269:23 270:13
291:14
**aspect** 147:8
**assemblyman**
216:8
**assessment** 51:21
97:19 98:3 99:8
197:9 281:23
**assist** 211:19
**assistance** 62:14
155:9
**assistant** 41:17
**assisted** 42:6
**assisting** 271:8
**associate** 37:7
57:20 262:7
**associated** 59:15
105:22 197:3

**associates** 35:8,9
36:6
**association** 53:19
58:1,23 59:13
105:22 107:8,11
261:19 262:22
263:13
**assume** 74:1 132:17
145:20 156:2
300:4
**assumed** 258:10
**assumption** 271:1
**assumptions** 49:15
51:1 218:24 219:1
**assured** 204:3
**asterisk** 192:9
**atlanta** 95:15 96:3
**attached** 159:19
160:7 190:6
226:20 251:5
308:8 310:11
**attaching** 256:13
**attachments**
251:17
**attacks** 91:3,22,24
**attempt** 63:18 65:2
68:23 69:19 128:2
129:1 208:22
258:20 266:24
271:16 280:18,24
281:13 293:17
**attempted** 64:22
67:12
**attempts** 67:8 68:4
68:11 69:3,7 70:1
128:12,21 129:3
208:7,9,23 209:3
209:11,15 218:9
225:11 258:6
259:9 266:23
271:18
**attend** 47:21 84:23
93:21 290:19,20
**attended** 21:18
88:22 210:22
**attention** 242:13

294:22 295:5
**attorney** 29:16
210:13,17 308:9
**attributed** 295:8
**audible** 12:16
**august** 91:2 115:19
116:1,22 117:5
118:1 150:22
157:11,16 185:12
185:14 187:21
188:1,18,19 190:4
190:10,24 191:19
192:14 193:5,7
194:7 195:9
232:12,14 252:2
**aunt** 193:6,15
194:2
**authorization**
211:9
**authorized** 213:24
248:19
**authorizes** 211:16
**authors** 300:22
**automatically**
144:20
**available** 70:16
100:7 123:15
166:19 177:7
182:8 188:22
191:1,1 192:10
195:4 208:3
**avenue** 2:2 21:6
271:17
**avenues** 270:3
**average** 71:22,22
72:11 78:20 95:2
95:6 124:23
141:17 142:1
175:21 176:7,9,14
**award** 73:7
**awards** 73:3 79:3
**aware** 190:7 216:23
222:9 223:2
259:16 300:6

_____
**B**

Confidential - Mathew Thomas, Jr., M.D.

**babcox** 5:10 6:6
   167:22,22 180:5
   180:11
**babies** 102:3
**bachelors** 36:8 37:6
   37:8
**back** 15:23 16:13
   20:5 27:19 42:14
   57:8 61:7,18
   70:14 75:16,24
   76:1,2,11 77:22
   77:23 81:4,7,9
   91:14,16 92:8,24
   96:16 103:17
   104:2 105:14
   106:18 112:4,7
   113:5,7,8,11
   116:18 117:8,10
   117:13,20,23
   119:21 127:8
   137:24 153:18
   154:2 165:11
   168:19 182:1
   185:7 187:1
   188:11,21 189:2,8
   189:10 190:11
   191:5 192:9,23
   193:24 202:7
   205:5,12 208:16
   209:1 211:6 212:9
   215:13 220:5
   231:12 239:17
   244:23 248:1
   251:1 267:12
   272:17 281:5
   286:14 287:22
   288:4 289:1,3,7
   291:5
**background** 55:2
   61:7 83:14 89:21
   134:12 153:7
**backup** 135:8
**bad** 63:21 126:10
   200:6
**bank** 46:1,4 52:5
   52:10 54:19 55:21

   55:22 56:1,3,5,22
   57:3 98:24 119:13
   123:3,6,11,19
   138:1,9,10,12
   139:2,6,23 153:4
   153:5,6 227:19,20
   287:13
**bankruptcy** 26:13
**banks** 46:6 51:17
   52:3,8 97:19
   177:21 279:10
   281:23
**barnabas** 30:8 32:5
   38:3 40:9 210:19
   267:23
**based** 47:3 49:11
   52:13,18 58:21
   93:12 109:4 120:4
   121:6 127:19
   144:5 199:13
   203:9 205:23
   208:21 209:10
   214:24 215:3
   257:23 258:3,4,18
   258:19 260:19,22
   261:21 262:1
   269:13 300:1
**bases** 259:5
**basic** 93:20 94:7
   139:22 153:9
   282:22 283:9,10
**basically** 12:11
   27:18,22 34:9
   37:16 42:7 43:21
   45:14,15 47:9,13
   49:16 53:12,17,21
   54:22,23,24 55:8
   55:11 56:11 62:17
   62:18 74:10 76:15
   80:22 82:20 85:14
   85:14 92:5 93:20
   95:19 97:8 103:17
   103:21 104:10,15
   105:21 108:7
   113:13 117:1
   120:23 125:8

   128:17 129:11
   150:14 172:18
   207:1 217:11
   223:21 226:18
   230:10,24 246:9
   262:13 266:5
   278:12 279:7
   281:4 284:15
   287:3,9 289:10
**basing** 172:1
**basis** 152:24 164:8
   170:10 218:15
   265:23 269:3
**bates** 3:13,18,20,21
   4:4,6,9,10,12,14
   4:16,18,20,22 5:4
   5:6,8,10,14,16,18
   5:20 6:4,7,9,11,13
   6:14,16,18,20 7:4
   7:6,8,10,12,14,16
   7:18,20 8:4,6,8,10
   8:12,14,17,18,20
   9:4,7,9,11 10:7,10
   10:12,14 236:20
   248:4 251:10
   255:7
**battle** 269:1
**bayley** 276:22
**bc** 72:3
**began** 40:1
**beginning** 111:1
   133:18,19 155:1
   248:2
**begins** 251:9
**behalf** 11:19
   172:17 213:24
   215:21 248:20
   250:23 256:9
   268:3
**behavior** 10:17
   158:1 294:9 302:8
   302:13,18,21,24
**belair** 32:5,8,9
**believe** 15:13,21
   17:2,4,21 25:5
   33:19 36:8 38:15

   39:13,17 41:1
   45:24 46:19 49:9
   49:10 50:5,6,13
   50:17 52:16 53:23
   53:24 54:4 58:12
   58:16,24 60:20
   61:4,10,15 65:15
   65:23 66:18 73:17
   78:22 79:6 80:1
   89:11 98:12 99:20
   100:1 101:13
   104:4,5,12 108:24
   111:9 117:5
   123:12 128:23
   130:2 135:3 146:1
   146:13,17,21
   147:10,12,17
   150:12 151:10
   155:3 156:19
   159:14 160:8
   174:8 177:17
   187:2 198:13,17
   199:2,6,9,20
   200:20 207:2
   224:18 232:2
   237:15 248:9
   259:6 261:8
   263:21 268:10,24
   275:14 288:23
   289:19 290:5
   301:1,11 303:23
   304:18 305:9,13
   305:18
**believed** 175:16
   176:6,8
**believes** 146:4
**belize** 88:14,15
   89:4
**bennett** 294:12,15
   295:8,11,17,19
   296:8,12 297:1
   298:22 299:2,5,6
   299:9,18,23
   300:15 302:1
**best** 178:15 212:22
**better** 94:16 139:15

   223:20 281:9
**beyond** 253:16
**bible** 97:9,14
**big** 31:3 55:2 76:5
   97:5 124:24 136:9
   138:3 140:13
   170:11 195:1
   198:24 220:5
   283:1
**biggest** 196:21
**bill** 10:10 249:3,10
   249:16,19 260:12
**billing** 31:1
**binder** 15:20 28:1
   148:10 257:17
**biomed** 81:7
**birth** 21:2
**birthdays** 106:17
**bit** 50:15 64:15
   70:19 111:15
   127:9 216:11
   283:15
**blame** 119:24 120:5
**blaming** 120:8
**block** 124:13
   133:19,20 135:19
   135:20 136:20
   206:15,22 207:8
**blue** 55:1
**board** 1:5 2:10
   11:16 170:21,24
   215:1,16,20 216:2
**boards** 27:14
   201:20 214:20
   232:1
**bob** 294:12
**bockius** 2:12
**book** 14:16 48:13
   79:22 99:3 130:23
   195:6,17 221:23
   222:19,21,22,24
   269:12
**booked** 195:14
**books** 101:4 147:5
   177:22 279:9
**borderline** 86:14

Confidential - Mathew Thomas, Jr., M.D.

Page 314

**born** 22:4
**boss** 276:10
**bottom** 159:21
  160:3 164:12
  182:6 191:18
  193:6 195:20
  196:1 207:12
  214:11 236:22
  239:13 248:5
  300:12
**box** 173:14 238:3,6
**boxes** 241:4
**breach** 57:10
**break** 13:6,10 16:1
  16:5,8 71:1,6
  147:23 156:11
  232:24 233:1
  280:24 303:15,16
**breakdown** 207:23
**breaks** 13:5
**brief** 233:18
**briefly** 257:5 283:8
  290:7
**bring** 15:1,4,11,22
  17:19 18:3 38:17
  39:8 46:9 50:21
  53:3,4 167:12
  229:8 234:6 257:6
  301:22 302:1
**bringing** 257:10
**broad** 201:16
**broke** 159:10
  226:24
**broken** 155:21
  156:9
**bronx** 30:9 210:20
**brook** 75:20,22,23
  78:3,7,9,12,16
  79:4,8,17 80:14
  81:12 84:18 230:8
**brought** 134:20
  142:6,11 148:14
  167:5,6 224:9
**building** 113:17
**bullet** 175:1,5
  176:4,19

**bulletin** 125:7
**bumped** 304:4
**bunch** 66:16 108:7
  109:17 134:11
  141:18
**buono** 6:14,16,18
  6:20 7:4,6,8,10,12
  7:14,16,18,20 8:4
  8:6,8,10,12,18 9:4
  9:6,9,10 183:14
  184:4 185:7,20
  186:2 187:16
  188:20 189:8
  190:4,13 192:15
  194:13 195:15
  207:13 208:16
  209:1,13 210:6
  212:1,9 213:6,21
  214:10,11 215:12
**buonos** 213:10
**burden** 10:15 294:6
**business** 19:10
  113:16 152:13
  266:3
**busy** 32:24 185:23
**buy** 65:4
**buying** 76:4,9
**bye** 289:20

**C**
**c** 2:6 34:18 307:1,1
**calculations** 159:12
**calculus** 72:3
**calendar** 178:7
**cali** 292:10
**california** 292:18
  292:19
**call** 67:20 92:2
  97:13 105:21
  144:5 153:17
  157:6 168:7,8
  224:10 236:20
  286:14 288:16,18
  288:22 289:5
**called** 30:12 73:1
  75:7 80:2 92:18

97:10 110:2
  116:17 131:6,7
  153:19,21 168:19
  168:20 169:15
  172:3 287:17,18
  288:13
**calling** 67:18 157:8
  168:17
**calls** 106:9
**campbells** 294:17
**campus** 79:18,23
  90:16 93:18
**canceled** 128:1,3
  232:4
**cant** 13:19 26:1
  38:23 48:1 51:19
  52:23 67:15 117:3
  138:5 143:14
  154:14 190:12
  192:5 199:23
  200:6 203:9 217:8
  217:9 269:20
  270:20,24 300:1
  303:7,8
**capacity** 278:4
**car** 15:20,22 16:9
  16:17,21 17:10
  18:16
**carbon** 161:7
**card** 22:11
**care** 30:24 31:24
  32:5 69:24 103:10
  278:21 282:22
**career** 32:18 33:12
  40:10 219:13
  265:7
**careful** 187:18
  255:18
**carefully** 308:2
**caribbean** 81:9
  82:1,18,20 83:2,4
  83:24 84:13 86:24
**carlo** 274:11
**carson** 5:6,8 6:6
  59:5 125:3 131:5
  133:10 134:21

161:7 166:17,23
  168:7,8,11,17
  169:5 170:4,8
  171:17 172:3
  180:5
**carston** 6:14
**case** 17:22 20:19
  23:3,10,11,13
  26:8,17 27:6,11
  105:1 123:13
  179:16 209:20
  210:11 213:15
  214:2 217:12
  221:2 223:8
  248:21 257:7
  270:15 272:8
  290:4,8 291:22
  293:13,15
**cases** 26:6,9 247:4
  278:17,18
**cash** 226:19
**casing** 156:10
**category** 201:6,8,14
  201:15,17 202:5
  202:15
**catholic** 71:18
**cause** 50:3 100:20
  261:5,10,15
  262:14
**causes** 53:9 57:9,13
  60:1,18
**causing** 189:16
  192:1
**caymans** 89:3
**cecil** 114:9
**cell** 156:23
**center** 30:19,21,21
  30:22 48:6 80:2
  115:4 153:18
  154:3 155:23
  274:2
**centers** 55:23
  190:17,23 191:7
**certain** 63:6 54:3
  61:10 66:1 133:12
  145:9 199:18

**certainty** 26:1
**certificate** 238:8,13
  239:11,18
**certification**
  211:13 238:7
  240:5 241:10
  253:9 255:14,24
**certified** 1:16 64:16
  152:15 214:7
  216:18 242:1
  267:13
**certify** 173:1 177:8
  213:22 248:18
  307:2 310:5
**certifying** 197:7
**cetera** 220:21
**chain** 247:24 248:3
  249:15
**chance** 64:2
**change** 29:3,7 38:5
  138:13,15,15
  180:20 194:11
  201:22,23,24
  202:7,13 246:7
  286:22 303:24
  309:4
**changed** 18:8 59:4
  59:5 70:12 197:14
  199:11,17 220:4
  281:10
**changes** 247:6
  308:7 310:10
**changing** 194:16
**charge** 119:21
**chart** 242:14,18
**charter** 93:13
**chc** 214:6,6
**cheating** 54:16
  146:18 205:17
**check** 18:19 170:23
  189:8,17
**checked** 190:21
**checks** 226:19
**cherian** 114:10
**children** 219:15
**choice** 33:1 55:10

Confidential - Mathew Thomas, Jr., M.D.

choices 55:9 64:23
136:16,22,23
choosing 258:12
chose 120:5 302:4,6
chowdhury 109:12
christopher 92:3
93:4,6,7,22 94:3
101:7 237:24
christophers 92:15
93:10,11
chronology 247:17
264:11
cite 296:8 301:13
citizen 22:7,9
citizenship 22:12
city 16:23 18:5,7,17
24:12 41:10 42:20
153:16 271:13
civil 147:7
ck 6:12 45:17,18
46:6 56:22 68:22
125:20 126:14
127:23 131:3
150:16 158:23
164:21 173:2
175:8 182:17
183:2 188:4 190:5
196:10,11 206:8
207:8 217:16
223:9 225:2
233:20 235:21
236:2 239:9 242:2
244:2,10,15
246:24 247:1
251:20 253:24
266:17 267:3
281:19 282:3,9,21
claim 50:16 52:17
145:7,8 258:17
259:23
claimed 169:14
261:18
claims 121:7 257:6
257:10,19 264:18
273:2
clarification 13:1

202:14 215:13
clarified 198:13
clarify 13:2 192:16
233:14
class 33:24 34:24
35:1,3 36:11 37:1
72:8 101:10,11
classes 34:3,5 36:24
46:21,22 72:13
78:4 80:23 94:21
231:4
classified 182:18
clear 52:12 70:2
107:12 134:21
257:10
cleared 304:11
clearing 157:23
clearly 146:10
182:12
clerk 294:17
click 124:16
clinic 30:10 102:3
clinical 40:21 85:13
95:8,11 147:8,9
247:2,8 269:11
273:14,20 274:14
275:11,12 276:18
276:20 279:11
clinically 282:19
clinicals 90:23 91:1
91:6 92:7,9 95:5
97:2
close 31:7 87:19
101:9 105:11
111:14 191:8
195:11
closed 178:5
code 190:22,23
191:7,14
coincidence 139:14
coincides 241:21
colleague 21:21,23
collectively 148:16
college 32:22 33:5
36:20 37:9 40:11
72:14 74:3,9,13

80:7 81:15 160:20
277:12
com 1:24 2:3,9,16
248:8
come 51:10 76:1
102:21,23 103:2,8
134:13 137:2
153:18 156:1,1
167:14,16 221:12
221:14 272:4
278:18 285:2
comes 263:1 272:14
comic 55:3,6
coming 22:20 189:5
243:10,21 306:3
commencement
9:14
commencing 1:15
commission 1:6
2:18 11:20 233:7
310:20
commit 271:6
committee 10:7
51:8 52:14,20,23
53:2 157:23
158:24 166:6,18
167:9 168:2,5,15
169:4 171:16
172:24 173:18,20
173:23,24 174:2,8
174:21 175:2
176:20,24 177:12
179:5 180:18
181:21 182:8,9,15
182:16 185:8
192:7 233:23
234:3,21 237:2,5
250:13 251:13,24
252:14 254:12,17
255:9,16,19
256:20,23 259:10
260:1,12 301:18
committees 173:7
177:5 179:7
committing 271:4
communicate

91:17
communication
103:13
communications
212:12 225:23
community 79:21
79:21
company 45:20
52:4
comparability
204:1
comparable 197:12
198:2,4,16,18
199:9 200:10,11
200:13,19,22
202:3 204:7
compare 121:24
203:9,12
compared 121:20
123:4 140:21
142:20
compares 132:7
comparing 121:13
124:8 139:8 143:8
203:10 297:19
comparison 8:14
140:15 141:16,22
175:22 176:13
196:9
compelling 112:1
competitive 270:7
complaint 3:10,11
48:19,23 49:1,2,7
49:8 58:14 59:21
60:6 205:2 257:13
257:14 259:12
294:23 295:2
296:4,17 297:7,18
297:20 298:21
299:1 301:14
complaints 49:4
60:17 230:22
complete 13:20
49:14 99:6 143:1
143:4 250:5
completed 45:9

150:13 222:1
255:10
completely 216:18
completing 268:21
complex 113:18
compliance 41:18
41:19 182:10
210:17 214:8
complies 149:4
181:7 300:17
components 240:4
241:9 253:8
255:13,23
composite 182:8,14
185:8
computer 42:11
46:10,13,17
computeraided
307:9
concentrate 13:16
concern 203:24
concerned 221:5,9
221:10,18
concluded 182:15
306:12
conclusion 196:13
196:16,18
concurrent 161:2
conduct 151:19
152:3
conducted 152:1
296:5,11
conference 210:23
confidential 1:12
186:14,22 187:13
confirm 154:21
confirmation 4:18
confirmed 248:9
confirming 186:20
connected 18:12
connecticut 95:16
95:20,22,24 96:5
274:3
connection 259:14
connections 218:13
267:5,12,16

Confidential - Mathew Thomas, Jr., M.D.

Page 316

consider 84:12
119:4 187:18
215:17 254:13
295:21
consideration
177:6 182:7
212:20 259:14
considered 24:19
24:20 85:6 86:6
108:3 133:18
175:3 256:23
considering 172:16
202:11 260:3
285:5
consist 179:3
consistency 175:24
consistent 240:8
241:19
consistently 265:10
consulted 210:11
226:1
contact 116:11
171:1 216:1
285:17,22 286:11
287:1 289:18
contacted 109:1
216:5
contacting 105:18
108:6
contacts 23:7
contained 238:3
contains 167:20
content 201:2,6,14
201:15,17 202:5
202:11,15,23
204:5 239:15
283:8
contents 260:7
continue 54:10
128:12 146:22
224:7
continuing 50:18
continuity 236:17
continuously 33:20
33:21 147:11
contrary 182:12

contribution
294:16
convenient 191:14
conversation
166:20 170:6
214:13 250:10
284:14 286:7
287:19,24
conversations 56:9
103:18 168:13
169:9 270:11
289:20
convicted 24:13
convictions 24:18
convinced 113:8
convincing 233:8
cooperation 214:3
248:23
cooperative 152:13
copied 161:8
copies 38:17 225:6
copy 251:19
copying 248:13
copyright 51:3
59:10
corp 42:21
corporation 41:11
118:17
corrado 239:5
248:8 249:2
correct 12:1,2
14:15,21 44:23
52:6 59:23 64:21
71:10 93:17
125:16,20 131:16
131:18,21,23
132:8,9 140:23
141:13,14 142:4
150:18 151:1,2
152:9,16 161:12
161:22 162:1
163:4 164:5,10
165:8,23 166:3,8
166:15 167:23
171:22 172:23
173:5,11 175:17

177:2,10 179:9
180:19 183:15,16
184:1,12 185:18
186:1 188:6,16,24
189:18 190:19
191:17 192:13
193:4,17 194:4,8
194:20 196:12
202:18,19 206:10
207:18 208:11
209:7,16 210:3,8
211:22 212:24
213:17 215:19
218:10 224:16
232:11 233:9,10
234:12,13,17,22
235:1,5,6,9,13,14
235:16,17,21,22
236:3,10,11
237:13,20,21
238:1,5,11,14
239:3,5,6,20,22
240:7 241:12
243:1,2,6,8,9,12
243:15,19,20,24
244:1,4,5,12,16
244:17,20,24
245:1 248:15,24
249:1 250:17,21
250:23 251:11,14
251:15 252:7,8,10
252:15,16 253:1,2
253:10,12 254:2
254:18 256:20,24
257:20,24 264:3,4
265:10,20 266:20
268:9 273:9,10
280:19 283:9
285:10,19 294:10
295:9,10 296:9
297:7,9,12,16
298:2,23 299:3
300:22 301:15,19
301:22 302:5,18
302:21,24 304:7
304:12 307:10

310:7
corrections 308:3,4
310:9
correctly 135:14
199:21 200:1,2
240:6 241:11
250:16 254:1
294:9 301:8 307:7
correspondence
225:17,18
corrupt 76:3
cost 86:7,8
coteach 35:18
couldnt 91:16
154:21 277:24
councilman 216:8
counsel 12:1 26:18
26:19 170:13
234:7 256:8
293:17 295:3
301:22 307:11
count 133:12
209:12
country 22:10 75:9
96:16 103:4
114:21 115:1
157:2 173:16
counts 281:11
couple 17:17 42:2
44:10 65:17 74:5
91:17 103:14
115:8 155:5
233:14 244:23
270:12 273:18
277:4,17 286:8
287:22 288:24
289:3,16 305:24
course 35:17 44:17
44:18 45:14 47:7
54:2,8 72:7 86:2
97:15 98:19 99:20
111:24 112:18
113:1,8,12 132:4
174:20 226:6,7
227:8 279:24
280:3,8

courses 39:5,20
44:20 70:9 72:15
98:4,6 100:4,7,16
101:1,2 246:12
279:21,22
court 1:1 12:13
17:18 23:6 26:3
26:10 170:12
223:8 266:18
308:12
courtesy 184:10,23
cover 233:12
251:22
covered 45:15
97:18 99:13
233:13
coworkers 19:4
create 132:18,21
created 145:20,21
creation 123:23
credential 10:7
255:21
credentialing
250:13 251:13
252:14
credentials 237:2,4
254:17 255:9
256:19,23 260:1
credibility 23:10,12
credit 140:1
credits 78:3 80:4
89:13 93:23
criminal 23:7
cs 40:20 44:16 45:9
207:1,5 209:10
216:19 217:16
225:2 235:21
242:2 243:16
247:7 274:12
ct 20:3,5,15 197:3
304:12
cum 72:16 79:1
95:6
cumulative 71:22
cuny 74:4
current 21:24 32:3

Confidential - Mathew Thomas, Jr., M.D.

38:2,20 175:18
190:22 204:20
245:15 276:8
284:21
**currently** 11:24
14:4 18:9,19
22:17 34:8 37:11
39:5,21 40:7 89:2
226:11,15 275:22
**curriculum** 227:21
**custody** 219:17
**customarily** 212:10
**cut** 20:2 191:22
**cutoff** 85:15
**cv** 228:2 229:12,13
277:3,6
**cvs** 170:23

**D**

**d** 1:13 3:4 11:1 48:4
160:14 214:5
310:15
**dad** 29:22
**daily** 30:24 43:5
152:21,24
**damages** 62:2,6,6
105:16 264:21
**data** 121:21 123:20
135:9 170:15
**date** 1:14 16:24
21:2 121:22
122:24 123:1,23
123:23 128:14
149:17 150:2
163:9 165:4
166:10,14 173:18
181:9,11 183:5
185:11 186:8
188:2,10 189:4
190:13,15 191:11
192:1,2 193:9
194:16,23 195:4,7
195:9 214:21
242:6 246:11
308:6 310:15
**dated** 10:11,13

164:19 185:12
213:12 238:19
239:2 248:12
251:6 252:1,10,14
254:22 275:1
**dates** 25:18 115:5
115:15 117:3
121:24 123:15
166:18 191:6,13
191:23 192:3,10
264:7
**day** 37:20 42:13
47:8 51:8 55:19
114:22 116:6
117:2 132:2 145:5
152:21 155:24
158:18 189:6,21
189:24 195:7
227:2 288:19
307:15 310:19
**days** 37:21,24 47:5
87:15 91:17
103:14 115:8
116:19 191:22
194:1 243:22
287:22 306:3
308:10
**deadline** 164:1
165:18 183:22
184:6 186:5,7
**deal** 63:2 220:5
**dealing** 191:21
**dean** 34:8,11,18
**deans** 79:5
**dear** 163:22 165:11
183:17 185:7,20
187:17 188:11
194:13 207:13
253:4
**death** 180:11
193:13 194:17
**debrecen** 75:8,8,15
76:6 77:2 78:1,24
**debt** 285:14
**december** 28:6
51:14 89:12 92:2

115:9,23 131:4
150:16 158:22
163:24 164:22
165:20 166:10,13
166:19 174:10
175:9 192:17,21
206:15,21 209:23
211:7 213:12
232:21 239:9
244:16,22 253:23
254:4 266:17
**decide** 74:24 75:21
82:14 264:22
**decided** 75:23 81:9
86:19 87:15 88:19
118:2 125:24
128:20 129:21
**decision** 83:9 87:24
173:8 177:5,7
179:7 182:2,3,12
185:11 260:18,21
260:24 262:8
263:2,14
**decisionmaking**
262:24
**decisions** 50:8
**declined** 20:13
**decreased** 201:12
**deemed** 173:2
244:20 266:18
308:11
**defamation** 50:14
50:16 52:12,18
53:8 57:12 58:1,4
59:17 261:12
**defend** 162:24
**defendant** 2:10,17
16:19
**defendants** 1:8
62:7 272:8
**defenses** 273:3
**define** 127:12
**definitely** 259:7
**degree** 36:7 75:14
80:24
**deitch** 3:19 4:4,6,8

4:12,13,16,20,21
5:4,6,13,16,20 6:4
6:6
**delay** 165:12
189:16 190:7
191:24
**deliberations**
174:20
**denied** 257:3
**denominator** 144:6
**deny** 255:19 262:8
**dep** 224:19
**department** 34:2,9
**depended** 77:9
**dependent** 217:23
**depending** 67:23
220:3 276:5
**depends** 134:6
220:20
**deponent** 307:5,7
310:2
**deposed** 12:4 16:15
62:24
**deposing** 308:9
**deposition** 1:12
3:15 9:15 10:5
12:7,11 13:5 14:9
14:13,20 148:19
148:21 224:15
305:22 306:8,12
307:9 308:2,8,10
308:11
**depressing** 285:1
**depression** 137:17
201:18
**deps** 1:24
**derby** 96:6
**describe** 259:11
283:7
**described** 199:18
261:7 262:21
**describing** 137:10
263:13
**description** 3:9 4:3
5:3 6:3 7:3 8:3
9:3 10:2 55:12

**designation** 105:9
107:18
**desk** 44:22
**despite** 270:7
**detail** 12:10 127:20
270:15
**detailed** 200:7
203:2
**details** 203:7,8
282:23 283:4
291:13 293:20
**determination**
182:16 234:21
**determine** 127:17
144:13 145:16
303:7,8,12
**determined** 213:13
234:11 239:8
**detich** 27:21 50:20
53:2 149:10,17
150:1,22 158:19
159:5,10 160:12
161:7 162:17,21
163:18 165:10
172:21 178:12,23
180:6 181:20
198:15
**detichs** 161:17
183:3
**detrimental** 281:13
**dialysis** 118:18
**didnt** 15:15 39:8
44:6 46:23 50:1
60:8 62:16 65:13
67:13 68:5 72:4
74:6 76:22 78:5
80:8 81:21,22
83:11,13,14 84:17
85:18 86:20 87:3
90:2,4 91:8 92:4
99:6,19 100:8
103:12,13,15
107:10 113:9,22
114:5 116:18
120:24 123:18
127:22 130:5

Confidential - Mathew Thomas, Jr., M.D.

132:18,20 138:7
156:8 167:16
168:20 173:22
198:9 207:5
222:13 228:16
229:15 289:1
291:12
**dietary** 80:3 96:15
**difference** 127:13
136:5,9,10 137:14
137:19 138:3
140:13 143:24
198:24 202:1
**differences** 204:4
**different** 30:23
34:5 55:23 59:24
75:2 76:12 80:6
122:3 133:22,23
148:21 180:16
191:15,16 218:12
237:16 269:10
270:3 279:23
282:15 298:9,11
**differently** 95:4
**difficult** 69:14
124:21
**difficulty** 190:14
218:7
**dillon** 34:18,18,20
**dinner** 106:16
**diop** 93:7
**direct** 43:21 104:24
242:12 274:13
295:4
**direction** 53:6
**directly** 53:14
104:24 146:18
**director** 274:12
277:1
**directors** 267:6
**disappeared**
106:23
**discouraged** 63:24
**discovery** 170:15
196:6 237:12
**discriminate**

260:17
**discriminated**
49:11 258:19
259:5 261:2
**discrimination**
50:2,7,11 53:7,11
57:10,24 58:21
61:19 230:16
257:20,23 258:3
258:17 259:12,23
**discriminatory**
260:19
**discuss** 166:23
212:7,14 247:5
278:19
**discussed** 174:21
183:3 236:4
240:23 247:12
249:22 257:13
291:9 299:4
**discusses** 175:6
176:20 177:12
**discussing** 161:9
212:16 244:19
250:20
**discussion** 16:3
71:4 147:21
186:17 215:5
218:7 224:3
241:13
**disease** 134:4
**dismissed** 17:23
**disorders** 203:1
**dissemination**
165:3 175:12
**distinguishing**
264:1 305:3
**distracted** 178:14
**distress** 62:5,10,11
62:21
**district** 1:1,1
**doctor** 48:3 63:9
144:11 220:24
275:15 300:21
304:12
**document** 123:22

130:24 131:13
132:6,19,21 137:5
147:24 149:21
179:13 181:3
196:3 236:12,20
237:11 247:18,20
251:3 252:19
254:24 293:23
294:5 296:12
298:22 299:2,5,19
299:24 300:16
**documentation**
196:5 213:12
234:3 256:13,16
**documents** 10:4,4
148:22 161:20
173:13 224:9
226:10 238:18
257:17 297:11
**doesnt** 44:16 142:1
143:20 144:23
186:10 190:8
287:6
**doing** 61:12 69:10
76:3 86:5 104:16
104:19 111:8
118:11,15 120:21
160:21 187:5
223:21 224:7,7
230:7 276:6
281:23 289:22,24
308:5
**dollars** 65:18
**dominica** 84:10
**dont** 13:9,23 22:17
23:18 25:5,11,18
31:21 43:7 44:15
45:24 46:18 48:5
51:22 53:14 57:5
57:6 58:6,7,16,24
58:24 59:1 61:2
61:17 65:5,16,21
66:2 70:10 74:5
79:1 81:16 84:12
86:3,10 89:23
90:4 93:5 95:3,6

97:24 100:9,12,13
101:3,21 102:19
106:21,24 107:13
108:1,4,13 109:8
109:18,22 110:7,8
110:20 114:11
117:2 118:23
119:2,16,22 120:6
120:7,17 134:18
138:14 139:20
141:3 151:24
154:11,20,24
156:8 168:12,14
170:23 178:19
180:22 184:18
185:1 189:13
199:2,6,24 216:7
217:12 218:24
222:2,3 223:22
224:11,24 225:7
227:7,16 231:5
236:4 245:14
259:20 263:6,21
271:3,24 275:22
282:3 286:4,20,21
289:19 290:5
291:21 304:2,10
304:16,21 305:2
305:18,20 306:8
**door** 111:22 156:3
266:6 293:19
**doors** 155:21
**doorway** 111:23
**dormitories** 113:20
113:21
**doss** 275:14
**doublesided** 236:23
**doubt** 146:7,9
**downstairs** 114:14
**downtown** 91:18
91:20
**dr** 2:3 11:7,23
14:11 16:7 43:12
47:18 48:2 53:15
55:18 71:8 92:18
99:24 100:21

103:3,9,19 104:12
112:13 114:16
116:20 117:7,10
118:19 119:5
123:10,17 142:16
148:3,8,14 149:1
156:6 158:20
163:22 165:11
169:2,21 183:17
185:7 186:20
187:17 188:12
215:2,7 233:5
239:24 241:5
249:21,23 250:4
253:4 273:22
275:13 285:18
294:3 303:18
305:1
**dramatic** 80:19
**drink** 106:14
**drinking** 62:12
**driving** 23:19,23
24:2,6,14
**dual** 22:12
**due** 62:6,13 125:7
193:12,12 194:16
253:21
**duis** 25:3
**duly** 11:2 307:5
**duped** 121:3,4
**duping** 121:6
**duties** 30:17
**duty** 57:11,24 59:9

**E**

**e** 183:6 307:1,1
309:1
**earlier** 83:20
165:13 169:3
191:3 198:23
257:12 261:6,11
261:16 262:15
263:17 304:3
**early** 91:2 285:16
**earn** 75:14 160:18
**ease** 179:22

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

| | | | | |
|---|---|---|---|---|
| easier 110:10 | 264:6 | emailed 193:11 | enumerating 14:24 | 167:1 169:24 |
| east 119:19 | eight 175:1,1,5 | emailing 249:7 | enumerator 144:6 | 178:19 184:18 |
| eastern 1:1 | 177:3 201:12 | emails 157:11,12 | environment 269:7 | 216:14 236:5 |
| easy 268:18 | 227:14 243:11 | 161:14,15 162:14 | envision 216:12 | 237:7 238:15 |
| ecfme 216:18 | either 45:1 54:7 | 165:10 167:20 | 217:6 | 242:3 269:15 |
| ecfmg 10:6,8,8,10 | 57:15 89:11 | 178:11 180:3 | equal 171:10 | 270:17 |
| 10:10,11,12,13,14 | 113:11 117:5 | 206:5 210:6 211:5 | equals 140:15 | exam 49:21 50:1 |
| 49:6 54:1 64:15 | 132:21 167:18 | 213:1 | erased 287:10 | 51:10,14 52:1 |
| 110:13 152:15 | 191:2 199:23 | emcenroe 2:16 | errata 308:4,6,7,9 | 54:16 61:11 67:9 |
| 188:5 211:13 | electives 95:19,24 | emergency 20:1 | 310:11 | 67:10 68:4,13 |
| 215:9 232:8 233:9 | 96:11 | emilie 5:10 6:6 | errors 28:23 29:1,3 | 70:11 100:15 |
| 233:15 236:9,22 | electrical 74:20 | 180:5,11 | 29:7 | 107:19,22 109:3 |
| 237:1,4,12,19 | 80:16,17 81:3 | emotional 62:5,10 | especially 51:23 | 115:9 121:13 |
| 238:7,8,12,20 | electrician 29:22 | 62:11,21 | 146:22 195:11 | 122:17 123:4 |
| 239:5,11,18 240:2 | electrocardiogra... | employed 45:6 | 198:21 227:8 | 125:13,16 126:16 |
| 240:4,18,24 241:2 | 197:4 | 226:12,15 | esquire 2:7,13 | 128:13,24 130:7 |
| 241:7,9,14 242:1 | eligibility 183:19 | employee 45:3 | essentially 201:3 | 133:14 138:14 |
| 249:5,8,12 250:8 | 185:16,22 188:13 | 49:12 115:15 | estimate 39:10 44:8 | 139:22 140:3,4 |
| 250:14 251:3,14 | 195:13 | 116:1 153:24 | 56:16 275:16 | 141:8 143:8 |
| 252:9,13,24 253:6 | eligible 217:22 | 263:5,8 290:16 | et 220:21 | 145:20,21 146:5 |
| 253:8 254:12,16 | elisa 2:13 11:17 | employees 286:1 | ethic 218:15 | 147:4,7,8,12,15 |
| 254:21 255:6,7,8 | 233:6 | employment 40:9 | ethics 34:23,24 | 150:16 151:13 |
| 255:11,14,16,19 | elizabeth 114:18 | 41:8 45:5 50:21 | europe 74:16,23 | 159:11,13 165:4,7 |
| 255:21,23 256:7 | email 3:19 4:4,6,8 | 51:10 53:3,4 | 76:12 | 165:15 173:4,10 |
| 256:19 257:11 | 4:11,13,15,17,19 | 96:19 226:16 | evacuated 90:11 | 177:13,16,19 |
| 259:7,13,16,23,24 | 4:21 5:4,6,8,10,13 | 228:4 230:13,14 | event 192:11 | 178:2 182:3 183:9 |
| 260:6,15 261:2,12 | 5:16,20 6:4,6,14 | 260:9 | events 192:4 | 183:21,22 184:6 |
| 262:3,5,17 263:12 | 6:16,18,20 7:4,6,8 | enclosed 160:1 | 233:19 286:4 | 185:3,10 186:8,11 |
| 263:20,21 264:12 | 7:10,12,14,16,18 | 225:17 227:22 | eventually 85:3 | 188:1,14 189:4,12 |
| 264:18 267:12 | 7:20 8:4,6,8,10,12 | encourage 194:15 | 146:24 147:1,12 | 190:5 192:17,20 |
| 272:22 302:10,18 | 8:18 9:4,6,8,10 | encouraging 62:19 | everybody 120:7 | 193:3,9 197:18 |
| ecfmgs 134:24 | 10:9 149:9,16 | engineering 74:21 | everyones 120:9 | 198:2,6,7,19 |
| 247:14 262:8 | 150:21,23 152:5 | 80:16,17 81:3,7 | evidence 23:5 | 199:11,12,22 |
| 263:14 | 157:16,18 159:4 | england 90:24,24 | 49:13,23 120:4 | 200:8,9,11 202:21 |
| ccmfg 10:12 | 160:11 161:17 | 91:6,24 93:19 | 175:19 182:13 | 203:19 204:8 |
| education 10:6 | 163:7,15,15,16,19 | enroll 112:11 | 232:17 | 205:2,7,19,20,21 |
| 237:2,4 254:17 | 164:7 165:13 | enrolled 39:19 | evolved 281:11 | 205:23 206:7 |
| 255:9 256:19,22 | 166:5 167:21 | 112:16 228:8 | exact 23:18 25:12 | 207:17,22 208:2 |
| 260:1 | 172:21 178:6 | enter 246:3 284:5 | 25:18 65:22 117:3 | 208:13,15,18 |
| educational 1:6 | 179:20 180:4,7,16 | entering 265:17 | 135:9,23 136:2 | 211:18,19 216:16 |
| 2:18 11:19 70:19 | 180:21 183:14,24 | 268:17 | 141:4 185:1 | 216:20 217:7 |
| 233:7 | 185:20 188:8,23 | entire 134:12 279:5 | 191:10 200:14,15 | 225:4 229:6 232:3 |
| edwards 79:19 | 199:16 211:9,15 | entirely 196:19 | 200:16 281:20 | 233:20 234:17,19 |
| 230:7 | 213:6,10,21 | entirety 202:21 | 298:19 | 235:5,8,11,12,16 |
| effect 128:22 130:2 | 247:24 248:3,7,10 | entitled 231:2 | exactly 34:21 58:7 | 243:17,19 244:3,7 |
| 204:18 207:1 | 248:18 249:15,15 | entrance 156:7 | 65:16 81:16 86:4 | 244:10 252:7 |

Confidential - Mathew Thomas, Jr., M.D.

Page 320

| | | | | |
|---|---|---|---|---|
| 253:21 256:18 | excuse 166:12 | existed 192:24 | 178:13 184:5 | **fails** 146:19 266:23 |
| 258:5 259:3,17 | excused 58:15 | existence 99:21 | 185:5 187:19 | **failures** 267:3 |
| 260:2,7 264:8 | exempt 194:10 | 126:11,13 | 190:1 193:9,11,12 | **fair** 29:10 154:16 |
| 269:5,9 270:2 | exhibit 3:9,10,11 | exodus 77:5 | 194:3 | 199:10 233:21 |
| 283:8,9,11 287:14 | 3:12,15,16,17,19 | expect 197:6 | extensive 154:18 | 234:1,5 241:24 |
| 303:11,12 | 4:3,4,6,8,11,13,15 | 220:23 | externship 276:13 | 244:6 256:5 |
| examination 11:5 | 4:17,19,21 5:3,4,6 | expected 172:11 | 276:22 277:12 | 259:11,22 262:4 |
| 131:3 145:16 | 5:8,10,12,13,16 | expecting 197:16 | 278:1 | 276:16 |
| 146:20 151:15 | 5:18,20 6:3,4,6,8 | 288:3 | externships 277:7 | fairness 141:8 |
| 183:2 187:21 | 6:10,12,14,16,18 | expensive 66:19 | 277:21 278:10 | faith 298:15 |
| 197:4,8 201:3,5,7 | 6:20 7:3,4,6,8,10 | experience 20:7 | extra 205:16 | falcon 100:10,20 |
| 201:12 203:24 | 7:12,14,16,18,20 | 75:3 86:23 230:12 | extracurricular | fall 13:22 14:1 |
| 204:17 217:2 | 8:3,4,6,8,10,12,14 | expertise 133:22 | 73:6,9 | 19:17 20:22 |
| 223:10 233:3 | 8:16,18,20 9:3,4,6 | expire 190:8 | | 118:22 |
| 242:15 250:1,6,7 | 9:8,10 10:2,4,6,9 | expires 310:20 | **F** | fallback 63:15 |
| 258:21 266:20 | 10:11,13,15 14:16 | explain 128:5 | f 296:18,24 297:4 | fallout 63:3 |
| 270:8 | 14:18,22 28:1,1,2 | 282:17 | 297:10 298:20,21 | falls 61:18 |
| examinations | 48:13,13,14,21 | explained 92:19 | 300:9 307:1 | false 50:12 261:7 |
| 196:14 203:3 | 59:20 60:14 62:2 | 140:18 141:1,4 | face 10:15 104:10 | falsely 50:5 53:12 |
| 204:6 | 130:22 148:2,16 | 159:24 | 220:23 294:6 | 58:2,15 |
| examined 11:3 | 149:2,6,20 150:19 | explaining 203:14 | 298:14 | familiar 302:7 |
| examinee 191:11 | 157:10 159:2,3,7 | 256:12 | facebook 27:8,9,11 | family 18:24 19:1,6 |
| examinees 10:15 | 160:5,9 161:4 | explanation 135:16 | 286:15,19 287:16 | 26:24 63:14 91:19 |
| 140:20 141:12 | 162:8,13 166:4 | explore 81:4 | 288:21 | 180:12 193:13 |
| 175:23 212:11 | 167:19,20 168:22 | exposed 51:13 | facebooked 286:13 | 194:17 219:12,14 |
| examiners 1:5 2:11 | 168:23 172:20 | 122:15 124:17 | facilities 278:18 | 220:15 223:13,24 |
| 11:16 294:6 | 173:12 174:5,6 | 131:14,16,20,24 | facility 31:2,3 | fan 76:5 |
| example 246:18 | 178:6,10,10 180:2 | 132:8 134:3 138:4 | fact 49:12 58:15,22 | far 13:12 107:2 |
| 256:17 306:4 | 180:3,24 181:23 | 139:10,18 140:10 | 60:3 61:4,9 63:5 | 171:9 264:17 |
| exams 45:8 46:2 | 183:12 185:6 | 140:22 141:13 | 69:8 92:23 103:12 | farhana 109:12 |
| 76:13 104:22 | 186:2 209:18 | 142:4 143:8 | 127:19 129:10 | farrell 71:14,16,17 |
| 105:4 129:19,21 | 210:5 214:9,9 | 159:13 171:6 | 172:3,13 176:5,20 | father 22:19 |
| 197:3 201:19 | 224:10,18,22 | 175:16 176:6,9,14 | 221:6 234:20 | faulty 123:6 |
| 211:12 278:2 | 236:14,17,18 | 297:5,10,13,23 | 257:23 259:13,24 | fax 1:23 |
| exception 10:7 | 238:19 239:17 | 298:2 | 260:5 262:2 | fbi 62:23 102:24 |
| 194:18 235:19 | 241:5 242:14 | exposure 175:19 | 270:23 300:2 | 103:14,19 104:7,8 |
| 236:1,7,9 237:3 | 247:19,22 251:2 | 205:8 | factor 263:1 | 138:9 151:11,11 |
| 239:24 240:1,9,11 | 252:18,21 254:16 | express 162:19 | fail 95:5 128:17 | 152:11,18 153:14 |
| 240:13 241:6 | 255:2,5 277:6 | 271:8 | 200:5 204:15,18 | 154:22 155:6,16 |
| 247:13 250:19 | 294:1,4 295:12 | expressed 203:24 | 308:11 | 157:7 |
| 253:5 254:9 | 296:13 297:2,4,21 | extend 129:9,14,15 | failed 65:13 113:3 | fbis 154:3 |
| 255:11,20 256:7 | exhibits 3:8 4:1 5:1 | extended 165:20 | 125:15 128:24 | february 115:18 |
| 257:2 259:15 | 6:1 7:1 8:1 9:1,14 | 184:10,23 | 207:17 209:3 | 116:1 173:16 |
| 260:3 261:1 262:9 | 10:1 148:11,14 | extending 61:14 | 235:15 281:14 | 183:4,6,8,21 |
| 263:15 264:2,5,12 | 251:17 | 260:21 | failing 126:7 130:8 | 184:5 206:15,21 |
| excruciating 12:10 | exist 45:19 | extension 129:7 | 262:16 | 213:18 232:5 |

Confidential - Mathew Thomas, Jr., M.D.

243:4,8,10 248:12
249:17 252:1
**federal** 162:16
228:21 266:18
**federation** 231:24
**fedex** 4:17 161:20
162:9,21
**fee** 194:11,14 195:1
235:12 295:22
**feedback** 194:22
**feel** 49:20 103:15
106:19 192:3
264:23 265:2,3
**feeling** 77:20
**fellowship** 220:20
**felt** 107:5 263:18
**fifth** 90:12,22 97:16
262:15
**fighting** 130:21
291:12 293:15
**figure** 85:14 305:4
**figured** 68:20 75:2
107:9
**file** 20:18 43:8
121:22 123:20
212:4
**filed** 26:12 48:19
**files** 121:22
**filing** 216:15
**filtered** 67:24 68:1
**final** 182:20 189:4
**finalized** 37:2
**finally** 36:19 109:2
151:14 293:8
**finance** 77:22
**financial** 272:15
284:18
**financially** 272:9
272:22
**find** 18:22 92:4
140:10 159:20
167:1,4,10 171:1
191:12 195:8,16
222:2 226:21
272:20 284:21
293:17

**finding** 10:16 294:7
**fine** 13:4 121:5
133:17 195:16
304:21
**finish** 91:9 122:8
305:23
**finished** 64:9 80:24
90:22 101:19
268:2
**finishing** 90:9
205:13
**firm** 294:15 295:8
295:12,18 296:8
296:12 297:1
298:22 299:2,5,6
299:9,19,24 300:2
300:15 302:1
**first** 11:9 17:17,19
22:24 23:15 41:16
42:7 54:4 56:14
63:22 64:3 69:19
70:6,7,13 74:8
84:1,5 85:10,12
86:13,15,16,21,24
87:12 89:24,24
91:9 94:22 97:2,8
97:11,12,13,21
99:16 109:1 110:7
111:16,18 114:4
129:24 138:19
157:16 159:3
163:16 174:19
184:3 185:6
191:19 196:4
205:2 207:12,20
211:6,24 214:11
216:13 236:20
240:10 241:4
242:6,22 243:3
249:14 257:19
261:17 262:7
266:13 271:14,14
271:16 279:4,4
280:18,24 281:15
**fit** 211:18
**five** 25:21 31:15

37:21 87:15 155:4
159:18 174:24
191:15 220:6,20
225:22 267:2
277:16,18 278:14
283:21
**fiveyear** 74:21
**fix** 228:12
**fixed** 228:14,15
289:13
**flip** 160:4 238:17
296:16,20 300:14
**flipping** 249:14
**florida** 214:23
**flushing** 95:18 96:9
**fly** 194:24
**focus** 118:12
146:23 201:21,23
204:4 221:16
266:10
**focused** 69:12
153:10 201:20
231:21
**focusing** 239:13
**follow** 188:3 306:1
**followed** 222:4
**following** 174:21
179:4 186:21
191:13 234:9
235:3 255:18
257:19
**follows** 11:3
**followup** 20:14
**foot** 266:6
**footnote** 294:14
300:15,19 301:4,4
**footnotes** 300:12
**force** 215:22
270:21
**forced** 81:20
**foregoing** 310:6
**foreign** 1:7 2:19
11:20 233:8
**forget** 26:22 198:14
216:4 275:10
277:3 283:16

**form** 164:22 165:1
175:8,10,23 204:1
204:2 310:10
**formal** 158:20
173:7 214:16
235:18
**formalized** 221:8
**formally** 154:12
**formats** 204:10,14
**former** 276:10
**forms** 8:14 204:6
**forth** 27:20 62:7
231:12 283:6
289:3,7
**fortyfour** 193:5
**fortyone** 190:20
**fortyseven** 194:21
**fortythree** 192:14
**fortytwo** 191:18
**forward** 50:18
157:21 187:4
205:5 271:12
**forwarded** 179:18
**found** 54:4 76:15
87:22 92:4 108:23
113:23 138:1
155:15 173:1
182:8 187:1
238:21
**four** 25:24 32:13
57:22,23 79:10
80:6 136:16
174:17,18,24
181:19 199:8
220:6 225:16
250:2 277:18
279:18,18 285:12
288:2
**fourpage** 210:1
**fourth** 24:3 90:12
90:22 208:21
261:15
**fouryear** 37:9
**frame** 228:23
289:15
**free** 113:12

**freedom** 57:20,24
58:23 261:18
**freely** 262:7
**fresh** 208:9
**friday** 1:10
**friend** 77:4,12,15
88:4,17,18 108:19
111:21 290:15,17
**friends** 19:9 62:18
75:1 83:5 87:20
87:20 100:16
102:16,20 106:14
268:1 290:6 291:2
**front** 14:17 19:20
44:22 52:14
135:19 148:7,8
156:2 176:23
257:17
**fruitful** 82:5
**fruition** 264:5
**fsmb** 251:20
**fugitive** 119:15,19
**fulfilling** 284:22,23
**full** 88:23 123:3
134:13 135:4
136:4 182:6
185:11 215:22
223:23 266:20
270:21
**fulltime** 230:11
**fully** 69:11 256:12
**function** 152:24
**funeral** 193:15,16
**further** 183:3
206:24 241:3
305:20 306:9
**future** 216:12
230:13 245:8
272:1,9 278:10

---
**G**

**g** 296:18,24 298:24
299:1 300:8
**gain** 267:15 276:14
**galgano** 18:18
**gamble** 218:16

Confidential - Mathew Thomas, Jr., M.D.

**gastritis** 115:12
**gauge** 139:4 144:9
**general** 35:12
    140:10 202:12
    239:15
**generated** 183:24
    185:24
**generation** 74:8
**generic** 236:6
**georgia** 101:20
**getting** 44:15 67:21
    74:14 90:10
    101:17 116:17
    138:8 139:2,7
    155:9 198:2 220:5
    221:2 227:5
    268:20,23 270:2
    273:12 279:3
    281:18 283:18
    298:5 306:5
**gi** 275:14
**gibson** 273:22
**girlfriend** 81:19
    82:10 88:16
    111:20 112:18
    153:20
**girlfriends** 112:19
**girls** 114:13
**give** 12:15 13:19
    28:14,17 43:4,11
    78:22 88:23
    108:14 109:10
    110:9 115:8
    135:10 170:14
    171:3 185:21
    193:14 200:7
    211:14 230:12
    236:8 270:5
    279:14,19 281:1
    300:3
**given** 34:2 54:22
    60:3 111:12
    121:12 129:10
    134:9 135:2,4
    144:5 151:12
    185:8 189:22

192:4 196:5
199:10 205:15,18
205:22 221:11
231:1,3 233:21
234:2,6,14,24
235:4,7,12 251:2
254:15 259:8,8
260:23 269:2,4
284:18 292:14
303:22 304:1
307:10 310:8
**gives** 22:13 127:19
**giving** 129:7 140:1
    142:1 159:14
    226:17
**gmail** 2:3 149:12
    248:8
**go** 12:9 15:9 16:1,8
    16:13 33:6 42:14
    53:1 54:9 56:5,23
    57:17 58:14,18
    61:7 62:20 70:8,8
    70:21 71:2,12
    75:18 81:9 82:14
    83:3,9,11 86:8
    88:3 90:23 91:5
    92:6 93:1 98:14
    105:14 106:15
    108:7 109:18
    112:5,12 116:20
    118:6,10 127:8
    133:2 138:20
    141:24 145:1
    147:3,19 149:14
    161:13 163:7
    164:6,11 167:19
    173:12 180:23
    181:5,20,22
    183:13 186:15
    187:4 195:19
    200:21 203:16
    206:4,23 209:17
    210:4 211:6 213:5
    213:18 220:13
    221:12 229:10
    231:12 270:5

273:15 277:24
279:24 291:12
292:10 293:9
299:14
**goes** 22:21 53:11
    156:3 173:6 201:9
    220:1 231:22
    253:14 298:14
**going** 14:17 23:9
    27:24 36:21,23
    37:4,16 38:15
    42:14 48:11 50:17
    53:3 54:7 56:10
    57:8 59:20 63:6
    72:16 74:13,16
    75:2 81:4,7 82:5,6
    82:8 83:16 86:18
    86:23 87:11 103:5
    103:6 119:16
    124:15,16,16,19
    124:22 128:4,22
    135:10 139:3,22
    140:8 156:7
    162:18 163:10
    167:8 170:2,16
    171:3 178:17
    180:9 186:8,13,24
    187:4,6 189:23
    202:7,12 205:4,6
    205:19 207:2
    219:18 233:11
    239:17 247:17
    251:1 252:17
    270:13,16 272:3,4
    272:6,22 276:12
    279:8,9 281:22
    284:6 288:6 289:7
    289:15 292:5,10
    293:21 295:21
    305:21,23
**golden** 2:6
**goljan** 100:21
**golkow** 1:13,22,24
**good** 19:9 70:24
    87:23 139:3 140:9
    189:11 200:6

212:1 228:3
230:19 284:1
298:15 307:3
**google** 100:5
**googled** 222:6
**goto** 111:2
**gotten** 20:4 130:8
    199:7 265:4
**government** 119:22
**gpa** 72:15 83:13
**grade** 78:19 95:1
    284:1
**graded** 72:6
**grader** 40:22 42:19
**grades** 71:20 76:4
    76:10 78:24 79:8
    94:5
**grading** 165:7
    274:15
**graduate** 36:7,9
    78:17 80:21 94:2
**graduated** 73:23
    84:18 101:7,19
    221:20,24 222:22
    267:19
**graduates** 1:7 2:19
    11:21 233:8
**graduating** 101:10
**graduation** 25:6,7
    73:7
**grand** 89:3
**grandfathered**
    129:6
**grant** 187:19 194:2
    215:4,14 261:1
    263:15
**granted** 214:21
    262:3
**granting** 3:16
    215:17
**grasp** 94:16
**great** 133:24 134:1
    285:5
**greater** 175:24
**green** 207:14
**grievance** 230:23

230:24 231:7
**grievances** 230:21
**griffin** 96:6
**grocery** 79:20
**ground** 233:12
    281:2
**grounds** 213:14
**group** 30:11,13
    31:18 33:10 38:3
    56:9 118:17
    140:15 141:16
    143:7 175:22
    176:13
**grudge** 107:13
**guarantee** 121:24
    142:5,7 284:9
**guaranteed** 112:3
**guess** 56:15 77:9
    94:17 100:13
    120:9 129:24
    138:23 223:5
    228:15 258:8
**guilt** 262:21 263:13
**guilty** 53:19 59:15
**guy** 299:9
**guys** 59:11 123:1
    144:5 146:11
    272:21
**gym** 111:21

---

**H**

**hadnt** 130:18
**half** 115:10 186:5
    281:7
**halfway** 152:5
    162:11
**hallak** 274:11
**hamburg** 2:6
**hamburggolden**
    2:9
**hand** 247:17
    252:17 307:14
**handed** 236:16
    252:23
**handing** 255:4
    294:3

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Mathew Thomas, Jr., M.D.

handling 153:3
hands 278:22,24
handwritten
  231:14
hang 106:15
happen 218:1
happened 18:4,17
  25:16 52:19 63:4
  72:1 91:11,21
  94:13 108:4 119:2
  120:2 154:15
  155:18
happening 64:11
  92:1
happens 186:9
  190:12 217:24
  293:11
happy 13:2 158:2
  158:10
hard 67:22 69:22
  120:14
harder 134:5
harm 62:4
hasnt 287:7
haven 96:7
havent 20:16 34:14
  34:15 37:2 104:23
  222:4 226:3 230:8
  246:7 270:16
  279:16
head 12:18 13:22
  137:2 304:4
headache 304:20
headed 294:5
headers 179:19
headings 59:24
health 41:11 42:21
  118:16 160:16,19
healthcare 33:15
  35:4 214:7 284:24
hear 23:7 142:17
  194:1 247:4
heard 92:13,16
  101:15 107:20
  118:24 155:2
  193:13

hearing 21:18
  27:19 28:6,9,12
  28:15,18 49:17
  50:19 53:2 59:11
  124:12 131:10
  142:9,13,15
  157:22 168:15
  169:1,11,17
  170:12 174:10
  260:8,14 295:23
  296:1 299:14
hearings 108:2
  295:20
heart 204:11
heatrelated 203:1
hed 111:2
hefty 10:15 294:6
held 16:3 71:4
  106:24 147:21
  186:17
hello 211:8
help 157:6 169:21
  247:10 266:9
  270:18,19 271:2,4
helped 111:2,13
hepatology 275:15
hes 59:15 103:22
  103:24 110:20
  118:3 119:19
  138:10,11 156:16
  157:2,3 201:16
  202:5,11,16 203:9
  274:20,22 275:14
  288:8,10 289:23
  292:10
hhc 41:11 267:22
  276:10
hi 191:5 212:9
  289:20
high 69:19 70:8,21
  71:12,14 72:6,16
  72:18,23,24 73:11
  79:9 83:15 271:16
  295:23
higher 72:14
  171:12 174:3

175:17 201:11
  204:20 208:14
hinder 205:5
hired 26:23
history 3:18 70:19
  158:13 159:11
  211:18 242:15
  256:18 258:5,21
  258:21 259:17
  260:3,22,22
  266:20 269:5
  270:8
hit 13:22 35:3
  205:10 207:3
hoc 47:9
hold 107:13 120:17
  205:4,12 282:13
holidays 115:13
holland 2:7 3:4
  11:6,12,14,14,22
  16:6 70:23 71:7
  148:3,24 186:19
  187:15 232:23
  304:24
hollandmp 2:9
home 21:4 78:12
  80:3 96:15 168:18
  193:16 284:19
honest 163:13
  216:5 218:20
  222:12 223:14
  224:2,12 286:20
honestly 34:14 43:7
  46:23 52:21,23
  65:21 93:5 138:8
  226:23 283:24
  284:6
honor 73:1,1,4
honors 72:22,24
  79:3
hooked 111:3
hope 166:22 212:2
  216:14
hoping 173:21
  191:11
hopkins 74:5,15,19

81:5
hospital 20:2 30:9
  41:11 42:21 95:21
  96:6,9,11 247:3
  266:4 267:24
  271:13 273:24
  274:21,23 276:22
hospitals 118:16
  276:14
hour 38:8,13 42:18
  42:19
hourly 38:9,10
hours 37:10,17,19
  44:15 47:8 55:19
  63:1 104:7 152:11
  227:5 231:2
house 19:20 161:21
housewife 21:16
  33:2
hr 231:6
huda 112:23,23
hundred 39:17
  42:13 71:21 72:11
  105:11,13
hungary 75:10 77:6
  77:7 82:17,19
  83:7
hurdle 223:6
hurdles 220:23
  221:1 271:9
hurricane 90:10
hurt 194:19
husband 102:1,1
hypothalamic
  202:24

─────────
          I
─────────
iba 93:7
id 56:6 57:17 60:7
  106:11 122:23
  134:5 135:11
  211:14 215:13
  223:12 237:19
  242:12 247:16
  257:5 267:8 276:8
  276:12 279:18,23

285:6 294:21
  295:4 296:15
  301:3
idea 74:9 83:3
  92:12 114:17
  222:12,13
identification
  148:1 236:13
  247:21 252:20
  255:1 293:24
identity 300:21
  301:6
ii 36:3
ill 15:22 32:21
  37:22 57:23
  108:11 141:23
  145:14 171:1
  224:8
illinois 98:8,14,15
illness 203:1
illustrating 226:10
im 11:14,17 14:17
  16:20 27:24 30:16
  33:3 36:2,23
  37:15,16 38:23,24
  39:7 40:2,6 42:14
  48:11 49:10 50:5
  53:12 55:3 56:3
  58:5 59:11,16,16
  63:6,9,23 66:17
  76:8 88:22 89:22
  104:20 110:14
  117:9,14 120:19
  124:14 125:7
  128:18,24 130:5,9
  132:15 133:24,24
  135:4 137:13
  138:6 139:20,20
  145:19 151:10
  156:20 158:2
  162:21 163:8
  164:23 170:2,11
  170:13,17 186:3
  192:17 194:13,22
  195:23 198:2
  203:5 205:10

Confidential - Mathew Thomas, Jr., M.D.

Page 324

212:13,18 216:23 217:12 221:10 223:21 224:6,7 229:4,22,23 230:18 231:2 233:11 235:23 238:15 247:17 252:11,17 255:4 257:9 260:11 265:8 266:4 270:16 272:5 276:6 278:1 281:3 284:6,24 285:11 285:12,13 288:6 289:11,12 291:12 291:19 293:15 294:3 296:12 297:17,19 298:9 305:3
**images** 197:6
**immediately** 195:17
**immunology** 283:13
**impact** 204:14,22 272:11
**impair** 13:15 304:8
**imperative** 308:8
**important** 12:11,15 23:6 172:15,16 280:22 305:5
**impression** 167:13 174:1
**inability** 161:10
**inaccurate** 305:16
**include** 266:23 267:2
**included** 204:9 232:14 251:5,16 251:19 254:21 257:16
**including** 31:11 37:14 51:7 124:11 199:15 200:2 202:21 226:12 256:17 260:8

**income** 39:10 227:10 228:22
**incomplete** 305:16
**increase** 197:7
**increased** 192:19 197:1
**increasing** 124:23
**incur** 285:15
**incurred** 272:24
**indeterminate** 3:13 10:16 102:5,7 105:8 107:16,18 108:3,17,24 109:11 157:24 173:3 182:19 192:8,12 196:11 233:20 234:11 239:10 244:20 291:4,6 292:2 293:2,5 294:8 303:3
**index** 3:1,8 4:1 5:1 6:1 7:1 8:1 9:1 10:1
**india** 22:12,14,16
**indicate** 161:19
**indicated** 25:11 35:22 169:2 228:5 245:5 307:5
**indicates** 189:15
**indicating** 252:6
**indies** 84:11,13
**indirect** 59:14 111:6
**indirectly** 31:21
**individual** 218:14 255:20
**individuals** 170:21 214:21 299:16
**infectious** 134:4
**influence** 23:20,24 24:2,7,14
**information** 35:4 134:17 158:5 162:10 165:19 167:10 170:24

171:3 175:2 177:6 179:1,13,17,18 182:7 191:6 193:19 197:22 204:16 211:17 212:19 214:1 238:2 248:21 254:16 256:17 287:4 290:4 296:23 299:23 300:3 306:6
**informed** 150:15 198:14 234:10
**informing** 255:8
**infringement** 51:4 59:10
**initial** 48:20 260:13 295:23,24
**initially** 48:19 234:15
**inperson** 173:24
**inquire** 178:16
**inquiries** 165:14
**inserted** 295:3
**instance** 244:13
**institute** 32:19 33:12 40:10 96:4
**instructions** 188:4 308:1
**instructor** 32:19,21 32:23 35:23 36:2 36:21 40:20,21
**instructors** 44:2 47:2,12,16
**insufficient** 213:14
**insurance** 62:16
**intact** 247:11
**intended** 185:22
**intense** 177:22
**intent** 240:14
**intention** 181:17 245:5,16
**interest** 81:23 82:16 271:8 280:17
**interested** 307:12

**interests** 63:15
**internal** 220:16
**interpretation** 204:10
**interrupt** 76:8
**intervening** 217:1
**interview** 70:4 153:12,16,17
**interviews** 65:11 66:12 67:3,7,13
**intricate** 283:4
**introduce** 11:8
**invalid** 49:22 108:3 238:13 239:11,19 263:23
**invalidated** 238:16 289:11
**invalidating** 229:6
**investigation** 150:17 151:5,9,17 151:18,20 152:1,3 152:8 154:18 253:21
**involved** 19:17 31:2 46:24 50:19 53:18 73:5 154:23 263:22 279:2 281:18 283:17
**irish** 18:21
**ironic** 94:16
**irregular** 10:17 158:1 294:8 302:8 302:12,18,21,24
**irrelevant** 272:2
**island** 2:3 17:22 18:9 19:21 20:1 21:7 22:5 24:12 71:15 88:15 91:19 92:21 276:23
**islands** 82:21
**issue** 23:11,12 53:24 61:15 130:17 187:3 197:10 222:3 249:22 262:19
**issued** 238:8

**issues** 19:3 33:14 33:22 34:22 49:9 91:23 178:15 184:7,17 186:9,12 186:23 189:22 191:20 196:21 222:10 226:4 231:3,6,7 281:2 285:15
**italicized** 59:22
**itd** 110:10
**items** 14:23,23 15:4 16:9 131:21,22,24 148:15 164:21 165:14 166:2 175:7,16,18 176:1 176:5,8,15 197:1 199:4 201:5,7,11 201:13 204:23 205:1 229:8 231:8 232:18
**ive** 33:18 51:16 61:9 69:4 82:15 101:15 104:14,22 146:10 168:12 222:21 236:16,17 237:15 258:6 264:15 265:4 267:22 270:11 271:5,12 273:18 276:9 291:11 294:4

- - - - - - - - - - - - - **J** - - - - - - - - - - - - -

**jail** 119:18
**janet** 5:6,8 6:6,14 131:5 133:10 134:21 161:7 180:5
**january** 1:10 89:12 128:23 129:8 130:3 206:13,13 206:15,21 207:2 208:24 209:5 211:23 212:9 217:19 238:8

Confidential - Mathew Thomas, Jr., M.D.

243:18,21 277:14
  277:15 307:15
**jersey** 40:17 41:5
  92:20 113:17
  117:16
**jijoe** 290:10,12
  291:16 292:12
**job** 42:4 44:4
  144:15 145:16
  146:13 153:16
  226:23 227:1
  229:23 230:7
  284:21
**jobs** 40:12 41:21
  79:11 80:6 96:12
  126:20 128:9
  221:11,16 230:6,8
  230:11 285:7,12
**john** 18:19 19:2
**johns** 74:5,15,19
  81:5
**joseph** 228:18
  290:14
**josephs** 160:20
**journey** 220:24
**joy** 114:23
**jr** 1:2,12 2:2,3 3:4
  3:17,20,21 4:4,6,8
  4:10,11,14,15,19
  4:22 5:4,8,10,12
  5:14,16,20 6:4,11
  6:16,18,20 7:4,6
  7:10,12,14,16,18
  7:20 8:4,6,8,10,12
  8:18,20 9:7,8 11:1
  18:1 160:14 214:5
  226:11 310:15
**judge** 60:3 293:9
  293:10
**judgment** 3:16
**july** 65:13 117:24
  149:18 150:3,8
  151:1 187:17
  188:8,19 189:3
  232:4
**jumped** 140:5,7,7

206:16
**june** 94:4 117:21
  117:24 181:10
  186:4
**junior** 73:24 78:5
**justified** 61:11
**justify** 281:2

## K

**k** 136:17
**kaplan** 40:16,19,24
  41:5 42:15,16
  44:13,14,16,21
  45:1 47:6 51:20
  70:8 97:15,18,21
  98:3,11,24 99:1
  100:17,21 101:3
  147:5 227:4 263:5
  274:12,18 275:3
**kara** 239:4 248:7
  248:17 249:2,3,3
**katz** 294:12
**keep** 15:15 62:19
  63:7 76:23 108:13
  110:8 121:16
  187:12 197:8
  208:13 225:7
  246:11
**kelly** 10:10 249:4
  249:11,16 260:13
**kept** 78:4 97:4
  107:12 186:22
  226:8
**key** 249:22
**kicked** 258:12
**kid** 126:21 128:8
  223:24
**kids** 21:9,11 162:6
  285:8
**kin** 307:11
**kind** 34:1 36:4 41:2
  55:7 62:18 70:16
  73:8 74:10 81:20
  94:15 101:24
  102:14 103:7,10
  110:23 111:4,6

113:7 118:14
  143:13,13 154:17
  170:5,9 190:2
  200:5 230:11
  264:7 293:19
**knew** 74:11 76:24
  82:4 83:7 87:10
  102:20 105:7
  106:14,22 166:1
  167:11 189:23
**know** 13:6 16:24
  37:15 39:8 46:3
  48:5,8 54:6 55:8
  58:6,7 60:15,22
  61:2,17 74:7
  76:21,21 84:12
  87:3 89:23 90:4
  92:10 93:1,3 95:1
  95:6 97:24 99:19
  100:9,10,12,14
  101:3,14,16,18,21
  102:4,19 104:10
  105:1,2 106:10,10
  107:2,15 108:1,4
  108:15 109:12,22
  109:23 110:4,6,12
  110:20 112:15
  117:2,3 118:21,23
  119:2,12,22 120:7
  120:8 133:8
  138:17 141:3,11
  146:23 152:6
  153:8 154:9,11,20
  154:24 156:16,21
  156:22 167:3
  168:20 171:6
  180:22 183:18
  184:4 185:15
  190:15,16 191:8
  193:8 194:15,18
  216:7 218:14
  222:4 223:23
  224:11,24 238:20
  241:19,22 242:18
  245:14 266:3
  267:8 268:4,5

271:13 278:17
  286:20,21 287:3
  288:8,16 289:21
  292:7 293:18
  300:8
**knowing** 64:1
  139:8 285:2
**knowledge** 123:17
  139:23 140:10
  197:21 223:1
  246:11,17 247:2,6
  268:8,11 269:10
  269:12,13 270:17
**knowledgeable**
  281:4
**known** 54:2 139:24
  233:8 295:19
  299:9
**knows** 292:9
  293:14,15

## L

**l** 2:12,12
**lab** 36:2,2 94:24
**labeled** 133:3
  148:16
**labeling** 132:16
**labels** 135:1
**ladies** 111:21
**laid** 278:22,24
**landline** 288:14,15
**large** 54:12
**lasted** 250:1
**late** 91:2 92:2 264:9
**lately** 222:7
**lauren** 1:15 307:18
**law** 294:15,17
  295:8,11,18 296:8
  296:12 297:1
  298:22 299:2,5,6
  299:9,19,24 300:2
  300:15 302:1
**lawsuit** 16:19 17:19
  18:4,6,12 20:19
  26:16 216:14,15
**lawsuits** 17:6 18:23

19:12
**lawyer** 18:10,14,24
  19:1,3,6 26:21,22
  26:24 35:14
  225:24 226:1,2
**lawyers** 18:7,23
  27:2 104:3 293:18
**lead** 278:20
**leading** 151:22
**learn** 100:3 111:18
  147:9 283:20
**learned** 207:16
**learning** 283:20
**leave** 77:1 85:3,4
  87:9 115:2 219:18
  221:15 258:13
**leaving** 90:7 103:16
  153:17 180:10
**lecture** 47:3,7
**lectures** 47:1,19,22
  56:11 111:9
  290:22
**led** 260:10
**left** 15:19 77:4,7,12
  77:13,13,19 96:17
  100:21 103:15
  106:8 116:6 117:2
  117:6,8,12 118:21
  124:14,14 152:23
  180:15
**legal** 33:14,22
  34:22 35:10,13
  49:4 59:1 60:17
  61:3 119:23
  213:19 248:16
**legally** 61:17
**legitimate** 61:15
  300:7
**legitimately** 58:17
  146:5
**length** 136:6,8,18
  198:24 253:15
  254:8
**leone** 92:18
**letter** 3:21 4:9 5:18
  6:8,10 8:16,20

Confidential – Mathew Thomas, Jr., M.D.

Page 326

10:11,13 66:20
102:14 149:24
150:5,13,14,24
151:22 152:4
159:9,17,20 160:7
161:6 162:19
163:3 164:19
173:8 174:12,13
174:16 175:6
177:4,11 179:8
181:18,24 182:5
183:3,6 185:12,12
202:17,20 203:19
209:22 210:1
216:9 231:10
232:2,6,6,7,13
238:19,23 239:7
239:15,21 251:6
251:12,18,20,24
252:2,5,9,13,24
253:12,14 254:21
255:6 256:3,11,15
273:15,20 274:4
274:10,24 275:5
275:17
**lettering** 55:4
**letters** 27:20
225:19 231:12
273:8,12,16 274:8
275:7,20 276:3,4
276:8,14,18
**level** 50:13 54:12
72:14 144:10
174:3 267:10
**lewis** 2:12
**liberty** 1:13
**license** 24:22 25:13
**licensed** 245:12,17
**licensure** 214:19
215:1,16
**lied** 120:7,10
**life** 82:9
**lightish** 55:1
**liked** 110:19
**limb** 270:5 273:16
**limit** 208:22 214:17

214:20 215:9,15
217:11
**limited** 69:21
226:13
**limiting** 215:7
**line** 149:11 169:23
170:4 203:14,14
214:5 309:4
**liners** 136:4
**list** 14:23 15:14
79:5 110:9 181:20
227:24 228:7
**listed** 191:7 277:9
277:13
**listened** 92:22
**listing** 225:11
**lists** 54:23 191:14
**literally** 283:20
287:17
**litigation** 40:1
271:23 272:1
292:3,4
**little** 12:8 50:15
64:14 70:24 93:9
95:4 111:15 127:8
236:21 241:3
247:12 282:23
283:15 285:8
**live** 21:8 98:17,22
113:22 114:2,5,8
114:16 161:24
162:2,6
**lived** 78:14,15
91:19 106:4 114:6
**lives** 286:6
**living** 78:12 79:21
106:5 114:12,13
**loans** 80:9,11
285:13
**local** 157:4
**located** 98:8 113:14
288:9
**locations** 190:22
191:13
**locked** 155:23
156:3

**log** 42:11 54:22
**login** 54:21,22
**london** 93:19
**long** 12:6 24:11,24
32:10 40:23 54:10
84:22 124:22
138:16 189:7
202:18 220:14
265:16 287:8,23
299:21
**longer** 137:12
**longrun** 220:11
**longterm** 154:18
**look** 28:1 51:6 56:4
60:7,14 121:18
130:22 131:12
139:10 157:21
169:22 224:17
242:17,19 246:5
251:18 271:17
277:5 287:11
301:3
**looked** 54:20 84:8
177:20 222:23
237:15 239:20
245:24
**looking** 14:19 55:3
57:16 63:23 67:24
167:2 194:23
237:8 242:22
243:16 244:2
251:3 296:12
297:17 298:4,13
**looks** 229:11
**lose** 24:22 66:15
78:5 82:24
**loss** 250:3 264:24
**losses** 272:23
**lost** 72:17 129:18
265:5
**lot** 20:9 56:8 67:16
73:5 76:13 77:6,8
78:4 87:21 102:23
103:14 105:16
108:2 110:6
124:24 126:5

127:20 133:1
139:9 141:7 153:9
197:14 203:6
225:20 267:8
268:1 269:14
280:11 282:12,20
282:20,22 283:3
285:14 286:22
295:20
**louis** 18:18
**lower** 39:16 79:8
171:12
**lpn** 29:23 36:11
**lubrano** 36:16,17
36:18
**lucky** 220:18
**lunch** 147:23
**lying** 104:17 120:16

_____ M _____

**m** 1:13,15 3:4 11:1
48:4 157:17
160:14 164:13
214:5 306:13
310:15
**machine** 307:7
**mail** 161:20 162:18
**mailing** 161:11
**main** 60:2,20,22
121:14 137:23
278:13
**maine** 90:13,14,15
90:20 160:21,22
**major** 35:5 49:9
50:7 77:5 80:13
80:22 81:3 85:23
170:11
**majority** 115:3
225:1
**making** 49:5 51:5
193:21 220:9
231:17 239:10
242:9 285:9,11
**manage** 30:22
**managed** 20:2
**manchester** 90:24

91:6,11,12 95:14
275:13
**maneuver** 53:5
**manhattan** 16:23
**manjit** 110:3
**manjits** 110:4
**manner** 205:14
266:15
**manu** 149:12,14
248:8
**mar** 93:7
**march** 121:11
217:21,21 232:6
238:13,20 239:2
239:19 251:6
252:10,14 254:22
**margins** 232:12
**mark** 252:18
**marked** 9:14 10:2
148:1 236:13,17
236:18 247:21
252:20 255:1,5
293:24 294:4
**market** 1:14 2:7,13
**marketing** 30:4
**marking** 247:18
**married** 126:20
**masters** 74:21
90:17,19 160:16
160:19,22 228:11
**mat** 185:20 186:11
191:5 194:13
207:13
**match** 63:18,24
64:8,20,23 65:3,6
65:6,9,16,20,22
65:24 66:19,24
67:2,7 68:6 69:18
124:10 217:20
218:5,18
**matched** 66:24
**matching** 69:15
218:8
**material** 56:10
279:8,17
**materials** 46:16

Confidential - Mathew Thomas, Jr., M.D.

51:2 97:18 100:24
164:2 179:4 225:4
226:6 227:15,18
**math** 143:23
**mathew** 1:2,12 2:2
2:3 3:4,17,20,21
4:4,6,8,10,11,14
4:15,19,22 5:4,8
5:10,12,14,16,20
6:4,11,16,18,20
7:4,6,10,12,14,16
7:18,20 8:4,6,8,10
8:12,18,20 9:7,8
11:1,10,11 18:1
160:14 212:5,5,19
214:5 226:10
237:20 310:15
**mathews** 212:15
**matter** 47:4 55:15
133:23 135:1,1,3
137:7,9 163:23
212:7 228:24
237:13 248:16
254:22 255:17
260:19 270:22
282:6
**matters** 58:13
133:21 211:12
**matthew** 18:15
19:1,5
**matthews** 88:11
89:1 90:7,8 93:3
93:24 97:17
114:10 161:3
228:19 237:23
**mature** 281:3
**maureen** 2:7 11:13
**mcat** 81:14 83:15
85:18,19 90:2
**mcats** 81:24
**mcenroe** 2:13 3:5
11:17,18,18 15:24
71:2 147:19 148:9
186:15 187:10
233:4,6 236:15
247:23 252:22

255:3 294:2
303:14,17 305:19
**mcny** 32:23 33:5
36:19 37:22 38:14
229:14
**mean** 19:7 26:20
40:4 45:17 53:10
59:23 61:2 62:9
65:1 67:17 68:10
72:5 76:9 84:5
85:8 96:24 99:22
101:16 103:1
104:18 107:7
120:11 122:5,13
122:13 124:2
126:22 127:18
136:11 151:17,24
153:5 192:20
195:22 208:22
220:3,4 222:22
230:5,20 261:22
263:3 268:20
278:5 284:13
**meaning** 24:11
29:4,7 85:9 97:17
102:7 143:6
261:23 263:4
**means** 127:21
141:18 144:21
179:11,12 192:7
202:15 203:15
209:2 223:21
284:15 303:3
**meant** 282:8
**measure** 144:17
145:18,24 146:2
147:14
**measured** 146:11
**measures** 145:10
**med** 70:13 82:4,6
83:9 90:18 96:23
97:14 147:3
226:23
**media** 136:13
196:22 197:13,14
198:22,23 199:21

**medical** 1:5,7 2:11
2:19 10:6 11:16
11:20 19:23 25:7
25:9 30:10,12
31:18 33:9,14,22
34:21 37:4 38:3
38:21 39:1,2,3
40:13 41:9 48:9
63:17 82:14 83:3
83:11,22 84:2,3,6
84:15,19 85:22
86:9 94:6,18 95:2
96:13 98:9,21
140:2 147:4,5
161:1 186:9,12,23
191:20 204:12
221:19,21 222:7
223:3 231:24
233:8 237:2,4
246:11 254:17
255:8 256:19,22
258:22 260:1
277:12 278:4,6
**medically** 189:23
**medications** 13:15
13:24 201:24
**medicine** 63:11
77:20 81:10,23
82:16 89:2 95:13
101:22 146:16
147:2,16 171:7
197:7,23 202:9
220:16 221:7
245:6,17 246:4
265:18 272:6
278:12 284:5
**meet** 29:15 212:10
250:14 267:23
**meeting** 10:7
152:18 169:4
212:6 237:3
255:18
**member** 260:6
**memory** 13:15
304:8 305:14,16
**mention** 61:22

**mentioned** 19:11
19:15 38:1 46:20
61:20 163:6
245:16 249:10
262:20 263:17
280:16 291:15
292:8 299:8 304:3
306:5
**merit** 1:15
**message** 27:13
287:20 288:21
**messages** 287:15
289:6
**messed** 94:22
**met** 233:5
**methods** 97:6
**metropolitan** 32:22
33:4 36:20 40:11
**mhsa** 160:14,15
214:6
**michigan** 98:10,10
98:21
**micro** 134:4
**microbiology**
283:14
**middle** 66:9 108:22
115:12 135:19
166:16 193:23
194:9 195:3
217:21 277:23
**midway** 174:18
184:2 186:3
190:20
**midwest** 26:24
**mind** 51:7 137:6
149:1 202:2
259:20
**mine** 21:22 83:6
102:8 290:17
**minimal** 56:8
**minimum** 279:17
**minor** 81:11 204:4
**minute** 124:14
**minutes** 288:1,2
**misdemeanor**
24:15,17,18,20

**missed** 115:12
140:4
**missing** 95:17
135:14 229:13
230:2
**mistake** 97:5
**mistaken** 156:20
192:18
**mistakes** 28:22
**misunderstood**
145:13
**mixing** 65:24
**moment** 217:13
**monetary** 264:24
**money** 44:9 66:2,16
66:18,21 112:4,7
113:5,7,11 219:20
220:8 227:11
264:20 265:1
**monsignor** 71:14
**month** 12:8 16:15
31:8 115:10
138:14 186:4
189:5,12 195:12
**months** 25:1 32:13
42:2 130:4 138:19
173:8 183:5 185:3
234:16 235:4
253:19 279:18,18
284:18
**moore** 1:15 307:18
**morgan** 2:12
**morganlewis** 2:16
**morning** 212:1
**mother** 29:23
**motion** 3:16
**move** 61:22 88:1
118:4 172:12
192:2 219:12,13
257:5 275:24
**moved** 114:6
117:22 292:10,17
292:19
**moving** 35:21
118:3 172:20
205:5

Confidential - Mathew Thomas, Jr., M.D.

Page 328

**mris** 187:7
**multiple** 59:5 67:8
68:3,11 69:10
70:1 121:11 125:5
126:20 128:9
218:9 265:5
**muslim** 103:24

**N**

n 140:15
**name** 11:9,9,10,13
17:24 18:20,21
22:2 26:23 32:7
34:17 73:10 77:11
77:18 88:5,23
92:11,16 96:3
108:22,23 109:23
110:5,7,17 112:20
112:22 114:11
149:14 156:14,21
156:22 157:24
160:14 193:15
233:6 237:19
286:18,21 290:13
292:13
**named** 210:7
262:15
**names** 108:14
109:10,19 110:10
185:2 272:19
286:23 292:14
299:15
**national** 1:5 2:10
11:15 170:21
**nature** 286:24
**nbme** 3:13,14,18,18
3:20,22,22 4:5,5,7
4:7,9,10,10,12,14
4:16,16,18,20,20
4:22,23 5:5,5,7,7
5:9,9,11,11,14,15
5:17,17,18,19,21
6:5,5,7,7,9,11,11
6:13,15,15,17,17
6:19,19,21,21 7:5
7:5,7,7,9,11,11,13

7:13,15,15,17,17
7:19,19,21,21 8:5
8:7,7,9,11,11,13
8:13,14,15,15,15
8:17,19,19,21,21
9:5,5,7,9,11,11
49:6 51:20 52:22
54:1,14 57:15
59:8 98:2 99:8
107:3 109:1
110:13 120:23
121:7 123:9,16,16
127:6 134:24
138:13 145:8
151:6 158:19
159:22 172:18
182:5 195:21
196:6,23 211:17
240:18 261:9,13
262:18 272:22
281:23 302:24
**nbmes** 50:8 54:12
295:3
**near** 190:22 191:7
278:10
**necessarily** 143:15
292:2
**necessary** 197:22
308:3
**need** 60:14 85:18
85:19,23 89:20
90:4 91:8 136:1
147:3 186:7 189:5
192:19,20 202:4
202:13 246:18
266:7,10 268:7
272:20 273:8
280:9 284:9 285:5
287:21 289:4,13
306:7
**needed** 43:20 47:9
80:6,24 105:20
189:24 289:8
**needs** 19:10 242:1
247:10
**neeru** 88:6,8,9 93:8

101:18
**negative** 229:21,22
**negatives** 230:3
**negligence** 54:5,12
59:7 262:16
**neither** 27:2 307:11
**never** 51:10 69:4,9
69:11 84:3 87:8
92:16 93:16,21
94:14 97:2 101:9
105:5 106:18
113:6 134:8
139:11 167:5,6
200:15 205:3
215:22 225:12,13
225:15 227:17
229:20 230:20
271:5 293:20
**new** 16:23 17:12
18:4,7,17 21:7
22:5 24:10,11,12
24:12 32:23 33:5
36:20 40:12,16
41:5,10 42:20
75:20 91:22 92:6
92:20 95:16,18,23
96:1,7,8 113:17
117:16 118:9
128:17 192:22
199:15 201:8
204:9,22 208:9,23
209:11,14 212:19
214:22 215:1,16
215:20 216:2
219:2,4,6 223:5
223:18 245:6,11
277:12
**newark** 41:7
**newer** 92:18 276:14
**news** 91:21
**night** 36:10 194:23
**nine** 202:17 227:21
243:23
**nitpicking** 282:23
**nmbe** 6:9 259:6
**nodding** 12:17

**nonexposed** 176:15
**normal** 104:2
**northport** 95:20
96:10
**northwest** 98:8,20
**notary** 307:3,19
310:22
**note** 40:22 42:18
274:14
**notebook** 101:5
**noted** 188:4 218:6
308:7 310:11
**notes** 177:21
231:14,15,16,18
**notice** 3:15 10:5
14:12,19 28:22
29:1 126:4 146:18
160:13 162:10
185:21 224:15,19
307:4
**noticed** 29:3 59:19
228:11
**notification** 158:21
164:2
**notify** 164:8
**notion** 258:9
**november** 17:1
21:3 115:7,23
164:3 165:24
**number** 15:10
37:19 69:21
131:17 133:13
136:21,23 139:18
140:9,19 156:24
157:4 159:21
165:5 168:19,21
181:19 195:21,24
196:24 201:11
204:11 211:14
224:22 225:3,10
225:16,22 226:5,9
227:14,21,24
228:3,7,21 236:21
237:19 251:10,17
255:7 280:17
288:12

**numbered** 148:12
182:5 298:8
**numbers** 10:5
51:24 109:13
127:17,19 133:2
134:1,11,13
143:14 145:3
148:17,20 220:3
295:4 296:22
297:20,20 301:14
**nursing** 32:20
35:22 36:5,9
38:12 40:11 80:3
96:15 229:14
246:13
**ny** 2:3

**O**

**oasis** 15:14
**oath** 14:4 16:11
28:11 71:9 148:5
170:14 291:19
303:19
**obgyn** 95:14,17
96:10 171:7 202:9
**obligation** 14:7
**observation** 125:4
125:8 127:11,13
127:15 131:6,8
134:22 169:6,10
169:15,18,19
170:19 171:18
172:2,4,6,14
**observations** 49:18
170:20
**observership**
276:13
**obtain** 184:4
250:11
**obtained** 208:1
**obviously** 91:20
101:20 202:6
221:1,4 267:18
**occur** 19:19 24:9
25:3
**oci** 22:11

Confidential - Mathew Thomas, Jr., M.D.

october 163:9
  164:13 252:5
odd 226:21
offer 155:11
offered 191:23
  193:20 206:12
  279:22
office 92:19 156:4,5
  156:6
officer 41:18,19
  210:18
offices 1:13
official 159:8,9
  307:14
officially 37:14
offsite 30:10
oh 125:1 232:15
okay 12:20 13:3
  15:18 20:6 23:13
  23:14 88:2 131:19
  132:11 135:22
  140:24 147:18
  148:23 174:4
  179:21 180:1
  198:20 203:4
  206:17,19 229:10
  233:17 237:10
  279:19 297:22
  305:10
old 87:2 101:4
  177:21 209:12
once 17:9 56:24
  65:23 66:5,23,24
  79:6 81:17 88:3
  95:4 102:22 104:2
  105:17 173:7
  195:10 217:4
ones 60:11,21,23
  127:16 137:1
  191:1 209:12
  219:8 275:23
oneweek 193:8
online 27:6 98:1,2
  99:1,2,9,13 100:5
  225:8
open 67:21 155:24

156:7 161:10
  223:20 279:5
opened 161:18
  293:19
operations 31:1
opinion 127:16
  259:10
opportunity 125:12
  128:11 233:22
  234:2,6,15,18
  269:2 301:21,24
opposed 169:7
opposite 205:9
optima 41:23 42:1
  42:5 43:1 44:9,11
  44:21 45:1,7,11
  45:12,13,19 46:9
  46:12,15 49:12
  50:19,24 51:19
  52:4,7,10 54:19
  56:13 62:22 64:12
  66:9 99:15,24
  102:14,18 103:20
  105:7 106:6,7
  110:3 111:19
  112:2,24 113:14
  114:3 115:6,16,24
  117:8,11,16 119:5
  119:24 122:16
  129:13 142:10
  145:9 151:6
  152:12 155:17
  156:15 158:3,9
  165:3 167:10,12
  167:13,16 175:12
  178:1 226:12
  227:12,14 229:16
  257:24 258:20
  260:9 261:24,24
  262:17 263:8
  285:23 286:3,5
  290:6,16,18,19,21
  299:13
optimas 287:2
option 185:9
  284:19

options 79:20
  159:14,15 191:16
oral 76:13,13,14
ordeal 109:2 127:5
order 3:16 65:6
  188:14,21 224:11
  224:14 225:14
  241:24 245:12
  273:6
ordered 225:13
organization 111:5
  284:24
original 60:6
  110:24 163:2
  182:2 205:7 308:9
originally 95:13
  153:15 179:24
  190:1 204:2
orlando 90:1,11
ortho 63:16
orthopaedics 274:2
orthopedic 102:2
  273:23
outcome 204:15
  212:17 307:12
outliers 141:17
outlined 49:8
outside 51:21 88:15
  92:21 93:19 98:10
  156:4 269:8
overall 131:24
  197:20 204:15
overcoming 271:9
overnight 79:19
overseas 117:15
overturn 182:2
overview 233:18
owed 265:2 272:17
owner 43:13 158:4
ownership 146:6

P

p 2:6,7,12,13
  164:13 306:13
pa 2:8,14
pace 197:8

package 162:22
page 3:3,9 4:2 5:2
  6:2 7:2 8:2 9:2
  10:2 55:10 62:3
  135:6,6 136:4
  149:19 159:3,7
  166:17 169:22
  174:19 181:5
  182:5 184:3 185:6
  185:6 186:4
  190:21 191:19
  193:6,10,24 194:6
  194:9,12 195:3,20
  195:24 196:23
  200:24 207:13
  210:4 211:7 212:1
  214:11 224:21
  241:5 242:13
  248:3 249:14
  251:9,22 277:11
  296:21 298:10,12
  298:13 309:4
pages 159:16
  174:15,18 298:7
  300:11 310:6
paid 43:2 68:20
  119:9 226:19
  287:7
pain 20:7,9,12
paper 141:23
  142:18 225:5
  269:8
paragraph 62:3
  159:20 163:5
  170:3 183:1
  196:24 201:1
  202:22 203:22
  213:9 241:18
  295:3,5 296:5,7
  296:16
paragraphs 177:4
  202:17
paraphrase 241:23
paraphrasing
  239:14
parentheses 201:4

211:11
parents 21:10
  29:18 74:7 80:12
  91:18 161:21
  162:2,5 190:23
part 39:1,3 50:23
  54:5,13 59:7,16
  90:17 97:16 107:8
  118:4 122:7
  125:11 133:13
  135:21 149:20
  167:2 175:14
  181:15 198:3
  208:19 217:22
  221:23 275:5
partially 41:22
participant 278:20
participate 64:19
  65:8,14,20
participated 64:4
particular 209:3
  233:15 291:16
  292:3 296:15
  299:15
parties 79:15,16,17
party 19:13 180:6
  307:11
pass 15:17 69:3,7
  70:7,15 94:18,20
  95:5 98:7,13
  101:4,8 113:12
  144:19 146:5,24
  147:4,6,12 173:4
  192:19,21 200:5
  204:15,18 240:3
  241:8 242:2 253:7
  255:12,22 268:13
  280:23 282:4,9
passed 51:15 63:8
  63:20 64:3 65:12
  68:16,24 86:16,17
  87:13 94:8 99:20
  100:2 112:8
  126:22 129:19
  145:2,4,5 193:6
  199:22 206:7

Confidential - Mathew Thomas, Jr., M.D.

Page 330

243:7,18 252:6
266:24
**passes** 146:15
147:15
**passing** 112:3
140:4 177:8
192:18,24 242:6
244:14 250:6
251:19 280:17
**pat** 32:5
**paterson** 113:24
114:6
**pathology** 283:13
**pathophys** 94:9
**patient** 31:5,6,23
40:21 42:18
274:14 278:4,21
278:23 282:22
283:5
**patients** 30:23 31:8
278:15,17 279:1
285:1
**patricia** 32:8
**pats** 32:6
**pauls** 32:20 35:21
36:5 38:11 40:10
**pay** 66:3 112:5
119:16 225:14
226:13,17 227:10
**paying** 76:16 80:7
226:18 285:12,13
**payroll** 41:3 44:14
96:18
**pdfs** 161:10,18
**pecuniary** 62:6
**pediatrics** 95:16
96:10
**pedro** 88:14 90:9
**peds** 171:8 202:9
**peers** 101:6
**pending** 13:8 18:9
45:10 246:8
249:23 306:5
**pennsylvania** 1:1
1:14 293:16
**people** 31:9 46:15

46:21 54:15 56:9
67:16 70:5 76:23
83:7 85:15 86:12
87:22 90:16 93:2
100:17,19,20
101:10,16 105:3
106:11,19 107:16
107:17,21 108:10
109:17 111:3
112:15,17 113:9
113:23 114:14
116:17 138:24
141:18,20 142:3
142:20 174:3
195:12 218:14
230:19 266:3
267:8,18,23 269:6
269:14,21 270:5,9
270:12,13 271:12
271:20 286:22
**perceive** 151:17
**percent** 125:1
131:21,23,23
141:13,14 142:3
164:20 175:7,15
175:17 197:2,5
201:4,10 202:2
232:17 297:6,9,11
297:11,13,22
298:2
**percentage** 131:13
131:15 132:8,9
140:22,23 143:9
201:13 297:5
301:5
**percentages** 144:7
**percents** 134:12
**perfectly** 13:4
**performance**
158:22 175:22,24
204:13 208:3
**performed** 139:15
**period** 61:14 84:6
129:10,15 138:16
183:19 184:9,22
185:16,22 188:13

195:13 234:15
240:5 241:10
242:3 253:9
255:15,24 265:13
**permission** 185:9
**permit** 183:23
185:24 188:15,22
189:5,13,20 190:6
190:8 191:3
**person** 12:12 21:17
21:20 23:11 34:12
43:14,17 46:8
53:20 82:11 135:7
144:14 145:22
146:3,4,6,19
155:13 156:15
164:3 210:10,21
212:7,11,16
233:22 286:7
289:23 295:20
**personal** 176:21
179:6 184:7,16
226:19 251:23
286:6 301:17
**personally** 260:20
295:16
**persons** 34:17 51:7
**perspective** 215:8
282:21
**pertain** 254:4
261:12 262:17
263:9,14
**pertaining** 225:24
**pertains** 262:8
**pertinent** 123:13
**ph** 1:23
**pharmaceutical**
204:12
**pharmacology**
94:11 137:18
283:12
**philadelphia** 1:14
2:8,14
**philly** 293:16
**phone** 18:20 116:15
156:23 166:20

168:7,8,11,13,18
168:18 198:14
212:13 286:16
289:8 292:21,22
**photographed**
105:4
**physically** 288:9
**physician** 268:8,11
273:23
**physicians** 31:11
31:14,17,20 265:7
**physiology** 36:3
37:5 39:1 94:9,10
283:12
**pick** 55:10
**picture** 50:23 53:13
53:15 283:1
**pictures** 197:1,3,5
**piece** 141:22
142:18 269:8
282:16
**pieces** 137:4 175:1
**pinpointing** 291:7
**pituitary** 187:2
202:24
**place** 1:13 16:22
70:24 151:22
153:9 188:21
212:13 214:16
298:17 307:5
**places** 218:17 219:2
227:24 228:8
**plains** 92:20
**plaintiff** 1:3 16:18
16:20 17:5 62:4
225:5
**plaintiffs** 3:16
**plan** 20:18 152:13
224:5 265:24
266:1,2 271:22
280:3
**planning** 63:12
**plans** 278:9 279:20
**please** 150:20
173:13,15,17
178:7 183:18

184:11 185:15,20
188:9,12 189:7,14
191:3 192:16
204:3 211:8
241:17 242:17
252:12 296:20
300:14 308:2,5
**pleasure** 162:24
**plenty** 185:21
**plus** 69:8 106:13
118:10 126:7,20
229:21
**po** 173:14
**point** 41:2 54:1
72:15 78:20 95:2
95:7 102:22
105:17 118:2,12
135:12 138:22
139:17 140:5
146:8 150:9
165:24 166:21
173:19,23 176:4
176:19 178:18
180:21 192:5
226:22 227:6
258:8 259:8
271:15,21 272:15
272:18,20 277:7
277:23 289:2
294:22 305:20
**points** 60:3 175:1,6
**poland** 77:6,7
**polices** 3:12
**policies** 125:10
160:1,6 182:11
198:3,17 231:13
302:11
**policy** 240:2 241:7
241:14 253:6
255:11
**pool** 138:21
**portion** 50:7
179:16 187:12
201:19 279:11
**position** 34:11,11
70:15 111:11,13

Confidential - Mathew Thomas, Jr., M.D.

130:11 132:22
133:1 172:2 221:4
266:14 268:21,23
270:6
**positions** 38:20
69:21
**positively** 212:22
**possibility** 81:4
230:13
**possible** 72:12
143:21 166:21
178:12 189:6,21
190:16 191:9
192:2 207:8 212:5
**possibly** 37:5
173:16 174:2
265:21 273:16
**post** 25:6,7 49:21
50:23 64:7
**posted** 27:5,10
299:20
**poster** 111:23
**postpone** 180:13
**potentially** 245:18
**practice** 63:12,14
144:22 146:16
147:2,16 197:22
212:12 220:16
245:6,17 246:3
265:17 280:14,15
281:24,24 282:1
284:5
**practiced** 48:5
**practicing** 48:3
63:10 81:23
101:22,24 267:21
272:6 279:11
**precedent** 215:4
**predominantly**
259:2
**prefer** 191:8
218:19,22
**preliminary** 20:24
**premed** 75:4,13
83:14 85:23 89:21
**premier** 100:11,18

**prep** 45:2,14,20
52:4 100:7,16
226:7 274:18
279:21,22,24
280:3,8
**preparation** 27:16
28:21 29:16
**prepare** 27:17
33:23 39:24
177:19 217:1
246:3,17 279:15
280:8
**prepared** 146:15
158:11 184:8
205:12 223:10,16
279:3
**prerequisites** 86:1
**prescribed** 20:11
**present** 212:20
240:22 260:6,6
**presented** 49:13,24
134:16,20 142:18
**presume** 146:14
**pretend** 217:13
**pretty** 56:3 270:7
**prevent** 205:13
**prevented** 253:20
**previous** 163:7
178:24 187:11
209:15
**pride** 114:23
**printed** 228:16
**prior** 23:7 48:6
65:17 165:3 169:9
170:6 183:21
226:16 288:24
**private** 287:15
**pro** 2:4
**probably** 34:19
37:20 63:14 64:1
83:18 105:14
128:12 156:12
167:11 218:16
219:14 276:8,12
276:24 279:19
282:5,11 289:24

**problem** 67:14
266:12
**problems** 230:16
**procedure** 177:12
**procedures** 3:12
125:10 160:1,6
182:11 198:4,17
231:13 302:12
**process** 45:7
125:11 129:12
178:14 179:1
182:21 188:10
214:16 215:24
217:4,20 250:4
263:22 264:1,2
265:4 266:6 276:1
292:5
**professors** 44:6
70:9
**profile** 208:3
**program** 35:8,9
36:6 37:7,7,8
43:13 63:19 69:16
74:21,22 90:17,19
98:7,14 101:4
223:4 253:22
267:6 268:17
270:6 273:7
274:12,18 276:1
281:14
**programs** 67:20
69:24 70:6 267:7
**progressing** 293:10
**prometric** 191:9
194:11,14 195:11
**promoted** 34:10
41:18 42:23
267:10
**promotion** 227:15
**promptly** 165:17
**proof** 49:23 120:13
120:24 121:12
**property** 22:13,15
22:20
**propounded** 310:9
**proprietary** 158:4

**protect** 300:20
301:6
**prove** 138:5 145:10
146:7 158:2,10,12
**proved** 104:2
**provide** 31:23
46:15 234:3
**provided** 164:15
169:6 237:11
238:18 256:18
260:2
**provides** 239:7
**provost** 34:16,19
**psych** 63:16 82:9
95:15 133:24
171:8 277:9
**psychiatrist** 62:15
**psychiatry** 137:15
137:16,18 202:10
276:23 283:15
**psychologist** 62:15
**psychology** 80:18
80:20 94:11
**ptsd** 137:17
**public** 270:17
307:3,19 310:22
**purpose** 144:8
197:20
**purposes** 273:4
**pursuant** 14:12
307:4
**put** 37:15,16 51:6
53:21 72:3,6
117:23 121:23
126:6,9,10,23
128:10 138:22
141:21 148:6
178:7 218:24
225:19 230:9
236:5 300:5
**putting** 58:8 61:3
229:23 279:7

──────────
**Q**
──────────
**qbank** 51:20 98:3
99:1

**qualifications**
170:22 171:2
**qualified** 147:2,16
**qualify** 305:13
**quantify** 264:24
265:7
**quarter** 72:17
**queens** 17:12,20
18:12
**question** 13:1,2,7,8
46:1,4,5 51:17
54:18 55:8,20,22
56:1,3,5 97:19
98:24 119:13
122:3,9 123:11,19
124:20 130:1
136:7,8,10,12,19
136:19 138:9,10
139:6 145:14
151:14 153:5,6
170:10 177:21
186:22 204:22
206:12 207:20
208:6,12,21 209:9
227:19,20 279:10
281:22
**questionable** 54:8
**questioned** 154:5,7
154:10,12
**questioning** 154:19
**questions** 12:16,21
12:22,23 21:1
29:8,12 42:13
46:2 47:14 51:13
51:18 54:3 56:4,7
56:21,24 57:2
104:9 119:14
120:3,14,15 121:8
121:20,21 122:5
122:14,15 123:10
123:18,18 124:14
131:14,15,18
132:3 133:7,9,12
133:13,18,21
134:7 135:17,18
135:20,23 136:2,3

Confidential - Mathew Thomas, Jr., M.D.

Page 332

136:4,13,14,14,15
136:16 138:6,13
138:14,20,21,23
139:10,13,16
140:1,9,12 143:7
143:11 151:4
153:4,11 154:4
165:6 167:13,16
171:9 184:13
196:22 197:15,17
198:23 199:7,18
199:21 200:3
202:23 205:11
207:14,15 233:14
280:12,12,12,13
297:5,10,12,14,15
298:3 305:6,21
306:9 310:8
**quick** 16:1 56:4
134:2 157:21
303:15
**quicken** 124:17
**quicker** 205:9
**quickly** 160:5
**quite** 32:24 80:19
285:20
**quote** 164:23,24
165:1 170:17
295:7

## R

**r** 307:1 309:1,1
**racist** 103:24
**raid** 64:12 154:23
**raided** 103:20
116:16 117:17
119:1
**rainbow** 284:10
**ran** 123:1 286:7
**random** 106:9
**randomly** 115:2
154:13
**range** 115:14 220:1
**ranged** 71:23
**rank** 72:17
**ranked** 72:17,19

**raphaels** 96:7
274:3
**reach** 106:11,17
116:18 266:2,4
267:9 268:2
269:20 276:21,24
288:7,24
**reached** 105:19
106:1 290:2
**reaching** 106:2,17
**read** 28:20 136:5
171:22 196:7
228:16 240:6
241:11,17 250:16
254:1 256:1 294:9
301:8 308:2 310:5
**reading** 59:21
124:15 164:12
179:22
**reads** 239:24
300:19 301:4
**ready** 70:11 144:21
144:22 192:3
280:9 281:18
283:18
**real** 47:6 49:18,23
130:17
**realize** 123:14
173:15,22 197:19
**really** 22:12 43:4
44:17 69:11 74:6
74:8 76:23 81:21
81:22 92:16 94:14
97:3 99:6 100:14
101:9 103:7
107:13 108:13
111:12 113:6
119:2,17 120:6
154:14 156:3
200:7 203:2,9
222:4 227:9
229:15 265:8
270:20 277:24
282:24 283:2
284:1 285:4
291:21

**realtime** 1:16
**reason** 13:18 67:6
67:11 68:9 69:2,6
79:7 80:5 83:10
118:10 142:10
145:11 146:1
179:15 187:24
189:19 199:19
218:21 229:2
291:16 300:24
301:10 304:17
305:12,15 308:3
309:6,8,10,12,14
309:16,18,20,22
309:24
**reasoning** 50:8
**reasons** 23:5 68:5
69:13 258:11
**rebecca** 9:11 10:9
26:22 213:22
216:4 248:13,18
249:16
**rebut** 131:11
169:12,13
**recall** 48:1 96:20
237:13 240:9
275:22
**recalling** 170:5
**receipt** 150:24
162:21 253:5
308:10
**receive** 72:22
121:16 150:4
158:20 173:7
256:3
**received** 150:13
159:9 163:20
203:20 251:24
253:11
**receiving** 45:2
**recipient** 162:10
**recognize** 28:2
48:16 149:6,20
150:20 157:12
159:2 160:10
161:5,15 162:15

168:23 174:6
180:24 181:23
196:2 203:17
209:18 216:21
269:14
**recognized** 221:20
223:3
**recollection** 171:15
171:21
**recommendation**
273:8,12,15,17,21
274:5,9,11 275:1
275:8,21 276:3,5
276:15,19
**reconsideration**
213:15
**record** 11:8,13 16:2
16:4 71:3,5 105:9
147:20,22 148:6
166:21,23 179:2,6
186:16,18 208:20
219:1 273:4
307:10
**recorded** 244:4
307:7
**records** 131:13,17
213:11
**redacted** 179:10,12
179:17
**reeju** 108:19,21
114:11 292:5,13
292:16 293:12
**reexamination**
304:23
**refer** 148:21
**reference** 16:16
26:5,7 148:18
296:18
**referenced** 3:9 4:3
5:3 6:3 7:3 8:3
9:3
**references** 296:4
**referred** 19:2
158:23 169:5
198:23
**referring** 51:24

55:18 151:10
184:24
**reflect** 266:19
**reflected** 244:14
**refresh** 282:12
**refused** 72:8 74:15
105:20
**regard** 10:4 108:16
164:14 206:5
216:13 222:10
226:16
**regarding** 3:13
51:9 151:4,6
152:12 153:1,4
161:17 168:9
211:11,17 214:1
223:13 226:4
248:21 249:21
254:18,21 270:15
287:5 289:5 290:4
290:8 291:2,4
293:2
**regardless** 132:5
134:5 229:7
**regards** 212:23
**register** 35:2
127:22
**registered** 1:15
68:17 128:6 130:4
150:9,11 186:7
**registering** 206:6,8
**registration** 30:24
150:12 188:3
225:3,6 226:6
**regret** 212:21
**regs** 245:15
**regular** 37:17
139:1 227:1
230:11 286:5
**regularly** 139:6
**rehab** 63:16 220:18
**reimburse** 272:23
**reject** 200:17
**rejection** 66:20
**relate** 225:4 282:20
**related** 178:22

Confidential - Mathew Thomas, Jr., M.D.

211:12 259:13 290:1
relates 259:24
relation 20:21
relative 228:23
relatively 128:17 204:9
release 214:1 248:20 272:19
relevance 23:3
relevant 256:16 271:24
relook 209:20
remain 182:18
remember 17:14 19:14 23:18 25:12 25:13,15,18 28:8 43:7 44:15 65:16 65:21 66:2 73:14 74:6 79:1 81:16 86:4,8,10 93:5 95:3 108:1 109:8 109:18,21 110:9 114:11 132:1 141:5 163:11,12 168:6,10,12,14,16 177:16 178:19 180:10 184:18 185:1 231:6 236:5 291:21
remind 16:10 148:4
removed 179:14
rendered 238:13 239:19
rent 31:20
reopen 306:7
repeat 85:16 86:15 87:11
repeated 87:12
rephrase 259:18
reply 106:18 157:21
report 15:16 31:20 31:21 34:13,15 43:21 207:21 208:2 232:20

251:20
reported 43:15,18 192:11 208:2
reporter 1:15,16 12:13 170:12
reports 15:11,15,21 202:8 224:22
represent 215:14 233:7 295:14
representation 213:20 248:17 295:22
represented 12:1 18:11 300:22
representing 11:15 27:3
reproduction 165:2 175:11
reputational 62:5 105:16
request 10:4 61:16 149:5 181:8 183:23 185:5 187:18 193:12 212:4,22 215:1,16 215:18,21 235:18 235:24 236:8 237:3 239:24 240:15 242:10 247:13 250:13,18 250:22 253:5 254:13,18 255:10 255:20 256:7,9,12 256:24 259:8,15 260:4 261:1 262:9 263:15 264:2,5,12 300:18
requested 47:1,10 61:6 134:8 191:6
requesting 189:20 240:1,9 241:6 253:17 254:8
requests 10:7 165:18 214:19,22 240:13,22
require 90:2

required 82:1,2 199:3 204:10 240:4 241:9 250:7 253:8 255:14,23
requirement 200:9 215:10 240:2 241:7 250:12 255:12,21
requirements 245:11,22 253:6
requisite 268:7,11
requisites 89:23
rescheduled 163:23
research 118:11,14 118:17,18 135:7 138:23 294:17
reserve 188:10
residence 79:22
residency 63:18 64:20 69:15,21,24 70:15 101:17,19 108:8 110:20 220:14,14 221:3 222:1,2 265:4,6 267:6,20,21 268:1 268:17,21,22 270:3,6 273:7 276:1 281:14 284:9
resident 219:21,22
resolved 265:19 270:23 278:11
respect 233:19 235:20 240:23 245:12,22 246:23 256:6 257:11 261:17 262:6 263:12,20 276:3 302:12 306:3
respond 47:13 165:17 188:7,17 212:22
responding 165:13
response 15:7 157:13,14 161:16 162:17 185:4

188:9 193:14 200:7 209:15 212:8 216:10 224:14
responses 12:16 187:11 207:14
responsibilities 33:9
responsibility 145:23 272:16
responsible 106:24 120:18 272:9,16
rest 20:17 56:18 92:9 107:23 124:6 124:8 159:7
restate 57:23
result 66:13 177:9 227:11 235:1
results 20:4 157:22 203:19
resume 229:11,23
retake 109:6 208:13 209:9 216:19 217:15 249:24 264:8
retaking 215:7
retire 29:20
retired 29:19
retrieve 16:9
return 43:8 91:14 91:16 288:12 308:9
returns 38:18 39:9 228:22
review 56:19 57:2 70:9 97:15 98:4,6 98:9,21 100:4,11 111:24 163:24 166:5,10 179:2 201:20 213:11 255:10,18
reviewed 56:20 179:4 255:16
reviewing 212:3
ri 292:15
richmond 277:13

rid 139:2
ridgeview 96:4
right 13:9 14:14,20 15:2 22:13 24:13 37:12 45:8 52:5 53:18 55:11,12 57:11,20 64:12,18 68:1,2 69:9 70:10 78:6 82:23 91:8 92:21,24 93:12,19 98:10 99:13,14 100:11 102:10 103:15 111:22 113:18 117:19 119:10 120:20,20 120:22,22 121:2,5 121:7 123:7 124:11 125:22 126:18 127:2 130:24 131:16 132:12,19 137:2 139:1 141:2,9 142:24 143:10 144:10 150:10 160:2 161:11,24 164:9,16 165:7,22 166:7 171:20,23 172:22 173:4,10 174:12 175:14,19 176:2,16 177:1,9 180:7 183:10 186:9 196:11,15 200:10,13,17 203:3 206:9,15,20 207:7,19 208:4,10 210:2 211:2,21 213:7,16 217:8 223:19 224:6 227:3,4 228:11 229:13 230:1 231:10,23 232:10 238:9 262:7 282:9 284:19 298:18 301:15
rights 125:6
risk 126:6 128:18

Confidential - Mathew Thomas, Jr., M.D.

Page 334

192:5
rn 36:11
road 220:11 221:13
robichaud 9:11
    10:9 213:22,23
    214:2,10 248:14
    248:19,22 249:16
role 49:21 111:5,7
roman 55:4
romania 156:19
    288:10
room 20:1 85:11
roommate 77:21
roosevelt 2:2 21:6
root 152:7
ross 82:20 84:7,9
    84:10,15,23,24
    85:3,4,6,17,21
    86:9 89:14 93:24
    94:23 237:23
rotate 96:2
rotation 95:13
rotations 85:13
    95:8,11
route 113:19
rufe 60:3
rule 126:8,9,12,13
    128:15,16,22
    129:17 130:2,16
    206:24 209:11
    210:22 217:10
    235:20 236:1,10
    240:18,19,24
    247:14 250:19
    256:8 259:16
    264:6,13
rules 12:10 23:5
    246:6
run 30:19,20 44:16
    44:18 123:2 227:7
running 31:2 102:2
    118:1

——————————
          S
——————————
s 77:23 82:4,7 84:4
    90:15 92:8,24

103:11 157:3
sad 285:1
saint 96:7 160:20
    274:3
salary 37:15 38:2,2
    38:6 42:15,22
    265:5,7 285:3,4
salvatrice 9:4,6
    22:3 210:7,9
    211:10
samir 109:22
samuel 108:21
san 88:14 90:9
sandeep 110:15
sans 55:6
santamauro 18:15
    19:1,6
sat 68:18,19 73:15
    73:16,22 152:11
    193:1 244:10
satisfied 206:1,2
saturday 37:23
saturdays 227:7
saving 194:24
saw 51:14,22 116:5
    138:6 139:11
    146:10 156:12
    196:4 263:7
saying 12:14 58:5
    66:17 87:23
    104:15 120:23
    121:2 123:8 130:5
    132:13 134:15
    142:17 178:7
    188:8 200:18
    204:24 253:3
    258:2 263:24
    278:1 287:21
    303:11 305:13
says 140:15 149:12
    157:20 159:24
    163:22 165:16
    171:2 172:18,24
    174:17,19 175:15
    175:21 179:10
    182:6 183:1,17

185:15,20 186:3
    187:20,23 190:4
    192:7 194:13
    195:15 196:23
    198:18 201:1
    203:23 213:10
    232:3,16 237:1,4
    237:19,20,22
    238:7,8,12 239:18
    241:5 269:9 288:5
    294:15 297:5
scan 20:3,5,15
    304:12
scerbo 9:4,6 22:3
    210:7,9 211:10,24
    213:6
schedule 37:3 43:5
    166:19 173:17
    183:20 212:6
    279:5,24 280:6
scheduled 168:6
scheduling 166:5
    167:24 183:23
    188:15 190:5,14
    210:22
scholarship 74:15
    74:18
school 25:4,8,9
    32:20 35:22 36:4
    36:5 38:11 40:11
    40:13 41:9 48:9
    70:13,22 71:13,15
    71:18 72:18,23
    73:12 75:5 76:2
    79:9 82:4,7,14
    83:4,9,11 84:2,4,6
    84:15,20 85:7,22
    86:9 87:9,22,23
    88:9,12,20,24
    89:1,17 90:18
    91:20 92:18 93:16
    94:6,19 95:2
    96:13,24 147:4,4
    161:1 221:7,10,19
    221:21 222:7,23
    229:14 246:13

274:7
schools 74:5 81:8
    83:22 246:14
    258:10,22
science 283:9,11
sciences 93:20 94:7
    282:23
score 10:16 15:11
    15:15,16,21 49:22
    51:9 52:15,20
    63:7 68:7 69:19
    70:8 81:15,17
    85:18,20 102:5
    108:18 142:19
    144:16 145:17,24
    146:2 157:23
    158:1,24 162:24
    163:1 166:6 167:9
    168:2,5 169:4
    171:16 174:9
    175:15 179:5
    182:9,16 192:7,11
    192:12,18,21
    198:10,12 202:8
    207:10,21 208:2
    208:14,18 217:14
    223:18 224:22
    232:20 233:20
    234:10 239:9
    244:14,18 253:23
    254:5 256:18
    260:7 263:23
    266:17 271:16
    272:2,5 281:9
    291:4 292:2 293:2
    293:6 294:8 296:1
    296:2
scored 165:15
    166:2 171:11
    175:15,17 204:17
    205:23 232:17
scores 3:13 6:12
    83:15 90:3 132:7
    150:15 173:2
    182:18 208:1
    225:12 291:7

scoring 164:24
    175:10
scotch 92:20
scramble 63:21,21
    64:5,6,7,10 65:3,7
    65:24 66:3,4,8
    67:12,15 217:20
    217:23 275:6
    276:7,17
scrambled 65:1
    66:11,23
scrambling 66:16
    218:8
scratch 117:14
screen 205:4
se 2:4
seal 307:14
second 18:4,6
    23:21 60:9 62:3
    86:16,17 87:13
    94:21 159:6 163:5
    208:6 211:6 221:2
    224:21 240:15
    242:13
secondly 205:6
seconds 176:7,10
    176:14,15 297:14
    297:16
secretary 172:17
section 124:18
    296:23
sections 56:24
security 79:14
    230:7
see 14:22 30:22
    31:7 48:13 108:11
    114:19 119:17
    121:19 122:5,6,12
    122:14,23 127:16
    135:11 136:1
    138:24 140:14
    149:11 156:8
    157:15 158:6
    159:21 163:15
    170:16 171:12,13
    174:4 181:9

Confidential - Mathew Thomas, Jr., M.D.

207:23 209:15
216:2 217:24
218:11 225:17
231:14 232:15,20
236:19,23 237:5
239:18 241:4,14
242:18 248:4
249:17 251:8,19
254:20 267:9
269:14 270:21
277:9 279:23
281:8 282:19
286:3 287:11
288:11 293:8,11
294:19 295:1
296:17,22 300:11
**seeing** 124:10 135:8
285:1
**seek** 62:14
**seeking** 122:20,22
264:20
**seen** 104:14,22,24
130:23 205:3
222:21 237:14
263:7 269:7 278:4
278:15
**sees** 211:18
**selected** 78:8
**semester** 33:13
34:4,4 36:1 72:18
77:9 84:19 85:10
85:12 86:13,15,16
86:17,18,21 87:13
87:13,14 89:24
90:12,13,22 94:22
97:2,16 221:14
**semesters** 96:17
160:23 283:21
**send** 173:13 188:23
**senegal** 93:12,14,16
**senior** 32:4 71:24
72:1 80:23 213:13
**seniority** 231:2,5
**sent** 14:13 149:16
149:24 150:8
157:16 159:17

164:19 178:8
179:24 183:24
216:9 249:16
287:20
**separate** 46:5 60:8
**separated** 55:15
**september** 32:12
36:14 65:11 84:16
89:8 91:2,10
116:23 117:4,5
127:23 128:6
164:19 177:17
188:19 190:9
191:2 195:5 218:3
218:3 231:9
**sequence** 233:19
**series** 136:15
157:10 161:14
162:14 180:3
**seriously** 61:5 87:4
263:19 264:13
**server** 153:1,2,3,10
155:7,9,12 156:10
287:6,9
**service** 147:7
160:17
**services** 45:3
160:19 177:24
**set** 43:5 47:7,8,8
62:7 69:18 139:7
209:11,14
**seton** 276:22
**sets** 112:13,13
176:1
**setting** 42:8 147:10
221:8 247:4
267:24 274:21,23
**settle** 80:20
**settled** 221:13
**seven** 68:18 69:3
174:24 207:3
215:11 226:9
242:3,5,24 244:10
250:6 253:16
**seventh** 68:17
266:24

**sevenyear** 61:14
126:9,13 128:15
129:15 130:15
206:24 209:10
217:11 236:7,9
240:5,18,24
241:10 247:14
250:11,19 253:9
255:15,24 256:8
259:16 264:13
**shadow** 146:6,9
**shaking** 12:18
**shared** 213:1,3
**sheet** 308:4,6,7,9
310:11
**sherri** 294:12
**shes** 21:16 101:19
101:20,24 102:2
162:18 172:17
189:15 194:1
210:16 211:3
219:18
**shift** 80:20
**shipment** 4:17
**shopping** 113:18
**short** 16:5,7 71:6
158:16 232:24
233:1 303:16
**shorthand** 307:8
**shortly** 116:24
**shouldnt** 54:7
107:5 281:6
**show** 50:18 53:5,13
53:14 58:19 124:9
132:23 138:2
141:23 146:7
158:13 169:16
170:9 193:21
205:3 287:12
**showing** 42:9
**shown** 146:9
**shows** 53:4 123:21
175:24
**shukla** 110:15,18
**shut** 118:24 138:18
**siblings** 29:24

**sick** 193:24
**side** 246:14 247:9
285:3
**sidebyside** 224:18
**sign** 308:5
**signature** 214:5
**signed** 125:19
160:13 239:4
**significantly**
139:15
**signing** 308:6
**similar** 51:18 55:14
102:8 109:13
174:1
**simin** 112:21,21
**simply** 12:24
**simultaneously**
296:20
**sincere** 165:12
**single** 141:15 227:2
270:15 297:1
**sister** 109:23 110:1
**sisters** 30:1
**sit** 97:3 124:15
126:21
**site** 30:16,18
**sits** 144:14 260:12
**sitting** 151:17
203:13 282:2
**situation** 62:13
66:10 102:15
103:5 108:16
116:16 120:9,19
120:20,22 121:5,7
123:6,13 126:10
128:5 129:13
130:14,21 212:15
219:18 272:18,19
289:12
**six** 25:1 37:23
56:17 63:8 69:7
128:21 129:2
146:20 173:8
174:24 183:5
185:3 208:23
209:2,11,14 226:5

234:16 235:4
244:3,24 266:23
267:19 279:18
284:18
**sixattempt** 126:8
126:12 128:16
129:17 130:16
214:17,20 215:9
215:15 235:20
236:1,6 240:15,19
**sixmonth** 184:9,22
**sixth** 68:24 208:22
262:20
**sixyear** 128:22
130:1 217:10
264:6
**size** 31:4
**skeletal** 117:23
**skills** 40:21 247:8
247:10 274:14
**skip** 189:1,2 195:18
**slight** 261:20
262:23
**slip** 13:22 14:1
19:17 20:21 162:9
**small** 88:15 101:11
159:21 169:22
195:21 204:11
230:6,8 282:24
**social** 30:3
**society** 73:2,4
**sole** 50:3
**solely** 45:19 49:11
259:13,24 263:14
**somebody** 67:23
146:15
**somewhat** 247:5
**son** 21:12
**soon** 188:22 190:16
**sorry** 33:3 76:8
88:23 104:20
117:9,14 164:23
186:3 194:1,13
195:23 212:18
235:23 252:11
297:17

Confidential - Mathew Thomas, Jr., M.D.

Page 336

sort 59:20 111:10
sorts 106:1
sought 19:23 27:1
sound 238:9,14
sounds 204:11
southern 30:10,12
  31:17 33:9 38:3
space 31:20 308:4
spaced 297:1
speak 12:12 211:10
  211:16 213:24
  248:19 289:8
  290:23 291:3,24
  292:20,24
speaking 168:10
  172:17,19 291:22
specialist 153:2
specialize 220:17
specialized 220:19
specialties 30:23
specific 47:1,1,11
  49:4,7 57:17
  179:15 201:22
  202:5,22 300:3
specifically 196:23
  200:24 202:14
  214:22 260:16
  295:5
specifications
  201:2
specifics 152:7
specified 201:6
  253:15
speech 13:16 305:4
spell 32:6 36:17
  71:16 88:7 108:20
  110:16 290:11
spend 56:2 66:1
  285:7
spent 55:20 56:8
  65:17 66:17 104:6
  141:7 176:7,9,13
  297:13,15
spoke 52:22,24
  289:7,17 290:7
  291:5,15 292:6

293:5
spoken 26:16 293:1
  293:12
spot 189:6
spouse 21:9,14
st 30:8 32:4,20
  35:21 36:4 38:3
  38:11 40:9,10
  88:11 89:1 90:7,8
  92:3,15 93:3,3,6,7
  93:9,11,22,23
  94:3 97:16 101:7
  161:3 210:19
  237:23,24 267:23
staff 31:17 47:13
  212:6,10 213:13
stamp 3:13,18,20
  3:21 4:4,6,9,10,12
  4:14,16,18,20,22
  5:4,6,8,10,14,16
  5:18,20 6:4,7,9,11
  6:13,14,16,18,20
  7:4,6,8,10,12,14
  7:16,18,20 8:4,6,8
  8:10,12,14,17,18
  8:20 9:4,7,9,11
  10:7,10,12,14
  236:21 248:4
stamps 124:11
stance 163:1
  174:14
stand 163:2 182:17
standard 188:3
  192:22,24 204:18
  204:20 212:11
standardized 69:5
standards 205:24
standing 307:3
standpoint 49:5
stare 124:21
start 65:11 84:14
  85:9,15 89:7 91:8
  118:12 124:4
  170:3 188:9 218:4
  248:1 266:6
started 18:6 36:1

36:12 41:1,13
  42:23 56:14 70:13
  80:15 81:2 89:8
  95:13 97:24 100:1
  100:10,20,22
  102:22 111:8,15
  114:4 115:17
  127:5 217:4
starting 15:10
  32:21 84:19
  208:23
starts 253:3
state 75:19 98:10
  158:2 214:19
  231:24 245:21
  284:19 308:3
stated 146:10
  164:20 169:8
  176:22
statements 52:13
  52:18
staten 2:3 17:22
  18:8 19:21 20:1
  21:6 22:5 71:15
  91:18 92:21
  276:23
states 1:1 22:7
  83:12 91:15 166:9
  223:3 245:11
  268:9,12,18
stating 174:13
station 42:8
statistical 49:19
  51:23 121:15,17
  122:4,12,19 124:3
  124:5,7 127:10,18
  134:22 137:5
  142:21 143:1,4,5
  143:17,19,20
  144:2 170:9,18
  172:8,9,12 200:18
statistics 143:6
  144:3 300:20
  301:5
status 78:5 211:20
  238:7 270:17

stay 98:18 113:8
  186:14 208:7
  219:14,16
stayed 77:8 247:10
steadfast 163:2
steal 120:3 121:1
stenographer
  148:10
stenographic 179:6
step 6:12 8:14
  15:17 45:10,15,15
  45:16,17 46:6,6
  56:6,18,18,21
  57:3,4,5,6,7 64:1
  64:9 65:12 68:7
  68:13,15,16,22
  69:3,7 91:9 97:4,7
  97:14 98:12 99:17
  100:2,7,12,12,13
  101:8 102:5
  111:17,17 113:4
  118:13 125:20
  126:14 127:2,3,7
  127:23 128:7
  131:3 150:9,11,15
  158:23 162:23
  164:21 173:2
  175:8 182:17,20
  183:2 188:4 190:5
  196:10,11 206:8
  207:6,8,9 208:23
  209:3,6,9,10
  215:2,3,7,8,10,10
  216:19,19,22
  217:1,7,9,15,15
  217:16,17 218:2
  221:4 223:9,15,17
  225:2,2,2,11
  232:3 233:20
  235:20 236:2
  239:9 240:3 241:8
  242:2,2,2,22,24
  243:13,14,16
  244:2,9,15 245:3
  246:19,24 247:1,7
  249:24 250:5,7

251:20,21 253:8
  253:24 255:13,23
  266:10,11,13,15
  266:17,23 267:3
  268:13 271:11,14
  279:3,6,6,12,15
  279:21 280:10,18
  280:24 281:3,3,15
  281:18,21 282:3,8
  282:13,15,22
  283:8,18 284:7,7
steps 187:7 225:4
  240:3 241:8 246:2
  246:10 253:7
  255:13,22 281:20
  299:22
stepson 21:12
  219:17
stereotype 51:7
  61:8 261:21
stocker 79:19
stole 120:13,24
stolen 51:4 119:13
  122:16
stone 218:23
stony 75:20,22,23
  78:3,6,9,11,16
  79:4,8,17 80:14
  81:12 84:18 230:8
stop 217:5
stopped 105:18
  108:5 127:4
store 79:20,23
straight 97:1
straightforward
  136:14
stratified 171:5
street 1:14 2:7,13
strictly 51:9
strike 144:13 263:9
  302:15
string 163:15
  178:11 206:5
  210:5
strong 68:8,8
structure 47:6

Confidential - Mathew Thomas, Jr., M.D.

**structured** 47:7
**stub** 226:20
**stubs** 226:13,18
**stuck** 103:16
**student** 47:18 51:2
  51:3 52:9 63:17
  80:8,10 109:1
  115:6,22 158:15
  226:23 228:9
  257:24 258:20
  259:1 260:10
  261:24 278:6
  285:13 296:18,18
  296:24,24 297:4
  297:10 298:20,21
  298:24 299:1
  300:8,21 301:7
**students** 35:2,5
  36:9 42:6 46:24
  47:10,15 54:6,9
  56:12,17 59:8
  63:2 67:19 72:20
  76:4,9,18,20 77:6
  77:8 82:19 85:11
  89:24 90:1 97:14
  102:13,17,20
  103:11,15,16
  105:6,12,17 106:3
  106:7 114:3,7
  119:1 140:2
  144:10 152:22
  153:8 154:13
  167:4 184:8,21,24
  185:2 221:24
  285:24 286:3
  298:19 299:13
  300:4,6
**studied** 78:11 87:21
  96:24 130:18
  199:14
**study** 39:5,20 42:9
  46:16 75:5,11
  97:4,6 99:15
  100:23 126:22,24
  130:6,7,19 147:6
  178:1 226:6

227:15 296:4,11
**studying** 68:21
  69:9 96:21 118:12
  127:2,3,6 128:7
  139:21 146:22
  147:11,11,11
  177:23 199:13
  221:7,16 281:22
**stuff** 62:12 73:4
  76:3 104:15
  105:16 106:18
  108:12 120:24
  134:4 153:9
  193:22 199:13,15
  201:21 225:8,20
  283:1 287:5
**stupid** 139:21
**subject** 47:4 55:15
  133:20,23 135:16
  136:20 137:7,9,11
  137:11,15,20
  165:1 175:10
  207:22 213:19
  248:16 308:6
**subjected** 154:17
**subjects** 45:23
  202:6
**submission** 164:1
  165:19
**submit** 181:14
  209:4,21
**submitted** 181:2,12
  182:1
**submitting** 181:18
  250:12
**subscribed** 310:18
**subsequent** 240:12
**substance** 122:21
  310:10
**substantially**
  196:14 220:8
**successful** 223:7
**sue** 17:24 119:23
**sued** 110:12
**suffered** 62:4
**suing** 119:4,17

**suite** 1:14 2:7
**suliman** 43:12,12
  47:18 48:2 53:16
  55:18 99:23 100:1
  103:3,10,19
  104:13 110:19,22
  111:14 112:13
  114:16 116:5,20
  117:7,10 118:19
  119:5 123:10,17
  153:7 285:18
  287:7
**sulimans** 156:5,6
**sum** 122:21
**summarize** 214:13
  242:21 256:6
**summary** 3:16
  135:5,6
**summer** 84:21
  117:4,24 118:22
  227:9
**sunday** 13:22 19:16
  19:16
**suny** 74:4 78:3
**supervise** 31:10
**supervision** 307:8
**supervisor** 32:3,3
  34:6 36:15 274:13
  274:16
**supervisors** 273:17
  276:9
**supplies** 111:3
**supposed** 42:10
  75:3 163:7
**sure** 12:17,19 50:10
  52:11 57:10 58:10
  60:12,23 70:7,20
  122:10 137:13
  145:19 169:20
  184:15 187:3
  197:21 238:15,22
  257:9 259:20
  265:8 277:8 305:3
**surgeon** 102:2
**surgery** 95:15
  171:8 186:10

**surgical** 187:5
**surprised** 167:15
  167:17
**surrounded** 247:3
**surrounding**
  253:22
**susan** 3:19 4:4,6,8
  4:12,13,16,20,21
  5:4,6,13,16,20 6:4
  6:6 50:20 149:9
  149:17 150:1
  158:19 159:4,10
  161:6,17 162:17
  162:20 163:18
  165:10 172:21
  178:12 180:5
  181:20
**suspect** 54:2
**suspend** 305:22
**suspended** 25:14
**suspicious** 157:24
**switch** 87:16
**switched** 78:6
  80:22 258:9,22
**sworn** 11:2 170:14
  307:5 310:18
**syllabus** 33:23 34:1
**symptoms** 283:6
  304:19
**system** 42:10 54:24
  74:9 76:12 99:1,9
  99:13 117:24
  121:23 122:24
**systems** 33:15

---
**T**
---
**t** 307:1,1 309:1
**tab** 294:23
**tabbed** 148:11
**tabs** 257:18
**tainted** 259:12
**take** 12:13 13:5,6,9
  16:1,22 30:24
  33:7 36:10 40:6
  56:15 59:22 60:13
  62:8 68:15,20

70:10,18,24 73:21
  78:22,23 81:19,21
  82:3 84:17 87:4
  92:24 98:19 100:8
  100:16,19 103:10
  105:21 112:24
  113:12 115:8
  122:12 125:13
  126:14 127:22
  128:20 129:1,19
  129:21,22 131:12
  135:7 137:12
  141:23 143:21
  144:2,21 145:11
  145:15 147:5
  150:9 173:9
  177:15 183:9
  185:23 186:11
  187:20,24 188:18
  189:4,7,12 194:6
  197:11 207:5
  209:6 211:8
  212:12 216:22
  217:9,10 218:2,16
  221:12,15 223:10
  223:16 224:3,8
  226:24 232:23
  234:16 235:4,8
  242:17 251:18
  266:14 269:24
  270:20 271:1
  273:1 277:5
  279:20 280:3
  281:18 282:3,5
  283:18,23 284:1,7
  284:16 303:14
**taken** 1:13 16:5
  61:5 63:13 71:6
  125:20 126:16
  128:13,14,23
  129:11 130:2
  140:2,11 147:23
  151:12 164:22
  165:15 175:8
  183:5 185:3 207:1
  215:11 222:24

Confidential - Mathew Thomas, Jr., M.D.

Page 338

| | | | | |
|---|---|---|---|---|
| 223:16 233:1 | technologies 1:13 | 122:14,15 124:9 | 129:5 130:8 | thereof 307:12 |
| 242:24 243:17 | 1:22 | 131:20,22,24 | 132:13 134:5,13 | theres 47:7 49:15 |
| 244:3,9 245:2 | technology 35:4 | 133:11 144:18,19 | 139:3 143:9 152:9 | 50:13 54:11 61:3 |
| 246:2,10 258:6 | 197:8 | 144:22 145:2,5,5 | 156:11 160:16,21 | 61:7 103:22 |
| 262:2 263:19 | telephone 287:19 | 146:14 164:21 | 161:22,23 163:4 | 109:17 119:20 |
| 281:6 292:7 | 287:23 288:12 | 166:1 175:7 | 164:10 165:8,23 | 120:13 123:6 |
| 299:22 303:16 | tell 14:7 19:22 | 185:14 188:2,10 | 166:3,8,15 167:23 | 133:1 141:16 |
| 307:4 | 22:24 23:15 35:23 | 190:9,14,17,18 | 167:24 169:24 | 179:12 191:21 |
| taker 69:5 | 42:12 49:2 50:15 | 191:6,8,10,13,16 | 172:23 173:5 | 210:5 212:18 |
| takes 35:1 123:4 | 52:21 54:19 58:9 | 194:16 195:9 | 175:20 176:3,11 | 219:9 222:3 |
| 143:15 144:3 | 70:10 74:2 79:12 | 196:11 204:1,2,6 | 176:17 177:2,10 | 231:14 238:6,19 |
| 206:24 | 82:13 109:20 | 208:17 218:9 | 179:9 180:19 | 239:23 241:13 |
| talk 34:16 62:1,17 | 123:9 155:17,23 | 258:5 274:17 | 182:5 183:16 | 242:14 248:7 |
| 64:14 70:5 91:22 | 156:9,14 163:13 | 281:8 | 184:1 185:18 | 262:23 269:11 |
| 107:5 112:12 | 172:11 179:23 | tested 199:4 | 187:2 188:6,16,24 | 282:12 294:14 |
| 177:4 216:11 | 188:12 205:7 | testified 11:3 26:2 | 189:18 190:19 | thereto 251:5 |
| 223:13 249:20 | 228:13 265:1 | 26:10 104:21 | 192:13 193:4,17 | theyll 85:9 270:18 |
| 268:3 270:10 | 269:18 270:9 | 176:23 285:16 | 194:4,8 196:12,16 | theyre 67:24 82:2 |
| 286:4,5 287:21 | 271:19,22 272:12 | testifying 28:9 | 202:10,12,19 | 89:2 108:8 121:13 |
| 289:4,13 291:1 | 307:6 | 303:19 | 206:10 207:18 | 121:24 147:16 |
| talked 104:23 | telling 120:12 | testimony 13:20 | 208:5,11 209:7 | 161:10 200:18 |
| 107:3,10 111:23 | 138:7 143:9 | 307:4,7,10 | 210:3,8 211:22 | 201:21 224:12 |
| 226:3 264:16 | 205:24 272:21 | testing 3:17 189:13 | 213:17,23 223:5 | 272:4 303:11 |
| talking 127:9 133:7 | 288:21 | 204:9 | 225:8,20 228:2 | theyve 70:2 222:20 |
| 154:13 155:5 | temporarily 157:5 | tests 45:23 51:21 | 230:2 232:2,7,11 | thing 55:14 59:1,14 |
| 201:16 202:6 | ten 124:13 227:24 | 97:20 98:3 99:8 | 233:10 234:13 | 65:22 69:22 70:6 |
| 303:10 | tend 53:13 | 140:20 281:24 | 235:17 236:11,22 | 103:24 120:22 |
| talks 176:5,12 | tenminute 13:10 | texas 219:10 | 237:20,21 238:1 | 121:15 123:22 |
| 202:20 | tennessee 105:18 | 245:18 | 238:11 239:3,6,12 | 134:8 135:14 |
| taught 33:16 44:6 | 106:8 116:7,14,21 | texass 245:22 | 239:14,22 241:12 | 137:23 156:12 |
| 46:21,22 | 117:11 118:3,5,7 | text 292:23 | 241:19 243:9,20 | 170:11 215:6 |
| tax 38:18 39:9 43:8 | 118:10,20 138:11 | thank 164:7 212:3 | 244:1,5,12,17,18 | 229:21,22 268:18 |
| 228:22 | tentatively 37:3 | 214:2,12 248:22 | 248:15 250:17,18 | 286:8 292:7 |
| taxes 227:10 | term 61:3 302:8 | 249:19 | 250:21 251:11,15 | things 14:24 16:14 |
| tci 34:7,13 38:7 | terminology 37:4 | thanks 190:12,18 | 252:8,16 253:10 | 55:23 61:20 69:10 |
| 230:24 | 39:2 | thats 12:2 15:22 | 258:15 261:8,13 | 70:12 87:4 103:11 |
| teach 35:17,24 | terms 31:4,5,6 86:2 | 31:1 35:3 37:8 | 264:4 266:11 | 105:20 106:2,9 |
| 40:18 41:6 44:7 | 105:15 140:21 | 44:23 48:18 52:16 | 276:11 277:6,16 | 138:23 176:22 |
| 45:22 70:10 94:15 | 151:21 198:24 | 55:12 58:5 63:6 | 277:17,18 280:21 | 233:15 237:16 |
| 246:12 | 199:17 201:20 | 64:21 72:8 80:19 | 283:9 284:13 | 246:6 247:5 |
| teaching 32:22 | 202:7 260:21 | 84:21 93:20 99:13 | 285:19 293:19 | 271:14 279:4 |
| 33:11,18 36:13,23 | 272:10 274:14 | 99:14 100:10,10 | 294:10 295:10 | 281:10 282:20,21 |
| 37:23 38:24 44:20 | 279:9 285:24 | 100:13 111:22 | 296:1,24 297:6 | 289:15 293:10 |
| 47:20 111:15 | test 40:7 45:2,14,20 | 117:8,11 120:2 | 299:3,10 301:1,11 | 305:24 |
| technical 32:18 | 51:13 52:3,4,5,8 | 121:4,14 122:7 | 301:15 | think 13:23 15:19 |
| 33:12 40:10 | 58:17 69:5 119:13 | 123:12 124:4,22 | theory 123:23 | 25:1,5,10,24 41:3 |

Confidential - Mathew Thomas, Jr., M.D.

42:17 48:11 50:22
51:5,22 53:10,20
54:11,14 55:1
59:1,2,4,13,13
60:10 61:6,18
65:17 67:5,11
68:4 69:14,17,19
69:23 72:9 78:21
81:6 82:15 86:22
91:1 97:15 104:20
106:21,24 107:1,7
107:20 111:14
114:10,17 115:17
115:18 116:22
117:21 137:3
143:23 144:1,7,12
144:18 166:24
167:2 174:23
183:13 193:20
196:23 199:24
200:1,4 202:4
218:17 219:24
220:1,3 223:12
230:4 231:11,20
232:15 236:6
247:1 258:4,15
259:2 260:5,12,18
261:13,20 262:2
262:12,18,23,24
263:6 266:2 269:1
269:3,13 270:1,4
271:24 272:1,12
272:14 274:10
277:2 280:21,23
281:17,20 282:3,9
282:11 283:15
288:5,6,10 289:2
293:7 303:4 304:2
304:10,14,16
305:2
**thinking** 120:21
141:8
**third** 24:1 86:18
87:14 195:19
196:24 202:22
203:22 208:12

261:10
**thirteen** 196:2
**thirty** 308:10
**thirtythree** 185:19
**thirtytwo** 184:2
**thomas** 1:2,12 2:2,3
3:4,17,20,21 4:4,6
4:8,10,11,14,15
4:19,22 5:4,8,10
5:12,14,16,20 6:4
6:11,16,18,20 7:4
7:6,10,12,14,16
7:18,20 8:4,6,8,10
8:12,18,20 9:7,8
11:1,7,10,11,11
11:23 14:11 16:7
18:1 71:8 108:19
108:21 142:16
148:4,8,14 149:2
149:12 158:20
160:14 163:23
165:11 169:2,22
183:18 185:7
186:20 187:17
188:12 214:5
215:2,7 226:11
233:5 237:20
240:1 241:6 248:8
249:21,24 253:4
294:3 303:18
305:1 310:15
**thomass** 250:5
**thorough** 213:11
**thought** 58:3 59:12
178:15
**thousand** 31:8
39:17 44:10 56:7
56:21 65:17
139:13
**thousands** 67:19,19
**three** 25:24 63:1
73:16 85:10 104:7
107:21 123:3
130:3 152:11
174:24 220:11,16
220:19 221:15

225:10 253:19
285:7 288:1,2
**threehour** 152:17
**threehundred**
72:21
**threemonth** 183:19
185:16 188:13
**throwing** 66:21
**time** 12:12 22:21,24
23:16,21 24:1,3
25:13 37:14 44:1
44:12,16,17 45:4
50:1 52:9 54:4,10
56:2,6,8 60:13,14
62:17 63:22 64:3
65:15 66:6,7,8,18
69:1,11,14 70:7
73:17 77:3,10,21
78:6 79:11 80:4
80:12,22 81:18
82:1,17 84:17
86:3,16,24 87:24
88:13,17 89:22
90:19 91:13 94:21
95:7 97:3 98:9
100:19 103:4,9
111:1,20 113:2
114:5,9 115:3,17
116:4 117:20
120:6 124:11,17
124:19,22,23
125:2,18 126:6,14
126:15,19,21
127:5 128:4,7,10
128:14 129:7,10
129:16,17,20
130:4,6,20 134:3
134:6 138:16
141:7,15 151:13
152:2,6,22,23
153:20,23 154:5
157:2,4 158:14,16
158:16 168:4,14
178:21 186:11,24
187:1 192:24
196:4 197:17

198:7 199:1 200:3
200:21 204:19
205:16 214:12
217:1 221:11
224:1 227:8
228:23 242:9
243:3,4,17 246:7
249:20 250:3
253:16,19 254:8
265:14 274:13
275:19 277:2
278:3 279:7,13
280:7 281:15,21
281:24 282:7
283:22 285:7,8,20
287:8 289:14,15
291:1 293:4,7
294:22 297:13,14
299:21 307:4
**timeline** 151:12,21
**timely** 164:8
205:13 266:15
**times** 55:4 59:6
65:19 68:12,14,18
68:23 73:16
121:11 125:5
146:20 166:18
169:3 185:23
243:1 244:3,11
274:7 279:23
280:17 281:7
289:3
**timing** 135:17
**toby** 114:10
**today** 13:16,20
14:9,12 15:1,12
27:16 28:21 29:16
29:17 53:22
162:22 211:2
214:12,14 222:1
233:13 238:18
244:19 249:21
257:12 261:6,11
261:16 263:17
265:1 273:2
280:16 282:2

285:16 303:19,22
304:3,15,21,21
305:8,17,23 306:9
**token** 65:5
**told** 26:6 33:8 40:8
47:2 48:5 49:22
59:3 68:14 82:20
83:6 102:14
103:21 104:9
107:3 125:8 142:9
142:12,14 151:14
169:9 171:5,16,17
197:11 198:5,8
205:19 210:10
213:4 288:18
289:4 291:11
293:7,9 299:11
305:8
**tool** 68:21
**top** 157:15 164:13
165:9,10 170:3
185:5 193:10
194:6,12 206:17
206:18 224:14
237:1,9,18
**topic** 61:23 137:10
137:16,20
**topics** 47:2,3
137:12
**total** 37:19 39:10
165:6
**totowa** 113:17
114:1
**touch** 76:19,23
108:9,13 110:8
116:8 141:5
201:18
**touched** 279:16
**track** 87:17
**tracking** 162:9
**trade** 91:3
**trainer** 42:17
**training** 35:10,13
38:21 39:2,3
**transcribed** 307:8
**transcript** 5:12

Confidential - Mathew Thomas, Jr., M.D.

42:17 48:11 50:22
51:5,22 53:10,20
54:11,14 55:1
59:1,2,4,13,13
60:10 61:6,18
65:17 67:5,11
68:4 69:14,17,19
69:23 72:9 78:21
81:6 82:15 86:22
91:1 97:15 104:20
106:21,24 107:1,7
107:20 111:14
114:10,17 115:17
115:18 116:22
117:21 137:3
143:23 144:1,7,12
144:18 166:24
167:2 174:23
183:13 193:20
196:23 199:24
200:1,4 202:4
218:17 219:24
220:1,3 223:12
230:4 231:11,20
232:15 236:6
247:1 258:4,15
259:2 260:5,12,18
261:13,20 262:2
262:12,18,23,24
263:6 266:2 269:1
269:3,13 270:1,4
271:24 272:1,12
272:14 274:10
277:2 280:21,23
281:17,20 282:3,9
282:11 283:15
288:5,6,10 289:2
293:7 303:4 304:2
304:10,14,16
305:2
**thinking** 120:21
141:8
**third** 24:1 86:18
87:14 195:19
196:24 202:22
203:22 208:12

261:10
**thirteen** 196:2
**thirty** 308:10
**thirtythree** 185:19
**thirtytwo** 184:2
**thomas** 1:2,12 2:2,3
3:4,17,20,21 4:4,6
4:8,10,11,14,15
4:19,22 5:4,8,10
5:12,14,16,20 6:4
6:11,16,18,20 7:4
7:6,10,12,14,16
7:18,20 8:4,6,8,10
8:12,18,20 9:7,8
11:1,7,10,11,11
11:23 14:11 16:7
18:1 71:8 108:19
108:21 142:16
148:4,8,14 149:2
149:12 158:20
160:14 163:23
165:11 169:2,22
183:18 185:7
186:20 187:17
188:12 214:5
215:2,7 226:11
233:5 237:20
240:1 241:6 248:8
249:21,24 253:4
294:3 303:18
305:1 310:15
**thomass** 250:5
**thorough** 213:11
**thought** 58:3 59:12
178:15
**thousand** 31:8
39:17 44:10 56:7
56:21 65:17
139:13
**thousands** 67:19,19
**three** 25:24 63:1
73:16 85:10 104:7
107:21 123:3
130:3 152:11
174:24 220:11,16
220:19 221:15

225:10 253:19
285:7 288:1,2
**threehour** 152:17
**threehundred**
72:21
**threemonth** 183:19
185:16 188:13
**throwing** 66:21
**time** 12:12 22:21,24
23:16,21 24:1,3
25:13 37:14 44:1
44:12,16,17 45:4
50:1 52:9 54:4,10
56:2,6,8 60:13,14
62:17 63:22 64:3
65:15 66:6,7,8,18
69:1,11,14 70:7
73:17 77:3,10,21
78:6 79:11 80:4
80:12,22 81:18
82:1,17 84:17
86:3,16,24 87:24
88:13,17 89:22
90:19 91:13 94:21
95:7 97:3 98:9
100:19 103:4,9
111:1,20 113:2
114:5,9 115:3,17
116:4 117:20
120:6 124:11,17
124:19,22,23
125:2,18 126:6,14
126:15,19,21
127:5 128:4,7,10
128:14 129:7,10
129:16,17,20
130:4,6,20 134:3
134:6 138:16
141:7,15 151:13
152:2,6,22,23
153:20,23 154:5
157:2,4 158:14,16
158:16 168:4,14
178:21 186:11,24
187:1 192:24
196:4 197:17

198:7 199:1 200:3
200:21 204:19
205:16 214:12
217:1 221:11
224:1 227:8
228:23 242:9
243:3,4,17 246:7
249:20 250:3
253:16,19 254:8
265:14 274:13
275:19 277:2
278:3 279:7,13
280:7 281:15,21
281:24 282:7
283:22 285:7,8,20
287:8 289:14,15
291:1 293:4,7
294:22 297:13,14
299:21 307:4
**timeline** 151:12,21
**timely** 164:8
205:13 266:15
**times** 55:4 59:6
65:19 68:12,14,18
68:23 73:16
121:11 125:5
146:20 166:18
169:3 185:23
243:1 244:3,11
274:7 279:23
280:17 281:7
289:3
**timing** 135:17
**toby** 114:10
**today** 13:16,20
14:9,12 15:1,12
27:16 28:21 29:16
29:17 53:22
162:22 211:2
214:12,14 222:1
233:13 238:18
244:19 249:21
257:12 261:6,11
261:16 263:17
265:1 273:2
280:16 282:2

285:16 303:19,22
304:3,15,21,21
305:8,17,23 306:9
**token** 65:5
**told** 26:6 33:8 40:8
47:2 48:5 49:22
59:3 68:14 82:20
83:6 102:14
103:21 104:9
107:3 125:8 142:9
142:12,14 151:14
169:9 171:5,16,17
197:11 198:5,8
205:19 210:10
213:4 288:18
289:4 291:11
293:7,9 299:11
305:8
**tool** 68:21
**top** 157:15 164:13
165:9,10 170:3
185:5 193:10
194:6,12 206:17
206:18 224:14
237:1,9,18
**topic** 61:23 137:10
137:16,20
**topics** 47:2,3
137:12
**total** 37:19 39:10
165:6
**totowa** 113:17
114:1
**touch** 76:19,23
108:9,13 110:8
116:8 141:5
201:18
**touched** 279:16
**track** 87:17
**tracking** 162:9
**trade** 91:3
**trainer** 42:17
**training** 35:10,13
38:21 39:2,3
**transcribed** 307:8
**transcript** 5:12

Confidential - Mathew Thomas, Jr., M.D.

Page 340

27:19,24 28:5,21
28:23 29:12 141:6
168:24 171:23
208:8,9 225:11,12
225:14 266:19
308:10,11
transcription 307:9
310:7
transcripts 104:24
transfer 78:1 86:19
87:6 88:10,20
89:22 92:6 93:3,9
93:23
transferred 78:2
83:6 87:21
transferring 90:5
trauma 13:21
treated 208:14
278:15,16
treating 278:7
283:2
treatment 19:23
20:14 186:10
187:5
tricia 211:11,16
212:10
tried 50:22 63:20
65:23 66:18,24
67:2,7 72:7
116:17 157:8
288:23
trips 219:19
true 29:13 143:16
205:10 263:19
282:13 301:1,11
307:9
trust 285:6
truth 14:7 156:9
163:13 270:22
305:8 307:6,6,6
truthful 13:19
28:14 303:22
try 53:14 64:2
68:17 82:3,22
83:11,16,17
185:21 195:6

214:13 218:2
233:11 270:21
271:1 289:12
293:17
trying 53:5 63:22
67:20 97:4 129:5
145:7,8 155:6
156:11 167:4
190:17 211:19
229:22 246:3
270:14 284:7
300:6
turn 14:18 15:10
33:7 42:11 48:12
62:9 149:2 157:9
159:1 160:9 161:4
162:8,13 163:14
turning 48:21
149:19 150:19
190:3
tutoring 246:14
247:9
twice 119:1
two 24:15,17,20
25:17,20 26:6
30:1 41:4 55:23
73:2 74:16 75:16
101:16 104:6
123:3 136:3
138:19 155:4
160:22 167:20
174:24 176:1
187:11 191:15
194:1 204:5,6
219:9 220:17
225:3 229:12
243:22 253:18
265:21 270:3
twoandahalf 63:1
129:11
type 63:11 134:7
136:9,11,19
138:23 187:5
197:14 199:12
types 171:9 202:23
typo 228:10

typographical
28:23,24 29:2,6

─────── U ───────

u 77:23 82:4,7 84:4
90:15 92:8,24
103:11 157:3
uhhuh 158:7
ultimately 73:17
83:8 235:7 243:7
252:4
unable 195:8,16
249:24
unauthorized
165:2 175:11
unaware 260:11
uncle 19:8
unclear 12:24
undergraduates
35:6
underneath 237:22
241:4
understand 11:24
13:11 14:3,6
16:12 71:9 101:18
107:12 119:18
132:19,20 135:13
139:19 179:21
197:24 222:18
233:9,16 240:17
249:4 254:3
266:16,21,22
268:15 273:5
302:10 303:18
306:10,11
understanding
45:21 56:10
214:14 215:6
221:22 229:4
241:20 245:10,21
250:9 254:12
283:3 303:2,5
understood 130:13
144:20 242:8
249:6,11
unemployment

265:14
unexposed 124:18
131:18,22 132:10
140:23 141:14
142:5 159:13
171:7 297:12,15
unfortunately
163:6 296:21
union 230:24
united 1:1 22:6
83:12 91:15 268:9
268:12,18
university 20:2
45:12,13 50:24
62:22 75:7,15,19
76:6 77:2,12,24
84:7,15,23,24
85:18,22 86:9
89:14 90:7 92:3
93:24 98:11 99:16
99:24 105:8 119:5
158:4,9 161:3
226:12 229:16
237:23,23 263:6
unsuccessful 69:15
unsure 163:8
189:16 212:14
update 229:15
updated 138:20
198:6 246:7
276:19,20 287:13
updates 121:11
138:12
updating 139:5
uphill 268:24
use 27:8,9 42:10
55:16 97:7 99:4,9
167:8 180:16
207:9 305:5
uslme 3:12,21 4:9
usmle 5:18 6:10
8:16 10:15,16
39:6,20,24 45:8
45:14,20 51:19
55:14 96:22 97:23
99:12 100:7 101:8

102:6 105:9 144:8
144:15 157:22
158:23 182:10
185:8 197:20
206:12 211:12,17
214:15,18 215:3
215:14,17 225:10
233:23 234:21
235:19 236:2
237:19 239:8
240:3 241:8
245:13,23 246:19
249:23 251:23
252:1,2,6 253:7
253:21,22 255:13
255:22 266:19
294:5,7 296:1
301:18 302:11,21
usmles 168:1 215:8
usually 71:22
138:18 225:8
utilize 177:24

─────── V ───────

va 95:20 96:10
vacancies 67:21
vacant 34:10
valid 63:7 135:8
145:4,17,24 146:2
266:18 278:1
303:13
validate 102:9
108:17 192:20
299:23 300:1
validated 109:3,4,9
109:14,15 110:19
205:8 216:17,20
217:14,16,19
223:9 272:3,5
validating 107:19
125:13,16 173:4,9
177:13,16,19
178:1 183:2,9,22
184:6 185:10
187:20 188:1,14
190:5 193:2

Confidential - Mathew Thomas, Jr., M.D.

199:22 200:8
203:23 206:7
207:17 208:1,15
208:18 229:5
234:16,19 235:5,8
235:11,15 244:7
252:7 270:2
**validation** 61:12
107:21 109:4
125:21 126:16
129:16 186:6
196:10 197:11
198:7,18 203:19
207:22 292:8
**validity** 51:9 52:15
52:20 142:6
157:23 158:24
162:23 163:1
166:6 167:9 168:2
168:5 169:4
171:17 173:1
174:9 177:8 179:5
182:3,9,17 253:23
260:7 270:1 296:1
296:2 303:11
**value** 104:11
303:10
**varghese** 77:19
**variables** 133:2,5,6
143:16,22 144:3,4
144:24
**varied** 43:3 47:4
**vent** 292:9
**venue** 18:8
**verbal** 12:16
**verdict** 174:8
**verify** 144:15
145:23
**version** 295:2
**versus** 124:18
132:9 136:13,16
137:17 139:2
159:13 171:7
196:10 258:12
283:4 287:14
**vi** 77:16

**videotaped** 104:21
105:3
**viewpoint** 143:18
**vinil** 77:15,17
**vinils** 77:18
**violated** 59:12
**violation** 261:18
262:6
**violations** 24:16,21
**visibly** 155:22
**visiting** 157:1
**vitae** 227:22
**voicemail** 180:10
**volume** 31:5,6
**vp** 32:4
**vs** 1:4

### W

**wage** 42:15
**waive** 194:14
214:20
**waiver** 129:9,16
130:13,15 214:16
215:2,4,15,21
240:16 250:11
262:1 273:2
**waivers** 61:5,10
**waldron** 80:2
**walk** 49:1 237:17
247:16
**walked** 264:10
**walsh** 7:8
**want** 13:9 16:9,13
21:1 22:14 50:10
52:11 57:9 58:9
58:10 60:12,23
61:1,21 62:1,8
64:14 70:18 72:4
81:21 82:22 92:5
107:10 122:5,6,11
122:14,23 123:9
127:8 132:23
137:3 139:20
141:21 148:4,6
158:1 160:4
214:13 216:11

218:24 233:13
272:7 283:24
284:12 305:2
**wanted** 43:4,11
60:4 80:21 81:19
128:10 130:6,19
166:24 167:3
191:3 193:7
206:20 207:7
287:3 302:2
**warn** 57:11,24
262:16
**warned** 54:15
**warning** 59:8 62:23
199:10
**wasnt** 43:4 55:4
76:5 77:20 80:11
82:5 99:21 111:12
127:6 128:18
155:15,19 167:17
182:20 193:21
226:17 227:1,5,9
231:1
**wasted** 83:18
**way** 21:13 41:14
50:20 51:6 53:4
58:19 69:9,18
70:17 72:24 76:16
92:9 97:5 101:17
119:23 122:3
124:20 130:6,18
132:17 135:9
141:4 167:18
191:21 194:10
199:17 206:16
223:24 236:5
250:10 284:13
295:22 300:6
304:9
**weak** 207:23
**website** 188:5
299:21
**wed** 106:15 306:1
**wedding** 286:4
**weddings** 108:12
**weed** 85:6 89:17

**weeded** 86:12
**week** 20:17 32:21
37:10,21 47:8
138:15 158:21
191:2 194:3
**weekend** 212:2
304:5
**weeks** 244:23 286:8
287:1 288:24
289:16
**weight** 182:13
**weighted** 72:13
**weird** 126:10
**went** 19:24 27:18
27:19,23 48:9
50:20 58:3 64:1
64:10 74:10,23
75:19 82:9 89:5
90:23 91:1,20
93:16 97:1 100:19
102:13 104:21
107:1 108:2 109:2
111:21 113:15
114:5 115:7
120:21 125:9
137:24 142:10
145:9 154:2
160:24 167:5
215:22,23 289:3
299:13
**west** 84:11,13
194:24
**weve** 19:8 183:12
187:12 233:5,13
244:18 250:19
264:16
**whats** 21:4 23:2
34:17 38:6 55:2
63:23 69:2 72:5
73:1 77:18 97:10
103:6 123:21
124:6 143:24
175:20 176:3,11
176:17 189:16
208:5 229:2
239:12 244:3

270:21 290:13
293:21
**whens** 116:4 278:3
293:4
**whitney** 294:17
**whos** 34:12 36:15
76:17 82:11
119:16 272:16
273:20
**wide** 155:24
**wife** 43:19 82:11
104:15,18 119:18
162:6 219:15
**william** 7:8
**willing** 92:23 216:3
219:11 268:2
269:17 272:12
284:4
**win** 217:12
**wind** 22:20 124:13
124:23 138:8
207:4 284:7
**winds** 69:22 124:20
276:6
**wish** 164:3 188:2
303:24
**wished** 216:21
**withdraw** 77:24
**witness** 3:3 23:9,12
148:23 149:4
181:7 187:14
300:17 306:11
307:10,14 308:1
**witnesses** 3:1
**woman** 210:7
**wondered** 48:24
**wonderful** 212:2
**wont** 12:9 192:3
270:8,24 271:19
**word** 12:18,19
49:16 55:3,16
63:23 81:8 228:18
269:24 303:3,6
**wording** 59:4,5
199:16
**words** 13:8 36:6

Confidential - Mathew Thomas, Jr., M.D.

Page 342

59:22 112:3
123:16 127:18
135:18 147:15
179:19 223:19
305:2
**work** 20:17 21:24
30:7,8,9 32:14,17
32:18,19 37:11,19
40:23 41:12,24
44:19 58:22 69:12
73:11 80:6 86:2
110:23 126:5
139:13 168:17
210:15 218:15
230:22 246:16
269:7,15 278:18
283:21 287:6
288:13,17 290:21
**worked** 32:10
40:15,16 41:10,22
42:16 43:23 58:19
79:18,20 91:19
107:4,4 110:18
120:14 158:16
228:1 261:24
273:18 274:2
276:9
**worker** 30:3 230:19
**working** 30:5 39:4
44:9,11,12,22
79:10,13,14,22
80:1 96:14 102:22
105:3 111:1
118:18 126:20
128:8,9 210:16
224:7 227:1,3,12
258:23,24 259:2
265:10,11 266:5
267:22 269:7
274:1,17,20,22
275:3 283:5
284:16 285:7,8,11
289:24
**workplace** 230:17
**works** 74:9 79:2
210:17 249:3,4,7

249:11 280:5
**world** 51:20 55:14
91:3 97:24 99:12
**worried** 167:7
**worry** 103:22 104:1
**wouldnt** 60:10
105:1 194:19
**wound** 73:18 74:14
74:16 80:17 82:8
86:14 90:10
102:23
**write** 62:4 162:20
163:6 166:17
173:13 178:14
184:3 186:6
189:10 190:11,21
191:19,24 192:15
193:11 194:5,21
195:4 201:9 206:5
209:8 211:7,15
213:21 214:4
225:5 248:17
253:20
**writes** 158:19
165:11 178:24
185:7 187:16
188:11,20 189:8
190:13 191:5
192:9,23 193:24
197:5 207:13
208:16 209:1,13
211:24 212:9
214:14,18 215:12
249:19
**writing** 164:14
212:13,21 231:19
231:21 271:4,6
**writings** 225:23
**written** 27:21 53:11
76:14 164:1
165:19 175:20
176:3,11,17
178:24 179:2,8
208:5 218:23
225:16,22 232:9
239:12 250:12

294:11
**wrong** 55:13 58:16
103:23 143:10
170:17
**wrote** 137:7 157:17
181:3 189:2,3
199:15 226:14
227:15 228:18,22
229:3 232:16
256:11

---

**X**

**xrays** 197:3

---

**Y**

**yeah** 18:2 20:10
35:7 37:13 55:7
57:21 64:13 67:1
77:14 80:16 93:13
94:20 112:18
115:11,21 116:3
120:9 130:20
139:9 151:20
161:16 162:7
176:17 187:9
195:10 199:6
202:12 206:18
225:19 228:10,15
228:20 229:12
231:16 232:3,19
270:23 277:18
280:15 287:20
**year** 23:19 25:2,12
32:12 39:11,14,18
41:4 71:24 72:2
73:21,24 77:4
78:16 80:23 81:1
83:18,19,21 85:1
85:2 89:24 115:20
185:11 218:4
220:5 235:8
265:22 266:13
274:4 275:16
276:5,7,12,17
277:3 284:2,17
292:1

**years** 17:17 25:22
63:9 73:2 74:17
75:16 87:2 123:3
129:11 199:8
201:23 207:4
215:11 220:4,6,11
220:16,18,20
238:3 242:3,5
243:11,23 244:24
246:6 250:2,6
253:16,18 258:6
265:5,21 267:17
267:19 270:12
273:19 277:4,16
277:18 278:14
281:10 285:21
**yesterday** 193:7
304:20
**york** 16:23 17:13
18:4,7,17 21:7
22:5 24:10,11,12
24:12 32:23 33:5
36:20 40:12 41:10
42:20 75:20 92:6
95:17,18,23 96:1
96:8 214:22 215:1
215:16,20 216:2
219:3,5,6 245:6
245:11 277:12
**yorker** 118:9
**youd** 13:6 180:12
218:18 268:13
269:4
**youll** 121:22 199:12
236:19 241:3
251:18 295:1
296:17,22 300:11
**young** 87:1 281:5
**youre** 14:19 16:10
22:6 23:9 32:24
35:14,22 36:21
38:1 39:19 40:4
49:5 50:3 53:19
54:21 57:4,6,14
57:16 58:7 69:18
70:11 120:12

121:2 122:20,21
123:8 132:13,16
134:15 135:2,9
139:5,6,7 142:17
143:7 144:21,22
145:2,7 170:16
172:1 191:20
194:16 205:24
220:8 223:7
226:14 239:13
248:13 257:10
263:12,24 264:1
269:17,23 272:11
285:9 298:11
**youve** 23:8 130:23
206:7 226:1
227:22 228:1
230:20 238:21
242:24 243:17
244:2,9,10 265:9
273:3,15 280:16
293:12 303:19,21
304:1 305:7

---

**Z**

**zip** 190:22,23 191:7
191:14

---

**0**

**0** 78:22
**00** 37:17,17
**000** 38:4 42:23,24
112:6 119:10
138:12 220:2,2,5
220:12 285:10
**00001** 9:11
**00002** 9:11
**00003** 9:9
**00004** 9:7
**00005** 8:21
**00008** 8:21
**00009** 9:5
**00012** 9:5
**00013** 8:15
**00014** 8:15 196:24
**00015** 8:19

Confidential - Mathew Thomas, Jr., M.D.

| | | 1 | | |
|---|---|---|---|---|
| 00020 8:19 | 00113 6:9 | **1** 3:10 10:5,11 45:9 | 243:18,22 | **173** 5:17 |
| 00026 8:17 | 00120 6:9 | 45:15 46:6 48:13 | **13** 4:15 10:5,11,13 | **174** 5:19 |
| 00027 8:15 | 00121 6:11 | 48:14 56:18 57:3 | 14:23 161:13,13 | **178** 5:21 6:5 |
| 00030 8:14 | 00125 6:11 | 57:5,6 60:15 68:7 | 195:21 228:21 | **17th** 183:4 193:5 |
| 00031 8:13 | 00126 5:21 | 68:15,16 69:3 | 301:4,4 | 232:5 237:5 252:1 |
| 00032 8:13 | 00127 5:17 | 91:9 97:4,7,14 | **130** 6:13 | 252:5 255:17 |
| 00033 8:9 | 00129 5:17 | 98:12 99:17 100:2 | **13cv03946cmr** 1:3 | **18** 5:6 31:12,13 |
| 00035 8:11 | 00130 5:14 | 100:7,13 101:8 | **13th** 211:8 | 164:11,12 |
| 00037 8:11 | 00131 5:15 | 111:17 113:4 | **14** 3:15 4:17 37:20 | **180** 6:7,9 |
| 00038 8:7 | 00132 4:5 | 141:12,22 142:20 | 42:18 162:8 197:2 | **181** 6:11 |
| 00039 8:7 | 00133 4:5 | 148:12 170:4 | **147** 10:5 | **183** 6:15 |
| 00040 8:5 | 00134 4:7 | 200:24 207:9 | **148** 3:16,18 4:16,23 | **185** 6:17 |
| 000401 3:13 | 00135 4:7 | 209:10 215:2,7,10 | 5:5,7 6:19 7:5,7,9 | **186** 6:21 |
| 000405 3:14 | 00136 4:16 | 216:19 217:15 | 7:11,13,15,17,19 | **19** 5:8 8:20 166:4 |
| 00041 7:21 | 00137 4:16 | 223:15,17 225:2 | 7:21 8:5,7,9,11,13 | 296:16 |
| 00049 7:21 | 00138 4:20 | 242:2,22,24 | 8:15,17,19 9:7,9 | **19103** 2:8,14 |
| 00050 7:19 | 00139 4:20 | 243:13,14 246:19 | **149** 3:22 | **1977** 21:3 |
| 00059 7:19 | 00140 5:7 | 250:7 257:18 | **14th** 163:9 211:23 | **19th** 189:3 213:12 |
| 00060 7:17 | 00141 5:7 | 266:23 271:18 | 212:9 243:8 | **1st** 130:3 206:13 |
| 000607 10:10 | 00142 5:9 | 281:3 282:14,15 | **15** 4:9,19 162:13,14 | 208:24 209:5 |
| 000609 10:10 | 00144 5:9 | 282:22 283:8,18 | 296:5 297:6,23 | 252:24 |
| 000613 10:12 | 00145 5:11 | 284:7 | **150** 4:5 220:12 | |
| 000614 10:12 | 00147 5:11 | **10** 1:10 4:8 5:18 6:8 | **157** 4:7 | |
| 000615 10:14 | 00148 5:5 | 6:10 8:16 159:2,3 | **159** 4:10 | 2 |
| 000627 10:8 236:22 | 00149 5:5 | **102** 71:23 | **15th** 115:8,23 | **2** 1:3 3:11 5:18 6:12 |
| 00646 10:8 | 00150 4:22 | **10314** 2:3 21:7 | 164:19 231:10 | 8:14 15:17 45:9 |
| 00067 7:17 | 00151 4:23 | **104** 71:23 | 307:15 | 45:15,16,17 46:6 |
| 00068 7:15 | 00152 6:13 | **10th** 173:16 | **16** 4:21 5:12 163:14 | 48:22 56:6,18,22 |
| 00074 7:15 | 00153 4:18 | **11** 3:4 4:11 8:16 | 169:22 210:22 | 57:4,7 59:20 62:2 |
| 00075 7:13 | 00156 4:14 | 42:19 91:3 157:17 | 295:5 296:7 | 64:9 65:12 68:22 |
| 00081 7:13 | 00158 4:12 | 160:10 228:3 | 297:23 | 69:7 100:12 |
| 00082 7:11 | 00159 4:9 | **110** 39:13 | **160** 3:14 4:12 | 111:17 125:20 |
| 00087 7:11 | 00167 3:20 | **115** 39:12,13 | **1600** 73:19,20 | 126:14 127:23 |
| 00088 7:9 | 00197 3:22 | 285:10,11 | **1601** 2:7 | 128:7 131:3 |
| 00089 7:7 | 00198 3:22 | **1162** 140:16 141:5 | **161** 4:14 | 138:12 150:16 |
| 00093 7:7 | 00199 4:10 | **117** 194:11 | **162** 4:18,20 141:12 | 158:23 162:23 |
| 00095 7:5 | 00203 4:10 | **11th** 91:10 166:1 | 141:22 142:20 | 164:21 173:2 |
| 00099 7:5 | 00204 5:18 | 206:13 | **1650** 1:13 | 175:8 182:17 |
| 00100 6:21 | 00207 5:19 | **12** 4:13 5:12 8:20 | **166** 5:9 | 183:2 188:4 190:5 |
| 00103 6:21 | 00388 3:18 | 8:20 37:20 161:4 | **167** 5:11 | 196:10,11 206:8 |
| 00104 6:19 | 00389 3:18 | 169:23 228:7 | **16th** 28:6 163:24 | 207:6,8 208:23 |
| 00107 6:19 | 00390 6:5 | **124** 182:6 | 166:11,13 193:7 | 215:3,8,10 216:19 |
| 00108 6:17 | 00392 6:5 | **125** 85:12 | **17** 5:4,18 8:16 | 217:9,15,16 223:9 |
| 00110 6:17 | 00398 6:7 | **1270** 73:18 | 164:6 | 225:2,2 233:20 |
| 00111 6:15 | 00400 6:7 | **12th** 17:1 164:13 | **1701** 2:13 | 235:20 236:2 |
| 00112 6:15 | 09 3:21 4:9 5:12 | | **172** 5:15 | 239:9 242:2,2 |
| | | | | 243:16 244:2,9,15 |

Confidential – Mathew Thomas, Jr., M.D.

Page 344

| | | | | |
|---|---|---|---|---|
| 246:24 247:1,7 | 246:9 | **2152558590** 2:8 | 268:14 271:14 | **41** 7:16 |
| 249:24 250:5 | **2009** 25:16,19 26:8 | **2159635917** 2:15 | 279:3,6,6,12,15 | **42** 7:18 |
| 251:20 253:24 | 28:7 41:13 127:4 | **21st** 253:24 | 279:21 280:10,18 | **43** 7:20 297:14 |
| 257:18 266:17 | 149:18 150:3,8 | **22** 5:13 80:4 87:2,3 | 280:24 281:15,21 | **44** 8:4 |
| 267:3 271:18 | 151:1 157:11,17 | 172:20 | 306:13 | **45** 8:6 193:23 |
| 281:3,18 282:3,8 | 163:12,24 164:4 | **23** 5:16 173:12 | **30** 6:12 105:11,13 | **46** 8:8 113:19 194:9 |
| 284:8 294:23 | 164:13,20 165:21 | **233** 3:5 | 107:15,17 130:23 | **47** 8:10 |
| **20** 5:10 31:12,14 | 166:1,11,13 | **236** 10:8 | 183:12 308:10 | **48** 3:10,11 8:12 |
| 51:18,22 56:17 | 231:10 246:9 | **24** 5:18 6:8 174:5 | **300some** 133:11 | 195:3 |
| 167:19 310:19 | 265:12 277:14,16 | **247** 10:10 | 138:21 | **49** 8:14 195:22,23 |
| **200** 220:12 | 278:8 285:23 | **24th** 181:10 185:14 | **304** 3:4 | **4th** 165:20 232:6 |
| **2000** 15:16 17:17 | 289:14 | 187:21 188:1,18 | **30th** 190:9 | 238:13,20 239:2 |
| 89:9 246:9 252:2 | **201** 159:22 | 190:10,13,15,24 | **31** 2:2 6:14 21:6 | 239:19 |
| 275:18 | **2010** 33:19 180:4 | 191:9 238:9 | 149:12 183:13,13 | |
| **2001** 17:16 89:12 | 181:10 183:4 | **25** 5:20 6:10 10:13 | 248:8 | **5** |
| 275:18 | 185:13 238:14,20 | 101:13 178:6 | **31st** 115:9,24 131:4 | **5** 3:16 10:11 37:17 |
| **2002** 89:12 243:4 | 239:2,19 252:1 | 197:5 | 150:16 192:17,21 | 112:6 119:10 |
| 274:7 | **2011** 61:13 126:17 | **252** 10:12 | 194:7 195:7,9 | **50** 8:16 195:18,19 |
| **2003** 25:10 94:4 | 127:4,6 129:24 | **254** 10:14 | 232:21 239:9 | 195:20 203:16,17 |
| 274:7 | 177:17 183:7,9,22 | **25th** 180:4 183:7,9 | 244:16,23 254:4 | 225:15 |
| **2004** 25:23 | 184:5 185:14 | 183:21 184:5 | 266:17 | **500** 85:11 |
| **2005** 207:2 243:18 | 186:4 187:22 | 185:13 232:13,14 | **32** 6:16 38:13 | **51** 8:18 206:4 |
| **2006** 41:1 100:2 | 188:2,18 189:3 | 252:2 255:6 | 131:23 164:13,20 | **5150** 1:14 |
| 243:5,8 275:2,4 | 190:4,10 193:7 | **26** 6:4 178:10,11 | 175:6 185:6 | **52** 8:20 209:17,18 |
| **2007** 17:1,3 61:12 | 197:4 201:3,7 | **27** 3:21 6:6 149:18 | 232:17 | 220:5 |
| 63:8,20 64:9,17 | 205:20 252:5 | 180:2,2,3 | **33** 6:18 | **53** 9:4 210:4,5,5 |
| 100:1 115:23,24 | 264:9 | **27th** 150:3,8 151:1 | **3310** 2:7 | **54** 9:6 213:5 |
| 131:4 139:8 | **2012** 32:12 41:14 | 186:4 251:6 | **3377** 1:23 | **55** 9:8 213:18 |
| 150:16 158:22 | 127:23 128:6 | 252:10,15 254:22 | **34** 6:20 186:2 | **56** 9:10 148:12 |
| 164:22 175:9 | 207:3 209:24 | **28** 5:12 6:8 62:3 | **35** 1:15 7:4 188:7 | 214:9,9 |
| 177:23 192:17,22 | 211:8 213:13 | 157:17 180:23,24 | 220:2 | **5672** 1:23 |
| 193:1 197:2,12,13 | **2013** 36:13 130:3 | **288** 165:14 197:2 | **36** 7:6 188:17 | **57** 10:4 148:2,16 |
| 198:2,5,11 199:5 | 208:24 209:5 | **28th** 21:3 157:17 | **37** 7:8 189:1 | 224:10 236:18 |
| 201:2,5 204:3,19 | 211:23 213:19 | **29** 6:10 181:22,23 | **370** 1:23 | 238:19 277:6 |
| 205:20,23,23 | 237:5 248:13 | **293** 10:17 | **38** 7:10 189:1 | **58** 10:6 236:14,17 |
| 216:17 217:14 | 249:17 250:15 | **2nd** 190:4 | **39** 7:12 189:2 | 239:17 241:5 |
| 221:17 232:21 | 251:6 252:10,15 | | 306:13 | 251:2 254:16 |
| 239:9 244:16 | 252:24 254:22 | **3** | **3rd** 191:19 195:5 | **59** 10:9 176:7 |
| 253:24 254:4 | 255:6,17 | **3** 3:12 45:10 64:1 | 195:15 | 247:19,22 |
| 266:17 267:18 | **2014** 1:10 307:15 | 78:22 100:12 | | **591** 1:23 |
| 272:3 275:4 | **2015** 218:4 | 118:13 127:2,3,7 | **4** | **5th** 207:2 |
| **2008** 42:2,3 47:17 | **209** 8:21 | 150:9,11 160:5 | **4** 3:15 10:13 14:18 | |
| 64:10 66:7 115:21 | **21** 5:12 28:2,2 | 216:22 217:2,7,17 | 14:22 197:2 | **6** |
| 116:1,2 117:18 | 168:22,23 | 218:2 221:4 232:3 | 201:14 202:2 | **6** 3:17 6:8 |
| 118:10 121:12 | **210** 9:5 | 245:3 251:21 | 224:18,22 | **60** 10:11 38:16 |
| 138:9 139:7 | **214** 9:11 | 266:10,11,14,15 | **40** 7:14 190:3 | 252:18,21 |
| 152:12 238:9 | | | | |

Confidential - Mathew Thomas, Jr., M.D.

| | |
|---|---|
| **609** 248:4 | **95** 73:23,24 |
| **60something** 140:6 | **96** 201:14 202:2 |
| **61** 10:13 255:2,5 | **99** 78:18 84:16 87:2 |
| **615** 255:7 | |
| **62** 10:15 294:1,4 | |
|   295:12 297:2,4,21 | |
| **630** 251:10 | |
| **646** 236:22 | |
| **65** 38:8 | |
| **66** 131:22 | |
| **67** 297:13 | |
| **6th** 164:3 187:17 | |
|   188:8 | |
| **7** | |
| **7** 3:19,21 149:3,6 | |
|   149:20 300:15,19 | |
| **70** 42:23 220:2 | |
| **700** 56:7,20 | |
| **73** 176:9,14 | |
| **74** 140:8 297:16 | |
| **75** 141:12,13,19,19 | |
|   141:20,20 223:20 | |
| **76** 176:14 | |
| **7th** 192:14 | |
| **8** | |
| **8** 4:4 6:10 150:20 | |
|   197:5 201:4,10 | |
| **80something** 140:7 | |
| **83** 297:11 | |
| **84** 131:21 | |
| **85** 42:24 140:8 | |
|   280:24 | |
| **877** 1:23 | |
| **8th** 213:19 248:12 | |
|   249:17 | |
| **9** | |
| **9** 1:15 4:6,9 37:17 | |
|   91:3 157:10 | |
|   164:13 197:2,5 | |
| **90** 281:1 | |
| **917** 1:23 | |
| **92** 38:4 | |
| **93** 201:4,10 | |
| **94** 73:24 | |