**EXHIBIT C**

**Susan Deitch**

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Wednesday, August 12, 2009 3:05 PM |
| To: | Susan Deitch |
| Subject: | Re: USMLE |

Susan Deitch:

I am in receipt of your email and your letter dated July 27, 2009.

I do have a few questions regarding the allegations and my own investigation of the activities regarding NBME and Optima University.

You state in my letter that there is information available that I was "involved with Optima review courses," This in return caused an investigation which has caused my Step scores to be under scrutiny and in effect negated my eligibility to sit for Step 3.

From my conversations with others who received letters regarding Optima and them being there, they were labeled as "participants" and also given an analysis of their scores showing percentages that were suspect as having come from the question bank at Optima.

At this time, I would like to know what the specifics are of the root of your investigation.

I passed my Step 1 in 2006, well before Optima's existence.

I passed my Step 2 in 2007 with my own hard work and perseverance. Any true and legitimate analysis of my exam against any question bank out there, including USMLEWORLD, Kaplan QBank, Optima's question bank, NMS, and released NBME assessment exams will show that less than 7% of the entire test was anywhere close to resembling similar concepts, questions, or material. Without this, I would have still passed my Step 2.

Not withstanding all this, I had made attempts to talk to you in January 2009 after receiving a voicemail to contact you. I left a message and a return call was made to me by a woman named Trish Weaver who told me that there was never a message left for me. When I inquired about a link to Optima, she said NBME didn't need to talk to me.

I sat with the FBI for almost 3 hours in May 2008 regarding Optima and its business plan. I was as cooperative as I could be, and I was already ECFMG certified.

Now, after all this time, and when I have applied for my Step 3 and a few weeks before ERAS 2010, you chose to single me out and start to investigate me? This timing is suspect to me. Regardless of what my opinions are of the way this entire situation has been handled, I have no doubt in the validity of my step scores as being very representative of my knowledge base and competence. I have no problem validating my scores so that I can be eligible for Step 3 and then move forward towards residency.

At this time, I ask that yourself, representing the NBME and USMLE, run a fair and legitimate analysis of my Steps, tell me the results, tell me my options of validating my scores if need be, and the procedures for doing so.



1

NBME 00258

I ask that this be done in an expedited manner as I want to be in the upcoming Match and sit for the exams in August if need be. I hope that my validity scores are made available to me in a few days as promised to some students, and I want this whole thing put behind me.

Having been away from Optima for a very long time, and having tried to talk to you in January 2009, your department could have notified me of these issues early enough so it would not be affecting my career and current application process for ERAS 2010. 

The professionalism which is supposed to encompass and represent the Medical Licensing exam has been tainted even more by these antics by an organization which is supposed to uphold integrity. Whatever your case is with Optima, actions should not be taken against defenseless students who went to a course to try and pass an exam. These matters I will take up after I prove my validity of scores and innocence of any irregular behavior.

Now if this investigation is against me for "involvement" and not "participation", then please do clarify. I have nothing to hide, nothing to gain and everything to lose. I am ready to have a face to face conversation and discuss all matters professionally and maturely. At the end of all this, I want it to be made very clear that I have nothing to do with Optima University, its proprietary information, its owner, or its existence or materials. I passed my Steps after multiple attempts because I kept at it and continued to work hard. Give me an opportunity to take Step 3, and I will pass it on my first attempt because I am a very knowledgeable doctor who has learned the right way to study and apply the knowledge within to the questions asked.

Thank you for your time. I expect an expedited response given the grave nature and timing of the situation, and I hope I will not be given a run around or a delayed response as other students have been. I am ready to do what I have to quickly to get my life and career back.

Thank you.

Mathew Thomas, Jr., MD, MHSA 

NBME 00259