**EXHIBIT D**

Mathew Thomas, Jr.
December 16, 2009

**Page 1**

```
 1        BOARD MEETING OF IRREGULAR BEHAVIOR
              COMMITTEE OF SCORE VALIDITY
 2             RE:  MATHEW THOMAS, JR.
 3
 4
 5          Wednesday, December 16th, 2009
 6
 7
 8
 9
10
11              Transcript of Board Meeting
12  of Irregular Behavior, held at the offices of
13  the National Board of Medical Examiners, 3750
14  Market Street, 2nd Floor, Philadelphia,
15  Pennsylvania 19104, commencing at 2:05 p.m., on
16  the above date, before Joseph P. Drowgoole, a
17  Professional Reporter and Notary Public in the
18  Commonwealth of Pennsylvania.
19
20
21
22         CAMBRIDGE LEGAL SERVICES, LLC.
              1436 Lombard Street
23        Philadelphia, Pennsylvania 19146
                 (215) 732-0800
24
```

**Page 2**

```
 1  A P P E A R A N C E S:
 2     BOARD OF IRREGULAR BEHAVIOR and
       COMMITTEE ON SCORE VALIDITY
 3     GERALD P. WHELAN, M.D., Chairman
       N. STACY LANKFORD, M.D., Member
 4     JOSEPH P. GRANDE, M.D., Member
       GERALD DILLON, Ph.D., Member, NBME
 5     JANET CARSON, ESQUIRE, Counsel to the Board
       STEPHEN SEELING, ESQUIRE, Member, ECFMG
 6     SUSAN DEITCH, Office of the Secretary
       AILEEN SALUS, Office of the Secretary
 7            - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 3**

```
 1          DR. WHELAN:  Thank you for
 2  appearing before the Committee.  And I
 3  apologize for the delay.  Everybody --
 4          DR. THOMAS:  No problem.
 5          DR. WHELAN:  -- has had their
 6  full chance to address the Committee, so we
 7  got a little bit behind.
 8          DR. THOMAS:  No problem.
 9          DR. WHELAN:  At the outset I
10  want to clarify that the purpose of this
11  committee is solely to determine the validity
12  of the scores on your recent examination.
13          DR. THOMAS:  Okay.
14          DR. WHELAN:  So I'm going to
15  introduce myself and everybody in the room,
16  the staff and the committee members.  We will
17  then have you sworn in by the court reporter
18  so that your testimony will be under oath.
19  Then we'll ask Susan Deitch to read a summary
20  of the concerns regarding your score and then
21  at that point you will have the floor and
22  you'll be able to address the Committee.
23          DR. THOMAS:  Okay.
24          DR. WHELAN:  After that we may
```

**Page 4**

```
 1  have some questions for you and you'll have a
 2  chance to make a final summary statement and
 3  then after you leave we'll discuss and come
 4  to a determination and notify you as soon as
 5  possible.  Okay?
 6          DR. THOMAS:  Okay.
 7          DR. WHELAN:  All right.  My
 8  name is Gerri Whelan.  I'm the chair of the
 9  committee.
10          DR. GRANDE:  I'm Joseph Grande
11  from Minnesota, member of the committee
12          DR. LANKFORD:  Stacy Lankford
13  from Indiana, also a member of the committee.
14          DR. DILLON:  I'm Gerri Dillon.
15  I'm a staff member with the National Board of
16  Medical Examiners.
17          MR. SEELING:  Good morning.
18  I'm Steven Seeling, staff member with ECFMG.
19          MS. CARSON:  I'm Janet Carson,
20  counsel for the USMLE program.
21          MS. DEITCH:  Susan Deitch,
22  office of the secretary.
23          MS. SALUS:  Aileen Salus,
24  office of the secretary.
```

1 (Pages 1 to 4)

NBME 00169

Mathew Thomas, Jr.
December 16, 2009

Page 5

1      DR. CASEY:  Catherine Casey
2  from Washington D.C.
3      DR. THOMAS:  Mathew Thomas.
4      Whereupon, MATHEW THOMAS, JR.,
5  M.D., was duly sworn and testified as
6  followed:
7      DR. WHELAN:  Susan, please.
8      MS. DEITCH:  The USMLE program
9  has established rules to govern the
10  administration of the examinations to ensure
11  that no examinee or group of examinees
12  receives unfair advantage on the examination,
13  inadvertently or otherwise.  The Bulletin
14  further notes that those rules include
15  standard test administration conditions
16  consistent with the principles on which the
17  examinations are developed and scored.  For
18  example, examinations are designed to sample
19  knowledge across specified content domains,
20  and unauthorized access to examination
21  content prior to testing violates that
22  principle.  Scores may be classified as
23  indeterminate if the scores are at or above
24  the passing level and the USMLE program

Page 6

1  cannot certify that they represent a valid
2  measure of an individual's knowledge or
3  competence as sampled by the examination.
4      The sponsoring organizations of
5  the USMLE program have filed suit in federal
6  court alleging copyright infringement by
7  Optima University, a provider of USMLE review
8  courses.  The Complaint sets forth the
9  specific allegations with respect to the
10  unauthorized copying, reconstruction, and
11  distribution of copyrighted USMLE test
12  questions and answers.  While the
13  investigation into this matter is ongoing,
14  information is available that, over a period
15  of years, secure USMLE test materials have
16  been made available to participants in the
17  Optima courses.  This information raises
18  concerns regarding the validity of the
19  passing level scores obtained by individuals
20  who were involved with the Optima courses
21  prior to testing.
22      In letters dated July 27th and
23  September 15th, 2009 Dr. Mathew Thomas was
24  advised about the evidence of Optima's

Page 7

1  unauthorized access to, and reproduction and
2  dissemination of, USMLE test materials and
3  the evidence of his involvement in Optima
4  review courses.  He was further advised that
5  this information raises concerns about the
6  validity of the passing level scores reported
7  to him for the Step 2 CK taken in December
8  2007.
9      Information regarding
10  Dr. Thomas' performance on Step 2 CK is found
11  in your agenda books.
12      Dr. Thomas has requested the
13  opportunity to appear in person before the
14  Committee on Score Validity.  Following
15  consideration of all the information
16  presented to it, the Committee will determine
17  whether Dr. Thomas' Step 2 CK scores can be
18  certified as representing a valid measurement
19  of his competence in the domains assessed by
20  Step 2 CK or whether to classify his Step 2
21  CK scores as indeterminate.
22      DR. WHELAN:  Thank you.  All
23  right, Dr. Thomas.
24      DR. THOMAS:  All right.  Just a

Page 8

1  little background.  I had gone to Optima
2  University in November because a -- a friend
3  of friend actually had gone to the gym which
4  -- which was outside of the building and saw
5  signs.
6      I have done every review course
7  out there.  I did PASS program.  I did
8  Kaplan, Northwest Medical Review, plus I work
9  for Kaplan.  I work for Kaplan as a CS
10  instructor on the side, so when I saw the
11  sign for Optima there was one catch there
12  that said guaranteed passing.  And I had went
13  to check out the course.  At this point I had
14  tried everything else.  When I --
15      DR. WHELAN:  Just to clarify,
16  was that November of '07?
17      DR. THOMAS:  '07, yes.
18      DR. WHELAN:  Okay.
19      DR. THOMAS:  So at that time I
20  went to the course.  I saw the instructor
21  that was there.  I talked to some students
22  there.  The students all told me that it's --
23  it's a good course.  It's the environment
24  that's good.  Pretty much you're put in

2  (Pages 5 to 8)

CAMBRIDGE   LEGAL   SERVICES
(800) 760-2626

NBME 00170

Mathew Thomas, Jr.
December 16, 2009

1    little cubicles and you're required to be
2    there from 7:00 a.m. to 10:00 p.m. every
3    day. It is the structure that I needed at
4    the time. I was working before. I put the
5    work to the side. And I was there for
6    approximately four-and-a-half to five weeks.
7    It was around the holiday time, so the
8    holiday times I was not available to go to
9    the course.
10        I took the exam on December
11   31st, 2007, having failed the test prior, I
12   believe July 27th earlier that year.
13        From my experience there, what
14   I gained from the course was basically the
15   environment to sit and study. All my
16   distractions were taken away. I didn't deal
17   with stuff at home. I wasn't trying to
18   work. Prior to that I was trying to do my
19   masters while studying for the boards, which
20   wasn't helping me any. So I was just focused
21   for the four-and-a-half weeks I was there. I
22   was around other colleagues who were also
23   studying for the same board exam. We did
24   have group discussion on topics that were

1    either strong for me or strong for them, so
2    we helped each other.
3        I didn't have too much exposure
4    to the bank that they say. I was more
5    focused on learning the material with other
6    students who were stronger. If you look at
7    my USMLE scores -- you -- you were given the
8    list. I have failed it five prior times,
9    each time successfully improving my score.
10   The last time I took it in July I pass -- I
11   failed it by one point. I got a 182/74. And
12   each of my score reports, if you look at the
13   scoring in the back my weakest area
14   consecutively each time was OB/GYN, was
15   never -- and I -- I started onto the left
16   each time (indicating). Only in '06 I was
17   little away from the star, but still it was
18   my weakest of all (indicating). So OB/GYN
19   became my focus when I went to -- went to
20   Optima.
21        It was actually what I was told
22   was his -- his best lecture because the way
23   he broke down questions and the way that he
24   told us how to -- the theory behind it became

1    stronger for me. And the individuals that I
2    studied with, they taught me different ways
3    of looking at OB/GYN instead of the very
4    basic, straightforward, you know, these are
5    the diseases and these are the -- the
6    infections that you get. It was just
7    different in the approach of dealing with
8    OB/GYN.
9        That in itself would have
10   gotten me a pass from the last 174/182 just
11   by improving in that one subject matter. If
12   you look at the -- the break-down in each of
13   my -- in each of my score reports that was
14   the one that went up significantly compared
15   to the others. The others shifted a little
16   bit, but nothing too tremendous.
17       So given that the accusations
18   against me today claim that the -- the
19   questions that were used against me -- the
20   questions that were used in scoring my score
21   report, when I asked Ms. Carson here, she
22   told me that 288 questions out of the entire
23   exam were used in scoring my -- my test and
24   of those 32 percent were considered exposed.

1    Now the term exposed, when I asked her she
2    says that there was knowledge that Optima
3    University had access to forms of the exam
4    prior to my test in 2007.
5        In 2007 he was predominately a
6    Step 1 course (indicating). His Step 2
7    course was very skeletal in the amount of
8    questions he had in his bank and the amount
9    -- the type of questions he had in his bank.
10   So for me -- and this is why I -- I brought
11   it up to Ms. Carson, to say that I had access
12   to questions that were in the forms because
13   she says that he had access to them doesn't
14   necessarily mean that I had them in my bank.
15   He had actually increased his Step 2 bank in
16   March of 2008. He added, if I'm not
17   mistaken, somewhere between 500 and 700
18   questions. So I don't know if the forms --
19   the questions that she claims that was
20   exposed in my bank came into his bank after I
21   was there. I don't know if they were before
22   I was there, but I do know that on my
23   personal test, and this I -- I wrote in my
24   e-mail to them, was that less than ten

3 (Pages 9 to 12)

C A M B R I D G E   L E G A L   S E R V I C E S
(800) 760-2626

NBME 00171

Mathew Thomas, Jr.
December 16, 2009

### Page 13

1 percent, I would say less than 20 questions
2 are questions that seem something that I
3 caught off guard, that may have been similar
4 to either an USMLEWorld question, or an NBME
5 assessment question, or a Kaplan Qbank
6 question, by far less than ten percent. So
7 when she told 32 percent in essence she's
8 telling me that 90 plus questions were on my
9 exam that I should -- I have had exposure to,
10 which I do not qualify in any which way and
11 under oath.
12      Now, the percentage that they
13 claim I received right on that was 84
14 percent. 84 percent, meaning that 77 out of
15 the 92 questions I got right. They decided
16 to compare that against the control group, so
17 I received 75 percent of those questions
18 right. In essence they're saying that the
19 control group had 69 questions right. The
20 difference being they claim in this exposed
21 group I had gotten eight more questions
22 correct than the average individual, eight
23 questions being one question per block,
24 nothing that I find to very significant, but

### Page 14

1 according to the NBME it is.
2      So we go to the flip side. The
3 flip side of that is the unexposed questions,
4 our 68 percent. Approximately of the 288
5 questions that were used in scoring me they
6 say that 195 questions were unexposed or 196
7 if you round up. Of those I got 66 percent
8 correct, which is about 129 questions.
9 They're claiming that the control group had
10 75 percent, which is about 146 questions, a
11 difference of about 17 questions. So they're
12 saying that the control group got 17 more
13 question -- 17 questions more correct than I
14 did on the overall exam. If you take the
15 difference between the two, the eight more
16 that I got in the exposed versus the 17 more
17 they got we're looking at a difference of
18 about nine or ten questions. Nine or ten
19 questions means 1.1 or 1.12 per block is why
20 they're saying that I need to validate my
21 exam.
22      Does anyone have questions
23 about the math?
24      DR. GRANDE: Actually the

### Page 15

1 difference would be 25 because it's plus 8
2 minus 17.
3      DR. THOMAS: But the plus 8 and
4 the minus 17 would give you a difference of
5 9.
6      DR. DILLON: 25 actually.
7      DR. THOMAS: How do you get the
8 25?
9      DR. DILLON: You didn't count
10 the directions or the differences. Also I
11 think it's important that the reason we
12 provide this information -- I think a key
13 piece of this is -- the reason we give you
14 the comparison group information is to give
15 you a sense for how unusual your difference
16 is relative to other people. So, for
17 example, your performance of having people
18 from 18 percent higher than exposed than
19 unexposed, when you compare the comparison
20 group almost no one had a difference that was
21 that large. I think that was really the
22 message behind this information.
23      DR. THOMAS: And I could -- I
24 can understand that, which is why I had asked

### Page 16

1 Ms. Carson if I could get some kind of
2 statistical analysis to show what the
3 question basis was. That was a big major
4 thing to me. For me I'm here at a hearing
5 with the court reporter. I was allowed to
6 have counsel. I'm being sworn under oath.
7 And I said give me some discovery as to the
8 data against me so that I can see what
9 you're -- you're going by and she said to me,
10 and quote if I'm wrong, she said that this is
11 not a statistical analysis, this is an
12 observation. These are observations made by
13 individuals in the National Board. I asked
14 her for their qualifications. She said we
15 don't check their CV. I said let me get
16 information for the board. I'll contact them
17 to find out their qualification and she says
18 we're not going to give that information to
19 you.
20      For me if you had stratified
21 and told me, well, you know what, on the
22 exposed versus the unexposed, medicine,
23 OB/GYN, surgery, peds and psych, these are
24 the type of questions, and by far you're --

**CAMBRIDGE LEGAL SERVICES**
(800) 760-2626

NBME 00172

Mathew Thomas, Jr.
December 16, 2009

Page 17

1  everything is equal across the board --
2  across the board you -- you had scored lower
3  or higher I could see.  Infectious disease by
4  far is my worst subject.  Now, if you're
5  going to tell me that all the exposed were
6  not infectious disease and they were part of
7  the unexposed then that would account for my
8  lower score.  In the same way if my exposed
9  was all psych, which is by far my undergrad
10 degree, as well as my -- my most high
11 score -- consecutively in all my scores then
12 it would make sense that I have a higher
13 percentage in my exposed.  Without that
14 information I don't think it's fair for me to
15 defend myself.  And when I asked for the
16 stratification she said, again, this is not a
17 statistical analysis, this is an
18 observation.  So that's one thing.
19        Now, the thing that kept being
20 brought up to me was the fact that we're
21 going against a control group, a control
22 group of 1,160, if I'm not mistaken, 1,162
23 people.  99 percent is almost a P value of
24 .01, meaning this is like by far a perfect

Page 18

1  (sic).  That is comparing me against the
2  average.  Every average is going to have a
3  high, it's going to have a low.  I've not
4  been told where I fall in this.  I'm not
5  being told that every single person below --
6  is below me.  I'm not being told that there's
7  certain people above me, and if there are
8  certain people above me are they being
9  questioned also.
10        Now, the point here is that
11 they're saying that I was exposed to certain
12 questions based on the fact that he may or
13 may not have, and again, this is alleged,
14 again, according to the paperwork that was
15 filed in the courthouses, that it was alleged
16 that has done certain things.  They have yet
17 to prove that case, they have yet to win that
18 case.  So now me and any other student who
19 sits here is being found guilty before
20 they're found -- before they're found
21 innocent.  And on top of that, too, in any
22 court in America it's the burden of the
23 prosecution to prove that you're guilty, not
24 the defendant to prove himself.

Page 19

1        MS. CARSON:  I would add, this
2  is not a criminal procedure and it's not a
3  civil procedure.
4        DR. THOMAS:  And I understand
5  that but when you're -- when I'm put on the
6  spot like this and without giving any
7  specific information it's very hard for me to
8  defend myself.  And that's what I'm saying.
9  And like I said, if you just look at my score
10 reports OB/GYN has always been my weakness.
11 OB/GYN was by far the best lecture that was
12 given at Optima.  OB/GYN is what I focused on
13 for four-and-a-half weeks, because I knew I
14 could pass the exam because I got 74 the time
15 prior, four months before that.  And by --
16 just by improving my OB/GYN I increased my
17 score.
18        Now, I can't -- I can't account
19 for the numbers that were given in terms of
20 32 percent.  I can't account for the exposed
21 or the unexposed.  And even in the time
22 session, the times that were given to me was
23 on the exposed questions 59 seconds versus 73
24 seconds on the unexposed.  Again, three

Page 20

1  things that bother me in this, one, I'm not
2  told the type of questions.  I remember on
3  this test I had one infectious disease
4  question where I stared at it for four
5  minutes, literally sitting there staring at
6  it because I have no idea what to do with
7  it.  Obviously if that falls in the unexposed
8  it's going to increase my time.  If it
9  falls -- and then I have psych questions that
10 are really fast.  I know psych like the back
11 of my hand.  I see a question, I don't need
12 too much time.  I know the answer real quick
13 and I move forward.  If those are all my
14 exposed questions it's going lower my time.
15        So for me I'm not being given
16 enough data here to be able to solidly tell
17 you why my times are different or why they're
18 not different, but I can say with firm --
19 firmness that at the end of every block I was
20 rushing, at the end of every block they were
21 certain -- maybe three, four, five questions
22 where I picked a letter and just flew through
23 it to finish on time and if those all fall
24 underneath the exposed or the "exposed" then

5 (Pages 17 to 20)

CAMBRIDGE   LEGAL   SERVICES
(800) 760-2626

NBME 00173

Mathew Thomas, Jr.
December 16, 2009

Page 21

1 obviously the time I took on those questions
2 are going to be far less than ten or 15, 20
3 seconds because I am rushing through it.
4      So I guess my bottom line here
5 is very simple, I went to Optima University.
6 I've yet to deny that. I went there and I
7 passed because I -- I perfected my OB/GYN. I
8 went there and I went over material in terms
9 of theory with people who understood
10 OB/GYN better. I was in the course for less
11 than five weeks, literally -- November 15th
12 is when I found out about the course. I went
13 into the course and I started -- I was there
14 every morning from 7:00 a.m. to 10:00 p.m.,
15 first one in, last one out. I focused on my
16 material. I was out for Thanksgiving. I was
17 out for Christmas and New -- and on New
18 Year's was out, but that whole holiday week I
19 was practically -- I was -- I was in and out
20 with family. So the amount of time that I
21 was actual at Optima is very minimal for this
22 test exactly -- specifically.
23      And I can account -- like I
24 said, there is no way that 32 percent of

Page 22

1 these questions are questions that I saw.
2 It's impossible. Under oath I can say it
3 here. I can say it and sing it to the stars
4 come down, but it's impossible. I did admit
5 there was maybe 20 percent -- I mean ten
6 percent, around 20 questions that I felt that
7 they seemed similar to other questions I've
8 seen elsewhere, but I cannot pinpoint it, if
9 it was Optima, or World, or even the NBME
10 self-assessment questions, because students
11 from all over -- NBME assessment questions
12 come out word for word on the test. And
13 that's something that can be asked by any --
14 just take a survey after the test. There's
15 five -- four NBME or five NBME self
16 assessment tests and of those they are
17 questions that come out word for word and
18 either the answer changes a little bit or the
19 answer stays the same and the question
20 changes a little bit, but the same theory is
21 there.
22      In terms of exposed material,
23 if you look at First Aid, First Aid says that
24 they come out with their -- their -- their

Page 23

1 topics in First Aid based on students coming
2 back and telling them about the exam.
3 Dr. Goljan from Kaplan and now from Falcon,
4 in his audio he says in the first hour his
5 100-page notes are questions and theories
6 that come out from students who come and tell
7 him what was on the test. Is every single
8 one of those students being brought here on
9 score validity, every student who went to
10 Kaplan or Falcon? No, they're not. So I
11 don't know where the theory becomes -- comes
12 out because of Optima. I don't know what the
13 personal or -- or the professional things was
14 with them, but I do know one thing, they have
15 yet to been found guilty of the copyright
16 infringement. It's a pending case and the
17 students are the ones suffering for it. And
18 I do not have the data to defend myself the
19 way I would like to defend myself. If you
20 would have shown me, listen, you're
21 stratified straight across the board, you
22 were faster here, not faster here, or even
23 show me the questions then I would have no
24 problem either saying, yeah, you know what,

Page 24

1 these questions I did better on or these
2 questions I did worse on based on the facts.
3      Unfortunately, I can only give
4 you what I find to be the reasoning as to
5 there's a discrepancy. And to me maybe the
6 expose that they claim is all psych and maybe
7 the unexposed is all infectious decease and
8 micro. Without the actual documentation from
9 you I can't give you a firm reason, but I can
10 give you one firm reason and that is my
11 OB/GYN improved because I had the lectures
12 and I had students there who knew their
13 OB/GYN. My score reports from the past
14 four -- four exams will all show that my
15 predominately improvement was OB/GYN and the
16 fact I had a 182/74 on my last test just by
17 improving OB/GYN a little bit would have
18 crossed me over to the pass.
19      I will just see if there's
20 anything else I wanted to add. Oh, the other
21 thing I had -- wanted to just say was this
22 whole -- this whole thing about the score
23 validity, about students who went to Optima,
24 if this whole process is about verifying

6 (Pages 21 to 24)

**CAMBRIDGE  LEGAL  SERVICES**
(800) 760-2626

NBME 00174

Mathew Thomas, Jr.
December 16, 2009

Page 25

1   whether or not students are actually
2   qualified to practice medicine then it should
3   have been just a blanket statement, if you
4   went to Optima University you must come in,
5   you must retake the exam, let's leave it at
6   that. Students -- students who -- who --
7   there are students who failed multiple times
8   and jumped into 90s who were told they don't
9   have to validate and there are students --
10  they are students, and I can -- I can give
11  those names after off the record, that's not
12  a problem, there are students who wind up
13  jumping a little bit, have to validate one
14  and not another.
15       So at the end of the day if
16  this is about you went to Optima, therefore,
17  you should validate if should be blanket.
18  And if it's about whether or not you're
19  qualified to practice to be a student --
20  qualified to practice medicine, there are
21  students who went to Optima who are in
22  residency today that I know, either
23  Ms. Carson, or Ms. Deitch, or Trish Weaver,
24  they all know who they are. They've asked

Page 26

1   other students about them. They're
2   practicing in residency today and they've yet
3   to be called into validate themselves and
4   they are actively treating patients.
5       So is this really about score
6   validity and -- and making sure that a person
7   is qualified or is this about just hand-
8   picking certain people and making them come
9   here and sit here? Because I find that it's
10  very unfair that we don't have a blanket
11  statement. And it's not that hard. There's
12  an ECFMG bulletin that goes out about certain
13  things. They just sent one out about score
14  -- the price of the exams going up. There
15  was -- when Optima was sued in March they
16  came out with a statement on the web site and
17  then later there was a web site two months
18  later saying that anyone who went there might
19  have a delay.
20       So if you have the avenue to
21  get everyone in here then why isn't it being
22  done if it's -- this is the reason that we're
23  all meeting today? And on top of that, too,
24  I was told that people are giving

Page 27

1   information -- people are giving information
2   about me, about other students. When
3   asked -- and I asked Ms. Carson is everyone
4   going to be brought in. She said those who
5   failed at Optima will not be, those who may
6   have taken the test and passed but there was
7   no aberration may not be, and those who did
8   better on the unexposed versus the exposed
9   may not have to come in either. But each
10  person is different. If the fact here that
11  we went to Optima, we had access to questions
12  supposedly or allegedly then we should all be
13  sitting here. And for that one reason I find
14  that if the Committee is going to do this the
15  right way that has to be understood.
16       Now, I have no problem
17  validating my exam in terms of -- I know I
18  passed this exam by my own merit. Till this
19  day I swear to that and till this day I will
20  stand by that. OB/GYN was my weakest. That
21  has improved. It's not my strongest by far,
22  it's -- but it improved from a star on the
23  left to the middle and that's what crossed me
24  over to the pass side. And I told you the

Page 28

1   environment is something that was very --
2   and -- and I can vouch for the environment
3   because I started studying with other
4   students. I got other students who failed
5   multiple times to pass by studying with me in
6   an environment where they just sat there and
7   just studied all day, 16 hours, and they all
8   passed after multiple fails.
9       So it's not about his bank.
10  It's not about his course. It was about the
11  environment that was there. It's about the
12  students who was helping each other and it
13  was just about getting this done (sic).
14       So with that said that's all I
15  can say. I cannot -- like I said, without
16  the -- the actual data in front of me, the
17  actual type of questions, or the actual extra
18  stratification of the exposed versus the
19  exposed I cannot give you a point on point
20  this is way this and this is why that, but I
21  can tell you that I was there for four-
22  and-a-half weeks minimally because of the
23  holidays (sic). I was there from 7 in the
24  morning till 10 o'clock. I was out during

7 (Pages 25 to 28)

CAMBRIDGE   LEGAL   SERVICES
(800) 760-2626

NBME 00175

Mathew Thomas, Jr.
December 16, 2009

**Page 29**

1  Thanksgiving weekend. I was out -- my
2  birthday falls around there, too, so I was
3  out for my birthday as well. Right around
4  Christmastime I was out for a day or two and
5  I had gastritis for about five to seven days,
6  so I was out for a whole week at that time,
7  too.
8      So all that can be verified by
9  talking to any student who -- who was there
10  at the time. And I had no exposure to
11  anything else. All I know is I came in. He
12  gave us a bank. I sat with a friend of
13  mine. All we did was study back and forth.
14  We went over the material, we went through
15  stuff. His lectures on OB/GYN were perfect
16  and -- if you ask any student who sits here
17  which is his best lecture, OB/GYN by far.
18  And that's for Step 1 and Step 2. And that's
19  all I can say in my defense. I cannot really
20  say too much more.
21      DR. LANKFORD: What are you
22  doing right now?
23      DR. THOMAS: Right now because
24  of this whole situation -- oh, that -- that

**Page 30**

1  was the other thing. In -- in January of
2  2009 I did call Ms. Deitch's office and --
3  because I had gotten the message that I
4  should. Instead of her calling me back she
5  had Trish Weaver call me back. Trish Weaver
6  told me that there was no reason for me to be
7  calling. I told her that I went to Optima,
8  is there a reason because of that? She said,
9  no, don't worry. I signed up for my Step 3
10  in June, late June or July. As soon as I
11  sent my Step 3 date is when I get the call,
12  oh, you need -- your score is going to be up
13  for score validity.
14      DR. LANKFORD: But what are you
15  doing now?
16      DR. THOMAS: Right now what I'm
17  doing is I'm working for the City of New York
18  in corporate compliance. I'm an assistant
19  for the CCO over there. They handle research
20  underneath -- underneath the compliance
21  division, so I help in compliance as well as
22  research.
23      DR. WHELAN: Let me respond to
24  a few of the things you said.

**Page 31**

1      DR. THOMAS: Sure.
2      DR. WHELAN: Because you raised
3  a number of issues.
4      DR. THOMAS: Sure. No problem,
5  sir.
6      DR. WHELAN: You referenced a
7  concern about people who were coming out of
8  the exam and giving information to
9  other organizations. That would not be an
10  issue of score validity. That would be -- if
11  depending on the nature of the information
12  they gave it would be irregular behavior.
13      DR. THOMAS: That's fine.
14      DR. WHELAN: And in cases where
15  we've documented that they have been brought
16  before the appropriate committee, which is
17  not this committee. That's the CIB
18  committee.
19      DR. THOMAS: Okay.
20      DR. WHELAN: And have been
21  dealt with. Some of those people have been
22  sanctioned. You also made mention about the
23  status of the case, the legal case against
24  Optima that hasn't been resolved.

**Page 32**

1      DR. THOMAS: Yes.
2      DR. WHELAN: Whether or not
3  it's resolved is some what moot as opposed to
4  the fact that we know, we have -- the
5  confiscated files represent actual test
6  data. So we know that it's there. Whether
7  we can prove him legally guilty for
8  compromising that is still a process.
9      DR. THOMAS: Okay. Can I just
10  rebut to that then? The two problems I have
11  with that -- whether or not you have the
12  information or not is one. You don't know if
13  I had access to that at the time before for
14  my exam. I took the exam -- I'm early.
15  2007. It's almost two years ago, two years
16  ago and two weeks.
17      DR. WHELAN: I'm going to come
18  back to that.
19      DR. THOMAS: Okay. So -- so
20  there's a discrepancy there as to whether or
21  not -- he may have had the access, but you
22  don't know that it was in the bank and you
23  don't know that I saw it because I was there
24  at the -- time period I was there,

8 (Pages 29 to 32)

NBME 00176

Mathew Thomas, Jr.
December 16, 2009

### Page 33

1  because he started in March of '07, if I'm
2  not mistaken.  Within nine months he was
3  focused on Step 1.  He had a very skeletal
4  Step 2 bank.  And unless you can reproduce
5  the -- the Step 2 bank itself it's very hard
6  to say without a shadow of doubt that just
7  because he had access to the forms that I
8  had.
9      Second, if NBME did have
10  knowledge that he had certain forms those
11  forms should have been pulled.  Those form
12  questions should never have gone out on the
13  test questions, because I was told by
14  Ms. Carson that we know the forms he had
15  access to, and they were prior to 2007, is
16  what she told me.  And for me if you know
17  that he had certain forms why were they not
18  pulled as soon as you knew.  In -- in
19  pharmacy a couple of years ago there was a
20  doctor at St. John's who was getting students
21  to give him questions.  As soon as that was
22  brought to the pharmacy board they stopped
23  all test taking from November till February,
24  took all the questions out and redid the

### Page 34

1  test.  No one was allowed to take it.  It's
2  kind of the similar situation.
3      MS. CARSON:  If I might
4  clarify, Dr. Thomas.
5      DR. THOMAS:  Yes.
6      MS. CARSON:  I referred to the
7  fact the analyses for you were based on the
8  forms of the exam exposed before you tested.
9  I did not identify the point in time in which
10  we learned of those exposures.
11      DR. THOMAS:  Okay.  But again
12  --
13      MS. CARSON:  There's a
14  difference.
15      DR. THOMAS:  But again, when I
16  asked for clarification you wouldn't give me
17  here nor there, so for me to sit here without
18  full knowledge I have to say what I feel is
19  relevant and not relevant.  Whether or not
20  there's other pertinent information that you
21  guys are privy to that I'm not that's for you
22  guys to decide once you're together, but me
23  sitting here I have to bring forward all my
24  questions and all my theories behind how

### Page 35

1  unfair this whole -- whole score validity
2  thing is, because again, less than ten
3  percent are questions that I can say that
4  looked similar to me.  All the rest of them
5  were questions that I had to sit and think
6  about.  So I cannot say whether or not those
7  forms were brought in after January when he
8  updated his bank and added 700 questions come
9  March.  But I wasn't a student then.  I had
10  already taken my exam.
11      MS. CARSON:  How did you know
12  that then?
13      DR. THOMAS:  That's irrelevant
14  right now because I wasn't a student at that
15  point.  And I have friends who were still
16  there.
17      MS. DEITCH:  Were you there
18  when the FBI came in?
19      DR. THOMAS:  Yes, I was, but
20  not as --
21      MS. DEITCH:  So that was in May
22  of 2008.
23      DR. THOMAS:  2008.
24      MS. DEITCH:  You were already

### Page 36

1  done the Step 2 test?
2      DR. THOMAS:  I was already
3  done.  Yes, I was.
4      DR. CASEY:  Why were you there
5  in 2008 when you took Step 2 in December of
6  '07?
7      DR. THOMAS:  Well, there's two
8  reasons for that.  One is that I was employed
9  there as a -- as a -- I was helping him,
10  helping him at Optima.  At this time there
11  was nothing that was going on with this
12  case.  There was no information privy as to
13  he was under investigation for anything.  And
14  second, my girlfriend was there.  She was
15  still studying at the time.  And also I had
16  friends there.  So it's not like I moved out
17  there.  I live in Staten Island and they're
18  relatively close.
19      DR. CASEY:  This is when they
20  were in New Jersey?
21      DR. THOMAS:  In New Jersey.
22  When he went to Tennessee I did not go with
23  him there.
24      DR. CASEY:  And what was your

9  (Pages 33 to 36)

**CAMBRIDGE  LEGAL  SERVICES**
(800) 760-2626

NBME 00177

Mathew Thomas, Jr.
December 16, 2009

Page 37

1  job?
2  DR. THOMAS: I was just taking
3  care of students when they came in,
4  registering them, telling them what to do,
5  giving them the -- that is where you're
6  supposed -- this is your cubicle. I had
7  nothing to do with the material, or teaching,
8  or anything.
9  DR. WHELAN: The last general
10  comment that I'd respond to you. You said
11  either we should just invalidate anybody who
12  had anything to do with Optima or just bring
13  everybody in. And the whole purpose of the
14  fact that there's a committee here is that
15  we're not using just the statistical
16  analysis. If that were the case we would put
17  it into a computer and send out letters to
18  people.
19  DR. THOMAS: I understand.
20  DR. WHELAN: But we understand
21  there are different circumstances. And
22  you're raising some that we're going to
23  seriously consider --
24  DR. THOMAS: Okay.

Page 38

1  DR. WHELAN: -- to explain the
2  variance in performance. So that's the
3  reason we're going through a very laborious
4  process, spending a lot of time to try to do
5  this as fairly as possible.
6  DR. THOMAS: I understand that,
7  sir. The only problem I have with that is if
8  the whole point of this is that the USMLE --
9  and according to the -- the bulletin, just so
10  I can quote it you, on the -- on the
11  paperwork that was filed with the court "The
12  USMLE examination is integral to each state's
13  effort to ensure that only competent and
14  qualified individuals are licensed to
15  practice medicine." If there is a question
16  of score validity for any student who went
17  through Optima and there are Optima students
18  who are in residency today practicing on
19  individuals, meaning actual treating them, it
20  would be imperative that they would be the
21  first ones called to sit in this chair today
22  and say this is your score.
23  DR. WHELAN: No, that would not
24  be the criteria. The criteria would be them

Page 39

1  demonstrating --
2  DR. THOMAS: They're
3  performance -- I know by fact the performance
4  on a handful of those doctors who failed
5  before they came to Optima and wind up in the
6  90s, so jumping up 20 plus points. If that's
7  not an indicator -- indication that they
8  should have been -- had an analysis done then
9  we have an issue when I just jump from a 74
10  to an 86.
11  MS. CARSON: Any individual is
12  free to share with us information that --
13  DR. THOMAS: I understand that,
14  but I have to --
15  MS. CARSON: -- available to
16  us.
17  DR. WHELAN: I first want to
18  sit here and figure -- figure out what's
19  going to happen with me before I start
20  whistle-blowing on other people. I think
21  this is -- whether giving my information or
22  not should be totally separate from here.
23  And to this point, no one has asked me which
24  students have gone there, which students have

Page 40

1  not. I mean obviously Ms. Carson and
2  Mr. Deitch know that I was working there. It
3  was brought up to me in a conversion with
4  Ms. Carson. But again, that's total
5  irrelevant to whether or not my score is
6  valid because it was post exam. So -- so
7  they've -- they've never asked me, you know,
8  do you know a list of students, do you know
9  anything? They've never asked me that. But
10  they have knowledge that I did work there.
11  So when that situation comes up we'll deal
12  with it there. For me personally right now
13  if this was about validating people who went
14  to Optima, and they are people who went there
15  who are practicing, I would think that they
16  should be sharing a seat here just as I am
17  here today. It should not make a difference
18  whether or not -- I'm not in residency now.
19  That's just -- just a personal opinion. I
20  mean you guys take from that what you will,
21  but I just -- you know, the scope of this is
22  we're being told this is being done to
23  validate scores so that we know that your
24  eligible or you're qualified to practice, yet

10 (Pages 37 to 40)

NBME 00178

Mathew Thomas, Jr.
December 16, 2009

Page 41

1  people who also were sitting with us in our
2  cubicles at the center are practicing today
3  and to say that they're -- because they're
4  already practicing they're qualified and
5  because we're not and we took the same
6  course, the same test, the same everything,
7  you know, there's -- there's a tint of
8  discrimination there in terms of, well,
9  you're already there or you're no, so let's
10  go after you first instead of leave them for
11  later. And --
12          MR. SEELING: Doctor, let me
13  change the direction. You're obviously
14  ECFMG certified --
15          DR. THOMAS: Yes, I am
16          MR. SEELING: -- and registered
17  for Step 3. Step 2 CK, what was your passing
18  score and how many attempts did you have
19  before you passed?
20          DR. THOMAS: On my sixth
21  attempt, so I had five attempt before. My
22  scores --
23          MS. DEITCH: They're in your
24  books.

Page 42

1          DR. THOMAS: They're in the
2  books. The first time I took it, I totally
3  was not ready for it. I just took it because
4  I had paid for it. And then consecutively I
5  jumped from a 161 to a 172. That was over a
6  year-and-a-half later.
7          MR. SEELING: I'm sorry. I'm
8  asking about Step 1.
9          DR. THOMAS: Oh, Step 1.
10          MR. SEELING: I apologize. I'm
11  asking about your Step 1 testing experience.
12          DR. THOMAS: Step 1 -- Step 1 I
13  actually failed it multiple times as well.
14  I'm not a test taker. I had a 100 point
15  something GPA in high school and I couldn't
16  even break a 1200 on my SATs. I've never
17  been a test taker. Standardized testing and
18  theory testing in class is totally two
19  different things for me.
20          MS. CARSON: I believe the exam
21  records shows a passing score of 184/75 on
22  the seventh attempt.
23          DR. THOMAS: Seventh attempt.
24          DR. WHELAN: Your comments

Page 43

1  about the fact that it was a skeletal --
2          DR. THOMAS: Program.
3          DR. WHELAN: -- program with
4  respect to CK and that there was an infusion
5  of test items in March of --
6          DR. THOMAS: '08.
7          DR. WHELAN: -- '08, is that
8  based on your experience working there and
9  having --
10          DR. THOMAS: Well, when I was
11  there -- like I said, I only came in for a
12  couple hours during -- during the week. It
13  was usually every other day or every three
14  days depending on the week. And -- and when
15  he was away then he would have me come in
16  more days. Students were there. And
17  students told me, well, we got new questions,
18  you know, are they supposed to be good? I
19  said, listen, do what he tells you to do. I
20  don't give the instructions as to what you're
21  supposed to do. He said there are updates.
22  They were told they were updated to the -- to
23  the students. I have no access at that point
24  to questions. I don't have question bank

Page 44

1  access. I'm just there. A new student comes
2  in, get his name, tell him this is where
3  you're going to sit, this is what you're
4  supposed to do, this is access to the bank,
5  once you get into the bank do 100 questions a
6  day, make sure you cover the same questions
7  each day until you get 100 new questions.
8  And I instructed them on what the -- what the
9  game plan is going forward. In terms of the
10  material that came in or not, I don't know.
11  That's why I cannot -- still cannot say
12  what -- what kind of questions they are or
13  whether they're questions that came on my
14  test, because again, I don't even know which
15  questions on my test are being claimed to
16  have been from his bank, so --
17          DR. CASEY: Just to clarify
18  timing. Are you currently enrolled as a
19  student anywhere?
20          DR. THOMAS: No, right now I'm
21  working in the City of New York.
22          DR. CASEY: Right. You've gone
23  to Ross and St. Matthew's and
24  St. Christopher's?

11 (Pages 41 to 44)

NBME 00179

Mathew Thomas, Jr.
December 16, 2009

Page 45

1   DR. THOMAS: St. Christopher's
2   I graduated in '03.
3       DR. CASEY: Did you --
4       DR. THOMAS: I graduated in
5   2003, yes.
6       MR. SEELING: Your diploma is
7   from St. Chris?
8       DR. THOMAS: St. Christopher's,
9   yes.
10      DR. CASEY: And why did you not
11  attempt Step 3 shortly after --
12      DR. THOMAS: After Step 2?
13      DR. CASEY: Yeah. I mean you
14  thought you passed. Did you apply for
15  residency?
16      DR. THOMAS: What happened
17  was -- obviously match is about two months
18  after that. So the January, February time I
19  was getting all my paperwork together. I
20  went through the scramble in March of 2008,
21  did not get any interviews, couldn't even get
22  through on the phone to anybody. Then you
23  have that post scramble period whether you're
24  still trying to make connections, so I was

Page 46

1   making phone calls. The summer came around.
2   I wound up getting sidetracked with other
3   things. And then -- the long story short is
4   that I put it off. I put it off at that
5   point because the scramble itself is so
6   discouraging in terms of not even getting a
7   call back, not even getting through, that I
8   wasn't sure what I was going to do. Again, I
9   started studying for Step 3. And this year I
10  thought I was going to be ready. I
11  registered for it in June, because I wasn't
12  about to fail Step 3 like I did with 1 and 2.
13  Everyone told me you must pass Step 3 first
14  attempt. January of this year actually I was
15  doing observership in Staten Island in psych
16  and I was studying for my Step 3 concurrently
17  and as soon as I registered for Step 3 that's
18  when I got the letter sent.
19      MR. SEELING: Doctor, are you
20  participating in the 2010 ERAS?
21      DR. THOMAS: I could not
22  because of this whole -- my scores were not
23  going to be -- they weren't going to be
24  released to anybody, so I couldn't do

Page 47

1   anything. I couldn't apply and waste $3,000
2   on it, you know.
3       MS. CARSON: I'm curious. As I
4   gathered from the applications you submitted
5   you attended Ross from 1999 --
6       DR. THOMAS: To 2000.
7       MS. CARSON: -- to 2000. And
8   then St. Matthew's from 2000 to 2001.
9       DR. THOMAS: That's correct.
10      MS. CARSON: And then
11  St. Christopher's from 2002 to 2003.
12      DR. THOMAS: 2003. That's
13  correct.
14      MS. CARSON: Can you give us a
15  little information about that?
16      DR. THOMAS: Basically in
17  November of 2000 -- when did I leave Ross?
18  2000?
19      MS. CARSON: It looks like
20  August of 2000.
21      DR. THOMAS: August of 2000.
22  So earlier in 2000 I had actually gotten -- I
23  hurt my back. In March of 2000 I hurt my
24  back lifting something and I had two

Page 48

1   herniated discs. Ross University is in Port
2   Smith, Dominica and the nearest hospital that
3   has any physical therapy is in Roseua, which
4   is about an hour-and-a-half away. The road
5   from there to there is like any island is
6   very bumpy, which didn't do any better. I go
7   get the treatment and come back and it was a
8   mess. So in September of 2000 after I
9   finished my second semester there I had the
10  opportunity to transfer to St. Matthew's,
11  which I did. St. Matthew's, I finished my
12  semesters over there. They had the big
13  hurricane where we got transferred over to
14  Orlando. After Orlando we went to Maine. I
15  finished my basic sciences in Maine. I went
16  to England for three months to do my clinical
17  rotations. That's when 9/11 happened. So I
18  was actually in Manchester, England when 9/11
19  happened here. My entire family is from
20  downtown New York. My dad works downtown.
21  My sister went to NYU. So for me for -- for
22  a period of couple of days I couldn't even
23  get in touch with them. St. Christopher's
24  found me in Manchester and said, listen, if

12 (Pages 45 to 48)

CAMBRIDGE  LEGAL  SERVICES
(800) 760-2626

NBME 00180

Mathew Thomas, Jr.
December 16, 2009

**Page 49**

1  you want to transfer to us -- at that time
2  St. Matthew's was going there a whole
3  problem. This is when they were still in
4  Belize, so they were going through a whole
5  takeover process in terms of Dr. Thornton and
6  I forget -- the Serslands. They were
7  fighting for control. And St. Christopher's
8  is actually a new and upcoming thing under
9  Dr. Leoni. Dr. Leoni called me and said,
10  listen, if you transfer to us we'll put you
11  back in New York next month. For me it
12  was -- it was an easy. St. Matthew's was
13  having -- I mean people with military guns
14  were coming on the campus. I didn't know
15  which way they were going to go. So I took
16  the transfer, came back to the -- to the --
17  came back to the states, started my rotations
18  in Atlanta, came back up, did my rotations in
19  Connecticut for a full period and then went
20  to North Port and finished up my clinical
21  rotations.
22          MR. SEELING: So you never went
23  to Senegal?
24          DR. THOMAS: I never went to

**Page 50**

1  Senegal. Actual their charter -- their
2  satellite school is in Luten, England for the
3  basic sciences. So that's the school we went
4  through.
5          MR. SEELING: Right. In Luten.
6          DR. THOMAS: In Luten. And
7  since then St. Christophers actually went
8  downwards and St. Matthew's moved to the
9  Caymans and has probably become the number
10  three or number four school. So it was just
11  ironic the way it happened. Yeah, it's a
12  whole -- I mean ECFMG would know better about
13  the history on that end, but -- so I had
14  justified reasons for transferring. It
15  wasn't because I failed out of any of them.
16  I transferred because I made choices in my
17  life that I felt were the best choices for my
18  situation at the time. And I have copies
19  of -- except for my first semester in -- in
20  Dominica, which was my break out of my shell
21  semester where I was goofing off too much
22  every other semester I have my scores, high
23  passes in my -- in my rotations, high passes
24  in my pathology and clinicals.

**Page 51**

1          Like I said, my scores are
2  fine, but I'm not a test taker. And I have
3  all those original documents with me if you
4  need them.
5          DR. WHELAN: Let me just ask
6  you one last question about your time at
7  Optima --
8          DR. THOMAS: Yes, sir.
9          DR. WHELAN: -- as a student.
10          DR. THOMAS: Yes.
11          DR. WHELAN: Did I understand
12  you to say that were maintaining that you
13  primarily spent your time on OB/GYN?
14          DR. THOMAS: No, I covered all
15  the material because, you know, I'm still
16  studying for the test, but my weakest by far,
17  and I knew that based on my last two scores,
18  was OB/GYN. OB/GYN was just a topic I could
19  not understand. Like I could -- I can break
20  down the -- the stages of labor, but when put
21  into question form I was missing certain
22  things. So me and my friend, actually we did
23  USMLEWorld together as well. We wrote down
24  questions. And he told me, listen, these are

**Page 52**

1  certain areas that will tell you why you need
2  to think, like stop over analyzing, stop
3  doing that.
4          DR. WHELAN: Were there OB/GYN
5  questions in Optima test bank?
6          DR. THOMAS: I believe, yes.
7  There were questions for all -- all things,
8  all -- all areas across the board were
9  scattered in -- in his bank.
10          MS. DEITCH: Dr. Thomas, first
11  of all, I can tell you're frustrated and I
12  emphasize with you. I want to address your
13  feeling of the fairness of all of this and
14  why some people have not been called in.
15          DR. THOMAS: Sure.
16          MS. DEITCH: The charge of this
17  committee is to make a decision about whether
18  the pass/fail is accurate.
19          DR. THOMAS: Okay.
20          MS. DEITCH: If an individual
21  that we know went to Optima, took an exam,
22  let's say they ten percent exposure, we look
23  at their performance and we say, well, what
24  if they missed every single one of these

13 (Pages 49 to 52)

**CAMBRIDGE   LEGAL   SERVICES**
(800) 760-2626

NBME 00181

Mathew Thomas, Jr.
December 16, 2009

**Page 53**

1  exposed questions, who they still have
2  passed?  If the answer to that is yes, why
3  would we bring them here?
4       DR. THOMAS:  If -- if ten
5  percent?
6       MS. DEITCH:  If every question
7  we believe was exposed at Optima, we said
8  let's just assume they failed, they would
9  have failed them anyway, those questions,
10  they were all failures and they passed
11  anyway, should they be here for the validity
12  of their pass/fail?
13       DR. THOMAS:  If the cornerstone
14  of this is the fact that they went to Optima
15  and they had access to exposed questions they
16  should still be here.
17       MS. DEITCH:  But that's not the
18  cornerstone.  The cornerstone is whether we
19  have a valid pass.
20       DR. THOMAS:  Well, if you gave
21  me -- if you gave me the pass score according
22  to bulletin every single -- okay.  Let's put
23  it this way.  The only reason why my score --
24  my exam was even checked was because I went

**Page 54**

1  to Optima.  Yes?
2       MS. DEITCH:  Yes.
3       DR. THOMAS:  So the cornerstone
4  goes back to it is because I went to Optima.
5       MS. DEITCH:  Well, it's Optima
6  pluses.
7       DR. THOMAS:  So then the
8  question is have you done an analysis on
9  every single student who went to Optima?
10       MS. DEITCH:  That we know of.
11       DR. THOMAS:  That you know of,
12  but one blanket statement on your web site
13  will say every student who went there must
14  send themselves in to have their scores
15  validated or to have their scores analyzed is
16  all you have to do.  And that's just --
17  that's just across the board.  For me it's
18  about me sitting here.  I know I passed
19  because I passed.  And I have a 66 percent on
20  my unexposed, so if you take that 66 against
21  the -- put that against the exposed as well
22  it still would have been a passing score,
23  because --
24       MS. CARSON:  We do want to stay

**Page 55**

1  focused.  Each case is idiosyncratic.  But I
2  think it's important to stay focused on your
3  case.
4       DR. THOMAS:  Yeah.  So if you
5  take the 66 percent of my unexposed I still
6  would have been at the 75 pass rate.  And
7  I've done that by just -- just -- 65 percent
8  is usually what people say is a pass.  Now I
9  don't know what the -- the hallmark rule is
10  for the NBME.  Is it 66 or 67 or you need two
11  thirds?  I don't know how it is, but my
12  assumption would be that 66 percent seems to
13  be a high enough number to at least get to 75
14  and say that I passed the exam.  I mean that
15  would be my personal opinion.  You guys would
16  know better.  But I mean for me -- like I
17  said, again, there's two issues for me.  One
18  is the fact that I know I passed because I
19  sat there and I changed the way I studied.
20  There was no AOL on-line, there was no MSN
21  chat when I was studying, there was no
22  nothing.  It was just me in front of books
23  and material studying for 12 to 16, 17 hours
24  a day.  And that's all it was for four-

**Page 56**

1  and-a-half weeks.  And on the flip side of
2  that is if -- if I'm going through this
3  because I went to Optima I just think it's
4  only fair and right that every student who
5  went to there should be seating in this seat
6  as well.  And that's just my two issues.  I
7  mean like I said, one has nothing to do with
8  the other, but I think me sitting here today
9  I should bring that up to the Committee
10  because obviously you guys are determining
11  the score validity across the board.  So for
12  me that is an issue.
13       MR. SEELING:  Doctor, I think
14  we understand your position.
15       DR. THOMAS:  Yes.
16       DR. WHELAN:  All right.  Are
17  there any other questions?  Any final
18  comments?
19       DR. THOMAS:  No.  I mean like I
20  said to you, look at my score reports.
21  Successively the last four exams, 172/71,
22  174/71, 182/74, 206/85, and each successive
23  one I did improve.  I wasn't at Optima when I
24  improved on each one, even when I jumped from

14  (Pages 53 to 56)

CAMBRIDGE  LEGAL  SERVICES
(800) 760-2626

NBME 00182

Mathew Thomas, Jr.
December 16, 2009

Page 57

1   174 to 182. I wasn't at a course like that.
2   I was just studying. My weakness was
3   OB/GYN. If you look at my score report the
4   break-down you'll see, OB/GYN star, star. It
5   went up. That up would have already got the
6   180/75 I needed to pass. And at this point
7   in time that's all I'm asking. Now if I have
8   to validate I just hope that you guys can
9   make a decision. Let me know soon so that I
10  can study because I want to take 2 and take 3
11  and try to do some observerships and try to
12  get into residency. That's all.
13        DR. WHELAN: All right. Well,
14  thank you.
15        DR. THOMAS: Thank you very
16  much everyone for your time.
17        (Whereupon, the inquiry
18  concluded at 2:52 p.m.)
19
20
21
22
23
24

Page 58

1        C E R T I F I C A T I O N
2        I, Joseph P. Dromgoole,
3   Professional Reporter and Notary Public for
4   the State of Pennsylvania, do hereby certify
5   the forgoing to be a true and accurate
6   transcript of my original stenographic notes
7   taken at the time and place hereinbefore set
8   forth.
9
10  _____
11  Joseph P. Dromgoole
12  Professional Court Reporter
13  Notary Public
14  (My commission expires June
15  of 2010)
16  Date: _____
17
18        (The foregoing certification of
19  this transcript does not apply to any
20  reproduction of the same by any means, unless
21  under the direct control and/or supervision
22  of the certifying reporter.)
23
24

15 (Pages 57 to 58)

CAMBRIDGE  LEGAL  SERVICES
(800) 760-2626

NBME 00183

Mathew Thomas, Jr.
December 16, 2009

Page 59



**A**

aberration 27:7
able 3:22 20:16
about 6:24 7:5 14:8
  14:10,11,18,23
  21:12 23:2 24:22,23
  24:24 25:16,18 26:1
  26:5,7,12,13 27:2,2
  28:9,10,10,11,13
  29:5 31:7,22 35:6
  40:13 42:8,11 43:1
  45:17 46:12 47:15
  48:4 50:12 51:6
  52:17 54:18
above 1:16 5:23 18:7
  18:8
access 5:20 7:1 12:3
  12:11,13 27:11
  32:13,21 33:7,15
  43:23 44:1,4 53:15
according 14:1 18:14
  38:9 53:21
account 17:7 19:18
  19:20 21:23
accurate 52:18 58:5
accusations 11:17
across 5:19 17:1,2
  23:21 52:8 54:17
  56:11
actively 26:4
actual 21:21 24:8
  28:16,17,17 32:5
  38:19 50:1
actually 8:3 10:21
  12:15 14:24 15:6
  25:1 42:13 46:14
  47:22 48:18 49:8
  50:7 51:22
add 19:1 24:20
added 12:16 35:8
address 3:6,22 52:12
administration 5:10
  5:15

admit 22:4
advantage 5:12
advised 6:24 7:4
after 3:24 4:3 12:20
  22:14 25:11 28:8
  35:7 41:10 45:11,12
  45:18 48:8,14
again 17:16 18:13,14
  19:24 34:11,15 35:2
  40:4 44:14 46:8
  55:17
against 11:18,19
  13:16 16:8 17:21
  18:1 31:23 54:20,21
agenda 7:11
ago 32:15,16 33:19
Aid 22:23,23 23:1
Aileen 2:6 4:23
allegations 6:9
alleged 18:13,15
allegedly 27:12
alleging 6:6
allowed 16:5 34:1
almost 15:20 17:23
  32:15
already 35:10,24
  36:2 41:4,9 57:5
always 19:10
America 18:22
amount 12:7,8 21:20
analyses 34:7
analysis 16:2,11
  17:17 37:16 39:8
  54:8
analyzed 54:15
analyzing 52:2
and-a-half 28:22
  56:1
and/or 58:21
another 25:14
answer 20:12 22:18
  22:19 53:2
answers 6:12

anybody 37:11 45:22
  46:24
anyone 14:22 26:18
anything 24:20 29:11
  36:13 37:8,12 40:9
  47:1
anyway 53:9,11
anywhere 44:19
AOL 55:20
apologize 3:3 42:10
appear 7:13
appearing 3:2
applications 47:4
apply 45:14 47:1
  58:19
approach 11:7
appropriate 31:16
approximately 9:6
  14:4
area 10:13
areas 52:1,8
around 9:7,22 22:6
  29:2,3 46:1
asked 11:21 12:1
  15:24 16:13 17:15
  22:13 25:24 27:3,3
  34:16 39:23 40:7,9
asking 42:8,11 57:7
assessed 7:19
assessment 13:5
  22:11,16
assistant 30:18
assume 53:8
assumption 55:12
Atlanta 49:18
attempt 41:21,21
  42:22,23 45:11
  46:14
attempts 41:18
attended 47:5
audio 23:4
August 47:20,21
available 6:14,16 9:8

39:15
avenue 26:20
average 13:22 18:2,2
away 9:16 10:17
  43:15 48:4
a.m 9:2 21:14

**B**

back 10:13 20:10
  23:2 29:13 30:4,5
  32:18 46:7 47:23,24
  48:7 49:11,16,17,18
  54:4
background 8:1
bank 10:4 12:8,9,14
  12:15,20,20 28:9
  29:12 32:22 33:4,5
  35:8 43:24 44:4,5
  44:16 52:5,9
based 18:12 23:1
  24:2 34:7 43:8
  51:17
basic 11:4 48:15 50:3
basically 9:14 47:16
basis 16:3
became 10:19,24
become 50:9
becomes 23:11
before 1:16 3:2 7:13
  9:4 12:21 18:19,20
  19:15 31:16 32:13
  34:8 39:5,19 41:19
  41:21
behavior 1:1,12 2:2
  31:12
behind 3:7 10:24
  15:22 34:24
being 13:20,23 16:6
  17:19 18:5,6,8,19
  20:15 23:8 26:21
  40:22,22 44:15
believe 9:12 42:20
  52:6 53:7

C A M B R I D G E      L E G A L      S E R V I C E S
(800) 760-2626

NBME 00184

Mathew Thomas, Jr.
December 16, 2009

Page 60

Belize 49:4
below 18:5,6
best 10:22 19:11
   29:17 50:17
better 21:10 24:1
   27:8 48:6 50:12
   55:16
between 12:17 14:15
big 16:3 48:12
birthday 29:2,3
bit 3:7 11:16 22:18
   22:20 24:17 25:13
blanket 25:3,17
   26:10 54:12
block 13:23 14:19
   20:19,20
board 1:1,11,13 2:2,5
   4:15 9:23 16:13,16
   17:1,2 23:21 33:22
   52:8 54:17 56:11
boards 9:19
books 7:11 41:24
   42:2 55:22
bother 20:1
bottom 21:4
break 42:16 50:20
   51:19
break-down 11:12
   57:4
bring 34:23 37:12
   53:3 56:9
broke 10:23
brought 12:10 17:20
   23:8 27:4 31:15
   33:22 35:7 40:3
building 8:4
bulletin 5:13 26:12
   38:9 53:22
bumpy 48:6
burden 18:22

C

C 2:1 58:1,1

call 30:2,5,11 46:7
called 26:3 38:21
   49:9 52:14
calling 30:4,7
calls 46:1
CAMBRIDGE 1:22
came 12:20 26:16
   29:11 35:18 37:3
   39:5 43:11 44:10,13
   46:1 49:16,17,18
campus 49:14
care 37:3
Carson 2:5 4:19,19
   11:21 12:11 16:1
   19:1 25:23 27:3
   33:14 34:3,6,13
   35:11 39:11,15 40:1
   40:4 42:20 47:3,7
   47:10,14,19 54:24
case 18:17,18 23:16
   31:23,23 36:12
   37:16 55:1,3
cases 31:14
Casey 5:1,1 36:4,19
   36:24 44:17,22 45:3
   45:10,13
catch 8:11
Catherine 5:1
caught 13:3
Caymans 50:9
CCO 30:19
center 41:2
certain 18:7,8,11,16
   20:21 26:8,12 33:10
   33:17 51:21 52:1
certification 58:18
certified 7:18 41:14
certify 6:1 58:4
certifying 58:22
chair 4:8 38:21
Chairman 2:3
chance 3:6 4:2
change 41:13

changed 55:19
changes 22:18,20
charge 52:16
charter 50:1
chat 55:21
check 8:13 16:15
checked 53:24
choices 50:16,17
Chris 45:7
Christmas 21:17
Christmastime 29:4
Christophers 50:7
Christopher's 44:24
   45:1,8 47:11 48:23
   49:7
CIB 31:17
circumstances 37:21
City 30:17 44:21
civil 19:3
CK 7:7,10,17,20,21
   41:17 43:4
claim 11:18 13:13,20
   24:6
claimed 44:15
claiming 14:9
claims 12:19
clarification 34:16
clarify 3:10 8:15 34:4
   44:17
class 42:18
classified 5:22
classify 7:20
clinical 48:16 49:20
clinicals 50:24
close 36:18
colleagues 9:22
come 4:3 22:4,12,17
   22:24 23:6,6 25:4
   26:8 27:9 32:17
   35:8 43:15 48:7
comes 23:11 40:11
   44:1
coming 23:1 31:7

49:14
commencing 1:15
comment 37:10
comments 42:24
   56:18
commission 58:14
committee 1:1 2:2
   3:2,6,11,16,22 4:9
   4:11,13 7:14,16
   27:14 31:16,17,18
   37:14 52:17 56:9
Commonwealth 1:18
compare 13:16 15:19
compared 11:14
comparing 18:1
comparison 15:14,19
competence 6:3 7:19
competent 38:13
Complaint 6:8
compliance 30:18,20
   30:21
compromising 32:8
computer 37:17
concern 31:7
concerns 3:20 6:18
   7:5
concluded 57:18
concurrently 46:16
conditions 5:15
confiscated 32:5
Connecticut 49:19
connections 45:24
consecutively 10:14
   17:11 42:4
consider 37:23
consideration 7:15
considered 11:24
consistent 5:16
contact 16:16
content 5:19,21
control 13:16,19 14:9
   14:12 17:21,21 49:7
   58:21

NBME 00185

Mathew Thomas, Jr.
December 16, 2009



conversion 40:3
copies 50:18
copying 6:10
copyright 6:6 23:15
copyrighted 6:11
cornerstone 53:13,18
 53:18 54:3
corporate 30:18
correct 13:22 14:8,13
 47:9,13
counsel 2:5 4:20 16:6
count 15:9
couple 33:19 43:12
 48:22
course 8:6,13,20,23
 9:9,14 12:6,7 21:10
 21:12,13 28:10 41:6
 57:1
courses 6:8,17,20 7:4
court 3:17 6:6 16:5
 18:22 38:11 58:12
courthouses 18:15
cover 44:6
covered 51:14
criminal 19:2
criteria 38:24,24
crossed 24:18 27:23
CS 8:9
cubicle 37:6
cubicles 9:1 41:2
curious 47:3
currently 44:18
CV 16:15

**D**
dad 48:20
data 16:8 20:16
 23:18 28:16 32:6
date 1:16 30:11
 58:16
dated 6:22
day 9:3 25:15 27:19
 27:19 28:7 29:4

43:13 44:6,7 55:24
days 29:5 43:14,16
 48:22
deal 9:16 40:11
dealing 11:7
dealt 31:21
decease 24:7
December 1:5 7:7
 9:10 36:5
decide 34:22
decided 13:15
decision 52:17 57:9
defend 17:15 19:8
 23:18,19
defendant 18:24
defense 29:19
degree 17:10
Deitch 2:6 3:19 4:21
 4:21 5:8 25:23
 35:17,21,24 40:2
 41:23 52:10,16,20
 53:6,17 54:2,5,10
Deitch's 30:2
delay 3:3 26:19
demonstrating 39:1
deny 21:6
depending 31:11
 43:14
designed 5:18
determination 4:4
determine 3:11 7:16
determining 56:10
developed 5:17
difference 13:20
 14:11,15,17 15:1,4
 15:15,20 34:14
 40:17
differences 15:10
different 11:2,7
 20:17,18 27:10
 37:21 42:19
Dillon 2:4 4:14,14
 15:6,9

diploma 45:6
direct 58:21
direction 41:13
directions 15:10
discouraging 46:6
discovery 16:7
discrepancy 24:5
 32:20
discrimination 41:8
discs 48:1
discuss 4:3
discussion 9:24
disease 17:3,6 20:3
diseases 11:5
dissemination 7:2
distractions 9:16
distribution 6:11
division 30:21
doctor 33:20 41:12
 46:19 56:13
doctors 39:4
documentation 24:8
documented 31:15
documents 51:3
doing 29:22 30:15,17
 46:15 52:3
domains 5:19 7:19
Dominica 48:2 50:20
done 8:6 18:16 26:22
 28:13 36:1,3 39:8
 40:22 54:8 55:7
doubt 33:6
down 10:23 22:4
 51:20,23
downtown 48:20,20
downwards 50:8
Dr 3:1,4,5,8,9,13,14
 3:23,24 4:6,7,10,12
 4:14 5:1,3,7 6:23
 7:10,12,17,22,23,24
 8:15,17,18,19 14:24
 15:3,6,7,9,23 19:4
 23:3 29:21,23 30:14

30:16,23 31:1,2,4,6
 31:13,14,19,20 32:1
 32:2,9,17,19 34:4,5
 34:11,15 35:13,19
 35:23 36:2,4,7,19
 36:21,24 37:2,9,19
 37:20,24 38:1,6,23
 39:2,13,17 41:15,20
 42:1,9,12,23,24
 43:2,3,6,7,10 44:17
 44:20,22 45:1,3,4,8
 45:10,12,13,16
 46:21 47:6,9,12,16
 47:21 49:5,9,9,24
 50:6 51:5,8,9,10,11
 51:14 52:4,6,10,15
 52:19 53:4,13,20
 54:3,7,11 55:4
 56:15,16,19 57:13
 57:15
Dromgoole 1:16 58:2
 58:11
duly 5:5
during 28:24 43:12
 43:12
D.C 5:2

**E**
E 2:1,1 58:1
each 10:2,9,12,14,16
 11:12,13 27:9 28:12
 38:12 44:7 55:1
 56:22,24
earlier 9:12 47:22
early 32:14
easy 49:12
ECFMG 2:5 4:18
 26:12 41:14 50:12
effort 38:13
eight 13:21,22 14:15
either 10:1 13:4
 22:18 23:24 25:22
 27:9 37:11

NBME 00186

Mathew Thomas, Jr.
December 16, 2009

Page 62

eligible 40:24
elsewhere 22:8
emphasize 52:12
employed 36:8
end 20:19,20 25:15
    50:13
England 48:16,18
    50:2
enough 20:16 55:13
enrolled 44:18
ensure 5:10 38:13
entire 11:22 48:19
environment 8:23
    9:15 28:1,2,6,11
equal 17:1
ERAS 46:20
ESQUIRE 2:5,5
essence 13:7,18
established 5:9
even 19:21 22:9
    23:22 42:16 44:14
    45:21 46:6,7 48:22
    53:24 56:24
every 8:6 9:2 18:2,5
    20:19,20 21:14 23:7
    23:9 43:13,13 50:22
    52:24 53:6,22 54:9
    54:13 56:4
everybody 3:3,15
    37:13
everyone 26:21 27:3
    46:13 57:16
everything 8:14 17:1
    41:6
evidence 6:24 7:3
exactly 21:22
exam 9:10,23 11:23
    12:3 13:9 14:14,21
    19:14 23:2 25:5
    27:17,18 31:8 32:14
    32:14 34:8 35:10
    40:6 42:20 52:21
    53:24 55:14

examination 3:12
    5:12,20 6:3 38:12
examinations 5:10
    5:17,18
examinee 5:11
examinees 5:11
Examiners 1:13 4:16
example 5:18 15:17
exams 24:14 26:14
    56:21
except 50:19
experience 9:13
    42:11 43:8
expires 58:14
explain 38:1
expose 24:6
exposed 11:24 12:1
    12:20 13:20 14:16
    15:18 16:22 17:5,8
    17:13 18:11 19:20
    19:23 20:14,24,24
    22:22 27:8 28:18,19
    34:8 53:1,7,15
    54:21
exposure 10:3 13:9
    29:10 52:22
exposures 34:10
extra 28:17
e-mail 12:24

**F**

F 58:1
fact 17:20 18:12
    24:16 27:10 32:4
    34:7 37:14 39:3
    43:1 53:14 55:18
facts 24:2
fail 46:12
failed 9:11 10:8,11
    25:7 27:5 28:4 39:4
    42:13 50:15 53:8,9
fails 28:8
failures 53:10

fair 17:14 56:4
fairly 38:5
fairness 52:13
Falcon 23:3,10
fall 18:4 20:23
falls 20:7,9 29:2
family 21:20 48:19
far 13:6 16:24 17:4,9
    17:24 19:11 21:2
    27:21 29:17 51:16
fast 20:10
faster 23:22,22
FBI 35:18
February 33:23
    45:18
federal 6:5
feel 34:18
feeling 52:13
felt 22:6 50:17
few 30:24
fighting 49:7
figure 39:18,18
filed 6:5 18:15 38:11
files 32:5
final 4:2 56:17
find 13:24 16:17 24:4
    26:9 27:13
fine 31:13 51:2
finish 20:23
finished 48:9,11,15
    49:20
firm 20:18 24:9,10
firmness 20:19
first 21:15 22:23,23
    23:1,4 38:21 39:17
    41:10 42:2 46:13
    50:19 52:10
five 9:6 10:8 20:21
    21:11 22:15,15 29:5
    41:21
flew 20:22
flip 14:2,3 56:1
floor 1:14 3:21

focus 10:19
focused 9:20 10:5
    19:12 21:15 33:3
    55:1,2
followed 5:6
Following 7:14
foregoing 58:18
forget 49:6
forgoing 58:5
form 33:11 51:21
forms 12:3,12,18
    33:7,10,11,14,17
    34:8 35:7
forth 6:8 29:13 58:8
forward 20:13 34:23
    44:9
found 7:10 18:19,20
    18:20 21:12 23:15
    48:24
four 19:15 20:4,21
    22:15 24:14,14
    28:21 50:10 55:24
    56:21
four-and-a-half 9:6
    9:21 19:13
free 39:12
friend 8:2,3 29:12
    51:22
friends 35:15 36:16
from 4:11,13 5:2 9:2
    9:13,14 10:17 11:10
    15:18 21:14 22:11
    23:3,3,6 24:8,13
    27:22 28:23 33:23
    39:9,22 40:20 42:5
    44:16 45:7 47:4,5,8
    47:11 48:5,19 56:24
front 28:16 55:22
frustrated 52:11
full 3:6 34:18 49:19
further 5:14 7:4

**G**

NBME 00187

Mathew Thomas, Jr.
December 16, 2009

Page 63

gained 9:14
game 44:9
gastritis 29:5
gathered 47:4
gave 29:12 31:12
  53:20,21
general 37:9
GERALD 2:3,4
Gerri 4:8,14
getting 28:13 33:20
  45:19 46:2,6,7
girlfriend 36:14
give 15:4,13,14 16:7
  16:18 24:3,9,10
  25:10 28:19 33:21
  34:16 43:20 47:14
given 10:7 11:17
  19:12,19,22 20:15
giving 19:6 26:24
  27:1 31:8 37:5
  39:21
go 9:8 14:2 36:22
  41:10 48:6 49:15
goes 26:12 54:4
going 3:14 16:9,18
  17:5,21 18:2,3 20:8
  20:14 21:2 26:14
  27:4,14 30:12 32:17
  36:11 37:22 38:3
  39:19 44:3,9 46:8
  46:10,23,23 49:2,4
  49:15 56:2
Goljan 23:3
gone 8:1,3 33:12
  39:24 44:22
good 4:17 8:23,24
  43:18
goofing 50:21
gotten 11:10 13:21
  30:3 47:22
govern 5:9
GPA 42:15
graduated 45:2,4

Grande 2:4 4:10,10
  14:24
group 5:11 9:24
  13:16,19,21 14:9,12
  15:14,20 17:21,22
guaranteed 8:12
guard 13:3
guess 21:4
guilty 18:19,23 23:15
  32:7
guns 49:13
guys 34:21,22 40:20
  55:15 56:10 57:8
gym 8:3

**H**
hallmark 55:9
hand 20:11 26:7
handful 39:4
handle 30:19
happen 39:19
happened 45:16
  48:17,19 50:11
hard 19:7 26:11 33:5
having 9:11 15:17
  43:9 49:13
hearing 16:4
held 1:12
help 30:21
helped 10:2
helping 9:20 28:12
  36:9,10
her 12:1 16:14 30:4,7
hereinbefore 58:7
herniated 48:1
high 17:10 18:3
  42:15 50:22,23
  55:13
higher 15:18 17:3,12
him 7:7 23:7 32:7
  33:21 36:9,10,23
  44:2
himself 18:24

history 50:13
holiday 9:7,8 21:18
holidays 28:23
home 9:17
hope 57:8
hospital 48:2
hour 23:4
hours 28:7 43:12
  55:23
hour-and-a-half 48:4
hurricane 48:13
hurt 47:23,23

**I**
idea 20:6
identify 34:9
idiosyncratic 55:1
imperative 38:20
important 15:11 55:2
impossible 22:2,4
improve 56:23
improved 24:11
  27:21,22 56:24
improvement 24:15
improving 10:9
  11:11 19:16 24:17
inadvertently 5:13
include 5:14
increase 20:8
increased 12:15
  19:16
indeterminate 5:23
  7:21
Indiana 4:13
indicating 10:16,18
  12:6
indication 39:7
indicator 39:7
individual 13:22
  39:11 52:20
individuals 6:19 11:1
  16:13 38:14,19
individual's 6:2

infections 11:6
infectious 17:3,6
  20:3 24:7
information 6:14,17
  7:5,9,15 15:12,14
  15:22 16:16,18
  17:14 19:7 27:1,1
  31:8,11 32:12 34:20
  36:12 39:12,21
  47:15
infringement 6:6
  23:16
infusion 43:4
innocent 18:21
inquiry 57:17
instead 11:3 30:4
  41:10
instructed 44:8
instructions 43:20
instructor 8:10,20
integral 38:12
interviews 45:21
introduce 3:15
invalidate 37:11
investigation 6:13
  36:13
involved 6:20
involvement 7:3
ironic 50:11
irregular 1:1,12 2:2
  31:12
irrelevant 35:13 40:5
island 36:17 46:15
  48:5
issue 31:10 39:9
  56:12
issues 31:3 55:17
  56:6
items 43:5

**J**
Janet 2:5 4:19
January 30:1 35:7

NBME 00188

Mathew Thomas, Jr.
December 16, 2009

Page 64

45:18 46:14
**Jersey** 36:20,21
**job** 37:1
**John's** 33:20
**Joseph** 1:16 2:4 4:10
58:2,11
**JR** 1:2 5:4
**July** 6:22 9:12 10:10
30:10
**jump** 39:9
**jumped** 25:8 42:5
56:24
**jumping** 25:13 39:6
**June** 30:10,10 46:11
58:14
**just** 7:24 8:15 9:20
11:6,10 19:9,16
20:22 22:14 24:16
24:19,21 25:3 26:7
26:13 28:6,7,13
32:9 33:6 37:2,11
37:12,15 38:9 39:9
40:16,19,19,21 42:3
44:1,17 50:10 51:5
51:18 53:8 54:16,17
55:7,7,22 56:3,6
57:2,8
**justified** 50:14

**K**

**Kaplan** 8:8,9,9 13:5
23:3,10
**kept** 17:19
**key** 15:12
**kind** 16:1 34:2 44:12
**knew** 19:13 24:12
33:18 51:17
**know** 11:4 12:18,21
12:22 16:21 20:10
20:12 23:11,12,14
23:24 25:22,24
27:17 29:11 32:4,6
32:12,22,23 33:14

33:16 35:11 39:3
40:2,7,8,8,21,23
41:7 43:18 44:10,14
47:2 49:14 50:12
51:15 52:21 54:10
54:11,18 55:9,11,16
55:18 57:9
**knowledge** 5:19 6:2
12:2 33:10 34:18
40:10

**L**

**labor** 51:20
**laborious** 38:3
**Lankford** 2:3 4:12
4:12 29:21 30:14
**large** 15:21
**last** 10:10 11:10
21:15 24:16 37:9
51:6,17 56:21
**late** 30:10
**later** 26:17,18 41:11
42:6
**learned** 34:10
**learning** 10:5
**least** 55:13
**leave** 4:3 25:5 41:10
47:17
**lecture** 10:22 19:11
29:17
**lectures** 24:11 29:15
**left** 10:15 27:23
**legal** 1:22 31:23
**legally** 32:7
**Leoni** 49:9,9
**less** 12:24 13:1,6 21:2
21:10 35:2
**let** 16:15 30:23 41:12
51:5 57:9
**letter** 20:22 46:18
**letters** 6:22 37:17
**let's** 25:5 41:9 52:22
53:8,22

**level** 5:24 6:19 7:6
**licensed** 38:14
**life** 50:17
**lifting** 47:24
**like** 17:24 19:6,9
20:10 21:23 23:19
28:15 36:16 43:11
46:12 47:19 48:5
51:1,19 52:2 55:16
56:7,19 57:1
**line** 21:4
**list** 10:8 40:8
**listen** 23:20 43:19
48:24 49:10 51:24
**literally** 20:5 21:11
**little** 3:7 8:1 9:1
10:17 11:15 22:18
22:20 24:17 25:13
47:15
**live** 36:17
**LLC** 1:22
**Lombard** 1:22
**long** 46:3
**look** 10:6,12 11:12
19:9 22:23 52:22
56:20 57:3
**looked** 35:4
**looking** 11:3 14:17
**looks** 47:19
**lot** 38:4
**low** 18:3
**lower** 17:2,8 20:14
**Luten** 50:2,5,6

**M**

**made** 6:16 16:12
31:22 50:16
**Maine** 48:14,15
**maintaining** 51:12
**major** 16:3
**make** 4:2 17:12 40:17
44:6 45:24 52:17
57:9

**making** 26:6,8 46:1
**Manchester** 48:18,24
**many** 41:18
**March** 12:16 26:15
33:1 35:9 43:5
45:20 47:23
**Market** 1:14
**masters** 9:19
**match** 45:17
**material** 10:5 21:8,16
22:22 29:14 37:7
44:10 51:15 55:23
**materials** 6:15 7:2
**math** 14:23
**Mathew** 1:2 5:3,4
6:23
**matter** 6:13 11:11
**Matthew's** 44:23
47:8 48:10,11 49:2
49:12 50:8
**may** 3:24 5:22 13:3
18:12,13 27:5,7,9
32:21 35:21
**maybe** 20:21 22:5
24:5,6
**mean** 22:5 40:1,20
45:13 49:13 50:12
55:14,16 56:7,19
**meaning** 13:14 17:24
38:19
**means** 14:19 58:20
**measure** 6:2
**measurement** 7:18
**Medical** 1:13 4:16
8:8
**medicine** 16:22 25:2
25:20 38:15
**meeting** 1:1,11 26:23
**member** 2:3,4,4,5
4:11,13,15,18
**members** 3:16
**mention** 31:22
**merit** 27:18

NBME 00189

Mathew Thomas, Jr.
December 16, 2009



mess 48:8
message 15:22 30:3
micro 24:8
middle 27:23
might 26:18 34:3
military 49:13
mine 29:13
minimal 21:21
minimally 28:22
Minnesota 4:11
minus 15:2,4
minutes 20:5
missed 52:24
missing 51:21
mistaken 12:17
  17:22 33:2
month 49:11
months 19:15 26:17
  33:2 45:17 48:16
moot 32:3
more 10:4 13:21
  14:12,13,15,16
  29:20 43:16
morning 4:17 21:14
  28:24
most 17:10
move 20:13
moved 36:16 50:8
MSN 55:20
much 8:24 10:3
  20:12 29:20 50:21
  57:16
multiple 25:7 28:5,8
  42:13
must 25:4,5 46:13
  54:13
myself 3:15 17:15
  19:8 23:18,19
M.D 2:3,3,4 5:5

**N**

N 2:1,3 58:1
name 4:8 44:2

names 25:11
National 1:13 4:15
  16:13
nature 31:11
NBME 2:4 13:4 14:1
  22:9,11,15,15 33:9
  55:10
nearest 48:2
necessarily 12:14
need 14:20 20:11
  30:12 51:4 52:1
  55:10
needed 9:3 57:6
never 10:15 33:12
  40:7,9 42:16 49:22
  49:24
new 21:17,17 30:17
  36:20,21 43:17 44:1
  44:7,21 48:20 49:8
  49:11
next 49:11
nine 14:18,18 33:2
North 49:20
Northwest 8:8
Notary 1:17 58:3,13
notes 5:14 23:5 58:6
nothing 11:16 13:24
  36:11 37:7 55:22
  56:7
notify 4:4
November 8:2,16
  21:11 33:23 47:17
number 31:3 50:9,10
  55:13
numbers 19:19
NYU 48:21

**O**

O 58:1
oath 3:18 13:11 16:6
  22:2
observation 16:12
  17:18

observations 16:12
observership 46:15
observerships 57:11
obtained 6:19
obviously 20:7 21:1
  40:1 41:13 45:17
  56:10
OB/GYN 10:14,18
  11:3,8 16:23 19:10
  19:11,12,16 21:7,10
  24:11,13,15,17
  27:20 29:15,17
  51:13,18,18 52:4
  57:3,4
off 13:3 25:11 46:4,4
  50:21
office 2:6,6 4:22,24
  30:2
offices 1:12
oh 24:20 29:24 30:12
  42:9
okay 3:13,23 4:5,6
  8:18 31:19 32:9,19
  34:11 37:24 52:19
  53:22
once 34:22 44:5
one 8:11 10:11 11:11
  11:14 13:23 15:20
  17:18 20:1,3 21:15
  21:15 23:8,14 24:10
  25:13 26:13 27:13
  32:12 34:1 36:8
  39:23 51:6 52:24
  54:12 55:17 56:7,23
  56:24
ones 23:17 38:21
ongoing 6:13
only 10:16 24:3 38:7
  38:13 43:11 53:23
  56:4
onto 10:15
on-line 55:20
opinion 40:19 55:15

opportunity 7:13
  48:10
opposed 32:3
Optima 6:7,17,20 7:3
  8:1,11 10:20 12:2
  19:12 21:5,21 22:9
  23:12 24:23 25:4,16
  25:21 26:15 27:5,11
  30:7 31:24 36:10
  37:12 38:17,17 39:5
  40:14 51:7 52:5,21
  53:7,14 54:1,4,5,9
  56:3,23
Optima's 6:24
organizations 6:4
  31:9
original 51:3 58:6
Orlando 48:14,14
other 9:22 10:2,5
  15:16 18:18 22:7
  24:20 26:1 27:2
  28:3,4,12 30:1 31:9
  34:20 39:20 43:13
  46:2 50:22 56:8,17
others 11:15,15
otherwise 5:13
out 8:7,13 11:22
  13:14 16:17 21:12
  21:15,16,17,18,19
  22:12,17,24 23:6,12
  26:12,13,16 28:24
  29:1,3,4,6 31:7
  33:12,24 36:16
  37:17 39:18 50:15
  50:20
outset 3:9
outside 8:4
over 6:14 21:8 22:11
  24:18 27:24 29:14
  30:19 42:5 48:12,13
  52:2
overall 14:14
own 27:18

CAMBRIDGE   LEGAL   SERVICES
(800) 760-2626

NBME 00190

Mathew Thomas, Jr.
December 16, 2009

Page 66

o'clock 28:24

**P**

P 1:16 2:1,1,3,4
  17:23 58:2,11
paid 42:4
paperwork 18:14
  38:11 45:19
part 17:6
participants 6:16
participating 46:20
pass 8:7 10:10 11:10
  19:14 24:18 27:24
  28:5 46:13 53:19,21
  55:6,8 57:6
passed 21:7 27:6,18
  28:8 41:19 45:14
  53:2,10 54:18,19
  55:14,18
passes 50:23,23
passing 5:24 6:19 7:6
  8:12 41:17 42:21
  54:22
pass/fail 52:18 53:12
past 24:13
pathology 50:24
patients 26:4
peds 16:23
pending 23:16
Pennsylvania 1:15
  1:18,23 58:4
people 15:16,17
  17:23 18:7,8 21:9
  26:8,24 27:1 31:7
  31:21 37:18 39:20
  40:13,14 41:1 49:13
  52:14 55:8
per 13:23 14:19
percent 11:24 13:1,6
  13:7,14,14,17 14:4
  14:7,10 15:18 17:23
  19:20 21:24 22:5,6
  35:3 52:22 53:5

54:19 55:5,7,12
percentage 13:12
  17:13
perfect 17:24 29:15
perfected 21:7
performance 7:10
  15:17 38:2 39:3,3
  52:23
period 6:14 32:24
  45:23 48:22 49:19
person 7:13 18:5
  26:6 27:10
personal 12:23 23:13
  40:19 55:15
personally 40:12
pertinent 34:20
pharmacy 33:19,22
Philadelphia 1:14,23
phone 45:22 46:1
physical 48:3
Ph.D 2:4
picked 20:22
picking 26:8
piece 15:13
pinpoint 22:8
place 58:7
plan 44:9
please 5:7
plus 8:8 13:8 15:1,3
  39:6
pluses 54:6
point 3:21 8:13 10:11
  18:10 28:19,19 34:9
  35:15 38:8 39:23
  42:14 43:23 46:5
  57:6
points 39:6
Port 48:1 49:20
position 56:14
possible 4:5 38:5
post 40:6 45:23
practically 21:19
practice 25:2,19,20

38:15 40:24
practicing 26:2 38:18
  40:15 41:2,4
predominately 12:5
  24:15
presented 7:16
Pretty 8:24
price 26:14
primarily 51:13
principle 5:22
principles 5:16
prior 5:21 6:21 9:11
  9:18 10:8 12:4
  19:15 33:15
privy 34:21 36:12
probably 50:9
problem 3:4,8 23:24
  25:12 27:16 31:4
  38:7 49:3
problems 32:10
procedure 19:2,3
process 24:24 32:8
  38:4 49:5
professional 1:17
  23:13 58:3,12
program 4:20 5:8,24
  6:5 8:7 43:2,3
prosecution 18:23
prove 18:17,23,24
  32:7
provide 15:12
provider 6:7
psych 16:23 17:9
  20:9,10 24:6 46:15
Public 1:17 58:3,13
pulled 33:11,18
purpose 3:10 37:13
put 8:24 9:4 19:5
  37:16 46:4,4 49:10
  51:20 53:22 54:21
p.m 1:15 9:2 21:14
  57:18

**Q**

Qbank 13:5
qualification 16:17
qualifications 16:14
qualified 25:2,19,20
  26:7 38:14 40:24
  41:4
qualify 13:10
question 13:4,5,6,23
  14:13 16:3 20:4,11
  22:19 38:15 43:24
  51:6,21 53:6 54:8
questioned 18:9
questions 4:1 6:12
  10:23 11:19,20,22
  12:8,9,12,18,19
  13:1,2,8,15,17,19
  13:21,23 14:3,5,6,8
  14:10,11,13,18,19
  14:22 16:24 18:12
  19:23 20:2,9,14,21
  21:1 22:1,1,6,7,10
  22:11,17 23:5,23
  24:1,2 27:11 28:17
  33:12,13,21,24
  34:24 35:3,5,8
  43:17,24 44:5,6,7
  44:12,13,15 51:24
  52:5,7 53:1,9,15
  56:17
quick 20:12
quote 16:10 38:10

**R**

R 2:1 58:1
raised 31:2
raises 6:17 7:5
raising 37:22
rate 55:6
RE 1:2
read 3:19
ready 42:3 46:10
real 20:12

NBME 00191

Mathew Thomas, Jr.
December 16, 2009

Page 67



**really** 15:21 20:10
26:5 29:19
**reason** 15:11,13 24:9
24:10 26:22 27:13
30:6,8 38:3 53:23
**reasoning** 24:4
**reasons** 36:8 50:14
**rebut** 32:10
**received** 13:13,17
**receives** 5:12
**recent** 3:12
**reconstruction** 6:10
**record** 25:11
**records** 42:21
**redid** 33:24
**referenced** 31:6
**referred** 34:6
**regarding** 3:20 6:18
7:9
**registered** 41:16
46:11,17
**registering** 37:4
**relative** 15:16
**relatively** 36:18
**released** 46:24
**relevant** 34:19,19
**remember** 20:2
**report** 11:21 57:3
**reported** 7:6
**reporter** 1:17 3:17
16:5 58:3,12,22
**reports** 10:12 11:13
19:10 24:13 56:20
**represent** 6:1 32:5
**representing** 7:18
**reproduce** 33:4
**reproduction** 7:1
58:20
**requested** 7:12
**required** 9:1
**research** 30:19,22
**residency** 25:22 26:2
38:18 40:18 45:15

57:12
**resolved** 31:24 32:3
**respect** 6:9 43:4
**respond** 30:23 37:10
**rest** 35:4
**retake** 25:5
**review** 6:7 7:4 8:6,8
**right** 4:7 7:23,24
13:13,15,18,19
27:15 29:3,22,23
30:16 35:14 40:12
44:20,22 50:5 56:4
56:16 57:13
**road** 48:4
**room** 3:15
**Roseua** 48:3
**Ross** 44:23 47:5,17
48:1
**rotations** 48:17 49:17
49:18,21 50:23
**round** 14:7
**rule** 55:9
**rules** 5:9,14
**rushing** 20:20 21:3

**S**

**S** 2:1
**Salus** 2:6 4:23,23
**same** 9:23 17:8 22:19
22:20 41:5,6,6 44:6
58:20
**sample** 5:18
**sampled** 6:3
**sanctioned** 31:22
**sat** 28:6 29:12 55:19
**satellite** 50:2
**SATs** 42:16
**saw** 8:4,10,20 22:1
32:23
**saying** 13:18 14:12
14:20 18:11 19:8
23:24 26:18
**says** 12:2,13 16:17

22:23 23:4
**scattered** 52:9
**school** 42:15 50:2,3
50:10
**sciences** 48:15 50:3
**scope** 40:21
**score** 1:1 2:2 3:20
7:14 10:9,12 11:13
11:20 17:8,11 19:9
19:17 23:9 24:13,22
26:5,13 30:12,13
31:10 35:1 38:16,22
40:5 41:18 42:21
53:21,23 54:22
56:11,20 57:3
**scored** 5:17 17:2
**scores** 3:12 5:22,23
6:19 7:6,17,21 10:7
17:11 40:23 41:22
46:22 50:22 51:1,17
54:14,15
**scoring** 10:13 11:20
11:23 14:5
**scramble** 45:20,23
46:5
**seat** 40:16 56:5
**seating** 56:5
**second** 33:9 36:14
48:9
**seconds** 19:23,24
21:3
**secretary** 2:6,6 4:22
4:24
**secure** 6:15
**see** 16:8 17:3 20:11
24:19 57:4
**Seeling** 2:5 4:17,18
41:12,16 42:7,10
45:6 46:19 49:22
50:5 56:13
**seem** 13:2
**seemed** 22:7
**seems** 55:12

**seen** 22:8
**self** 22:15
**self-assessment**
22:10
**semester** 48:9 50:19
50:21,22
**semesters** 48:12
**send** 37:17 54:14
**Senegal** 49:23 50:1
**sense** 15:15 17:12
**sent** 26:13 30:11
46:18
**separate** 39:22
**September** 6:23 48:8
**seriously** 37:23
**Serslands** 49:6
**SERVICES** 1:22
**session** 19:22
**set** 58:7
**sets** 6:8
**seven** 29:5
**seventh** 42:22,23
**shadow** 33:6
**share** 39:12
**sharing** 40:16
**shell** 50:20
**shifted** 11:15
**short** 46:3
**shortly** 45:11
**show** 16:2 23:23
24:14
**shown** 23:20
**shows** 42:21
**sic** 18:1 28:13,23
**side** 8:10 9:5 14:2,3
27:24 56:1
**sidetracked** 46:2
**sign** 8:11
**signed** 30:9
**significant** 13:24
**significantly** 11:14
**signs** 8:5
**similar** 13:3 22:7

C A M B R I D G E    L E G A L    S E R V I C E S
(800) 760-2626

NBME 00192

Mathew Thomas, Jr.
December 16, 2009

Page 68



34:2 35:4
**simple** 21:5
**since** 50:7
**sing** 22:3
**single** 18:5 23:7
   52:24 53:22 54:9
**sir** 31:5 38:7 51:8
**sister** 48:21
**sit** 9:15 26:9 34:17
   35:5 38:21 39:18
   44:3
**site** 26:16,17 54:12
**sits** 18:19 29:16
**sitting** 20:5 27:13
   34:23 41:1 54:18
   56:8
**situation** 29:24 34:2
   40:11 50:18
**sixth** 41:20
**skeletal** 12:7 33:3
   43:1
**Smith** 48:2
**solely** 3:11
**solidly** 20:16
**some** 4:1 8:21 16:1,7
   31:21 32:3 37:22
   52:14 57:11
**something** 13:2
   22:13 28:1 42:15
   47:24
**somewhere** 12:17
**soon** 4:4 30:10 33:18
   33:21 46:17 57:9
**sorry** 42:7
**specific** 6:9 19:7
**specifically** 21:22
**specified** 5:19
**spending** 38:4
**spent** 51:13
**sponsoring** 6:4
**spot** 19:6
**St** 33:20 44:23,24
   45:1,7,8 47:8,11

48:10,11,23 49:2,7
   49:12 50:7,8
**Stacy** 2:3 4:12
**staff** 3:16 4:15,18
**stages** 51:20
**stand** 27:20
**standard** 5:15
**Standardized** 42:17
**star** 10:17 27:22 57:4
   57:4
**stared** 20:4
**staring** 20:5
**stars** 22:3
**start** 39:19
**started** 10:15 21:13
   28:3 33:1 46:9
   49:17
**State** 58:4
**statement** 4:2 25:3
   26:11,16 54:12
**Staten** 36:17 46:15
**states** 49:17
**state's** 38:12
**statistical** 16:2,11
   17:17 37:15
**status** 31:23
**stay** 54:24 55:2
**stays** 22:19
**stenographic** 58:6
**Step** 7:7,10,17,20,20
   12:6,6,15 29:18,18
   30:9,11 33:3,4,5
   36:1,5 41:17,17
   42:8,9,11,12,12
   45:11,12 46:9,12,13
   46:16,17
**STEPHEN** 2:5
**Steven** 4:18
**still** 10:17 32:8 35:15
   36:15 44:11 45:24
   49:3 51:15 53:1,16
   54:22 55:5
**stop** 52:2,2

**stopped** 33:22
**story** 46:3
**straight** 23:21
**straightforward** 11:4
**stratification** 17:16
   28:18
**stratified** 16:20
   23:21
**Street** 1:14,22
**strong** 10:1,1
**stronger** 10:6 11:1
**strongest** 27:21
**structure** 9:3
**student** 18:18 23:9
   25:19 29:9,16 35:9
   35:14 38:16 44:1,19
   51:9 54:9,13 56:4
**students** 8:21,22 10:6
   22:10 23:1,6,8,17
   24:12,23 25:1,6,6,7
   25:9,10,12,21 26:1
   27:2 28:4,4,12
   33:20 37:3 38:17
   39:24,24 40:8 43:16
   43:17,23
**studied** 11:2 28:7
   55:19
**study** 9:15 29:13
   57:10
**studying** 9:19,23
   28:3,5 36:15 46:9
   46:16 51:16 55:21
   55:23 57:2
**stuff** 9:17 29:15
**subject** 11:11 17:4
**submitted** 47:4
**successfully** 10:9
**successive** 56:22
**Successively** 56:21
**sued** 26:15
**suffering** 23:17
**suit** 6:5
**summary** 3:19 4:2

**summer** 46:1
**supervision** 58:21
**supposed** 37:6 43:18
   43:21 44:4
**supposedly** 27:12
**sure** 26:6 31:1,4 44:6
   46:8 52:15
**surgery** 16:23
**survey** 22:14
**Susan** 2:6 3:19 4:21
   5:7
**swear** 27:19
**sworn** 3:17 5:5 16:6

---

**T**

**T** 58:1,1
**take** 14:14 22:14
   34:1 40:20 54:20
   55:5 57:10,10
**taken** 7:7 9:16 27:6
   35:10 58:7
**takeover** 49:5
**taker** 42:14,17 51:2
**taking** 33:23 37:2
**talked** 8:21
**talking** 29:9
**taught** 11:2
**teaching** 37:7
**tell** 17:5 20:16 23:6
   28:21 44:2 52:1,11
**telling** 13:8 23:2 37:4
**tells** 43:19
**ten** 12:24 13:6 14:18
   14:18 21:2 22:5
   35:2 52:22 53:4
**Tennessee** 36:22
**term** 12:1
**terms** 19:19 21:8
   22:22 27:17 41:8
   44:9 46:6 49:5
**test** 5:15 6:11,15 7:2
   9:11 11:23 12:4,23
   20:3 21:22 22:12,14

C A M B R I D G E    L E G A L    S E R V I C E S
(800) 760-2626

NBME 00193

Mathew Thomas, Jr.
December 16, 2009

Page 69



23:7 24:16 27:6
32:5 33:13,23 34:1
36:1 41:6 42:14,17
43:5 44:14,15 51:2
51:16 52:5
**tested** 34:8
**testified** 5:5
**testimony** 3:18
**testing** 5:21 6:21
42:11,17,18
**tests** 22:16
**thank** 3:1 7:22 57:14
57:15
**Thanksgiving** 21:16
29:1
**their** 3:5 16:14,15,17
22:24,24,24 24:12
50:1,1 52:23 53:12
54:14,15
**themselves** 26:3
54:14
**theories** 23:5 34:24
**theory** 10:24 21:9
22:20 23:11 42:18
**therapy** 48:3
**thing** 16:4 17:18,19
23:14 24:21,22 30:1
35:2 49:8
**things** 18:16 20:1
23:13 26:13 30:24
42:19 46:3 51:22
52:7
**think** 15:11,12,21
17:14 35:5 39:20
40:15 52:2 55:2
56:3,8,13
**thirds** 55:11
**Thomas** 1:2 3:4,8,13
3:23 4:6 5:3,3,4
6:23 7:10,12,17,23
7:24 8:17,19 15:3,7
15:23 19:4 29:23
30:16 31:1,4,13,19

32:1,9,19 34:4,5,11
34:15 35:13,19,23
36:2,7,21 37:2,19
37:24 38:6 39:2,13
41:15,20 42:1,9,12
42:23 43:2,6,10
44:20 45:1,4,8,12
45:16 46:21 47:6,9
47:12,16,21 49:24
50:6 51:8,10,14
52:6,10,15,19 53:4
53:13,20 54:3,7,11
55:4 56:15,19 57:15
**Thornton** 49:5
**thought** 45:14 46:10
**three** 19:24 20:21
43:13 48:16 50:10
**through** 20:22 21:3
29:14 38:3,17 45:20
45:22 46:7 49:4
50:4 56:2
**till** 27:18,19 28:24
33:23
**time** 8:19 9:4,7 10:9
10:10,14,16 19:14
19:21 20:8,12,14,23
21:1,20 29:6,10
32:13,24 34:9 36:10
36:15 38:4 42:2
45:18 49:1 50:18
51:6,13 57:7,16
58:7
**times** 9:8 10:8 19:22
20:17 25:7 28:5
42:13
**timing** 44:18
**tint** 41:7
**today** 11:18 25:22
26:2,23 38:18,21
40:17 41:2 56:8
**together** 34:22 45:19
51:23
**told** 8:22 10:21,24

11:22 13:7 16:21
18:4,5,6 20:2 25:8
26:24 27:24 30:6,7
33:13,16 40:22
43:17,22 46:13
51:24
**top** 18:21 26:23
**topic** 51:18
**topics** 9:24 23:1
**total** 40:4
**totally** 39:22 42:2,18
**touch** 48:23
**transcript** 1:11 58:6
58:19
**transfer** 48:10 49:1
49:10,16
**transferred** 48:13
50:16
**transferring** 50:14
**treating** 26:4 38:19
**treatment** 48:7
**tremendous** 11:16
**tried** 8:14
**Trish** 25:23 30:5,5
**true** 58:5
**try** 38:4 57:11,11
**trying** 9:17,18 45:24
**two** 14:15 26:17 29:4
32:10,15,15,16 36:7
42:18 45:17 47:24
51:17 55:10,17 56:6
**type** 12:9 16:24 20:2
28:17

---
**U**
---
**unauthorized** 5:20
6:10 7:1
**under** 3:18 13:11
16:6 22:2 36:13
49:8 58:21
**undergrad** 17:9
**underneath** 20:24
30:20,20

**understand** 15:24
19:4 37:19,20 38:6
39:13 51:11,19
56:14
**understood** 21:9
27:15
**unexposed** 14:3,6
15:19 16:22 17:7
19:21,24 20:7 24:7
27:8 54:20 55:5
**unfair** 5:12 26:10
35:1
**Unfortunately** 24:3
**University** 6:7 8:2
12:3 21:5 25:4 48:1
**unless** 33:4 58:20
**until** 44:7
**unusual** 15:15
**upcoming** 49:8
**updated** 35:8 43:22
**updates** 43:21
**used** 11:19,20,23
14:5
**using** 37:15
**USMLE** 4:20 5:8,24
6:5,7,11,15 7:2 10:7
38:8,12
**USMLEWorld** 13:4
51:23
**usually** 43:13 55:8

---
**V**
---
**valid** 6:1 7:18 40:6
53:19
**validate** 14:20 25:9
25:13,17 26:3 40:23
57:8
**validated** 54:15
**validating** 27:17
40:13
**validity** 1:1 2:2 3:11
6:18 7:6,14 23:9
24:23 26:6 30:13

NBME 00194

Mathew Thomas, Jr.
December 16, 2009

Page 70

31:10 35:1 38:16
53:11 56:11
value 17:23
variance 38:2
verified 29:8
verifying 24:24
versus 14:16 16:22
  19:23 27:8 28:18
very 11:3 12:7 13:24
  19:7 21:5,21 26:10
  28:1 33:3,5 38:3
  48:6 57:15
violates 5:21
vouch 28:2

**W**

want 3:10 39:17 49:1
  52:12 54:24 57:10
wanted 24:20,21
Washington 5:2
wasn't 9:17,20 35:9
  35:14 46:8,11 50:15
  56:23 57:1
waste 47:1
way 10:22,23 13:10
  17:8 21:24 23:19
  27:15 28:20 49:15
  50:11 53:23 55:19
ways 11:2
weakest 10:13,18
  27:20 51:16
weakness 19:10 57:2
Weaver 25:23 30:5,5
web 26:16,17 54:12
Wednesday 1:5
week 21:18 29:6
  43:12,14
weekend 29:1
weeks 9:6,21 19:13
  21:11 28:22 32:16
  56:1
well 16:21 17:10 29:3
  30:21 36:7 41:8

42:13 43:10,17
51:23 52:23 53:20
54:5,21 56:6 57:13
went 8:12,20 10:19
  10:19 11:14 21:5,6
  21:8,8,12 23:9
  24:23 25:4,16,21
  26:18 27:11 29:14
  29:14 30:7 36:22
  38:16 40:13,14
  45:20 48:14,15,21
  49:19,22,24 50:3,7
  52:21 53:14,24 54:4
  54:9,13 56:3,5 57:5
were 6:20 9:16,22,24
  10:6,7 11:19,20,23
  11:24 12:12,21 13:8
  14:5,6 17:5,6 19:19
  19:22 20:20 23:22
  25:8 29:15 31:7
  33:15,17 34:7 35:5
  35:7,15,17,24 36:4
  36:20 37:16 41:1
  43:16,22,22 46:22
  49:3,4,6,14,15
  50:17 51:12 52:4,7
  52:8 53:10
weren't 46:23
we'll 3:19 4:3 40:11
  49:10
we're 14:17 16:18
  17:20 26:22 37:15
  37:22 38:3 40:22
  41:5
we've 31:15
Whelan 2:3 3:1,5,9
  3:14,24 4:7,8 5:7
  7:22 8:15,18 30:23
  31:2,6,14,20 32:2
  32:17 37:9,20 38:1
  38:23 39:17 42:24
  43:3,7 51:5,9,11
  52:4 56:16 57:13

while 6:12 9:19
whistle-blowing
  39:20
whole 21:18 24:22,22
  24:24 29:6,24 35:1
  35:1 37:13 38:8
  46:22 49:2,4 50:12
win 18:17
wind 25:12 39:5
word 22:12,12,17,17
work 8:8,9 9:5,18
  40:10
working 9:4 30:17
  40:2 43:8 44:21
works 48:20
World 22:9
worry 30:9
worse 24:2
worst 17:4
wouldn't 34:16
wound 46:2
wrong 16:10
wrote 12:23 51:23

**Y**

yeah 23:24 45:13
  50:11 55:4
year 9:12 46:9,14
years 6:15 32:15,15
  33:19
Year's 21:18
year-and-a-half 42:6
York 30:17 44:21
  48:20 49:11

**$**

$3,000 47:1

**0**

01 17:24
03 45:2
06 10:16
07 8:16,17 33:1 36:6
08 43:6,7

**1**

1 12:6 29:18 33:3
  42:8,9,11,12,12
  46:12
1,160 17:22
1,162 17:22
1.1 14:19
1.12 14:19
10 28:24
10:00 9:2 21:14
100 42:14 44:5,7
100-page 23:5
12 55:23
1200 42:16
129 14:8
1436 1:22
146 14:10
15 21:2
15th 6:23 21:11
16 28:7 55:23
16th 1:5
161 42:5
17 14:11,12,13,16
  15:2,4 55:23
172 42:5
172/71 56:21
174 57:1
174/182 11:10
174/71 56:22
18 15:18
180/75 57:6
182 57:1
182/74 10:11 24:16
  56:22
184/75 42:21
19104 1:15
19146 1:23
195 14:6
196 14:6
1999 47:5

**2**

2 7:7,10,17,20,20

NBME 00195

Mathew Thomas, Jr.
December 16, 2009

12:6,15 29:18 33:4
33:5 36:1,5 41:17
45:12 46:12 57:10
**2nd** 1:14
**2:05** 1:15
**2:52** 57:18
**20** 13:1 21:2 22:5,6
39:6
**2000** 47:6,7,8,17,18
47:20,21,22,23 48:8
**2001** 47:8
**2002** 47:11
**2003** 45:5 47:11,12
**2007** 7:8 9:11 12:4,5
32:15 33:15
**2008** 12:16 35:22,23
36:5 45:20
**2009** 1:5 6:23 30:2
**2010** 46:20 58:15
**206/85** 56:22
**215** 1:23
**25** 15:1,6,8
**27th** 6:22 9:12
**288** 11:22 14:4

**3**

**3** 30:9,11 41:17 45:11
46:9,12,13,16,17
57:10
**31st** 9:11
**32** 11:24 13:7 19:20
21:24
**3750** 1:13

**5**

**500** 12:17
**59** 19:23

**6**

**65** 55:7
**66** 14:7 54:19,20 55:5
55:10,12
**67** 55:10
**68** 14:4

**69** 13:19

**7**

**7** 28:23
**7:00** 9:2 21:14
**700** 12:17 35:8
**73** 19:23
**732-0800** 1:23
**74** 19:14 39:9
**75** 13:17 14:10 55:6
55:13
**77** 13:14

**8**

**8** 15:1,3
**84** 13:13,14
**86** 39:10

**9**

**9** 15:5
**9/11** 48:17,18
**90** 13:8
**90s** 25:8 39:6
**92** 13:15
**99** 17:23

NBME 00196