**EXHIBIT E**

Mathew Thomas 0-633-396-7
Step 2 CK

Scores: 206/85

### Performance

**Examinee**

| % exposed | % correct exposed | % correct unexposed |
|---|---|---|
| 32% | 84% | 66% |

**Comparison Group (n = 1162)**

| % correct exposed | % correct unexposed |
|---|---|
| 75% | 75% |

Difference on non-exposed vs. exposed greater than **99%** of comparison group.

### Timing

**Examinee**

| Exposed (sec) | Non-exposed (sec) |
|---|---|
| 59 | 73 |

**Comparison Group (n = 1162)**

| Exposed (sec) | Non-exposed (sec) |
|---|---|
| 73 | 76 |

Difference on non-exposed vs. exposed greater than **99%** of comparison group.

NBME 00152