# EXHIBIT G

Steven A. Haist, M.D.
Thomas vs. ECFMG, et al.
January 17, 2014

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

------

| | | |
|---|---|---|
| MATHEW THOMAS, JR. | : | CIVIL ACTION |
| vs. | : | |
| ECFMG, et al. | : | NO. 13-3946 |

------

COPY

Friday, January 17, 2014

------

Oral deposition of STEVEN A. HAIST, M.S., M.D., held at NATIONAL BOARD OF MEDICAL EXAMINERS, 3750 Market Street, Philadelphia, Pennsylvania, beginning at approximately 11:45 a.m., on the above date, before LANCE A. BRUSILOW, Registered Professional Reporter, Approved Reporter for the United States District Court, and Notary Public, there being present.

------

brusilow + associates
255 South 17th Street
Suite 1503
Philadelphia, PA 19103
215.772.1717
www.brusilow.com

------

brusilow+associates
brusilow.com
215.772.1717
a12401b6-b261-4565-93a1-6a76aba9a540

APPEARANCES

SOUTHERN MEDICAL GROUP
BY: MATHEW THOMAS, JR., M.D.
326 East 149th Street
Bronx, NY 10541
ph: 718.585.6262
(mthomas1@sbhny.org)
Counsel for Plaintiff

MORGAN, LEWIS & LEWIS, LLP
BY: ELISA P. McENROE, ESQUIRE
1701 Market Street
Philadelphia, PA 19103-2921
ph: 215.963.5917
(emcenroe@morganlewis.com)
Counsel for ECFMG and William C. Kelly, M.S.

HAMBURG & GOLDEN, P.C.
BY: MAUREEN P. HOLLAND, ESQUIRE
1601 Market Street, Suite 3310
Philadelphia, PA 19103-143
ph: 215.255.8584
(hollandmp@hamburg-golden.com)
Counsel for Gerard F. Dillon, M.D., Steven Haist, M.D.
and Janet Carson, Esquire

NATIONAL BOARD OF MEDICAL EXAMINERS
BY: SUZANNE WILLIAMS, ESQUIRE
3750 Market Street
Philadelphia, PA 19104-3102
Ph: 215.590.9538
(swilliams@nbme.org)
Counsel for NBME

(It is hereby agreed by and among counsel that signing, sealing, certification and filing are waived; and that all objections, except as to the form of the question, are reserved until the time of trial)

STEVEN A. HAIST, M.D., M.S., having been first duly sworn, was examined and testified as follows:

(EXAMINATION)

BY DR. THOMAS:

Q. Good morning, Dr. Haist. How are you?

A. Fine, thanks.

Q. Just for the record, could you please say your full name?

A. Yes: Steven A. Haist.

Q. Would you spell your last name, please?

A. H-a-i-s-t.

Q. Could you please tell me your educational training?

A. I went to Center College and got a BS in Chemistry in 1977 with the University of Kentucky Medical School. I graduated in 1981. I did an internal medicine residency at the same institution, and was asked to stay on as chief resident in '84/'85,

which I did.

I owed Uncle Sam, the government, National Health Service Corps, two years and paid that back, then started on faculty at the University of Kentucky in 1987.

Q. While you were on faculty were you a practicing physician as well?

A. Oh, yes.

Q. As a faculty member, what were you teaching?

A. Let's see. I ran three different physical-diagnosis courses. We went through a curriculum revision in there over the first nine years.

On faculty, so I started interviewing physical diagnosis, physical examinations, and sort of early clinical reasoning.

I ran the four-week internal medicine primary-care clerkship for six years, and I was associate program director and residency program director for five years, and the associate program director was for four or five years before that.

Let's see if there were any other main education -- I started the standardized patient program at the University of Kentucky and was involved with a lot of different assessments in internal medicine; had

a very junior faculty member running the internal medicine clerkship; and I was in charge of the evaluation of the clerkship and worked with him for the first three or four years that he was doing it, help him get his legs under him.

Q. Currently are you working as a practicing physician?

A. No; I was, up until a year and a half ago.

Q. What do you do now?

A. Same thing I was doing since 2008: I work in test development services at the National Board of Medical Examiners.

Q. Test exam services?

A. TDS: Test Development Services.

Q. Can you please tell me what your role is?

A. Vice-president for test development services.

Q. What are your job responsibilities under that title?

A. Overseeing the development of test materials for multiple different examinations.

Q. When were you first hired by NBME?

A. July 7, 2008.

Q. Before coming on to NBME as the test development services VP, did you do any other work for

Page 6

NBME?
A. Yes: I was a committee member for fourteen years.
Q. Which committee, please?
A. Committees: I was initially on the introduction to clinical medicine committee for three years; after that I was on the behavioral science committee for three years, then I was on the physiology committee for eight, the last four as its chair; and in there I was also on a number of different review committees, interdisciplinary review committees for Step 1 and I was on the Step 1 committee, I believe, the last two years before I came to work here.
Q. When you say "the Step 1 committee," what was your role on that committee?
A. Committee member.
Q. What was the responsibility of that committee?
A. They oversee Step 1.
Q. Anything specific that comes before that committee --
A. It depends. Can be. Everything from tests to committee members to test-specification changes, to any number of things.
Q. How often would you say that committee meets?

Page 7

A. Twice a year.
Q. During your membership on these committees were you an NBME employee?
A. No.
Q. Do you have any certifications or licenses outside of the degrees you told me?
A. I'm board certified in internal medicine. I've got a Masters in Medical Education. I don't think there is anything else. I mean, I've got state medical licenses in Kentucky and Pennsylvania.
Q. Do you have any certifications, licenses or background in statistics?
A. Not outside what my masters degree had. I had four or five courses in statistics.
Q. Under your current title as VP of test development services, could you tell me specifically what role you play in the Step 2 CK exam?
A. The staff of test development services runs the committees where the questions are generated and the committees where the questions are reviewed, and my staff run the computer software that puts the examination together. And we, you know -- I guess that's pretty much it in a nutshell, involvement with Step 2 CK.

Page 8

Q. And Step 2 CK is every question that is taken on an exam date used toward the final score?
A. No.
Q. How much say does your department get in which questions are used in the final score?
A. Zero.
Q. Is there an ability for all questions to be used in the final score?
MS. HOLLAND: Objection, calls for speculation. You can answer.
THE WITNESS: Okay. A number of questions are pre-test, so all questions are pre-tested before they end up on a live examination.
BY DR. THOMAS:
Q. So, could you please explain that pre-test category?
A. That they had never been seen on a live examination before, and they go on the examination to get statistics.
Q. Approximately how many questions on an exam would be pre-test?
A. How vague do you want me to be? Because we don't tell anybody that.

Page 9

MS. HOLLAND: Yes, objection. That's privileged information. I'm going to instruct you not to answer that question.
DR. THOMAS: Okay.
BY DR. THOMAS:
Q. What is the process once you pre-test these questions to become permanent questions?
A. The question is statistics-generated and is has to meet certain statistical criteria, including positive correlation with the rest of the examination. The question is then reviewed by the interdisciplinary review committee for Step 2.
It's got at least one specialist from each of the major disciplines -- two internal medicine, one surgery, one psychiatry, one OB/GYN, and one pediatrician -- to review the questions, including the pre-test ones, and approve them for live use.
Q. How long would a test question be pre-test -- how long would it stay as a pre-test question before it comes to the. . .
A. One year.
Q. One year. The statistics that are run on these questions, is it a person or a program that runs the statistics?

Page 10

A. A program.
Q. Can you tell me the name of the program?
MS. HOLLAND: Objection, relevance. You can answer.
THE WITNESS: I'm not sure. I think it's SPSS, but I'm not sure.
BY DR. THOMAS:
Q. Do you know the methodology of analytics that are done by the program?
A. Yes. I mean, it's percent correct and a reliability coefficient.
Q. When determining if these questions are going to go live, do you go by the report given by the program?
A. I'm not sure what you're asking.
Q. Is there a criteria that has to be met for the committee to say "this should go live" or is it a committee decision?
A. It's a committee decision.
Q. How much background do you have in analytics to understand a relative coefficient?
A. Reliability coefficient.
Q. Or reliability coefficient.
A. Four or five courses, and we have a

Page 11

psychometrician in test development services that works with us as well as psychometricians in scoring services.
Q. And are all of them certified in analytics?
A. I do not believe there is a certification for psychometricians.
Q. Is there --
A. But they all have Ph.D.s in psychometrics.
Q. And do they have any certifications, degrees in statistics?
A. I don't think there is any certification in statistics, or at least not that I'm aware of.
Q. Is there a degree, any degree background?
A. Yes: They all have Ph.D.s in a psychometric-related field.
Q. Okay.
A. Which is essentially statistics.
Q. Did you have any direct involvement in the investigation with Optima University?
A. I was asked to look at materials after the fact.
Q. Do you know where those materials came from?
A. Where they came from. They came from the investigation. I don't know who had them.

Page 12

Q. Could you identify what kind of material it was?
A. They were test questions.
Q. Can you identify, was it test questions with answers or just questions?
A. Well, test questions with answers.
Q. Do you know --
A. At least a lot of the ones that I saw were.
Q. Can you tell me approximately how many questions you saw?
A. Hundreds. I don't know an exact number, but it's several hundred.
Q. Is "several hundred" closer to under 500, or is several hundred closer to a thousand?
A. I don't know. I don't know. It was in multiple different batches over a period of time.
Q. Can you tell me in what format they were given to you?
A. Paper copies, photocopies.
Q. Were you given anything electronic?
A. I don't believe so.
Q. Once given those questions, what was the role you were supposed to play with them?
A. I reviewed, you know, a number of them and

Page 13

then we actually would run a program to look for matches to our item pool.
Q. And what program was that?
MS. HOLLAND: Objection, relevance. You can answer.
THE WITNESS: I'm not sure which it is.
BY DR. THOMAS:
Q. Who entered the questions into the program?
MS. HOLLAND: Objection to relevance. You can answer.
THE WITNESS: Staff.
BY DR. THOMAS:
Q. Did anyone oversee to reconcile that it was correctly entered?
A. That's something that we don't really -- we don't need to do.
Q. Is the answer yes or no?
A. I'm sorry?
Q. The question is, did anyone reconcile to make sure it was correctly entered.
A. Not that I'm aware of.
Q. Did you do any direct entry of questions into the program?
A. No.

Page 14

Q. Approximately how many staff would you say were involved in entering the data?
A. It was over a period of time. I'm not really sure. There were several, but not many.
Q. When they entered these questions, was it just the questions or the questions and the answer choices?
A. It was usually both. It was all the data that was available.
Q. Once entered, do you know how many came up as a match?
A. I don't know.
Q. What would you consider a match?
A. Where the content was very similar and there were a number of them that were word-for-word -- actually most of them were word-for-word other than maybe a comma or period, including the option choices.
Q. If a question was not word-for-word but you say the content was similar, would you consider that a match?
A. No, we would consider that a possible.
Q. A possible. Did you degree that possibility, meaning did you give a higher weight?
A. No.
Q. So, it was either possible or a match or not a

Page 15

match.
A. That was how I was looking at the stuff.
Q. If a question came back as a match, what would be the next step?
A. We were just identifying the questions as whether they were or not, and then they went to look -- they went to look to see if they were all on one examination because there are multiple forms of the exam.
Q. Did you find --
A. Yes.
Q. -- that they were found --
A. Yes, multiple forms of the exam.
Q. Are multiple forms at the specific location?
MS. HOLLAND: I'm going to object to the question on the basis of relevance, unless Dr. Thomas can articulate how this is relevant to his claim.
DR. THOMAS: I believe in the Optima investigation they claim that they were stolen abroad, so I'm trying to see whether questions here are seen abroad or questions are only seen in the US.
MS. HOLLAND: If you want to ask that

Page 16

question, then that's a different question. I won't object to that question.
DR. THOMAS: Okay.
BY DR. THOMAS:
Q. So, when you say there are difficult forms, are specific forms in specific countries or regions, or are they anywhere within the world?
A. Anywhere.
Q. If you found that a form was found to be in this database you received, what happened to those questions afterwards?
A. They were taken out of the live pool.
Q. Just clarify: Several hundred questions that may have come up as --
A. Oh, no, it was more than that. I said several hundred I looked at.
Q. Let me rephrase --
A. There were several thousand questions.
Q. So, how many questions would you say you were given to review, you, your staff, your department?
A. That's a different question. Several thousand.
Q. Can you give me more definite number?
MS. HOLLAND: Objection. I'm going to

Page 17

instruct the witness not to answer unless Dr. Thomas can articulate why it's relevant.
DR. THOMAS: Was there a difference between 2,000 questions and several thousand questions.
MS. McENROE: I understand --
DR. THOMAS: Or several -- I just want to know what he means by "several."
MS. McENROE: But again, the relevance to your particular claim is --
DR. THOMAS: It goes back to your saying that my questions were matched up against this bank, then I want to know exactly how big of a pool you had to match up my exam to.
MS. HOLLAND: I'm going to instruct the witness not to answer. I don't believe that's relevant at all.
DR. THOMAS: The relevance also comes because I've claimed multiple times that there were not many questions when I was there, so that would be my other thing. But if you don't want him to answer, that's fine.
BY DR. THOMAS:
Q. When given these questions, was there a date

stamp?
MS. HOLLAND: Objection, vague.
A. I don't remember.
Q. Based on what you were given, could you tell when a question was added to the database that they got the questions from?
A. No.
Q. So, you were saying before, if a question came up as a match, what was the next step?
A. I said it was removed from the live pool. . .
Q. Approximately --
A. . . .so it wouldn't be used again.
Q. Approximately how many questions were removed from the live pool?
A. Several thousand.
Q. And approximately when were they removed from the live pool?
A. I have to go back and look. 2009? I'm not sure the month or year. It was in that time frame between eight and ten.
Q. Do you remember when you were first given the questions to review, or your staff?
A. No, I don't.
Q. Do you remember approximately what year?

A. Similar time period.
Q. Would you say early 2009 or late 2009?
A. I don't remember. It was ongoing and could have spanned early and late 2009.
Q. If questions were found at Optima University, who would be the first to review them?
MS. HOLLAND: Objection, vague.
Q. If questions were found at Optima University, would your department be the first to determine whether they were actually USMLE questions?
A. We were part of the process. They weren't the first ones ever to touch the question, no.
Q. Not touch the questions, but in order to determine whether they were a match, which department --
A. It started in test development.
Q. When did the testing finish?
MS. HOLLAND: Objection, vague.
Q. You received thousands of questions that were said to come from Optima University and they were matched up through a program. When did your review process get completed for all questions?
A. I'm not sure what the exact date was. I want to say it was whenever -- I don't know. 2010. I'm not

sure.
Q. Based on the data you received regarding matches, how was that then related to students that went to Optima University?
MS. HOLLAND: Objection, vague.
Q. Are you aware of the investigation with Optima University?
A. Yes.
Q. Are you aware of the allegations against students at Optima University?
A. Not specifics.
Q. What is your understanding of the questions that they used in the Optima University test bank?
MS. HOLLAND: Objection, vague.
Q. What is your understanding as to why you were testing the questions you received?
A. Because there was some thought that they were stolen copyrighted material.
Q. So, if they were thought to be stolen or copyrighted --
A. They were copyrighted, stolen copyrighted material.
Q. If they were stolen copyrighted material, what then were the steps taken for students who went to

Optima University?
A. That is not part of my job. I have no idea.
Q. Students were given data in writing regarding their exams versus questions that were found in the Optima University data bank: Were you involved in that process or your department involved in that process at all?
A. No.
Q. Would you know who was involved in that process or who headed that process?
A. I probably know a few people that were involved in it, like Dr. Dillon, who I think is on this afternoon, but I'm not sure about individuals. He's the head of USMLE, so I'm sure he was involved somehow.
Q. Were you ever contacted or asked to review the examination taken by Mathew Thomas on December 31st, 2007?
A. Yes. I was asked by Dr. Dillon to look and see if that examination was similar to the examination that was taken also in 2007 and compare those two examinations.
Q. Were you ever asked to review Dr. Thomas' exam Step 2 CK on December 31st, 2007 with regard to his questions matching the Optima test bank?

Page 22

A. No.
Q. Were you asked to be involved in any student from Optima University --
MS. HOLLAND: Objection as to the relevance.
DR. THOMAS: Because if he goes down that line, I would go on questioning. If he says no, then I'm done with my line of questioning.
MS. HOLLAND: What would the relevance be with regard to any other student?
DR. THOMAS: Because that would give knowledge as to the assessment done on those questions.
MS. HOLLAND: Okay, the witness can answer.
THE WITNESS: I don't recall looking at any particular other student's, you know, questions.
DR. THOMAS: All right.
BY DR. THOMAS:
Q. Just to clarify: When a question came up as a match and when it's then removed from the live bank, who made the determination to remove it from the bank?
A. It was a multi-unit decision.

Page 23

Q. Was there a final person who decided as a final. . .
A. No, I don't believe so.
Q. Was there a committee that made a decision?
A. There was a lot of input from scoring services, from test development and from USMLE. I guess the final call is USMLE since they oversee the management.
Q. So, from the NBME standpoint as test development and USMLE as the test itself, what is the relationship?
A. The USMLE is jointly owned by the Federation of State Medical Boards and the National Board of Medical Examiners, and it's one of the test programs that we participate in.
Q. So, USMLE has final say to take the question out of the live --
A. Well, they have final say with anything that goes on to -- well, governance does, with their exam. It could be a step committee; it could be a composite committee.
Q. For NBME or USMLE?
A. It would be USMLE for step committee, and composite committee is a --

Page 24

THE WITNESS: Is it a committee of -- I'm not sure if it's "a USMLE committee." It's made up of ECFMG, NBME and Federation State Medical Boards. And I'm not sure, you know, who owns it or. . .
BY DR. THOMAS:
Q. So, who would do the final signoff on taking a live question and making it -- take it out of the live bank?
A. Probably it would be test development and assessment -- USMLE assessment programs. That would not be something that would be done by governance.
Q. So, any question that was taken out of the live bank, would you have to be the one to sign off on removing it since you're in test development?
A. Actually, I'm trying to remember when it switched, because part of the time in there -- I was associate vice-president of test development when I first started, then I became vice-president in January of 2010.
Those decisions were probably -- weren't made by me but were made by, you know, the same person that was or had my position then.
Q. Do you remember who that person was?

Page 25

A. Yes: David Swanson.
Q. For the questions that came from the Optima test bank, how many would you say you specifically signed off on removing from the live bank?
A. I don't think I signed off on any of those or if they were actually removed before mid-January of 2010. I reviewed questions, but I didn't, you know, sign off on having them removed.
Q. From the time you were given the questions to review until the time they were taken out of the live bank, can you approximate how long that would take?
A. Could be as short as, you know, a month; could be as long as six months, depending on how long it was taking to do the matches.
If we only had one question to look at, we can probably do that in less than a day. But as I said, there were a lot more than one or two questions; there were thousands.
Q. So, would you wait for the full thousand to be done to remove a question, or is it as you get a match you started the process?
A. I think they were looked at in batches.
Q. In batches, okay. Are you aware of how many batches you received?

Page 26

MS. HOLLAND: Objection, irrelevant. You can answer.

THE WITNESS: No. There were, as I said, several thousand questions. They were not all done at the same time.

BY DR. THOMAS:

Q. If you received questions that were possible matches, did NBME or USMLE take any steps to suspend those questions until they took them out of the live pool permanently?

A. No, I don't believe so.

Q. Is it safe to say, then, that questions that may have come and were being reviewed as a match would stay in the live pool as long as six months after you were notified of them?

A. Well, they wouldn't get removed before that because we wouldn't know that they were in our pool or not.

There were questions, if I'm not mistaken, that were actually from the self-assessment practice questions, then questions that are on live examinations both for Step 1 and for Step 2 CK.

Q. The self-assessment questions, could you please explain what those are?

Page 27

A. Those are what it says: Students can take self-assessment examinations, and I guess there are practice exams for Steps 2 and 3 as well. They can take questions and get some feedback as to whether they got the right answer or not.

Q. Who puts out those self-assessment questions?

A. The NBME.

Q. Is there a financial cost for those questions?

A. Yes. I'm not sure what they charge per exam.

Q. Are those questions still live questions?

A. No.

Q. Could different variations of those questions be live questions?

A. No.

Q. Who decides if a question will be taken out and put on the self-assessment exam?

MS. HOLLAND: Objection, relevance.

DR. THOMAS: In my hearing originally I said that there were self-assessment exams and live exams.

MS. HOLLAND: What does that have to do with the claims?

DR. THOMAS: I just want to know who makes them.

Page 28

MS. HOLLAND: I'm going to instruct the witness not to answer that question.

BY DR. THOMAS:

Q. Would you say there were many questions that were not part of your live pool in the questions you reviewed from the Optima bank?

A. The vast majority were on the live pool. I don't remember what percentage, but it was a sizeable percent. It was a vast majority.

Q. Would you be able to give those percentages?

A. Oh, not without going upstairs and trying to dig up or have somebody else dig up the files on the number of questions that were viewed and how many were matches.

DR. THOMAS: I would like to put on record that I would like that information.

MS. HOLLAND: Okay.

MS. McENROE: Let's take a quick break.

DR. THOMAS: Fine.

(A brief recess was taken)

MS. HOLLAND: We're back on the record. For the protection of the integrity of the examination -- and as you're aware, the test materials are all copyrighted -- I'm going to

Page 29

object to any further questions that pertain to test content as well as the ongoing investigation into Optima University.

Because that investigation is underway, I'm going to instruct my witnesses not to answer any questions about the size of the question bank or anything pertaining to the investigation that's still going on.

And based particularly on your testimony that you gave at your deposition on Friday, the 10th of January, that you're still in contact with people from Optima University, we have particular concerns about the integrity of the tests.

So, for that reason I'm going to instruct the witness not to answer your previous question.

DR. THOMAS: My understanding is that the case against Optima University is completed and a verdict was already put against them, that there is no open investigation.

MS. HOLLAND: Well, I am going to instruct my witness not to answer and we'll move on from there.

DR. THOMAS: That's fine.
BY DR. THOMAS:
Q. Dr. Haist, again, when were you first told about questions at Optima University?
MS. HOLLAND: Objection. You can answer that question.
THE WITNESS: Sometime -- I think it was spring 2008.
BY DR. THOMAS:
Q. Before you said 2009. Was it 2009 or 2008?
A. That I first found out about it or first heard about it? They're two different questions.
Q. Given questions from the department.
A. That's different. I heard -- it was either late '08 or early '09 that I actually started -- no, it wouldn't have been. It would have been '09.
I didn't start until early July. It was either spring of '09 or mid '09 that I first heard about it and shortly after that, I guess, saw some of the questions.
Q. Your department would be the first to do the matching of questions?
MS. HOLLAND: Objection, asked and answered.

BY DR. THOMAS:
Q. To your knowledge, before you took on the role with regard to matching questions from the Optima University test bank, did any other individual who may have been a successor to your role do a match on any questions?
MS. HOLLAND: Objection, that question has been asked and answered.
DR. THOMAS: The question is whether he had knowledge anyone before him did a match on the questions. It's not the same when he finds out.
MS. HOLLAND: Dr. Thomas, the question has been asked and answered.
DR. THOMAS: Can you please explain to me when it was asked and answered?
MS. HOLLAND: No.
DR. THOMAS: Okay, I have what I need. That's fine.
BY DR. THOMAS:
Q. What is your understanding of the case against Optima University with regard to students and their exam questions?
MS. HOLLAND: Objection. I'm going to instruct the witness not to answer on the grounds

I previously stated.
BY DR. THOMAS:
Q. Do you know the process that was taken to match student questions to the Optima University test bank?
MS. HOLLAND: Objection. I'm going to instruct the witness not to answer on the basis that I previously stated.
BY DR. THOMAS:
Q. Do you know the process that a student takes if they went before a validation committee and were told that their test was not validated?
MS. HOLLAND: Objection, calls for speculation.
DR. THOMAS: How is it speculation? I'm not understanding.
MS. HOLLAND: Well, I don't understand your question.
DR. THOMAS: The question is, does he know the process if someone comes back saying their score is still indeterminate after a hearing.
MS. HOLLAND: Okay, you can ask him if he knows.

THE WITNESS: I don't know.
BY DR. THOMAS:
Q. Do you know what a validation exam is?
A. Yes.
Q. Do you know how to get to a point where a student has to take a validation exam?
A. No.
Q. What is your understanding about a validation exam?
A. Can you be more specific? I'm not quite sure what you're asking me.
Q. Why would a student have to take a validation exam?
A. Because there is a question of whether the results from the first examination are valid.
Q. Do you know if a validation exam is supposed to be similar to the present test forms?
A. It's supposed to be comparable.
Q. Can you define "comparable"?
A. Generally the same content, similar in structure.
Q. Structure: Could you elaborate a little bit on structure?
A. Number of questions, prompts, those things

generally.

Q. Length of question? Would that be part of structure?

A. Yes, relatively speaking.

Q. The number of answers -- sorry.

A. Yes, number of answer choices, the way the questions are structured.

Q. Are there question times such as media questions?

A. Yes, there are.

Q. Can you define what a media question would be?

A. We call them multimedia. Usually a question that requires probably Chrome or some sort of playback, you know, like a video or -- yeah, like a video loop.

Q. Do all media questions have to have a video?

A. Well, they have to have some way to depict whatever it is that's being shown, whether it's an avatar with a heart sound or whether it's a neurologic examination or whatever.

Q. What is the playing time on a video, standard?

A. The loop? On heart sound it's -- I'm not sure. It's probably somewhere in the neighborhood of five seconds where it will play again, but it's some short period of time.

Q. Is there a maximum amount of time that a media video could be?

A. Probably the length of a block of questions.

Q. Is there any --

A. That would be the maximum.

Q. Is there a policy as to how long a specific media file should be on the exam?

A. Not time-wise. We have -- well, actually we don't have that many. We have experimented with some, but we have not really had varying lengths on the exam of videos. We have done some work in that area, but that's one of the things that we're concerned with.

Q. Are media questions part of the live pool?

A. Well, the heart sounds.

Q. So, there are live questions that are media questions.

MS. HOLLAND: Objection. For the reasons I stated before about the test material being copyrighted, I'm going to instruct my witness not to answer.

DR. THOMAS: Okay.

BY DR. THOMAS:

Q. Were there media questions in 2007?

A. I wasn't here in 2007.

Q. Would you say, based on your development expertise in the last couple of questions, that the media questions have increased over the last couple of years?

A. No, not in the last couple years. No.

Q. Could you say approximately how many media questions are on a Step 2 exam?

MS. HOLLAND: Objection again for the same reason.

DR. THOMAS: Okay.

BY DR. THOMAS:

Q. As part of your development team, do you find that media questions are comparable to straightforward, factual questions in terms of time spent?

A. Oh, it's a little longer, but also the examination in -- was it two dates, 2007 and 2011?

Q. Uh-huh.

A. The examination in 2007 was forty-six questions per hour and the examination in 2011 was forty-four questions per hour.

So, adjustments were made for changes in either word length or for anything added to the examination between those two times.

Q. How often do you change the type of questions

on the USMLE?

MS. HOLLAND: Objection for the reasons stated before.

BY DR. THOMAS:

Q. Who develops the validation exam?

A. Test development.

Q. Is there a specific validation exam as compared to a normal exam where a student comes and sits for the exam?

A. It's built to the same specifications. It's not a real common occurrence. They're built to the same specs. I'm not sure of the other.

Q. Mathew Thomas was given an exam December 31, 2007 and then told to take a validation exam in September 2011.

Were you ever asked to create a validation exam that was comparable to the exam that was done four years prior?

A. No, it was built to the specification of the 2011 USMLE exam.

Q. My question is, were you asked to create a validation exam that was comparable to 2007?

A. It was comparable to -- no, it was comparable to the 2011 USMLE exam.

Page 38

Q. So, you're stating that the validation exam was a 2011 exam.
A. Yes, because anyone passing an examination in 2011 had to pass the 2011 examination specifications.
Q. When was the first you were contacted regarding Mathew Thomas' validation?
A. I don't know.
Q. Was it before or after the exam had taken place?
A. My unit would have had to have been before. Me personally, I don't remember.
Q. Who in your unit would have been contacted?
A. I'm not sure.
Q. What would be the protocol for contacting your department for a validation exam?
A. Somebody in USMLE would have contacted probably a managing editor of the particular step, but I'm not sure.
Q. Would you be able to say who the manager was at that time?
A. Yes: I think it was June Farrell, but I'm not positive.
Q. What would that manager do as his or her next step?

Page 39

A. I'm not sure.
Q. If a student has to take a validation exam, is it standard protocol to notify your department?
A. If another examination has to be built, the answer to that would be yes, because the only place an exam is going to be built is in test development.
Q. If a student has to take a validation exam and they go to the test center, is it preset for them to get that validation exam?
MS. HOLLAND: Objection. For the reasons I stated before, I'm going to instruct the witness not to answer.
DR. THOMAS: Okay.
BY DR. THOMAS:
Q. You stated before that Dr. Dillon asked you to compare the 2007 exam with the 2011 exam, yes?
A. Correct.
Q. What's the criteria you use to determine if tests are comparable?
A. Go through the specifications on how the two examinations were built.
Q. What criteria would you say, in terms of how they were built, would make a test comparable?
A. Similar specifications.

Page 40

Q. Could you please define "specifications" for me?
A. Questions from similar -- or number of questions and similar question content by organ system, by gender, etcetera.
Q. Could you elaborate on that word, "content"?
A. Cardiovascular disease, hypertension treatment.
Q. So, would you say that a pharmacological question on treatment should also be found on the validation exam to make them comparable, or are you saying that cardiovascular treatment in general is the overall topic and they could ask either pharma or physio or patho regarding that topic?
A. I think you better. . .
MS. HOLLAND: Yes, I'm going to object for the reasons that we stated before. The way the test is corrected is. . .
DR. THOMAS: I'm not asking about the questions. I'm asking about comparability, which is a big question of mine for the 2007 exam, and content was a question I questioned in my deposition.
So, I'm asking with regard to him to

Page 41

clarify the word "content" because it is in his report or his response to Dr. Dillon's request to him.
MS. HOLLAND: Do you want to draw his attention to the report?
DR. THOMAS: I can do that. I don't have copies, so I'm going to have to. . .
MS. HOLLAND: This is the third page.
DR. THOMAS: Thank you for that.
BY DR. THOMAS:
Q. You have an email in front of you from Amy Bouno to yourself?
A. Yes.
MS. HOLLAND: Do you want to mark this as an exhibit?
DR. THOMAS: Yes, the second one -- exhibit one.
MS. HOLLAND: We'll mark that as exhibit one.
(Exhibit No. 1 was marked for identification)
THE WITNESS: I think you'll have to rephrase that. It wasn't from Amy Bouno. It was to Amy Buono.

Page 42

BY DR. THOMAS:
Q. I'm sorry, to Amy Buono from yourself, and the subject line being "Comparison of Step 2 Forms." I believe that's CO-1607 and CO-2385?
A. That's what it looks like. It's also not just to Amy Bouno, but Gerry Dillon as well.
Q. In the third paragraph you start off stating, "The content below, only addresses scored items, and does not include pretest items." The word "content" is what I'm referring to.
"The Step 2 examination currently has 177 different exam content specifications, the examination in 2007, also had 177 (Patient Safety was added since 2007, and Heated Related illness was combined with Pituitary, hypothalamic disorders, both of which are under Endocrinology. Thus instead of one item being from both Heat related illness and one from Pituitary and hypothalamic disorders, 1 item is from Heat related illness or one from Pituitary and hypothalamic disorders." Then you go on to say, "Of the 177 categories in 2007, specifications changed in 18. . ."
The question is: Is content categories, and then you label some of the subjects, are they all one and the same, or do you differentiate them to mean

Page 43

different things?
A. Part of the content specifications would be organ systems such as endocrine, if that's what you're asking.
Q. So, to compare the exams, your content is subject matter.
A. Yes.
Q. A little further down it says, "Thus, the change in the numbers of content categories. . ."? Do you see that?
A. Yes.
Q. "Thus the change in the number of content categories in which there was a change was 10 (5.6%) for reasons unrelated to timing. Of the 18 content categories where there was a change, 14 of content categories decreased by 1 (6 of these went from 2 in 2007 to 1 in 2001; 2 went from 3 to 2; three went from 5 to 4; 1 went from 6 to 7 and 1 went from 7 to 8; and there was one content category, Heat Related illness, that was combined with another content area, Pituitary, hypothalamic disorders)."
So again, categories, content categories, are they the same or are they different?
A. I think I've said it before: Content

Page 44

categories are organ system-based.
Q. A little further up you write, "Of the 177 categories in 2007, specifications changed in eighteen." Specifications: What do you mean?
MS. HOLLAND: I'm going to object to the question.
DR. THOMAS: On what grounds again?
MS. HOLLAND: For the reasons I stated before.
BY DR. THOMAS:
Q. Sir, was this an analysis?
A. Yes, I was asked to render an opinion.
Q. Is it an analysis or an opinion?
A. Well, it was opinion based on analysis of the two examinations.
Q. Can you define "analysis" for me, please?
A. I believe it's in the document.
Q. In your words, what would you consider an analysis?
A. I already said it: Take the two exams, look at the content between them and how the examination specifications were -- what they were and different other categories, and look to see if the exams looked different or not or comparable.

Page 45

Q. Is that a subjective determination based on the person doing the analysis?
A. To some degree.
Q. Was any program used to run an analysis?
A. Yes. It was the -- it's where the numbers got generated from.
Q. What program would that be?
A. I'm not sure. Probably involved SPSS, but I'm not sure.
Q. Who ran the report or who ran the assessment?
A. I don't remember.
Q. Who would have entered the information into the program?
A. It would have been -- I don't know that anybody would have entered it. It's data files.
Q. Who would have run the data files?
MS. HOLLAND: Objection, vague.
Q. Who would be responsible for running the actual analysis of the two exams?
A. Probably someone in TD or scoring services. Either one would have done it.
Q. Who would set the parameters to state that the exams were comparable in that program?
MS. HOLLAND: Objection, vague and/or

Page 46

calls for confidential information.
BY DR. THOMAS:
Q. Confidential to say what the parameters are to match a comparable exam?
MS. HOLLAND: Vague as to the parameters. I don't understand what you mean.
BY DR. THOMAS:
Q. When first running a program, you have to set certain standards, yes?
A. Depends what you're running it for.
Q. If you want to compare two exams through this program --
A. That wasn't what the program did. The program generated the numbers on there.
Q. So, the program ran individual numbers, then you as an individual or any of your staff as an individual compared them yourself?
A. Correct.
Q. And then came up with a determination as to whether or not they would have affected the validation exam?
MS. HOLLAND: Objection, vague.
Q. Who made the determination between the comparability of these two exams?

Page 47

A. I did.
Q. What did you base that on?
A. The information in the email.
Q. With your expertise, given the content areas and the changes in the number of questions in these areas, can you determine how much it would have affected a test-taker?
MS. HOLLAND: Objection, calls for speculation.
DR. THOMAS: He's supposed to be the expert running this.
MS. HOLLAND: It's unclear what's meant by "affect on a test-taker" and it's also irrelevant unless you're talking about you.
B Y MR. THOMAS:
Q. Sir, if you could go to the last full paragraph, "Overall"?
A. Okay.
Q. "Overall, the 2007 Step 2 for STP2 CO1607 and the 2011 Step 2 for Step 2 CO-2385 are very similar with differences which I would consider minimal."
Is that an analytic note there, or is that your opinion based on what you saw?
A. It says "I would consider," so it's an

Page 48

opinion.
Q. It's your opinion. "The changes noted above, more pictures and F types and the inclusion of heart sounds, are changes consistent with the evolution of the exam over four years."
Your understanding of the validation exam, should it be comparable to what is current or what was at the time of the examination that's being validated?
A. What is current.
Q. That's your understanding of the validation exam?
A. Yes.
Q. If the validation exam is supposed to be comparable to the form that was found to be indeterminate, should the evolution have been in there?
A. Yes.
Q. So, you're saying that the. . .
A. If you're taking the examination in 2013, it should meet the specifications in the examination of 2013.
Q. So, let me clarify: The validation exam is supposed to be comparable to the form of 2007. So, my question to you becomes, if that is --
A. It is comparable.

Page 49

Q. So, the evolution. . .
A. Those are minimal changes. If you go back and look at the percentages, they were minimal changes.
Q. Minimal based on whose opinion?
A. Mine.
Q. Can you define "minimal"?
A. I'd probably say less than ten percent.
Q. Can you say you're assuming less than ten percent, or you can say with reliability and validity ten percent?
A. You're asking my opinion.
Q. Yes, I am asking your opinion because you're directly the --
THE WITNESS: Well, can you read back what he just said?
(The record was read by the court reporter as requested)
THE WITNESS: I don't know what reliability has to do with my opinion on -- you're talking about exact -- yes. . .
BY DR. THOMAS:
Q. So, ten percent is an opinion you have. You cannot say for a fact that it is only a ten percent difference between the two exams.

Page 50

A. Well, I actually can say it's less than that. You have the document in front of you.
Q. Could you please tell me exactly how you get to the less than ten percent?
A. Well, let's see: "Thus the change in the number of content categories in which there was a change was ten (5.6%) for reasons unrelated to timing. "Of the 18 categories" and there go the numbers on examination of those 288 or 280 questions.
Q. So, you're saying that only -- how many questions changed then?
A. I said the content categories of 5.6% that were unrelated to timing.
Q. So, were there any related to timing?
A. It's stated above that.
Q. Could you please clarify?
A. "The Step 2 examination" -- tell me if I'm going too fast for you -- "in 2007 was 368 items (46 per hour) of which 288 items were live; in 2011, the Step 2 examination was 352 items (44 items per hour or 42 per hour, if the hour block contained a scientific abstract or pharmaceutical advertisement, the block contained 2 fewer items) of which 280 are live."
So, there were a change of -- two times eight

Page 51

-- sixteen questions.
Q. If there are less questions, is each question worth more?
MS. HOLLAND: Objection.
Q. In general, if there are less questions on an exam, percentage-wise would one question be worth more?
MS. HOLLAND: Objection.
DR. THOMAS: I didn't specify to you USMLE. I'm asking him --
MS. HOLLAND: I'm going to instruct the witness not to answer that question.
DR. THOMAS: Okay.
BY DR. THOMAS:
Q. So, this report is based on numbers you got from a report from a program that was run, and it is your opinion that it's comparable.
A. Correct.
Q. Okay. Was any analysis done on the validation exam with regard to time on each question?
A. That data is collected. I don't think there was any analysis done on it.
Q. In your tenure as your current position, how many validation exams have you been asked to create for your department?

Page 52

MS. HOLLAND: Objection. What's the relevance?
DR. THOMAS: I'd like to know how much experience he has in validation exams. Before, he said he didn't even know how validation exams were even run.
MS. HOLLAND: How many validation exams --
DR. THOMAS: In the time of his tenure how many has he had been asked to create.
MS. HOLLAND: The witness can answer.
THE WITNESS: I haven't been asked to create any. It's the similar form to the other hundred exams.
We do a hundred different examinations a year, not just USMLE, so we're quite capable of make very similar examinations for whatever reasons it's needed.
BY DR. THOMAS:
Q. Multiple students were found to have indeterminate scores for their USMLE exams because they attended Optima University, and the multiple students may have taken a validation exam.
Would your department have been notified to

Page 53

create validation exams for them through your manager?
A. Through USMLE they would have been, yes.
Q. Do you know of any request coming to your manager during your tenure?
A. No others, and I'm not sure I would have remembered this one if it hadn't been for the deposition today.
Q. Do you have knowledge of any prior requests for validations for students from Optima University for validation exams to be created?
MS. HOLLAND: Objection, asked and answered.
BY DR. THOMAS:
Q. Is June Farrell still employed in your department?
A. Yes, she is.
DR. THOMAS: That's all for this witness.
MS. HOLLAND: Okay. I do have a few brief questions.
(EXAMINATION)
BY MS. HOLLAND:
Q. Dr. Haist, do you still have the report that you prepared in front of you that's been marked exhibit

Page 54

one?
A. Yes, ma'am.
Q. And can you take a look for me at the last paragraph of the first page of that report? At the bottom it says NBME 13.
A. On the front page.
Q. On the front page. Do you see the last paragraph?
A. Yes.
Q. Can you --
A. Oh, that ends in -- okay.
Q. The last paragraph, can you read what you wrote in total?
A. "By content specifications, the 2007 to 2011 examination were essentially the same (93.8% of the items in 2007 examination were from the same specified content category as items in 2011 examination) and there was only 1 new category (2 items in Patient safety, two subcategories, 1 item in each subcategory). The 93.8% should actually be higher since the number of items on the examination decreased by 8; the adjusted percentage of items that were from the same content category is 96.4%."
Q. Okay. And are you testifying today in your

Page 55

capacity as the vice-president for test development, or are you testifying today as an expert witness?
A. I assume vice-president for test development.
MS. HOLLAND: I don't have anything further.
DR. THOMAS: That's all.
(The deposition was concluded at 1:00 p.m.)

Page 56

INDEX

WITNESS: STEPHEN HAIST, M.D., M.S.

By Dr. Thomas: Page 3

EXHIBITS

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Email chain, with attachment to A. Buono from S. Haist, M.S., M.D. | 41 |

Page 57

CERTIFICATION

------

I hereby certify that the testimony and the proceedings in the aforegoing matter are contained fully and accurately in the stenographic notes taken by me and that the copy is a true and correct transcript of the same.

______________________________

Lance A. Brusilow
Registered Professional Reporter
Certified Realtime Reporter

The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying shorthand reporter.

------

CERTIFICATION

------

I hereby certify that the testimony and the proceedings in the aforegoing matter are contained fully and accurately in the stenographic notes taken by me and that the copy is a true and correct transcript of the same.

Lance A. Brusilow
Registered Professional Reporter
Certified Realtime Reporter

The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying shorthand reporter.

------

**A**
ability 8:7
able 28:10 38:19
about 21:13 29:6,13 30:4,11 30:12,19 33:8 35:18 40:19,20 47:14 49:20
above 1:14 48:2 50:15
abroad 15:21,22
abstract 50:22
accurately 57:7
ACTION 1:5
actual 45:19
actually 13:1 14:15 19:10 24:16 25:6 26:20 30:15 35:8 50:1 54:20
added 18:5 36:22 42:13
addresses 42:8
adjusted 54:21
adjustme... 36:21
advertise... 50:22
affect 47:13
affected 46:20 47:7
aforegoing 57:6
after 6:7 11:20 26:14 30:19 32:21 38:8
afternoon 21:13
afterwards 16:11
again 17:9 18:12 30:3 34:23 36:8 43:22 44:7
against 17:12 20:9 29:19,20 31:20
ago 5:8
agreed 3:1
al 1:7
allegations 20:9
already 29:20 44:20
among 3:1
amount 35:1
Amy 41:11 41:23,24 42:2,6
analysis 44:11,13 44:14,16 44:19 45:2,4,19 51:18,21
analytic 47:22
analytics 10:8,20 11:4
and/or 45:24 57:18
another 39:4 43:20
answer 8:10 9:3 10:4 13:5 13:10,17 14:6 17:1 17:16,22 22:15 26:2 27:5 28:2 29:5 29:16,23 30:6 31:24 32:7 34:6 35:20 39:5,12 51:11 52:11
answered 30:24 31:8,13 31:15 53:12
answers 12:5,6 34:5
anybody 8:24 45:15
anyone 13:13,19 31:10 38:3
anything 6:19 7:9 12:20 23:18 29:7 36:22 55:4
anywhere 16:7,8
APPEAR... 2:1
apply 57:17
approve 9:17
Approved 1:16
approxim... 25:11
approxim... 1:14 8:21 12:9 14:1 18:11,13 18:16,24 36:6
area 35:11 43:20
areas 47:4 47:6
articulate 15:17 17:2
asked 3:24 11:20 21:15,18 21:22 22:2 30:23 31:8,13 31:15 37:16,21 39:15 44:12 51:23 52:10,12 53:11
asking 10:15 33:11 40:19,20 40:24 43:4 49:11,12 51:9
assessment 22:12 24:11,11 45:10
assessme... 4:24
associate 4:18,19 24:18
associates 1:19
assume 55:3
assuming 49:8
attachment 56:10
attended 52:22
attention 41:5
available 14:8
avatar 34:18
aware 11:12 13:21 20:6,9 25:23 28:23
a.m 1:14

**B**
B 47:15
back 4:3 15:3 17:11 18:18 28:21 32:20 49:2,14
backgrou... 7:12 10:20 11:13
bank 17:13 20:13 21:5,24 22:22,23 24:9,14 25:3,4,11 28:6 29:6 31:4 32:5
base 47:2
based 18:4 20:2 29:9 36:1 44:14 45:1 47:23 49:4 51:14
basis 15:16 32:7
batches 12:16 25:22,23 25:24
became 24:19
become 9:7
becomes 48:23
before 1:14 4:20 5:23 6:13,19 8:13,19 9:19 18:8 25:6 26:16 30:10 31:2,10 32:11 35:18 37:3 38:8 38:10 39:11,15 40:17 43:24 44:9 52:4
beginning 1:13
behavioral 6:7
being 1:17 26:13 34:17 35:19 42:3,16 48:8
believe 6:12 11:5 12:21 15:19 17:16 23:3 26:11 42:4 44:17
below 42:8
better 40:15
between 17:4 18:20 36:23 44:21 46:23 49:24
big 17:13 40:21
bit 33:22
block 35:3 50:21,22
board 1:12 2:18 5:11 7:7 23:13
Boards 23:13 24:4
both 14:7 26:22 42:15,17
bottom 54:5
Bouno 41:12,23 42:6
break 28:18
brief 28:20 53:20
Bronx 2:4
brusilow 1:15,19 57:12
BS 3:20
built 37:10 37:11,19 39:4,6,21 39:23
Buono 41:24 42:2 56:11

**C**
C 2:11
call 23:7 34:12
calls 8:9 32:13 46:1 47:8
came 6:13 11:22,23 11:23 14:9 15:3 18:8 22:21 25:2 46:19
capable 52:16
capacity 55:1
cardiovas... 40:7,12
Carson 2:16
case 29:19 31:20
categories 42:21,22 43:9,13 43:15,16 43:22,22 44:1,3,23 50:6,8,12
category 8:17 43:19 54:17,18 54:23
center 3:20 39:8
certain 9:9 46:9
certificati... 3:2 11:5 11:11 57:1,16
certificati... 7:5,11 11:9
certified 7:7 11:4 57:13
certify 57:5
certifying 57:19
chain 56:10
chair 6:9
change 36:24 43:9,12 43:13,15 50:5,7,24
changed 42:21 44:3 50:11
changes 6:22 36:21 47:5 48:2 48:4 49:2 49:3
charge 5:2 27:9
Chemistry 3:21
chief 3:24
choices 14:6,16 34:6
Chrome 34:13
CIVIL 1:3 1:5
CK 7:17,24 8:1 21:23 26:22
claim 15:18 15:20 17:10
claimed 17:19
claims 27:22
clarify 16:13 22:21 41:1 48:21 50:16
clerkship 4:17 5:2 5:3
clinical 4:15 6:6
closer 12:13,14
coefficient 10:11,21 10:22,23
collected 51:20
College 3:20
combined 42:14 43:20
come 16:14 19:20 26:13
comes 6:19 9:20 17:18 32:20 37:8
coming 5:23 53:3
comma 14:16
committee 6:2,4,6,8 6:9,12,14 6:15,16 6:17,20 6:22,24 9:12 10:17,18 10:19 23:4,20 23:21,23 23:24 24:1,2 32:11
committees 6:5,11,11 7:2,19,20
common 37:11

compara... 40:20 46:24
compara... 33:18,19 36:13 37:17,22 37:23,23 39:19,23 40:11 44:24 45:23 46:4 48:7 48:14,22 48:24 51:16
compare 21:20 39:16 43:5 46:11
compared 37:8 46:17
Comparis... 42:3
completed 19:22 29:19
composite 23:20,24
computer 7:21
concerned 35:12
concerns 29:13
concluded 55:7
confident... 46:1,3
consider 14:12,18 14:20 44:18 47:21,24
consistent 48:4
contact 29:12
contacted 21:15 38:5,12 38:16
contacting 38:14
contained 50:21,23 57:6
content 14:13,18 29:2 33:20 40:4,6,22 41:1 42:8 42:9,12 42:22 43:2,5,9 43:12,14 43:15,19 43:20,22 43:24 44:21 47:4 50:6 50:12 54:14,17 54:22
control 57:18
copies 12:19 41:7
copy 57:8
copyright... 20:18,20 20:21,21 20:23 28:24 35:19
Corps 4:3
correct 10:10 39:17 46:18 51:17 57:8
corrected 40:18
correctly 13:14,20
correlation 9:10
cost 27:8
counsel 2:6 2:11,16 2:24 3:2
countries 16:6
couple 36:2 36:3,5
courses 4:11 7:14 10:24
court 1:1 1:16 49:16
CO-1607 42:4
CO-2385 42:4 47:20
CO1607 47:19
create 37:16,21 51:23 52:10,13 53:1
created 53:10
criteria 9:9 10:16 39:18,22
current 7:15 48:7 48:9 51:22
currently 5:6 42:11
curriculum 4:12

D

data 14:2,7 20:2 21:3 21:5 45:15,16 51:20
database 16:10 18:5
date 1:14 8:2 17:24 19:23
dates 36:16
David 25:1
day 25:16
December 21:16,23 37:13
decided 23:1
decides 27:15
decision 10:18,19 22:24 23:4
decisions 24:21
decreased 43:16 54:21
define 33:19 34:11 40:1 44:16 49:6
definite 16:23
degree 7:13 11:13,13 14:21 45:3
degrees 7:6 11:9
department 8:4 16:20 19:9,15 21:6 30:13,21 38:15 39:3 51:24 52:24 53:15
depending 25:13
depends 6:21 46:10
depict 34:16
deposition 1:11 29:10 40:23 53:7 55:7
DESCRI... 56:9
determin... 22:23 45:1 46:19,23
determine 19:9,14 39:18 47:6
determini... 10:12
developm... 5:11,14 5:16,19 5:24 7:16 7:18 11:1 19:16 23:6,10 24:10,15 24:18 36:1,12 37:6 39:6 55:1,3
develops 37:5
diagnosis 4:14
difference 17:3 49:24
differences 47:21
different 4:10,24 5:20 6:10 12:16 16:1,21 27:12 30:12,14 42:12 43:1,23 44:22,24 52:15
differenti... 42:24
difficult 16:5
dig 28:12 28:12
Dillon 2:16 21:12,18 39:15 42:6
Dillon's 41:2
direct 11:18 13:22 57:18
directly 49:13
director 4:18,19 4:20
disciplines 9:14
disease 40:7
disorders 42:15,18 42:20 43:21
District 1:1 1:2,16
DIVISION 1:3
document 44:17 50:2
doing 5:4 5:10 45:2
done 10:9 22:8,12 24:12 25:20 26:5 35:11 37:17 45:21 51:18,21
down 22:6 43:8
Dr 3:10,11 8:15 9:4 9:5 10:7 13:7,12 15:16,19 16:3,4 17:1,3,7 17:11,18 17:23 21:12,18 21:22 22:6,11 22:19,20 24:6 26:6 27:18,23 28:3,15 28:19 29:18 30:1,2,3,9 31:1,9,12 31:14,17 31:19 32:2,9,15 32:19 33:2 35:21,22 36:10,11 37:4 39:13,14 39:15 40:19 41:2,6,9 41:10,16 42:1 44:7 44:10 46:2,7 47:10 49:21 51:8,12 51:13 52:3,9,19 53:13,17 53:23 55:6 56:5
draw 41:4
duly 3:7
during 7:2 53:4

E

each 9:13 51:2,19 54:19
early 4:14 19:2,4 30:15,17
East 2:4
EASTERN 1:2
ECFMG 1:7 2:11 24:3
editor 38:17
education 4:22 7:8
educational 3:18
eight 6:9 18:20 50:24
eighteen 44:4
either 14:24 30:14,18 36:22 40:13 45:21
elaborate 33:22 40:6
electronic 12:20
ELISA 2:8
email 41:11 47:3 56:10
emcenroe... 2:10
employed 53:14
employee 7:3
end 8:13
endocrine 43:3
Endocrin... 42:16
ends 54:11
entered 13:8,14 13:20 14:5,9 45:12,15
entering 14:2
entry 13:22
Esquire 2:8 2:13,16 2:19
essentially 11:17 54:15
et 1:7
etcetera 40:5
evaluation 5:3
even 52:5,6
ever 19:12 21:15,22 37:16
every 8:1
Everything 6:21
evolution 48:4,15 49:1
exact 12:11 19:23 49:20
exactly 17:13 50:3
exam 5:13 7:17 8:2 8:21 15:9 15:13 17:14 21:22 23:19 27:9,16 31:22 33:3,6,9 33:13,16 35:7,10 36:7 37:5 37:7,8,9 37:13,14 37:17,17 37:20,22 37:24 38:1,2,8 38:15 39:2,6,7,9 39:16,16 40:11,21 42:12 46:4,21 48:5,6,11 48:13,21 51:6,19 52:23
examinati... 3:9 7:22 8:14,19 8:19 9:10 15:8 21:16,19 21:19 28:23 33:15 34:19 36:16,18 36:19,23 38:3,4 39:4 42:11,12 44:21 48:8,18 48:19 50:9,17 50:20 53:21 54:15,16 54:17,21
examinati... 4:14 5:20 21:21 26:21 27:2 39:21

44:15
52:15,17
examined 3:7
Examiners 1:12 2:18 5:12 23:14
exams 21:4 27:3,19 27:20 43:5 44:20,23 45:19,23 46:11,24 49:24 51:23 52:4,5,7 52:14,21 53:1,10
except 3:3
exhibit 41:15,17 41:19,20 53:24
EXHIBITS 56:8
experience 52:4
experime... 35:9
expert 47:11 55:2
expertise 36:2 47:4
explain 8:16 26:24 31:14

F

F 2:16 48:3
fact 11:21 49:23
factual 36:14
faculty 4:4 4:6,9,13 5:1
Farrell 38:21 53:14
fast 50:18
Federation 23:12 24:3
feedback 27:4
few 21:11 53:19
fewer 50:23
field 11:15
file 35:7
files 28:12 45:15,16
filing 3:3
final 8:2,5,8 23:1,2,7 23:16,18 24:7
financial 27:8
find 15:10 36:12
finds 31:11
fine 3:12 17:22 28:19 30:1 31:18
finish 19:17
first 3:7 4:12 5:4 5:21 18:21 19:6,9,12 24:19 30:3,11 30:11,18 30:21 33:15 38:5 46:8 54:4
five 4:19,20 7:14 10:24 34:22
follows 3:8
foregoing 57:16
form 3:4 16:9 48:14,22 52:13
format 12:17
forms 15:8 15:13,14 16:5,6
33:17 42:3
forty-four 36:20
forty-six 36:18
found 15:12 16:9,9 19:5,8 21:4 30:11 40:10 48:14 52:20
four 4:20 5:4 6:9 7:14 10:24 37:17 48:5
fourteen 6:2
four-week 4:16
frame 18:19
Friday 1:9 29:11
from 6:21 9:13 11:22,23 11:23 18:6,10 18:14,16 19:20 22:3,22 22:23 23:5,6,6,9 25:2,4,9 26:20 28:6 29:12,24 30:13 31:3 33:15 40:3 41:11,23 42:2,17 42:17,18 42:19 43:16,17 43:17,18 43:18 45:6
51:15,15 53:9 54:16,22 56:11
front 41:11 50:2 53:24 54:6,7
full 3:14 25:19 47:16
fully 57:7
further 29:1 43:8 44:2 55:5

G

gave 29:10
gender 40:5
general 40:12 51:5
generally 33:20 34:1
generated 7:19 45:6 46:14
Gerard 2:16
Gerry 42:6
give 14:22 16:23 22:11 28:10
given 10:13 12:17,20 12:22 16:20 17:24 18:4,21 21:3 25:9 30:13 37:13 47:4
go 8:19 10:13,13 10:17 18:18 22:7 39:8 39:20 42:20 47:16 49:2 50:8
goes 17:11
22:6 23:19
going 9:2 10:12 15:15 16:24 17:15 28:1,11 28:24 29:5,8,15 29:22 31:23 32:6 35:19 39:6,11 40:16 41:7 44:5 50:18 51:10
GOLDEN 2:13
Good 3:11
governance 23:19 24:12
governme... 4:2
graduated 3:22
grounds 31:24 44:7
GROUP 2:3
guess 7:22 23:7 27:2 30:19

H

Haist 1:11 2:16 3:6 3:11,15 30:3 53:23 56:3,11
half 5:8
HAMBU... 2:13
happened 16:10
having 3:6 25:8
head 21:14
headed 21:10
Health 4:3
heard 30:11,14 30:18
hearing 27:18 32:22
heart 34:18 34:21 35:14 48:3
Heat 42:17 42:18 43:19
Heated 42:14
held 1:12
help 5:4
her 38:23
higher 14:22 54:20
him 5:3,5,5 17:22 31:10 32:23 40:24 41:3 51:9
hired 5:21
HOLLA... 2:13 8:9 9:1 10:3 13:4,9 15:15,24 16:24 17:15 18:2 19:7 19:18 20:5,14 22:4,9,14 26:1 27:17,21 28:1,17 28:21 29:22 30:5,23 31:7,12 31:16,23 32:6,13 32:17,23 35:17 36:8 37:2 39:10 40:16 41:4,8,14
41:18 44:5,8 45:17,24 46:5,22 47:8,12 51:4,7,10 52:1,7,11 53:11,19 53:22 55:4
hollandm... 2:15
hour 36:19 36:20 50:19,20 50:21,21
hundred 12:12,13 12:14 16:13,16 52:14,15
Hundreds 12:11
hypertens... 40:7
hypothal... 42:15,18 42:19 43:21
H-a-i-s-t 3:17

I

idea 21:2
identifica... 41:21
identify 12:1,4
identifying 15:5
illness 42:14,17 42:19 43:19
include 42:9
including 9:9,16 14:16
inclusion 48:3
increased 36:3
indetermi... 32:21
48:15 52:21
INDEX 56:1
individual 31:4 46:15,16 46:17
individuals 21:13
informati... 9:2 28:16 45:12 46:1 47:3
initially 6:5
input 23:5
instead 42:16
institution 3:23
instruct 9:2 17:1,15 28:1 29:5 29:16,23 31:24 32:7 35:19 39:11 51:10
integrity 28:22 29:13
interdisci... 6:11 9:11
internal 3:23 4:16 4:24 5:1 7:7 9:14
interview... 4:13
introduct... 6:6
investigat... 11:19,24 15:20 20:6 29:2 29:4,7,21
involved 4:23 14:2 21:5,6,9 21:12,14 22:2 45:8
involvem... 7:23 11:18
irrelevant 26:1 47:14
item 13:2 42:16,18 54:19
items 42:8 42:9 50:18,19 50:20,20 50:23 54:16,17 54:18,21 54:22

J

Janet 2:16
January 1:9 24:19 29:11
job 5:17 21:2
jointly 23:12
JR 1:5 2:3
July 5:22 30:17
June 38:21 53:14
junior 5:1
just 3:13 12:5 14:5 15:5 16:13 17:7 22:21 27:23 42:5 49:15 52:16

K

Kelly 2:11
Kentucky 3:21 4:4 4:23 7:10
kind 12:1
know 7:22 10:8 11:22,24 12:7,11 12:15,15 12:24 14:9,11 17:8,13

19:24 21:9,11 22:17 24:4,22 25:7,12 26:17 27:23 32:3,10 32:20 33:1,3,5 33:16 34:14 38:7 45:14 49:18 52:3,5 53:3
**knowledge** 22:12 31:2,10 53:8
**knows** 32:24

**L**

**label** 42:23
**Lance** 1:15 57:12
**last** 3:16 6:9,13 36:2,3,5 47:16 54:3,7,12
**late** 19:2,4 30:15
**least** 9:13 11:12 12:8
**legs** 5:5
**length** 34:2 35:3 36:22
**lengths** 35:10
**less** 25:16 49:7,8 50:1,4 51:2,5
**let** 16:17 48:21
**let's** 4:10 4:21 28:18 50:5
**LEWIS** 2:8 2:8
**licenses** 7:5 7:10,11
**like** 21:12 28:15,16 34:14,14 42:5 52:3
**line** 22:7,8 42:3
**little** 33:22 36:15 43:8 44:2
**live** 8:13,18 9:17 10:13,17 16:12 18:10,14 18:17 22:22 23:17 24:8,8,14 25:4,10 26:9,14 26:21 27:10,13 27:20 28:5,7 35:13,15 50:19,23
**LLP** 2:8
**location** 15:14
**long** 9:18 9:19 25:11,13 25:13 26:14 35:6
**longer** 36:15
**look** 11:20 13:1 15:6 15:7 18:18 21:18 25:15 44:20,23 49:3 54:3
**looked** 16:16 25:22 44:23
**looking** 15:2 22:16
**looks** 42:5
**loop** 34:14 34:21
**lot** 4:24 12:8 23:5 25:17

**M**

**made** 22:23 23:4 24:3 24:21,22 36:21 46:23
**main** 4:21
**major** 9:14
**majority** 28:7,9
**make** 13:19 39:23 40:11 52:17
**makes** 27:24
**making** 24:8
**managem...** 23:8
**manager** 38:19,23 53:1,4
**managing** 38:17
**many** 8:21 12:9 14:1 14:4,9 16:19 17:20 18:13 25:3,23 28:4,13 35:9 36:6 50:10 51:23 52:7,10
**mark** 41:14 41:18
**marked** 41:20 53:24
**Market** 1:13 2:9 2:14,20
**masters** 7:8 7:13
**match** 14:10,12 14:19,24 15:1,3 17:14 18:9 19:14 22:22 25:20 26:13 31:5,10 32:4 46:4
**matched** 17:12 19:21
**matches** 13:2 20:3 25:14 26:8 28:14
**matching** 21:24 30:22 31:3
**material** 12:1 20:18,22 20:23 35:18
**materials** 5:19 11:20,22 28:24
**Mathew** 1:5 2:3 21:16 37:13 38:6
**matter** 43:6 57:6
**MAURE...** 2:13
**maximum** 35:1,5
**may** 16:14 26:13 31:4 52:23
**maybe** 14:16
**ma'am** 54:2
**McENROE** 2:8 17:6 17:9 28:18
**mean** 7:9 10:10 42:24 44:4 46:6
**meaning** 14:22
**means** 17:8 57:17
**meant** 47:12
**media** 34:8 34:11,15 35:1,7,13 35:15,23 36:3,6,13
**medical** 1:12 2:3 2:18 3:22 5:12 7:8 7:9 23:13 23:14 24:4
**medicine** 3:23 4:16 4:24 5:2 6:6 7:7 9:14
**meet** 9:9 48:19
**meets** 6:24
**member** 4:9 5:1 6:2,16
**members** 6:22
**members...** 7:2
**met** 10:16
**methodol...** 10:8
**mid** 30:18
**mid-Janu...** 25:6
**mine** 40:21 49:5
**minimal** 47:21 49:2,3,4,6
**mistaken** 26:19
**month** 18:19 25:12
**months** 25:13 26:14
**more** 16:15 16:23 25:17 33:10 48:3 51:3 51:6
**MORGAN** 2:8
**morning** 3:11
**most** 14:15
**move** 29:23
**mthomas...** 2:5
**much** 7:23 8:4 10:20 47:6 52:3
**multimedia** 34:12
**multiple** 5:20 12:16 15:8,13 15:14 17:19 52:20,22
**multi-unit** 22:24
**M.D** 1:11 2:3,16,16 3:6 56:3 56:11
**M.S** 1:11 2:11 3:6 56:3,11

**N**

**name** 3:14 3:16 10:2
**National** 1:12 2:18 4:2 5:11 23:13
**NBME** 2:24 5:21 5:23 6:1 7:3 23:9 23:22 24:3 26:8 27:7 54:5
**need** 13:16 31:17
**needed** 52:18
**neighbor...** 34:22
**neurologic** 34:18
**never** 8:18
**new** 54:18
**next** 15:4 18:9 38:23
**nine** 4:12
**normal** 37:8
**Notary** 1:17
**note** 47:22
**noted** 48:2
**notes** 57:7
**notified** 26:15 52:24
**notify** 39:3
**number** 6:10,23 8:11 12:11,24 14:14 16:23 28:13 33:24 34:5,6 40:3 43:12 47:5 50:6 54:20
**numbers** 43:9 45:5 46:14,15 50:8 51:14
**nutshell** 7:23
**NY** 2:4

**O**

**object** 15:15 16:2 29:1 40:16 44:5
**objection** 8:9 9:1 10:3 13:4 13:9 16:24 18:2 19:7 19:18 20:5,14 22:4 26:1 27:17 30:5,23 31:7,23 32:6,13 35:17 36:8 37:2 39:10 45:17,24 46:22 47:8 51:4 51:7 52:1 53:11
**objections** 3:3
**OB/GYN** 9:15
**occurrence** 37:11
**off** 24:14
**often** 6:24 36:24
**Oh** 4:8 16:15 28:11 36:15 54:11
**okay** 8:11 9:4 11:16 16:3 22:14 25:23 28:17 31:17 32:23 35:21 36:10 39:13 47:18 51:12,18 53:19 54:11,24
**once** 9:6 12:22 14:9
**one** 9:13,14 9:15,15 9:15,21 9:22 15:7 23:14 24:14 25:15,17 35:12 41:16,17 41:19 42:16,17 42:19,23 43:19 45:21 51:6 53:6 54:1
**ones** 9:17 12:8 19:12
**ongoing** 19:3 29:2
**only** 15:22 25:15 39:5 42:8 49:23 50:10 54:18
**open** 29:21
**opinion** 44:12,13 44:14 47:23 48:1,2 49:4,11 49:12,19 49:22 51:16
**Optima** 11:19 15:19 19:5,8,20 20:4,6,10 20:13 21:1,5,24 22:3 25:2 28:6 29:3 29:12,19 30:4 31:3 31:21 32:4 52:22 53:9
**option** 14:16
**Oral** 1:11
**order** 19:13
**organ** 40:4 43:3 44:1
**originally** 27:18
**other** 4:21 5:24

14:15 17:21 22:10,17 31:4 37:12 44:23 52:13
**others** 53:5
**out** 16:12 23:17 24:8,13 25:10 26:9 27:6 27:15 30:11 31:11
**outside** 7:6 7:13
**over** 4:12 12:16 14:3 36:3 48:5
**overall** 40:13 47:17,19
**oversee** 6:18 13:13 23:7
**Overseeing** 5:19
**owed** 4:2
**owned** 23:12
**owns** 24:5

**P**

**P** 2:8,13
**PA** 1:21 2:9 2:14,21
**page** 41:8 54:4,6,7 56:5,9
**paid** 4:3
**Paper** 12:19
**paragraph** 42:7 47:17 54:4,8,12
**parameters** 45:22 46:3,6
**part** 19:11 21:2 24:17 28:5 34:2 35:13 36:12 43:2
**participate** 23:15
**particular** 17:10 22:17 29:13 38:17
**particula...** 29:9
**pass** 38:4
**passing** 38:3
**patho** 40:14
**patient** 4:22 42:13 54:18
**pediatrici...** 9:16
**Pennsylv...** 1:2,13 7:10
**people** 21:11 29:12
**per** 27:9 36:19,20 50:19,20 50:21
**percent** 10:10 28:9 49:7 49:9,10 49:22,23 50:4
**percentage** 28:8 54:22
**percenta...** 28:10 49:3
**percenta...** 51:6
**period** 12:16 14:3,16 19:1 34:24
**permanent** 9:7
**permane...** 26:10
**person** 9:23 23:1 24:22,24 45:2
**personally** 38:11
**pertain** 29:1
**pertaining** 29:7
**ph** 2:5,10 2:15,22
**pharma** 40:13
**pharmac...** 50:22
**pharmac...** 40:9
**Philadelp...** 1:13,21 2:9,14,21
**photocop...** 12:19
**physical** 4:13,14
**physical-...** 4:11
**physician** 4:7 5:7
**physio** 40:14
**physiology** 6:8
**Ph.D.s** 11:8 11:14
**pictures** 48:3
**Pituitary** 42:15,17 42:19 43:20
**place** 38:9 39:5
**Plaintiff** 2:6
**play** 7:17 12:23 34:23
**playback** 34:13
**playing** 34:20
**please** 3:13 3:16,18 5:15 6:4 8:16 26:24 31:14 40:1 44:16 50:3,16
**point** 33:5
**policy** 35:6
**pool** 13:2 16:12 17:14 18:10,14 18:17 26:10,14 26:17 28:5,7 35:13
**position** 24:23 51:22
**positive** 9:10 38:22
**possibility** 14:21
**possible** 14:20,21 14:24 26:7
**practice** 26:20 27:3
**practicing** 4:7 5:6
**prepared** 53:24
**present** 1:17 33:17
**preset** 39:8
**pretest** 42:9
**pretty** 7:23
**previous** 29:16
**previously** 32:1,8
**pre-test** 8:12,16 8:22 9:6 9:17,18 9:19
**pre-tested** 8:13
**primary-...** 4:17
**prior** 37:18 53:8
**privileged** 9:2
**probably** 21:11 24:10,21 25:16 34:13,22 35:3 38:17 45:8,20 49:7
**proceedin...** 57:6
**process** 9:6 19:11,22 21:6,6,10 21:10 25:21 32:3,10 32:20
**Professio...** 1:15 57:12
**program** 4:18,18 4:19,22 9:23 10:1 10:2,9,14 13:1,3,8 13:23 19:21 45:4,7,13 45:23 46:8,12 46:13,13 46:15 51:15
**programs** 23:14 24:11
**prompts** 33:24
**protection** 28:22
**protocol** 38:14 39:3
**psychiatry** 9:15
**psychome...** 11:1
**psychome...** 11:2,6
**psychome...** 11:8
**psychome...** 11:15
**Public** 1:17
**put** 27:16 28:15 29:20
**puts** 7:21 27:6
**P.C** 2:13
**p.m** 55:8

**Q**

**question** 3:4 8:1 9:3,8,11 9:18,19 13:19 14:17 15:3,16 16:1,1,2 16:21 18:5,8 19:12 22:21 23:16 24:8,13 25:15,20 27:15 28:2 29:6 29:17 30:6 31:7 31:9,12 32:18,19 33:14 34:2,8,11 34:12 37:21 40:4,10 40:21,22 42:22 44:6 48:23 51:2,6,11 51:19
**questioned** 40:22
**questioning** 22:7,8
**questions** 7:19,20 8:5,7,12 8:12,21 9:7,7,16 9:23 10:12 12:3,4,5,6 12:10,22 13:8,22 14:5,6,6 15:5,21 15:22 16:11,13 16:18,19 17:4,5,12 17:20,24 18:6,13 18:22 19:5,8,10 19:13,19 19:22 20:12,16 21:4,24 22:13,18 25:2,7,9 25:17 26:4,7,9 26:12,19 26:21,21 26:23 27:4,6,8 27:10,10 27:12,13 28:4,5,13 29:1,6 30:4,12 30:13,20 30:22 31:3,6,11 31:22 32:4 33:24 34:7,9,15 35:3,13 35:15,16 35:23 36:2,3,7 36:13,14 36:19,20 36:24 40:3,4,20 47:5 50:9 50:11 51:1,2,5 53:20
**quick** 28:18
**quite** 33:10 52:16

**R**

**ran** 4:10,16 45:10,10 46:15
**read** 49:14 49:16 54:12
**real** 37:11
**really** 13:15 14:3 35:10
**Realtime** 57:13
**reason** 29:15 36:9
**reasoning** 4:15
**reasons** 35:18 37:2 39:11 40:17 43:14 44:8 50:7 52:18
**recall** 22:16
**received** 16:10 19:19 20:2,16 25:24 26:7
**recess** 28:20
**reconcile** 13:13,19
**record** 3:13 28:16,21 49:16
**referring** 42:10
**regard** 21:23 22:10 31:3,21 40:24 51:19
**regarding** 20:2 21:3 38:6 40:14
**regions** 16:6
**Registered** 1:15 57:12
**related** 20:3 42:14,17 42:18 43:19 50:14
**relations...** 23:11
**relative** 10:21
**relatively** 34:4
**relevance** 10:3 13:4 13:9 15:16 17:9,18 22:5,9 27:17 52:2
**relevant** 15:17 17:2,17
**reliability** 10:11,22 10:23 49:9,19
**remember** 18:3,21 18:24 19:3 24:16,24 28:8 38:11 45:11
**remembe...** 53:6
**remove** 22:23 25:20
**removed** 18:10,13 18:16 22:22 25:6,8 26:16
**removing** 24:15 25:4
**render** 44:12

rephrase 16:17 41:23
report 10:13 41:2,5 45:10 51:14,15 53:23 54:4
reporter 1:15,16 49:17 57:12,13 57:19
reproduc... 57:17
request 41:2 53:3
requested 49:17
requests 53:8
requires 34:13
reserved 3:4
residency 3:23 4:18
resident 3:24
response 41:2
responsib... 5:17
responsib... 6:17
responsible 45:18
rest 9:10
results 33:15
review 6:10 6:11 9:12 9:16 16:20 18:22 19:6,21 21:15,22 25:10
reviewed 7:20 9:11 12:24 25:7 26:13 28:6
revision 4:12
right 22:19 27:5
role 5:15 6:15 7:17 12:22 31:2,5
run 7:21 9:22 13:1 45:4,16 51:15 52:6
running 5:1 45:18 46:8,10 47:11
runs 7:18 9:23

S

S 56:11
safe 26:12
safety 42:13 54:19
Sam 4:2
same 3:23 5:10 24:22 26:5 31:11 33:20 36:9 37:10,12 42:24 43:23 54:15,16 54:22 57:9,17
saw 12:8,10 30:19 47:23
saying 17:11 18:8 32:20 40:12 48:17 50:10
says 22:7 27:1 43:8 47:24 54:5
School 3:22
science 6:7
scientific 50:21
score 8:2,5 8:8 32:21
scored 42:8
scores 52:21
scoring 11:2 23:5 45:20
sealing 3:2
second 41:16
seconds 34:23
see 4:10,21 15:7,21 21:19 43:10 44:23 50:5 54:7
seen 8:18 15:22,22
self-asses... 26:20,23 27:2,6,16 27:19
September 37:15
Service 4:3
services 5:11,13 5:14,16 5:24 7:16 7:18 11:1 11:3 23:6 45:20
set 45:22 46:8
several 12:12,13 12:14 14:4 16:13,15 16:18,21 17:4,7,8 18:15 26:4
short 25:12 34:23
shorthand 57:19
shortly 30:19
shown 34:17
sign 24:14 25:8
signed 25:4 25:5
signing 3:2
signoff 24:7
similar 14:13,18 19:1 21:19 33:17,20 39:24 40:3,4 47:20 52:13,17
since 5:10 23:7 24:15 42:13 54:20
Sir 44:11 47:16
sits 37:9
six 4:17 25:13 26:14
sixteen 51:1
size 29:6
sizeable 28:8
software 7:21
some 20:17 27:4 30:19 34:13,16 34:23 35:9,11 42:23 45:3
somebody 28:12 38:16
somehow 21:14
someone 32:20 45:20
something 13:15 24:12
Sometime 30:7
somewhere 34:22
sorry 13:18 34:5 42:2
sort 4:14 34:13
sound 34:18,21
sounds 35:14 48:4
South 1:20
SOUTHE... 2:3
spanned 19:4
speaking 34:4
specialist 9:13
specific 6:19 15:14 16:6,6 33:10 35:6 37:7
specifically 7:16 25:3
specificat... 37:19
specificat... 37:10 38:4 39:20,24 40:1 42:12,21 43:2 44:3 44:4,22 48:19 54:14
specifics 20:11
specified 54:16
specify 51:8
specs 37:12
speculation 8:10 32:14,15 47:9
spell 3:16
spent 36:14
spring 30:8 30:18
SPSS 10:6 45:8
staff 7:18 7:21 13:11 14:1 16:20 18:22 46:16
stamp 18:1
standard 34:20 39:3
standardi... 4:22
standards 46:9
standpoint 23:9
start 30:17 42:7
started 4:4 4:13,22 19:16 24:19 25:21 30:15
state 7:9 23:13 24:3 45:22
stated 32:1 32:8 35:18 37:3 39:11,15 40:17 44:8 50:15
States 1:1 1:16
stating 38:1 42:7
statistical 9:9
statistics 7:12,14 8:20 9:22 9:24 11:10,12 11:17
statistics-... 9:8
stay 3:24 9:19 26:14
stenogra... 57:7
step 6:12 6:12,14 6:18 7:17 7:24 8:1 9:12 15:4 18:9 21:23 23:20,23 26:22,22 36:7 38:17,24 42:3,11 47:19,20 47:20 50:17,20
STEPHEN 56:3
steps 20:24 26:8 27:3
Steven 1:11 2:16 3:6 3:15
still 27:10 29:8,11 32:21 53:14,23
stolen 15:20 20:18,19 20:21,23
STP2 47:19
straightfo... 36:13
Street 1:13 1:20 2:4 2:9,14,20
structure 33:21,22 33:23 34:3
structured 34:7
student 22:2,10 32:4,10 33:6,12 37:8 39:2 39:7
students 20:3,10 20:24 21:3 27:1 31:21 52:20,22 53:9
student's 22:17
stuff 15:2
subcateg... 54:19
subcateg... 54:19
subject 42:3 43:6
subjective 45:1
subjects 42:23
successor 31:5
Suite 1:20 2:14
supervision 57:18
supposed 12:23 33:16,18 47:10 48:13,22
sure 10:5,6 10:15 13:6,20 14:4 18:19 19:23 20:1 21:13,14 24:2,4 27:9 33:10 34:21 37:12 38:13,18 39:1 45:8 45:9 53:5
surgery 9:15
suspend 26:8
SUZANNE 2:19
Swanson 25:1
swilliams... 2:23
switched 24:17
sworn 3:7
system 40:4
systems 43:3
system-b... 44:1

T

take 23:16 24:8 25:11 26:8 27:1 27:3 28:18 33:6,12 37:14 39:2,7 44:20 54:3
taken 8:1 16:12 20:24 21:16,20 24:13 25:10 27:15 28:20 32:3 38:8 52:23 57:7
takes 32:10
taking 24:7 25:14 48:18
talking 47:14 49:20
TD 45:20
TDS 5:14
teaching 4:9
team 36:12
tell 3:18 5:15 7:16 8:24 10:2 12:9,17 18:4 50:3 50:17
ten 18:20 49:7,8,10 49:22,23 50:4,7
tenure 51:22 52:9 53:4

terms 36:14 39:22
test 5:11,13 5:14,16 5:19,23 7:15,18 9:18 11:1 12:3,4,6 19:16 20:13 21:24 23:6,9,10 23:14 24:10,15 24:18 25:3 28:23 29:2 31:4 32:4,12 33:17 35:18 37:6 39:6 39:8,23 40:18 55:1,3
testified 3:7
testifying 54:24 55:2
testimony 29:10 57:5
testing 19:17 20:16
tests 6:21 29:14 39:19
test-speci... 6:22
test-taker 47:7,13
Thank 41:9
thanks 3:12
their 21:4 23:19 31:21 32:12,21 52:21
thing 5:10 17:21
things 6:23 33:24 35:12 43:1
think 7:8 10:5 11:11 21:12 25:5,22 30:7 38:21 40:15 41:22 43:24 51:20
third 41:8 42:7
Thomas 1:5 2:3 3:10 8:15 9:4 9:5 10:7 13:7,12 15:17,19 16:3,4 17:2,3,7 17:11,18 17:23 21:16,22 22:6,11 22:19,20 24:6 26:6 27:18,23 28:3,15 28:19 29:18 30:1,2,9 31:1,9,12 31:14,17 31:19 32:2,9,15 32:19 33:2 35:21,22 36:10,11 37:4,13 38:6 39:13,14 40:19 41:6,9,10 41:16 42:1 44:7 44:10 46:2,7 47:10,15 49:21 51:8,12 51:13 52:3,9,19 53:13,17 55:6 56:5
thought 20:17,19
thousand 12:14 16:18,22 17:4 18:15 25:19 26:4
thousands 19:19 25:18
three 4:10 5:4 6:6,8 43:17
through 4:11 19:21 39:20 46:11 53:1,2
time 3:5 12:16 14:3 18:19 19:1 24:17 25:9,10 26:5 34:20,24 35:1 36:14 38:20 48:8 51:19 52:9
times 17:19 34:8 36:23 50:24
time-wise 35:8
timing 43:14 50:7,13 50:14
title 5:18 7:15
today 53:7 54:24 55:2
together 7:22
told 7:6 30:3 32:12 37:14
topic 40:13 40:14
total 54:13
touch 19:12 19:13
toward 8:2
training 3:19
transcript 57:8
treatment 40:8,10 40:12
trial 1:3 3:5
true 57:8
trying 15:21 24:16 28:11
Twice 7:1
two 4:3 6:13 9:14 21:20 25:17 30:12 36:16,23 39:20 44:15,20 45:19 46:11,24 49:24 50:24 54:19
type 36:24
types 48:3

U

Uh-huh 36:17
Uncle 4:2
unclear 47:12
under 5:5 5:17 7:15 12:13 42:16 57:18
understand 10:21 17:6 32:17 46:6
understa... 20:12,15 29:18 31:20 32:16 33:8 48:6 48:10
underway 29:4
unit 38:10 38:12
United 1:1 1:16
University 3:21 4:4 4:23 11:19 19:5,8,20 20:4,7,10 20:13 21:1,5 22:3 29:3 29:12,19 30:4 31:4 31:21 32:4 52:22 53:9
unless 15:16 17:1 47:14 57:18
unrelated 43:14 50:7,13
until 3:4 5:8 25:10 26:9 30:17
upstairs 28:11
use 9:17 39:18
used 8:2,5,8 18:12 20:13 45:4
USMLE 19:10 21:14 23:6,7,10 23:12,16 23:22,23 24:2,11 26:8 37:1 37:20,24 38:16 51:9 52:16,21 53:2
usually 14:7 34:12

V

vague 8:23 18:2 19:7 19:18 20:5,14 45:17,24 46:5,22
valid 33:15
validated 32:12 48:8
validation 32:11 33:3,6,8 33:12,16 37:5,7,14 37:16,22 38:1,6,15 39:2,7,9 40:11 46:20 48:6,10 48:13,21 51:18,23 52:4,5,7 52:23 53:1,10
validations 53:9
validity 49:9
variations 27:12
varying 35:10
vast 28:7,9
verdict 29:20
versus 21:4
very 5:1 14:13 47:20 52:17
vice-presi... 5:16 24:18,19 55:1,3
video 34:14 34:14,15 34:20 35:2
videos 35:11
viewed 28:13
VP 5:24 7:15
vs 1:6

W

wait 25:19
waived 3:3
want 8:23 15:24 17:7,13 17:21 19:23 27:23 41:4,14 46:11
wasn't 35:24 41:23 46:13
way 34:6 34:16 40:17
weight 14:22
well 4:7 11:2 12:6 23:18,19 26:16 27:3 29:2 29:22 32:17 34:16 35:8,14 42:6 44:14 49:14 50:1,5
went 3:20 4:11 15:6 15:7 20:4 20:24 32:11 43:16,17 43:17,18 43:18
were 4:6,6 4:9,21 5:21 7:3 12:3,8,17 12:20,23 14:2,4,14 14:14,15 15:5,6,7 15:12,20 16:12,18 16:19 17:12,20 18:4,8,13 18:16,21 19:5,8,10 19:11,14 19:19,20 20:15,17 20:19,21 20:23,24 21:3,4,5 21:11,15 21:22 22:2 24:21,22 25:6,9,10 25:17,18 25:22 26:3,4,7 26:13,15 26:17,19 26:20 27:19 28:4,5,7 28:13,13 30:3 32:11 35:23 36:21 37:16,21 38:5 39:21,23 44:22,22 45:23 49:3 50:13,14 50:19,24 52:5,20 54:15,16 54:22
weren't 19:11 24:21
we'll 29:23 41:18
we're 28:21 35:12 52:16
While 4:6
William 2:11
WILLIA... 2:19
witness 8:11 10:5 13:6,11 17:1,16 22:14,16 24:1 26:3 28:2 29:16,23 30:7 31:24 32:7 33:1 35:20 39:12 41:22 49:14,18 51:11 52:11,12 53:18 55:2 56:3
witnesses 29:5
word 36:22 40:6 41:1 42:9
words 44:18
word-for-... 14:14,15 14:17
work 5:10 5:24 6:13 35:11
worked 5:3
working 5:6
works 11:1
world 16:7
worth 51:3 51:6
wouldn't 18:12 26:16,17 30:16
write 44:2
writing 21:3
wrote 54:13

**www.bru...** 1:22

**Y**

**Y** 47:15
**yeah** 34:14
**year** 5:8 7:1 9:21,22 18:19,24 52:16
**years** 4:3 4:12,17 4:19,20 5:4 6:3,7 6:8,13 36:4,5 37:18 48:5

**Z**

**Zero** 8:6

**0**

**08** 30:15
**09** 30:15,16 30:18,18

**1**

**1** 6:12,12 6:14,18 26:22 41:20 42:18 43:16,17 43:18,18 54:18,19 56:10
**1:00** 55:7
**10** 43:13
**10th** 29:11
**10541** 2:4
**11:45** 1:14
**13** 54:5
**13-3946** 1:7
**14** 43:15
**149th** 2:4
**1503** 1:20
**1601** 2:14
**17** 1:9
**17th** 1:20
**1701** 2:9
**177** 42:11 42:13,20 44:2
**18** 42:21 43:14 50:8
**19103** 1:21
**19103-143** 2:14
**19103-2921** 2:9
**19104-3102** 2:21
**1977** 3:21
**1981** 3:22
**1987** 4:5

**2**

**2** 7:17,24 8:1 9:12 21:23 26:22 27:3 36:7 42:3,11 43:16,17 43:17 47:19,20 47:20 50:17,20 50:23 54:18
**2,000** 17:4
**2001** 43:17
**2007** 21:17 21:20,23 35:23,24 36:16,18 37:14,22 39:16 40:21 42:13,14 42:21 43:17 44:3 47:19 48:22 50:18 54:14,16
**2008** 5:10 5:22 30:8 30:10
**2009** 18:18 19:2,2,4 30:10,10
**2010** 19:24 24:20 25:7
**2011** 36:16 36:19 37:15,20 37:24 38:2,4,4 39:16 47:20 50:19 54:14,17
**2013** 48:18 48:20
**2014** 1:9
**215.255.8...** 2:15
**215.590.9...** 2:22
**215.772.1...** 1:21
**215.963.5...** 2:10
**255** 1:20
**280** 50:9,23
**288** 50:9,19

**3**

**3** 27:3 43:17 56:5
**31** 37:13
**31st** 21:16 21:23
**326** 2:4
**3310** 2:14
**352** 50:20
**368** 50:18
**3750** 1:12 2:20

**4**

**4** 43:18
**41** 56:11
**42** 50:21
**44** 50:20
**46** 50:18

**5**

**5** 43:18
**5.6** 43:13 50:7,12
**500** 12:13

**6**

**6** 43:16,18

**7**

**7** 5:22 43:18,18
**718.585.6...** 2:5

**8**

**8** 43:18 54:21
**84** 3:24
**85** 3:24

**9**

**93.8** 54:15 54:20
**96.4** 54:23