# EXHIBIT 1

William C. Kelly, M.D.                    Thomas vs. ECFMG, et al.
                        January 17, 2014

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION
------
MATHEW THOMAS, JR.          : CIVIL ACTION
        vs.             :
ECFMG, et al.           : NO. 13-3946

------

Friday, January 17, 2014

------

Oral deposition of WILLIAM C. KELLY, M.S.,

held at NATIONAL BOARD OF MEDICAL EXAMINERS, 3750

Market Street, Philadelphia, Pennsylvania, beginning at

approximately 10:00 a.m., on the above date, before

LANCE A. BRUSILOW, Registered Professional Reporter,

Approved Reporter for the United States District Court,

and Notary Public, there being present.

------

brusilow + associates
255 South 17th Street
Suite 1503
Philadelphia, PA 19103
215.772.1717
www.brusilow.com

------

---

Page 2

APPEARANCES

SOUTHERN MEDICAL GROUP
BY:  MATHEW THOMAS, JR., M.D.
326 East 149th Street
Bronx, NY 10541
ph: 718.585.6262
(mthomas1@sbhny.org)
Counsel for Plaintiff

MORGAN, LEWIS & LEWIS, LLP
BY:  ELISA P. McENROE, ESQUIRE
1701 Market Street
Philadelphia, PA 19103-2921
ph: 215.963.5917
(emcenroe@morganlewis.com)
Counsel for ECFMG and William C. Kelly, M.S.

HAMBURG & GOLDEN, P.C.
BY:  MAUREEN P. HOLLAND, ESQUIRE
1601 Market Street, Suite 3310
Philadelphia, PA 19103-143
ph: 215.255.8584
(hollandmp@hamburg-golden.com)
Counsel for Gerard F. Dillon, M.D., Steven Haist,  M.D.
and Janet Carson, Esquire


NATIONAL BOARD OF MEDICAL EXAMINERS
BY: SUZANNE WILLIAMS, ESQUIRE
3750 Market Street
Philadelphia, PA 19104-3102
Ph: 215.590.9538
(swilliams@nbme.org)
Counsel for NBME

---

Page 3

1          (It is hereby agreed by and among
2      counsel that signing, sealing, certification and
3      filing are waived; and that all objections, except
4      as to the form of the question, are reserved until
5      the time of trial)
6          DR. THOMAS:  We are gathered today to
7      depose Mr. William Kelly.  My name is Dr. Mathew
8      Thomas, Jr.  I'm representing myself pro se.  If
9      you guys would like introduce yourselves.
10          MS. McENROE:  I'm Elisa McEnroe,
11      counsel for the Educational Commission for Foreign
12      Medical Graduates, and the witness, Mr. Kelly.
13          MS. HOLLAND: I'm Maureen Holland.  I'm
14      counsel for the National Board of Medical
15      Examiners.
16          MS. WILLIAMS:  I'm Suzanne Williams,
17      counsel for the National Board of Medical
18      Examiners.
19          DR. THOMAS:  So, we'll begin.
20          (EXAMINATION)
21  BY DR. THOMAS:
22      Q.  Mr. Kelly, welcome.
23      A.  Thank you.
24      Q.  For the record, please just state your full

---

Page 4

1      name.
2      A.  William Kelly.
3      Q.  And your position?
4      A.  I'm associate vice-president for operations at
5      the Educational Commission for Foreign Medical
6      Graduates.
7      Q.  Will you please explain a little bit about
8      what your role is at ECFMG under that title?
9      A.  It might be helpful to explain a little bit
10      about what ECFMG does first.
11          ECFMG is a non-profit organization that
12      protects the health of the public by certifying
13      international medical graduates as being eligible to
14      enter graduate medical-education programs in the United
15      States and participating internationally in programs
16      that assess and evaluate international medical
17      graduates.
18          And at ECFMG, as associate vice-president for
19      operations, I oversee the areas that register
20      international medical students and graduates for those
21      USMLE examinations required for ECFMG certification,
22      including Step 1 and both components of Step 2 -- Step
23      2 CK and Step 2 CS -- assessing that they are eligible
24      for those examinations and certifying each is

---

1 (Pages 1 to 4)

William C. Kelly, M.D.          Thomas vs. ECFMG, et al.
January 17, 2014

Page 5

1    ECFMG-certified to those physicians who meet the ECFMG
2    requirements.
3        I also oversee the areas of ECFMG that take
4    care of all the applicant records, electronic and hard
5    copy; our interim credentials programs; and staff the
6    ECFMG credentials committee that reviews requests for
7    exceptions to policy and allegations of a irregular
8    behavior.
9        Q.  Could you tell me a little bit about your
10   educational training that makes you able to work in
11   that position?
12       A.  Okay.  My educational background:  I have a
13   Bachelors of Arts Degree in English Literature and a
14   Masters Degree in Organizational Dynamics.  I also have
15   extensive experience at ECFMG; I've worked there over
16   thirty-six years.
17       Q.  What other roles did you play before you got
18   to your current role at ECFMG?
19       A.  My prior positions at ECFMG?
20       Q.  Yes.
21       A.  I was the director of the credentials
22   department.  Prior to that I was the manager of the
23   information services department, and I started off
24   there thirty-six years ago as a customer service rep.

Page 6

1        Q.  In terms of your role at ECFMG, do you have
2    any direct role with NBME?
3            MS. McENROE:  Objection, vague.  You
4        can answer.
5            THE WITNESS:  I deal with NBME in
6        certain cases.
7    BY DR. THOMAS:
8        Q.  So, you have a relationship with NBME?
9        A.  The organization ECFMG does, yes.
10       Q.  Do you have any relationship to the exam
11   itself, USMLE?
12       A.  As I said before, ECFMG serves as the
13   registration entity for international medical students
14   and graduates applying for Step 1 and Step 2.
15       Q.  Do you have any relationship to the questions
16   that are put on USMLE?
17       A.  No.
18       Q.  When you talk about certifying graduates, do
19   you have any role in certifying the medical schools
20   they go to?
21       A.  Okay.  The eligibility for ECFMG
22   certification, certifying the international medical
23   graduates, we require that the medical school be listed
24   in a directory maintained by an organization called the

Page 7

1    Foundation for Advancement of International Medical
2    Education & Research -- it's an ECFMG foundation -- and
3    if the medical school's listed in that directory,
4    that's one of eligibility requirements for ECFMG
5    certification.
6        Q.  Is it safe to say that only those who fall
7    under those guidelines, are certified under a school
8    under that foundation, are allowed to sit for the exam
9    by way of ECFMG?
10           MS. McENROE:  Objection, vague.
11       A.  But I'll try to answer that.  One of the
12   eligibility requirements to sit for USMLE Step 1 and
13   Step 2, if you're an international medical student or
14   graduate, is that you be currently enrolled or have
15   graduated in a medical school listed in the directory I
16   just mentioned, the International Medical Education
17   Directory.
18       Q.  Let me rephrase just a little bit:  Is it safe
19   to say that an applicant such as Mathew Thomas, in
20   order for him to be certified by ECFMG to sit for USMLE
21   Step 1, Step 2 CS/CK, the school he went to was under
22   that. . .
23       A.  This is one of the eligibility requirements.
24       Q.  Is that a mandatory requirement, at minimum,

Page 8

1    that requirement of the school being listed?
2        A.  That is one of eligibility requirements, yes.
3        Q.  Are you familiar with the case against Optima
4    University?
5        A.  Yes, I have some knowledge of that.  Yes.
6        Q.  Did you work directly with any investigation
7    regarding the case against Optima University?
8            MS. McENROE:  Objection to the extent
9        it calls for privileged information.  So, if you
10       discussed anything or heard anything from lawyers,
11       you should not respond on that basis.
12           THE WITNESS:  I'm a little confused,
13       though.  Could you repeat your question again?
14   BY DR. THOMAS:
15       Q.  My question is, were you involved with the
16   investigation against Optima University?
17       A.  Not directly, no.
18       Q.  Were you ever questioned by any authorities
19   investigating the Optima University case?
20       A.  What authorities are you referring to?
21       Q.  They could be public law enforcement.
22       A.  Yes.
23       Q.  You were.
24       A.  Yes.

brusilow+associates
brusilow.com          215.772.1717

William C. Kelly, M.D.                                     Thomas vs. ECFMG, et al.
January 17, 2014

Page 9

1     Q.  Can you elaborate anything on the questioning
2  in terms of what was the line of questioning?
3     A.  My recollection may not be the best, but it
4  was with respect to a grand jury investigation in
5  northern New Jersey.
6     Q.  And could you tell me who the investigative
7  party was?
8            MS. McENROE:  Objection to the
9       extent -- I don't know if you feel that any of
10      that was done under confidentiality entities who
11      may have been doing the investigating.  I just
12      want to caution you.  If you would like to speak
13      off the record, we can briefly.
14           THE WITNESS:  I'd like to speak off the
15      record.
16           DR. THOMAS:  Sure.
17           (There was a discussion held off the
18      record)
19           DR. THOMAS:  We're back on the record.
20  BY DR. THOMAS:
21      Q.  So again, Mr. Kelly, the question was if you
22  could identify who the investigating party was.
23      A.  Yes, and my understanding is that the
24  investigation is still ongoing, so I don't feel

Page 10

1  comfortable answering that.
2      Q.  Are you aware that there was a verdict against
3  Optima University in an ongoing investigation?
4            MS. McENROE:  Objection to the extent
5       it calls for a legal conclusion.
6            THE WITNESS: I know there was a court
7       order related to Optima University, yes.
8  BY DR. THOMAS:
9      Q.  Are you aware of any decision made in that
10  court case against Optima University?
11     A.  I have no direct --
12           MS. McENROE:  Objection, calls for a
13      legal conclusion.
14           THE WITNESS:  And I have no knowledge.
15           DR. THOMAS:  Okay.
16  BY DR. THOMAS:
17     Q.  Were you present at the hearing held by the
18  committee for validating scores for Mathew Thomas, Jr.?
19     A.  No.
20     Q.  Were you made aware of any decisions made
21  within that hearing or that committee regarding his
22  exam taken on December 31, 2007?
23     A.  ECFMG was notified of the outcome of the
24  committee's review, yes.

Page 11

1      Q.  And what was the outcome that you were told?
2      A.  My recollection is that the particular score
3  in question was rendered indeterminate.
4      Q.  Are you knowledgeable to the processes
5  following any validation hearing in terms of appeals?
6            MS. McENROE:  Objection as to form. Are
7       you asking with respect to USMLE appeals?
8            DR. THOMAS:  Yes.
9  BY DR. THOMAS:
10     Q.  If a student were to go before a hearing and
11  be found indeterminate, are you aware of policies and
12  procedures that are available to the student to appeal
13  that decision?
14     A.  Yes.
15     Q.  Does ECFMG play any role within that
16  decision-making or the appeal process?
17     A.  Can you clarify what you mean by "role"?
18     Q.  Do they have a say in what any appeal
19  process -- let me rephrase.  Strike that.
20         If the student takes an appeal process and
21  there is a next committee, a composite committee, is
22  ECFMG a member or part of that committee?
23     A.  Well, the process is determined by the USMLE
24  program, but you're talking about membership on which

Page 12

1  committee?
2      Q.  On the appeals committee, the second
3  committee, which would by the composite.
4      A.  Under the terms of the USMLE program, ECFMG,
5  as an entity, does have representation on the USMLE
6  composite committee, yes.
7      Q.  And that composite committee, is it based on a
8  vote to make a decision, or is it just a discussion and
9  a certain person makes the decision?
10     A.  My understanding of the process is that an
11  appeal goes to the full composite committee, which
12  votes on whether or not to grant the appeal.
13     Q.  Did ECFMG have a vote on the appeal of Mathew
14  Thomas, Jr.?
15     A.  Well, to the extent that ECFMG -- I don't know
16  who participated in the particular composite committee
17  that reviewed the appeal.  I suggest the individuals at
18  the USMLE program probably would have that knowledge.
19     Q.  So, you're not aware of any stance that ECFMG
20  took in that appeal process.
21           MS. McENROE:  Objection to form.
22           THE WITNESS:  It wouldn't be ECFMG.  It
23      would be. . .
24

3 (Pages 9 to 12)

William C. Kelly, M.D.                        Thomas vs. ECFMG, et al.
                        January 17, 2014

Page 13

1   BY DR. THOMAS:
2       Q.  A member representing ECFMG.
3       A.  And I don't know that they necessarily
4   represent ECFMG, necessarily.  I think, as members of
5   the composite committee, their duty is to the USMLE
6   program.  I think we just appoint.
7       Q.  I understand.  In terms of the investigation
8   against Optima University, did you yourself interview
9   any students who may have been alleged to be a member
10  or a student at Optima University?
11      A.  No, I did not.
12      Q.  Were you ever contacted by any students who
13  went to Optima University?
14      A.  With respect to what? For example, I deal with
15  applicants to ECFMG all the time and have for many
16  years, so it's quite possible I may have spoken, as I
17  do with all students, to someone who went to Optima
18  University.
19      Q.  Are you familiar with the web page Oasis?
20      A.  Oasis is ECFMG's online applicant-information
21  system.  Yes, I am.
22      Q.  And when the Optima University investigation
23  went on, could you tell me what happened to a
24  student's -- an alleged student's account if they were

Page 14

1   found to be a student at Optima University?
2           MS. McENROE:  Objection to form.
3           THE WITNESS:  I can still answer it, if
4       I can?
5           MS. McENROE:  Yes.
6           THE WITNESS:  If ECFMG were alerted by
7       the USMLE program that they had information that
8       an individual may have been a student at Optima
9       University, ECFMG would flag their record.
10  BY DR. THOMAS:
11      Q.  Could you explain what flagging a record
12  means?
13      A.  Flagging, at least with respect to ECFMG,
14  means that no automated process could take place
15  without a staff member knowing about it.
16      Q.  So, in order for a student to get flagged,
17  what exactly would have to be done? And let me just
18  clarify the question:  How would you make the decision
19  to flag said student?
20          MS. McENROE:  Objection to the form.
21      A.  And you're still talking about with respect to
22  the Optima University?  Because we flag all the records
23  from myriad universities.
24      Q.  Just for the Optima University question.

Page 15

1       A.  So, could you ask the question again?
2       Q.  What steps would have had to have happened for
3   ECFMG to flag a student's account on Oasis?
4           MS. McENROE:  Objection to form.  You
5       may answer.
6           THE WITNESS:  We would receive
7       notification from the national board that they
8       were investigating the individual and request us
9       to flag their record.
10  BY DR. THOMAS:
11      Q.  And when you say "national board," you're
12  referring to NBME?
13      A.  Yes.
14      Q.  So, without NBME notifying you, would you have
15  flagged any students?
16          MS. McENROE:  Objection to form.
17      A.  With respect to the Optima investigation, no.
18      Q.  And what would be the process to unflag or to
19  remove the flag from an Oasis account for a student who
20  went to Optima University?
21          MS. McENROE:  Objection to form.
22      A.  Notification from the national board that its
23  investigation had been completed.
24      Q.  So, to clarify, the NBME must tell you to flag

Page 16

1   and the NBME must tell you to unflag in respect to the
2   Optima University case.
3           MS. McENROE:  Objection to form.
4       A.  With respect to the unflagging, I can't say
5   specifically the national board would say you should
6   now unflag, that they would notify us of the final
7   outcome of the case.  We would then, on our own, unflag
8   the record.
9       Q.  If a case is found indeterminate and the
10  student is offered a validation exam, at what point
11  would they be unflagged?
12          MS. McENROE:  Objection to form.
13      A.  I think at that point they would still remain
14  flagged.
15      Q.  If a student fails a validation exam, would
16  the account remain flagged?
17          MS. McENROE:  Objection to form.
18      A.  Maybe eventually, but maybe not, not at that
19  exact moment.  You would have to be certain that the
20  process was over.
21      Q.  So, you would still need NBME -- would you
22  need NBME to notify you?
23      A.  Not necessarily.
24      Q.  So, if you could just explain, then.  A person

4 (Pages 13 to 16)

William C. Kelly, M.D.                           Thomas vs. ECFMG, et al.
January 17, 2014

Page 17

1    takes a validation exam and fails.  What would be the
2    steps for you to know to unflag that student?
3              MS. McENROE:  Objection to form.
4        A.  Obviously we would need to be notified by the
5    national board that the individual had taken the
6    validating exam, the examination failed, and ECFMG
7    would then kind of look at its own processing systems.
8         For example, if it had an impact on
9    certification, ECFMG certification, etcetera, etcetera,
10   we would need to take care of all of that before we
11   would unflag the record.
12       Q.  Is there anything you can do on Oasis besides
13   register for an exam, meaning is there any other
14   information pertinent to the student to take a look at?
15       A.  Yes, there are a number of things.
16       Q.  Can you explain some of those?
17       A.  As I said before, it's the online
18   applicant-information system and individuals can --
19   it's password-protected, so the individual has to
20   provide their USMLE number and their self-selected
21   password.
22         They can change their contact information:
23   For example, their address, email address, telephone
24   number.  They can make payments for any of our

Page 18

1    services. They can submit applications for examination,
2    request extensions of eligibility periods, see when
3    exam scores are released, access exam scores, see when
4    their ECFMG certificate was issued.  Those are some of
5    the things that come to mind.
6        Q.  Do you need Oasis, in any form, as part of the
7    ERAS application, ERAS being the residency application?
8              MS. McENROE:  Objection to form.
9        A.  Frankly, I don't know.
10       Q.  Do you know if the Oasis account of Mathew
11   Thomas, Jr. is currently flagged or unflagged?
12       A.  Yes, I do.
13       Q.  Is it flagged?
14       A.  Yes.
15       Q.  Do you know if Mathew Thomas passed the
16   validation exam?
17       A.  Are you referring to the validating
18   examination for the Step 2 CK that was rendered
19   indeterminate?
20       Q.  Yes, the Step 2 validation exam that was taken
21   in September 2011.
22       A.  I believe that our records show that we were
23   notified by the national board that that examination
24   was not passed.

Page 19

1        Q.  So, based on what you've told me, should that
2    account now be unflagged?
3              MS. McENROE:  Objection to form.
4        A.  That's a possibility, yes.
5        Q.  Does ECFMG send out a bulletin to all medical
6    graduates via email or on their sites?
7              MS. McENROE:  Objection to form.
8        A.  Could you clarify what you. . .
9        Q.  Does ECFMG have any kind of newsletter or
10   announcement email that goes out to students or medical
11   graduates?
12       A.  We have a number of different communication
13   means, including an information booklet.  We do put
14   announcements on the website.  We have e-newsletters,
15   yes.
16       Q.  Did ECFMG ever post or send out any
17   information regarding the Optima University
18   investigation?
19              MS. McENROE:  Objection to form.
20       A.  I don't recall.
21       Q.  When did you first become aware of the Optima
22   University investigation?
23       A.  I don't recall the exact date, no.
24       Q.  Could you tell me what year you were notified?

Page 20

1        A.  I'm not necessarily wonderful with dates, but
2    I believe maybe 2007, something like that, 2008.
3        Q.  Would it be early 2007 or late 2007?
4        A.  I don't recall.
5        Q.  Can you tell me how you found out about the
6    Optima University investigation?
7              MS. McENROE:  Objection to the extent
8         that it calls for confidential information that we
9         discussed earlier.
10             THE WITNESS:  And I actually don't
11        recall.
12   BY DR. THOMAS:
13       Q.  Could you say if it was through students or
14   non-students -- well, to rephrase:  Applicants, ECFMG
15   medical school applicants that told you about Optima
16   University or any pending investigation.
17             MS. McENROE:  Objection to form.
18       A.  I don't recall that, no.
19       Q.  Do you remember having any communications with
20   Mathew Thomas, Jr.?
21       A.  I do not.
22       Q.  Do you remember any emails with Mathew Thomas,
23   Jr.?
24       A.  To me directly or to ECFMG?

5 (Pages 17 to 20)

William C. Kelly, M.D.                                   Thomas vs. ECFMG, et al.
                              January 17, 2014

Page 21

1        Q.  To you directly.
2        A.  I believe I did, yes.
3        Q.  Who is Kara Corrado?
4        A.  Kara Corrado is an ECFMG employee.
5        Q.  Does she report to you?
6        A.  Yes.
7        Q.  Did she ever at any time tell you about any
8    discussions or emails with Mathew Thomas or regarding
9    Mathew Thomas', I guess, case with respect to his USMLE
10   Step 2 CK exam?
11       A.  I don't recall having any discussions with her
12   concerning that.
13       Q.  Did you have any discussions with Kara
14   regarding Mathew Thomas' questions regarding a
15   seven-year waiver or a sixth-attempt waiver?
16       A.  With respect to a potential request for an
17   exception to the ECFMG requirement that applicants for
18   certification pass all the exams required for
19   certification within seven years, with respect to that,
20   yes, I do recall conversations with Kara Corrado.
21       Q.  Could you explain that seven-year rule?
22       A.  Yes.  For purposes of ECFMG certification, an
23   international medical student or graduate must pass all
24   of the examinations that meet certification

Page 22

1    requirements within a seven-year period.
2            So, for example, currently the exams required
3    for ECFMG certification, that are administered that
4    meet ECFMG-certification requirements, are USMLE Step
5    1, USMLE Step 2 CK, and USMLE Step 2 CS.
6            Once an individual passes any one of those
7    examinations, that individual then has seven years from
8    that date to pass the other two exams, or the earlier
9    passing performance becomes void for ECFMG
10   certification.
11       Q.  If an individual goes past that seven years
12   and that initial test is voided, what is the next step
13   for them or what must they do to become ECFMG
14   certified?
15       A.  With respect to examinations, they must retake
16   that examination, if they meet all eligibility
17   requirements for that exam.
18       Q.  With respect to Oasis, if you are flagged, are
19   you able to register for any of the step exams?
20           MS. McENROE:  Objection to form.
21       A.  One can apply for the examinations, and
22   assuming the individual is otherwise eligible, yes,
23   they can register for examinations.
24       Q.  When a student's Oasis account is flagged, are

Page 23

1    they able to log into the site?
2        A.  Yes.
3        Q.  If they log into the site, does a message
4    appear?
5            MS. McENROE:  Objection to form.
6        A.  I have no knowledge of any message that
7    appears.
8        Q.  So, if a student is flagged --
9        A.  Can I say something -- go ahead.  When you say
10   if they were flagged. . .
11       Q.  Is if a student is flagged for a step exam, in
12   this case Step 2 CK, your understanding is that that
13   student can go into Oasis and register for the exam?
14           MS. McENROE:  Objection to form.
15       A.  Okay.  My understanding is that they can apply
16   for the examination.  It takes an active act on the
17   part of an ECFMG staff member to determine whether the
18   individual is eligible to be registered.
19           So, to clarify, the individual can apply
20   through Oasis; they cannot register.
21       Q.  Do you have knowledge of who manages the Oasis
22   site?
23           MS. McENROE:  Objection to form.
24       A.  It's a software.  It's an IT software.  I

Page 24

1    don't know that it's necessarily managed by any one
2    individual, if that's what you're trying to get at.
3        Q.  Let me rephrase:  If the site were to go down,
4    who would be responsible for it?
5            MS. McENROE:  Objection to form.
6        A.  We would contact our IT.
7        Q.  If changes were to be made to the site, who
8    would make that change?
9            MS. McENROE:  Objection to form.
10       A.  That would frankly depend on what the changes
11   are.
12       Q.  If a student is undergoing a pending case
13   regarding their step exam, whether it be irregular
14   behavior or score validation, would that student be
15   eligible to sit for an exam?
16           MS. McENROE:  Objection to form.
17       A.  Generally, if there is a pending allegation of
18   irregular behavior, ECFMG would hold any services from
19   that individual, including exam registration.
20       Q.  In the case of Mathew Thomas, when would that
21   restriction have started?
22           MS. McENROE:  Objection to form.
23       A.  And could you clarify what you mean by
24   "restriction"?

6 (Pages 21 to 24)

William C. Kelly, M.D.                                    Thomas vs. ECFMG, et al.

January 17, 2014

Page 25

1        Q.  When they were flagged, when Mathew Thomas'
2    Oasis account was flagged, when would that have
3    started?
4        A.  When would what have started?
5        Q.  The flag have been activated.
6        A.  My recollection is that the flag was put on
7    Dr. Thomas' account when we were notified by the
8    national board that he was being investigated with
9    respect to Optima.
10       Q.  Would you know what date that was?
11       A.  I don't recall it.
12       Q.  You stated earlier that I believe -- or can
13   you reiterate again that Mathew Thomas' account is
14   still flagged today?
15           MS. McENROE:  Objection to form.
16       A.  I think it is, though, yes.
17       Q.  Did Mathew Thomas file for a waiver of the
18   seven-year rule?
19       A.  We received a request from Dr. Thomas for an
20   exception to the ECFMG seven-year requirement, yes.
21       Q.  Could you please tell me the process once such
22   request is received?
23           MS. McENROE:  Objection.
24       A.  Requests for exception to ECFMG requirements

Page 26

1    for ECFMG certification, for example, can be reviewed
2    by the ECFMG medical education credentials committee.
3    So, the request was put on the agenda for the committee
4    to review.
5        Q.  Could you please state who the members of that
6    committee would be?
7        A.  The ECFMG Medical Education Credentials
8    Committee is a standing committee of the ECFMG board of
9    trustees, and it's made up of representatives of the
10   ECFMG board.
11       Q.  Could you tell me the name of the individual
12   heading that committee?
13       A.  At the time the chair of the committee would
14   change over time, so --
15       Q.  For the committee that was specific to the
16   waiver requested by Mathew Thomas, who would be the
17   chair of that committee?
18       A.  That was -- my recollection is that that was
19   reviewed at the April 2013 meeting of the credentials
20   committee, and the chair at that time would have been
21   Cynthia Haines.
22       Q.  Are there any members of that committee that
23   do not work for ECFMG?
24       A.  None of the members of the committee work for

Page 27

1    ECFMG.
2        Q.  You stated that the members are the board of
3    trustees?
4        A.  Members of the credentials committee are also
5    members of the ECFMG board of trustees.
6        Q.  Are there any other members outside of the
7    boards of trustees?
8        A.  On the committee?
9        Q.  On that committee.
10       A.  No.
11       Q.  How many members are on that committee?
12       A.  At the time your case was reviewed or
13   currently?
14       Q.  At the time the case was reviewed.
15       A.  I believe eleven.
16       Q.  Were you present for that committee?
17       A.  That particular committee meeting?
18       Q.  Yes.
19       A.  Yes.
20       Q.  Are you a member of that committee?
21       A.  No.
22       Q.  Was there anyone present at the meeting beside
23   the board of trustees that are members of this
24   committee?

Page 28

1            MS. McENROE:  Objection to form.
2        A.  Yes, I'm not sure I understand the question.
3        Q.  The committee to review and make a judgment on
4    Dr. Thomas' waiver request met.  They are the members
5    of the committee.
6            Was there anyone else present when that
7    request was reviewed in that committee?
8        A.  There are members of the ECFMG staff who were
9    present, and I believe also outside legal counsel.
10       Q.  So, outside of outside legal counsel and ECFMG
11   employees, was there anyone else present for that
12   meeting?
13       A.  I believe not.
14       Q.  Was NBME present for that meeting?
15       A.  No, they were not.
16       Q.  Was a reason for the final decision on that
17   waiver request discussed at that committee?
18           MS. McENROE:  Objection to form.
19       A.  The committee did discuss the request, yes.
20       Q.  Was a vote taken?
21       A.  Yes.
22       Q.  Do you know what the final vote was?
23       A.  The vote was not to grant the request.
24       Q.  Is it a numerical vote?

7 (Pages 25 to 28)

William C. Kelly, M.D.                                    Thomas vs. ECFMG, et al.
                            January 17, 2014

Page 29

1       A.  Each member of the committee would vote yes or
2   no.
3       Q.  Do you remember what the final vote was?
4       A.  I do not, no.
5       Q.  Has such a waiver for an exception to the
6   seven-year rule been brought forward to ECFMG, to your
7   knowledge?
8           MS. McENROE:  Objection to form.
9       A.  Well, your request for a waiver was brought
10  before the committee.
11      Q.  Besides Mathew Thomas' request, has anyone
12  else ever requested an exception to the seven-year
13  rule?
14      A.  I believe they have, yes.
15      Q.  Has anyone ever been granted a waiver to the
16  seven-year rule?
17      A.  To my knowledge, no.
18      Q.  Are there any policies that would allow for an
19  exception to the seven-year rule?
20          MS. McENROE:  Objection to form.
21      A.  As I indicated before, the ECFMG credentials
22  committee is authorized, under ECFMG bylaws, to grant
23  exceptions to ECFMG certification requirements to
24  individuals.

Page 30

1       Q.  My question is, is there any outline in the
2   policies of ECFMG that would allow for that waiver to
3   be granted?
4           MS. McENROE:  Objection to form.
5       A.  Yes, I'm not sure I understand what you mean.
6       Q.  Are there certain criteria that must be met
7   for the waiver to be granted?
8           MS. McENROE:  Objection to form.
9       A.  In the ECFMG policies and procedures of the
10  credentials there are paragraphs or statements
11  concerning exceptions to policy.  I don't know that I
12  recall everything immediately.
13          However, I believe there may be a statement to
14  the effect that it's the burden of the individual to,
15  you know, make the request.
16      Q.  At that committee, could you tell me what was
17  given as a background for the person requesting the
18  waiver?
19          MS. McENROE:  Objection to form.
20      A.  There was what we call agenda materials, and
21  without them in front of me I don't recall what they
22  were, but there would be written materials that were
23  provided to the committee.
24      Q.  Does the amount of attempts that a student

Page 31

1   takes on an exam factor into the seven-year rule?
2           MS. McENROE:  Objection to form.
3       A.  No, it does not.
4       Q.  Is it safe to say that a student who cannot
5   apply to a USMLE staff because their account is flagged
6   pending an investigation, that that would withhold them
7   from completing the three exams within seven years?
8           MS. McENROE:  Objection to form.
9       A.  Could you restate the question?
10      Q.  A student must take the exams within seven
11  years, all three:  Step 1, Step 2 CK, Step 2 CS.
12      A.  Must pass all three, yes.
13      Q.  Must pass all three.  Any objection to them
14  being able to apply for the exam and sit for the exam,
15  would that extend the amount of time that they would
16  take and therefore not allow seven years?
17          MS. McENROE:  Objection to form.
18          DR. THOMAS:  Maybe I could strike that.
19      Let me rephrase that.
20  BY DR. THOMAS:
21      Q.  The student must take three exams in seven
22  years and pass all three.
23      A.  Yes.
24      Q.  If they are not allowed to apply for the exam

Page 32

1   or they are not allowed to sit for the exam because of
2   a pending investigation and it takes longer than seven
3   years or takes them out of that seven-year window,
4   would that prohibit them from getting all three exams
5   in seven years?
6           MS. McENROE:  Objection to the form.
7       A.  It could, I would think.
8       Q.  Are you aware of the new six-year rule?
9           MS. McENROE:  Objection to form.
10      A.  A six-year rule?
11      Q.  Are you aware of the NBME or the USMLE rule
12  that states that -- I'm sorry, six-attempt rule, that a
13  student can only take the exam six times?
14      A.  Yes, I know what that is, yes.
15      Q.  Can you please explain in your words how that
16  works?
17      A.  Sure.  An examinee is permitted a maximum of
18  six attempts on any of the USMLE steps in order to
19  pass.  They can take that no more than six times.
20      Q.  When did that rule go into effect?
21      A.  January 1, 2012.
22      Q.  Whose rule is that?
23      A.  That's a USMLE rule.
24      Q.  Do you know students who passed the USMLE

8 (Pages 29 to 32)

William C. Kelly, M.D.                                        Thomas vs. ECFMG, et al.
January 17, 2014

Page 33

1    steps after six attempts?
2            MS. McENROE:  Objection to form.
3        A.  Obviously there were cases before the rule
4    went into effect, I believe, where an individual passed
5    after more than six attempts, yes.
6        Q.  And do you know of any students who became
7    ECFMG certified with more than six attempts on any of
8    their exams?
9        A.  I know of no specific individual.  I cannot
10   name a specific individual.
11       Q.  Was Mathew Thomas ECFMG certified before the
12   investigation was created?
13           MS. McENROE:  Objection to form.
14       A.  I don't recall the date you were certified or
15   he was certified.
16       Q.  Was Mathew Thomas ever certified by ECFMG?
17       A.  Yes, he was.
18       Q.  How many attempts did he take on Step 1?
19       A.  I don't recall.
20       Q.  Students who had already taken more than six
21   attempts, how did that rule affect them on future exams
22   or. . .
23           MS. McENROE:  Objection to the form.
24       A.  The six-attempt rule -- I said before it went

Page 34

1    into effect January 1, 2012, but for individuals who
2    had already taken USMLE steps, that six-attempt rule, I
3    believe, went into effect January 1, 2013.
4        Q.  Mathew Thomas passed his Step 1 exam in 2006
5    and he passed it on the seventh attempt.  What would
6    have happened to that exam come February 14th, 2013?
7            MS. McENROE:  Objection to form.
8        A.  What would have or what. . .
9        Q.  What would have?
10       A.  As I said before, with respect to the
11   seven-year requirement for ECFMG certification, if the
12   individual did not have a passing score on Step 1 -- I
13   mean Step 2 CK and Step 2 CS, that Step 1 score would
14   have become voided for purposes of ECFMG certification.
15       Q.  And would he have been allowed to retake Step
16   1 because it expired?
17           MS. McENROE:  Objection to form.
18       A.  If you, again, are talking specifically about
19   Mathew Thomas. . .
20       Q.  Yes.
21       A.  . . .he would not have met eligibility
22   requirements to retake Step 1.
23       Q.  And could you explain why that would be?
24       A.  My recollection of the record is that he had

Page 35

1    exceeded the six-attempt limit on Step 1, so he was not
2    eligible to take that.
3        Q.  Would it have been taken into consideration
4    that the attempts were before the rule came into
5    effect?
6            MS. McENROE:  Objection to form.
7            THE WITNESS: I believe that has no
8        bearing on the USMLE rule when those were taken.
9            As I said before, the six-attempt limit
10       went into effect January 1, 2012, but for those
11       who had a prior exam history, they went into
12       effect January 1, 2013.
13           So, if you're talking February 14th,
14       2013, that score would have been eligible to have
15       been voided by that date.
16           Dr. Thomas -- the six-attempt rule was
17       in effect then for someone who had a prior exam
18       history, so it would have included Dr. Thomas,
19       yes.
20   BY DR. THOMAS:
21       Q.  If the seven-year rule request was granted,
22   would that Step 1 score have been expired?
23           MS. McENROE:  Objection to form.
24       A.  Could you clarify what you mean by the request

Page 36

1    for the seven-year rule?
2        Q.  So, the request for the waiver for the
3    seven-year rule, which Dr. Thomas asked for an
4    extension to toll the time because of the investigation
5    process that was being held, had that extension been
6    granted, would the Step 1 score have expired?
7            MS. McENROE:  Objection to form.
8        A.  Okay.  And I'll answer kind of clarifying:
9    You're referring to the request that the seven-year
10   maximum amount of time to pass the exams required in
11   order for the ECFMG certification to be extended.
12       Q.  Be extended.
13       A.  And the answer to that is, depending upon --
14   if that had been extended, depending upon how long it
15   was extended, it is possible that that score, for
16   purposes of ECFMG certification, could be valid.
17       Q.  So, just to clarify: If ECFMG's committee had
18   granted the request for the waiver to the seven-year
19   rule by granting an extension that went past that
20   February 14th, 2013 date, which would have been the
21   seven-year mark, is it safe to say that the Step 1
22   would not have expired?
23           MS. McENROE:  Objection to form.
24       A.  Again, depending upon how long beyond that,

9 (Pages 33 to 36)

William C. Kelly, M.D.                    Thomas vs. ECFMG, et al.
                        January 17, 2014

Page 37

1    it's possible, yes.
2        Q.  Mathew Thomas took a validation exam in
3    September 2011.  Did ECFMG have any role in that exam?
4            MS. McENROE:  Objection to form.
5        A.  I believe not.
6        Q.  Do you know who granted permission to take
7    that exam?
8        A.  I believe the national board.
9        Q.  So, in general, does ECFMG get involved in
10   validation exams in any way?
11           MS. McENROE:  Objection to form.
12       A.  In general, no.
13       Q.  Is ECFMG notified of the results of a
14   validation exam?
15           MS. McENROE:  Objection to form.
16       A.  In this particular case we were, yes.
17       Q.  Is there a reason why you would not have been
18   for other cases?
19       A.  If it were not an international medical
20   student or a graduate; if it were someone we were not
21   associated with, we would not have been advised.
22       Q.  So, any international medical graduate who
23   takes a validation exam, is ECFMG notified of the
24   result?

Page 38

1            MS. McENROE:  Objection to form.
2        A.  But I believe generally we would be, yes.
3        Q.  And just to touch on that further:  If you're
4    notified that a student passes or fails, would you then
5    allow them to apply for the exams?
6            MS. McENROE:  Objection to form.
7        A.  I'm not sure I follow the question.
8        Q.  Whether a student passes the validation exam
9    or fails thevalidation exam, what is ECFMG's role after
10   that?
11           MS. McENROE:  Objection to form.
12       A.  I still don't understand.
13       Q.  If a student passes a validation exam, what
14   does ECFMG do once notified?
15           MS. McENROE:  Objection to form.
16       A.  I'm really not sure I follow what it is you're
17   trying to get at.
18       Q.  A student takes the exam, found to be
19   indeterminate. . .
20       A.  Right.
21       Q.  . . .and agrees to take a validation exam.
22       A.  Okay.
23       Q.  They pass the validation exam.  You stated
24   before that NBME must notify -- notifies you that the

Page 39

1    pass was achieved.  What does ECFMG do as their next
2    step?
3            MS. McENROE:  Objection to the form.
4        A.  One of the things we would do is, ECFMG has
5    its own exam history where we keep track of the exams
6    used for ECFMG certification, so we would change
7    that -- we would put that in as a valid score in the
8    ECFMG record, so we would do that, yes.
9        Q.  Now, if they meet all the requirements for the
10   ECFMG certificate, what would you do?
11           MS. McENROE:  Objection to form.
12       A.  If they were otherwise eligible, we would give
13   them the ECFMG certificate.
14       Q.  If a person takes that validation exam and
15   fails and you are notified by NBME of the failure to
16   validate, what is ECFMG's next step?
17           MS. McENROE:  Objection to the form.
18       A.  We would go into our database and mark the
19   exam records to show that that was an invalidated
20   score.
21       Q.  Do they label it invalidated or something
22   else?
23       A.  That I don't know.
24       Q.  Is the term "indeterminate"?

Page 40

1        A.  "Indeterminate" may be the term.
2        Q.  And at that point is a flag on the Oasis
3    lifted, or does it remain on the account?
4            MS. McENROE:  Objection to form.
5        A.  It may or may not be, depending upon the
6    particular case, so. . .
7        Q.  In the case of Mathew Thomas, you stated that
8    the flag is still there.  Could you explain why?
9            MS. McENROE:  Objection to form.
10       A.  This is kind of complicated, but I just want
11   to let you know.  The reason the flag stays in Dr.
12   Thomas' record was, the Step 1 score from February
13   14th, 2006 was not automatically voided on February
14   14th, 2013 because he had a pending registration for
15   the other exams that meet ECFMG-certification
16   requirements; that is, Step 2 CK and Step 2 CS.
17           So, our programming system kind of waits to
18   make sure what the outcome of those exams are, okay?
19   And if the individual then did not pass those
20   examinations, to wait until then and then void the
21   scores.
22           And in your particular case, in Dr. Thomas'
23   case, that took until fairly recently, I think, even
24   with a Step 2 CS registration.

10 (Pages 37 to 40)

William C. Kelly, M.D.                          Thomas vs. ECFMG, et al.
                        January 17, 2014

Page 41

1    Q.  So, to clarify:  Is there an open registration
2  currently for Mathew Thomas?
3    A.  My recollection is there is not.
4    Q.  If there is no open registration, should the
5  flag now have been lifted?
6        MS. McENROE:  Objection to form.
7    A.  Assuming there are no other issues, it can be,
8  yes.
9    Q.  Was the flag placed because of expired exams
10  or because of the validation or the indeterminate score
11  from December 31st, 2007?
12        MS. McENROE:  Objection to form.
13    A.  The ECFMG flag was originally placed when we
14  were notified of the investigation, whenever that was.
15    Q.  So, is there a way for ECFMG to separate the
16  open registrations and the exam for Step 2 CK because
17  that individual has to retake that exam, yes?
18        MS. McENROE:  Objection to form.
19    A.  Yes, I'm not sure I understand the question.
20    Q.  You stated that the flag was placed because
21  the student went to Optima, took a validation
22  examination or was pending a validation exam, and once
23  that validation exam was completed the flag should have
24  been lifted so that he could apply and take the exam

Page 42

1  again.
2        MS. McENROE:  Objection to form,
3    confusing, vague, misstates prior testimony.
4        DR. THOMAS:  Okay, I'll start over.
5  BY DR. THOMAS:
6    Q.  Why was a flag placed on Mathew Thomas'
7  accounts?
8    A.  First of all, maybe it might be helpful to
9  clarify what a flag is.
10        Again, ECFMG uses a flag, which is kind of
11  like a notation on the electronic record, for a myriad
12  of different things, including, you know, an ongoing
13  investigation, something wrong with the data, we need
14  particular information, something that allows that any
15  kind of electronic process is not completed without a
16  particular staff member actually kind of signing off on
17  it.
18        So for example, in Dr. Thomas' case, a flag
19  may have initially been started due to a notification
20  that there was an ongoing investigation, but even after
21  that work was done and the indeterminate score is all
22  taken care of, we would keep the flag on it for our own
23  particular reasons, which in this particular case, as I
24  said, was because the void had not taken place yet.

Page 43

1  That's a whole ECFMG process.
2    Q.  Once those registration periods are completed,
3  what should happen to that flag?
4        MS. McENROE:  Objection to form.
5    A.  Again, it's possible that flag could be
6  lifted.
7    Q.  In the case of Mathew Thomas, where the
8  validation exam is behind him, the open registration
9  process is behind him, should there be a flag on his
10  account right now?
11        MS. McENROE:  Objection to form.
12    A.  With respect to the voiding of the scores, no.
13    Q.  So, currently there is a flag. Do you know
14  specifically why there is a flag?
15    A.  Yes, I do.
16    Q.  Could you please explain specifically why
17  there is a flag?
18    A.  Because the voiding of the scores actually
19  took place yesterday.
20    Q.  Was there a reason why it happened yesterday?
21    A.  Yes.
22    Q.  Please explain.
23    A.  A technical reason:  Because the last
24  registration, which is a Step 2 CS, the fact that you

Page 44

1  didn't appear for the exam and so the registration had
2  been closed, had not been downloaded to our database,
3  and that just came to my attention recently, so I had
4  it done.
5    Q.  Did Mathew Thomas set an exam date for Step 2
6  CS?
7    A.  I don't recall.
8    Q.  So, is it your understanding that the time
9  period ended yesterday, or it ended prior and you just
10  managed the situation yesterday?
11        MS. McENROE:  Objection to form.
12    A.  My recollection is the eligibility period
13  ended prior to yesterday, but we, in a sense, got
14  around to putting that information in our database just
15  yesterday or the day before.
16        (A brief recess was taken)
17        DR. THOMAS:  We're back on the record.
18  BY DR. THOMAS:
19    Q.  The committee that met regarding the request
20  for waiver from Mathew Thomas to ECFMG for the
21  seven-year rule, can that decision be appealed?
22    A.  I think the individual can ask for
23  reconsideration.
24    Q.  Who would that reconsideration go to?

11 (Pages 41 to 44)

brusilow+associates
brusilow.com                                      215.772.1717

William C. Kelly, M.D.                                Thomas vs. ECFMG, et al.
                        January 17, 2014

Page 45

1       A.  It would go to the same committee.
2       Q.  Is there any minimum requirement to be able to
3   ask for reconsideration?
4       A.  Generally a petition for reconsideration
5   requires new evidence that wasn't available to the
6   appellant at the time and therefore not available to
7   the committee.
8       Q.  Have you ever had a situation where a student
9   asked for an extension of the seven-year rule based on
10  a pending investigation or a pending validation case?
11          MS. McENROE:  Objection to form.
12      A.  I don't recall any such request.
13      Q.  Are you involved in any requests made
14  regarding a seven-year rule extension, meaning are you
15  involved in every case that comes through with a
16  request to extend the seven-year rule?
17          MS. McENROE:  Objection to form.
18      A.  I think as I indicated before, one my
19  functions at ECFMG is as staff to the ECFMG Medical
20  Education Credentials Committee, and since such request
21  would have to go to that committee, I would be
22  involved, yes.
23      Q.  Your current role and title, how long have you
24  been in that role?

Page 46

1       A.  As associate vice-president for operations?
2   I'd say like maybe four years.
3       Q.  What was your position at the time that the
4   Optima investigation started?
5       A.  My recollection is that it was director of
6   credentials at record services.
7       Q.  In that role would you have been notified
8   directly regarding the Optima University situation?
9           MS. McENROE:  Objection to form.
10      A.  Notified by. . .
11      Q.  Students or members above that notify you at
12  ECFMG.
13      A.  I would have received notification, yes.
14      Q.  Were you ever told how to manage any inquiries
15  regarding Optima University?
16          MS. McENROE:  Objection to form.
17      A.  Yes.
18      Q.  Could you please tell me what those
19  instructions were?
20          MS. McENROE:  Objection to form.
21      A.  Depending upon the inquiry, but mostly it
22  would be referred to the national board.
23      Q.  And who at the national board would you have
24  referred those students to?

Page 47

1       A.  The office of the USMLE secretariat.
2       Q.  At that time who was the secretariat?
3       A.  I believe it was Susan Deitsch who staffed the
4   office.
5       Q.  She was a secretariat, or she was a member of
6   the Office of the Secretariat?
7       A.  I don't know that there's actually a
8   secretariat; that is, that is actually an individual I
9   would see in the Office of the Secretariat.
10      Q.  Do you know who Janet Carson is?
11      A.  I know Janet Carson, yes.
12      Q.  Would you say that Susan Deitsch reported to
13  Janet Carson, or they were both just members of the
14  Office of the Secretariat?
15          MS. McENROE:  Objection to form.
16      A.  I do not know that Susan Deitsch reported to
17  Janet Carson.  I don't know that Janet Carson was in
18  the secretariat's office.
19      Q.  Did you have conversations with Susan Deitsch
20  regarding the Optima University case?
21      A.  Concerning the investigation, yes.
22      Q.  Was there anything specific that you were told
23  regarding the Optima University case and how the
24  students would be managed if they went there?

Page 48

1           MS. McENROE:  Objection to form.
2       A.  I don't recall a conversation with Susan
3   Deitsch specifically about that, no.
4       Q.  Did you have conversations with anyone at the
5   National Board of Medical Examiners regarding the case
6   at Optima University and how students who went to
7   Optima University would be managed?
8           MS. McENROE:  Objection to form;
9       further, to the extent it calls for privileged
10      information where counsel for either ECFMG or
11      USMLE was involved in any way, I would instruct
12      you not to answer.
13          THE WITNESS:  I'm not answering.
14          DR. THOMAS:  Can I just go off the
15      record for a moment?
16          (There was a discussion held off the
17      record)
18          DR. THOMAS:  We're back on the record.
19  BY DR. THOMAS:
20      Q.  Mr. Kelly, did you have any conversations with
21  Susan Deitsch directly?
22          MS. McENROE:  Objection to form.
23      A.  Concerning. . .
24      Q.  Concerning the Optima University

                                          12 (Pages 45 to 48)

William C. Kelly, M.D.                                           Thomas vs. ECFMG, et al.

January 17, 2014

Page 49

1  investigation.
2      A.  Yes, I did.
3      Q.  At any time did she speak to you regarding her
4  thoughts about the students who went to Optima
5  University?
6            MS. McENROE:  Objection to form;
7     further, I'll reiterate my instruction: If it
8     involves information on advice by counsel, I'll
9     instruct you not to answer.
10          THE WITNESS:  I don't recall, so. . .
11          DR. THOMAS:  Okay.
12  BY DR. THOMAS:
13      Q.  Was ECFMG ever given a list of all students
14  who went to Optima University?
15           MS. McENROE:  Objection to form.
16      A.  We received information on some identified
17  student, I think, yes; potential students, yes.
18      Q.  In your history at ECFMG and this case with
19  Optima University, would you say that every student
20  that went to Optima University was -- the names of
21  every student who went to Optima University were given
22  to you?
23           MS. McENROE:  Objection to form.
24      A.  I do not know.

Page 50

1      Q.  Do you think there were more students that
2  went to Optima University that you do not know of?
3           MS. McENROE:  Objection to form.
4      A.  And I really don't know. I couldn't answer
5  that.
6      Q.  Every student whose name was given to you,
7  where did you get those names from?
8           MS. McENROE:  Objection to form.
9      A.  We got them from the national board.
10      Q.  To your understanding, did every name that was
11  given to you go before a validation committee, or were
12  they told that their exam scores were indeterminate?
13           MS. McENROE:  Objection to form.
14      A.  Could you repeat the question? I'm not sure I
15  follow the question.
16      Q.  A list was given to you from NBME, or each
17  student they found was given to ECFMG.  Did every
18  student whose name came across to you, did every one of
19  them have to prove the validity of their scores?
20           MS. McENROE:  Objection to form.
21      A.  And I have no direct knowledge of that.
22      Q.  Do you know how many students went before a
23  committee for score validation?
24      A.  I do not know.

Page 51

1      Q.  Does ECFMG send a member to the committee for
2  score validation?
3      A.  As I said before, the USMLE is governed by the
4  composite committee, and we have representation on
5  the -- ECFMG has representation on the composite
6  committee.  The composite committee then, my
7  understanding is, appoints the committee on score
8  validity, the then-committee on score validity.
9      Q.  Did ECFMG send a representative to the
10  committee on score validity in the case of Mathew
11  Thomas?
12      A.  The way you're saying it, the answer would be
13  no.
14      Q.  At the hearing where Mathew Thomas went before
15  the committee for score validity, was any member from
16  ECFMG present at that meeting?
17      A.  There were ECFMG staff members, yes, present
18  at that meeting.
19      Q.  Could you please state who they were?
20      A.  My recollection is they were Dr. Whelan and
21  Mr. Seeling.
22      Q.  Could you please state what their role is at
23  ECFMG?
24      A.  Mr. Seeling at that time was the

Page 52

1  vice-president for operations and attended the meeting
2  as a staff member.  He was not a member of the
3  committee.  And at that time, frankly, I don't recall
4  what Dr. Whelan's title was.  I believe he was involved
5  in our acculturation services.
6      Q.  Could you please explain what that is?
7      A.  One of ECFMG's missions obviously is to assist
8  international medical graduates, so we have programs
9  that tell medical graduates of the US healthcare
10  system, how to write letters of recommendation, what
11  the US healthcare system is like as compared to maybe
12  some of the international systems.
13      Q.  Mr. Seeling, you said, is not a member of the
14  committee.
15      A.  He was not a member of the committee.
16      Q.  Did he have any voting rights or the
17  opportunity to speak on behalf of ECFMG during that
18  committee?
19      A.  I was not at that committee meeting, but my
20  understanding is that he would not have had voting
21  rights.
22      Q.  Would he have the opportunity to form an
23  opinion on behalf of ECFMG?
24           MS. McENROE:  Objection to form.

13 (Pages 49 to 52)

William C. Kelly, M.D.                                    Thomas vs. ECFMG, et al.
                              January 17, 2014

Page 53

1      A.  I don't want to speak for him.
2      Q.  I didn't ask if he had an opinion.  I'm asking
3   if he had the opportunity to form an opinion on behalf
4   of ECFMG.
5            MS. McENROE:  Objection to form.
6      A.  When you say "on behalf of ECFMG," I really
7   can't answer that.
8      Q.  Does he have the authority to speak on behalf
9   of ECFMG?
10           MS. McENROE:  Objection to form.
11     A.  I think he's permitted to speak, if that's
12  your question.
13     Q.  I guess my question is, if he were to give his
14  opinion at that committee, is that the same as ECFMG
15  giving their opinion?
16           MS. McENROE:  Objection to form, calls
17       for a legal conclusion.
18           THE WITNESS:  I can't answer that.  I
19       don't know.
20  BY DR. THOMAS:
21     Q.  Dr. Whelan was the chair of the committee.
22  Would he be speaking on behalf of ECFMG or as a chair
23  in that committee?
24           MS. McENROE:  Objection to form.

Page 54

1      A.  He would be speaking as a member of the
2   committee on score validity.
3      Q.  So, anything he said, would it be on behalf of
4   ECFMG?
5            MS. McENROE:  Objection to form, calls
6        for a legal conclusion.
7      Q.  To your understanding.
8            MS. McENROE:  You may answer.
9      A.  Again, what it is is, when ECFMG either
10  nominates or appoints individuals on behalf of the
11  ECFMG to the composite committee, then their interests
12  are then with the composite committee.  They're not
13  ECFMG representatives or spokespersons.  They're
14  composite commit and USMLE people.
15       So, to the extent that that's what Dr. Whelan
16  was, he was there on behalf of the composite committee
17  and this score validity committee, not ECFMG.
18     Q.  Is it standard practice to have ECFMG staff
19  members that are not members of the committee present
20  at these type of hearings?
21           MS. McENROE:  Objection to form.
22     A.  I believe that ECFMG staff members, in
23  addition to national board staff members and other
24  staff members, do attend, yes.

Page 55

1      Q.  Does ECFMG decide who goes to the meetings, to
2   the hearings?
3            MS. McENROE:  Objection to form.
4      A.  When you say "does ECFMG decide," I don't
5   know. . .
6      Q.  Who determines what staff member can go to a
7   hearing?
8            MS. McENROE:  Objection to form.
9      A.  It's generally in the staff member's job
10  description what duties and roles they perform.
11     Q.  Is there a specified position within ECFMG
12  that sends that representative each time there is a
13  score-validity matter?
14     A.  And you're talking about the staff member?
15     Q.  The staff member.
16     A.  Generally that falls within the vice-president
17  of operations' purview.
18     Q.  Is it general practice that ECFMG always send
19  said staff member to every hearing?
20           MS. McENROE:  Objection to form.
21     A.  I believe the answer is yes.
22     Q.  Was ECFMG notified that Mathew Thomas had
23  requested to reopen the case against him for the
24  indeterminate score?

Page 56

1            MS. McENROE:  Objection to form.
2      A.  I don't recall.
3            MS. McENROE:  Let's take a quick break.
4            DR. THOMAS:  All right.
5            (A brief recess was taken)
6            MS. McENROE:  Dr. Thomas, if you have
7   nothing further, I believe we're done for the day.
8            DR. THOMAS:  Yes, thank you.
9            THE WITNESS:  Thank you.
10           DR. THOMAS:  Thank you, Mr. Kelly.
11           (The deposition was concluded at 11:30
12       a.m.)

14 (Pages 53 to 56)

William C. Kelly, M.D.                                    Thomas vs. ECFMG, et al.
                              January 17, 2014

Page 57

```
 1              INDEX
 2
 3    WITNESS:  WILLIAM C. KELLY, M.S.
 4
 5    By Dr. Thomas:              Page 3
 6
 7
 8              EXHIBITS
 9         (None marked at this time)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 58

```
 1              CERTIFICATION
 2
 3              ------
 4
 5         I hereby certify that the testimony and
 6    the proceedings in the aforegoing matter are contained
 7    fully and accurately in the stenographic notes taken by
 8    me and that the copy is a true and correct transcript
 9    of the same.
10
11
             _____
12           Lance A. Brusilow
             Registered Professional Reporter
13           Certified Realtime Reporter
14
15
16         The foregoing certification does not
17    apply to any reproduction of the same by any means
18    unless under the direct control and/or supervision of
19    the certifying shorthand reporter.
20
21              ------
22
23
24
```

15 (Pages 57 to 58)