# EXHIBIT 2



# ECFMG®
**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

# 2013 Information Booklet

## ECFMG® CERTIFICATION



# Visit www.ecfmg.org to

**Get updates** on ECFMG Certification and related policies and services.

**Complete** the Application for ECFMG Certification using the Interactive Web Applications (IWA).

**Apply** for Step 1 and Step 2 (Clinical Knowledge and Clinical Skills) of the United States Medical Licensing Examination® (USMLE®) using IWA.

**Subscribe to** *The ECFMG® Reporter* for important updates on ECFMG Certification and entry into graduate medical education in the United States.

**Access your information** using the On-line Applicant Status and Information System (OASIS).

---

**Educational Commission for Foreign Medical Graduates**

3624 Market Street, Philadelphia, PA 19104-2685  USA

www.ecfmg.org

Form 100S, September 12, 2012

ECFMG000656

# TABLE OF CONTENTS

## About the ECFMG Information Booklet and Application Materials ........................1

## ECFMG Certification
About ECFMG Certification ..................................2
Requirements for ECFMG Certification .........3
Standard ECFMG Certificate..........................5
Validity of Examinations for Entry
into Graduate Medical Education ...............6

## Your ECFMG Record
USMLE/ECFMG Identification Number .........7
Your Name...........................................................8
Changing or Verifying Your Name .................9
Contact Information .....................................10

## Your ECFMG Financial Account
Schedule of Fees...........................................11
Payment ..........................................................12
Methods of Payment.....................................13
Refunds ...........................................................14
Forfeiture of Funds .......................................15

## ECFMG Programs and Irregular Behavior....................................16

## Application for ECFMG Certification ........19

## Examinations for ECFMG Certification
Examination Requirements ...........................20
The United States Medical
Licensing Examination (USMLE)...............21
Registration and Test Delivery Entities .........22
Medical Science
Examination Requirement .........................23
Clinical Skills Requirement ............................24
Time Limit for Completing
Examination Requirements .......................25

## Eligibility for Examination
Medical School Students ...............................27
Medical School Graduates ............................29
Reverification of Eligibility.............................31
Fifth Pathway Participants .............................32

## Applying for Examination
Application for USMLE ..................................33
Medical School Students ...............................34
Medical School Graduates ............................36
When to Apply ..............................................38
Exam Fees ......................................................39
Examinees Who Require Personal
Items in the Testing Room .........................40
Examinees with Disabilities
Requesting Test Accommodations ...........41

Testing Locations...........................................42
Step 1/Step 2 CK Eligibility Periods.............43
Step 2 CS Eligibility Periods .........................45
Reexamination and Reapplication...............46

## Scheduling the Examination
Your Scheduling Permit .................................48
Scheduling......................................................50
Rescheduling..................................................52

## Preparing for Examination
Format and Content of the Exams................54
Practice Materials ..........................................55
NBME Self-Assessments................................56
Step 1/Step 2 CK Practice Session
at a Prometric Test Center.........................57

## Taking the Examination
Step 1 and Step 2 CK.....................................58
Step 2 CS ........................................................59
Travel Status ..................................................60
Acceptable Identification...............................61
Testing Conditions .........................................62
USMLE Program and Irregular Behavior......63

## Examination Results
Minimum Passing Scores ..............................64
Scoring ...........................................................65
Reporting of Scores.......................................66
Score Rechecks .............................................68
USMLE Transcripts ........................................69
CSA Performance History .............................70
Validity of Scores ..........................................71

## Medical Education Credentials
Medical Education
Credential Requirements............................72
Transfer Credits .............................................73
Credentials for ECFMG Certification ...........74
Final Medical Diploma ..................................76
Final Medical Transcript................................77
Transcript(s) to Document
Transferred Credits .....................................78
Name on Medical Diploma
and Transcript(s)........................................79
English Translations .......................................80
Verification of Credentials.............................81

## Related ECFMG Services
Confirmation of ECFMG
Certification Status .....................................82
Electronic Residency Application
Service (ERAS) Support Services .............83
J-1 Visa Sponsorship.....................................85
ECFMG Certificate Holders Office...............86

® The terms ECFMG®, CSA®, and FAIMER® are registered in the U.S. Patent and Trademark Office.

Copyright © 2012 by the Educational Commission for Foreign Medical Graduates (ECFMG®). All rights reserved. Portions reprinted, with permission, from the USMLE 2013 *Bulletin of Information*, copyright © 2012 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®).

## About the ECFMG Information Booklet and Application Materials

The ECFMG *Information Booklet* contains detailed information on ECFMG's program of certification. You can access this publication, the Application for ECFMG Certification, and the application for Step 1 and Step 2 (Clinical Knowledge and Clinical Skills components) of the United States Medical Licensing Examination® (USMLE®) on the ECFMG website.

Applicants for examination must use the applicable edition of the *Information Booklet*. The 2013 *Information Booklet* pertains to eligibility periods in 2013. If your eligibility period extends into 2014 and you test in 2014, you must become familiar with and will be subject to the policies and procedures detailed in the 2014 *Information Booklet*. The 2014 *Information Booklet* is expected to be available in September 2013. See *Step 1/Step 2 CK Eligibility Periods* and *Step 2 CS Eligibility Periods* in *Applying for Examination*.

The USMLE *Bulletin of Information* provides information about the USMLE, a three-step examination for medical licensure in the United States. The USMLE *Bulletin of Information* is available on the USMLE website. In the event that information about the USMLE in the ECFMG *Information Booklet* differs from the corresponding information in the USMLE *Bulletin of Information*, the information in the USMLE *Bulletin of Information* shall govern.

**Applicants for examination are required to read both the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.**

Although current at the time of publication, the information contained in the 2013 *Information Booklet* is subject to change. If changes occur, information will be posted on the ECFMG website. You must obtain the most recent information to understand current policies and procedures.

If you are not able to access publications or updated information on-line, contact ECFMG to obtain updated information. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

*The ECFMG® Reporter*, ECFMG's free e-mail newsletter, provides important updates on ECFMG Certification and entry into graduate medical education in the United States. All applicants should subscribe to *The ECFMG® Reporter*.

The *Information Booklet* describes deadlines related to exam applications, scheduling, and other services. Unless otherwise indicated, deadlines are calculated using Eastern Time in the United States.

ECFMG may share certain information contained in your applications and score reports with other organizations under specified circumstances. For further information regarding ECFMG's data collection and privacy practices, please refer to our Privacy Policy.

**Please note that applications and other requests for services will not be processed if it is determined that doing so would be considered violative of any applicable federal, state, or local laws or regulations.**

ECFMG000658

## ECFMG Certification

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate | Validity of Examinations for Entry into Graduate Medical Education

### About ECFMG Certification

The Educational Commission for Foreign Medical Graduates (ECFMG), through its program of certification, assesses whether international medical graduates are ready to enter residency or fellowship programs in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME). ECFMG Certification is a requirement for international medical graduates who wish to enter such programs.

ECFMG Certification assures directors of ACGME-accredited residency and fellowship programs, and the people of the United States, that international medical graduates have met minimum standards of eligibility to enter such programs. ECFMG Certification does not, however, guarantee that these graduates will be accepted into programs; the number of applicants each year exceeds the number of available positions.

ECFMG Certification is also one of the eligibility requirements for international medical graduates to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). Medical licensing authorities in the United States require that international medical graduates be certified by ECFMG, among other requirements, to obtain an unrestricted license to practice medicine.

ECFMG and its organizational members define an international medical graduate as a physician who received his/her basic medical degree or qualification from a medical school located outside the United States and Canada*. Citizens of the United States who have completed their medical education in schools outside the United States and Canada are considered international medical graduates; non-U.S. citizens who have graduated from medical schools in the United States and Canada are not considered international medical graduates.

* The United States and Canada refer to the geographic locations where citizens are issued passports by the governments of either the United States or Canada.

ECFMG000659

## ECFMG Certification

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate | Validity of Examinations for Entry into Graduate Medical Education

### Requirements for ECFMG Certification

To be eligible for certification by ECFMG, international medical graduates must meet the following requirements.

### Application for ECFMG Certification

International medical students/graduates must submit an Application for ECFMG Certification before they can apply to ECFMG for examination. The Application for ECFMG Certification consists of questions that require applicants to confirm their identity, contact information, and graduation from or enrollment in a medical school that is listed in the *International Medical Education Directory (IMED)* of the Foundation for Advancement of International Medical Education and Research (FAIMER®). As part of the application, international medical students/graduates must also confirm their understanding of the purpose of ECFMG Certification and release certain legal claims. See *Application for ECFMG Certification*.

### Examination Requirements

The examination requirements for ECFMG Certification include passing Step 1 and Step 2 of the USMLE. The Step 2 exam has two separately administered components, the Clinical Knowledge (CK) component and the Clinical Skills (CS) component.

To meet the examination requirements for ECFMG Certification, applicants must:

**1. Satisfy the medical science examination requirement.**
Step 1 and Step 2 CK of the USMLE are the exams currently administered that satisfy this requirement.

**2. Satisfy the clinical skills requirement.**
Step 2 CS of the USMLE is the exam currently administered that satisfies this requirement.

There are time limits for completing the examinations required for ECFMG Certification. For detailed information, including information on time limits and using a passing performance on former exams to satisfy these requirements, see *Examinations for ECFMG Certification*.

### Medical Education Credential Requirements

The physician's medical school and graduation year must be listed in the *International Medical Education Directory (IMED)*, available on the ECFMG website. International medical graduates must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in *IMED*. There are restrictions on credits transferred to the medical school that awards an applicant's medical degree that can be used to meet this requirement. See *Transfer Credits* in *Medical Education Credentials*.

The information available through *IMED* is derived from current and historical data collected by ECFMG throughout its history of evaluating the medical education credentials of international medical graduates. A medical school is added to *IMED* after FAIMER receives confirmation from the Ministry of Health or other appropriate agency that the Ministry or agency has recognized that school. FAIMER also updates *IMED* as new information is received from appropriate government agencies and from officials of the medical schools. FAIMER is not an accrediting agency. Listing of a medical school in *IMED* does not denote recognition, accreditation, or endorsement by FAIMER.

**Important Note:** FAIMER's *IMED* will merge with the *Avicenna Directory* of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the *World Directory of Medical Schools*. The *World Directory* is expected to become available in 2013. During the transition to the *World Directory*, *IMED* and the *Avicenna Directory* will remain open to ensure continuity of service. *IMED* and the *Avicenna Directory* will close when the *World Directory* is fully

ECFMG000660

operational. International medical students and graduates should monitor the ECFMG website for detailed information.

Applicants must document the completion of all requirements for, and receipt of, the **final medical diploma**. ECFMG verifies every applicant's medical school diploma with the appropriate officials of the medical school that issued the diploma and requests that the medical school provide the **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted by applicants to document transferred credits. See _Medical Education Credentials_.

> **Important Note:** Submitting falsified or altered documents may result in a finding of irregular behavior. For more information and potential consequences, see _ECFMG Policies and Procedures Regarding Irregular Behavior_.

ECFMG000661

## ECFMG Certification

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate | Validity of Examinations for Entry into Graduate Medical Education

### Standard ECFMG Certificate

International medical graduates who wish to enter an accredited program of graduate medical education in the United States must be certified by ECFMG.

ECFMG issues the Standard ECFMG Certificate to applicants who meet all of the requirements for certification. International medical graduates must also pay any outstanding charges on their ECFMG financial accounts before their certificates are issued. Standard ECFMG Certificates are sent approximately two weeks after all of these requirements have been met. Currently, ECFMG sends the Standard ECFMG Certificate to the applicant's address of record by Federal Express. If the address in your ECFMG record is a U.S. post office box, the certificate will be sent by certified mail.

The Standard ECFMG Certificate includes:

- The name of the applicant;
- The applicant's USMLE/ECFMG Identification Number;
- The dates that the examination requirements were met; and
- The date that the certificate was issued.

**Important Note:** Prior to June 14, 2004, passing performances on an English language proficiency test and the ECFMG Clinical Skills Assessment (CSA®) were requirements for ECFMG Certification. Passing performances on these exams were subject to expiration for the purpose of entering U.S. programs of graduate medical education; Standard ECFMG Certificates based on these exams may list "valid through" dates, the dates through which the passing performances are valid for this purpose. Effective June 14, 2004, some of these examinations are no longer subject to expiration, regardless of whether a "valid through" date is listed on the Standard ECFMG Certificate. See *Validity of Examinations for Entry into Graduate Medical Education* in *ECFMG Certification*.

ECFMG000662

## ECFMG Certification

About ECFMG Certification | Requirements for ECFMG Certification | Standard ECFMG Certificate | Validity of Examinations for Entry into Graduate Medical Education

### Validity of Examinations for Entry into Graduate Medical Education

#### Clinical Skills Examinations

For individuals who satisfy the clinical skills requirement for ECFMG Certification by passing Step 2 CS, this passing performance is not subject to expiration for the purpose of entering U.S. programs of graduate medical education.

For individuals who satisfied the clinical skills requirement for ECFMG Certification by passing the former ECFMG CSA and an English language proficiency test, passing performance on the CSA may be subject to expiration for the purpose of entering U.S. graduate medical education, as described below.

- Passing performances on CSA administrations that took place on or after June 14, 2001 are not subject to expiration for the purpose of entering graduate medical education programs. If you are certified by ECFMG and your Standard ECFMG Certificate lists a "valid through" date for an administration of the CSA that took place on or after June 14, 2001, you may request a permanent validation sticker (indicating the CSA passing performance is "valid indefinitely" for entry into graduate medical education) that you can affix to your certificate. To request a sticker, access OASIS.

- Passing performances on CSA administrations that took place before June 14, 2001 are valid for three years from the date passed for the purpose of entering graduate medical education programs. The date through which passing performance on the CSA remains valid for entry into graduate medical education (the CSA "valid through" date) will be listed on the applicant's Standard ECFMG Certificate. If the applicant entered a program before expiration of the valid through date, the applicant may request permanent validation. This means that the CSA date is no longer subject to expiration. To request permanent validation, the applicant and an authorized official of the training institution must complete a *Request for Permanent Validation* (Form 246), available in the Resources section of the ECFMG website and from ECFMG, upon request. On receipt of this form, ECFMG will provide a permanent validation sticker to be affixed to the certificate. If an applicant who passed CSA before June 14, 2001 did not enter a program within three years of the CSA pass date, the applicant's CSA passing performance has expired for the purpose of entering graduate medical education. Before entering a program, these applicants must pass Step 2 CS. Passing performance on Step 2 CS does not expire for the purpose of entry into graduate medical education.

#### English Examinations

Passing performances on the English language proficiency test formerly required by ECFMG (such as the TOEFL exam or the former ECFMG English Test) are not subject to expiration for the purpose of entering U.S. graduate medical education programs, regardless of the date passed. If you are certified by ECFMG and your Standard ECFMG Certificate lists a "valid through" date for an English language proficiency test, you may request a permanent validation sticker that you can affix to your certificate. To request a sticker, access OASIS.

#### Requesting Duplicate Permanent Validation Stickers

If you lost or did not receive your permanent validation sticker(s), you may request duplicates by completing a *Request for Duplicate Permanent Validation Sticker* (Form 296). Form 296 is available in the Resources section of the ECFMG website and from ECFMG, upon request.

> **Important Note:** The preceding discussion of validity and expiration of examinations, and the "valid through" and "valid indefinitely" designations on the Standard ECFMG Certificate (if applicable), are relevant only for the purpose of entry into programs of graduate medical education in the United States. They do not pertain to eligibility for USMLE Step 3 or to any time limits imposed by medical licensing authorities or other entities for the completion of all USMLE Steps.

ECFMG000663

## Your ECFMG Record

USMLE/ECFMG Identification Number | Your Name | Changing or Verifying Your Name | Contact Information

### USMLE/ECFMG Identification Number

Before you can submit an Application for ECFMG Certification or apply to ECFMG for an exam, you must obtain a USMLE/ECFMG Identification Number. You can obtain a USMLE/ECFMG Identification Number by accessing Interactive Web Applications (IWA).

**The information you provide during the process of obtaining a USMLE/ECFMG Identification Number will become a part of your permanent ECFMG record.** If you fail to provide your correct and current legal name, you will be required to submit acceptable documentation, as described in *Changing or Verifying Your Name* in *Your ECFMG Record*, to change the name in your ECFMG record. If ECFMG determines that the biographic information you submit is inaccurate, not complete, or insufficient to assign a USMLE/ECFMG Identification Number to you, your request for the USMLE/ECFMG Identification Number will not be processed.

Once ECFMG informs you of your number, you must include it on all communications, applications, medical education credentials, request forms, and payments that you send to ECFMG. You will also need your USMLE/ECFMG Identification Number to use ECFMG's on-line services.

Your USMLE/ECFMG Identification Number cannot be changed. If you forget or lose your USMLE/ECFMG Identification Number, you can obtain it by accessing IWA or by contacting ECFMG. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. To protect the privacy of applicants, ECFMG will not provide USMLE/ECFMG Identification Numbers by telephone.

> **Important Note:** As part of the process of obtaining an Identification Number, you will be asked if you previously submitted an application to ECFMG for examination. You also will be asked if you were previously assigned a USMLE Identification Number by the National Board of Medical Examiners (NBME). When applying to ECFMG for examination, you will be asked whether you have submitted an application to the NBME previously and, if you answer "Yes," to provide the Identification Number assigned to you if you know it. If you were previously assigned a USMLE Identification Number by NBME or have submitted a prior exam application to either organization, you must answer "Yes" to the applicable question(s), even if you submitted the prior application under a different name or did not take the exam for which you applied. You must answer "Yes" regardless of whether you submitted an on-line application or a paper application. If you were previously assigned a USMLE Identification Number by NBME or have submitted an application to ECFMG or NBME but indicate that you were not previously assigned a number or have not applied previously, this may result in a finding of irregular behavior. See *ECFMG Policies and Procedures Regarding Irregular Behavior*.

ECFMG000664

## Your ECFMG Record

USMLE/ECFMG Identification Number | Your Name | Changing or Verifying Your Name | Contact Information

### Your Name

You must ensure that the name in your ECFMG record is your correct and current legal name. This name will appear on your Standard ECFMG Certificate once you have met all requirements for certification. You must use this name consistently in all communications you send to ECFMG, including applications and requests for other services. Failure to use the name in your ECFMG record consistently in all communications with ECFMG may delay exam registration. It may also prevent you from taking an exam for which you are registered and scheduled.

You can check the name in your ECFMG record on-line using OASIS. If you legally change your name, you must submit acceptable documentation to ECFMG to change the name in your ECFMG record. See *Changing or Verifying Your Name* in *Your ECFMG Record*.

- The name you submit on your exam **application** will appear on your exam **scheduling permit**. The name on your scheduling permit, including the spelling, must match **exactly** the name on the form(s) of **identification** you present at the test center. Refer to your scheduling permit for limited exceptions. See *Acceptable Identification* in *Taking the Examination*.

  If the name on your **scheduling permit** has been misspelled, contact ECFMG immediately by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

  If you change the name in your ECFMG record while you are registered for an exam, a revised scheduling permit reflecting this change will be issued; you can print the revised scheduling permit by accessing IWA. You must bring the revised scheduling permit to the test center on your exam date. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

  If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) the next time you apply for examination.

- If the name on your **medical diploma, transcript, or other credential** does not match **exactly** the name in your **ECFMG record**, you must submit documentation, as described in *Changing or Verifying Your Name* in *Your ECFMG Record* that **verifies** the name on your medical diploma, transcript, or other credential is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials* for examples of common name discrepancies that require name **verification**.

ECFMG000665

## Your ECFMG Record

USMLE/ECFMG Identification Number | Your Name | Changing or Verifying Your Name | Contact Information

### Changing or Verifying Your Name

If you have legally changed your name and want to request a **change** of name in your ECFMG record, send a completed *Request to Change Applicant Biographic Information* (Form 182) to ECFMG. Form 182 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Form 182 requires you to provide an explanation of the reason for the name change and must be accompanied by a photocopy of the appropriate document(s), as defined on Form 182. ECFMG must be able to determine from the document(s) you submit that your name has legally changed from the name currently in your ECFMG record to the name you are requesting to appear in your record. This means that it may be necessary for you to submit more than one document to support your name change request. For the purpose of **changing** your name, the document(s) you provide must be **unexpired** (if applicable). These documents may include:

- Passport (including the pages with your photograph and the expiration date)
- Birth certificate
- Marriage certificate
- Official court order
- U.S. Resident Alien Card
- U.S. Naturalization Certificate

Attestations and affidavits are **not** acceptable as documentation to change or verify your name.

Please do not submit an original document; a photocopy of the document is sufficient.

If the name in your ECFMG record is correct but this name does not match **exactly** your name as listed on your medical diploma, transcript, or other credential, you must **verify** that the name on these documents is (or was) your name. To verify your name, send to ECFMG a photocopy of one of the documents listed above that verifies the name on your medical diploma, transcript, or other credential.

As an alternative to one of the documents listed above, ECFMG will accept for purposes of verifying your name a letter from the Dean, Vice Dean, or Registrar of your medical school that verifies that the name on your medical diploma, transcript, or other credential is (or was) your name. If you choose to submit a letter from your medical school to verify the name on your medical diploma, transcript, or other credential, the letter must be signed by the Dean, Vice Dean, or Registrar. The letter you submit must be written on your medical school's letterhead. The letter must include the following statement:

**This certifies that the names [name on document] and [name in ECFMG record] belong to one and the same person.**

The document(s) you send must show your name exactly as it appears on your medical diploma/transcript.

All documents submitted to change or verify your name that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

All documents submitted to change or verify your name, including translations, will become a part of your permanent ECFMG record and will not be returned to you.

**Important Note:** If you have a valid *Certification of Identification Form* (Form 186) on file with ECFMG, it will be invalidated when the name in your ECFMG record is changed, and you will be required to complete a new *Certification of Identification Form* (Form 186) the next time you apply for examination.

ECFMG000666

## Your ECFMG Record

USMLE/ECFMG Identification Number | Your Name | Changing or Verifying Your Name | Contact Information

### Contact Information

The contact information in your ECFMG record consists of your e-mail and mailing addresses, your telephone number, and your fax number (if applicable). ECFMG will send information on the status of your applications by e-mail. You will also need an e-mail address to use ECFMG's on-line services. Be sure to also include a complete mailing address. Certain ECFMG correspondence, including your Standard ECFMG Certificate, requires a full mailing address.

You should ensure that the contact information in your ECFMG record is current. You can check and update your contact information on-line using OASIS. You can also update your contact information by submitting a completed *Request to Change Applicant Biographic Information* (Form 182) to ECFMG. Form 182 is available in the Resources section of the ECFMG website and from ECFMG, upon request. You cannot submit changes to your contact information to ECFMG by e-mail. ECFMG will not process changes to contact information received from any person other than the applicant.

Changing your e-mail address using OASIS or Form 182 does not update your e-mail address in your e-newsletter subscription(s). If you are subscribed to one or more of ECFMG's e-mail newsletters, such as *The ECFMG®️ Reporter* or *ECHO News*, and your e-mail address changes, you must update your e-mail address for **each** e-newsletter. To update your e-mail address in your e-newsletter subscription(s), visit the E-Newsletters page in the Resources section of the ECFMG website, click on the newsletter(s) you receive, unsubscribe your old e-mail address, and subscribe your new e-mail address.

To protect the privacy of applicants, ECFMG will e-mail applicant-specific information only to the e-mail address in the applicant's ECFMG record. If your e-mail inquiry requires a specific response, you must send your inquiry from the e-mail address in your ECFMG record.

All correspondence with ECFMG, including e-mails, will become a part of your permanent ECFMG record.

For further information regarding ECFMG's data collection and privacy practices, please refer to our Privacy Policy.

ECFMG000667

## Your ECFMG Financial Account

Schedule of Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

### Schedule of Fees

For a schedule of fees for ECFMG services that applicants encounter most frequently while pursuing ECFMG Certification and entry into U.S. programs of graduate medical education, see the Fees page on the ECFMG website. Other fees may apply. All fees are in U.S. dollars and are subject to change without notice.

ECFMG000668

## Your ECFMG Financial Account

Schedule of Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

### Payment

Full payment is due at the time you submit an application or request a service. If your application/request is rejected, any payment received with that application/request will be credited to your ECFMG financial account.

Effective July 1, 2010, funds in an applicant's ECFMG financial account will be available for a period of two years to pay for applications/requests. Any funds not used during a two-year period will be forfeited to ECFMG; **this means that the applicant will lose those funds**. See *Forfeiture of Funds* in *Your ECFMG Financial Account*.

**If you owe money to ECFMG** at the time that your application/request is processed, ECFMG will apply the payment included with your application/request to the amount that you owe. Any money that is left after this will be used to pay for the application/request. If there is not enough money remaining to pay for the application/request, your application/request will be rejected.

If you submit a paper request and do not include payment, or if the payment you include is not sufficient to cover all fees, we will use the money in your ECFMG financial account to pay for the request. If the money in your account is not sufficient to cover all fees, your request will be rejected.

You can check the status of your ECFMG financial account and make on-line payments using OASIS. ECFMG's on-line payment is secured using industry-standard encryption technology.

ECFMG000669

## Your ECFMG Financial Account

Schedule of Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

### Methods of Payment

If you submit an application or request a service **on-line**, you can pay on-line at the time of application/request by:

- **Credit card** – Visa, MasterCard, Discover, or American Express.
- **Electronic check** – To use this option, you must have a checking account at a U.S. bank and either a U.S. Social Security Number or U.S. driver's license.

You can also pay in advance using one of the payment methods described above by accessing OASIS on the ECFMG website. You can also send payment in advance to ECFMG using *Payment for Service(s) Requested (Form 900),* available in the Resources section of the ECFMG website. If you submit payment using Form 900, you can pay by:

- **Credit card** – Visa, MasterCard, Discover, or American Express.
- **Check, bank draft, or money order** made payable to the Educational Commission for Foreign Medical Graduates (or ECFMG). All payments must be made in U.S. funds through a U.S. bank. **You must write your full name and USMLE/ECFMG Identification Number, if one has been assigned to you, on your payment.**

If you pay in advance, you should verify that the payment has been received and credited to your ECFMG financial account before you begin the application or request process. You can verify the status of your ECFMG financial account on-line using OASIS.

> **Important Note:** If you need to make multiple credit card transactions to pay for an application/request, you must make these payments to your ECFMG financial account in advance using OASIS or by submitting multiple copies of Form 900.

Do **not** send payments in cash.

ECFMG000670

## Your ECFMG Financial Account

Schedule of Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

### Refunds

If you have money in your ECFMG financial account, you may request a refund. Refund requests must be made in writing. Use the mailing address for General Inquiries on the Contact ECFMG page of the ECFMG website. If the money in your account was a payment for an exam application that was rejected (because you were not eligible or the application was incomplete or otherwise deficient), your refund will be subject to a $100 processing fee.

**Important Note:** You should consider carefully the timing of your exam application, eligibility period, and test date. Once registered, you cannot cancel or postpone your registration. If you do not schedule and take the exam, you will not receive a refund or credit of your exam fee(s), and you will be required to reapply, including payment of all applicable fees, to take the exam.

Although you cannot cancel or postpone your registration, there are options that provide registered applicants with flexibility. All registered applicants may change their scheduled test date and/or center, subject to availability. See *Rescheduling* in *Scheduling the Examination.* Applicants registered for Step 1/Step 2 CK may request extension of their eligibility periods. See *Eligibility Period Extension* in *Applying for Examination*. Applicants registered for Step 2 CS who are unable to obtain the appropriate visa to enter the United States to take the exam may request a full refund of the exam fee. Other requests for exceptions from Step 2 CS applicants are considered on a case-by-case basis. ECFMG will consider requests for exceptions only after the applicant's eligibility period has expired.

ECFMG000671

## Your ECFMG Financial Account

Schedule of Fees | Payment | Methods of Payment | Refunds | Forfeiture of Funds

### Forfeiture of Funds

Effective July 1, 2010, funds in an applicant's ECFMG financial account will be available for a period of two years to pay for applications submitted or services requested. Any funds not used during a two-year period will be forfeited to ECFMG; **this means that the applicant will lose those funds**. The two-year period is calculated from the date that funds are received at ECFMG. For funds already in an applicant's account on the July 1, 2010 effective date, the two-year period is calculated from this effective date. If an applicant has funds in his/her account and submits an application or requests a service, ECFMG will use the funds with the earliest receipt date to pay for the application/request.

**Examples:** An applicant made a payment of $1,000 to her ECFMG financial account on April 15, 2012. On May 9, 2012, she submitted an application for USMLE Step 1, which cost $790. The applicant has until April 14, 2014 to either use the remaining $210 balance or request a refund. If she does not, these funds will be forfeited to ECFMG.

An applicant made a payment of $295 to his ECFMG financial account on July 2, 2010. He made another payment of $2,000 on July 10, 2010. On July 28, 2010, he submitted an application for USMLE Step 2 CS, which cost $1,295. The $295 from his earlier payment and $1,000 from his later payment were used to pay for this exam registration. The applicant had until July 9, 2012 to either use the remaining $1,000 balance or request a refund. He did not, and, as a result, these funds were forfeited to ECFMG.

An applicant had a balance of $1,700 in her ECFMG financial account when this policy took effect on July 1, 2010. On August 15, 2010, the applicant submitted an application for USMLE Step 1 and Step 2 CK, which cost a total of $1,480. The applicant had until June 30, 2012 to either use the remaining $220 balance or request a refund. She did not, and, as a result, these funds were forfeited to ECFMG.

It is your responsibility to monitor the status of your ECFMG financial account. You can check the status of your account, including dates on which payments were made to your account, using OASIS. A refund request should be made to claim any funds that will not be used prior to the expiration of the two-year period. See *Refunds* in *Your ECFMG Financial Account.*

ECFMG000672

## ECFMG Programs and Irregular Behavior

### ECFMG Policies and Procedures Regarding Irregular Behavior

**A. Policies Regarding Irregular Behavior**

1. *Irregular behavior* includes all actions or attempted actions on the part of applicants, examinees, potential applicants, others when solicited by an applicant and/or examinee, or any other person that would or could subvert the examination, certification or other processes, programs, or services of ECFMG, including, but not limited to, the ECFMG Exchange Visitor Sponsorship Program, ECFMG International Credentials Services (EICS), the Electronic Portfolio of International Credentials (EPIC), and Electronic Residency Application Service (ERAS) Support Services at ECFMG. Such actions or attempted actions are considered irregular behavior, regardless of when the irregular behavior occurs, and regardless of whether the individual is certified by ECFMG. Examples of irregular behavior include, but are not limited to, submission of any falsified or altered document to ECFMG, whether submitted by the individual or by a third party, such as a medical school, on behalf of the individual; failing to comply with United States Medical Licensing Examination® (USMLE®) or ECFMG policies, procedures, and/or rules; falsification of information on applications, submissions, or other materials to ECFMG; taking an examination when not eligible to do so, or submission of any falsified or altered ECFMG document to other entities or individuals.

2. The Medical Education Credentials Committee's determination of irregular behavior is sufficient cause for ECFMG to bar an individual from future examinations, to bar an individual from other ECFMG programs and services, to withhold and/or invalidate the results of an examination, to withhold an ECFMG Certificate, to revoke an ECFMG Certificate, or to take other appropriate actions for a specified period of time or permanently. ECFMG may report the Medical Education Credentials Committee's determination of irregular behavior to the USMLE Committee on Irregular Behavior and Score Validity, Federation of State Medical Boards of the United States, U.S. state and international medical licensing authorities, directors of graduate medical education programs, and to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information.

3. If the Medical Education Credentials Committee determines that an individual engaged in irregular behavior, a permanent annotation to that effect will be included in the individual's ECFMG record. This annotation will appear on the ECFMG Credentials Verification Service (CVS) and ECFMG Status Reports for the individual. If the individual has an EPIC Portfolio, a permanent annotation will be included on all EPIC Reports with respect to that individual. Additional information explaining the basis for the determination of irregular behavior and the resulting action(s) will accompany every ECFMG Status Report, CVS Report, and EPIC Report, and may also be provided to legitimately-interested entities; this additional information may be provided, regardless of the date of the conduct or activity that comprises the irregular behavior. Notice of the Medical Education Credentials Committee's determination of irregular behavior is periodically reported to the ECFMG Board of Trustees.

**B. Procedures Regarding Irregular Behavior**

1. After receipt of a report or other information suggesting irregular behavior on the part of an individual, ECFMG staff will review the information and will assess whether there is sufficient evidence of irregular behavior. When indicated and feasible, staff will conduct a follow-up investigation to gather additional information.

2. If the individual is an examinee and the review referenced above will not be concluded until after the typical period for the reporting of exam scores, the examinee will be notified that the reporting of the exam scores in question is being delayed.

3. If ECFMG staff finds that there exists a reasonable basis to conclude that an individual may have engaged in irregular behavior, the matter will be referred to the Medical Education Credentials Committee. ECFMG may withhold services from the individual pending a determination from the Medical Education Credentials Committee. If the individual is an examinee, the examinee's exam scores will be withheld, if not already released, and the examinee may not be permitted to sit for subsequent examinations, nor will applications for examination be processed.

4. Using the individual's last known address, the individual will be advised in writing of the nature of the alleged irregular behavior and will be provided with a copy of the *ECFMG Policies and Procedures Regarding Irregular*

ECFMG000673

*Behavior.* The individual will be given an opportunity to provide written explanation and to present other relevant information. Any such written explanation or other relevant information must be received by ECFMG by the deadline set forth in ECFMG's writing to the individual. Submissions received after the deadline will be considered by the Medical Education Credentials Committee at its discretion. The individual may also request the opportunity to appear personally before the Medical Education Credentials Committee, and may be represented by legal counsel, if the individual so wishes. In instances in which the individual appears personally before the Medical Education Credentials Committee, a stenographic or audio recording will be made of that portion of the proceedings during which the individual is in attendance. Any statements made by the individual during a personal appearance before the Medical Education Credentials Committee will be under oath.

5. All pertinent information regarding the irregular behavior, including any explanation or other information that the individual may provide, will be provided to the Medical Education Credentials Committee. The Medical Education Credentials Committee, based on the information available to it, will determine whether the preponderance of the evidence indicates that the individual engaged in irregular behavior. If the Medical Education Credentials Committee determines that the individual engaged in irregular behavior, the Medical Education Credentials Committee will determine what action(s) will be taken as a result of the irregular behavior. ECFMG will notify the individual whether the Medical Education Credentials Committee determined the individual engaged in irregular behavior and of any action(s) taken pursuant thereto.

6. The Medical Education Credentials Committee's determination of irregular behavior and any action(s) taken pursuant thereto (a "decision" of the Medical Education Credentials Committee) may be appealed to the Review Committee for Appeals if the individual has a reasonable basis to believe the Medical Education Credentials Committee did not act in compliance with the Medical Education Credentials Committee Policies and Procedures or that the Medical Education Credentials Committee's decision was clearly contrary to the weight of the evidence before it. The notice of appeal must be received by ECFMG within sixty (60) days of the date on which the notification advising the individual of the Medical Educational Credentials Committee's decision was mailed to the individual. The appeal of a decision of the Medical Education Credentials Committee is governed by the Rules of Appellate Procedure.

7. Petitions for reconsideration of a decision of the Medical Education Credentials Committee will be reviewed by the Medical Education Credentials Committee only in extraordinary cases. Any such petition must first be considered by ECFMG staff, who, after discussion with the Medical Education Credentials Committee Chair, may deny the request or place it on the agenda for consideration by the full Medical Education Credentials Committee at a regularly scheduled meeting. Absent the submission of newly discovered material evidence not previously available to the petitioner and, therefore, not available to the Medical Education Credentials Committee, petitions for reconsideration typically will be denied.

## C. Representative Examples of Irregular Behavior

Representative examples of allegations of irregular behavior and actions taken by the ECFMG Medical Education Credentials Committee include, but are not limited to, the following:

- **Submitting an altered or fabricated letter of recommendation**

  The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an ECFMG-certified individual who submitted two fraudulent letters of recommendation to ERAS Support Services at ECFMG.

  Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to revoke the individual's Standard ECFMG Certificate and to bar the individual from admission to all ECFMG examinations**.

- **Providing false information on an application submitted to ECFMG**

  The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information on an application for a USMLE examination submitted to ECFMG. In that application, the individual certified he was a student enrolled in medical school when, in fact, he previously had been dismissed from medical school and, therefore, was no longer a student.

ECFMG000674

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from admission to all ECFMG examinations and from ECFMG Certification**.

- **Providing false information to ECFMG as part of the ECFMG On-line Authentication Process, which is a prerequisite to submitting an application for examination**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who provided false information to ECFMG as part of the ECFMG On-line Authentication Process, which is a prerequisite to submitting an application for examination. During the on-line authentication process, the individual certified he had not previously submitted an application for examination to ECFMG when he had not only previously applied for, but had taken examinations.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from admission to all ECFMG examinations and from ECFMG Certification.**

- **Submitting a fraudulent medical diploma and providing false information on an application submitted to ECFMG**

The ECFMG Medical Education Credentials Committee reviewed an allegation of irregular behavior in connection with an individual who submitted a fraudulent medical diploma and provided false information on an application submitted to ECFMG.

Following review, the ECFMG Medical Education Credentials Committee determined the individual had engaged in irregular behavior and **took action to bar the individual from admission to all ECFMG examinations and bar the individual from ECFMG Certification.**

ECFMG000675

## Application for ECFMG Certification

To be eligible for ECFMG Certification, you must complete an Application for ECFMG Certification. You can access the Application for ECFMG Certification through _Interactive Web Applications (IWA)_ on the ECFMG website. You must have your _USMLE/ECFMG Identification Number_ before you can begin the Application for ECFMG Certification. You must complete an Application for ECFMG Certification before you can apply to ECFMG for examination. For the current fee for submitting an Application for ECFMG Certification, see the _Fees_ page of the ECFMG website.

> **Important Note:** The Application for ECFMG Certification became a requirement for ECFMG Certification on September 15, 2010. International medical students/graduates who by this date had met the examination requirements for ECFMG Certification and are applying to ECFMG for examination (for example, to retake an exam for the purpose of meeting a time limit imposed by a state medical licensing authority) are not required to complete an Application for ECFMG Certification.

As part of the Application for ECFMG Certification, you will be asked to confirm the name, date of birth, and gender in your ECFMG record. If this information is incorrect, you must have the information in your ECFMG record changed to reflect your correct name, date of birth, and/or gender before you can complete the Application for ECFMG Certification. Instructions for how to correct this information will be provided at the time of application.

If you are a medical school student, you will be asked to confirm that you are officially enrolled in a medical school located outside the United States and Canada that is listed in the _International Medical Education Directory (IMED)_ and that the "Graduation Years" in _IMED_ for your medical school are listed as "Current." If you are a medical school graduate, you will be asked to confirm that you are a graduate of a medical school located outside the United States and Canada that is listed in _IMED_ and that your graduation year is included in the school's _IMED_ listing. To confirm that you meet these requirements, access _IMED_ through the ECFMG website.

> **Important Note:** FAIMER's _IMED_ will merge with the _Avicenna Directory_ of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the _World Directory of Medical Schools_. The _World Directory_ is expected to become available in 2013. During the transition to the _World Directory_, _IMED_ and the _Avicenna Directory_ will remain open to ensure continuity of service. _IMED_ and the _Avicenna Directory_ will close when the _World Directory_ is fully operational. International medical students and graduates should monitor the ECFMG website for detailed information.

Finally, the Application for ECFMG Certification will require you to confirm your understanding of the purpose of ECFMG Certification and release certain legal claims.

**The information submitted in your Application for ECFMG Certification will become a part of your permanent ECFMG record.**

Once submitted to ECFMG, your Application for ECFMG Certification typically becomes valid immediately, allowing you to apply for examination. A notification will be sent to the e-mail address in your ECFMG record confirming receipt of your Application for ECFMG Certification. Once your Application for ECFMG Certification has been submitted to ECFMG, it typically remains valid throughout the certification process. You can use OASIS to confirm that you have submitted an Application for ECFMG Certification.

ECFMG000676

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### Examination Requirements

To be eligible for ECFMG Certification, you must satisfy both the medical science examination and clinical skills requirements. To satisfy these requirements, you must pass Step 1 and Step 2 of the United States Medical Licensing Examination (USMLE). Step 2 of the USMLE has two separately administered components, the Clinical Knowledge (CK) component and the Clinical Skills (CS) component. There are time limits for completing the examination requirements for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification.*

Passing performance on certain formerly administered examinations can be used to meet these requirements. See *Medical Science Examination Requirement* and *Clinical Skills Requirement* in *Examinations for ECFMG Certification.*

ECFMG000677

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### The United States Medical Licensing Examination (USMLE)

The USMLE is a three-step examination for medical licensure in the United States. The USMLE provides a common system to evaluate applicants for medical licensure. The USMLE is sponsored by the Federation of State Medical Boards of the United States, Inc. (FSMB) and the National Board of Medical Examiners (NBME). The USMLE is governed by a committee consisting of representatives of FSMB, NBME, ECFMG, and the American public. If you apply for examination, you are **required** to read the USMLE *Bulletin of Information* for complete information on the USMLE.

> **Important Note:** The Comprehensive Review of USMLE (CRU) was initiated in 2004. The goal of this review was to determine if the purpose of USMLE was being effectively and efficiently supported by the current design, structure, and format. This review resulted in recommendations that have been carefully reviewed by the staff and governing bodies of ECFMG, FSMB, and NBME and have led to a series of modifications to test content representation, to changes in a number of existing test formats, and to developmental efforts intended to expand the types of competencies addressed by USMLE. Up-to-date information on the current status of this process is posted to the USMLE website.

> As changes to the examinations are implemented, the practice materials available on the USMLE website may be updated to reflect these changes. If you plan to take USMLE examinations, you should monitor the USMLE and ECFMG websites for the latest information on changes related to CRU.

ECFMG000678

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### Registration and Test Delivery Entities

#### Step 1 and Step 2

ECFMG serves as the registration entity for international medical students/graduates taking Step 1 and Step 2 (CK and CS). This means that ECFMG processes your exam application and payment, determines your eligibility, and notifies you of the outcome of your application. The NBME serves as the registration entity for students/graduates of U.S. and Canadian medical school programs accredited by the Liaison Committee on Medical Education (LCME) and U.S. medical schools accredited by the American Osteopathic Association (AOA).

For eligible international medical students/graduates applying for Step 1/Step 2 CK, ECFMG forwards registration information to NBME, and NBME issues the exam scheduling permits. ECFMG notifies these applicants when their scheduling permits are available and provides them with secure, web-based access to the scheduling permits. Scheduling and test centers for USMLE Step 1 and Step 2 CK are provided by Prometric. Prometric serves as the test delivery entity for all examinees taking Step 1/Step 2 CK. Step 1 and Step 2 CK are delivered at Prometric test centers worldwide. ECFMG is not responsible for errors or problems that may occur in issuing Step 1/Step 2 CK scheduling permits or in delivering these exams. These functions are the responsibility of NBME and/or Prometric.

For eligible international medical students/graduates applying for Step 2 CS, ECFMG issues the exam scheduling permits; sends notification to applicants when the scheduling permits are available; and provides them with secure, web-based access to the scheduling permits. The Clinical Skills Evaluation Collaboration (CSEC), a collaboration of ECFMG and NBME, is responsible for delivery of the Step 2 CS exam. Step 2 CS is delivered to all examinees at regional CSEC Centers in the United States.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. ECFMG notifies international medical students/graduates when their Step 1, Step 2 CK, and Step 2 CS score reports are available and provides them with secure, web-based access to the score reports.

#### Step 3

The FSMB serves as the registration entity for all Step 3 applicants. To be eligible for Step 3, international medical graduates must have passed Step 1 and Step 2 and must be certified by ECFMG, among other requirements. See *Eligibility* in the USMLE *Bulletin of Information*. If you have not met all eligibility requirements, your application for Step 3 will not be accepted. For detailed information and application procedures for Step 3, contact the individual medical licensing authorities or the FSMB. Scheduling and test centers for Step 3 are provided by Prometric, which serves as the test delivery entity for all Step 3 examinees. USMLE Step 3 is delivered at Prometric test centers in the United States.

For all applicants, NBME is responsible for determining the results of USMLE exams and for issuing the score reports. FSMB notifies examinees when their Step 3 score reports are available and provides them with secure, web-based access to the score reports.

> **Important Note:** Step 2 CS replaced the former ECFMG CSA. ECFMG-certified physicians, and eligible physicians who have successfully completed Fifth Pathway programs, must have taken and passed either Step 2 CS or the CSA in order to register for Step 3. See *Who Is Required to Take Step 2 CS?* in the USMLE *Bulletin of Information*.

ECFMG000679

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### Medical Science Examination Requirement

Step 1 and Step 2 CK of the USMLE are the exams currently administered that satisfy the medical science examination requirement. There are time limits for completing these examinations for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*.

ECFMG also accepts a passing performance on the following **former** examinations to satisfy the medical science examination requirement for ECFMG Certification: ECFMG Examination, Visa Qualifying Examination (VQE), Foreign Medical Graduate Examination in the Medical Sciences (FMGEMS), and the Part I and Part II Examinations of the National Board of Medical Examiners (NBME).

Combinations of exams are also acceptable. Specifically, if you have passed only part of the former VQE, FMGEMS, or the NBME Part I or Part II, you may combine a passing performance on the basic medical science component of one of these exams or USMLE Step 1 with a passing performance on the clinical science component of one of the other exams or USMLE Step 2 CK, provided that the components are passed within the period specified for the exam program.

Additionally, ECFMG accepts a score of 75 or higher on each of the three days of a single administration of the former Federation Licensing Examination (FLEX), if taken prior to June 1985, to satisfy this requirement.

> **Important Note:** The former NBME Parts and FLEX Components are no longer accepted to fulfill eligibility requirements for Step 3. See *Formerly Administered Examinations* in the USMLE *Bulletin of Information*. You should also contact the FSMB for general information and the medical licensing authority of the jurisdiction where you plan to apply for licensure for definitive information on licensure requirements.

ECFMG000680

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### Clinical Skills Requirement

Step 2 CS of the USMLE is the exam currently administered that satisfies the clinical skills requirement. There are time limits for completing this examination for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification.*

International medical students/graduates who have **both** passed the former ECFMG CSA **and** achieved a score acceptable to ECFMG on an English language proficiency test (such as the TOEFL exam or the former ECFMG English Test) can use these passing performances to satisfy the clinical skills requirement for ECFMG Certification.

ECFMG000681

## Examinations for ECFMG Certification

Examination Requirements | The United States Medical Licensing Examination (USMLE) | Registration and Test Delivery Entities | Medical Science Examination Requirement | Clinical Skills Requirement | Time Limit for Completing Examination Requirements

### Time Limit for Completing Examination Requirements

ECFMG policy requires that international medical students/graduates pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. This means that once you pass a Step or Step Component, you will have seven years to pass the other Step(s) or Step Component(s) required for ECFMG Certification. This seven-year period begins on the exam date for the first Step or Step Component passed and ends **exactly seven years from that exam date**.

If you do not pass all required Steps and Step Components within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. **It is your responsibility to track your progress toward meeting the exam requirements for ECFMG Certification. ECFMG will not notify you of upcoming deadlines to meet the seven-year requirement and will not notify you if one of your passing performances becomes invalid for ECFMG Certification because you failed to meet the seven-year requirement.**

> **Example:** An international medical graduate took his first Step or Step Component on October 1, 2006 and passed. He has through October 1, 2013 to take and pass all other Step(s) and Step Component(s) required for ECFMG Certification. If he does not take and pass all other required Step(s) and Step Component(s) on or before October 1, 2013, his passing performance on the October 1, 2006 exam would no longer be valid for ECFMG Certification.

There are exceptions to this policy:

- This seven-year limit does **not** apply to the former ECFMG CSA because the CSA was not a USMLE Step or Step Component. International medical students/graduates who satisfied the clinical skills requirement for ECFMG Certification by passing the CSA are required to pass only Step 1 and Step 2 CK within a seven-year period for ECFMG Certification. For these individuals, the seven-year period begins on the exam date for the first USMLE Step or Step Component passed, regardless of when the CSA was passed.

- If your earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, you are required to pass only Step 1 and Step 2 CK within a seven-year period for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period.

> **Example:** An international medical graduate passed Step 1 on May 25, 2004, passed Step 2 CK on August 10, 2007, and passed Step 2 CS on February 15, 2012. This applicant was required to pass Step 2 CK by May 25, 2011 (within seven years from her Step 1 passing performance on May 25, 2004), a requirement she has satisfied. While this applicant was also required to pass Step 2 CS to meet the exam requirements for ECFMG Certification, she was not required to pass Step 2 CS by May 25, 2011, since her earliest USMLE passing performance that is valid for ECFMG Certification (the May 25, 2004 Step 1 passing performance) took place before June 14, 2004.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. See *Reexamination and Reapplication* in *Applying for Examination*.

> **Important Note:** The USMLE program recommends to state medical licensing authorities that they require applicants to pass the full USMLE sequence (including Step 3, which is not required for ECFMG Certification) within a seven-year period. See *Number of Attempts Allowed to Complete All Steps and Time Limits* and *Retakes* in the *USMLE Bulletin of Information*. You should contact the FSMB for general information and the medical licensing authority of the jurisdiction where you plan to apply for licensure for definitive information, since licensure requirements vary among jurisdictions.

ECFMG000682

Additionally, applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Official Performance of Record for Examinees Retaking a Previously Passed Step* in the USMLE *Bulletin of Information*.

ECFMG000683

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility | Fifth Pathway Participants

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

## Medical School Students

**To be eligible for Step 1, Step 2 CK, and Step 2 CS**, you must be officially enrolled in a medical school located outside the United States and Canada that is listed in *IMED*, both at the time that you apply for examination and on your test day. In addition, the "Graduation Years" in *IMED* for your medical school must be listed as "Current" at the time you apply and on your test day. An authorized official of your medical school must certify your current enrollment status; instructions will be provided at the time of application for examination.

> **Important Note:** FAIMER's *IMED* will merge with the *Avicenna Directory* of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the *World Directory of Medical Schools*. The *World Directory* is expected to become available in 2013. During the transition to the *World Directory*, *IMED* and the *Avicenna Directory* will remain open to ensure continuity of service. *IMED* and the *Avicenna Directory* will close when the *World Directory* is fully operational. International medical students and graduates should monitor the ECFMG website for detailed information.

As soon as you graduate and receive your medical diploma, you must send two photocopies of your medical diploma and one full-face, passport-sized, color photograph to ECFMG. See *Final Medical Diploma* in *Medical Education Credentials*. The photograph that you send must be **current**; it must have been taken within six months of the date that you send it. A photocopy of a photograph is not acceptable.

**In addition to being currently enrolled as described above, to be eligible for Step 1, Step 2 CK, and Step 2 CS**, you must have completed at least two years of medical school. This eligibility requirement means that you must have completed the basic medical science component of the medical school curriculum by the beginning of your eligibility period.

Although you may apply for and take the examinations after completing the basic medical science component of your medical school curriculum, it is recommended that you complete your core clinical clerkships, including actual patient contact, before taking Step 2 CK and Step 2 CS.

If you have passed the former ECFMG CSA, you are **not** eligible to take Step 2 CS, except under certain, well-defined circumstances. Eligible circumstances include: taking Step 2 CS to permanently validate an expired CSA examination date for the purpose of entering U.S. GME (See *Validity of Examinations for Entry into Graduate Medical Education* in *ECFMG Certification*); taking Step 2 CS because your most recent performance on a clinical skills exam (CSA or Step 2 CS) is a failing performance (See *Official Performance of Record for Examinees Retaking a Previously Passed Step* in the USMLE *Bulletin of Information*); and retaking Step 2 CS to meet a time limit (See *Reexamination and Reapplication* in *Applying for Examination* and *Retakes* in the USMLE *Bulletin of Information*).

> **Important Notes:** If it is determined that you took a Step for which you were not eligible, results for that exam may not be reported or, if previously reported, may be revoked, and/or you may be subject to sanctions for irregular behavior.
>
> If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. Failure to inform ECFMG of a change in your eligibility for examination may result in a finding of irregular behavior. See *ECFMG Policies and Procedures Regarding Irregular Behavior*. Such changes in your eligibility status include, but are not limited to, the following:

ECFMG000684

- Medical school students who transfer to another medical school after submitting an application for examination must inform ECFMG immediately in writing of this transfer.

- Medical school students who have been dismissed or withdrawn from medical school are not eligible for USMLE, even if they are appealing the school's decision or otherwise contesting their status. Medical school students who have been dismissed or withdrawn from medical school must inform ECFMG immediately in writing of their dismissal or withdrawal.

ECFMG000685

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility | Fifth Pathway Participants

The eligibility requirements for examination differ depending on whether you are a medical school **student** or a medical school **graduate**.

### Medical School Graduates

**To be eligible for Step 1, Step 2 CK, and Step 2 CS,** you must be a graduate of a medical school located outside the United States and Canada that is listed in *IMED*. Your graduation year must be included in the medical school's *IMED* listing. You must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in *IMED*. An authorized official of your medical school must certify your status as a graduate of the school; instructions will be provided at the time of application for examination.

> **Important Note:** FAIMER's *IMED* will merge with the *Avicenna Directory* of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the *World Directory of Medical Schools*. The *World Directory* is expected to become available in 2013. During the transition to the *World Directory*, *IMED* and the *Avicenna Directory* will remain open to ensure continuity of service. *IMED* and the *Avicenna Directory* will close when the *World Directory* is fully operational. International medical students and graduates should monitor the ECFMG website for detailed information.

**Two photocopies** of your medical diploma must be submitted at the time of exam application if your diploma has not been sent to ECFMG previously. See the *Reference Guide for Medical Education Credentials* on the ECFMG website for the exact name of the final medical diploma you must provide. One full-face, passport-sized, color photograph must accompany the photocopies of your diploma. The photograph must be **current**; it must have been taken within six months of the date that your exam application is sent to ECFMG. A photocopy of a photograph is not acceptable. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a current, full-face, passport-sized, color photograph and a letter signed by your Medical School Dean, Vice Dean, or Registrar must be submitted with your exam application. The letter you submit must be the original document and must be written on your medical school's letterhead. The letter must include the following statement:

> **This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then send the photocopies of your medical diploma to ECFMG as soon as your diploma is issued. See *Medical Education Credentials*.

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. See *English Translations* in *Medical Education Credentials*.

If you have passed the former ECFMG CSA, you are **not** eligible to take Step 2 CS, except under certain, well-defined circumstances. Eligible circumstances include: taking Step 2 CS to permanently validate an expired CSA examination date for the purpose of entering U.S. GME (See *Validity of Examinations for Entry into Graduate Medical Education* in *ECFMG Certification*); taking Step 2 CS because your most recent performance on a clinical skills exam (CSA or Step 2 CS) is a failing performance (See *Official Performance of Record for Examinees Retaking a Previously Passed Step* in the *USMLE Bulletin of Information*); and retaking Step 2 CS to meet a time limit (See *Reexamination and Reapplication* in *Applying for Examination* and *Retakes* in the *USMLE Bulletin of Information*).

> **Important Notes:** If it is determined that you took a Step for which you were not eligible, results for that exam may not be reported or, if previously reported, may be revoked, and/or you may be subject to sanctions for irregular behavior.

ECFMG000686

If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately in writing of this change in your status. Such notification must be sent to ECFMG's Applicant Information Services. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. Failure to inform ECFMG of a change in your eligibility for examination may result in a finding of irregular behavior. See *ECFMG Policies and Procedures Regarding Irregular Behavior*.

ECFMG000687

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility | Fifth Pathway Participants

### Reverification of Eligibility

ECFMG reserves the right to reverify your eligibility for examination at any time during the application and registration process. If your medical school informs ECFMG that your status has changed, and ECFMG determines you are no longer eligible for examination, your registration will be canceled.

For medical school students, this may include reverification of your status as a student officially enrolled in medical school. When a medical school does not participate in the ECFMG Medical School Web Portal (EMSWP), ECFMG's reverification of the status of the school's students may include ECFMG sending a written request for reverification by postal mail to the medical school. If such reverification is requested by ECFMG, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your status directly from the medical school. If your registration is canceled, you may be required to reapply.

For medical school graduates, this may include reverification of your medical education credentials with the issuing medical school. If such reverification is requested by ECFMG, you will be registered for examination only after ECFMG has received reverification of your credentials directly from the medical school. If reverification is requested by ECFMG after you have been registered for examination, ECFMG may cancel your registration or withhold your score report until ECFMG has received reverification of your medical education credentials directly from the issuing school. If your registration is canceled, you may be required to reapply.

ECFMG000688

## Eligibility for Examination

Medical School Students | Medical School Graduates | Reverification of Eligibility | Fifth Pathway Participants

### Fifth Pathway Participants

The Fifth Pathway, created by the American Medical Association (AMA) in 1971, has allowed certain students who attended four years at an international medical school to complete their supervised clinical work at a U.S. medical school; to become eligible for entry to U.S. residency training; and ultimately obtain a license to practice in the United States. The AMA's Council on Medical Education no longer supports the Fifth Pathway as a mechanism for eligibility to enter the first year of ACGME-accredited graduate medical education programs. The last Fifth Pathway program class supported was the class that began in January 2009 and ended in December 2009.

Individuals who pursued the Fifth Pathway completed the four-year didactic curriculum at the international medical school, but they did not complete the internship and/or social service requirement for the final medical diploma. Instead, they completed a Fifth Pathway program, which was one year of supervised clinical work at a U.S. medical school. Since they did not complete the internship and/or social service requirement, they did not receive the final medical diploma and, therefore, are not eligible for ECFMG Certification. However, these individuals may apply to ECFMG for examination, provided that they hold a Fifth Pathway certificate issued on or before December 31, 2009.

> **Important Note:** Currently, the USMLE program accepts either a valid Standard ECFMG Certificate or a valid Fifth Pathway certificate (issued through December 31, 2009) from international medical graduates for purposes of meeting Step 3 eligibility requirements. The USMLE program will cease acceptance of Fifth Pathway certificates for the purpose of meeting Step 3 eligibility requirements, effective January 1, 2017. Individuals who hold valid Fifth Pathway certificates, and are otherwise eligible, may use their Fifth Pathway certificates to meet Step 3 eligibility requirements, and may apply for Step 3, through December 31, 2016. Individuals holding Fifth Pathway certificates that are not accepted by the USMLE program for purposes of meeting Step 3 eligibility will be required to obtain ECFMG Certification in order to be eligible for Step 3.

ECFMG000689

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees | Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods | Reexamination and Reapplication

## Application for USMLE

Before applying for USMLE, international medical students/graduates must:

- submit an Application for ECFMG Certification. See *Application for ECFMG Certification*.
- read the appropriate editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information*.

To apply for USMLE Step 1, Step 2 CK, and/or Step 2 CS, use ECFMG's Interactive Web Applications (IWA). A complete application consists of the on-line part, which you complete using IWA; the *Certification of Identification Form* (Form 186) or *Certification Statement* (Form 183), which you obtain through IWA; and any other required documents, as outlined in IWA and in this publication.

Detailed instructions accompany the application for examination. Follow the instructions carefully and answer all questions completely. You should review the instructions **before** you begin working on the application. Some of the necessary items require advance planning. These items may include photographs, official signatures, and additional documents, such as photocopies of your medical diploma if you are a medical school graduate. If your application is not complete, it will be rejected.

ECFMG will notify you by e-mail when your application is received. You can check the status of your application on-line using OASIS.

ECFMG will process your exam application and determine your eligibility to take the exam(s) you requested. ECFMG processes exam applications typically within three weeks of receipt of the complete application. For complete information on processing times, see *Medical School Students* or *Medical School Graduates* in *Applying for Examination*.

Once your exam application has been processed, ECFMG will notify you of the outcome of your application. For eligible applicants, important information about scheduling and taking the exams will be issued.

> **Important Note:** Applications and other requests for services will not be processed if it is determined that doing so would be considered violative of any applicable federal, state, or local laws or regulations.

ECFMG000690

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

### Medical School Students

The process of applying for examination as a medical school student will vary depending on whether your medical
school participates in the ECFMG Medical School Web Portal (EMSWP).

If you are a medical school student enrolled in a medical school that participates in EMSWP, you must print a
*Certification of Identification Form* (Form 186) after completing the on-line part of the application, if you do not
have a valid Form 186 on file with ECFMG. If you are a medical school student enrolled in a medical school that
does not participate in EMSWP (or if the information you provide on your application is not sufficient for ECFMG to
determine whether your medical school participates in EMSWP), you must print a *Certification Statement* (Form
183) after completing the on-line part of the application. You will be able to determine if your medical school
participates in EMSWP when you complete the on-line part of the exam application. At that time, IWA will produce
the appropriate form, which you will be able to print.

Both Form 186 and Form 183 must be completed by you and certified by an authorized official of your medical
school. Each medical school has been requested to provide ECFMG with a list of the officials authorized by the
school to certify Forms 186 and 183. Your form must be certified by an official on this list. Contact your medical
school to determine the officials authorized by your medical school for this purpose; ECFMG will not provide this
information to applicants. This certification must be **current**; the official must have signed the form within four
months of its receipt by ECFMG. **The original, signed Form 186 or Form 183 must be sent to ECFMG from
the office of the medical school official who certifies the form.** ECFMG must be able to determine that the
form was sent directly from the office of this official. If ECFMG, in its judgment, determines that the form may not
have been sent directly from the office of the medical school official who certified the form, the form will not be
accepted.

Once accepted by ECFMG, Form 186 remains valid for five years for exam applications and requests to extend
Step 1 and Step 2 CK eligibility periods. Applications and requests submitted during this five-year period can be
completed entirely on-line.

A completed Form 183 must be submitted for **each** exam application.

If there are any additional documents required to complete your application, these documents must be sent to
ECFMG with your Form 186 or Form 183, and must be accompanied by a completed *IWA Document Submission
Form* (Form 187). Form 187 is available from IWA and in the Resources section of the ECFMG website. Form 187
facilitates more efficient processing of the application by ensuring that any additional documents are matched with
the on-line part of the application. Do not include Form 187 if you do not have any additional documents to submit
to ECFMG or if you are submitting Form 186 or Form 183 only.

All forms and documents required to complete your application must be sent to ECFMG in one envelope. If you
are required to complete a Form 186 or a Form 183, this envelope must be sent to ECFMG from the office of the
medical school official who certifies your form. If you are not required to complete a Form 186 or a Form 183, this
envelope can be sent to ECFMG by you.

> **Important Note:** If you are submitting a request for test accommodations, follow the instructions in the
> Test Accommodations information on the USMLE website. See *Examinees with Disabilities Requesting
> Test Accommodations* in *Applying for Examination* and *Examinees with Disabilities Requesting Test
> Accommodations* in the USMLE *Bulletin of Information*. Do not send your request for test
> accommodations or supporting documents in the same envelope as your application materials.

Your application will not be considered complete until all required documents are received at ECFMG.

ECFMG000691

ECFMG processes exam applications typically within three weeks of receipt of the complete application.

**Important Note:** If your medical school participates in EMSWP, to complete the processing of your application, your medical school must verify your status through EMSWP. ECFMG will make your record available to your medical school and request verification typically within three weeks of receipt of a complete application. The time needed to complete the processing of your application is contingent upon your medical school's response to the EMSWP verification request. You will not be registered for examination until your medical school verifies your status.

ECFMG000692

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees | Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods | Reexamination and Reapplication

## Medical School Graduates

To be registered for USMLE, an international medical graduate must provide copies of his/her final medical diploma with the exam application, if the diploma has not been submitted to ECFMG previously. Follow the instructions for additional documents required to complete your application, below. For complete information on the medical education credentials that may be required at the time of exam application, see *Credentials for ECFMG Certification* in *Medical Education Credentials*.

ECFMG also requires that, before an international medical graduate can be registered for USMLE, the applicant's status as a medical school graduate must be verified directly by his/her medical school. This status must be verified in one of three ways:

- ECFMG receives primary-source verification of the applicant's medical education credentials; or

- The medical school verifies the applicant's graduate status through EMSWP; or

- The medical school verifies the applicant's graduate status through the *Certification of Identification Form* (Form 186).

As a result, the process of applying for examination as a medical school graduate will vary depending on whether your medical education credentials have been verified by ECFMG and whether you are a graduate of a medical school that participates in EMSWP.

All medical school graduates must print a *Certification of Identification Form* (Form 186) after completing the on-line part of the application, if they do not have a valid Form 186 on file with ECFMG. Form 186 must be completed by you and certified by an authorized official of your medical school. Each medical school has been requested to provide ECFMG with a list of the officials authorized by the school to certify Form 186. Your form must be certified by an official on this list. Contact your medical school to determine the officials authorized by your medical school for this purpose; ECFMG will not provide this information to applicants. This certification must be **current**; the official must have signed the form within four months of its receipt by ECFMG.

If you cannot appear before an authorized official of your medical school to have your Form 186 certified, your Form 186 can be certified as described below:

- If your medical education credentials have been primary-source verified by ECFMG, or if you are a graduate of a medical school that participates in EMSWP, your Form 186 can be certified by a Consular Official, Notary Public, First Class Magistrate, or Commissioner of Oaths.

- If your medical education credentials have not been primary-source verified by ECFMG and you are a graduate of a medical school that does not participate in EMSWP (or if the information you provide on your application is not sufficient for ECFMG to determine whether your medical school participates in EMSWP), your Form 186 can be certified by a Consular Official, Notary Public, First Class Magistrate, or Commissioner of Oaths, however your school must then sign the form to verify your graduate status. This means that, after your form has been certified by a Consular Official, Notary Public, First Class Magistrate, or Commissioner of Oaths, you must then send the Form 186 and all additional documents required to complete your application to your medical school. An authorized official of your medical school, as defined above, must then sign the Form 186, verifying your status as a graduate of the medical school.

You can check the status of your medical education credentials using ECFMG's OASIS. When you complete the on-line part of the exam application, IWA will produce the appropriate version of Form 186 based on the type of official(s) that are acceptable to certify/sign the form. You should print the version of Form 186 for the official(s) who will certify/sign your Form 186.

ECFMG000693

For all graduates, the signature of the official(s) who certify/sign your Form 186 must be **current**; **all** official(s) must have signed the form within four months of its receipt by ECFMG. If your Form 186 is certified or signed by an official of your medical school, **the original, signed Form 186 must be sent to ECFMG from the office of the medical school official who certifies/signs the form**. ECFMG must be able to determine that the form was sent directly from the office of this official. If ECFMG, in its judgment, determines that the form may not have been sent directly from the office of the medical school official who certified/signed the form, the form will not be accepted.

Once accepted by ECFMG, Form 186 remains valid for five years for exam applications and requests to extend Step 1 and Step 2 CK eligibility periods. Applications and requests submitted during this five-year period can be completed entirely on-line.

If there are any additional documents required to complete your application, these documents must be sent to ECFMG with your Form 186, if you do not already have a valid Form 186 on file with ECFMG, and must be accompanied by a completed *IWA Document Submission Form* (Form 187). Form 187 is available from IWA and in the Resources section of the ECFMG website. Form 187 facilitates more efficient processing of the application by ensuring that any additional documents are matched with the on-line part of the application. Do not include Form 187 if you do not have any additional documents to submit to ECFMG or if you are submitting Form 186 only.

All forms and documents required to complete your application must be sent to ECFMG in one envelope. If you are required to complete a Form 186 and this form is certified/signed by an official of your medical school, this envelope must be sent to ECFMG from the office of the medical school official who certifies/signs your Form 186. If you are not required to complete Form 186 or if your Form 186 is certified only by a Consular Official, Notary Public, First Class Magistrate, or Commissioner of Oaths, this envelope can be sent to ECFMG by you.

> **Important Note:** If you are submitting a request for test accommodations, follow the instructions in the Test Accommodations information on the USMLE website. See *Examinees with Disabilities Requesting Test Accommodations* in *Applying for Examination* and *Examinees with Disabilities Requesting Test Accommodations* in the USMLE *Bulletin of Information*. Do not send your request for test accommodations or supporting documents in the same envelope as your application materials.

Your application will not be considered complete until the completed Form 186 (if you do not have a valid Form 186 on file with ECFMG) and any other required documents are received at ECFMG.

ECFMG processes exam applications typically within three weeks of receipt of the complete application.

> **Important Note:** If your medical school participates in EMSWP and your medical education credentials have not been primary-source verified by ECFMG, ECFMG cannot complete the processing of your application until your medical school verifies your status through EMSWP. ECFMG will make your record available to your medical school and request verification typically within three weeks of receipt of a complete application. The time needed to complete the processing of your application is contingent upon your medical school's response to the EMSWP verification request.

ECFMG000694

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees | Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods | Reexamination and Reapplication

### When to Apply

Step 1, Step 2 CK, and Step 2 CS are offered regularly throughout the year; however there may be occasional, brief periods when all test centers are closed or the exam is not available. Note that Step 1 and Step 2 CK are not available during the first 14 days of January. In planning the timing of your application, see:

- *Application for USMLE* in *Applying for Examination* for information on application processing times,

- *Step 1/Step 2 CK Eligibility Periods* and *Step 2 CS Eligibility Periods* in *Applying for Examination* for information on how eligibility periods are assigned, and

- *Reporting of Scores* in *Examination Results* for information on scoring turnaround times.

You should also consider deadlines imposed by the National Resident Matching Program (NRMP) and graduate medical education (GME) programs. Finally, you should be aware that demand for test dates/centers at certain times during the year may exceed the number of testing spaces available.

**Important Note:** It is solely the responsibility of the applicant to complete the required exams in time to meet deadlines imposed by the NRMP and/or GME programs. Since the number of applicants seeking to complete these exams may exceed the spaces available in time to meet those deadlines, there is no guarantee that sufficient spaces will be available for all applicants to meet deadlines imposed by the NRMP and/or GME programs. ECFMG assumes no liability of any kind if an applicant does not complete the exams in time to have results available to meet NRMP and/or GME program deadlines.

ECFMG000695

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees | Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods | Reexamination and Reapplication

### Exam Fees

You must pay all applicable fees at the time you apply for examination. If you apply for more than one exam at the same time, you must pay applicable fees for **all** exams at the time of application. **If you do not pay all fees, your application will be rejected.** If your application is rejected, any payment received with that application will be credited to your ECFMG financial account. See *Payment* in *Your ECFMG Financial Account*.

**For all exams**, there is an examination fee. **For Step 1 or Step 2 CK**, there is an **additional** international test delivery surcharge, if you choose a testing region other than the United States/Canada. These surcharges represent the additional cost of offering Step 1 and Step 2 CK by computer outside the United States and Canada. If you choose to take the exam in the United States or Canada, you do not need to pay a surcharge. For information on Step 1/Step 2 CK testing regions, see *Testing Locations* in *Applying for Examination*. For the current exam fees and international test delivery surcharges, see the *Fees* page on the ECFMG website.

All fees are in U.S. dollars and are subject to change without notice.

ECFMG000696

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

### Examinees Who Require Personal Items in the Testing Room

As explained in the USMLE *Bulletin of Information*, unauthorized possession of personal items while you are in the
secure areas of the test center is prohibited. However, in certain limited circumstances, exceptions to this policy
may be made for medical reasons, provided that permission is granted in advance of test administration.
Examples of items that require advance permission include medication, an external appliance, or electronic
device; examples of appliances and devices to which this policy applies include insulin pumps, inhalers,
medications, TENS units, breast pumps (for Step 2 CS), hearing aids, electronic or digitally amplified or otherwise
enhanced non-standard stethoscopes (for Step 2 CS), wheelchairs, canes, crutches, and casts. This list is not
exhaustive. If you believe that you have a medical condition that requires you to use any of these items in the
secure areas of the test center or if you are unsure whether you should request an exception, see *Examinees
Who Require Personal Items in the Testing Room* in the USMLE *Bulletin of Information* for instructions. You can
contact the Personal Item Exception Coordinator by e-mail at PIE@nbme.org.

ECFMG000697

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

### Examinees with Disabilities Requesting Test Accommodations

The USMLE program provides reasonable accommodations for examinees with disabilities who are covered under
the Americans with Disabilities Act (ADA) as amended. If you are a disabled individual covered under the ADA
and require test accommodations, the following guidelines apply to you:

- You must obtain information regarding procedures and documentation requirements in advance of applying
  for each Step or Step Component. This information and the required forms are available on the USMLE
  website.

- Your exam application and your request for accommodations and accompanying documentation must be
  submitted at the same time. Send your request and accompanying documentation to the address on the
  request form; do not send your request and documentation with any exam application materials. All
  requests and accompanying documentation must be in English.

- NBME will process your request for test accommodations in accordance with USMLE policies and
  procedures, will render a decision, and will inform you of the outcome of your request. You will not be
  registered until your request has been evaluated and a decision rendered. As a result, you may be
  assigned an eligibility period that is later than the eligibility period you selected at the time of application.
  Requesting test accommodations will delay the release of your scheduling permit up to eight weeks.

- When test accommodations are granted for USMLE Steps and Step Components, score reports and
  transcripts may include an annotation that an accommodation was granted. Score recipients who inquire
  about the annotation will be provided with information only about the nature of the accommodation, not the
  disability.

For additional information, see *Examinees with Disabilities Requesting Test Accommodations* in the USMLE
*Bulletin of Information*.

ECFMG000698

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

## Testing Locations

### Step 1 and Step 2 CK

Step 1 and Step 2 CK are delivered at Prometric test centers worldwide. Prometric's test centers are grouped into defined testing regions. Within each region, Prometric has a central office known as the Regional Registration Center. A list of Prometric testing regions is available on the ECFMG website.

When you apply for Step 1 or Step 2 CK, you must choose the testing region where you want to take the exam. If you apply for both Step 1 and Step 2 CK at the same time, you can choose the same testing region for both Step 1 and Step 2 CK, or you can choose a different testing region for each exam. Although you will choose a testing region when you apply, you will not choose a particular test center within that region until you schedule your testing appointment. You can take the exam at any test center in your testing region that offers USMLE, provided there is space available on the date you choose. **The test centers available for USMLE are subject to change.** To obtain current information on specific test centers, visit the Prometric website or follow instructions on the scheduling permit for contacting Prometric.

If you are unable to keep your testing appointment at the test center you select, you can reschedule for a different test center within your testing region, subject to availability. A fee may be charged if you change your appointment, depending upon how much notice you provide when making the change. See *Rescheduling* in *Scheduling the Examination*.

### Step 2 CS

Step 2 CS is administered at regional test centers in Atlanta, Chicago, Houston, Los Angeles, and Philadelphia in the United States. You will not choose a test center when you apply for Step 2 CS. Once registered, you will select a test center, subject to availability, when you schedule your testing appointment. If you are unable to keep your testing appointment at the test center you select, you can reschedule for a different center, subject to availability. To avoid a rescheduling fee, you must cancel or reschedule more than 14 days before your scheduled testing appointment. See *Rescheduling* in *Scheduling the Examination*.

Travel information for each test center can be accessed through the ECFMG and USMLE websites.

ECFMG000699

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

### Step 1/Step 2 CK Eligibility Periods

When you apply for Step 1 or Step 2 CK, you must select a three-month period, such as January-February-March,
February-March-April, etc., during which you would like to take the exam. This three-month period is referred to as
your eligibility period. If you apply for Step 1 and Step 2 CK at the same time, you can select the same eligibility
period for both Step 1 and Step 2 CK, or you can select a different eligibility period for each exam. You must take
the exam during the eligibility period assigned to you. You can take the exam on any day that it is offered during
your assigned eligibility period, provided there is space available at the test center that you choose.

When choosing your eligibility period, remember that: Prometric test centers are closed on major local holidays;
Step 1 and Step 2 CK are not available during the first 14 days of January; and the busiest testing times in the
United States/Canada testing region are May through July and November through December. Your eligibility
period will not be adjusted to compensate for dates when the exams are not available.

To obtain a specific eligibility period:

- ECFMG must receive your **complete** exam application by the 24th day of that eligibility period, **and**
- The processing of your application must be **completed** by ECFMG by the 25th day of that eligibility period.

**Example:** On May 3, an applicant selects the May-June-July eligibility period for Step 1 and submits
her application. The processing of the application is completed by ECFMG on May 23. The applicant is
assigned the May-June-July eligibility period that she selected on her application.

Keep in mind that delays or interruptions in postal service may delay delivery to ECFMG of materials needed to
complete your application.

**If you are a medical school graduate whose medical education credentials have been primary-source
verified by ECFMG; a graduate of a medical school that does not participate in EMSWP and your medical
education credentials have not been primary-source verified by ECFMG; or a student enrolled in a medical
school that does not participate in EMSWP,** it typically takes three weeks from receipt of a complete exam
application for ECFMG to complete the processing of your application.

**If you are a graduate of a medical school that participates in EMSWP and your medical education
credentials have not been primary-source verified by ECFMG or if you are a student enrolled in a medical
school that participates in EMSWP,** ECFMG cannot complete the processing of your exam application until your
medical school verifies your graduate/student status through EMSWP. ECFMG will make your record available to
your medical school and request verification typically within three weeks of receipt of a complete application. The
time needed to complete the processing of your application is contingent upon your medical school's response to
the EMSWP verification request.

**For all applicants,** although you can select an eligibility period as late as the 24th day of that eligibility period,
there is no guarantee that you will be assigned that eligibility period, since the processing of your application may
not be completed by the 25th day of the eligibility period. **If the processing of your application is not
completed in time to assign the eligibility period you select, you will be assigned to the next available
eligibility period, based on the date your application is processed.** The eligibility period assigned to you will
be listed on your scheduling permit. You must read the editions of the ECFMG *Information Booklet* and the
USMLE *Bulletin of Information* that pertain to the eligibility period in which you take the exam.

**Example:** On July 23, an applicant selects the July-August-September eligibility period for Step 2 CK
and submits his application. The processing of the application is completed by ECFMG on August 12.

ECFMG000700

The applicant is assigned the next eligibility period, August-September-October.

As shown in both examples above, you will be able to obtain an eligibility period that has already begun, or that will have begun by the time you are registered and your scheduling permit is issued. **Your assigned eligibility period will not be adjusted to compensate for days that have already passed.**

**Eligibility Period Extension**

If you are unable to take Step 1/Step 2 CK during the three-month eligibility period assigned to you, you may request a **one-time** extension. You may extend your eligibility period only through the next, contiguous eligibility period (the next eligibility period that does not overlap with your original eligibility period).

**Example:** An applicant's original eligibility period is April-May-June 2013. The eligibility period may be extended only through July-August-September 2013.

You may request an extension on-line using IWA. If you take the exam during your original eligibility period or if you do not take the exam, you will not receive a refund or credit of the eligibility period extension fee.

You may request an extension of your eligibility period only once for each exam registration. You may request an extension of your eligibility period only **after** your eligibility period has begun. The processing of your request must be completed by the published deadline or your request will be rejected. For specific information on deadlines, refer to IWA. ECFMG cannot complete the processing of your request until your medical school verifies your graduate/student status.

Additionally, you must continue to be eligible to take the exam during the extended eligibility period (you must still be officially enrolled in a medical school located outside the United States and Canada that is listed in *IMED* and the "Graduation Years" for your medical school must be listed as "Current," or you must be a graduate of such a medical school and your graduation year must be included in the school's *IMED* listing). See *Eligibility for Examination*.

If your eligibility period is extended, NBME will issue a revised scheduling permit reflecting the extension. You must access this revised scheduling permit using IWA and bring it to the test center on the date of your exam.

If you have a scheduled appointment during your original eligibility period and need to cancel and reschedule the appointment for your extended eligibility period, you must contact Prometric to cancel or reschedule that appointment. Requesting an extension of your eligibility period does not cancel a scheduled appointment. A fee may be charged if you change your appointment, depending upon how much notice you provide when making the change. See *Rescheduling* in *Scheduling the Examination*.

If you do not take the exam during your original or extended eligibility period or you are unable to extend your original eligibility period, you must reapply, including payment of the appropriate fee(s), to take the exam.

ECFMG000701

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees |
Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test
Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods |
Reexamination and Reapplication

### Step 2 CS Eligibility Periods

When you are registered for Step 2 CS, you are assigned a 12-month eligibility period that begins on the date that
the processing of your application is completed.

> **Example:** A complete Step 2 CS application is received at ECFMG on July 15, 2013, and processing
> of the application is completed on July 28, 2013. The applicant will be assigned an eligibility period of
> July 28, 2013 – July 27, 2014.

Your eligibility period will be listed on your Step 2 CS scheduling permit. You must take the exam during your
eligibility period. You can schedule a testing appointment for any available date in your eligibility period.

Once your eligibility period is assigned, it cannot be changed or extended. Although you cannot change your
assigned eligibility period, you can reschedule a testing appointment for a different date within your eligibility
period, subject to availability. To avoid a rescheduling fee, you must cancel or reschedule more than 14 days
before your scheduled testing appointment. See *Rescheduling* in *Scheduling the Examination*.

You may take Step 2 CS only once during each assigned eligibility period. If you take and fail the exam, you must
reapply, including payment of the examination fee, to obtain a new eligibility period. You may reapply
approximately 24 hours after your failing score report becomes available; you do not need to wait for the
previously assigned eligibility period to end. If you do not take the exam within your eligibility period, you must
reapply, including payment of the examination fee, to take the exam.

ECFMG000702

## Applying for Examination

Application for USMLE | Medical School Students | Medical School Graduates | When to Apply | Exam Fees | Examinees Who Require Personal Items in the Testing Room | Examinees with Disabilities Requesting Test Accommodations | Testing Locations | Step 1/Step 2 CK Eligibility Periods | Step 2 CS Eligibility Periods | Reexamination and Reapplication

### Reexamination and Reapplication

USMLE policy generally does not allow applicants to retake a Step or Step Component if they have already passed that Step or Step Component. See *Retakes* in the USMLE *Bulletin of Information*.

#### Number of Attempts Allowed

If you fail or do not complete a Step or Step Component, you must reapply, including payment of the appropriate fee(s), to retake the exam. If you do not take an exam during your assigned eligibility period, you must reapply, including payment of the appropriate fee(s), if you wish to take the exam; **in this event ECFMG cannot process a subsequent application for this exam until two weeks after the end of the eligibility period for the exam you did not take**.

The USMLE program has introduced a limit on the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component if the examinee has made **six or more prior attempts** to pass that Step or Step Component, including incomplete attempts. The effective date for the six-attempt limit depends upon whether an examinee took **any** Step or Step Component (including incomplete attempts) before January 1, 2012.

**If you did not take any Step or Step Component before January 1, 2012**, the six-attempt limit went into effect for all exam applications submitted on or after January 1, 2012.

> **Example:** On January 15, 2012, Examinee A submitted an application for his first attempt at any Step or Step Component. The six-attempt limit went into effect at that time for all Steps and Step Components, and Examinee A will be allowed to take each Step or Step Component no more than six times, including incomplete attempts.

**If you took any Step or Step Component (including incomplete attempts) before January 1, 2012**, the six-attempt limit will go into effect for all exam applications that you submit on or after January 1, 2013. Beginning on that date, all attempts at a Step or Step Component will be counted toward the limit, regardless of when the exams were taken.

> **Examples:** Examinee B's application for a seventh attempt at a particular Step or Step Component is received on December 15, 2012. For this examinee, the six-attempt limit will not prevent the seventh attempt, since the application was submitted before January 1, 2013. However, if Examinee B fails the exam, he will not be eligible to submit an application on or after January 1, 2013 to retake that Step or Step Component.
>
> Examinee C attempts to submit an application for a seventh attempt at a particular Step or Step Component on or after January 1, 2013. The application will not be processed, since all exam applications submitted on or after January 1, 2013 will be subject to the six-attempt limit.

For the purpose of U.S. medical licensure, the USMLE program recommends to state medical licensing authorities a limit on the number of attempts allowed to pass each Step or Step Component. See *Number of Attempts Allowed to Complete All Steps and Time Limits* and *Retakes* in the USMLE *Bulletin of Information*. You should contact the FSMB for general information and the medical licensing authority of the jurisdiction where you plan to apply for licensure for definitive information, since licensure requirements vary among jurisdictions.

#### Time Between Examination Attempts

The USMLE program sets rules on how quickly you can retake the same Step or Step Component. You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts

ECFMG000703

must be at least 12 months after your first attempt at that exam **and** at least six months after your most recent attempt at that exam.

> **Example:** An examinee took and failed her first attempt at Step 1 on January 15, 2011, her second attempt at Step 1 on April 15, 2011, and her third attempt at Step 1 on September 15, 2011. In January 2012, the examinee applied for a fourth attempt at Step 1, and wanted the March-April-May eligibility period. The earliest date that was both 12 months after her first attempt on January 15, 2011 and six months after her most recent attempt on September 15, 2011 was March 15, 2012. Since the March-April-May eligibility period began before this date, the applicant may only request an eligibility period that began after March 15, 2012, for example, April-May-June.

When you reapply, your eligibility period will be adjusted, if necessary, to comply with these rules. You must read the editions of the ECFMG *Information Booklet* and the USMLE *Bulletin of Information* that pertain to the eligibility period in which you take the exam.

### Time Limit for Completing Examination Requirements

**For the purpose of ECFMG Certification**, you must pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. If you do not pass all Steps and Step Components required for ECFMG Certification within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification.*

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. See *Retakes* in the *USMLE Bulletin of Information*. You may only request the exception at the time that you apply for the previously passed exam. Exceptions to the reexamination policy are not approved prior to your submitting the exam application.

> **Important Notes: For the purpose of U.S. medical licensure**, the USMLE program recommends to state medical licensing authorities that they require applicants to pass the full USMLE sequence (including Step 3, which is not required for ECFMG Certification) within a seven-year period. See *Number of Attempts Allowed to Complete All Steps and Time Limits* and *Retakes* in the *USMLE Bulletin of Information*. Additionally, applicants who retake a previously passed Step or Step Component to comply with a time limit should understand the implications of a failing retake performance on their Step 3 eligibility. See *Official Performance of Record for Examinees Retaking a Previously Passed Step* in the *USMLE Bulletin of Information*.

If an applicant's earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, the applicant is required to pass only Step 1 and Step 2 CK within a seven-year period for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period. See *Time Limit for Completing Examination Requirements* in *Examinations for ECFMG Certification*. If this applicant passes Step 1 and Step 2 CK within a seven-year period, these passing performances will remain valid for ECFMG Certification, regardless of when Step 2 CS is taken and passed. **This applicant will not be eligible to retake Step 1 or Step 2 CK for the purpose of meeting a time limit imposed by a state medical licensing authority until after he or she is certified by ECFMG**. If you are certified and need to retake a previously passed exam for the purpose of meeting a time limit imposed by a state medical licensing authority, complete requirements and instructions will be provided at the time of exam application.

ECFMG000704

## Scheduling the Examination

Your Scheduling Permit | Scheduling | Rescheduling

### Your Scheduling Permit

When your registration is complete, you will be issued an exam scheduling permit. If you apply for more than one exam at the same time, you will be issued separate scheduling permits for each exam. The scheduling permit includes instructions for scheduling your testing appointment and a description of the form(s) of identification you must bring to the test center on your exam date. See *Acceptable Identification* in *Taking the Examination.*

**The scheduling permit is a very important document, and you should be careful not to lose it**. You **must** bring your scheduling permit to the test center on your exam date. **If you do not bring your scheduling permit, you will not be allowed to take the exam.**

Additionally, your name as it appears on your scheduling permit and your form(s) of identification must match **exactly**. Refer to your scheduling permit for limited exceptions. **If the names do not match, you will not be allowed to take the exam**. See *Acceptable Identification* in *Taking the Examination.* If you are not allowed to take the exam, you must pay a fee to reschedule your exam. Your rescheduled testing appointment must fall within your assigned eligibility period.

You should verify that all information included in your scheduling permit is correct. The scheduling permit includes your name, the exam for which you registered, and the eligibility period during which you must take the exam. For Step 1 and Step 2 CK, it also includes your assigned testing region. If any of the information on the scheduling permit is incorrect or you have questions or concerns about this document, contact ECFMG by e-mail, telephone, or fax. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website.

### Step 1 and Step 2 CK

If ECFMG determines that you are eligible, ECFMG will forward your registration information to NBME. NBME will issue your scheduling permit. Scheduling permits are issued in electronic format and can be accessed using ECFMG's IWA. Once your scheduling permit is available, ECFMG will send a notification to the e-mail address in your ECFMG record; this message will include instructions for accessing the electronic scheduling permit using IWA. **You will not receive the scheduling permit or notification by postal mail.**

If the beginning of your assigned eligibility period is more than six months in the future, your scheduling permit will not be available and the notification e-mail will not be sent until approximately six months before the beginning of the assigned eligibility period.

Applicants must print a copy of the scheduling permit and bring it to the test center on their exam date. The Step 1/Step 2 CK scheduling permit includes two important numbers:

- **Your Scheduling Number** – you must provide this number when you schedule your testing appointment; and
- **Your Candidate Identification Number (CIN)** – you must enter your CIN into the computer at the test center to start the exam and to re-enter the exam after a break. You must keep this number confidential. For your own protection, do not share your CIN with anyone, except as directed by test center staff on your test day.

If the name in your ECFMG record is changed or your Step 1/Step 2 CK eligibility period is extended while you are registered, a revised scheduling permit reflecting this change will be issued. You must access this revised scheduling permit using IWA and bring it to the test center on your test date.

If you lose your scheduling permit, you can reprint it by accessing IWA.

### Step 2 CS

If ECFMG determines that you are eligible, ECFMG will issue your scheduling permit. Scheduling permits are issued in electronic format and can be accessed using ECFMG's IWA. Once your scheduling permit is available, ECFMG will send a notification to the e-mail address in your ECFMG record; this message will include instructions for accessing the electronic scheduling permit using IWA. **You will not receive the scheduling permit or**

ECFMG000705

**notification by postal mail.**

If the name in your ECFMG record is changed while you are registered, a revised scheduling permit reflecting this change will be issued. You must access this revised scheduling permit using IWA and bring it to the test center on your test date.

If you lose your scheduling permit, you can reprint it by accessing IWA.

ECFMG000706

## Scheduling the Examination

*Your Scheduling Permit* | Scheduling | *Rescheduling*

## Scheduling

You can schedule your testing appointment as soon as you obtain your exam scheduling permit. Your scheduling permit provides instructions for reviewing available test dates and centers and scheduling a testing appointment.

To schedule a testing appointment, you must select a test date and center. The test date you select must fall within your assigned eligibility period. For Step 1/Step 2 CK, the test center you select must be located within your assigned testing region.

Testing appointments are available on a "first-come, first-served" basis. You should monitor the availability of test dates within your eligibility period. You should also review the important information in *When to Apply* in *Applying for Examination*. **If you do not schedule and take the exam during your eligibility period, you will lose your payment for the exam and you will need to reapply, including payment of applicable fees, to take the exam in the future.**

### Step 1 and Step 2 CK

You can schedule your testing appointment with Prometric up to six months in advance. You must schedule before 12:00 noon (local time at the Regional Registration Center for your testing region) at least two business days prior to the exam date that you want.

When you schedule, you must provide the Scheduling Number listed on your scheduling permit. You will receive your Prometric Confirmation Number. Be sure to keep this number. If you need to reschedule your testing appointment, you will need your Prometric Confirmation Number.

### Step 2 CS

A schedule for reporting Step 2 CS results is available on the ECFMG and USMLE websites. Please refer to this information **before scheduling a testing appointment if you need your results by a specific deadline**. You should also review the important information in *How Step 2 CS Test Dates Become Available*, below.

Step 2 CS is administered in both morning (AM) and afternoon (PM) sessions. Although you will select your test **date** and **center**, you will not be able to choose your test session. When you confirm a testing appointment, you will be assigned to either an AM or PM **session**. A PM session is assigned if, for that test date and center, AM sessions have been filled and PM sessions have been opened. When reviewing available test dates, you will be informed whether AM or PM sessions are currently being assigned for each date, and you can continue to check available dates for one offering your preferred session. Before you confirm a testing appointment, you will be informed once again whether an AM or PM session will be assigned.

After you confirm your testing appointment, you will be able to print a confirmation notice that includes your scheduled test date, arrival time, test center, and other important information. You should bring the confirmation notice to the test center on your test date. If you lose the confirmation notice, you can reprint it by accessing Step 2 CS Calendar and Scheduling.

### How Step 2 CS Test Dates Become Available

- Testing appointments are available on a "first-come, first-served" basis (although some scheduling restrictions may be imposed). It is possible that you will not be able to obtain a testing appointment for the first time period and/or test center you prefer.

- The availability of testing appointments will change frequently as a result of applicant scheduling and rescheduling.

- It is possible that testing appointments will become available for the time period and/or test center that you prefer **after** you have scheduled an appointment for a different time period and/or center. In this event, you can change your scheduled test date and/or center, subject to availability. A fee may be charged for this service. See *Rescheduling* in *Scheduling the Examination*.

- Although you can monitor available test dates for your preferred time period and center, availability is not

ECFMG000707

guaranteed. You must take the exam during your assigned eligibility period. If you do not take the exam during your eligibility period, you must reapply, including payment of the exam fee, to take the exam.

ECFMG000708

## Scheduling the Examination

Your Scheduling Permit | Scheduling | Rescheduling

### Rescheduling

**Step 1 and Step 2 CK**

If you are unable to keep your testing appointment on the scheduled date or at the scheduled test center, you may change your date and/or center, subject to availability. You may cancel and reschedule at the same time, or you may cancel and then reschedule at a later date. Your new test date must fall within your assigned eligibility period. Your new test center must be located within your assigned testing region. You will need to provide your Prometric Confirmation Number when you cancel or reschedule.

To reschedule your appointment, follow the instructions for contacting Prometric on your scheduling permit. A fee may be charged if you change your appointment, depending upon how much notice you provide when making the change.

If you cannot take the exam during your assigned eligibility period, you may request an extension. See *Step 1/Step 2 CK Eligibility Periods* in *Applying for Examination* for additional information. However, you must still cancel a scheduled testing appointment, as described above, if you cannot keep the appointment. Requesting an extension of your eligibility period does **not** cancel a scheduled testing appointment.

**Step 2 CS**

If you have a scheduled testing appointment and are unable to take the exam on your scheduled test date or at your scheduled test center, you can cancel your scheduled testing appointment and reschedule for a different date and/or center, subject to availability. A fee may be charged for this service depending on how much notice you provide when canceling your appointment, as described below. To cancel or reschedule, access Step 2 CS Calendar and Scheduling.

Before canceling and/or rescheduling a scheduled testing appointment, you will have the opportunity to review available test dates at all testing locations. Your rescheduled test date must fall within your assigned eligibility period. There is no limit on the number of times you can cancel and reschedule your testing appointment. However, a rescheduling fee is charged for each rescheduled testing appointment that does not meet the notice requirements described below. **Any** change to a scheduled testing appointment constitutes rescheduling.

You can cancel and reschedule at the same time, or you can cancel and reschedule later. You can cancel and/or reschedule at any time through the end of the day before your scheduled test date. However, no canceling is allowed beginning at 12:00 a.m., Eastern Time in the United States, on the scheduled test date. If you do not cancel and you miss your scheduled testing appointment, you can reschedule within your assigned eligibility period once it is confirmed that you did not take the test.

> **Important Note:** If you cancel without rescheduling or miss your scheduled testing appointment, there is no guarantee that testing appointments during your eligibility period will be available at a given test center, or at any test center, when you attempt to reschedule. If you do not reschedule within your eligibility period, you must reapply, including payment of the exam fee, to take the exam.

There is no fee to **cancel** a scheduled testing appointment; the fee, if applicable, is due at the time of **rescheduling**. However, the date that you **cancel** your appointment, using Eastern Time in the United States, will determine whether you pay a rescheduling fee and the amount of this fee.

- If you cancel more than 14 calendar days before (but not including) your scheduled test date, there is **no fee** to reschedule.

- If you cancel during the 14-day period before (but not including) your scheduled test date, your fee will be **$150** when you reschedule.

- If you miss your scheduled testing appointment without canceling, your fee will be **$400** when you reschedule.

ECFMG000709

If you are unable to keep your scheduled testing appointment, **you should cancel your appointment as soon as possible to avoid a rescheduling fee**, regardless of whether you are ready to reschedule.

ECFMG000710

## Preparing for Examination

Format and Content of the Exams | Practice Materials | NBME Self-Assessments | Step 1/Step 2 CK Practice Session at a Prometric Test Center

### Format and Content of the Exams

Step 1 and Step 2 CK are each one-day, multiple-choice exams that are administered by computer. Each exam consists of multiple-choice questions divided into 60-minute blocks. The Step 1 testing session lasts approximately eight hours. The Step 2 CK testing session lasts approximately nine hours.

Step 2 CS is a one-day exam that consists of 12 simulated patient cases. The Step 2 CS testing session lasts approximately eight hours.

For detailed information on test lengths and formats, see *Preparing for the Test* in the USMLE *Bulletin of Information*. The best preparation for USMLE exams is a general, thorough review of the content reflected in the examination descriptions in *Examination Content* in the USMLE *Bulletin of Information*. You should also review further information on the examination content and test formats available on the USMLE website and run the practice tests available on the USMLE website. Please note that USMLE practice materials are updated periodically.

> **Important Note:** The Comprehensive Review of USMLE (CRU) was initiated in 2004. The goal of this review was to determine if the purpose of USMLE was being effectively and efficiently supported by the current design, structure, and format. This review resulted in recommendations that have been carefully reviewed by the staff and governing bodies of ECFMG, FSMB, and NBME and have led to a series of modifications to test content representation, to changes in a number of existing test formats, and to developmental efforts intended to expand the types of competencies addressed by USMLE. Up-to-date information on the current status of this process is posted to the USMLE website.
>
> As changes to the examinations are implemented, the practice materials available on the USMLE website may be updated to reflect these changes. If you plan to take USMLE examinations, you should monitor the USMLE and ECFMG websites for the latest information on changes related to CRU.

ECFMG000711

## Preparing for Examination

Format and Content of the Exams | Practice Materials | NBME Self-Assessments | Step 1/Step 2 CK Practice Session at a Prometric Test Center

### Practice Materials

Practice materials for all Steps and Step Components are available on the USMLE website. Please note that these materials are updated periodically.

The practice Step 1/Step 2 CK test materials will help you become familiar with the types of questions and exam software that you will encounter on the date of your exam. It is **recommended** that you practice with the exam software before taking the exam. You should also review the further information on examination content and test formats available on the USMLE website.

For Step 2 CS, the materials include the *Step 2 Clinical Skills (CS) Content Description and General Information* booklet, a simulation of the computerized patient note-taking program that you will use to type your post-encounter patient notes, and an orientation video.

> **Important Note:** There are no test preparation courses affiliated with or sanctioned by the USMLE program. Information on such courses is not available from ECFMG, FSMB, NBME, USMLE Secretariat, or medical licensing authorities. Test preparation courses and materials are available from individuals and companies **not** associated with USMLE. It is unlawful for any test preparation service or program to use, disclose, distribute, or otherwise provide access to questions or answers from actual USMLE exams. If you are involved with any enterprise that disseminates USMLE content, you should be aware of the consequences to you, regardless of whether your exposure to USMLE content was advertent or inadvertent. **If there is evidence that you enrolled, participated in, or used any test preparation program or service that distributes, provides access to, or uses USMLE questions or answers, or provides a forum for others to share such information, your registration and/or testing may be canceled; your scores on the USMLE may be withheld or canceled; and you may be subject to further sanctions.**

ECFMG000712

## Preparing for Examination

Format and Content of the Exams | Practice Materials | NBME Self-Assessments | Step 1/Step 2 CK Practice Session at a Prometric Test Center

### NBME Self-Assessments

The NBME offers web-based self-assessments to help medical students and graduates evaluate their readiness for computer-based Steps and Step Components (Step 1, Step 2 CK, and Step 3).

- The Comprehensive Basic Science Self-Assessment (CBSSA), which is built to the same content specifications as Step 1, covers material in basic science medical education courses. There are at least six unique CBSSA forms available, each featuring 200 multiple-choice questions divided into four sections.

- The Comprehensive Clinical Science Self-Assessment (CCSSA), which is built to the same content specifications as Step 2 CK, covers material in core clinical clerkships. There are at least four unique CCSSA forms available, each featuring 184 multiple-choice questions divided into four sections.

The Comprehensive Clinical Medicine Self-Assessment (CCMSA), which is built to the same content specifications as the multiple-choice component of Step 3 is also available.

NBME research demonstrates that under certain circumstances there is a moderate relationship between performance on the CBSSA and CCSSA and subsequent Step 1 or Step 2 CK exams. Medical students and graduates may find these self-assessments to be valuable tools as they prepare for USMLE Step 1 and Step 2 CK.

All questions have appeared previously in the USMLE. Participants can choose to take the self-assessments under two timing conditions: standard USMLE pacing or self-pacing.

Participants receive immediate performance feedback in the form of a performance profile showing content areas of strength and weakness. For the CBSSA (Step 1) and CCSSA (Step 2 CK), feedback also includes a table that "translates" the self-assessment score to an approximate score on the USMLE scale. Expanded feedback is an option available for all self-assessments and includes the number of items answered incorrectly by category as well as the opportunity to review them. Participants in multiple self-assessments receive longitudinal feedback.

The self-assessments are available for $50.00 per form for standard forms and $60.00 per form for expanded feedback forms.

For complete information, to view a sample assessment, or to purchase an assessment, access the NBME Self-Assessment Services website.

ECFMG000713

## Preparing for Examination

Format and Content of the Exams | Practice Materials | NBME Self-Assessments | Step 1/Step 2 CK Practice Session at a Prometric Test Center

### Step 1/Step 2 CK Practice Session at a Prometric Test Center

If you have obtained your scheduling permit for Step 1 or Step 2 CK, you can register to take a practice session for this exam at a Prometric test center. You must pay a fee to Prometric for this service. **The material used for the practice sessions at Prometric test centers is shorter than the actual USMLE examinations.**

If you would like to take a practice session at a Prometric test center, you must register for the practice session and obtain a practice session scheduling permit. You can obtain more information and register for a practice session on the USMLE website. Information on the fee for the practice sessions is also available on this site.

When you register for a practice session, you will be asked for the Scheduling Number and Candidate Identification Number from your Step 1 or Step 2 CK scheduling permit. You should allow seven business days for issuance of your practice session scheduling permit. Once your scheduling permit is available, ECFMG will send a notification to the e-mail address in your ECFMG record; this message will include instructions for accessing the electronic practice session scheduling permit using IWA.

ECFMG000714

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

### Step 1 and Step 2 CK

You should arrive at the Prometric test center 30 minutes before your scheduled testing appointment. **If you arrive after your appointment time, you may not be allowed to take the exam. If you arrive more than 30 minutes after your scheduled testing appointment or do not have both the scheduling permit and acceptable identification, you will not be allowed to take the exam**. If you are not allowed to take the exam for these reasons, you must pay a fee to Prometric to reschedule your exam. Your rescheduled testing appointment must fall within your assigned eligibility period.

You must bring **both** your scheduling permit and acceptable identification. If the name in your ECFMG record is changed or your eligibility period is extended while you are registered for Step 1/Step 2 CK, NBME will issue a revised scheduling permit reflecting this change. You must access this revised scheduling permit using IWA and bring it to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

If you need directions to the test center, visit the Prometric website or contact Prometric in advance of your test date. If you are testing in the United States/Canada, call the test center using the telephone number provided when you scheduled your appointment. If you are testing outside the United States/Canada, contact the Regional Registration Center for your testing region using the contact information on your scheduling permit.

For detailed information on procedures upon arrival and throughout the testing day, see *Testing* in the USMLE *Bulletin of Information*.

If you start the examination, but do not complete it for reasons other than a technical problem, you may contact NBME for consultation; see *Test Administration Problems/Inquiries* in the USMLE *Bulletin of Information*. The attempt may appear as an "incomplete" on your USMLE transcript.

ECFMG000715

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

### Step 2 CS

The time you should arrive will be listed on the confirmation notice you will print after scheduling your testing appointment. **If you arrive during the on-site orientation, you may be allowed to test; however, you will be required to sign a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test. You will have to reschedule your testing appointment and pay the rescheduling fee.**

You must bring your scheduling permit and acceptable identification. If the name in your ECFMG record is changed while you are registered for Step 2 CS, a revised scheduling permit reflecting this change will be issued. You must access this revised scheduling permit using IWA and bring it to the test center. Name changes must be received **and processed** by ECFMG no later than seven business days before your testing appointment, or you will not be able to test.

You should also bring your confirmation notice to the test center. You can reprint your confirmation notice by accessing Step 2 CS Calendar and Scheduling.

Travel information for each test center can be accessed through the ECFMG and USMLE websites.

For detailed information on procedures upon arrival and throughout the testing day, see the USMLE *Step 2 Clinical Skills (CS) Content Description and General Information* booklet, available on the USMLE website, and *Testing* in the USMLE *Bulletin of Information*.

If you start to test but do not complete the examination, the attempt may appear as an "incomplete" on your USMLE transcript.

ECFMG000716

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

---

### Travel Status

Applicants traveling to the United States to take an exam are responsible for making the necessary travel and accommodation arrangements. If you are neither a U.S. citizen nor a U.S. lawful permanent resident, you are responsible for obtaining required travel documents. These documents may include a visa to enter the United States. The requirements of the U.S. Department of Homeland Security (DHS) and U.S. embassies and consulates regarding issuance of visas and travel to and from the United States are subject to change. You should review current requirements before applying for a visa. For additional information, visit the DHS website and the U.S. Department of State website.

Step 2 CS is administered only in the United States. Upon request, ECFMG provides Step 2 CS applicants with a letter that may assist during the process of applying for a visa. The letter indicates that the applicant is registered for Step 2 CS, one of the exams required for ECFMG Certification. The letter also indicates that the applicant is required to travel to the United States to take the exam and provides the date by which the applicant must complete the exam. You can request this letter when you apply for Step 2 CS. After completion of the registration process, ECFMG will issue the letter, and it will be available to you through IWA. If you are unable to obtain the appropriate visa to enter the United States to take Step 2 CS, you may request a full refund of the exam fee. See *Refunds* in *Your ECFMG Financial Account*.

If you are traveling from a distant location, you should consider arriving a day or two before the examination in order to be rested.

ECFMG000717

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

## Acceptable Identification

Your name as it appears on your scheduling permit and your form(s) of identification must match **exactly**. Refer to your scheduling permit for limited exceptions. Since your name on the scheduling permit appears in the Latin alphabet (in "English language letters"), the name on your identification must also appear in the Latin alphabet. The spelling of the name on your scheduling permit must match **exactly** the spelling of the name on the form(s) of identification you present at the test center. If the names do not match as described above, you will not be allowed to take the exam. See *Your Name* in *Your ECFMG Record.*

The form of identification you present must be one of the forms of **unexpired**, government-issued identification listed below that contains your **name in the Latin alphabet**, your **signature**, and your recent (no more than 10 years earlier) **photograph**. The following forms of identification are acceptable, only if they meet all of these requirements:

- Passport
- Driver's license with photograph
- National identity card
- Other form of dated, **unexpired**, government-issued identification that meets all of these requirements

If your identification contains your name in the Latin alphabet and your photograph but not your signature, you can use another form of unexpired identification that contains your signature, such as a student/employee identification card or a credit card, to **supplement** your photo-bearing, government-issued identification.

If you do not have acceptable identification, as described above, that contains your name in the Latin alphabet, you can apply for an ECFMG Identification Card (EIC). You may use a valid EIC **in place of** one of the forms of identification listed above to gain admittance to the test center on the date of your exam. To receive an EIC, you must complete an *ECFMG Identification Card Request Form* (Form 180), available from ECFMG upon request. To request Form 180, you must submit a written request to ECFMG **after** you have been registered for examination. Use the contact information for General Inquiries on the Contact ECFMG page of the ECFMG website. ECFMG will not provide Form 180 to individuals who are not registered for examination. Each EIC is valid for one testing appointment only and will be collected at the test center at the end of your testing appointment.

> **Important Note:** The purpose of the EIC is to provide acceptable identification for examinees who do not have identification that contains their name in the Latin alphabet. Do not request an EIC if you already have identification that meets all of the requirements listed above. Requests for EICs are processed typically within four weeks of receipt of a completed Form 180.

ECFMG000718

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

### Testing Conditions

The USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. If there is a reason to believe that the integrity of the examination process is jeopardized, the USMLE parent organizations, the NBME and FSMB, may invalidate all or any part of an examination. If information indicates that continued testing would jeopardize the security of examination materials or the integrity of scores, the USMLE parent organizations reserve the right to suspend or cancel test administration. See *Testing* in the USMLE *Bulletin of Information*.

ECFMG000719

## Taking the Examination

Step 1 and Step 2 CK | Step 2 CS | Travel Status | Acceptable Identification | Testing Conditions | USMLE Program and Irregular Behavior

## USMLE Program and Irregular Behavior

The USMLE program's definition of irregular behavior includes, "any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process." All USMLE exams are monitored through use of audio and video monitors, recording equipment, and by test center staff. Failure to adhere to the instructions of test center staff during the exam may result in a determination of irregular behavior and permanent annotation of your USMLE record and transcripts. If staff observe you violating test administration rules or engaging in other forms of irregular behavior during an exam, the center staff will not necessarily tell you of the observation at the time of the exam. Test center staff are required to report such incidents to the USMLE program; each report is fully investigated. See *Irregular Behavior* in the USMLE *Bulletin of Information*. See *ECFMG Policies and Procedures Regarding Irregular Behavior*, which also may apply.

> **Important Notes:** Postings and discussion of examination content on the Internet are violations of the USMLE Rules of Conduct. Examination content includes, but may not be limited to, questions, case content, and answers. If there is evidence that you have violated this or any other test administration rule, actions may be taken under the USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, information regarding this determination becomes part of your USMLE record. Your score report (if applicable) and USMLE transcript will contain a notation regarding the irregular behavior. You may also be barred from taking the USMLE in the future. Additionally, your exam results may be withheld or invalidated. See *Testing Regulations and Rules of Conduct* and *Irregular Behavior* in the USMLE *Bulletin of Information*.

> Anomalous performance and/or unusual testing history may be indicative of irregular behavior or other issues that bear on your access to USMLE. If your performance raises concerns about your readiness to test or your motivation to pass, the USMLE program reserves the right to restrict your future access to its examinations and/or to impose conditions upon future access. Do not test if you are unable or unready to test on your scheduled test date. Taking a Step administration to familiarize yourself with the examination format, or for any reason other than to pass, may result in a limitation being placed on your future access to USMLE.

ECFMG000720

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

### Minimum Passing Scores

For ECFMG Certification, you must obtain at least the USMLE-recommended pass outcome for each required Step or Step Component. The USMLE-recommended minimum passing level is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments will be posted on the USMLE website. The recommended minimum passing level in place on the day you test will be the level used for scoring purposes. See *Minimum Passing Scores* in the USMLE *Bulletin of Information*.

ECFMG000721

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

### Scoring

NBME is responsible for determining the results of USMLE exams and for issuing the score reports. See *Scoring and Score Reporting* in the USMLE *Bulletin of Information*.

> **Important Note:** The USMLE program routinely monitors examinee performance on the Step examinations for unusual results. If such review raises concerns, e.g., about your readiness to test or your level of motivation in trying to pass the examination, you may be contacted by representatives of the USMLE program. Unusual performance patterns may result in your access to reapply and/or retest being delayed and/or your retesting being subject to conditions. If you wish to become more familiar with the USMLE examinations, you should utilize the materials designed for this purpose (See *Preparing for the Test* in the USMLE *Bulletin of Information*). You should not take a USMLE Step for "practice" or for purposes of becoming familiar with its format or structure.

ECFMG000722

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA
Performance History | Validity of Scores

### Reporting of Scores

Results for Step 1/Step 2 CK are typically available within three to four weeks after your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least eight weeks after your test date to receive notification that your score report is available. Results for Step 2 CS are available according to the Step 2 CS Schedule for Reporting Results, available on the USMLE and ECFMG websites. To avoid misinterpretation and to protect the privacy of examinees, ECFMG will not provide scores or pass/fail outcomes by telephone, fax, or e-mail to anyone, including examinees.

Please note that the reporting of scores may be delayed if additional data and/or analyses are required to assure the validity of the test scores. Additionally, ECFMG reserves the right to reverify with the medical school the eligibility of medical school students and graduates who are registered for examination. If ECFMG requests reverification of your student/graduate status with your medical school, your score report will be issued only after reverification of your status has been received by ECFMG.

> **Important Note:** Updates and/or modifications to the test item pools may occur for each USMLE Step. When such changes occur, score reporting may be delayed. Please monitor the USMLE website for updates.

Score reports are issued in electronic format only and can be accessed using ECFMG's OASIS; **you will not receive a paper score report by postal mail.** Once your score report has been issued, ECFMG will send a notification to the e-mail address in your ECFMG record. Instructions on how to view, download, and print your examination results will be available in the e-mail notification.

Score reports are available for approximately 120 days from the date of e-mail notification. Once the score report is removed from the website, your results will be provided to you only in the form of an official USMLE transcript. To obtain a transcript, you will be required to submit a request and pay a fee. Therefore, it is strongly recommended that you print and/or save your score report while it is available.

> **Important Note:** ECFMG may provide your medical school with data on your performance on administrations of USMLE Step 1, USMLE Step 2 CK, and USMLE Step 2 CS. Data provided include whether you passed or failed the exam administration, and, for Step 1 and Step 2 CK, your numerical score on a three-digit scale.
>
> You have the option to withhold your exam results from your medical school; data are not made available on examinees who exercise this option. To have the results of an exam administration withheld, you must submit a request through ECFMG's IWA at least 10 days before your scheduled test date. If you make this request, the score information provided to the medical school for that exam administration will list your name and the notation "withheld at the request of the examinee." If you want your score for that exam administration reported to your medical school subsequently, you must request and pay for a USMLE transcript. See *USMLE Transcripts* in *Examination Results* and *Official USMLE Transcripts and Providing Scores to Third Parties* in the USMLE *Bulletin of Information*.

### Step 1 and Step 2 CK
Score reports for Step 1 and Step 2 CK include a pass/fail designation, numerical scores, and graphical performance profiles, summarizing areas of strength and weakness to aid in self-assessment. These profiles are developed solely for the benefit of examinees and will not be reported or verified to any third party.

> **Important Note:** The USMLE program has begun the process of limiting the reporting of scores on the two-digit scale. Visit the USMLE website for more information.

Except as otherwise specified below, to receive a score for Step 1/Step 2 CK, you must begin **every block of the**

ECFMG000723

**test**. If you do not begin every block, no results are reported, and the "incomplete" attempt appears on your USMLE transcript.

If your examination is incomplete, NBME may give you the option to request that your score be calculated and reported, with all missed test items scored as incorrect. This score is likely to be lower than the score you would have achieved had you completed all sections of the examination. If this option is available to you, you will receive notification from NBME. **Not all examinees will receive notification regarding an incomplete attempt.** If you have questions about the status of your exam, you may send an e-mail to testadmin@nbme.org for information.

If you do receive notification, contact NBME in writing no later than 45 days after the date the notification was sent to you if you would like further information on having the scored calculated and reported. If you decide to request calculation and reporting of your score, the score will appear on your USMLE transcript as though it were complete; it will remain the permanent score for the examination administration.

**Step 2 CS**

Performance on Step 2 CS is reported as pass or fail. Score reports include performance profiles, which reflect the relative strengths and weaknesses of the examinee's performance across the subcomponents of Step 2 CS.

For Step 2 CS, if you leave the test early, or for some other reason you fail to carry out one or more of the cases, your performance may be assessed on those cases you completed. If this assessment were to result in a passing outcome no matter how poorly you may have performed on the missed case(s), then a "pass" would be reported. If this assessment were to result in a failing outcome no matter how good your performance may have been on the missed case(s), then a "fail" would be reported. Otherwise, the attempt may be recorded as an "incomplete."

Additional information on scoring and score reporting for all Steps and Step Components is available in the USMLE *Bulletin of Information*.

ECFMG000724

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

### Score Rechecks

For all Steps and Step Components, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. However, a recheck will be done if you submit a *Request for Recheck of USMLE® Step 1, Step 2 CK, or Step 2 CS Score* (Form 265) and the fee for this service to ECFMG. Form 265 is available in the Resources section of the ECFMG website and from ECFMG, upon request. Your request must be received at ECFMG no later than 90 days after your score report release date.

For Step 1/Step 2 CK, standard quality assurance procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer. When a request for score recheck is received, the original response record is retrieved and rescored using a system that is outside of the normal processing routine. The rechecked score is then compared with the original score.

For Step 2 CS, score rechecks first involve retrieval of the ratings received from the standardized patients and from the physician note raters. These values are then resummed and reconverted into final scores in order to verify whether the reported pass/fail outcome was accurate. There is no rerating of encounters or of patient notes; videos of encounters are not reviewed. Videos are used for general quality control and for training purposes and are retained only for a limited period of time.

Patient notes are carefully reviewed, in some instances by multiple physicians, before scores are released. As part of the quality control procedures for initial scoring, examinees who fail Step 2 CS solely on the basis of the Integrated Clinical Encounter subcomponent and who are performing at a level that is near the minimum passing point have their patient notes rated by multiple physician note raters. Therefore, patient notes are not reviewed again when a recheck is requested.

ECFMG000725

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

### USMLE Transcripts

To request an official USMLE transcript, you must contact the appropriate registration entity. You must contact the Federation of State Medical Boards if you are registered for or have taken Step 3 and/or you want to send your transcript to a medical licensing authority. In all other cases, submit your transcript request to ECFMG by sending a completed *Request for Official USMLE® Transcript (Form 172)* and the appropriate fee to ECFMG. Form 172 and additional information are available in the Resources section of the ECFMG website and from ECFMG, upon request. You can use OASIS to check whether your USMLE transcript has been sent. For a description of the information provided in USMLE transcripts, see *Official USMLE Transcripts and Providing Scores to Third Parties* in the *USMLE Bulletin of Information*.

> **Important Note:** Graphical performance profiles, which are included in your original score reports, are not included in your USMLE transcript.

If you apply to residency programs through the Electronic Residency Application Service (ERAS), you may request electronic transmittal of your USMLE transcript to these programs. For additional information, refer to the ERAS applicant information available in the ERAS Support Services section of the ECFMG website. Information on the status of requests for electronic transmittal of USMLE transcripts via ERAS is not available through OASIS. If the program does not participate in ERAS, you must submit a transcript request and pay the required fee.

> **Important Note:** The USMLE program has begun the process of limiting the reporting of scores on the two-digit scale. Visit the USMLE website for more information.

ECFMG000726

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

---

### CSA Performance History

If you took the former ECFMG CSA, your USMLE transcript will indicate only that you have CSA examination history. It will not provide any additional information on your attempt(s) on the CSA. To request official copies of your CSA performance history, you must complete a *Request for an Official ECFMG® CSA® History Chart (Form 297)* and submit it to ECFMG with the appropriate fee. Form 297 is available in the Resources section of the ECFMG website and from ECFMG, upon request. For each attempt on the ECFMG CSA, the Official ECFMG CSA History Chart includes the month and year of the administration and the result of your performance. For additional information, refer to the instructions that accompany Form 297.

ECFMG000727

## Examination Results

Minimum Passing Scores | Scoring | Reporting of Scores | Score Rechecks | USMLE Transcripts | CSA Performance History | Validity of Scores

### Validity of Scores

The USMLE program assures the validity of scores reported for USMLE examinations by every means available and reserves the right to cancel scores that are at or above the passing level if the USMLE program cannot certify that they represent a valid measure of knowledge or competence as sampled by the examination. Questions about score validity may result from irregular behavior or other factors.

The performance of examinees is monitored and may be analyzed to detect aberrancies that raise questions about the validity of scores. In addition, evidence of irregular behavior and/or inadvertent access to test content in advance of test administration may indicate that an examinee's scores do not represent a valid measure of the examinee's knowledge or competence as sampled by the examination. In these circumstances, the examinee's score report may be delayed or any further reporting or verification of such scores may be withheld, pending completion of further review and/or investigation. See *Validity of Scores* in the USMLE *Bulletin of Information*.

ECFMG000728

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Medical Education Credential Requirements

To be eligible for ECFMG Certification, you must have been awarded credit for at least four credit years (academic years for which credit has been given toward completion of the medical curriculum) by a medical school that is listed in the *International Medical Education Directory (IMED)* of the Foundation for Advancement of International Medical Education and Research (FAIMER). There are restrictions on credits transferred to the medical school that awards your medical degree that can be used to meet this requirement. Your graduation year must be included in the medical school's *IMED* listing. For more information, see *IMED*.

> **Important Note:** FAIMER's *IMED* will merge with the *Avicenna Directory* of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the *World Directory of Medical Schools*. The *World Directory* is expected to become available in 2013. During the transition to the *World Directory*, *IMED* and the *Avicenna Directory* will remain open to ensure continuity of service. *IMED* and the *Avicenna Directory* will close when the *World Directory* is fully operational. International medical students and graduates should monitor the ECFMG website for detailed information.

> **Note Regarding Ineligible Practitioners:** Graduates not eligible for admission to the exams or for ECFMG Certification include, but are not limited to: Graduates licensed only in stomatology, ayurvedic or homeopathic medicine, or those awarded only the diploma of Physician-Epidemiologist-Hygienist, Physician-Biochemist, Physician-Cyberneticist, Physician-Biophysicist, Licensed Medical Practitioner, or Assistant Medical Practitioner.

International medical graduates must document the completion of all requirements for, and receipt of, the **final medical diploma**. ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma. When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your **final medical school transcript**. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. An international medical graduate's credentials are not considered complete until ECFMG receives and accepts verification of the final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) directly from the issuing school(s).

Please do not send any credentials not required by ECFMG (such as licenses, certificates of full registration, high school diplomas, academic awards, etc.). Submission of unnecessary documents can delay the processing of your exam application.

ECFMG000729

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Transfer Credits

Transfer credits are credits earned for a course taken at one institution (such as a medical school) that are accepted by another medical school toward meeting its degree requirements. For example, a student attends a medical school for one year and earns credits for 12 courses. The student transfers to another medical school, which accepts the credits for those 12 courses toward meeting its degree requirements. The credits for those 12 courses are then referred to as transfer credits.

If you transferred credits to the medical school that awarded or will award your medical degree, you must disclose and document these credits when you apply to ECFMG for examination, **regardless of when the credits were earned**. See *Credentials for ECFMG Certification* in *Medical Education Credentials*. Failure to disclose and document these credits may have a number of negative consequences, including delaying exam registration and certification by ECFMG, and may result in a finding of irregular behavior. See *ECFMG Policies and Procedures Regarding Irregular Behavior*.

Additionally, for the purpose of ECFMG Certification, credits earned on or after January 1, 2008 that are transferred to the medical school that awarded or will award your medical degree must meet **all** of the following criteria:

- Credits must be transferred from one *IMED*-listed medical school to another *IMED*-listed medical school.

- Credits must be for courses taken at one medical school within seven years of the date of graduation at the medical school that accepts the transferred courses.

- Credits must be for courses that were passed at the medical school at which the course was taken.

If your transferred credits do not comply with the policy outlined above, you will not meet the requirements to be registered by ECFMG for examination or the requirements to be certified by ECFMG. If your transferred credits do not meet **all** the criteria listed above, you may request an exception from the ECFMG Medical Education Credentials Committee.

> **Important Note:** FAIMER's *IMED* will merge with the *Avicenna Directory* of the World Federation for Medical Education (WFME). This merger will result in a new, combined directory called the *World Directory of Medical Schools*. The *World Directory* is expected to become available in 2013. During the transition to the *World Directory*, *IMED* and the *Avicenna Directory* will remain open to ensure continuity of service. *IMED* and the *Avicenna Directory* will close when the *World Directory* is fully operational. International medical students and graduates should monitor the ECFMG website for detailed information.

ECFMG000730

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Credentials for ECFMG Certification

The credentials required for ECFMG Certification are:

- *Final Medical Diploma*
- *Final Medical School Transcript*
- *Transcript(s) to Document Transferred Credits*, if applicable

All documents that are not in English must be accompanied by an official English translation that meets ECFMG's translation requirements. All credentials sent to ECFMG must be accompanied by a photograph. You may also be required to submit additional forms, depending on the credential submitted. See *Final Medical Diploma*, *Final Medical School Transcript*, *Transcript(s) to Document Transferred Credits*, and *English Translations* for complete information on required items.

> **Important Note:** You must include your full name and USMLE/ECFMG Identification Number on the **front** of all credentials and the **back** of photographs before sending them to ECFMG.

**If you are a medical school graduate** when you submit your first exam application, your credentials must be submitted with this initial exam application. If you have graduated and met all requirements for your medical diploma but your medical diploma has not yet been issued, a current, full-face, passport-sized, color photograph and a letter signed by your Medical School Dean, Vice Dean, or Registrar must be submitted with your exam application. The letter you submit must be the original document and must be written on your medical school's letterhead. The letter must include the following statement:

> **This is to confirm that [applicant name] has graduated and completed all requirements to receive the [degree title] degree from [medical school/university name]. The degree will be issued [month and year].**

You must then send your diploma to ECFMG as soon as the diploma is issued.

**If you graduated from medical school and do not submit your medical diploma or a letter from your medical school, as described above, and these documents have not been received previously by ECFMG, your exam application will be rejected.**

**If you are a medical school student** when you submit your first exam application, send your medical education credentials as soon as you graduate and receive them.

You may not submit the credentials required for ECFMG Certification to ECFMG until you apply for an exam. If you send credentials to ECFMG before you apply for an exam, they will not be processed. To submit your credentials and required photographs and forms at the time of application, follow the instructions for additional documents in *Applying for Examination*.

After you have applied for an exam, if you need to send credentials to ECFMG separately from an exam application, you must send the credentials to the following address:

Educational Commission for Foreign Medical Graduates (ECFMG)
Attn: Registration and Credentials Services
3624 Market St., 4th Floor
Philadelphia, PA 19104-2685
USA

If your credentials are complete, you are generally not required to resend these documents when you apply for

ECFMG000731

subsequent exams.

ECFMG will not accept letters or other deliveries that arrive with postage or other fees due.

When your credentials have been processed, ECFMG will notify you. You can also check the status of your credentials by accessing OASIS. If you have questions or concerns about your credentials, you can contact ECFMG by e-mail, telephone, or fax using the contact information for Registration & Credentials Services on the Contact ECFMG page of the ECFMG website.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

ECFMG000732

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Final Medical Diploma

ECFMG requires all medical school graduates to submit copies of their final medical diploma. You must send two photocopies of your final medical diploma to ECFMG. Do not send an original diploma. The exact name of the final medical diploma you must provide is listed in the *Reference Guide for Medical Education Credentials* on the ECFMG website. The *Reference Guide* lists these medical credential qualifications by country of medical school. Although this *Reference Guide* is based upon information that was current at the time of publication, this information is subject to change.

The photocopies of your medical diploma **must be 216 mm x 279 mm (8½ in x 11 in). If these documents are larger than 216 mm x 279 mm (8½ in x 11 in), you must send reduced photocopies that are 216 mm x 279 mm (8½ in x 11 in).**

You must send the photocopies of your diploma to ECFMG by mail or courier service. ECFMG does **not** accept these documents by fax or e-mail. You must send one full-face, passport-sized, color photograph with the copies of your medical diploma. The photograph that you send must be **current**; it must have been taken within six months of the date that you send it. A photocopy of a photograph is not acceptable.

You must submit the photocopies of the final medical diploma in the original language, containing the issue date and all of the appropriate signatures of the medical school and/or university officials. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept copies of a medical diploma that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a diploma without copies of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your final medical diploma. ECFMG does not accept such evaluations in lieu of your final medical diploma.

You must also complete and submit with your medical diploma the *ECFMG Medical Education Credentials Submission Form* (Form 344) and **two copies** of the *Medical School Release Request* (Form 345). These forms are available in the Resources section of the ECFMG website and from ECFMG, upon request. If you are submitting the photocopies of your medical diploma with an exam application, follow the instructions for additional documents in *Applying for Examination*.

The name on your medical diploma must match **exactly** the name in your ECFMG record. If the name on your diploma does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your diploma is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

ECFMG000733

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Final Medical School Transcript

When ECFMG requests verification of your medical diploma from your medical school, ECFMG will request the medical school to provide your final medical school transcript.

If ECFMG is unable to obtain your final medical school transcript directly from your medical school, ECFMG will contact you and request that you submit to ECFMG two photocopies of your final medical school transcript. If ECFMG has previously verified your medical diploma with your medical school but not the final medical school transcript, you must send two photocopies of the final medical school transcript to ECFMG. ECFMG will then send a copy of the final medical school transcript to the medical school for verification.

The photocopies of your medical school transcript **must be 216 mm x 279 mm (8½ in x 11 in). If these documents are larger than 216 mm x 279 mm (8½ in x 11 in), you must send reduced photocopies that are 216 mm x 279 mm (8½ in x 11 in).**

You must send the photocopies of your transcript to ECFMG by mail or courier service. ECFMG does not accept these documents by fax or e-mail. You must send one full-face, passport-sized, color photograph with the photocopies of your final medical school transcript. The photograph that you send must be **current**; it must have been taken within six months of the date that you send it. A photocopy of a photograph is not acceptable.

You must submit the photocopies of the final medical school transcript in the original language. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept copies of a medical school transcript that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a transcript without copies of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your final medical school transcript. ECFMG does not accept such evaluations in lieu of your final medical school transcript.

The name on your final medical school transcript must match **exactly** the name in your ECFMG record. If the name on your transcript does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your transcript is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

ECFMG000734

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Transcript(s) to Document Transferred Credits

If you have transferred credits to the medical school that awarded or will award your medical degree, you must document these credits when you apply for examination, regardless of when the credits were earned. You must send to ECFMG two photocopies of an official transcript issued by the school or institution at which the course was taken.

The photocopies **must be 216 mm x 279 mm (8½ in x 11 in). If these documents are larger than 216 mm x 279 mm (8½ in x 11 in), you must send reduced photocopies that are 216 mm x 279 mm (8½ in x 11 in).**

You must submit the photocopies of the transcript in the original language. Documents that are not in English must be accompanied by an official English translation. ECFMG will not accept copies of a transcript that is not in English without an official English translation. Likewise, ECFMG will not accept an English translation of a transcript without copies of the original language document from which the English translation was prepared. See *English Translations* in *Medical Education Credentials*.

Do not submit professional evaluations of your transcript. ECFMG does not accept such evaluations in lieu of your transcript.

You must also complete and submit with your transcript(s) the *ECFMG Medical Education Credentials Submission Form* (Form 344). Form 344 is available in the Resources section of the ECFMG website and from ECFMG, upon request. To submit the transcript to ECFMG, follow the instructions for additional documents in *Applying for Examination*.

The name on your transcript(s) to document transferred credits must match **exactly** the name in your ECFMG record. If the name on your transcript does not match the name in your ECFMG record, you must submit documentation that **verifies** the name on your transcript is (or was) your name. See *Name on Medical Diploma and Transcript(s)* in *Medical Education Credentials*.

ECFMG000735

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Name on Medical Diploma and Transcript(s)

The name on your medical diploma and transcript(s) must match **exactly** the name in your ECFMG record. If the names do not match exactly, you must submit documentation that **verifies** the name on your medical diploma/transcript(s) is (or was) your name. The documentation must show your name exactly as it appears on your medical diploma/transcript(s). See *Your Name* and *Changing or Verifying Your Name* in *Your ECFMG Record.*

**If the name on your credentials does not match the name in your ECFMG record and you do not submit acceptable documentation that verifies the name on your credentials is (or was) your name, your exam application will be rejected.**

An example of a discrepancy that requires such verification would be if your ECFMG record lists your married name, but your medical diploma/transcript(s) lists your maiden name.

Other examples of discrepancies that require such verification include, but are not limited to, the following:

- Use of initials for the first name or last name (surname) on the medical diploma/transcript(s)
  **Example:** "Mary Smith" in your ECFMG record, but "M. Smith" or "Mary S." on your medical diploma/transcript(s).

- Difference in the sequence of names
  **Example:** "Pravin Chandra Patel" in your ECFMG record, but "Pravin Patel Chandra" or "Chandra Pravin Patel" on your medical diploma/transcript(s).

- Hyphenations and separations in names
  **Example:** "Alice Al Quigley" in your ECFMG record, but "Alice Al-Quigley" or "Alice Alquigley" on your medical diploma/transcript(s).

ECFMG000736

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### English Translations

Any document submitted to ECFMG that is not in English must be accompanied by an English translation that meets ECFMG's translation requirements. The English translation must:

- be prepared by a government official (for example, a Consular Officer), medical school official (for example, a Dean or Registrar), or a professional translation service.

- include a statement from the government or medical school official or representative of the translation service certifying that the translation is correct.

- appear on letterhead. If the translation service is a private company, the letterhead must identify the company as a translation service.

- bear the signature and title of the government or medical school official or representative of the translation service and, if there is one, the seal of the government official, medical school, or translation service.

- be a word-for-word translation of the original language document. An abstract or summary translation of the document is not acceptable.

- be prepared from the original document or a photocopy of the original document. ECFMG will not accept a translation prepared from a transcription (transcribed version) of the document.

An English language certificate issued by the medical school that is not a word-for-word English language version of the degree, transcript, or other document in the original language is not acceptable as a translation. English translations that do not meet the requirements above will not be accepted. Examples of unacceptable translations include, but are not limited to:

- translations prepared by a notary who is not a government or medical school official or representative of a professional translation service

- a translation that was not signed by the translator or official or representative of the translation service, and

- a translation that is not a word-for-word translation of the original language document.

Additionally, applicants are not permitted to translate their own documents.

Documents submitted to ECFMG as part of the exam application and certification processes, including translations, will not be returned.

ECFMG does not endorse or recommend individual translation services. However, you can locate a translation service by consulting the website of the American Translators Association.

ECFMG000737

## Medical Education Credentials

Medical Education Credential Requirements | Transfer Credits | Credentials for ECFMG Certification | Final Medical Diploma | Final Medical School Transcript | Transcript(s) to Document Transferred Credits | Name on Medical Diploma and Transcript(s) | English Translations | Verification of Credentials

### Verification of Credentials

ECFMG verifies every international medical graduate's final medical diploma with the appropriate officials of the medical school that issued the diploma and requests the medical school to provide the final medical school transcript. Verification by ECFMG with the issuing school may also be required for transcripts that are submitted to document transferred credits. You will not fulfill the ECFMG medical education credential requirements until verification of your final medical diploma, final medical school transcript, and, if required, transfer credit transcript(s) is received directly from the issuing school(s) and accepted by ECFMG.

In some instances, the verification process can be lengthy due to the processing time required by the institutions and, for verifications done by mail, prevailing postal conditions. ECFMG will notify you when your diploma has been sent to your medical school for verification. As part of the verification process, ECFMG also may provide the medical school with other documents, including copies of your photograph, *Certification Statement* (Form 183), or *Certification of Identification Form* (Form 186), to aid in identification. If ECFMG does not receive a response from your medical school, ECFMG will follow up with your medical school. ECFMG will notify you after receiving and evaluating the verification from your medical school. You can check the status of your medical education credentials on-line using OASIS.

ECFMG reserves the right to reverify with the medical school the eligibility of medical school graduates who apply for examination. This may include reverification of the graduate's medical education credentials with the issuing medical school. If such reverification is requested by ECFMG, the graduate will be registered for examination only after ECFMG has received reverification of the graduate's credentials directly from the medical school. If reverification is requested by ECFMG after the graduate has been registered for examination, ECFMG may cancel the graduate's registration or withhold the graduate's score report until ECFMG has received reverification of the graduate's medical education credentials directly from the issuing school. If your registration is canceled, you may be required to reapply.

**Important Notes:** Applicants are responsible for any fees associated with the verification of the final medical diploma, final medical school transcript, and transcript(s) to document transferred credits. If your medical school charges a fee for the verification of your diploma and/or transcript, ECFMG will advise you to contact your medical school directly regarding the fee and the method of payment. If the final medical school transcript provided by your medical school is not in English, ECFMG will have the transcript translated into English by an independent translation service, will charge your ECFMG financial account for the translation, and will notify you of the charge. The current translation fee is $200 (fee subject to change without notice). See *Methods of Payment* in *Your ECFMG Financial Account* for information on how to make a payment to your ECFMG financial account.

ECFMG000738

## Related ECFMG Services

Confirmation of ECFMG Certification Status | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

### Confirmation of ECFMG Certification Status

ECFMG's Certification Verification Service (CVS) provides primary-source confirmation of the ECFMG certification status of international medical graduates. The Joint Commission, the organization that evaluates and accredits U.S. health care organizations and programs, has determined that direct verification with ECFMG of a physician's certification status satisfies The Joint Commission's requirement for primary-source verification of medical school completion for graduates of international medical schools.

ECFMG will confirm your certification status when a request is received from a U.S. medical licensing authority, residency program director, hospital, or other organization that, in the judgment of ECFMG, has a legitimate interest in such information. For status reports sent to **medical licensing authorities**, the request can also be made by you. Requesting organizations must normally secure and retain your signed authorization to obtain certification information. Please note that there may be a fee for this service.

Requests for confirmation must contain your name, date of birth, USMLE/ECFMG Identification Number, and name and address of the organization to which the confirmation should be sent. To obtain the appropriate request form or to make an on-line request, visit the CVS section of the ECFMG website at www.ecfmg.org/cvs. Confirmations are sent to the requesting organization within approximately two weeks. Confirmations are not sent to applicants directly.

If the requesting organization requests to receive a paper report and does not receive the report, ECFMG will honor requests for duplicate reports at no additional cost up to 90 days after the date that the original report was processed.

If you apply to residency programs through ERAS, ECFMG will transmit an electronic ECFMG Status Report automatically to the ERAS PostOffice, where it can be downloaded by all of the programs to which you apply. If your ECFMG certification status changes during the ERAS application season, ECFMG will transmit an updated status report automatically to the ERAS PostOffice, where it can be downloaded by all of the programs to which you apply.

ECFMG000739

## Related ECFMG Services

Confirmation of ECFMG Certification Status | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## Electronic Residency Application Service (ERAS) Support Services

International medical graduates who wish to enter programs of graduate medical education in the United States that are accredited by the Accreditation Council for Graduate Medical Education (ACGME) must be certified by ECFMG. ECFMG Certification does not, however, guarantee that an international medical graduate will be accepted into a graduate medical education program; the number of applicants for residency and fellowship programs each year exceeds the number of available positions.

The Association of American Medical Colleges (AAMC) introduced the Electronic Residency Application Service (ERAS) in 1996 to allow medical students and graduates to apply electronically for residency positions in accredited U.S. programs of graduate medical education.

Most U.S. graduate medical education programs participate in ERAS. If you apply to participating programs, you must submit your residency application using ERAS.

Since ERAS was established, ECFMG has served as the designated Dean's office for students and graduates of international medical schools, including Fifth Pathway participants, assisting these individuals with the ERAS application process for first- and second-year (PGY-1 and PGY-2) residency positions.

International medical students/graduates who apply to programs that participate in ERAS must request an ERAS Token, a unique identification number, from ECFMG. The Token allows applicants to access AAMC's MyERAS website, where they can complete their residency application, select the programs to which they will apply, and assign supporting documents to these programs.

As the designated Dean's office, ECFMG receives supporting documents for the ERAS application, such as Medical Student Performance Evaluations (MSPEs), medical school transcripts, letters of recommendation, and photographs from applicants and their medical schools. ECFMG then transmits these documents to the ERAS PostOffice. ECFMG also transmits to the ERAS PostOffice the applicant's ECFMG Status Report, which includes the applicant's ECFMG certification status and, if requested by the applicant, USMLE transcripts. Once supporting documents have been received at the ERAS PostOffice, they can be downloaded by the programs to which the applicant has applied.

For complete, up-to-date information on ERAS Support Services at ECFMG, visit the ERAS section of the ECFMG website at www.ecfmg.org/eras.

**Important Note About U.S. State Medical Licensure Requirements:** In the United States, medical licensure requirements vary by individual state medical licensing authorities. You should be aware that:

- A training or restricted license may be required to participate in programs of graduate medical education. Participants in graduate medical education programs may also be required to obtain an unrestricted medical license by a certain point in their training in order to progress in the program.

- Some states have established additional criteria with respect to international medical schools for the purpose of eligibility for licensure. If you plan to apply to residency programs in one of these states, consult the state's medical licensing board to determine if graduates of your medical school are eligible for licensure in that state.

- If you are certified by ECFMG based on **former** medical science exams (such as the Visa Qualifying Examination [VQE] or the Foreign Medical Graduate Examination in the Medical Sciences [FMGEMS]), you should be aware that these exams may not be acceptable for the purpose of eligibility for a training license.

**ECFMG does not create or control the medical licensure requirements for any jurisdiction and does not create or control the eligibility requirements for any graduate medical education program. Additionally, ERAS does not preclude any students/graduates from participating in**

ECFMG000740

**ERAS, based on their eligibility for licensure.** Before applying to residency programs in a given state, it is your responsibility to become familiar with that state's licensure requirements and to ensure that you meet any licensure requirements to enter and complete residency training in that state. For a directory of U.S. state medical licensing authorities, visit the Federation of State Medical Boards of the United States, Inc. website.

ECFMG000741

## Related ECFMG Services

Confirmation of ECFMG Certification Status | Electronic Residency Application Service (ERAS) Support Services |
J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## J-1 Visa Sponsorship

Foreign national physicians who seek entry into U.S. programs of graduate medical education or training must obtain an appropriate visa that permits clinical training activities. One visa commonly used by foreign national physicians is the J-1, a temporary nonimmigrant visa reserved for participants in the Exchange Visitor Program. As a public diplomacy initiative of the U.S. Department of State, the Exchange Visitor Program was established to enhance international exchange and mutual understanding between the people of the United States and other nations. In keeping with the program's goals for international education, J-1 Exchange Visitor physicians are required to return home for at least two years following their training before being eligible for certain U.S. visas.

The U.S. Department of State has designated ECFMG as the visa sponsor for all J-1 Exchange Visitor physicians who participate in clinical training programs. ECFMG sponsorship is also available for physicians' eligible dependents. As the visa sponsor, ECFMG processes applications for J-1 visa sponsorship and, for eligible applicants, issues a document that the applicant can use to apply for the J-1 visa. ECFMG is responsible for ensuring that J-1 physicians and host institutions meet the federal requirements for participation throughout the duration of sponsorship. ECFMG does not sponsor physicians for other U.S. visa types.

For complete, up-to-date information on J-1 visa sponsorship by ECFMG, visit the Exchange Visitor Sponsorship Program (EVSP) section of the ECFMG website at www.ecfmg.org/evsp.

> **Important Note:** Foreign national physicians seeking ECFMG J-1 visa sponsorship to enroll in graduate medical education programs must, among other requirements, have passed USMLE Step 1 and Step 2 CK; or the former Visa Qualifying Examination (VQE), National Board of Medical Examiners (NBME) Part 1 and Part 2, or Foreign Medical Graduate Examination in the Medical Sciences (FMGEMS) examinations; or an acceptable combination thereof. The former one-day ECFMG Examination and three-day Federation Licensing Examination (FLEX) do **not** meet the requirements for J-1 visa sponsorship.

ECFMG000742

## Related ECFMG Services

Confirmation of ECFMG Certification Status | Electronic Residency Application Service (ERAS) Support Services | J-1 Visa Sponsorship | ECFMG Certificate Holders Office

## ECFMG Certificate Holders Office (ECHO)

The ECFMG Certificate Holders Office (ECHO) provides support and service to ECFMG-certified physicians, and physicians about to be certified, as they plan their medical careers. If you are certified by ECFMG, or are about to be certified, you already know that ECFMG Certification is just one step in your career development.

**Be connected.**
Use ECHO to stay connected with ECFMG and to access ECFMG's decades of experience in areas such as international medical education, physician credentials, assessment of physicians, U.S. GME programs, immigration options for U.S. GME, and medical registration/licensure. ECHO will also connect you with information from other organizations and experts that are important to the next phase of your medical career. And through ECHO, you can connect with other ECFMG-certified physicians at different stages of their careers to share experiences, both successes and challenges.

Staying connected is critical to your success as an applicant to U.S. GME programs, as a physician in training, and as a practicing clinician. Take the first step now by subscribing to *ECHO News*, a free e-newsletter, at www.ecfmg.org/echo/news.html.

**Be heard.**
ECHO is a new way for certified physicians to communicate with ECFMG. Visit the ECFMG ECHO website to take one of our surveys and view results of previous surveys; send us feedback on our resources; or just e-mail us about an experience you've had. We want to hear from you!

**Be informed.**
Successfully navigating the U.S. GME system can be difficult. You need to interact with multiple organizations, each with its own roles, requirements, processes, and deadlines. The same is true when you apply for a residency position, a visa, U.S. medical licensure, fellowship programs, and specialty board certification. Knowing what to do and when to do it is key.

ECHO provides free resources that you can use to be better prepared and organized when making important career decisions. New ECHO resources are added each month.

For more information, visit the ECHO section of the ECFMG website at www.ecfmg.org/echo.

ECFMG000743