# EXHIBIT 7



**Via US Mail and Email**
**Personal and Confidential**

July 27, 2009

Secretariat:
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

Mathew Thomas, Jr.          USMLE ID#: 0-633-396-7
P.O. Box 14-0415
Staten Island, NY  10314-0415
Email: manu.thomas.31@gmail.com

Dear Dr. Thomas:

As stated in the *Bulletin of Information*, the USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. Unauthorized reproduction of copyrighted examination materials and seeking and/or obtaining unauthorized access to examination materials are examples of irregular behavior. Unauthorized access to examination materials in advance of testing provides an examinee with an unfair advantage and raises concerns about the validity of the scores obtained by the examinee. The *Bulletin of Information* further outlines procedures that are followed in circumstances in which there is a reasonable basis to believe that an examinee engaged in irregular behavior and/or in which there is a reasonable basis to believe that scores at a passing level may not represent a valid measure of an examinee's knowledge or competence as sampled by the examination.

As announced at the USMLE website, the sponsoring organizations of the USMLE program have filed suit in federal court, alleging copyright infringement by Optima University ("Optima"), a provider of USMLE review courses. While the investigation into this matter is ongoing, information is available that, over a period of time, secure USMLE test materials have been reproduced and made available to participants in the Optima courses. Information is also available that you were involved with Optima review courses.

The results of the investigation will be reviewed and I will be in further communication with you to advise whether your behavior and/or your scores will be the subject of further review by the USMLE Committee on Irregular Behavior and Score Validity. If this matter is referred to the Committee, I will provide you with copies of the applicable USMLE policies and procedures and will advise you of the pertinent information.

A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®



Federation of State Medical Boards of the U.S., Inc.
PO Box 619850
Dallas, TX 75261-9850
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00197

Dr. Thomas
July 27, 2009
Page 2 of 2


Because there may be questions regarding the validity of USMLE scores previously reported to you, such scores will not be provided or verified to any third party pending the further analysis of this matter. As you know, passing performances on Step 1 and Step 2 are among the eligibility requirements for Step 3. By copy of this letter, I am advising representatives of the Federation of State Medical Boards (FSMB) that the validity of the scores reported for you is under review and that it should defer reliance upon those scores in assessing Step 3 eligibility pending the outcomes of such further review.

If you have information that you wish to share or questions regarding this matter, you may reach me by telephone at 215-590-9877 or by email at sdeitch@nbme.org

Sincerely,

Susan Deitch
Office of the USMLE Secretariat


C: FSMB

NBME 00198