# EXHIBIT 8

Mathew Thomas 0-633-396-7
Step 2 CK

Scores: 206/85

<u>Performance</u>

Examinee

| % exposed | % correct exposed | % correct unexposed |
|-----------|-------------------|---------------------|
| 32% | 84% | 66% |

Comparison Group (n = 1162)

| % correct exposed | % correct unexposed |
|-------------------|---------------------|
| 75% | 75% |

Difference on non-exposed vs. exposed greater than **99%** of comparison group.

<u>Timing</u>

Examinee

| Exposed (sec) | Non-exposed (sec) |
|---------------|-------------------|
| 59 | 73 |

Comparison Group (n = 1162)

| Exposed (sec) | Non-exposed (sec) |
|---------------|-------------------|
| 73 | 76 |

Difference on non-exposed vs. exposed greater than **99%** of comparison group.

NBME 00152