# EXHIBIT 11

# Materials Reviewed by the Committee on Score Validity

NBME 00223



**US·MLE**
United States
Medical
Licensing
Examination ™

*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

**Via US Mail and Email**
**Personal and Confidential**

July 27, 2009

Mathew Thomas, Jr.                    USMLE ID#: 0-633-396-7
P.O. Box 14-0415
Staten Island, NY  10314-0415
Email: manu.thomas.31@gmail.com

Dear Dr. Thomas:

As stated in the *Bulletin of Information*, the USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. Unauthorized reproduction of copyrighted examination materials and seeking and/or obtaining unauthorized access to examination materials are examples of irregular behavior. Unauthorized access to examination materials in advance of testing provides an examinee with an unfair advantage and raises concerns about the validity of the scores obtained by the examinee. The *Bulletin of Information* further outlines procedures that are followed in circumstances in which there is a reasonable basis to believe that an examinee engaged in irregular behavior and/or in which there is a reasonable basis to believe that scores at a passing level may not represent a valid measure of an examinee's knowledge or competence as sampled by the examination.

As announced at the USMLE website, the sponsoring organizations of the USMLE program have filed suit in federal court, alleging copyright infringement by Optima University ("Optima"), a provider of USMLE review courses. While the investigation into this matter is ongoing, information is available that, over a period of time, secure USMLE test materials have been reproduced and made available to participants in the Optima courses. Information is also available that you were involved with Optima review courses.

The results of the investigation will be reviewed and I will be in further communication with you to advise whether your behavior and/or your scores will be the subject of further review by the USMLE Committee on Irregular Behavior and Score Validity. If this matter is referred to the Committee, I will provide you with copies of the applicable USMLE policies and procedures and will advise you of the pertinent information.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®*



Federation of State Medical Boards of the U.S., Inc.
PO Box 619850
Dallas, TX 75261-9850
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00224

Dr. Thomas
July 27, 2009
Page 2 of 2


Because there may be questions regarding the validity of USMLE scores previously
reported to you, such scores will not be provided or verified to any third party pending
the further analysis of this matter.  As you know, passing performances on Step 1 and
Step 2 are among the eligibility requirements for Step 3.  By copy of this letter, I am
advising representatives of the Federation of State Medical Boards (FSMB) that the
validity of the scores reported for you is under review and that it should defer reliance
upon those scores in assessing Step 3 eligibility pending the outcomes of such further
review.

If you have information that you wish to share or questions regarding this matter, you
may reach me by telephone at 215-590-9877 or by email at sdeitch@nbme.org

Sincerely,

Susan Deitch
Office of the USMLE Secretariat


C:  FSMB

NBME 00225



**US·MLE**
United States
Medical
Licensing
Examination

*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

**Via US Mail and Email**
**Personal and Confidential**

September 15, 2009

Mathew Thomas, Jr.          USMLE ID#: 0-633-396-7
P.O. Box 14-0415
Staten Island, NY  10314-0415
Email: manu.thomas.31@gmail.com

Dear Dr. Thomas:

As referenced in my letter to you of July 27, 2009, and as stated in the *Bulletin of Information*, the USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise.  The *Bulletin* further notes that those rules include standard test administration conditions consistent with the principles on which the examinations are developed and scored.  For example, examinations are designed to sample knowledge across specified content domains, and unauthorized access to examination content prior to testing violates that principle. Scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of an individual's knowledge or competence as sampled by the examination.

As also referenced in my July 27, 2009 letter, the sponsoring organizations of the USMLE program have filed suit in federal court, alleging copyright infringement by Optima University ("Optima"), a provider of USMLE review courses. The Complaint filed on behalf of the National Board of Medical Examiners and the Federation of State Medical Boards in the United States District Court for the Western District of Tennessee against Optima, its owner, and various Doe Defendants sets forth the specific allegations with respect to the unauthorized copying, reconstruction, and distribution of copyrighted USMLE test questions and answers. While the investigation into this matter is ongoing, information is available that, over a period of years, secure USMLE test materials have been made available to participants in the Optima courses. This information raises concerns regarding the validity of the passing level scores obtained by individuals who were involved with Optima courses prior to testing.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners*®

Federation of State Medical Boards of the U.S., Inc.
PO Box 619850
Dallas, TX 75261-9850
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00226

M. Thomas
September 15, 2009
Page 2 of 5

My July 27, 2009 letter specifically noted that information was available regarding your involvement with Optima University, and that such information raises concerns about the validity of the passing level scores obtained by you on USMLE Steps. You noted in your August 12, 2009 email message to me that you passed Step 1 in February 2006, "well before Optima's existence." In that same email message, you asserted that you passed Step 2 CK in 2007 with your own "hard work and perseverance." However, an analysis of your performance on the December 31, 2007 Step 2 CK, along with your acknowledged presence at Optima, raises concerns about the validity of the passing level scores reported to you for that examination.

Accordingly, this matter is being referred to the USMLE Committee on Score Validity for further consideration and action consistent with the processes described in the *USMLE Policies and Procedures Regarding Indeterminate Scores*, a copy of which is enclosed herein.

In addition to the information provided by you on USMLE applications, the available information relating to your December 31, 2007 Step 2 CK that will be shared with the Committee is as follows:

- Between February 2004 and December 2007, you took the Step 2 CK on six occasions, with the following results:

| Date | Location | Scores |
|---|---|---|
| February 19, 2004 | Staten Island, NY | 125 / 52 |
| May 28, 2005 | New York, NY | 161 / 66 |
| October 25, 2006 | Brooklyn, NY | 172 / 71 |
| February 14, 2007 | Fair Lawn, NJ | 174 / 71 |
| July 27, 2007 | Warwick, RI | 182 / 74 |
| December 31, 2007 | Clark/Union, NJ | 206 / 85 |

- There is evidence that 32% of the test items that appeared on the Step 2 CK form taken by you in December 2007 and that were used in scoring that form may have been subject to unauthorized reproduction and dissemination through Optima prior to December 2007.

- Your percent correct score on those scored items believed to have been exposed was higher than your percent correct scores on scored items about which there is no current evidence of exposure (84% versus 66%). The average performance



M. Thomas
September 15, 2009
Page 3 of 5

of a comparison  group of 1162 other examinees that took that same form of
Step 2 CK shows greater consistency in performance on those two sets of items
(an average of 75% correct on exposed items and 75% on non-exposed items).
The difference that is calculated by subtracting your percent correct performance
on non-exposed items from your percent correct performance on exposed items
is greater than that difference, similarly calculated, for 99% of the examinees in
the comparison group.

- Also, the average amount of time that you spent on the scored items believed to
have been exposed was 59 seconds, whereas the average amount of time that
you spent on the scored items for which there is no evidence of exposure was 73
seconds. Your timing data differ markedly on these two subsets of items when
compared with a group of 1162 other examinees that took that same form of Step
2 CK  (an average of 73 seconds on exposed items and 76 seconds on non-
exposed items). The difference that is calculated by subtracting the average
amount of time  spent by  you on exposed items from the average amount of
time spent by you on non-exposed items is greater than that difference, similarly
calculated, for 99% of the examinees in the comparison group.

This matter is scheduled for review by the Committee on Score Validity at its meeting on
October 14, 2009. As further explained in the Policies and Procedures, you have the
opportunity to submit information relevant to the Committee's assessment of the validity
of your scores, and have the opportunity to appear personally before the Committee,
and to be accompanied by counsel, if you so wish. If you also wish to submit any written
information for the Committee's consideration, it is requested that such information be
sent to me for receipt by October 2, 2009.

Following consideration of all of the information presented to it, the Committee on Score
Validity will determine whether your December 31, 2007 Step 2 CK scores can be
certified as representing a valid measurement of your competence in the domains
assessed by the examination or whether to classify your Step 2 CK scores as
indeterminate.

As explained in the enclosed Policies and Procedures, in the event that your Step 2 CK
scores are classified as indeterminate, you will have the opportunity to take a validating
examination at no charge.  Those materials further describe the validating examination
process and the potential outcomes of that process.

NBME 00228

M. Thomas
September 15, 2009
Page 4 of 5

Please be advised that, in light of possible time constraints that you may have, the USMLE Composite Committee has authorized me to offer you another option. If you wish to expedite this matter by waiving your right to present information for the consideration of the USMLE Committee on Score Validity, you may elect to take a Step 2 CK "validating examination" at no charge as promptly as this can be arranged. In electing this option, you would be waiving the opportunity for any further consideration of the validity of your Step 2 CK scores by the Committee on Score Validity.  This prompt validating examination process and its potential outcomes will be the same as the process and potential outcomes described in the enclosed materials. The validating examination process will be designed to take into account the potential impact of certain USMLE materials believed to have been exposed by Optima and will be reasonably comparable in content and standards to the Step 2 CK previously taken by you. If you achieve scores at or above the recommended passing level on the Step 2 CK validating examination, the previously reported passing scores on such examination will be deemed valid and will be a part of your official record.  If the scores that you achieve on the Step 2 CK validating examination are below the passing level, then your previously reported scores on that examination will be classified as indeterminate and will so appear on your transcript.  In such event, a communication regarding the indeterminate classification of the scores would accompany your transcript and would be shared with prior recipients of your transcript. Scores obtained on the validating examination will not be reported and there will be no record of the validating examination on your transcript.  If you elect this option, all reasonable efforts will be made to expedite registration, scheduling, and scoring of the validating examination.

If you do not elect the foregoing option in writing prior to October 2, 2009, this option will no longer be available and the validity of your Step 2 CK scores will be considered by the Committee on Score Validity on October 14, 2009.  If you do elect this option, please be advised that the Step 2 CK validating examination must be taken within six (6) months of the date of this letter. If you elect this option, but do not take the validating examination within six (6) months of the date of this letter, then your scores on that examination will be classified as indeterminate and the above-referenced notices of such outcome will be made in your USMLE record and in reports sent to third parties regarding such record.


Because there are questions regarding the validity of the scores previously reported to you for the Step 2 CK taken by you in December 2007, those scores will not be provided or verified to any third party pending the review of this matter by the Committee on Score Validity or you successful performance on a validating examination taken pursuant to the foregoing option. By copy of this letter, I am so advising representatives of the Educational Commission for Foreign Medical Graduates (ECFMG) and the Federation of State Medical Boards (FSMB).

M. Thomas
September 15, 2009
Page 5 of 5

As previously noted, the investigation into this matter is ongoing.  The distinction you make in your communication of August 12, 2009 between "participation" and "involvement" is not entirely clear to me.  I can advise you, however, that, in the event that a subsequent determination is made that the available evidence provides a reasonable basis to conclude that you may have engaged in irregular behavior, the matter will be referred to the USMLE Committee on Irregular Behavior for its further consideration and action.  Please note that the consideration of the validity of your Step 2 CK scores by the Committee on Score Validity does not preclude a subsequent referral to the Committee on Irregular Behavior for action consistent with the applicable policies and procedures (enclosed).

If you have any question regarding the foregoing, please do not hesitate to contact me (sdeitch@nbme.org; (215) 590-9877) or Janet Carson, counsel for the USMLE program (jcarson@nbme.org; (215) 59-9548).

Sincerely,

Susan Deitch
Office of the USMLE Secretariat

Enclosures

C: ECFMG
    FSMB

NBME 00230

## CERTIFICATION STATEMENT - CERTIFICATION BY NOTARY PUBLIC

**Name:** Mathew Thomas
**Application ID Code:** 5-985-112-298
**JSMLE™/ ECFMG® ID Number:** 0-633-396-7
**Step 2 CK Eligibility Period:** Dec 2004 to Feb 2005

**Status of Medical Diploma:**
I have graduated from medical school and have previously submitted to ECFMG
photocopies of my medical diploma.



**RECEIVED**

OCT 2 9 2004

ECFMG
MAILROOM 2

Students and graduates must sign this Certification Statement in the presence of their Medical School Dean, Vice Dean or Registrar. If a graduate cannot sign this Certification Statement in the presence of a medical school official noted above, he/she must sign the Certification Statement in the presence of a Consular Official, First Class Magistrate or Notary Public.
Certification Statements are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application and Certification Statement is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates

I hereby certify that I currently meet the examination eligibility requirements and that the information in my application and on this Certification Statement is true and accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application.
I also certify and acknowledge that I have read the 2005 ECFMG Information Booklet and 2005 USMLE Bulletin of Information, am aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.
I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of any examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See page 32 of the 2005 Information Booklet for additional details concerning Validity of Scores and Irregular Behavior.)
I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error
I request and authorize every person, medical school, university, hospital, government agency, or other entity to release information, records, diplomas, transcripts and other documents concerning my professional education, academic status or enrollment to ECFMG upon request of ECFMG. I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/annc/privacy.html

**Signature of Applicant** (in Latin Characters) X _____    **Date:** 10/25/04 (day/month/year)

Certification by Official Identification:
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) by comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant on this _____ day, of the month of _____ in the year _____.

X _____
Signature of Consular Official, First Class Magistrate, Notary Public (in Latin characters with English translations, where applicable)

**OFFICIAL SEAL**
**GEORGINA MIRANDA**
**NOTARY PUBLIC - STATE OF ILLINOIS**
**MY COMMISSION EXPIRES: 07-25-07**

Title: (check one)
☐ Consular Official
☐ First Class Magistrate
☒ Notary Public

Form 183  Rev Aug 2004

☒ Yes, I have printed this Certification Statement.

5 9 8 5 1 1 2 2 9 8

10/25/2004 9:08 PM

NBME 00231

*ECFMG Web Applications Registration Module*

## Application Report

0-633-396-7 Thomas, Mathew

Exam Type: STEP2          Status: ACCEPTED BY CIBIS

| | | | |
|---|---|---|---|
| Application Code: 5-985-112-298 | Submit Date: 10/25/2004 | Cert Page Date: 10/29/2004 | |
| First Application: No | NBME USMLE ID: | NBME ID: | FSMB ID: |

## Biographics

| | | | |
|---|---|---|---|
| Last Name: | Thomas | Previous Last Name: | |
| Rest of Name: | Mathew | Previous Rest of Name: | |
| Generation Suffix: | Jr. | | |
| | | | |
| Address: | P.O. Box 14-0415 | Phone: | 917-856-0368 |
| | | Fax: | |
| | | Email Address: | seeking_sanity@hotmail.com |
| City: | Staten Island | | |
| State: | NY | | |
| Postal Code: | 10314-0415 | | |
| Country: | USA | | |
| | | | |
| Gender: | M | SSN: | ▉▉▉▉▉▉▉ |
| Date of Birth: | ▉▉▉▉ | NID: | |
| Birth City: | | NID Country: | |
| Birth State: | | | |
| Birth Country: | USA | | |

Citizenship

| | | | |
|---|---|---|---|
| At Birth: | USA | Native Language: | NOT ENGLISH |
| At Medical School: | USA | | |
| Current: | USA | | |
| | | | |
| Ethnicity: | Do not wish to respond | ECFMG Reporter: | Yes |

Other Languages:

## Credentials

| | | | |
|---|---|---|---|
| Medical School | ST. CHRISTOPHER'S COLLEGE OF MEDICINE | University Name: | |
| | | | |
| Address: | RUE 55 X 70 FANN HOCK | Attended From: | 02/2002 |
| | DAKAR | Attended To: | 06/2003 |
| | | Years Attended: | 1 |
| City: | | | |
| State: | | Graduation Date: | 06/2003 |
| Postal Code: | | Degree Date: | 06/2003 |
| Country: | SENEGAL | Degree Title: | Doctorate of medicine |
| | | | |
| Degree Status: | GRADUATE | Diploma Status: | SUBMITTED |
| | | Name on Diploma: | mathew thomas, jr. |
| | | | |
| | | Internship Dates: | |
| | | | |
| License Date: | [ILICDATE] | | |
| License Country: | [ILICCOUNTRY] | | |

Other Medical Schools Attended
09/1999-08/2000 (1) Ross University

09/2000-12/2001 (1.3) St. Matthew's University, school of Medicine

NBME 00232

*ECFMG Web Applications Registration Module*

# Application Report

0-633-396-7 Thomas, Mathew
Exam Type: STEP2                Status: ACCEPTED BY CIBIS

**Transfer Credits**

| | |
|---|---|
| Ross University | biochemistry (6) |
| Ross University | clinical Medicine 1 (1) |
| Ross University | embryology (2) |
| Ross University | genetics (2) |
| Ross University | gross anatomy 1 (6) |
| Ross University | gross anatomy 2 (6) |
| Ross University | histology & histophysiology (4) |
| Ross University | molecular & cell biology (5) |
| Ross University | neuroscience (6) |
| Ross University | nutrition (1) |
| Ross University | physiology (7) |
| St Matthew's University, School of Medicine | advanced integrative studies (7) |
| St Matthew's University, School of Medicine | bioethics (2) |
| St Matthew's University, School of Medicine | biostatistics (2) |
| St Matthew's University, School of Medicine | clinical medicine 3 (1) |
| St Matthew's University, School of Medicine | clinical medicine 4 (2) |
| St Matthew's University, School of Medicine | clinical medicine 5 (4) |
| St Matthew's University, School of Medicine | clinical pathology (8) |
| St Matthew's University, School of Medicine | general pathology (7) |
| St Matthew's University, School of Medicine | immunology (2) |
| St Matthew's University, School of Medicine | journal club (1) |
| St Matthew's University, School of Medicine | medical terminology (1) |
| St Matthew's University, School of Medicine | microbiology (5) |
| St Matthew's University, School of Medicine | pharmacology (6) |
| St Matthew's University, School of Medicine | psychopathology (4) |
| st Matthew's University, School of Medicine | Clinical Medicine 2 (1) |

**Clinical Clerkships**
04/01/2003-05/01/2003 Anesthesiology
Northport VA Medical Center (Dr. Barcelon)

03/01/2003-04/01/2003 Physical Medicine and Rehabilitation
Northport VA Medical Center (Dr. Stickevers)

02/01/2003-03/01/2003 Pediatric Orthopedics
Center For Orthopaedics (Dr. Marsh)

NBME 00233

*ECFMG Web Applications Registration Module*

## Application Report

---

0-633-396-7 Thomas, Mathew

Exam Type: STEP2                Status: ACCEPTED BY CIBIS

---

11/01/2002-12/01/2002 Internal Medicine Sub-Internship
St. Vincent's Medical Center (Dr. Kiss)

12/01/2002-01/01/2003 Sports Medicine
Center For Orthopaedics (Dr. Lynch)

10/01/2002-11/01/2002 Orthopedic Surgery Sub-Internship
Hospital of Saint Raphael (Dr. Gibson)

07/01/2002-09/01/2002 Surgery
Griffin Hospital (Dr. Nicastri)

05/01/2002-06/01/2002 Psychiatry
Ridgeview Institute (Dr. Klopper)

04/01/2002-05/01/2002 Pediatrics
Flushin Hospital Medical Center (Dr. Meah)

02/01/2002-03/01/2002 Obstetrics/Gynecology
Flushing Hospital Medical Center (Dr. Lam)

09/01/2001-12/01/2001 Internal Medicine
Stepping Hill (Dr. Das)

**Current Employment**
None listed by applicant

## Registration

Exam Period:        **12/01/2004 - 02/28/2005**
Region:             **United States and Canada**
Accommodations:  No
Certify Exam Reqs: [ICERTIFY]

---

NBME 00234

Mathew Thomas 0-633-396-7
Step 2 CK

Scores: 206/85

Performance

Examinee

| % exposed | % correct exposed | % correct unexposed |
|-----------|-------------------|---------------------|
| 32% | 84% | 66% |

Comparison Group (n = 1162)

| % correct exposed | % correct unexposed |
|-------------------|---------------------|
| 75% | 75% |

The difference that is calculated by subtracting percent correct performance on non-exposed items from percent correct performance on exposed items is greater than that difference, similarly calculated, for 99% of the examinees in the comparison group.

Timing

Examinee

| Exposed (sec) | Non-exposed (sec) |
|---------------|-------------------|
| 59 | 73 |

Comparison Group (n = 1162)

| Exposed (sec) | Non-exposed (sec) |
|---------------|-------------------|
| 73 | 76 |

The difference that is calculated by subtracting the average amount of time spent on exposed items from the average amount of time spent on non-exposed items is greater than that difference, similarly calculated, for 99% of the examinees in the comparison group.

NBME 00235

**Susan Deitch**

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Wednesday, August 12, 2009 3:05 PM |
| To: | Susan Deitch |
| Subject: | Re: USMLE |

Susan Deitch:

I am in receipt of your email and your letter dated July 27, 2009.

I do have a few questions regarding the allegations and my own investigation of the activities regarding NBME and Optima University.

You state in my letter that there is information available that I was "involved with Optima review courses," This in return caused an investigation which has caused my Step scores to be under scrutiny and in effect negated my eligibility to sit for Step 3.

From my conversations with others who received letters regarding Optima and them being there, they were labeled as "participants" and also given an analysis of their scores showing percentages that were suspect as having come from the question bank at Optima.

At this time, I would like to know what the specifics are of the root of your investigation.

I passed my Step 1 in 2006, well before Optima's existence.

I passed my Step 2 in 2007 with my own hard work and perseverance. Any true and legitimate analysis of my exam against any question bank out there, including USMLEWORLD, Kaplan QBank, Optima's question bank, NMS, and released NBME assessment exams will show that less than 7% of the entire test was anywhere close to resembling similar concepts, questions, or material. Without this, I would have still passed my Step 2.

Not withstanding all this, I had made attempts to talk to you in January 2009 after receiving a voicemail to contact you. I left a message and a return call was made to me by a woman named Trish Weaver who told me that there was never a message left for me. When I inquired about a link to Optima, she said NBME didn't need to talk to me.

I sat with the FBI for almost 3 hours in May 2008 regarding Optima and its business plan. I was as cooperative as I could be, and I was already ECFMG certified.

Now, after all this time, and when I have applied for my Step 3 and a few weeks before ERAS 2010, you chose to single me out and start to investigate me? This timing is suspect to me. Regardless of what my opinions are of the way this entire situation has been handled, I have no doubt in the validity of my step scores as being very representative of my knowledge base and competence. I have no problem validating my scores so that I can be eligible for Step 3 and then move forward towards residency.

At this time, I ask that yourself, representing the NBME and USMLE, run a fair and legitimate analysis of my steps, tell me the results, tell me my options of validating my scores if need be, and the procedures for doing so.

NBME 00236

I ask that this be done in an expedited manner as I want to be in the upcoming Match and sit for the exams in August if need be. I hope that my validity scores are made available to me in a few days as promised to some students, and I want this whole thing put behind me.

Having been away from Optima for a very long time, and having tried to talk to you in January 2009, your department could have notified me of these issues early enough so it would not be affecting my career and current application process for ERAS 2010.

The professionalism which is supposed to encompass and represent the Medical Licensing exam has been tainted even more by these antics by an organization which is supposed to uphold integrity. Whatever your case is with Optima, actions should not be taken against defenseless students who went to a course to try and pass an exam. These matters I will take up after I prove my validity of scores and innocence of any irregular behavior.

Now if this investigation is against me for "involvement" and not "participation", then please do clarify. I have nothing to hide, nothing to gain and everything to lose. I am ready to have a face to face conversation and discuss all matters professionally and maturely. At the end of all this, I want it to be made very clear that I have nothing to do with Optima University, its proprietary information, its owner, or its existence or materials. I passed my Steps after multiple attempts because I kept at it and continued to work hard. Give me an opportunity to take Step 3, and I will pass it on my first attempt because I am a very knowledgeable doctor who has learned the right way to study and apply the knowledge within to the questions asked.

Thank you for your time. I expect an expedited response given the grave nature and timing of the situation, and I hope I will not be given a run around or a delayed response as other students have been. I am ready to do what I have to quickly to get my life and career back.

Thank you.

Mathew Thomas, Jr., MD, MHSA

2

NBME 00237

**Susan Deitch**

From:        Manu [manu.thomas.31@gmail.com]
Sent:        Friday, August 28, 2009 11:28 AM
To:          Susan Deitch
Subject:     Re: USMLE

Susan Deitch,

I appreciate the quick reply and I look forward to hearing the results of the USMLE Committee on Score Validity and clearing my name of any suspicions indeterminate score or irregular behavior. I want to again state that I am happy to prove that I have no affiliation with Optima University, its owner, or its proprietary information. I have worked and struggled many years to finally get where I am, and I will do what it takes to prove that I did it of my own merits.

Thank you again.

Mathew Thomas

On Fri, Aug 28, 2009 at 9:59 AM, Susan Deitch <SDeitch@nbme.org> wrote:

Dr. Thomas:


You will receive formal notification within the next week or so. Your performance on the December 2007 Step 2 CK has been referred to the USMLE Committee on Score Validity. With formal notification, I will provide you with the data that will be reviewed by the USMLE Committee on Score Validity with respect to your performance on that examination. You will also receive information on the possible outcomes of such review, including information on validating examinations.




Thank you,



Susan Deitch


From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Thursday, August 27, 2009 7:47 PM
To: Susan Deitch
Subject: Re: USMLE



Susan Deitch:

On Wed, Aug 12, 2009 at 3:05 PM, I responded to your email and letter being as transparent as I could be, and

1

NBME 00238

asking for clarification on the root of the letter and the basis with which I am considered "involved" with Optima.

I asked for an analysis of my exams to show that I had not gained an unfair advantage, and if needed, that I would like to know the validation instructions/requirements.

It has been over two weeks and I have not received a reply from you, or a verification of receipt of my letter.

ERAS applications are able to be submitted next Wednesday, and I am stuck with an order from your department which says my transcripts will not be verified to a third party.  In essence, your department is withholding my ability to apply in an competitive time frame with other applicants.  Having said this and also having my Step 3 eligibility rescinded are two major hindrances made by your department without any solid evidence or clearcut accusation against me.

At this time, I am asking again for some clarity on the entire situation ASAP.

Please verify receipt of this email, and please handle this request in an expedited and professional manner.

Thank you for your time.

Mathew Thomas, Jr., MD, MHSA


On Mon, Jul 27, 2009 at 2:00 PM, Susan Deitch <SDeitch@nbme.org> wrote:

Dear Dr. Thomas:


The attached relates to your status with the USMLE program. Hard copy has been sent to your PO Box via US mail.


Please confirm your receipt of this email and its attachment.


Thank you.


Susan Deitch

Office of the USMLE Secretariat

National Board of Medical Examiners

3750 Market Street

Philadelphia, PA 19104

2

NBME 00239

**Susan Deitch**

| | |
|---|---|
| From: | manu.thomas.31@gmail.com |
| Sent: | Monday, September 21, 2009 10:59 AM |
| To: | Susan Deitch |
| Cc: | Janet Carson |
| Subject: | RE: |

Ms. Deitch,
To clarify your query:
Since you do not usually reply in a timely manner, I check my email on this account
infrequently. Over the weekend I accessed it from my cell phone, and seeing the date, I
figured the paper copy would be at my PO Box by this morning. You are correct that pdf files
can be opened by a free download online, but it cannot be opened from my cell phone. I hope
this clarifies the matter which caused you much curiosity.

In the meantime, please Fed Ex the copy to my parent's home at 31 Roosevelt Avenue, Staten
Island, NY 10314.
My cell number is 917-856-0368.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

------Original Message------
From: Susan Deitch <SDeitch@nbme.org>
To: <manu.thomas.31@gmail.com>
Cc: "Janet Carson" <JCarson@nbme.org>
Date: Mon, Sep 21, 9:49 AM -0400
Subject: RE:

Dr. Thomas:

Please provide a mailing address and telephone number and I will send the information via
Federal Express for overnight delivery.

I am curious as to why you are unable to open simple PDF files. I believe the software, Adobe
Reader, is available on the internet as a free download. I have reattached the files
previously sent.

Again, you will need to provide me with a street address for Federal Express delivery.

Susan

-----Original Message-----
From: manu.thomas.31@gmail.com [mailto:manu.thomas.31@gmail.com]
Sent: Monday, September 21, 2009 8:01 AM
To: Susan Deitch
Subject:

s. Deitch,

As of this morning, I have not received your mail via US Postal Service. If possible, please
check status or resend the letter. I have been unable to open the attachments either, so if

1

NBME 00240

this matter is time sensitive, please have somone call me as I leave to India September 26 for an indefinite  amount of time.

Thank you for your assistance in this matter.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

2

NBME 00241

**Susan Deitch**

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Wednesday, September 23, 2009 12:52 AM |
| To: | Susan Deitch |
| Cc: | Janet Carson |
| Subject: | Re: |

I am in receipt of the Fed Ex package today with the accusations against me and the validity of my Step 2 score.  It will be my pleasure to defend my stance on the validity of my score, as I still stand steadfast on my original letter to you.

Unfortunately, as I mentioned in the previous email, I am supposed to go abroad, and I am unsure if I can make the October 14 date.  Also, I have to sit with counsel to see their availability.

Please let me know the options of changing the date, how soon you have to know if the 14th will not work out, and the format of the hearing, meaning do I get to ask questions as well.

I will not be submitting a statement or further evidence at this time, but will present my entire case in person on the next available committee date after October 14.

Mathew Thomas, Jr., MD, MHSA

On Mon, Sep 21, 2009 at 9:49 AM, Susan Deitch <SDeitch@nbme.org> wrote:

Dr. Thomas:

Please provide a mailing address and telephone number and I will send the information via Federal Express for overnight delivery.

I am curious as to why you are unable to open simple PDF files. I believe the software, Adobe Reader, is available on the internet as a free download. I have reattached the files previously sent.

Again, you will need to provide me with a street address for Federal Express delivery.

Susan

-----Original Message-----
From: manu.thomas.31@gmail.com [mailto:manu.thomas.31@gmail.com]
Sent: Monday, September 21, 2009 8:01 AM
To: Susan Deitch
Subject:

Ms. Deitch,

As of this morning, I have not received your mail via US Postal Service. If possible, please check status or resend the letter. I have been unable to open the attachments either, so if this matter is time sensitive, please have someone call me as I leave to India September 26 for an indefinite  amount of time.

1

NBME 00242

Thank you for your assistance in this matter.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

NBME 00243



**US·MLE**
United States
Medical
Licensing
Examination ™

*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

**Via US Mail and Email**
**Personal and Confidential**

July 27, 2009

Mathew Thomas, Jr.          USMLE ID#: 0-633-396-7
P.O. Box 14-0415
Staten Island, NY  10314-0415
Email: manu.thomas.31@gmail.com

Dear Dr. Thomas:

As stated in the *Bulletin of Information*, the USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise.   Unauthorized reproduction of copyrighted examination materials and seeking and/or obtaining unauthorized access to examination materials are examples of irregular behavior.   Unauthorized access to examination materials in advance of testing provides an examinee with an unfair advantage and raises concerns about the validity of the scores obtained by the examinee. The *Bulletin of Information* further outlines procedures that are followed in circumstances in which there is a reasonable basis to believe that an examinee engaged in irregular behavior and/or in which there is a reasonable basis to believe that scores at a passing level may not represent a valid measure of an examinee's knowledge or competence as sampled by the examination.

As announced at the USMLE website, the sponsoring organizations of the USMLE program have filed suit in federal court, alleging copyright infringement by Optima University ("Optima"), a provider of USMLE review courses.   While the investigation into this matter is ongoing, information is available that, over a period of time, secure USMLE test materials have been reproduced and made available to participants in the Optima courses.  Information is also available that you were involved with Optima review courses.

The results of the investigation will be reviewed and I will be in further communication with you to advise whether your behavior and/or your scores will be the subject of further review by the USMLE Committee on Irregular Behavior and Score Validity.   If this matter is referred to the Committee, I will provide you with copies of the applicable USMLE policies and procedures and will advise you of the pertinent information.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®*



Federation of State Medical Boards of the U.S., Inc.
PO Box 619850
Dallas, TX 75261-9850
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00244

Dr. Thomas
July 27, 2009
Page 2 of 2

Because there may be questions regarding the validity of USMLE scores previously reported to you, such scores will not be provided or verified to any third party pending the further analysis of this matter.  As you know, passing performances on Step 1 and Step 2 are among the eligibility requirements for Step 3.  By copy of this letter, I am advising representatives of the Federation of State Medical Boards (FSMB) that the validity of the scores reported for you is under review and that it should defer reliance upon those scores in assessing Step 3 eligibility pending the outcomes of such further review.

If you have information that you wish to share or questions regarding this matter, you may reach me by telephone at 215-590-9877 or by email at sdeitch@nbme.org

Sincerely,

Susan Deitch
Office of the USMLE Secretariat


C:  FSMB



**US·MLE**

United States
Medical
Licensing
Examination ™

*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9600
Fax: (215) 590-9470
www.usmle.org

**Via US Mail and Email**
**Personal and Confidential**

September 15, 2009

Mathew Thomas, Jr.                    USMLE ID#: 0-633-396-7
P.O. Box 14-0415
Staten Island, NY 10314-0415
Email: manu.thomas.31@gmail.com

Dear Dr. Thomas:

As referenced in my letter to you of July 27, 2009, and as stated in the *Bulletin of Information*, the USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. The *Bulletin* further notes that those rules include standard test administration conditions consistent with the principles on which the examinations are developed and scored. For example, examinations are designed to sample knowledge across specified content domains, and unauthorized access to examination content prior to testing violates that principle. Scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of an individual's knowledge or competence as sampled by the examination.

As also referenced in my July 27, 2009 letter, the sponsoring organizations of the USMLE program have filed suit in federal court, alleging copyright infringement by Optima University ("Optima"), a provider of USMLE review courses. The Complaint filed on behalf of the National Board of Medical Examiners and the Federation of State Medical Boards in the United States District Court for the Western District of Tennessee against Optima, its owner, and various Doe Defendants sets forth the specific allegations with respect to the unauthorized copying, reconstruction, and distribution of copyrighted USMLE test questions and answers. While the investigation into this matter is ongoing, information is available that, over a period of years, secure USMLE test materials have been made available to participants in the Optima courses. This information raises concerns regarding the validity of the passing level scores obtained by individuals who were involved with Optima courses prior to testing.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®*



Federation of State Medical Boards of the U.S., Inc.
PO Box 619850
Dallas, TX 75261-9850
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00246

M. Thomas
September 15, 2009
Page 2 of 5

My July 27, 2009 letter specifically noted that information was available regarding your involvement with Optima University, and that such information raises concerns about the validity of the passing level scores obtained by you on USMLE Steps. You noted in your August 12, 2009 email message to me that you passed Step 1 in February 2006, "well before Optima's existence." In that same email message, you asserted that you passed Step 2 CK in 2007 with your own "hard work and perseverance." However, an analysis of your performance on the December 31, 2007 Step 2 CK, along with your acknowledged presence at Optima, raises concerns about the validity of the passing level scores reported to you for that examination.

Accordingly, this matter is being referred to the USMLE Committee on Score Validity for further consideration and action consistent with the processes described in the *USMLE Policies and Procedures Regarding Indeterminate Scores,* a copy of which is enclosed herein.

In addition to the information provided by you on USMLE applications, the available information relating to your December 31, 2007 Step 2 CK that will be shared with the Committee is as follows:

- Between February 2004 and December 2007, you took the Step 2 CK on six occasions, with the following results:

| Date | Location | Scores |
|---|---|---|
| February 19, 2004 | Staten Island, NY | 125 / 52 |
| May 28, 2005 | New York, NY | 161 / 66 |
| October 25, 2006 | Brooklyn, NY | 172 / 71 |
| February 14, 2007 | Fair Lawn, NJ | 174 / 71 |
| July 27, 2007 | Warwick, RI | 182 / 74 |
| December 31, 2007 | Clark/Union, NJ | 206 / 85 |

- There is evidence that 32% of the test items that appeared on the Step 2 CK form taken by you in December 2007 and that were used in scoring that form may have been subject to unauthorized reproduction and dissemination through Optima prior to December 2007.

- Your percent correct score on those scored items believed to have been exposed was higher than your percent correct scores on scored items about which there is no current evidence of exposure (84% versus 66%).   The average performance

NBME 00247

M. Thomas
September 15, 2009
Page 3 of 5

of a comparison  group of 1162 other examinees that took that same form of
Step 2 CK shows greater consistency in performance on those two sets of items
(an average of 75% correct on exposed items and 75% on non-exposed items).
The difference that is calculated by subtracting your percent correct performance
on non-exposed items from your percent correct performance on exposed items
is greater than that difference, similarly calculated, for 99% of the examinees in
the comparison group.

- Also, the average amount of time that you spent on the scored items believed to
  have been exposed was 59 seconds, whereas the average amount of time that
  you spent on the scored items for which there is no evidence of exposure was 73
  seconds. Your timing data differ markedly on these two subsets of items when
  compared with a group of 1162 other examinees that took that same form of Step
  2 CK  (an average of 73 seconds on exposed items and 76 seconds on non-
  exposed items). The difference that is calculated by subtracting the average
  amount of time spent by you on exposed items from the average amount of
  time spent by you on non-exposed items is greater than that difference, similarly
  calculated, for 99% of the examinees in the comparison group.

This matter is scheduled for review by the Committee on Score Validity at its meeting on
October 14, 2009. As further explained in the Policies and Procedures, you have the
opportunity to submit information relevant to the Committee's assessment of the validity
of your scores, and have the opportunity to appear personally before the Committee,
and to be accompanied by counsel, if you so wish. If you also wish to submit any written
information for the Committee's consideration, it is requested that such information be
sent to me for receipt by October 2, 2009.

Following consideration of all of the information presented to it, the Committee on Score
Validity will determine whether your December 31, 2007 Step 2 CK scores can be
certified as representing a valid measurement of your competence in the domains
assessed by the examination or whether to classify your Step 2 CK scores as
indeterminate.

As explained in the enclosed Policies and Procedures, in the event that your Step 2 CK
scores are classified as indeterminate, you will have the opportunity to take a validating
examination at no charge.  Those materials further describe the validating examination
process and the potential outcomes of that process.

NBME 00248

M. Thomas
September 15, 2009
Page 4 of 5

Please be advised that, in light of possible time constraints that you may have, the USMLE Composite Committee has authorized me to offer you another option. If you wish to expedite this matter by waiving your right to present information for the consideration of the USMLE Committee on Score Validity, you may elect to take a Step 2 CK "validating examination" at no charge as promptly as this can be arranged. In electing this option, you would be waiving the opportunity for any further consideration of the validity of your Step 2 CK scores by the Committee on Score Validity.  This prompt validating examination process and its potential outcomes will be the same as the process and potential outcomes described in the enclosed materials. The validating examination process will be designed to take into account the potential impact of certain USMLE materials believed to have been exposed by Optima and will be reasonably comparable in content and standards to the Step 2 CK previously taken by you. If you achieve scores at or above the recommended passing level on the Step 2 CK validating examination, the previously reported passing scores on such examination will be deemed valid and will be a part of your official record.  If the scores that you achieve on the Step 2 CK validating examination are below the passing level, then your previously reported scores on that examination will be classified as indeterminate and will so appear on your transcript.  In such event, a communication regarding the indeterminate classification of the scores would accompany your transcript and would be shared with prior recipients of your transcript. Scores obtained on the validating examination will not be reported and there will be no record of the validating examination on your transcript. If you elect this option, all reasonable efforts will be made to expedite registration, scheduling, and scoring of the validating examination.

If you do not elect the foregoing option in writing prior to October 2, 2009, this option will no longer be available and the validity of your Step 2 CK scores will be considered by the Committee on Score Validity on October 14, 2009.  If you do elect this option, please be advised that the Step 2 CK validating examination must be taken within six (6) months of the date of this letter. If you elect this option, but do not take the validating examination within six (6) months of the date of this letter, then your scores on that examination will be classified as indeterminate and the above-referenced notices of such outcome will be made in your USMLE record and in reports sent to third parties regarding such record.

Because there are questions regarding the validity of the scores previously reported to you for the Step 2 CK taken by you in December 2007, those scores will not be provided or verified to any third party pending the review of this matter by the Committee on Score Validity or you successful performance on a validating examination taken pursuant to the foregoing option. By copy of this letter, I am so advising representatives of the Educational Commission for Foreign Medical Graduates (ECFMG) and the Federation of State Medical Boards (FSMB).

M. Thomas
September 15, 2009
Page 5 of 5

As previously noted, the investigation into this matter is ongoing. The distinction you make in your communication of August 12, 2009 between "participation" and "involvement" is not entirely clear to me. I can advise you, however, that, in the event that a subsequent determination is made that the available evidence provides a reasonable basis to conclude that you may have engaged in irregular behavior, the matter will be referred to the USMLE Committee on Irregular Behavior for its further consideration and action. Please note that the consideration of the validity of your Step 2 CK scores by the Committee on Score Validity does not preclude a subsequent referral to the Committee on Irregular Behavior for action consistent with the applicable policies and procedures (enclosed).

If you have any question regarding the foregoing, please do not hesitate to contact me (sdeitch@nbme.org; (215) 590-9877) or Janet Carson, counsel for the USMLE program (jcarson@nbme.org; (215) 59-9548).

Sincerely,

Susan Deitch
Office of the USMLE Secretariat

Enclosures

C: ECFMG
   FSMB

NBME 00251

ECFMG On-line Application                                                    http://iwa.ecfmg.org/CertByOther.asp

## CERTIFICATION STATEMENT - CERTIFICATION BY NOTARY PUBLIC

**Name:** Mathew Thomas
**Application ID Code:** 5-985-112-298
**USMLE™ / ECFMG® ID Number:** 0-633-396-7
**Step 2 CK Eligibility Period:** Dec 2004 to Feb 2005

**Status of Medical Diploma:**
I have graduated from medical school and have previously submitted to ECFMG
photocopies of my medical diploma.



RECEIVED

OCT 2 9 2004

ECFMG
MAILROOM 2

Students and graduates must sign this Certification Statement in the presence of their Medical School Dean, Vice Dean or Registrar. If a graduate cannot sign this Certification Statement in the presence of a medical school official noted above, he/she must sign the Certification Statement in the presence of a Consular Official, First Class Magistrate or Notary Public.
Certification Statements are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application and Certification Statement is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information in my application and on this Certification Statement is true and accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application.
I also certify and acknowledge that I have read the 2005 ECFMG Information Booklet and 2005 USMLE Bulletin of Information, am aware of the contents of both publications, meet the eligibility requirements set therein and agree to abide by the policies and procedures therein.
I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action (See page 32 of the 2005 Information Booklet for additional details concerning Validity of Tests and Irregular Behavior.)
I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.
I request and authorize every person, medical school, university, hospital, government agency, or other entity to release information, records, diplomas, transcripts and other documents concerning my professional education, academic status or enrollment in ECFMG upon request of ECFMG. I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/annc/privacy.html

Signature of Applicant (in Latin Characters) X _____   Date: 10/26/04 (day/month/year)

**Certification by Official Identification:**
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) by comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant on this _____ day of the month of _____ in the year _____

Signature of Consular Official, First Class Magistrate, Notary Public (to Latin characters with English translations), where applicable:

OFFICIAL SEAL
GEORGINA MIRANDA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07-25-07

You have printed this Certification Statement.

Title: (check one)
☐ Consular Official
☐ First Class Magistrate
☑ Notary Public

Form 183, Rev. Aug 2004

5 9 8 5 1 1 2 2 9 8

10/25 2004 9:08 PM

*ECFMG Web Applications Registration Module*

## Application Report

0-633-396-7 Thomas, Mathew

Exam Type: STEP2                    Status: ACCEPTED BY CIBIS

Application Code: 5-985-112-298    Submit Date: **10/25/2004**    Cert Page Date: **10/29/2004**

First Application: **No**    NBME USMLE ID:    NBME ID:    FSMB ID:

## Biographics

| | | | |
|---|---|---|---|
| Last Name: | **Thomas** | Previous Last Name: | |
| Rest of Name: | **Mathew** | Previous Rest of Name: | |
| Generation Suffix: | **Jr.** | | |
| Address: | **P.O. Box 14-0415** | Phone: | **917-856-0368** |
| | | Fax: | |
| | | Email Address: | **seeking_sanity@hotmail.com** |
| City: | **Staten Island** | | |
| State: | **NY** | | |
| Postal Code: | **10314-0415** | | |
| Country: | **USA** | | |
| Gender: | **M** | SSN: | ■■■■■ |
| Date of Birth: | ■■■■ | NID: | |
| Birth City: | | NID Country: | |
| Birth State: | | | |
| Birth Country: | **USA** | | |

Citizenship
| | | | |
|---|---|---|---|
| At Birth: | **USA** | Native Language: | **NOT ENGLISH** |
| At Medical School: | **USA** | | |
| Current: | **USA** | | |
| Ethnicity: | Do not wish to respond | ECFMG Reporter: | Yes |

Other Languages:

## Credentials

| | | | |
|---|---|---|---|
| Medical School: | **ST. CHRISTOPHER'S COLLEGE OF MEDICINE** | University Name: | |
| Address: | **RUE 55 X 70 FANN HOCK** | Attended From: | 02/2002 |
| | **DAKAR** | Attended To: | 06/2003 |
| | | Years Attended: | 1 |
| City: | | | |
| State: | | Graduation Date: | 06/2003 |
| Postal Code: | | Degree Date: | 06/2003 |
| Country: | **SENEGAL** | Degree Title: | **Doctorate of medicine** |
| Degree Status: | **GRADUATE** | Diploma Status: | **SUBMITTED** |
| | | Name on Diploma: | mathew thomas, jr. |
| | | Internship Dates: | |
| License Date: | **[ILICDATE]** | | |
| License Country: | **[ILICCOUNTRY]** | | |

**Other Medical Schools Attended**
09/1999-08/2000 (1) Ross University

09/2000-12/2001 (1.3) St. Matthew's University, school of Medicine

---

Page  1  of  3    KCorrado                                   02/02/2009 11:14 AM



NBME 00253

*ECFMG Web Applications Registration Module*

# Application Report

0-633-396-7 Thomas, Mathew
Exam Type: STEP2          Status: ACCEPTED BY CIBIS

**Transfer Credits**

| | |
|---|---|
| Ross University | biochemistry (6) |
| Ross University | clinical Medicine 1 (1) |
| Ross University | embryology (2) |
| Ross University | genetics (2) |
| Ross University | gross anatomy 1 (6) |
| Ross University | gross anatomy 2 (6) |
| Ross University | histology & histophysiology (4) |
| Ross University | molecular & cell biology (5) |
| Ross University | neuroscience (6) |
| Ross University | nutrition (1) |
| Ross University | physiology (7) |
| St Matthew's University, School of Medicine | advanced integrative studies (7) |
| St Matthew's University, School of Medicine | bioethics (2) |
| St Matthew's University, School of Medicine | biostatistics (2) |
| St Matthew's University, School of Medicine | clinical medicine 3 (1) |
| St Matthew's University, School of Medicine | clinical medicine 4 (2) |
| St Matthew's University, School of Medicine | clinical medicine 5 (4) |
| St Matthew's University, School of Medicine | clinical pathology (8) |
| St Matthew's University, School of Medicine | general pathology (7) |
| St Matthew's University, School of Medicine | immunology (2) |
| St Matthew's University, School of Medicine | journal club (1) |
| St Matthew's University, School of Medicine | medical terminology (1) |
| St Matthew's University, School of Medicine | microbiology (5) |
| St Matthew's University, School of Medicine | pharmacology (6) |
| St Matthew's University, School of Medicine | psychopathology (4) |
| st Matthew's University, School of Medicine | Clinical Medicine 2 (1) |

**Clinical Clerkships**
04/01/2003-05/01/2003 Anesthesiology
Northport VA Medical Center (Dr. Barcelon)

03/01/2003-04/01/2003 Physical Medicine and Rehabilitation
Northport VA Medical Center (Dr. Slickevers)

02/01/2003-03/01/2003 Pediatric Orthopedics
Center For Orthopaedics (Dr. Marsh)

NBME 00254

*ECFMG Web Applications Registration Module*

## Application Report

0-633-396-7 Thomas, Mathew

Exam Type: STEP2          Status: ACCEPTED BY CIBIS

11/01/2002-12/01/2002 Internal Medicine Sub-Internship
St. Vincent's Medical Center (Dr. Kiss)

12/01/2002-01/01/2003 Sports Medicine
Center For Orthopaedics (Dr. Lynch)

10/01/2002-11/01/2002 Orthopedic Surgery Sub-Internship
Hospital of Saint Raphael (Dr. Gibson)

07/01/2002-09/01/2002 Surgery
Griffin Hospital (Dr. Nicastri)

05/01/2002-06/01/2002 Psychiatry
Ridgeview Institute (Dr. Klopper)

04/01/2002-05/01/2002 Pediatrics
Flushin Hospital Medical Center (Dr. Meah)

02/01/2002-03/01/2002 Obstetrics/Gynecology
Flushing Hospital Medical Center (Dr. Lam)

09/01/2001-12/01/2001 Internal Medicine
Stepping Hill (Dr. Das)

**Current Employment**
None listed by applicant

## Registration

Exam Period:     **12/01/2004 - 02/28/2005**
Region:          **United States and Canada**
Accommodations:  **No**
Certify Exam Reqs: [ICERTIFY]

NBME 00255

Mathew Thomas 0-633-396-7
Step 2 CK

Scores: 206/85

Performance

Examinee

| % exposed | % correct exposed | % correct unexposed |
|---|---|---|
| 32% | 84% | 66% |

Comparison Group (n = 1162)

| % correct exposed | % correct unexposed |
|---|---|
| 75% | 75% |

The difference that is calculated by subtracting percent correct performance on non-exposed items from percent correct performance on exposed items is greater than that difference, similarly calculated, for **99%** of the examinees in the comparison group.

Timing

Examinee

| Exposed (sec) | Non-exposed (sec) |
|---|---|
| 59 | 73 |

Comparison Group (n = 1162)

| Exposed (sec) | Non-exposed (sec) |
|---|---|
| 73 | 76 |

The difference that is calculated by subtracting the average amount of time spent on exposed items from the average amount of time spent on non-exposed items is greater than that difference, similarly calculated, for **99%** of the examinees in the comparison group.



NBME 00257

## Susan Deitch

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Wednesday, August 12, 2009 3:05 PM |
| To: | Susan Deitch |
| Subject: | Re: USMLE |

Susan Deitch:

I am in receipt of your email and your letter dated July 27, 2009.

I do have a few questions regarding the allegations and my own investigation of the activities regarding NBME and Optima University.

You state in my letter that there is information available that I was "involved with Optima review courses," This in return caused an investigation which has caused my Step scores to be under scrutiny and in effect negated my eligibility to sit for Step 3.

From my conversations with others who received letters regarding Optima and them being there, they were labeled as "participants" and also given an analysis of their scores showing percentages that were suspect as having come from the question bank at Optima.

At this time, I would like to know what the specifics are of the root of your investigation.

I passed my Step 1 in 2006, well before Optima's existence.

I passed my Step 2 in 2007 with my own hard work and perseverance. Any true and legitimate analysis of my exam against any question bank out there, including USMLEWORLD, Kaplan QBank, Optima's question bank, NMS, and released NBME assessment exams will show that less than 7% of the entire test was anywhere close to resembling similar concepts, questions, or material. Without this, I would have still passed my Step 2.

Not withstanding all this, I had made attempts to talk to you in January 2009 after receiving a voicemail to contact you. I left a message and a return call was made to me by a woman named Trish Weaver who told me that there was never a message left for me. When I inquired about a link to Optima, she said NBME didn't need to talk to me.

I sat with the FBI for almost 3 hours in May 2008 regarding Optima and its business plan. I was as cooperative as I could be, and I was already ECFMG certified.

Now, after all this time, and when I have applied for my Step 3 and a few weeks before ERAS 2010, you chose to single me out and start to investigate me? This timing is suspect to me. Regardless of what my opinions are of the way this entire situation has been handled, I have no doubt in the validity of my step scores as being very representative of my knowledge base and competence. I have no problem validating my scores so that I can be eligible for Step 3 and then move forward towards residency.

At this time, I ask that yourself, representing the NBME and USMLE, run a fair and legitimate analysis of my Steps, tell me the results, tell me my options of validating my scores if need be, and the procedures for doing so.

1

NBME 00258

I ask that this be done in an expedited manner as I want to be in the upcoming Match and sit for the exams in August if need be. I hope that my validity scores are made available to me in a few days as promised to some students, and I want this whole thing put behind me.

Having been away from Optima for a very long time, and having tried to talk to you in January 2009, your department could have notified me of these issues early enough so it would not be affecting my career and current application process for ERAS 2010. 

The professionalism which is supposed to encompass and represent the Medical Licensing exam has been tainted even more by these antics by an organization which is supposed to uphold integrity. Whatever your case is with Optima, actions should not be taken against defenseless students who went to a course to try and pass an exam. These matters I will take up after I prove my validity of scores and innocence of any irregular behavior.

Now if this investigation is against me for "involvement" and not "participation", then please do clarify. I have nothing to hide, nothing to gain and everything to lose. I am ready to have a face to face conversation and discuss all matters professionally and maturely. At the end of all this, I want it to be made very clear that I have nothing to do with Optima University, its proprietary information, its owner, or its existence or materials. I passed my Steps after multiple attempts because I kept at it and continued to work hard. Give me an opportunity to take Step 3, and I will pass it on my first attempt because I am a very knowledgeable doctor who has learned the right way to study and apply the knowledge within to the questions asked.

Thank you for your time. I expect an expedited response given the grave nature and timing of the situation, and I hope I will not be given a run around or a delayed response as other students have been. I am ready to do what I have to quickly to get my life and career back.

Thank you.

Mathew Thomas, Jr., MD, MHSA



2

NBME 00259

**Susan Deitch**

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Friday, August 28, 2009 11:28 AM |
| To: | Susan Deitch |
| Subject: | Re: USMLE |

Susan Deitch,

I appreciate the quick reply and I look forward to hearing the results of the USMLE Committee on Score Validity and clearing my name of any suspicions indeterminate score or irregular behavior.  I want to again state that I am happy to prove that I have no affiliation with Optima University, its owner, or its proprietary information.  I have worked and struggled many years to finally get where I am, and I will do what it takes to prove that I did it of my own merits.

Thank you again.

Mathew Thomas

On Fri, Aug 28, 2009 at 9:59 AM, Susan Deitch <SDeitch@nbme.org> wrote:

Dr. Thomas:


You will receive formal notification within the next week or so. Your performance on the December 2007 Step 2 CK has been referred to the USMLE Committee on Score Validity. With formal notification, I will provide you with the data that will be reviewed by the USMLE Committee on Score Validity with respect to your performance on that examination. You will also receive information on the possible outcomes of such review, including information on validating examinations.


Thank you,


Susan Deitch


From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Thursday, August 27, 2009 7:47 PM
To: Susan Deitch
Subject: Re: USMLE


Susan Deitch:

On Wed, Aug 12, 2009 at 3:05 PM, I responded to your email and letter being as transparent as I could be, and

1

asking for clarification on the root of the letter and the basis with which I am considered "involved" with Optima.

I asked for an analysis of my exams to show that I had not gained an unfair advantage, and if needed, that I would like to know the validation instructions/requirements.

It has been over two weeks and I have not received a reply from you, or a verification of receipt of my letter.

ERAS applications are able to be submitted next Wednesday, and I am stuck with an order from your department which says my transcripts will not be verified to a third party. In essence, your department is withholding my ability to apply in an competitive time frame with other applicants. Having said this and also having my Step 3 eligibility rescinded are two major hindrances made by your department without any solid evidence or clearcut accusation against me.

At this time, I am asking again for some clarity on the entire situation ASAP.

Please verify receipt of this email, and please handle this request in an expedited and professional manner.

Thank you for your time.

Mathew Thomas, Jr., MD, MHSA


On Mon, Jul 27, 2009 at 2:00 PM, Susan Deitch <SDeitch@nbme.org> wrote:

Dear Dr. Thomas:


The attached relates to your status with the USMLE program. Hard copy has been sent to your PO Box via US mail.


Please confirm your receipt of this email and its attachment.


Thank you.


Susan Deitch

Office of the USMLE Secretariat

National Board of Medical Examiners

3750 Market Street

Philadelphia, PA 19104

2

**Susan Deitch**

| From: | manu.thomas.31@gmail.com |
|---|---|
| Sent: | Monday, September 21, 2009 10:59 AM |
| To: | Susan Deitch |
| Cc: | Janet Carson |
| Subject: | RE: |

Ms. Deitch,
To clarify your query:
Since you do not usually reply in a timely manner, I check my email on this account
infrequently. Over the weekend I accessed it from my cell phone, and seeing the date, I
figured the paper copy would be at my PO Box by this morning. You are correct that pdf files
can be opened by a free download online, but it cannot be opened from my cell phone. I hope
this clarifies the matter which caused you much curiosity.

In the meantime, please Fed Ex the copy to my parent's home at 31 Roosevelt Avenue, Staten
Island, NY 10314.
My cell number is 917-856-0368.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

------Original Message------
From: Susan Deitch <SDeitch@nbme.org>
To: <manu.thomas.31@gmail.com>
Cc: "Janet Carson" <JCarson@nbme.org>
Date: Mon, Sep 21, 9:49 AM -0400
Subject: RE:

Dr. Thomas:

Please provide a mailing address and telephone number and I will send the information via
Federal Express for overnight delivery.

I am curious as to why you are unable to open simple PDF files. I believe the software, Adobe
Reader, is available on the internet as a free download. I have reattached the files
previously sent.

Again, you will need to provide me with a street address for Federal Express delivery.

Susan

-----Original Message-----
From: manu.thomas.31@gmail.com [mailto:manu.thomas.31@gmail.com]
Sent: Monday, September 21, 2009 8:01 AM
To: Susan Deitch
Subject:

Ms. Deitch,

As of this morning, I have not received your mail via US Postal Service. If possible, please
check status or resend the letter. I have been unable to open the attachments either, so if

1

NBME 00262

this matter is time sensitive, please have somone call me as I leave to India September 26
for an indefinite  amount of time.

Thank you for your assistance in this matter.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

NBME 00263

**Susan Deitch**

| | |
|---|---|
| From: | Manu [manu.thomas.31@gmail.com] |
| Sent: | Wednesday, September 23, 2009 12:52 AM |
| To: | Susan Deitch |
| Cc: | Janet Carson |
| Subject: | Re: |

I am in receipt of the Fed Ex package today with the accusations against me and the validity of my Step 2 score. It will be my pleasure to defend my stance on the validity of my score, as I still stand steadfast on my original letter to you.

Unfortunately, as I mentioned in the previous email, I am supposed to go abroad, and I am unsure if I can make the October 14 date. Also, I have to sit with counsel to see their availability.

Please let me know the options of changing the date, how soon you have to know if the 14th will not work out, and the format of the hearing, meaning do I get to ask questions as well.

I will not be submitting a statement or further evidence at this time, but will present my entire case in person on the next available committee date after October 14.

Mathew Thomas, Jr., MD, MHSA

On Mon, Sep 21, 2009 at 9:49 AM, Susan Deitch <SDeitch@nbme.org> wrote:
Dr. Thomas:

Please provide a mailing address and telephone number and I will send the information via Federal Express for overnight delivery.

I am curious as to why you are unable to open simple PDF files. I believe the software, Adobe Reader, is available on the internet as a free download. I have reattached the files previously sent.

Again, you will need to provide me with a street address for Federal Express delivery.

Susan

-----Original Message-----
From: manu.thomas.31@gmail.com [mailto:manu.thomas.31@gmail.com]
Sent: Monday, September 21, 2009 8:01 AM
To: Susan Deitch
Subject:

Ms. Deitch,

As of this morning, I have not received your mail via US Postal Service. If possible, please check status or resend the letter. I have been unable to open the attachments either, so if this matter is time sensitive, please have smone call me as I leave to India September 26 for an indefinite amount of time.

1

Thank you for your assistance in this matter.

Mathew Thomas, Jr., MD, MHSA

----------
Sent from the Verizon network using Mobile Email

2

NBME 00265

**Susan Deitch**

| | |
|---|---|
| From: | Janet Carson |
| Sent: | Wednesday, November 11, 2009 6:58 PM |
| To: | Manu |
| Cc: | Susan Deitch |
| Subject: | RE: inquiry about scored questions |

Dear Dr. Thomas,

My sincere apologies for my delay in responding to your earlier email inquiries.

Please be advised that 288 of the items on the Step 2 CK taken by you on December 31, 2007 were scored items.

Because I did not respond more promptly to your request for this information, the deadline for your submission of any written information for the Committee's consideration will be extended until December 4, 2009.

In response to your inquiry regarding the meeting of the Committee, please be advised that the following process is generally followed:  A court reporter will be present and will, subsequently, prepare a transcript of the proceedings during your attendance; the individuals in attendance will introduce themselves; the court reporter will ask you to swear or affirm that your statements will be truthful; Ms. Deitch will read a brief summary regarding the matter at hand; you will be provided with an opportunity to share information that you deem relevant with the Committee, but such presentation should not exceed 15 minutes; those in attendance may or may not have questions that they wish to direct to you following your presentation; if there are any questions, at the conclusion of them, you will offered an opportunity to make a brief, closing statement; you will be excused; the Committee will deliberate; and you will be advised of its decision in due course.

Please let me know if you have any additional questions regarding this matter.

Sincerely,
Janet Carson

---

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Mon 10/26/2009 1:33 PM
**To:** Janet Carson
**Subject:** Re: inquiry about scored questions

Ms. Carson,

As per the email below, I had requested some information about 2 weeks ago.  I am trying to either make a statement or set a time for my committee hearing based on the information you provide.  Please review my request again, and I hope to hear from you this week.

I appreciate your time.

Mathew Thomas, Jr., MD, MHSA


On Mon, Oct 12, 2009 at 9:32 PM, Manu <manu.thomas.31@gmail.com> wrote:
Dear Mr. Carson,

1

NBME 00266

As per the letter sent to me dated September 15, 2009, it was stated that 32% of test items that appeared on the Step 2CK form taken by me in December 2007 AND that was "used in scoring the form" may have been subject to unauthorized reproduction and dissemination through Optima prior to my exam date.

I was hoping for some clarification on this line.  Could you be more specific on how many questions were actually used in scoring the form.  I was under the impression that all 368 questions from all the blocks were used in grading my exam. 

I have just started to build my defense as I know that I passed my exam because I worked hard and was a point from passing on my last attempt earlier in the year.

I appreciate your time and help in this clarification process. If you can give me any details on how my committee hearing will be run on December 16, it would be appreciated as well.

Thank you.

Mathew Thomas, MD, MHSA

2

NBME 00267

**Susan Deitch**

From:        Janet Carson
Sent:        Tuesday, November 24, 2009 1:38 PM
To:          Manu
Cc:          Emilie Babcox; Susan Deitch
Subject:     RE: inquiry about scored questions

Dear Dr. Thomas,

Please be advised that the Committee on Score Validity will be reviewing this matter on December 16, 2009. Please confirm if you intend to make a personal appearance before the Committee on that date. If so, Ms. Babcox will be in further communication with you regarding the scheduled time and other details regarding your appearance.

As noted in my earlier message, any written materials that you may wish to submit for the Committee's review must be received by December 4, 2009.

I would be happy to schedule a phone conversation with you to address any questions you may have. Please be advised that, while there may be no need or reason to share the contents of such conversation with the Committee (e.g., your questions and my responses regarding procedures), I cannot agree to the conversation being "off the record". Please advise as to your availability tomorrow or next Monday for a call.

Sincerely,
Janet Carson

From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Thu 11/19/2009 1:55 PM
To: Janet Carson
Subject: Re: inquiry about scored questions

Ms. Carson,

What are the committee dates and times available in December, and can I schedule a phone conversation with you at some point, off the record if possible?

Mat

On Wed, Nov 11, 2009 at 6:58 PM, Janet Carson <JCarson@nbme.org> wrote:
Dear Dr. Thomas,

My sincere apologies for my delay in responding to your earlier email
inquiries.

Please be advised that 288 of the items on the Step 2 CK taken by you on
December 31, 2007 were scored items.

Because I did not respond more promptly to your request for this information,
the deadline for your submission of any written information for the
Committee's consideration will be extended until December 4, 2009.

1

NBME 00268

In response to your inquiry regarding the meeting of the Committee, please be advised that the following process is generally followed: A court reporter will be present and will, subsequently, prepare a transcript of the proceedings during your attendance; the individuals in attendance will introduce themselves; the court reporter will ask you to swear or affirm that your statements will be truthful; Ms. Deitch will read a brief summary regarding the matter at hand; you will be provided with an opportunity to share information that you deem relevant with the Committee, but such presentation should not exceed 15 minutes; those in attendance may or may not have questions that they wish to direct to you following your presentation; if there are any questions, at the conclusion of them, you will offered an opportunity to make a brief, closing statement; you will be excused; the Committee will deliberate; and you will be advised of its decision in due course.

Please let me know if you have any additional questions regarding this matter.

Sincerely,
Janet Carson

---

From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Mon 10/26/2009 1:33 PM
To: Janet Carson
Subject: Re: inquiry about scored questions

Ms. Carson,

As per the email below, I had requested some information about 2 weeks ago. I am trying to either make a statement or set a time for my committee hearing based on the information you provide. Please review my request again, and I hope to hear from you this week.

I appreciate your time.

Mathew Thomas, Jr., MD, MHSA

On Mon, Oct 12, 2009 at 9:32 PM, Manu <manu.thomas.31@gmail.com> wrote:

Dear Mr. Carson,

As per the letter sent to me dated September 15, 2009, it was stated that 32% of test items that appeared on the Step 2CK form taken by me in December 2007 AND that was "used in scoring the form" may have been subject to unauthorized reproduction and dissemination through Optima prior to my

2

exam date.

I was hoping for some clarification on this line.  Could you be more specific on how many questions were actually used in scoring the form.  I was under the impression that all 368 questions from all the blocks were used in grading my exam.

I have just started to build my defense as I know that I passed my exam because I worked hard and was a point from passing on my last attempt earlier in the year.

I appreciate your time and help in this clarification process. If you can give me any details on how my committee hearing will be run on December 16, it would be appreciated as well.

Thank you.

Mathew Thomas, MD, MHSA

3

NBME 00270

**Susan Deitch**

| | |
|---|---|
| **From:** | Emilie Babcox |
| **Sent:** | Tuesday, November 24, 2009 2:05 PM |
| **To:** | 'manu.thomas.31@gmail.com' |
| **Cc:** | Susan Deitch; Janet Carson |
| **Subject:** | Matthew Thomas - USMLE Committee on Score Validity |
| | |
| **Importance:** | High |

Dear Dr. Thomas:

You have been scheduled to appear before the USMLE Committee on Score Validity on **Wednesday, December 16, 2009** to state your position concerning the validity of your Step 2 CK scores.

The meeting will be held in Philadelphia at the 3750 Market Street office building in University City, which is located at the southeast corner of 38th and Market Streets. Based on the current schedule for review of information by the Committee, a time of **12:45 PM (Eastern)** has been assigned for your personal appearance. A court reporter will be present at the meeting to swear you in, and you will be given half an hour to make your statement/presentation under oath. Also, the Committee may wish to ask you questions while you are under oath.

Please be advised that the 3750 Market Street office building is a secure facility. Applicable security measures may include identification of visitors, metal detection checks, and inspection of briefcases, packages, and other personal belongings being brought into or out of the building. Everyone who enters is asked to present a photo-bearing form of identification.

You may contact me at **215-590-9535** if you have any questions about the scheduling of this matter.

Best regards,


Emilie Babcox, PhD
Program Associate
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA
19104
(215) 590-9535
(215) 590-9470 (fax)

1

NBME 00271

**Susan Deitch**



| | |
|---|---|
| **From:** | Janet Carson |
| **Sent:** | Wednesday, November 11, 2009 6:58 PM |
| **To:** | Manu |
| **c:** | Susan Deitch |
| **Subject:** | RE: inquiry about scored questions |

Dear Dr. Thomas,

My sincere apologies for my delay in responding to your earlier email inquiries.

Please be advised that 288 of the items on the Step 2 CK taken by you on December 31, 2007 were scored items.

Because I did not respond more promptly to your request for this information, the deadline for your submission of any written information for the Committee's consideration will be extended until December 4, 2009.

In response to your inquiry regarding the meeting of the Committee, please be advised that the following process is generally followed: A court reporter will be present and will, subsequently, prepare a transcript of the proceedings during your attendance; the individuals in attendance will introduce themselves; the court reporter will ask you to swear or affirm that your statements will be truthful; Ms. Deitch will read a brief summary regarding the matter at hand; you will be provided with an opportunity to share information that you deem relevant with the Committee, but such presentation should not exceed 15 minutes; those in attendance may or may not have questions that they wish to direct to you following your presentation; if there are any questions, at the conclusion of them, you will offered an opportunity to make a brief, closing statement; you will be excused; the Committee will deliberate; and you will be advised of its decision in due course.

Please let me know if you have any additional questions regarding this matter.

Sincerely,
Janet Carson

---

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Mon 10/26/2009 1:33 PM
**To:** Janet Carson
**Subject:** Re: inquiry about scored questions

Ms. Carson,

As per the email below, I had requested some information about 2 weeks ago. I am trying to either make a statement or set a time for my committee hearing based on the information you provide. Please review my request again, and I hope to hear from you this week.

I appreciate your time.

Mathew Thomas, Jr., MD, MHSA

On Mon, Oct 12, 2009 at 9:32 PM, Manu <manu.thomas.31@gmail.com> wrote:
Dear Mr. Carson,

NBME 00272

As per the letter sent to me dated September 15, 2009, it was stated that 32% of test items that appeared on the Step 2CK form taken by me in December 2007 AND that was "used in scoring the form" may have been subject to unauthorized reproduction and dissemination through Optima prior to my exam date.

I was hoping for some clarification on this line.  Could you be more specific on how many questions were actually used in scoring the form.  I was under the impression that all 368 questions from all the blocks were used in grading my exam.

I have just started to build my defense as I know that I passed my exam because I worked hard and was a point from passing on my last attempt earlier in the year.

I appreciate your time and help in this clarification process. If you can give me any details on how my committee hearing will be run on December 16, it would be appreciated as well.

Thank you.

Mathew Thomas, MD, MHSA

2

NBME 00273

**Susan Deitch**



From:         Janet Carson
Sent:         Tuesday, November 24, 2009 1:38 PM
To:         Manu
Cc:         Emilie Babcox; Susan Deitch
Subject:         RE: inquiry about scored questions

Dear Dr. Thomas,

Please be advised that the Committee on Score Validity will be reviewing this matter on December 16, 2009.
Please confirm if you intend to make a personal appearance before the Committee on that date. If so, Ms. Babcox will be
in further communication with you regarding the scheduled time and other details regarding your appearance.

As noted in my earlier message, any written materials that you may wish to submit for the Committee's review must be
received by December 4, 2009.

I would be happy to schedule a phone conversation with you to address any questions you may have.  Please be advised
that, while there may be no need or reason to share the contents of such conversation with the Committee (e.g., your
questions and my responses regarding procedures), I cannot agree to the conversation being "off the record".  Please
advise as to your availability tomorrow or next Monday for a call.

Sincerely,
Janet Carson

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Thu 11/19/2009 1:55 PM
**To:** Janet Carson
**Subject:** Re: inquiry about scored questions

Ms. Carson,

What are the committee dates and times available in December, and can I schedule a phone conversation with
you at some point, off the record if possible?

Mat

On Wed, Nov 11, 2009 at 6:58 PM, Janet Carson <JCarson@nbme.org> wrote:
Dear Dr. Thomas,

My sincere apologies for my delay in responding to your earlier email
inquiries.

Please be advised that 288 of the items on the Step 2 CK taken by you on
December 31, 2007 were scored items.

Because I did not respond more promptly to your request for this information,
the deadline for your submission of any written information for the
Committee's consideration will be extended until December 4, 2009.

1

NBME 00274

In response to your inquiry regarding the meeting of the Committee, please be advised that the following process is generally followed:  A court reporter will be present and will, subsequently, prepare a transcript of the proceedings during your attendance; the individuals in attendance will introduce themselves; the court reporter will ask you to swear or affirm that your statements will be truthful; Ms. Deitch will read a brief summary regarding the matter at hand; you will be provided with an opportunity to share information that you deem relevant with the Committee, but such presentation should not exceed 15 minutes; those in attendance may or may not have questions that they wish to direct to you following your presentation; if there are any questions, at the conclusion of them, you will offered an opportunity to make a brief, closing statement; you will be excused; the Committee will deliberate; and you will be advised of its decision in due course.

Please let me know if you have any additional questions regarding this matter.

Sincerely,
Janet Carson

---

From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Mon 10/26/2009 1:33 PM
To: Janet Carson
Subject: Re: inquiry about scored questions

Ms. Carson,

As per the email below, I had requested some information about 2 weeks ago. I am trying to either make a statement or set a time for my committee hearing based on the information you provide.  Please review my request again, and I hope to hear from you this week.

I appreciate your time.

Mathew Thomas, Jr., MD, MHSA

On Mon, Oct 12, 2009 at 9:32 PM, Manu <manu.thomas.31@gmail.com> wrote:

Dear Mr. Carson,

As per the letter sent to me dated September 15, 2009, it was stated that 32% of test items that appeared on the Step 2CK form taken by me in December 2007 AND that was "used in scoring the form" may have been subject to unauthorized reproduction and dissemination through Optima prior to my

2

NBME 00275

exam date.

I was hoping for some clarification on this line.  Could you be more specific on how many questions were actually used in scoring the form.  I was under the impression that all 368 questions from all the blocks were used in rading my exam.

I have just started to build my defense as I know that I passed my exam because I worked hard and was a point from passing on my last attempt earlier in the year.

I appreciate your time and help in this clarification process. If you can give me any details on how my committee hearing will be run on December 16, it would be appreciated as well.

Thank you.

Mathew Thomas, MD, MHSA

3

NBME 00276

NBME 00277

**Susan Deitch**

| | |
|---|---|
| From: | Emilie Babcox |
| Sent: | Tuesday, November 24, 2009 2:05 PM |
| To: | 'manu.thomas.31@gmail.com' |
| Cc: | Susan Deitch; Janet Carson |
| Subject: | Matthew Thomas - USMLE Committee on Score Validity |
| Importance: | High |

Dear Dr. Thomas:

You have been scheduled to appear before the USMLE Committee on Score Validity on **Wednesday, December 16, 2009** to state your position concerning the validity of your Step 2 CK scores.

The meeting will be held in Philadelphia at the 3750 Market Street office building in University City, which is located at the southeast corner of 38th and Market Streets. Based on the current schedule for review of information by the Committee, a time of **12:45 PM (Eastern)** has been assigned for your personal appearance. A court reporter will be present at the meeting to swear you in, and you will be given half an hour to make your statement/presentation under oath. Also, the Committee may wish to ask you questions while you are under oath.

Please be advised that the 3750 Market Street office building is a secure facility. Applicable security measures may include identification of visitors, metal detection checks, and inspection of briefcases, packages, and other personal belongings being brought into or out of the building. Everyone who enters is asked to present a photo-bearing form of identification.

You may contact me at **215-590-9535** if you have any questions about the scheduling of this matter.

Best regards,

Emilie Babcox, PhD
Program Associate
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA
19104
(215) 590-9535
(215) 590-9470 (fax)

1



NBME 00278