# EXHIBIT 12

## Susan Deitch

**From:** Susan Deitch
**Sent:** Thursday, January 21, 2010 10:22 AM
**To:** 'Manu'; Janet Carson
**Subject:** RE: Score Validity

Dear Dr. Thomas:

I am responding for Mrs. Carson as I believe she may be traveling today.

The Committee found it could not certify the validity of your Step 2 CK scores and has deemed them indeterminate unless and until you pass a validating examination. Once you receive the Committee's formal decision letter, you will have 6 months during which you may take the validating exam.

The policies and procedures regarding indeterminate scores, which I sent to you earlier, also explain your right to appeal the decision if you so decide.

I have not received the stenographic record of your personal appearance from the court reporter. I received a batch yesterday, but yours was not among them. I expect I will receive yours shortly and will send it to you as soon as it is received.

If you wish me to send the letter and the stenographic record to an address other than your PO box, please let me know.

Susan


-----Original Message-----
From: Manu [mailto:manu.thomas.31@gmail.com]
Sent: Wednesday, January 20, 2010 11:39 PM
To: Janet Carson
Cc: Susan Deitch
Subject: Re: Score Validity

Ms. Carson,

Due to a death in the family, I am out of the country.  I finally got access to email, and to my dismay, I still have not received a notification regarding the decision of my committee hearing regarding score validity from over a month ago. There is a high likelihood that I am going to be away where I cannot access email for a few weeks starting Friday, January 22, 2010.  Is it possible to get a status, or a decision, regarding my hearing on Thursday, January 21, 2010?  I know many people who got some kind of decision over a week ago, and I am eagerly awaiting my decision.

I also would like to know the status of getting the court reporter's stenography.

Thank you for your time in this matter.

Mathew Thomas

On 12/18/09, Janet Carson <JCarson@nbme.org> wrote:
> Dear Dr. Thomas,
>

1

```
> Thank you for your message.
>
> Once the transcript is received from the court reporter, a copy will
> be sent to you.  Transcripts are, generally, received in about two to
> three weeks; however, it is possible that various holiday and "end of
> year" activities may delay their provision to us.
>
> Sincerely,
> Janet Carson
>
> _____
>
> From: Manu [mailto:manu.thomas.31@gmail.com]
> Sent: Thu 12/17/2009 4:00 PM
> To: Janet Carson; Susan Deitch
> Subject: Score Validity
>
>
> Ms. Carson and Ms. Deitch,
>
> Thank you for the opportunity to come before the committee yesterday
> to state my case and my concerns.  I hope that I will receive a prompt
> decision and can put this behind me and move forward.  If any of my
> comments yesterday came off as a personal attack, please do not see it
> that way.  I have been very frustrated over the past few months, and
> sometimes my emotions make my tone misconstrued.
>
> With that said, I do wish to make an official request for a copy of
> the court stenography, and anything else which may be pertinent or
> available to me.
>
> Thank you again for your time in all these issues. I understand that
> it is a stressful and time occupying endeavor and I commend you both
> for being on top of it.
>
> If I don't hear from you soon, please have a happy holiday season.
>
> Take care.
>
> Mathew Thomas, Jr. MD, MHSA
> (917) 856-0368
>
```

NBME 00131