# EXHIBIT 13

## Susan Deitch

**From:** manu.thomas.31@gmail.com
**Sent:** Friday, January 22, 2010 9:18 AM
**To:** Susan Deitch

Please put me on the calendar for the appeal.

Thank you
Mat Thomas

----------
Sent from the Verizon network using Mobile Email

1