# EXHIBIT 16

**Amy Buono**

**From:** Amy Buono
**Sent:** Friday, January 28, 2011 12:05 PM
**To:** 'Manu'
**Subject:** RE: Outcome of the June 2010 USMLE Composite Committee meeting

Dear Dr. Thomas:

The USMLE Composite Committee has given permission to allow you the option of taking your validating exam up to one full year after the date on the decision letter. The letter was dated August 25, 2010. Therefore, you have until August 24, 2011 to test. Please let me know what three month eligibility period you would like. I will then request the scheduling permit. Once it's ready I will send it to you via email.

Regards,
Amy

Amy Buono
Office of the USMLE Secretariat
National Board of Medical Examiners
3750 Market St
Philadelphia, PA 19104
email: abuono@nbme.org
phone: (215) 590-9877
fax: (215) 590-9470

---

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Wednesday, January 26, 2011 5:32 PM
**To:** Amy Buono
**Subject:** Re: Outcome of the June 2010 USMLE Composite Committee meeting

Ms. Buono,

I would like to know how to attain an extension to my February 25, 2011 validating exam deadline. I have had many personal issues and will not be prepared by then. Other students have gone well past the 6 month period and I would like the same courtesy extended to me.

Please advise.

Mathew Thomas, Jr.

On Wed, Aug 25, 2010 at 11:51 AM, Amy Buono <ABuono@nbme.org> wrote:

Dear Dr. Thomas:

Please let me know what three-month eligibility period you would like (that would allow you to schedule your exam prior to your February 25, 2011 validating exam deadline). I will then request a scheduling permit be generated and sent to you via email.

NBME 00108