# EXHIBIT 17



**USMLE**
United States Medical Licensing Examination ®

*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9470
www.usmle.org

Via Email
**Personal and Confidential**

October 17, 2011

Mathew Thomas, Jr.
PO Box 14-0415
Staten Island, NY  10314-0415

USMLE ID#: 0-633-396-7

Dear Dr. Thomas:

I am writing with respect to the results of the September 3, 2011 administration of USMLE Step 2 CK taken by you to validate the passing level scores reported for your December 31, 2007 Step 2 CK.

Please be advised that your total test score on the validating examination was below the passing level. As explained in Susan Deitch's letter of February 17, 2010, if the total test score that is obtained on the validating examination is below the passing level, the original scores will not be reported, nor will the scores obtained on the validating examination be reported. Your USMLE record and transcript will have an annotation indicating "indeterminate score" for the December 31, 2007 Step 2 CK, and no record of the validating examination will be reported.

After taking the validating examination, you expressed a concern about the comparability of the test form to the test form that you originally took in 2007. Please be assured that there were only minor differences in the focus of the content between these two examinations, and the two test forms are comparable. Although the recent exam included some relatively new testing formats which required interpretation of a small number of heart sounds, pharmaceutical advertisements and medical abstracts, your performance on these formats did not have an impact on your pass/fail outcome. For your information, your examination was scored using the pass/fail standard that was in effect at the time of your 2007 administration, not the current higher standard.

Please do not hesitate to contact me at abuono@nbme.org, if you have any questions.

Sincerely,

Amy Buono
Office of the USMLE Secretariat

C: ECFMG

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®*

Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road, Suite 300
Euless, TX 76039
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME 00026