# EXHIBIT 18

## Amy Buono

**From:** Amy Buono
**Sent:** Monday, August 08, 2011 9:59 AM
**To:** 'Manu'
**Subject:** RE: Step 2 CK validating exam scheduling permit - Thomas

Dear Mat,

The passing standard that existed at the time you sat in 2007 is the one that will be applied to you for your validating exam.

Amy

---

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Sunday, August 07, 2011 11:31 PM
**To:** Amy Buono
**Subject:** Re: Step 2 CK validating exam scheduling permit - Thomas

Amy,

Can you please clarify something for me?

I took my exam on December 31, 2007. If I am not mistaken, the passing score has increased since then. I need to pass to validate my exam. does that mean I need to get the pass score from December 31, 2007, or the new standard?

Please advise.

Mat

On Wed, Aug 3, 2011 at 3:25 PM, Amy Buono <ABuono@nbme.org> wrote:

Hi Mat,

I requested information on available test dates at test centers near the zip codes you listed. I know you would prefer to test as closely to the 24th as possible, but Prometric cannot always accommodate the exact test date an examinee is hoping for. I was able to find the following test dates/locations that are convenient to the 10314 zip code and in relatively close proximity to Aug. 24th. These were current as of 2 PM Eastern today. (TC = Test Center)

8/18, 8/20 New York, NY, TC: 0040

8/17, 8/19 New York, NY, TC: 5879

8/17 New York, NY, TC: 5844

1

NBME 00041