# EXHIBIT 19

## Amy Buono

| | |
|---|---|
| **From:** | Steven Haist |
| **Sent:** | Monday, October 10, 2011 4:33 PM |
| **To:** | Amy Buono; Gerry Dillon |
| **Attachments:** | Comparisonof 2007 to 2011 examinations Optima.docx |

Amy and Gerry, see the attached regarding the 2007 and 2011 Step 2 forms. Sorry for the delay. Steve

Steven A. Haist, MD, MS, FACP
Vice President, Test Development Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA
19104-3102

215 590-9817 (work)
215 590-9424 (fax)
215 313-0536 (cell)

1