# EXHIBIT 21

| | |
|---|---|
| **From:** | Corrado, Kara |
| **Sent:** | Wednesday, June 12, 2013 1:52 PM |
| **To:** | 'Manu'; Kelly, Bill; Amy Buono |
| **Subject:** | RE: Step 2CK registration |

Dear Manu,

You are currently registered for USMLE Step 2 CK in the eligibility period January 1, 2013 – June 30, 2013. As stated in the *ECFMG Information Booklet*, once registered, you cannot cancel or postpone your registration. If you do not schedule and take the exam, you will not receive a refund or credit of your exam fee.

If you have a scheduled appointment during your eligibility period and need to cancel the appointment, you must contact Prometric to cancel that appointment. A fee may be charged if you change your appointment, depending upon how much notice you provide when making the change.

As indicated in the *USMLE Bulletin of information,* if you register for but do not begin an examination, no record of the test will appear on your transcript.

Sincerely,

Kara

---

Ms. Kara Corrado, J.D.
Manager
Operations Program Development
ECFMG
3624 Market Street
Philadelphia, PA 19104
TEL: (215) 823.2273
FAX: (215) 386.9767

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Wednesday, June 12, 2013 1:27 PM
**To:** Kelly, Bill; Corrado, Kara; Amy Buono
**Subject:** Step 2CK registration

Hello,

I am cancelling my registration for my Step 2CK exam, scheduled for June 30, 2013.

Please confirm that this cancellation will not result as an attempt on my transcript.

Thank you.

Mathew Thomas, Jr.
ECFMG 06333967

--
M.

---

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.