# EXHIBIT 22

**To:** Kelly, Bill[bkelly@ECFMG.org];
**Flag Status:** 0x00000000
**Subject:** RE: Legal representation
**From:** Rebecca A. Robichaud
**Sent:** Fri 2/8/2013 9:30:06 PM

Bill,

Thank you again for taking the time to talk to me today regarding Dr. Thomas. As we discussed, the key issue is that because of his appeal pending with USMLE, Dr. Thomas was unable to re-take his Step 2 examination – and the appeal lasted over four years. This loss of time during the appeals process has now effected Dr. Thomas' ability to complete his Step 2 examination within 7years of passing his Step 1 examination as required by ECFMG. It is my understanding from our conversation that the only way to obtain a waiver to the 7 year requirement is by submitting a written request to the Credentialing Committee of ECFMG which does not meet again until April 2013. Also, as we discussed, it is my understanding that from ECFMG's perscpective that the 7 year requirement is the only thing that may prohibit Dr. Thomas from moving forward with the examinations –otherwise he meets all other ECFMG requirements.

I did have one more question. If Dr. Thomas does not pass Step 2 within the 7 years, I understand his Step 1 is no longer valid; however ECFMG has a process to request an exception to retake the previously passed examination that is no longer valid. Do you know how frequently such requests are granted?

Also, is there any chance to have an emergency panel phone call on Monday to evaluate our request of the 7 year requirement due to the situation?

Please let me know if I have misunderstood anything. Again thank you so much for your time today!

Rebecca


Rebecca Robichaud

CONFIDENTIAL

ECFMG000607

Wachler & Associates, P.C.

210 E. Third Street, Suite 204

Royal Oak, MI 48067

248.544.0888 (tele)

248.544.3111 (fax)

rrobichaud@wachler.com

Celebrating 25 Years of Serving Healthcare Providers

This email contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for use by the intended recipient(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone or email.

**From:** Rebecca A. Robichaud
**Sent:** Friday, February 08, 2013 3:26 PM
**To:** 'bkelly@ecfmg.org'
**Subject:** FW: Legal representation

**From:** Manu [mailto:manu.thomas.31@gmail.com]
**Sent:** Friday, February 08, 2013 12:59 PM

CONFIDENTIAL                                                                                                   ECFMG000608

**To:** Corrado, Kara
**Cc:** Rebecca A. Robichaud
**Subject:** Legal representation

Kara,

This email is to certify that Rebecca A. Robichaud is authorized to speak on my behalf, and you can release any information regarding my case to Ms. Robichaud.

Thank you for your cooperation.

Mathew Thomas, Jr., MD, MHSA, CHC

917-856-0368

---

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

---

CONFIDENTIAL
ECFMG000609