

# EXHIBIT 23



| | EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES | 3624 Market Street<br>Philadelphia PA 19104-2685 USA<br>215-386-5900 \| 215-387-9963 Fax<br>www.ecfmg.org |

Via E-Mail: manu.thomas31@gmail.com

April 1, 2013

Dr. Mathew Thomas
193 Amsterdam Avenue
West Babylon, NY 11704

Re: USMLE®/ECFMG® ID No. 0-633-396-7

Dear Dr. Thomas:

This will acknowledge receipt of your request for an exception to the ECFMG policy requirement that applicants must pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period.

While you have not specified the length of the additional time beyond seven years you are requesting, it appears you is asking for an additional two years and three months, the amount of time you write that you were prevented from taking USMLE exams due to an investigation by the USMLE program surrounding the validity of your score on the December 21, 2007 Step 2 CK. If I am incorrect in my understanding, please notify me immediately.

The ECFMG Medical Education Credentials Committee ("ECFMG Committee") may, from time to time, consider an individual request, such as yours, for an exception to an established medical education credential requirement, policy or procedure. The decision whether to recommend approval of a request for exception shall be within the sole discretion of the ECFMG Committee.

The next meeting of the ECFMG Committee will be held in mid-April 2013. The following documentation will be presented to the Committee:

- Your March 27, 2013 letter; and
- The attachments to your March 27, 2013 letter.

The ECFMG Committee will also be provided with your USMLE examination history.

Please note that the review by the ECFMG Medical Education Credentials will be limited to your request for exception to an ECFMG policy requirement, i.e., the requirement that applicants must pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. As you are aware, you are subject to the USMLE policy that limits the number of attempts on a USMLE Step or

CONFIDENTIAL
ECFMG® is an organization committed to promoting excellence in international medical education
ECFMG000613

Dr. Mathew Thomas
April 1, 2013
Page 2


Step Component to six attempts (you already have seven Step 1 attempts and six Step 2 CK attempts) and any time limit on completion of all USMLE Steps and Step Components imposed by a U.S. state medical board. Exceptions to USMLE and state medical board policies can be considered only by those entities.

    If you have any questions or need additional information, please write to me at the above address, telephone me at (215) 823-2277 or e-mail me at bkelly@ecfmg.org.

                                        Sincerely,

                                        William C. Kelly
                                        Associate Vice President for Operations

CONFIDENTIAL

ECFMG000614