# EXHIBIT 25

 **ECFMG**®   EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900  |  215-386-9767 Fax
www.ecfmg.org

PERSONAL AND CONFIDENTIAL
VIA E-MAIL:  manu.thomas31@gmail.com

April 25, 2013

Dr. Mathew  Thomas
193 Amsterdam Avenue
West Babylon, NY  11704

Re: USMLE®/ECFMG® ID No. 0-633-396-7

Dear Dr. Thomas:

I am writing to inform you the ECFMG Medical Education Credentials Committee ("ECFMG Committee") has completed its review of your request for an exception to the ECFMG policy requirement that applicants must pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. The ECFMG Committee reviewed this matter at its April 17, 2013 meeting.

Following careful review, the ECFMG Committee took action to deny your request for an individual exception to the ECFMG credential requirement that applicants must pass those USMLE Steps and Step Components required for ECFMG Certification within a seven-year period.

If you have any questions or need additional information, please telephone me at (215) 823-2273 or e-mail me at kcorrado@ecfmg.org.

Sincerely,

*kcorrado*

Ms. Kara Corrado, J.D.
Manager
Operations Program Development