# EXHIBIT 26

Case 2:13-cv-03946-CMR   Document 32-26   Filed 06/16/14   Page 2 of 2

William C. Kelly, M.D.                                    Thomas vs. ECFMG, et al.
                        January 17, 2014

Page 1

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                      CIVIL TRIAL DIVISION
                           ------
    MATHEW THOMAS, JR.         : CIVIL ACTION
              vs.              :
    ECFMG, et al.              : NO. 13-3946
                           ------

                    Friday, January 17, 2014

                           ------

      Oral deposition of WILLIAM C. KELLY, M.S.,

    held at NATIONAL BOARD OF MEDICAL EXAMINERS, 3750

    Market Street, Philadelphia, Pennsylvania, beginning at

    approximately 10:00 a.m., on the above date, before

    LANCE A. BRUSILOW, Registered Professional Reporter,

    Approved Reporter for the United States District Court,

    and Notary Public, there being present.

                           ------

                    brusilow + associates
                    255 South 17th Street
                        Suite 1503
                    Philadelphia, PA 19103
                        215.772.1717
                       www.brusilow.com

                           ------
```

Page 2

```
                         APPEARANCES

    SOUTHERN MEDICAL GROUP
    BY: MATHEW THOMAS, JR., M.D.
    326 East 149th Street
    Bronx, NY 10541
    ph: 718.585.6262
    (mthomas1@sbhny.org)
    Counsel for Plaintiff

    MORGAN, LEWIS & LEWIS, LLP
    BY: ELISA P. McENROE, ESQUIRE
    1701 Market Street
    Philadelphia, PA 19103-2921
    ph: 215.963.5917
    (emcenroe@morganlewis.com)
    Counsel for ECFMG and William C. Kelly, M.S.

    HAMBURG & GOLDEN, P.C.
    BY: MAUREEN P. HOLLAND, ESQUIRE
    1601 Market Street, Suite 3310
    Philadelphia, PA 19103-143
    ph: 215.255.8584
    (hollandmp@hamburg-golden.com)
    Counsel for Gerard F. Dillon, M.D., Steven Haist, M.D.
    and Janet Carson, Esquire


    NATIONAL BOARD OF MEDICAL EXAMINERS
    BY: SUZANNE WILLIAMS, ESQUIRE
    3750 Market Street
    Philadelphia, PA 19104-3102
    Ph: 215.590.9538
    (swilliams@nbme.org)
    Counsel for NBME
```

Page 3

```
 1              (It is hereby agreed by and among
 2      counsel that signing, sealing, certification and
 3      filing are waived; and that all objections, except
 4      as to the form of the question, are reserved until
 5      the time of trial)
 6              DR. THOMAS:  We are gathered today to
 7      depose Mr. William Kelly.  My name is Dr. Mathew
 8      Thomas, Jr.  I'm representing myself pro se.  If
 9      you guys would like introduce yourselves.
10              MS. McENROE:  I'm Elisa McEnroe,
11      counsel for the Educational Commission for Foreign
12      Medical Graduates, and the witness, Mr. Kelly.
13              MS. HOLLAND:  I'm Maureen Holland.  I'm
14      counsel for the National Board of Medical
15      Examiners.
16              MS. WILLIAMS:  I'm Suzanne Williams,
17      counsel for the National Board of Medical
18      Examiners.
19              DR. THOMAS:  So, we'll begin.
20              (EXAMINATION)
21  BY DR. THOMAS:
22      Q.  Mr. Kelly, welcome.
23      A.  Thank you.
24      Q.  For the record, please just state your full
```

Page 4

```
 1  name.
 2      A.  William Kelly.
 3      Q.  And your position?
 4      A.  I'm associate vice-president for operations at
 5  the Educational Commission for Foreign Medical
 6  Graduates.
 7      Q.  Will you please explain a little bit about
 8  what your role is at ECFMG under that title?
 9      A.  It might be helpful to explain a little bit
10  about what ECFMG does first.
11              ECFMG is a non-profit organization that
12  protects the health of the public by certifying
13  international medical graduates as being eligible to
14  enter graduate medical-education programs in the United
15  States and participating internationally in programs
16  that assess and evaluate international medical
17  graduates.
18              And at ECFMG, as associate vice-president for
19  operations, I oversee the areas that register
20  international medical students and graduates for those
21  USMLE examinations required for ECFMG certification,
22  including Step 1 and both components of Step 2 -- Step
23  2 CK and Step 2 CS -- assessing that they are eligible
24  for those examinations and certifying each is
```