# EXHIBIT 27

Case 2:13-cv-03946-CMR   Document 32-27   Filed 06/16/14   Page 2 of 2

Steven A. Haist, M.D.                                    Thomas vs. ECFMG, et al.
                              January 17, 2014

Page 5

1  a very junior faculty member running the internal
2  medicine clerkship; and I was in charge of the
3  evaluation of the clerkship and worked with him for the
4  first three or four years that he was doing it, help
5  him get his legs under him.
6      Q.  Currently are you working as a practicing
7  physician?
8      A.  No; I was, up until a year and a half ago.
9      Q.  What do you do now?
10     A.  Same thing I was doing since 2008: I work in
11 test development services at the National Board of
12 Medical Examiners.
13     Q.  Test exam services?
14     A.  TDS: Test Development Services.
15     Q.  Can you please tell me what your role is?
16     A.  Vice-president for test development services.
17     Q.  What are your job responsibilities under that
18 title?
19     A.  Overseeing the development of test materials
20 for multiple different examinations.
21     Q.  When were you first hired by NBME?
22     A.  July 7, 2008.
23     Q.  Before coming on to NBME as the test
24 development services VP, did you do any other work for

Page 6

1  NBME?
2      A.  Yes: I was a committee member for fourteen
3  years.
4      Q.  Which committee, please?
5      A.  Committees: I was initially on the
6  introduction to clinical medicine committee for three
7  years; after that I was on the behavioral science
8  committee for three years, then I was on the physiology
9  committee for eight, the last four as its chair; and in
10 there I was also on a number of different review
11 committees, interdisciplinary review committees for
12 Step 1 and I was on the Step 1 committee, I believe,
13 the last two years before I came to work here.
14     Q.  When you say "the Step 1 committee," what was
15 your role on that committee?
16     A.  Committee member.
17     Q.  What was the responsibility of that committee?
18     A.  They oversee Step 1.
19     Q.  Anything specific that comes before that
20 committee --
21     A.  It depends.  Can be.  Everything from tests to
22 committee members to test-specification changes, to any
23 number of things.
24     Q.  How often would you say that committee meets?

Page 7

1      A.  Twice a year.
2      Q.  During your membership on these committees
3  were you an NBME employee?
4      A.  No.
5      Q.  Do you have any certifications or licenses
6  outside of the degrees you told me?
7      A.  I'm board certified in internal medicine.
8  I've got a Masters in Medical Education.  I don't think
9  there is anything else.  I mean, I've got state medical
10 licenses in Kentucky and Pennsylvania.
11     Q.  Do you have any certifications, licenses or
12 background in statistics?
13     A.  Not outside what my masters degree had.  I had
14 four or five courses in statistics.
15     Q.  Under your current title as VP of test
16 development services, could you tell me specifically
17 what role you play in the Step 2 CK exam?
18     A.  The staff of test development services runs
19 the committees where the questions are generated and
20 the committees where the questions are reviewed, and my
21 staff run the computer software that puts the
22 examination together.  And we, you know -- I guess
23 that's pretty much it in a nutshell, involvement with
24 Step 2 CK.

Page 8

1      Q.  And Step 2 CK is every question that is taken
2  on an exam date used toward the final score?
3      A.  No.
4      Q.  How much say does your department get in which
5  questions are used in the final score?
6      A.  Zero.
7      Q.  Is there an ability for all questions to be
8  used in the final score?
9          MS. HOLLAND:  Objection, calls for
10     speculation.  You can answer.
11         THE WITNESS:  Okay.  A number of
12     questions are pre-test, so all questions are
13     pre-tested before they end up on a live
14     examination.
15 BY DR. THOMAS:
16     Q.  So, could you please explain that pre-test
17 category?
18     A.  That they had never been seen on a live
19 examination before, and they go on the examination to
20 get statistics.
21     Q.  Approximately how many questions on an exam
22 would be pre-test?
23     A.  How vague do you want me to be? Because we
24 don't tell anybody that.