# EXHIBIT 29

Case 2:13-cv-03946-CMR   Document 32-29   Filed 06/16/14   Page 2 of 2

Gerard F. Dillon, M.D.                                Thomas vs. ECFMG, et al.
                            January 17, 2014

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION
------
MATHEW THOMAS, JR.    : CIVIL ACTION
    vs.               :
ECFMG, et al.         : NO. 13-3946

------

Friday, January 17, 2014

------

Oral deposition of GERARD F. DILLON, M.D., Ph.D., held at NATIONAL BOARD OF MEDICAL EXAMINERS, 3750 Market Street, Philadelphia, Pennsylvania, beginning at approximately 3:15 p.m., on the above date, before LANCE A. BRUSILOW, Registered Professional Reporter, Approved Reporter for the United States District Court, and Notary Public, there being present.

------

brusilow + associates
255 South 17th Street
Suite 1503
Philadelphia, PA 19103
215.772.1717
www.brusilow.com

------

## Page 2

APPEARANCES

SOUTHERN MEDICAL GROUP
BY: MATHEW THOMAS, JR., M.D.
326 East 149th Street
Bronx, NY 10541
ph: 718.585.6262
(mthomas1@sbhny.org)
Counsel for Plaintiff

MORGAN, LEWIS & LEWIS, LLP
BY: ELISA P. McENROE, ESQUIRE
1701 Market Street
Philadelphia, PA 19103-2921
ph: 215.963.5917
(emcenroe@morganlewis.com)
Counsel for ECFMG and William C. Kelly, M.S.

HAMBURG & GOLDEN, P.C.
BY: MAUREEN P. HOLLAND, ESQUIRE
1601 Market Street, Suite 3310
Philadelphia, PA 19103-143
ph: 215.255.8584
(hollandmp@hamburg-golden.com)
Counsel for Gerard F. Dillon, M.D., Steven Haist, M.D. and Janet Carson, Esquire

NATIONAL BOARD OF MEDICAL EXAMINERS
BY: SUZANNE WILLIAMS, ESQUIRE
3750 Market Street
Philadelphia, PA 19104-3102
Ph: 215.590.9538
(swilliams@nbme.org)
Counsel for NBME

## Page 3

1    (It is hereby agreed by and among
2    counsel that signing, sealing, certification and
3    filing are waived; and that all objections, except
4    as to the form of the question, are reserved until
5    the time of trial)
6        MS. HOLLAND: Before we start, I'd like
7    to lodge the objection that I've lodged with the
8    previous two witnesses on the record in front of
9    Dr. Dillon.
10        DR. THOMAS: Sure.
11        MS. HOLLAND: Dr. Dillon, I have
12   instructed previous witnesses, for the purpose of
13   the integrity of the exam, that I will instruct
14   you as well not to answer any questions that would
15   compromise the integrity of the examination in
16   terms of test content or arriving at decisions
17   with regard to particular examinees.
18        In addition, because of concerns about
19   copyrighted material, and with particular concern
20   to Dr. Thomas, who has previously admitted that he
21   still has contact with students and employees from
22   Optima University, that due to those privacy
23   considerations I'm asking all witnesses not to
24   answer any questions that would identify test

## Page 4

1    information, copyrighted information.
2        THE WITNESS: I understand. Okay.
3        GERARD F. DILLON, M.D., Ph.D., having
4    been first duly sworn, was examined and testified
5    as follows:
6        (EXAMINATION)
7    BY DR. THOMAS:
8        Q. Good afternoon, Dr. Dillon.
9        A. Good afternoon.
10       Q. Could you please state your full name for the
11   record?
12       A. Sure: Gerard F. Dillon.
13       Q. Could you please tell me your background and
14   educational training?
15       A. My formal training is in educational
16   psychology. I have a Ph.D. from Temple University.
17   That's my formal training. I've also, of course, had a
18   lot of experience here with the national board.
19       Q. Do you have any other degrees, licenses or
20   certifications?
21       A. I do not.
22       Q. Could you please state what your current
23   position is here at the NBME?
24       A. I'm the vice-president for licensing programs.

1 (Pages 1 to 4)