IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW THOMAS, JR.,<br>*Plaintiff*<br><br>v.<br><br>ECFMG – EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and NBME – NATIONAL BOARD OF MEDICAL EXAMINERS<br>*Defendants.* | Civil Action No. 13-3946 |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2014, Defendant Educational Commission for Foreign Medical Graduates' Motion for Summary Judgment (Doc. 29) is hereby **GRANTED** with prejudice.  Accordingly, this case is **DISMISSED** in its entirety and the Clerk's office is directed to mark this case **CLOSED**.

_____
Cynthia M. Rufe, J.