IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATHEW THOMAS, JR.　　　　　　: | |
| 　　　　　Plaintiff,　　　　　　　: | |
| 　　　　　　　　　　　　　　　　: | |
| v.　　　　　　　　　　　　　　　: | CIVIL ACTION NO.  13-3946 |
| 　　　　　　　　　　　　　　　　: | |
| NBME – NATIONAL BOARD OF　　 : | |
| MEDICAL EXAMINERS,  *et al.*　　 : | |
| 　　　　　Defendants.　　　　　　: | |

# ORDER

**AND NOW,** this 13th day of February 2015, upon consideration of Defendants' Motions for Summary Judgment [Doc. Nos. 28, 29, and 31], and the opposition thereto, and for the reasons explained in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED**. Summary judgment is granted **IN FAVOR OF** Defendants, NBME – National Board of Medical Examiners and ECFMG – Educational Commission for Foreign Medical Graduates, and **AGAINST** Plaintiff, Mathew Thomas, Jr. The Clerk is directed to **CLOSE** the case.

　　　　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**